UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DELAINE SMITH, BRIAUNA
BOSWORTH, SHARRONA
BRIGHTMAN, and ELIZABETH
MULRONEY,

    Plaintiffs,

v.                                                        Case No. 3:20-cv-629-J-39JRK

MIKE WILLIAMS, J. H. WING, F.
CANNADAY, D. D. STUHR, and C. S.
JOHN,

    Defendants.
_____/

**O R D E R**

**THIS CAUSE** is before the Court on Plaintiffs' Motion for Preliminary Injunction (Doc. 10) filed June 19, 2020. The Motion was preceded by Plaintiffs' Complaint (Doc. 1) filed the same day.

In seeking a preliminary injunction, Plaintiffs must satisfy the requirements of the Federal Rules of Civil Procedure, and the Local Rules of the United States District Court for the Middle District of Florida ("Local Rule(s)"). Relevant to this case, Plaintiffs have not yet served Defendants and therefore the Court cannot consider Plaintiffs' requested relief.[1]

---

[1] The Court's identification of this deficiency should not be interpreted as determining whether all other requirements have been satisfied. Instead, counsel is instructed to review Federal Rule of Civil Procedure 65 and the Local Rules to assure that any amended or supplement filing is in full compliance.

That said, the Court understands the time-sensitive nature of this case and will set an expedited briefing schedule for consideration of a preliminary injunction. In light of the tight deadlines the Court will impose, any non-compliance by Plaintiffs may result in the delay or denial of their request for preliminary injunction. Similarly, once Defendants are properly served, the Court expects their strict adherence to the deadlines established herein.[2]

After due consideration, it is

**ORDERED:**

1. Plaintiffs' Motion for Preliminary Injunction (Doc. 10) is **TAKEN UNDER ADVISEMENT**.

2. On or before **June 23, 2020,** Plaintiffs must provide proper proof of service of process upon each Defendant.

3. On or before **July 6, 2020**, Defendants shall respond, in no more than thirty (30) substantive pages, to Plaintiffs' Motion. On or before **July 10, 2020,** Plaintiffs may file a reply not to exceed ten (10) substantive pages.

4. This matter is set for **HEARING** on Plaintiffs' Motion for Preliminary Injunction (Doc. 10) on **Thursday, July 16, 2020, at 10:00 a.m.** before the undersigned at the Bryan Simpson United States Courthouse, 300 North Hogan Street, Courtroom 12C, Twelfth Floor, Jacksonville, Florida 32202.

---

[2] In accordance with Local Rule 4.06, a preliminary injunction may not be issued absent notice, which must be given at least fourteen (14) days in advance of the hearing on the matter. Based upon the facts and circumstances of this case, the Court, in its discretion, waives the time requirements of Local Rule 4.06.  See Flour Intercontinental, Inc. v. IAP Worldwide Servs., Inc., 533 F. App'x 912, 922 n.35 (11th Cir. 2013) ("[A] district court has discretion to waive or excuse noncompliance with its local rules.").

The Court will provide further instruction regarding whether this Hearing will be in-person or telephonic.[3]

5. The Hearing will be conducted in accordance with Rule 65 and Local Rule 4.06. This case does not appear to involve the exceptional situation wherein the Court anticipates submission of evidence at the hearing. See Local Rule 4.06(b). On or before **July 6, 2020**, the parties shall file a notice with the Court stating whether they believe an evidentiary hearing is necessary. Unless otherwise ordered, the hearing will be limited to the written submissions and arguments of counsel.

**DONE** and **ORDERED** in Jacksonville, Florida this  *19th*  day of June, 2020.

_____
BRIAN J. DAVIS
United States District Judge

2
Copies furnished to:

Counsel of Record

---

[3] All persons entering the Courthouse must present photo identification to the Court Security Officers. Although cell phones, laptop computers, and similar electronic devices generally are not permitted in the building, attorneys may bring those items with them upon presentation to the Court Security Officers of a Florida Bar card (presentation of the Duval County Courthouse lawyer identification card will suffice) or Order of special admission pro hac vice, as well as a copy of this Order. However, all cell phones must be turned off while in the courtroom