UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION


DELAINE SMITH; BRIAUNA BOSWORTH;
SHARRONA BRIGHTMAN; and
ELIZABETH MULRONEY,

     Plaintiffs,

vs.                                    Case No.: 3:20-cv-629-J-39JRK

SHERIFF MIKE WILLIAMS, in his official
capacity as Sheriff of the Consolidated
City of Jacksonville, Florida; J.H. WING,
individually; F. CANNADAY, individually;
D.D. STUHR, individually; and C.S. JOHN,
individually,

     Defendants.
_____/

**DEFENDANT CITY'S NOTICE OF FILING IN SUPPORT OF RESPONSE IN
OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

     Defendant, CITY OF JACKSONVILLE, hereby files the following documents and

exhibits in support of the City's Response in Opposition to Plaintiffs' Motion for Preliminary

Injunction:

     **1.  Declaration of Chief Donald F. Tuten**

        Exhibit A: Intelligence Brief (5.29.2020)

        Exhibit B: Incident Action Plan (5.30.2020)

        Exhibit C: Dispersal Order

        Exhibit D: Event Recap (5.30.2020)

     **2.  Declaration of Assistant Chief W. Mike Johnson**

        Composite Exhibit A: Mobile Field Force written directives

        Composite Exhibit B: Incident Action Plan (5.31.2020)

Exhibit C: Dispersal Order

Exhibit D: CAD Log (5.31.2020)

3. **Declaration of Chief Jackson Short**

Composite Exhibit A:  Incident Action Plan (5.31.2020)

Exhibit B: Response to Resistance Report (J.L. Day)

Exhibit C: CAD Log (5.31.2020)

4. **Declaration of Undersheriff Patrick L. Ivey**

Exhibit A: CALEA Award Letter 2018

Exhibit B: CFA Award Letter 2017

Exhibit C: Protest Activity Summary (May 30-June 24, 2020)

Exhibit D: JSO Order #201 (Arrests)

Exhibit E: JSO Order #551 (Response to Resistance)

Exhibit F: JSO Order #501 (Code of Conduct)

Exhibit G: JSO Order #571 (Internal Affairs)

Exhibit H: Unnecessary/Excessive Force Complaints 2015-2019
(disposition summary)

Exhibit I:  Citywide Incident Data (2019)

Exhibit J:  Article - Leonard Fournette demonstration

Respectfully submitted,

**OFFICE OF GENERAL COUNSEL**
**CITY OF JACKSONVILLE**

*/s/ Stephen J. Powell*
*/s/ Mary Margaret Giannini*
**SEAN B. GRANAT, ESQ.**
Deputy General Counsel
Florida Bar No.: 0138411
Email: sgranat@coj.net; DorothyO@coj.net
**STEPHEN J. POWELL, ESQ.**
 Chief, Tort & Employment Litigation
Florida Bar No.: 305881
Email: spowell@coj.net; pcipolla@coj.net
**MARY MARGARET GIANNINI, ESQ.**
Assistant General Counsel
Florida Bar No.: 1005572
Email: MGiannini@coj.net; ASeegobin@coj.net
City Hall
117 West Duval Street, Suite 480
Jacksonville, Florida 32202
(904) 255-5100; (904) 255-5120 (fax)

**ATTORNEYS FOR DEFENDANT**
**SHERIFF MIKE WILLIAMS/CITY**
**OF JACKSONVILLE**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 6, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: N/A.

*/s/*

*Stephen J. Powell*
**STEPHEN J. POWELL, ESQ.**

1. **Declaration of Chief Donald F. Tuten**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DELAINE SMITH; BRIAUNA BOSWORTH;
SHARRONA BRIGHTMAN; and
ELIZABETH MULRONEY,

   Plaintiffs,

vs.            Case No.: 3:20-cv-629-J-39JRK

SHERIFF MIKE WILLIAMS, in his official
capacity as Sheriff of the Consolidated
City of Jacksonville, Florida; J.H. WING,
individually; F. CANNADAY, individually;
D.D. STUHR, individually; and C.S. JOHN,
individually,

   Defendants.

_____/

## DECLARATION OF DONALD F. TUTEN

   DONALD F. TUTEN does hereby submit this declaration pursuant to 28 U.S.C. §1746, and states as follows:

   1.  My name is Donald Tuten. I am a sworn law enforcement officer employed by the Jacksonville Sheriff's Office (JSO) since 1993, and currently hold the position of Chief-Homeland Security, Narcotics/Vice and Special Operations.

   2.  My work experiences includes Command Staff and Leadership training, Chief of Logistical Support, Assistant Chief of Homeland Security and Intelligence, Patrol Zone Commander, Commander of the Intelligence Unit, and have served as the Incident Commander during numerous critical incidents (SWAT callouts and hostage standoffs) as well as natural disasters (hurricanes).

3.     On May 30, 2020, at approximately 1300, I attended a briefing at the Police Memorial Building (PMB) about a planned protest that was thought to involve approximately 300 people conducting a vehicle caravan around the PMB.[1] That planned event was to occur at approximately 1500. My role at that time was to be present as an agency administrator and to oversee the planned protest that was being monitored by patrol and traffic units as well as a small amount of Mobile Field Force (MFF) personnel, as a contingency, to protect the PMB if the planned protestors attempted to breach the building. The briefing included a discussion of the Incident Action Plan for the event (Exhibit B) and a review of First Amendment rights of protesters and related Fourth Amendment considerations including use of force standards and probable cause to arrest for a range of crimes including breach of peace, incitement to riot, and unlawful assembly.

4.     By approximately 1500, a crowd of some 2000-2500 people/protestors had gathered outside of the PMB, which required traffic officers to close Bay Street. It was apparent that the planned protest was much larger than advertised, and that officers would be needed to assist with traffic control for the safety of the protestors, as well as the normal traffic in the area.

5.     At approximately 1535, the crowd began to march towards the Duval County Courthouse. Several people started spray painting graffiti on the PMB while the crowd was marching. During this time, I gave the order for police NOT to engage the protestors in any way, and to continue to allow them to march. The crowd eventually marched to the courthouse and returned to the area of the PMB at approximately 1620. Organizers gave the word that the protest was over and, over the next 30 minutes or so, most of the protestors left the area.

6.     Several hundred people remained and split themselves into two groups marching around the downtown area as well as the PMB. These individuals were carrying backpacks, milk

_____

[1] See Exhibit A: Intelligence Brief.

jugs full of milk (often used as a cooling agent in case of tear gas), and some were wearing tactical-style vests. It was apparent they were looking to antagonize the police. During the march, numerous individuals blocked the exit from the Main Street bridge (northbound onto Newnan Street) causing vehicles to have to back up the bridge in the wrong direction. The group eventually congregated around officers who were providing traffic control at Bay Street and Newnan Street for the safety of the public and the protesters. Some even jumped onto the officers' marked police vehicles causing damage.

7.     At approximately 1830, the crowd aggressively charged one of the traffic officers and cut the officer's neck. (Up until that time, officers had utilized no force towards the crowd and the crowd had moved freely.) Upon this act of violence, MFF officers were called in to disperse the crowd, many of whom were throwing bricks, bottles, and fireworks at the officers. MFF supervisors utilized loudspeakers to inform the crowd that they were deemed an unlawful assembly and read the prepared statement (Exhibit C) giving people the opportunity to leave the area. The crowd refused to leave and continued to cause damage to police vehicles as well as throw projectiles at the police.

8.     At approximately 1902, I gave the order for the MFF to initiate the limited use of tear gas to disperse the crowd from the area. Based on my observations and information being reported to me by my officers, it was my judgment that the use of tear gas was appropriate as measured by the need to restore order for safety, the limited amount of gas that was deployed, and the temporary, *de minimis* injuries to those affected.

9.     At approximately 1903, one of the protesters threw an incendiary device at a marked police vehicle causing it to erupt in flames.

10.     Over the next few hours, police officers arrested several individuals on a variety of charges. Numerous persons threw objects at the police then ran away. As well, numerous buildings and vehicles in the downtown area were vandalized (broken glass, graffiti, criminal mischief).

11.     Peace and order were restored at 0045 the next morning, May 31, 2020.

12.     I reviewed the Event Recap (Exhibit D) for this incident to refresh my recollection of the approximate time and location of the events described herein.

13.     I acknowledge that falsely making this certification will subject me to criminal penalty under federal and state law.

I DECLARE UNDER PENALTY OF PERJURY that the foregoing is true and correct. Executed this 6th day of July, 2020, in Jacksonville, Duval County, Florida.

Donald F. Tuten

1.  **Declaration of Chief Donald F. Tuten**

    Exhibit A: Intelligence Brief (5.29.2020)




# Intelligence Unit
## *Intelligence Brief*

**Date:** 05/29/20

**To:** A/C. Dingee

**From:** Lt. Chris King

**Subject:** Upcoming Protests / Intelligence Sharing Information

**Document Number:**
- ☐ Sensitive
- ☒ Confidential
- ☐ Restricted Information
- ☐ Not to be Distributed (File Only)

**Administration**
- ☒ Sheriff
- ☒ Undersheriff
- ☒ Director of Investigations & HLS
- ☒ Director of Patrol & Enforcement

**Homeland Security**
- ☒ HLS Chief   ☐ A/C Special Operations
- ☐ A/C Narcotics & Vice

**Patrol**
- ☒ Patrol Chief   ☒ Zone(s) Assistant Chief

- ☒ Patrol Support Division Chief
- ☒ Special Events Division Chief

**Investigations**
- ☐ Invest. Chief   ☐ A/C Major Case
- ☐ A/C Violence Reduction
- ☐ A/C Property Crimes & Invest Support

## Distribution

| Source | Contents |
|---|---|
| ☒ Highly Reliable | ☒ Factual |
| ☐ Usually Reliable | ☐ Possible True |
| ☐ Somewhat Reliable | ☐ Doubtful |
| ☐ Unable to Judge | ☐ Accuracy Unknown |

## Intelligence update for known protests:

**Justice For George Floyd and all Police Victims Caravan (05-30-20) @ the Police Memorial Building**

- https://www.facebook.com/events/887787968400031/ (As of 05/30/2020 @ 1130: 350+ plan to attend.  600 + interested.)
- https://www.facebook.com/events/1207421522925193/ (As of 05/30/2020 @ 1130: 120+ plan to attend.  230+ interested.)

**SUPERVISOR APPROVING:   J. W. Walters #5815**          **DATE:  7/6/20**





 **Jacksonville Community Action Committee**    • • •
16 hrs · 🌐

DETAILS ABOUT MAY 30th EVENT:

-Even if you do not have a vehicle, SHOW UP, MASK UP AND DEMAND JUSTICE. Whether you come on bike, foot, or by car, BE THERE just try to wear a mask.

-The route is from 501 East Bay st to the Sheriff's office.

-Be aware of informants amongst us. Most violence at protests is provoked by undercover cops and paid informants. If someone is urging you to do something that the organizers on the mic are not instructing, 🗣️🗣️THEY ARE PROBABLY JSO 🗣️🗣️

No justice, No peace. See you there 👊

Attached to the email is a  recent post from the group that is now telling people to show up no matter if they have a vehicle or not, along with a news article that was published yesterday.  Based off that news article, it appears that Ben Frazier (Northside Coalition) is going to be the spokesperson for the event.

- https://www.news4jax.com/news/local/2020/05/29/people-in-jacksonville-expected-to-join-national-i-cant-breathe-protests/

Lt. Jimmy Ricks has been in contact with Ben Fraiser (Promoter) several times and spoke with this morning. Lt. Ricks provided the provided the following information from Ben Fraiser:

- 3:15-3:45ish rally speeches at the grass lot.

- 3:45 or after speeches the ones not participating in the caravan will post up in front of the PMB on the steps.

- The route is west on Bay Street and will circle around from there. (Zone 1 is working on the Route details)

- After they get across the street they will begin the caravan

- Ben is not sure if they will have the peace keepers but they will be on the lookout for any one out of place not with their group. He said several times they do not want any violence from their people and do not promote violence. He did say that he would alert us to anyone out of place or possibly having chatter about doing any violence.

- His real concern was for the safety of people crossing the street after the speeches.





Lt. Ricks will be working today and can provide assistance as needed. He has a very good repor with Ben Frazier. If anything logistically is needed, Lt. Ricks can be of assistance. He will be attending the briefing.

**Peaceful Protest For Black Lives Matter (05-31-20)**

- https://www.facebook.com/events/2587811721462268/  (1 is the number of attendees)

**A Peaceful Protest at the Courthouse (06-01-20)**

- There are no updates on this event. We have been unable to locate an actual FB event Page.

## Additional items to monitor:

### Facebook - Anoynomous

"For those asking, protests are scheduled for Jacksonville tomorrow. 501 East Bay Street at 3:00 to be exact."

Along with this "check list"

Copied and pasted from a friend:

Are you marching tomorrow?

Gear up in case it gets thick:

*No IDs. No phones. No cameras!
(PD will scour the socials, don't post photos)
*Bring/wear nothing you can't ditch in a pinch, bag included
*Swim goggles (tear gas)
*Sunglasses
*Ear plugs (flashbang grenade)
*Civilian clothes underneath, black clothes on top. Mask up, ninja style. Uniformity is anonymity.
*Wrap one forearm in cardboard or whatever to defend against baton strikes
*Gloves
*Tennis rackets are great for returning tear gas canisters
*Bottled water - lots of it
*High protein snacks
*Laser pointer (drones)
*Flashlight w/ strobe function (disorients cops, especially at close range if you get cornered)



*Fog horn (at close proximity disorients cops)

Tactics:

*Squad up
*Buddy system
*Rotate in on the front lines⌨
*Don't all throw rocks at once, rotate
*Plan escape routes
*Plan rendezvous point in case you separate
*Designate one squad member not on scene to check in with. If you get pinched, this person will help bail you out.
*If you get pinched, don't say a fucking word. It's your Miranda right to say silent. Use it.
*Avoid hand to hand combat
*If hand to hand happens, knees are a weak-point of riot gear
*Tear gas canisters can be nullified with a road cone on top and bottled water poured in the top hole
*If shit's gonna burn - avoid mom n pop shops - banks and large corporations are insured
*Know where your medics are

Stay safe, friends
Make them hear us
Black Lives Matter

**Twitter**

- This morning we received information about a possible protest at the Town Center. Assets are deployed near the Target and general area for a response if necessary.

**CNN Reporting**

Law enforcement officers faced improvised explosive devices and a "highly evolved and tightly controlled group of folks bent on adapting their tactics to make it as difficult as possible to maintain that order" last night in Minneapolis as protesters blanketed the city, Minnesota Gov. Tim Walz said at a news conference late this morning.

Two Federal Protective Service officers suffered gunshot wounds amid protests Friday night in Oakland, California, police said. One of the officers died from his injury. At least 7,500 protesters took to the streets of the city to demonstrate over the death of George Floyd, the Oakland Police Department told CNN. Protesters caused damage across the city. There were reports of vandalism, theft of businesses, fires set and assaults on police officers, according to the police statement. While arrests were made, police were unable to provide specifics.





https://www.cnn.com/us/live-news/george-floyd-protests-05-30-20/h_e9837e22d597b46b3562f2e9281edaad

***<u>Intelligence Note:  We are seeing an up tick in shootings at protests across the country.</u>***

**Critical Infrastrucures and Surrounding Businesses:**

Several Critical Infrastructures sent a message to the Critical Infrastructure Unit to inquire about the on going protests and should they be concerned.  The Intellgence Unit and the Criticial Infrastructure Unit sent a message to our CI partners, reassuring them that the Jacksonville Sheriff's Office is fully aware of the planned protests in the downtown area and we are making plans to provide for a peaceful and lawful protests.  Should we get notified or see threats to our CI partners we will immediately reach out to them.

**1. Declaration of Chief Donald F. Tuten**

Exhibit B: Incident Action Plan (5.30.2020)

| 1. Incident Name: May 30th Caravan | 2. Operational Period to be covered by IAP (Date / Time):<br>From: 05/30/20 1300  to: 05/30/20 @1800 | IAP Cover Sheet |
|---|---|---|

**Incident Command:**  Lt. W.O. Janes





## Incident Action Plan

## 05/30/20

**Prepared by: Sgt. J.M. Faulkner III 43179   Date / Time:** 05/30/20@1045

**ICS 202 - Incident Objectives**

**1. Incident name:** May 30th Caravan
**2. Operational Period from: 05/30/20@1300   to: 05/30/20@1800**

| 3. Objective(s) |
|---|
| <ul><li>Provide for the Rights of Individual's to Peacefully Protest and Freely Assemble.</li><li>Facilitate smooth traffic patterns around the PMB and PTDF</li><li>Maintain a safe environment for the general and commuting public in the area of the event.</li></ul> |

| 4. Operational Period Command Emphasis: |
|---|
| The desired end state of this event is for participants in the event to exercise their constitutionally protected behaviors in a manner that does not impact access to the PMB and PTDF. Members of the Jacksonville Sheriff's Office will stage in the area as a courtesy/ patrol / safety measure while remaining available to respond to contingencies to include traffic congestion. |

| General Situational Awareness: |
|---|
| From Det. R. Gothe: The Jacksonville Community Action Committee is holding a "Justice Caravan" at the PMB and PTDF. This group was most likely responsible for a protest that happened earlier this year. During that protest, the group drove around the PMB honking their horn for about 30 minutes and then left. This protest has more people that are listed as attending per their status on facebook. The original protest has now evolved to include protesters of the Minneapolis police involved incident. |
| |

| 5. Site Safety Plan Required? |
|---|
| Yes ☐    No ☑ |

| 6. Incident Action Plan (the items checked below are included in this Incident Action Plan): | |
|---|---|
| ☑ ICS 202 | ☐ ICS 205 |
| ☑ ICS 203 | ☑ ICS 206 |
| ☑ ICS 204 | ☐ ICS 207 |

| 7. Prepared by RESL |
|---|
| **Name:** Sgt. J.M.Faulkner #43179 |
| **Approved by (Incident Commander)** |
| **Name:** Lt. W.O.Janes |
| **Date/Time:** |

# ICS 203 - Organization Assignment List

| 1. Incident Name: May 30th Caravan | |
|---|---|

**2. Operational Period from:** 05/30/20@0830 **to:** 05/30/20@ 1200

### 3. Incident Commander(s) and Command Staff

| Position | Name |
|---|---|
| Incident Commander / Unified Command | Lt. W.O.Janes |
| Legal Advisor | |
| Safety Officer | |
| Information Officer | Ofc. C.Hancock (on-call: 904-813-0021) |
| Liaison Officer | |

### 4. Agency Representative

| Agency | Name |
|---|---|
| JSO | Asst. Chief J. Judge |

### 5. Planning Section

| | |
|---|---|
| Chief | Sgt. J.M.Faulkner |
| Deputy | |
| Forward Observer 1 | N/A |
| Forward Observer 2 | N/A |

### 6. Logistics Section

| | |
|---|---|
| Chief | N/A |
| Deputy | |
| Legal Support | |
| Court Facilities | |
| Support Equipment | M |

### 7. Intelligence Section

| | |
|---|---|
| Chief | Sgt. J. Walters |
| Deputy | |
| Source Intelligence | Det. R. Goethe |
| Site Intelligence | Det. M Hiday |
| Specialized Units | Det. K. Haines |
| | |

**Prepared by:** Sgt. J.M.Faulkner #43179

### 8. Operations Section

| Chief | Sgt. G.Daniels | |
|---|---|---|
| Deputy | Lt. John Gay | |
| Deputy | Lt. Shannon Hartley | |
| Deputy | Sgt. S.Ross | |
| | | |

**Security/ Traffic**

| | | |
|---|---|---|
| Traffic | Sgt. M.Russell | |
| Bikes – QRF | Off. C. Cusatti | |
| Jail Security | A.C.John Verway | |
| PMB Security | Sgt. Mark Mason #76544 | |
| Swat QRF | Scooter Ross | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**Infrastructure Branch**

| | | |
|---|---|---|
| | | |
| | | |
| | | |

### 9. Finance Section

| Chief | |
|---|---|
| Deputy | |

## Incident

| **1. Incident Name:** May 30th Caravan | **2. Operational Period:** 05/30/20@ 1300 **to:** 05/30/20@1800 |

## 3. Reference

| Branch: | Operations |
| Division/Group: | Bikes - QRF |
| Staging Area: | Parking Lot under PMB |

## 4. Operations Personnel

| Operations Chief: | Sgt. G.Daniels |
| Branch Director: | |
| Division / Group Supervisor: | C.Cusatti |

## 5. Resources Assigned

| Resource Identifier | Leader | # of Persons | Contact (e.g., phone, pager, radio frequency, etc.) | Reporting Location, Special Equipment and Supplies, Remarks, Notes, Information |
| --- | --- | --- | --- | --- |
| Bikes - QRF | C.Cusatti | 9 | A13 | 501 Bay St. |
| | | | | |

## 6. Work Assignments:

7 Officers on bikes, 2 officers on Golf Carts, and Sgt. Daniels will provide roving security in the event area as a courtesy and safety element. Officers with patrol vehicles will remain in staging area as a QRF for contingencies. Any unit which has a need to work in the roadway should wear their traffic vest for enhanced visibility and safety.

Bike assignments will be determined by Sgt. Daniels on the day of the event.

## 7. Special Instructions:

Maintaining effective social distancing. The concerns of COVID 19 are still a factor. Focus for the day is safety. All members should have gloves and mask (PPE) immediately available at a minimum.

## 8. Communications

| Name | Function | Primary Contact: indicate cell, pager, or radio (frequency/system/channel) |
| --- | --- | --- |
| A13 | Event Channel | Remain on A13. Any issues will be worked on A13 and additional resources will be called to A13 if needed, there will be a dispatcher. |

## 9. Prepared By:

| Name: | Sgt. J.M.Faulkner | |
| Position: | Planning Section Chief | Date/Time: 05/30/20@1045 |
| | | |

| ICS 204 / Division Detail | Field Force |
|---|---|

## Incident

| **1. Incident Name:** May 30th Caravan | **2. Operational Period:** 05/30/20@ 1300 **to:** 05/30/20@1800 |
|---|---|

## 3. Reference

| Branch: | Operations |
|---|---|
| Division/Group: | Field Force Arrest Teams |
| Staging Area: | Parking lot under PMB |

## 4. Operations Personnel

| Operations Chief: | Lt. Shannon Hartley |
|---|---|
| Branch Director: | |
| Division / Group Supervisor: | N/A |

## 5. Resources Assigned

| Resource Identifier | Leader | # of Persons | Contact (e.g., phone, pager, radio frequency, etc.) | Reporting Location, Special Equipment and Supplies, Remarks, Notes, Information |
|---|---|---|---|---|
| Arrest Teams | S. Hartley | 30 | A13 | 501 Bay St. |
| | | | | |

## 6. Work Assignments:

Lt. Hartley will be in charge of the Field force arrest teams. Lt. Bottin and Lt. Nguyen will be his deputies. There will be 3 arrest teams of 8 people with 3 Sgts. Field Force will be in charge of making arrests and writing the appropriate arrest dockets.

## 7. Special Instructions:

Maintaining effective social distancing. The concerns of COVID 19 are still a factor. Focus for the day is safety. All members should have gloves and mask (PPE) immediately available at a minimum.

## 8. Communications

| Name | Function | Primary Contact: indicate cell, pager, or radio (frequency/system/channel) |
|---|---|---|
| A13 | Event Channel | Remain on A13. Any issues will be worked on A13 and additional resources will be called to A13 if needed, there will be no dispatcher. |

## 9. Prepared By:

| Name: | Sgt. J.M.Faulkner | |
|---|---|---|
| Position: | Planning Section Chief | Date/Time: 05/30/20@1045 |
| | | |

| ICS 204 / Division Detail | Traffic Component |
|---|---|

| Incident | |
|---|---|
| **1. Incident Name:** May 30th Caravan | **2. Operational Period:** 05/30/20@ 1300  **to:** 05/30/20@1800 |

| 3. Reference | |
|---|---|
| Branch: | Operations |
| Division/Group: | Traffic Team |
| Staging Area: | PMB |

| 4. Operations Personnel | |
|---|---|
| Operations Chief: | G. Daniels |
| Deputy | J. Gay |
| Supervisor | M. Russel, S. Patrick |

| 5. Resources Assigned | | | | |
|---|---|---|---|---|
| Resource Identifier | Leader | # of Persons | Contact (e.g., phone, pager, radio frequency, etc.) | Reporting Location, Special Equipment and Supplies, Remarks, Notes, Information |
| Traffic Team | John Gay | 12 | A-13 | PMB |
| | | | | |

**6. Work Assignments:**

Lt. Gay will be the Operations Deputy in charge of the traffic component. He will have 2 Sgts. working for him with a total of 10 officers. Officers will be utilized to block Forsyth St. from Liberty St. to Marsh St. to allow unimpeded access to the jail for police officers with prisoners. Additional intersections will need to be blocked at Adams and Washington, Monroe and Catherine, and Washington and Monroe. The access to the South end of the PMB by the fuel pumps will also be blocked to prevent access to the Field Force Van.

**7. Special Instructions:**

Maintaining effective social distancing. The concerns of COVID 19 are still a factor. Focus for the day is safety. All members should have gloves and mask (PPE) immediately available at a minimum.

| 8. Communications | | |
|---|---|---|
| Name | Function | Primary Contact: indicate cell, pager, or radio (frequency/system/channel) |
| A13 | Event Channel | Remain on A13. Any incidents will be worked off A13 and additional resources if needed will be called to A13. |

| 9. Prepared By: | |
|---|---|
| Name: | Sgt. J.M.Faulkner #43179 |
| Position: | Planning Section Chief  Date/Time:  05/30/20@1045 |
| | |

| ICS 204 / Division Detail | SWAT QRF |
|---|---|

| **Incident** | |
|---|---|
| **1. Incident Name:** May 30th Caravan | **2. Operational Period:** 05/30/20@ 1300 **to:** 05/30/20@1800 |

| **3. Reference** | |
|---|---|
| Branch: | Operations |
| Division/Group: | SWAT QRF |
| Staging Area: | 711 Liberty |

| **4. Operations Personnel** | |
|---|---|
| Operations Chief: | G.Daniels |
| Deputy | N/A |
| Supervisor | Sgt. J.R..Ross |

| **5. Resources Assigned** | | | | |
|---|---|---|---|---|
| **Resource Identifier** | **Leader** | **# of Persons** | **Contact (e.g., phone, pager, radio frequency, etc.)** | **Reporting Location, Special Equipment and Supplies, Remarks, Notes, Information** |
| SWAT QRF | Sgt. J.R.Ross | 13 | A-13 | PMB |
| | | | | |

| **6. Work Assignments:** |
|---|
| Sgt. Ross will be in charge of a SWAT QRF. His team will be staged at 711 Liberty St. his duties and responsibilities will be to respond to an officer down, or other deadly force situations. He will have 4 officers assigned to him. An additional team led by Sgt. A. Will will have 8 officers. |

| **7. Special Instructions:** |
|---|
| Maintaining effective social distancing. The concerns of COVID 19 are still a factor. Focus for the day is safety. All members should have gloves and mask (PPE) immediately available at a minimum. |

| **8. Communications** | | |
|---|---|---|
| **Name** | **Function** | **Primary Contact: indicate cell, pager, or radio (frequency/system/channel)** |
| A13 | Event Channel | Remain on A13. Any incidents will be worked off A13 and additional resources if needed will be called to A13. |

| **9. Prepared By:** | |
|---|---|
| Name: | Sgt. J.M.Faulkner #43179 |
| Position: | Planning Section Chief          Date/Time:  05/30/20@1045 |
| | |

**ICS 206 - Medical Plan**

| Incident |
| --- |

| **1. Incident Name:** May 30th Caravan |
| --- |

| **2. Operation Period from:** 05/30/20@1300 **to:** 05/30/20@1800 |
| --- |

| 3. Medical Aid Stations | | | |
| --- | --- | --- | --- |
| **Name** | **Location** | **Contact Number(s)/Frequency** | **Paramedics on Site?** |
| JRFD | **Fire Station 1, 611 Liberty St. Street Note: 6 blocks north of PMB.** | 904-255-3110 | No |

| 4. Transportation (indicate air or ground): | | | |
| --- | --- | --- | --- |
| **Ambulance Service** | **Location** | **Contact Number(s)/Frequency** | **Level of Service** |
| Jacksonville Fire Rescue | Station 1, 611 Liberty St. | 904-255-3110 / Radio: A-1 | ALS |
| | | | |

| 5. Hospitals | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| **Hospital Name** | **Address Latitude & Longitude if Helipad** | **Contact Number(s)/Frequency** | **Travel Time** | | **Trauma Center** | **Burn Center** | **Helipad** |
| | | | **Air** | **Grnd** | | | |
| UF Health (former Shands) | 655 W. 8th Street, Jacksonville, FL; Helipad: N30°20.93' / W81°39.99' | (904) 244-4450 | | 8 min. | Yes Level:1 | No | Yes |
| Baptist | 800 Prudential Drive, Jacksonville, FL; Helipad: N30°18.95' / W81°39.74' | (904) 202-2046 | | 7 min. | No Level: | No | Yes |
| St. Vincent's | 1800 Barrs Street, Jacksonville, FL; Helipad: N30°18.53' / W81°41.39' | (904) 303-5008 | | 8 min. | No Level: | No | Yes |

| 6. Special Medical Emergency Procedures |
| --- |
| • Officers should report to Baptist Hospital unless the injury is life threatening, then they should be transported to UF Health<br>• Contact with JFRD is made on A1 frequency by requesting JFRD through JSO dispatch<br>• All IOD's will be reported and documented immediately |
| ☐  Check box if aviation assets are utilized for rescue. If assets are used, coordinate with Air Operations. |

| **7. Prepared by (Communications Unit):** Sgt. J.M.Faulkner #43179 (PSC) | **8. Reviewed by:** Lt. W.O.Janes |
| --- | --- |

OPERATION SPECIFIC INFORMATION:



- Radio: Operating off of **A13**
- Operations Briefing will occur at 1300 at 501 E. Bay St. ( PMB drill hall)
- COVID Concerns are still present; PPE is available for all members.
- Prohibitions against mask should only be enforced when the wearing of a mask can be articulated as being based on the crime and not related to the COVID19 concern.
- The Jacksonville Sheriff's Office (JSO) respects and acknowledges the rights of persons to assemble and express their views in a lawful manner.
- The PMB will be locked and secure, however open to members for normal business needs.
- The PTDF will be open for normal business needs.
- The protesters will be meeting across from Maxwell House in the dirt/grass lot.
- JSO will not be escorting the protestors, Forsyth St. from Liberty St. to Marsh St. will be blocked to allow officers taking prisoners to the jail unimpeded access.
- JSO Field Force arrest teams will be staged under the PMB.
- **All arrests other than serious violent offenses will be coordinated with the Field Force.**
- Overtime will be submitted to Lt. James Ricks #7475 Overtime:Protests.

# Protest Based Guidance:

I.  **The Sheriff's Office respects and acknowledges the rights of persons to express their views in a lawful manner.** The Sheriff's Office's role is to protect the rights of the public and peaceful protestors by enforcing the law and maintaining order.  The objectives for today are:

  o  Provide for the Rights of Individual's to Peacefully Protest and Freely Assemble.
  o  Facilitate smooth traffic patterns around the PMB and PTDF.
  o  Maintain a safe environment for the general and commuting public in the area of the event.

II.  **The following statement will be read aloud to the leaders/organizers of today today's event.**   Participants are being encouraged to speak to a supervisor if they have any questions.  Please be prepared to talk to them.

*"The Sheriff's Office respects and acknowledges the rights of persons to express their views in a lawful manner. The Sheriff's Office's role is to protect the rights of the public and peaceful protestors by enforcing the law and maintaining order.  During a lawful protest, the Sheriff's Office will, however, take appropriate action in response to anyone who breaches the peace, engages in disorderly conduct, incites a riot by words or actions, or when other criminal violations are observed or reported.  Please be reminded that anyone who engages in unlawful behavior that obstructs or interferes with a lawful and peaceful protest may also be subject to arrest or citation. If you have any questions regarding what is or is not prohibited activity, please ask to speak to an on-scene police supervisor.*
*THANK YOU FOR YOUR ASSISTANCE AND COOPERATION IN MAINTAINING ORDER AND CIVILITY TODAY"*

III.  **RESTRAINT and PATIENCE**.  Please remind your personnel that restraint and patience must be practiced during the event.

IV.  **Below is a list of statutes and ordinances that may be used**, if necessary, during today's event.  This is not all inclusive, but rather a quick reference guide.  It is imperative that all reports be as comprehensive as possible, especially when articulating the probable cause for the arrest.  Factors to include, if possible, are:
   1- What deliberate action did the subject engage in that significantly impeded the successful function of the assembly? The specific behavior the individual presented during this action (i.e., cursing, clenched fists, fighting words, squared off body, etc)

2- The reaction of those who may have been the recipient or witness of the behavior (i.e, flinched as if in fear, turned away to avoid the behavior, coward as if afraid, etc)

3- The names of any witnesses

4- The number of warnings given to an individual prior to the arrest, if applicable, and the name of the officer who provided the warning(s) and the name of any witness who heard the warning given. Where were you at when the warning(s) was given?

5- If a UTC is appropriate, please issue the citation

**843.02 Resisting officer without violence to his or her person**.- Whoever shall resist, obstruct, or oppose any officer; or other person legally authorized to execute process in the execution of legal process or in the lawful execution of any legal duty, without offering or doing violence to the person of the officer, shall be guilty of a misdemeanor of the first degree

**316.130 Pedestrians; traffic regulations.—**

(1)    A pedestrian shall obey the instructions of any official traffic control device specifically applicable to the pedestrian unless otherwise directed by a police officer.

(2)    Pedestrians shall be subject to traffic control signals at intersections as provided in s. 316.075, but at all other places pedestrians shall be accorded the privileges and be subject to the restrictions stated in this chapter.

(3)    Where sidewalks are provided, no pedestrian shall, unless required by other circumstances, walk along and upon the portion of a roadway paved for vehicular traffic.

(4)    Where sidewalks are not provided, any pedestrian walking along and upon a highway shall, when practicable, walk only on the shoulder on the left side of the roadway in relation to the pedestrian's direction of travel, facing traffic which may approach from the opposite direction.

(5)    No person shall stand in the portion of a roadway paved for vehicular traffic for the purpose of soliciting a ride, employment, or business from the occupant of any vehicle.

(8)    No pedestrian shall suddenly leave a curb or other place of safety and walk or run into the path of a vehicle which is so close that it is impossible for the driver to yield.

(10)    Every pedestrian crossing a roadway at any point other than within a marked crosswalk or within an unmarked crosswalk at an intersection shall yield the right-of-way to all vehicles upon the roadway. (11)    Between adjacent intersections at which traffic control signals are in operation, pedestrians shall not cross at any place except in a marked crosswalk.

(12)    No pedestrian shall, except in a marked crosswalk, cross a roadway at any other place than by a route at right angles to the curb or by the shortest route to the opposite curb.

**876.155    Wearing a Mask**

(1)    With the intent to deprive any person or class of persons of the equal protection of the laws or of equal privileges and immunities under the laws or for the purpose of preventing the constituted authorities of this state or any subdivision thereof from, or hindering them in, giving or securing to all persons within this state the equal protection of the laws;

(2)    With the intent, by force or threat of force, to injure, intimidate, or interfere with any person because of the person's exercise of any right secured by federal, state, or local law or to intimidate such person or any other person or any class of persons from exercising any right secured by federal, state, or local law;

(3)    With the intent to intimidate, threaten, abuse, or harass any other person; or
(4)    While she or he was engaged in conduct that could reasonably lead to the institution of a civil or criminal proceeding against her or him, with the intent of avoiding identification in such a proceeding.

**877.03 Breach of Peace; disorderly**
Whoever commits such acts as are of a nature to corrupt the public morals, or outrage the sense of public decency, or affect the peace and quiet of persons who may witness them, or engages in brawling or fighting, or engages in such conduct as to constitute a breach of the peace or disorderly conduct, shall be guilty of a misdemeanor of the second degree

# <u>Deadly Force Policy:</u>

1. The use of deadly force is acceptable only under the following circumstances:

a. Officers may use deadly force when the officer reasonably believes such force is necessary to prevent imminent death or great bodily harm to themselves or another person;

b. Officers may use deadly force to apprehend a fleeing felon only when:

(1) There is probable cause to believe the person fleeing committed a violent felony which involved the infliction or threatened infliction of great bodily harm or death, or the person fleeing escaped while being held in custody as a suspect or prisoner for a violent felony which involved the infliction or threatened infliction of great bodily harm or death; and

(2) The officer reasonably believes the use of deadly force is necessary to prevent escape; and

(3) The officer reasonably believes the failure to immediately apprehend the fleeing person will place the officer, another law enforcement officer, or any other person in imminent danger of death or great bodily harm.

c. The officer's decision to use deadly force against a fleeing felon will be judged by the reasonableness of the officer's actions based upon the facts and circumstances known to the officer at the time the force was deployed.

d. If feasible, prior to the use of deadly force, officers shall give some warning of the possible use of deadly force, unless to do so would jeopardize the safety of the officer or any other person.

2. Officers will not needlessly place themselves in, or remain in, situations of great danger and use this as justification for the use of deadly force. For example, if confronted by a moving vehicle, officers will move out of its path, if possible, rather than firing at the vehicle.

3. The law, or mutual aid agreements when in place, allows an officer to use deadly force outside of Duval County to defend the officer or another person from what he reasonably believes is necessary to prevent imminent death or great bodily harm to himself or another person.

1.  **Declaration of Chief Donald F. Tuten**

    Exhibit C: Dispersal Order

"I am _____ with the Jacksonville Sheriff's Office. I hereby declare this to be an unlawful assembly and I command all those assembled at (give specific location) to immediately disperse. If you do not do so, you will be arrested. Florida State Statute 870.04 prohibits remaining present at an unlawful assembly. You may exit *(give a specific and the most convenient route(s) of dispersal)*. You have *(give reasonable amount of time)* to disperse."

1.  **Declaration of Chief Donald F. Tuten**

    Exhibit D: Event Recap (5.30.2020)

# Event Recap

Incident Number: JSO/200530-00362285     Incident Date/ Time: 05/30/2020 13:41     Closed Date/ Time: 06/02/2020 07:58

Address: 501 BAY ST E     Building:

Caller:     Area:

Primary Officer: 67488 / ID#     Subsector: A3

Operator: STILES, KIMBERLY  ID# 67424     Beat: 96

Priority: 4     Signal: 15   SPECIAL ASSIGNMENT

Disposition: K - ASST OTHER UNIT/AGN;SUPERVISOR

| AUDIT TRAIL | | |
|---|---|---|
| **Create Date** | **Audit Text** | **Operator** |
| 05/30/2020 13:41 | INCIDENT INITIATED | CONSOLE: JSO-Z1; STILES, KIMBERLY(67424) |
| 05/30/2020 13:41 | PRIMARY UNIT CHANGED TO [1304] | CONSOLE: JSO-Z1; STILES, KIMBERLY(67424) |
| 05/30/2020 13:41 | UNIT STATUS FOR [1304] CHANGED TO <OV> | CONSOLE: JSO-Z1; STILES, KIMBERLY(67424) |
| 05/30/2020 13:41 | INCIDENT STATUS: ACTIVE | CONSOLE: JSO-Z1; STILES, KIMBERLY(67424) |
| 05/30/2020 13:41 | UNIT DISPATCHED: [1304] | CONSOLE: JSO-Z1; STILES, KIMBERLY(67424) |
| 05/30/2020 13:42 | COMMENTS: ON THE ROOF | CONSOLE: JSO-Z1; STILES, KIMBERLY(67424) |
| 05/30/2020 13:42 | INCIDENT UPDATED: STREET NAME = 501 E BAY ST | CONSOLE: JSO-Z1; STILES, KIMBERLY(67424) |
| 05/30/2020 13:42 | INCIDENT UPDATED: REAL STREET NAME = 501 BAY ST E | CONSOLE: JSO-Z1; STILES, KIMBERLY(67424) |
| 05/30/2020 13:42 | INCIDENT UPDATED: BEAT = 96 | CONSOLE: JSO-Z1; STILES, KIMBERLY(67424) |
| 05/30/2020 13:42 | INCIDENT UPDATED: SECTOR = A3 | CONSOLE: JSO-Z1; STILES, KIMBERLY(67424) |
| 05/30/2020 13:42 | INCIDENT UPDATED: CITY = JACKSONVILLE | CONSOLE: JSO-Z1; STILES, KIMBERLY(67424) |
| 05/30/2020 13:42 | INCIDENT UPDATED: CROSS STREET = 1 CATHERINE ST / 1 LIBERTY ST S | CONSOLE: JSO-Z1; STILES, KIMBERLY(67424) |
| 05/30/2020 13:42 | INCIDENT UPDATED: HIGH CROSSSTREET NUMBER = 1 | CONSOLE: JSO-Z1; STILES, KIMBERLY(67424) |
| 05/30/2020 13:42 | INCIDENT UPDATED: LOCATION = 501 BAY ST E | CONSOLE: JSO-Z1; STILES, KIMBERLY(67424) |
| 05/30/2020 13:42 | INCIDENT UPDATED: LOW CROSS STREET NUMBER = 1 | CONSOLE: JSO-Z1; STILES, KIMBERLY(67424) |

| 05/30/2020 13:42 | INCIDENT UPDATED: SUBDIVISION = 001 | CONSOLE: JSO-Z1; STILES, KIMBERLY(67424) |
|---|---|---|
| 05/30/2020 13:42 | INCIDENT UPDATED: ZIPCODE = 32202 | CONSOLE: JSO-Z1; STILES, KIMBERLY(67424) |
| 05/30/2020 13:55 | COMMENTS: 1304 ADVS PRE-RECORDED PROTEST MESSAGE HAS BEEN PLAYED | CONSOLE: JSO-27; TRAUGER, AMY(67450) |
| 05/30/2020 14:05 | COMMENTS: PARKING ON GRASS LOT WHERE OLD COURTHOUSE WAS...INDIVIDS ARRIVING | CONSOLE: JSO-27; TRAUGER, AMY(67450) |
| 05/30/2020 14:16 | COMMENTS: 1304 ADVS ANOTHER ANNOUNCEMENT AT 1410 AND ANOTHER AT 1420 | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 14:22 | COMMENTS: ANOTHER ANNOUCEMENT MADE | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 14:25 | COMMENTS: THERE WILL BE A MARCH AND THEN SPEAK AT BAY ST STEPS THEN WALK AROUND BUILDING | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 14:26 | COMMENTS: CORRECTION.....CARS WILL CIRCLE AROUND BUILD 3 TIMES THEN SPEAK THEN WALK AROUND BUILD | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 14:29 | COMMENTS: SILV VEH W/PEOPLE INSIDE HOLDING SIGNS JUST DROVE BY THE JAIL | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 14:33 | COMMENTS: 1304 - JUST DID ANOTHER ANNOUNCEMENT<br><br>VEH COUNT IS 74 | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 14:49 | UNIT STATUS FOR [150] CHANGED TO <NA> | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 14:49 | UNIT DISPATCHED: [150] | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 14:49 | UNIT STATUS FOR [733] CHANGED TO <NA> | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 14:49 | UNIT DISPATCHED: [733] | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 14:49 | UNIT STATUS FOR [777] CHANGED TO <NA> | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 14:49 | UNIT DISPATCHED: [777] | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 14:49 | UNIT STATUS FOR [X290] CHANGED TO <NA> | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 14:49 | UNIT DISPATCHED: [X290] | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 14:49 | UNIT STATUS FOR [X291] CHANGED TO <NA> | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 14:49 | UNIT DISPATCHED: [X291] | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 14:49 | UNIT STATUS FOR [X292] CHANGED TO <NA> | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 14:49 | UNIT DISPATCHED: [X292] | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 14:49 | UNIT STATUS FOR [X293] CHANGED TO <NA> | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 14:49 | UNIT DISPATCHED: [X293] | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 14:49 | UNIT STATUS FOR [X294] CHANGED TO <NA> | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 14:49 | UNIT DISPATCHED: [X294] | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 14:49 | UNIT STATUS FOR [X390] CHANGED TO <NA> | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 14:49 | UNIT DISPATCHED: [X390] | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 14:49 | UNIT STATUS FOR [X392] CHANGED TO <NA> | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 14:49 | UNIT DISPATCHED: [X392] | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |

| 05/30/2020 14:49 | UNIT STATUS FOR [X393] CHANGED TO <NA> | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
|---|---|---|
| 05/30/2020 14:49 | UNIT DISPATCHED: [X393] | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 14:49 | UNIT STATUS FOR [X394] CHANGED TO <NA> | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 14:49 | UNIT DISPATCHED: [X394] | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 14:49 | UNIT STATUS FOR [X393] CHANGED TO <EN> (LOCATION: 501 BAY ST E) | CONSOLE: JSO-LAP43645-M; QUINTANA, STEAPHANYE(81370) |
| 05/30/2020 14:49 | UNIT STATUS FOR [X394] CHANGED TO <EN> (LOCATION: 501 BAY ST E) | CONSOLE: JSO-LAP43629-M; MRAKOVICH, BRYCE (82147) |
| 05/30/2020 14:49 | UNIT STATUS FOR [X390] CHANGED TO <EN> (LOCATION: 501 BAY ST E) | CONSOLE: JSO-LAP44817-M; DUKIC, SLOBODAN (68765) |
| 05/30/2020 14:49 | UNIT STATUS FOR [X293] CHANGED TO <EN> (LOCATION: 501 BAY ST E) | CONSOLE: JSO-LAP42988-M; NELSON, JOSHUA (77811) |
| 05/30/2020 14:49 | UNIT STATUS FOR [X392] CHANGED TO <EN> (LOCATION: 501 BAY ST E) | CONSOLE: JSO-LAP43105-M; NELSON, KYLE (81347) |
| 05/30/2020 14:49 | UNIT STATUS FOR [X394] CHANGED TO <AR> | CONSOLE: JSO-LAP43629-M; MRAKOVICH, BRYCE (82147) |
| 05/30/2020 14:49 | UNIT STATUS FOR [X392] CHANGED TO <AR> | CONSOLE: JSO-LAP43105-M; NELSON, KYLE (81347) |
| 05/30/2020 14:49 | UNIT STATUS FOR [X390] CHANGED TO <AR> | CONSOLE: JSO-LAP44817-M; DUKIC, SLOBODAN (68765) |
| 05/30/2020 14:50 | UNIT STATUS FOR [733] CHANGED TO <AR> | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 14:50 | UNIT STATUS FOR [777] CHANGED TO <AR> | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 14:50 | UNIT STATUS FOR [150] CHANGED TO <AR> | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 14:50 | UNIT STATUS FOR [X291] CHANGED TO <AR> | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 14:50 | UNIT STATUS FOR [X290] CHANGED TO <AR> | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 14:50 | UNIT STATUS FOR [1304] CHANGED TO <AR> | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 14:50 | UNIT STATUS FOR [X292] CHANGED TO <AR> | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 14:50 | UNIT STATUS FOR [X393] CHANGED TO <AR> | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 14:50 | UNIT STATUS FOR [X294] CHANGED TO <AR> | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 14:50 | UNIT STATUS FOR [X293] CHANGED TO <AR> | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 14:50 | UNIT STATUS FOR [X392] CHANGED TO <AO> | CONSOLE: JSO-LAP43105-M; NELSON, KYLE (81347) |
| 05/30/2020 14:50 | VEHICLEQUERY EXECUTED | CONSOLE: JSO-LAP44817-M; DUKIC, SLOBODAN (68765) |
| 05/30/2020 14:51 | UNIT STATUS FOR [X293] CHANGED TO <AO> | CONSOLE: JSO-LAP42988-M; NELSON, JOSHUA (77811) |
| 05/30/2020 14:51 | COMMENTS: IM AT THE INTERSECTION OF PALMETTO ST AND E MONROE ST (JSO/X293) | CONSOLE: JSO-LAP42988-M; NELSON, JOSHUA (77811) |
| 05/30/2020 14:54 | UNIT STATUS FOR [X294] CHANGED TO <EN> (LOCATION: 501 BAY ST E) | CONSOLE: JSO-LAP43730-M; BERNARD, CHARLES (82029) |

| 05/30/2020 14:54 | UNIT STATUS FOR [X294] CHANGED TO <AR> | CONSOLE: JSO-LAP43730-M; BERNARD, CHARLES (82029) |
|---|---|---|
| 05/30/2020 14:57 | COMMENTS: COUPLE PEOPLE CARRYING 1/2 GALLOON MILK JUGS W/MILK INSIDE TO THROW ON COPS......COUPLE ANTIFI PEOPLE ALL BLK CLOTHING, BLK GLOVES<br><br>COUPLE GENTLEMEN WEARING TACT VESTS AT GRASS LOT THEY DO NOT APPEAR TO BE ARMED<br><br>ANOTHER GENTLEMAN WALKING UP TO PMB W/PRO POLICE FLAG | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 14:57 | COMMENTS: GUY W/BLU THIN LINE FLAG COMING DOWN ON BAY ST SIDE | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 14:58 | UNIT STATUS FOR [X291] CHANGED TO <EO> | CONSOLE: JSO-LAP45269-M; SHERWIN, LLYNEA (79967) |
| 05/30/2020 14:58 | COMMENTS: MONROE ST & CATHERINE ST (JSO/X291) | CONSOLE: JSO-LAP45269-M; SHERWIN, LLYNEA (79967) |
| 05/30/2020 14:58 | COMMENTS: POSITION 1 BLOCK FORSYTH TO PMB/JAIL...ONLY ALLOW POLICE VEHS IN THERE......CARAVAN WILL NOW GO UP LIBERTY TO MONROE RIGHT ON MONROE AND DOWN TO CATHERINE | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 14:59 | UNIT STATUS FOR [X391] CHANGED TO <NA> | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 14:59 | UNIT DISPATCHED: [X391] | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 14:59 | UNIT STATUS FOR [X391] CHANGED TO <EN> (LOCATION: 501 BAY ST E) | CONSOLE: JSO-LAP44850-M; MACK, JONATHAN (67906) |
| 05/30/2020 14:59 | UNIT STATUS FOR [X391] CHANGED TO <AR> | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 15:01 | COMMENTS: X391 - LOTS OF TRAFFIC ON ADAMS TO CATHERINE AT FORSYTH | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 15:01 | COMMENTS: X292 - AT CATHRINE ST - WILL BLOCK TRAFFIC | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 15:03 | COMMENTS: X393 BLOCK LIBERTY @ MONROE | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 15:06 | COMMENTS: CROWD SIZE APPROX 300 | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 15:06 | COMMENTS: 300-400 | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 15:07 | COMMENTS: BAY BACKED UP TO MAIN ST....TRAFFIC ADAMS & LIBERTY FULL | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 15:14 | COMMENTS: 1039 F/R OF ROAD CLOSURES AND ROUTE OF CARAVAN/MARCH | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 15:14 | COMMENTS: NEED BARACADES IN FRNT OF FRNT DOORS OF PMB AND NEXT TO WALLS ON BAY STREET | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 15:20 | UNIT STATUS FOR [737] CHANGED TO <NA> | CONSOLE: JSO-Z4; BRYAN, AVERY(80814) |
| 05/30/2020 15:20 | UNIT DISPATCHED: [737] | CONSOLE: JSO-Z4; BRYAN, AVERY(80814) |
| 05/30/2020 15:20 | UNIT STATUS FOR [X491] CHANGED TO <NA> | CONSOLE: JSO-Z4; BRYAN, AVERY(80814) |
| 05/30/2020 15:20 | UNIT DISPATCHED: [X491] | CONSOLE: JSO-Z4; BRYAN, AVERY(80814) |
| 05/30/2020 15:20 | UNIT STATUS FOR [X492] CHANGED TO <NA> | CONSOLE: JSO-Z4; BRYAN, AVERY(80814) |
| 05/30/2020 15:20 | UNIT DISPATCHED: [X492] | CONSOLE: JSO-Z4; BRYAN, AVERY(80814) |
| 05/30/2020 15:20 | UNIT STATUS FOR [X493] CHANGED TO <NA> | CONSOLE: JSO-Z4; BRYAN, AVERY(80814) |
| 05/30/2020 15:20 | UNIT DISPATCHED: [X493] | CONSOLE: JSO-Z4; BRYAN, AVERY(80814) |

| 05/30/2020 15:20 | UNIT STATUS FOR [708] CHANGED TO <NA> | CONSOLE: JSO-Z6; HALEY, NIKKI(77808) |
|---|---|---|
| 05/30/2020 15:20 | UNIT DISPATCHED: [708] | CONSOLE: JSO-Z6; HALEY, NIKKI(77808) |
| 05/30/2020 15:20 | UNIT STATUS FOR [X690] CHANGED TO <NA> | CONSOLE: JSO-Z6; HALEY, NIKKI(77808) |
| 05/30/2020 15:20 | UNIT DISPATCHED: [X690] | CONSOLE: JSO-Z6; HALEY, NIKKI(77808) |
| 05/30/2020 15:20 | UNIT STATUS FOR [X691] CHANGED TO <NA> | CONSOLE: JSO-Z6; HALEY, NIKKI(77808) |
| 05/30/2020 15:20 | UNIT DISPATCHED: [X691] | CONSOLE: JSO-Z6; HALEY, NIKKI(77808) |
| 05/30/2020 15:20 | UNIT STATUS FOR [X692] CHANGED TO <NA> | CONSOLE: JSO-Z6; HALEY, NIKKI(77808) |
| 05/30/2020 15:20 | UNIT DISPATCHED: [X692] | CONSOLE: JSO-Z6; HALEY, NIKKI(77808) |
| 05/30/2020 15:20 | UNIT STATUS FOR [X491] CHANGED TO <EN> (LOCATION: 501 BAY ST E) | CONSOLE: JSO-LAP43597-M; RODRIGUEZ, JOSHUA (81413) |
| 05/30/2020 15:20 | UNIT STATUS FOR [X492] CHANGED TO <EN> (LOCATION: 501 BAY ST E) | CONSOLE: JSO-LAP43607-M; HERNANDEZ, FRANK (81401) |
| 05/30/2020 15:20 | UNIT STATUS FOR [737] CHANGED TO <EN> (LOCATION: 501 BAY ST E) | CONSOLE: JSO-LAP44356-M; MOON, MICHAEL (7541) |
| 05/30/2020 15:20 | UNIT STATUS FOR [737] CHANGED TO <AR> | CONSOLE: JSO-Z4; BRYAN, AVERY(80814) |
| 05/30/2020 15:20 | UNIT STATUS FOR [X491] CHANGED TO <AR> | CONSOLE: JSO-Z4; BRYAN, AVERY(80814) |
| 05/30/2020 15:20 | UNIT STATUS FOR [X492] CHANGED TO <AR> | CONSOLE: JSO-Z4; BRYAN, AVERY(80814) |
| 05/30/2020 15:20 | UNIT STATUS FOR [X493] CHANGED TO <AR> | CONSOLE: JSO-Z4; BRYAN, AVERY(80814) |
| 05/30/2020 15:20 | UNIT STATUS FOR [X692] CHANGED TO <EN> (LOCATION: 501 BAY ST E) | CONSOLE: JSO-LAP43608-M; WILLIAMS, TRAMELL (82040) |
| 05/30/2020 15:20 | UNIT STATUS FOR [X690] CHANGED TO <EN> (LOCATION: 501 BAY ST E) | CONSOLE: JSO-LAP44702-M; GRUNWALD, KYLE (60841) |
| 05/30/2020 15:20 | UNIT STATUS FOR [X691] CHANGED TO <EN> (LOCATION: 501 BAY ST E) | CONSOLE: JSO-LAP43909-M; PAUL, SERGE(65065) |
| 05/30/2020 15:20 | UNIT STATUS FOR [708] CHANGED TO <EN> (LOCATION: 501 BAY ST E) | CONSOLE: JSO-LAP44459-M; GARNETT, RAUL (6186) |
| 05/30/2020 15:21 | UNIT STATUS FOR [X291] CHANGED TO <AR> | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 15:23 | COMMENTS: SIT REP POSS 1,000 PEOPLE T97 AND WE ALSO PRIVATE DRONES FLYING AROUND......T77 AT THIS TIME | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 15:25 | UNIT STATUS FOR [777] CHANGED TO <EN> (LOCATION: 501 BAY ST E) | CONSOLE: JSO-LAP44902-M; RUSSELL, MICHAEL (67183) |
| 05/30/2020 15:28 | UNIT STATUS FOR [X493] CHANGED TO <EN> (LOCATION: 501 BAY ST E) | CONSOLE: JSO-LAP44299-M; MEYER, AMANDA (7902) |
| 05/30/2020 15:29 | UNIT STATUS FOR [X493] CHANGED TO <AR> | CONSOLE: JSO-LAP44299-M; MEYER, AMANDA (7902) |
| 05/30/2020 15:32 | COMMENTS: LOT APPEARS TO BE AT 95% AT CAPACITY | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 15:33 | UNIT STATUS FOR [619] CHANGED TO <NA> | CONSOLE: JSO-Z1; STILES, KIMBERLY(67424) |
| 05/30/2020 15:33 | UNIT DISPATCHED: [619] | CONSOLE: JSO-Z1; STILES, KIMBERLY(67424) |
| 05/30/2020 15:33 | UNIT STATUS FOR [2180] CHANGED TO <NA> | CONSOLE: JSO-Z1; STILES, KIMBERLY(67424) |

| 05/30/2020 15:33 | UNIT DISPATCHED: [2180] | CONSOLE: JSO-Z1; STILES, KIMBERLY(67424) |
|---|---|---|
| 05/30/2020 15:33 | UNIT STATUS FOR [2181] CHANGED TO <NA> | CONSOLE: JSO-Z1; STILES, KIMBERLY(67424) |
| 05/30/2020 15:33 | UNIT DISPATCHED: [2181] | CONSOLE: JSO-Z1; STILES, KIMBERLY(67424) |
| 05/30/2020 15:33 | UNIT STATUS FOR [2182] CHANGED TO <NA> | CONSOLE: JSO-Z1; STILES, KIMBERLY(67424) |
| 05/30/2020 15:33 | UNIT DISPATCHED: [2182] | CONSOLE: JSO-Z1; STILES, KIMBERLY(67424) |
| 05/30/2020 15:33 | UNIT STATUS FOR [2183] CHANGED TO <NA> | CONSOLE: JSO-Z1; STILES, KIMBERLY(67424) |
| 05/30/2020 15:33 | UNIT DISPATCHED: [2183] | CONSOLE: JSO-Z1; STILES, KIMBERLY(67424) |
| 05/30/2020 15:33 | UNIT STATUS FOR [2186] CHANGED TO <NA> | CONSOLE: JSO-Z1; STILES, KIMBERLY(67424) |
| 05/30/2020 15:33 | UNIT STATUS FOR [2186] CHANGED TO <EN> (LOCATION: 501 BAY ST E) | CONSOLE: JSO-LAP44523-M; COOPER, COURTNEY (69478) |
| 05/30/2020 15:33 | UNIT STATUS FOR [2181] CHANGED TO <EN> (LOCATION: 501 BAY ST E) | CONSOLE: JSO-LAP44737-M; REYNOLDS, ZACHARY(76343) |
| 05/30/2020 15:33 | UNIT STATUS FOR [619] CHANGED TO <AR> | CONSOLE: JSO-Z1; STILES, KIMBERLY(67424) |
| 05/30/2020 15:33 | UNIT STATUS FOR [2181] CHANGED TO <AR> | CONSOLE: JSO-Z1; STILES, KIMBERLY(67424) |
| 05/30/2020 15:33 | UNIT STATUS FOR [2180] CHANGED TO <AR> | CONSOLE: JSO-Z1; STILES, KIMBERLY(67424) |
| 05/30/2020 15:33 | UNIT STATUS FOR [2183] CHANGED TO <AR> | CONSOLE: JSO-Z1; STILES, KIMBERLY(67424) |
| 05/30/2020 15:34 | UNIT STATUS FOR [2182] CHANGED TO <AR> | CONSOLE: JSO-Z1; STILES, KIMBERLY(67424) |
| 05/30/2020 15:34 | UNIT STATUS FOR [2186] CHANGED TO <AR> | CONSOLE: JSO-Z1; STILES, KIMBERLY(67424) |
| 05/30/2020 15:35 | COMMENTS: STARTING TO MARCH - EB BAY & LIBERTY | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 15:35 | COMMENTS: SHUT DOWN EB BAY @ NEWNAN | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 15:37 | COMMENTS: CROWD IS AT STEPS | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 15:37 | COMMENTS: JUST GOING TO MARCH....NOT MANY VEHS IN PARADE | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 15:38 | COMMENTS: UNITS IN PERIMETER - KEEP YOUR HEADS ON A SWIVEL | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 15:39 | COMMENTS: LOTS OF BABIES IN STROLLERS - EXCESS OF 1,000 PEOPLE NOW | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 15:40 | COMMENTS: LARGE AMOUNT OF VEHS COMING OUT OF GRASS LOT....DO NOT LET THEM COME WEST ON BAY....TOO MANY PEOPLE ON BAY....NEED ADDL UNITS AT GRASS LOT NOW | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 15:41 | UNIT STATUS FOR [708] CHANGED TO <AR> | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 15:41 | UNIT STATUS FOR [777] CHANGED TO <AR> | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 15:41 | UNIT STATUS FOR [X392] CHANGED TO <AR> | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 15:41 | UNIT STATUS FOR [X691] CHANGED TO <AR> | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 15:41 | UNIT STATUS FOR [X690] CHANGED TO <AR> | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 15:41 | UNIT STATUS FOR [X692] CHANGED TO <AR> | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 15:41 | UNIT STATUS FOR [X293] CHANGED TO <AR> | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |

| 05/30/2020 15:42 | COMMENTS: FOLKS HAVE GAINED ACCESS TO FLOWERBEDS AND NOW HAVE ACCESS TO LOWER GARAGE | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
|---|---|---|
| 05/30/2020 15:43 | COMMENTS: ON BAY ST...MALE JUMPED BARRACADE BM BURG SHIRT WALKING BACK AND FORTH NOW | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 15:45 | VEHICLEQUERY EXECUTED | CONSOLE: JSO-LAP43597-M; RODRIGUEZ, JOSHUA (81413) |
| 05/30/2020 15:45 | COMMENTS: DRONES - 1 BAY/LIBERTY AND 1 BYTWN TOWERS....1 BTWN BERKMAN TOWERS IS JSO OTHER IS NOT | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 15:49 | COMMENTS: CROWD IS MARCHING AGAIN WB ON BAY ST | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 15:50 | UNIT STATUS FOR [626] CHANGED TO <NA> | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 15:50 | UNIT DISPATCHED: [626] | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 15:50 | UNIT STATUS FOR [X590] CHANGED TO <NA> | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 15:50 | UNIT DISPATCHED: [X590] | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 15:50 | UNIT STATUS FOR [X591] CHANGED TO <NA> | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 15:50 | UNIT DISPATCHED: [X591] | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 15:50 | UNIT STATUS FOR [X592] CHANGED TO <NA> | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 15:50 | UNIT DISPATCHED: [X592] | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 15:50 | UNIT STATUS FOR [X593] CHANGED TO <NA> | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 15:50 | UNIT DISPATCHED: [X593] | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 15:50 | UNIT STATUS FOR [X594] CHANGED TO <NA> | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 15:50 | UNIT DISPATCHED: [X594] | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 15:51 | UNIT STATUS FOR [X592] CHANGED TO <EN> (LOCATION: 501 BAY ST E) | CONSOLE: JSO-LAP45398-M; SWEAT, THOMAS (78489) |
| 05/30/2020 15:51 | UNIT STATUS FOR [626] CHANGED TO <AR> | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 15:51 | UNIT STATUS FOR [X592] CHANGED TO <AR> | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 15:51 | UNIT STATUS FOR [X593] CHANGED TO <AR> | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 15:51 | UNIT STATUS FOR [X594] CHANGED TO <AR> | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 15:51 | UNIT STATUS FOR [X590] CHANGED TO <AR> | CONSOLE: JSO-LAP44258-M; DRABEK, CHRISTOPHER(78576) |
| 05/30/2020 15:51 | UNIT STATUS FOR [X591] CHANGED TO <AR> | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 15:52 | COMMENTS: CROWD IS MOVING TO E ADAMS | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 15:54 | COMMENTS: 14 TO FRNT OF BUILD....SUSP IN SITE | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 15:54 | COMMENTS: SPRAYPAINT | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 15:54 | COMMENTS: WM ON BICYVLE ALL BLK CLOTHING NOW NORTH ON LIBERTY AT BAY | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 15:55 | COMMENTS: 724 T12 W/5 OFCRS AT HYATT T23'G FOR FURTHER | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 15:55 | COMMENTS: SAME WM ON BICYCLE SAME SIG 14 @ ADAMS/LIBERTY | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |

| 05/30/2020 15:56 | COMMENTS: 724 SEND 1 UNIT TO FORSYTH/LIBERTY | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
|---|---|---|
| 05/30/2020 15:56 | COMMENTS: CROWD IS TURNING AROUND TO N LIBERTY/MONROE | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 15:57 | COMMENTS: SOMEONE IS SIG 17 ON BAY ST STEPS | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 15:57 | COMMENTS: OLDER MALE | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 15:58 | COMMENTS: CROWD IS E MONROE STANDING STILL IN FRNT OF LIBERTY BAIL BONDS....LOTS OF CROWD ON MARKET/MONROE | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 15:59 | COMMENTS: TALE END OF MARCH IS AT MARKET/MONROE | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 16:00 | COMMENTS: F/R RESC ONLY NEEDED AT BAY ST SIDE OF PMB STEPS  35YO BM HEAT EXHAUSTED. F/R T51 | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 16:02 | COMMENTS: 712 ADVS SHE HAS 8 OFCRS STAGED AT SB SIDE OF MAIN ST BRIDGE | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 16:03 | COMMENTS: BEHIND CROWD FORD VEH W/ SIGNS ALL OVER, ALSO PROTESTING | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 16:03 | COMMENTS: CROWD MOVING AROUND TOWARDS SALLYPORT NOW | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 16:04 | COMMENTS: SIG 61 AT LIBERTY AND FORSYTH | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 16:04 | COMMENTS: VICTIM IS MALE W/ THIN BLUE LINE FLAG | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 16:04 | COMMENTS: VICTIM IS  A WM-BLCK SHIRT CARRYING BLUE LIVES MATTER FLAG W/ GUYS ON BIKES AFTER HIM | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 16:05 | COMMENTS: PER SO28 TO ALL ZONES DO NOT BRING T15'S DOWNTOWN, HOLD THEM WHERE YOU ARE | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 16:06 | COMMENTS: TURNING SOUTH ON MARSH TOWARDS BAY ST | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 16:07 | COMMENTS: HEADED TOWARDS BAY ON MARSH | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 16:10 | COMMENTS: MORE SIG 14 BEHIND PMB ON HART EXPWY | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 16:10 | COMMENTS: CROWD IN MIDDLE OF BAY ST | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 16:11 | COMMENTS: SMALL CARAVAN COMING EB ON BAY | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 16:12 | COMMENTS: TRAFFIC SHUT DOWN AT BAY/LIBERTY | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 16:14 | COMMENTS: NO ONE ELSE DOWN ADAMS PER 733 | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 16:14 | COMMENTS: SHUT DOWN BAY/APR | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 16:19 | COMMENTS: T99 362584 SIG 13 VOICED - BMS SELLING FIREWORKS TO PROTESTORS.....Z1 UNITS T51 | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 16:19 | COMMENTS: NEED A UNIT AT EB BAY ST TRAFFIC | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 16:22 | COMMENTS: FORSYTH TO PMB IS BLOCKED OFF | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 16:24 | COMMENTS: PARKING LOT OCC IS MAYBE AT 90% | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 16:25 | COMMENTS: PARKING LOT THINNING OUT QUICKLY | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 16:29 | COMMENTS: KEEPING PULLING TRAFFIC WB | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 16:30 | COMMENTS: 5WM W/BLACK CLOTHING NEAR BLUE TENT, THEY ARE NOT W/ GROUP | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 16:30 | VEHICLEQUERY EXECUTED | CONSOLE: JSO-LAP45269-M; SHERWIN, LLYNEA (79967) |

| 05/30/2020 16:31 | COMMENTS: PL NOW WELL BELOW 50% CAPACITY | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
|---|---|---|
| 05/30/2020 16:38 | COMMENTS: NB & SB LIBERTY IS OPEN FOR TRAFFIC | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 16:39 | COMMENTS: PLOT IS 25% | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 16:47 | COMMENTS: MARSH/BAY DRONE FLYING AROUND CROWD | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 16:55 | COMMENTS: ORGANIZERS PACKED UP AND DROVE OFF | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 16:57 | COMMENTS: PER SO12 - ALL ZONES W1 UNITSCAN BE RELEASED | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 16:57 | UNIT STATUS FOR [626] CHANGED TO <EN> (LOCATION: 501 BAY ST E) | CONSOLE: JSO-LAP44166-M; KEELING, STEPHEN (7325) |
| 05/30/2020 16:57 | UNIT STATUS FOR [626] CHANGED TO <AR> | CONSOLE: JSO-LAP44166-M; KEELING, STEPHEN (7325) |
| 05/30/2020 16:57 | COMMENTS: CROWD IS MOVING WB BAY ST | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 16:58 | COMMENTS: 200+ PEOPLE MARCHING OUT ON BAY ST | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 16:59 | COMMENTS: DIFFERENT CROWD THAN EARLIER | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 17:04 | COMMENTS: PEOPLE ARE THROWING BARACADES DOWN STEPS AT 501 | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 17:06 | COMMENTS: YOUNGER CROWD IS AT OCEAN/BAY | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 17:07 | COMMENTS: YOUNGER CROWD STILL WB ON BAY | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 17:07 | COMMENTS: YOUNGER CROWD ARE STARTING TO STOP TRAFFIC ON OCEAN AND MAIN | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 17:10 | COMMENTS: CROWD JUST CROSSED LIBERTY WB ON BAY | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 17:10 | COMMENTS: 2ND CROWD IS AT NEWNAN | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 17:15 | COMMENTS: NB IN SB LANES TURNING ON LAURA HEADED TO HEMMING PLAZA | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 17:15 | COMMENTS: HEAD OF GROUP IS ALMOST T97 AT COURTHOUSE | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 17:17 | COMMENTS: BM JUST JUMPED ON POLICE VEH AND DENTED IT....BM NO SHIRT, BLK SHORTS, GRY UNDERWEAR.....SAME INDV JUMPED ON ANOTHER VEH........2 DENTED POLICE CARS NOW | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 17:17 | COMMENTS: CROWD NOW AGGRESSIVELY APPROACHING COURTHOUSE NOW | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 17:18 | COMMENTS: STAGE NORTHSIDE OF COURTHOUSE ....LEAVE ASSETS AT MARSH/ADAMS CATHERINE/BAY | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 17:19 | COMMENTS: SEND UNITS TO MAIN/STATE AND SHUT DOWN MAIN ST | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 17:21 | COMMENTS: GROUP AT COURTHOUSE ARE GOING MOBILE T23 FOR DOT | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 17:21 | COMMENTS: COURTHOUSE GROUP GOING EAST ON ADAMS....NO CRIMES COMMITED AT COURTHOUSE | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 17:21 | COMMENTS: COURTHOUSE GROUP HEADING BACK TO PMB | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 17:23 | COMMENTS: GROUP NOW HEADING TWDS CITY HALL | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 17:23 | COMMENTS: MAIN/STATE IS CLOSED DOWN | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 17:23 | COMMENTS: SO28 - GROUP IS WALKING WB ON CHURCH | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 17:24 | COMMENTS: COURTHOUSE GOING SB JULIA HEADED | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |

| 05/30/2020 17:25 | COMMENTS: 60 INDVS EB ON FORSYTH | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
|---|---|---|
| 05/30/2020 17:25 | COMMENTS: SO28 - LOOKS LIKE GROUP IS ENTERING HEMMING PLAZA | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 17:26 | COMMENTS: COURTHOUSE GROUP IS SB ON HOGAN APPROACHING BAY | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 17:26 | COMMENTS: COURTHOUSE GROUP IS EB BAY | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 17:26 | COMMENTS: UNITS STAGE AT PMB | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 17:27 | COMMENTS: EB BAY CLEAR OF TRAFFIC | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 17:27 | COMMENTS: SO28 - GROUP IS HEADING OUT OF PLAZA AND TO COURTHOUSE | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 17:29 | COMMENTS: SO28 - GROUP IS AT 300 BLOCK OF W MONROE | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 17:30 | COMMENTS: LARGE GROUP APPROACHING OCEAN ON BAY | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 17:31 | COMMENTS: SO28 - GROUP OF 200+ ARE NOW AT COURTHOUSE | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 17:32 | UNIT STATUS FOR [X594] CHANGED TO <EN> (LOCATION: 501 BAY ST E) | CONSOLE: JSO-LAP44979-M; BISHOP, JAMES(7463) |
| 05/30/2020 17:32 | COMMENTS: 200+ WALKING UP STEPS OF COURTHOUSE NOW | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 17:34 | COMMENTS: FIELD FORCE IS STAGING @ ASHLEY/CHURCH | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 17:34 | COMMENTS: 100-150+ INDVS WALKING WB BAY | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 17:34 | COMMENTS: SMALL GROUP HEADED BACK TO PMB FRM COURTHOUSE | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 17:34 | COMMENTS: NEED 2 UNITS TO GO TO 639 W DUVAL ST | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 17:36 | COMMENTS: SMALL GROUP PASSING PMB NOW | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 17:36 | COMMENTS: SO28 - COME TO CLAY AND STAGE AT FORSYTH | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 17:37 | UNIT STATUS FOR [AIR4] CHANGED TO <NA> | CONSOLE: JSO-IV; WATSON, RUTH(7494) |
| 05/30/2020 17:37 | UNIT DISPATCHED: [AIR4] | CONSOLE: JSO-IV; WATSON, RUTH(7494) |
| 05/30/2020 17:37 | COMMENTS: SO28 - NEED SOMEONE AT 400 BLOCK OF ADAMS | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 17:39 | COMMENTS: SMALL GATHERING OF YOUNGER GATHERING ON EAST SIDE OF PMB | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 17:40 | UNIT STATUS FOR [X291] CHANGED TO <EO> | CONSOLE: JSO-LAP45269-M; SHERWIN, LLYNEA (79967) |
| 05/30/2020 17:40 | COMMENTS: INDVS GOING UP THE FRONT STEPS OF PMB | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 17:42 | COMMENTS: CROWD IS NOW LEAVING COURTHOUSE NOW | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 17:43 | COMMENTS: SO28 - CROWD IS HEADED SB ON CLAY | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 17:43 | COMMENTS: FRM COURTHOUSE | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 17:43 | COMMENTS: NEED ANOTHER UNIT AT PM B - UNITS ARE GETTING ROWDY | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 17:43 | COMMENTS: CORRECTION - INDVS ARE GETTING ROWDY AT PMB | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 17:44 | COMMENTS: LOT OF WM ANTIFA SHOWING UP AT MAXWELL HOUSE NOW | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 17:45 | COMMENTS: 100+ INDVS AT PMB | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |

| | | |
|---|---|---|
| 05/30/2020 17:45 | COMMENTS: ANYONE MONITORING 95 RAMP AT ADAMS | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 17:45 | COMMENTS: COURTHOUSE GROUP IS NB ON BROAD | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 17:46 | UNIT STATUS FOR [AIR4] CHANGED TO <AR> | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 17:47 | COMMENTS: SO28 - GROUP IS NB ON BROAD APPROACHING CHURCH | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 17:48 | COMMENTS: ADAMS ST IS CLEAR AT CATHERINE | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 17:49 | COMMENTS: LOUD EXPLOSION AT BROAD/CHURCH UNKNIF 91S OR 33'S | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 17:50 | COMMENTS: SO28 -NB ON BROAD PASSING BEAVER | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 17:50 | COMMENTS: BE READY TO DEPLOY AT PMB NEAR GAS PUMPS | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 17:50 | COMMENTS: UNITS ON MAIN ST - SO28 - CROWD IS EB UNION | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 17:51 | COMMENTS: SO28 - ROAD BLOCKED AT UNION/BROAD BTWN BROAD/CLAY | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 17:52 | COMMENTS: STOP VEH TRAFFIC ON BAY ST...PEOPLE ARE BRINGING OTHERS TO JOIN AND DROPPING THEM OFF IN GRASS LOT | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 17:52 | COMMENTS: SHUT DOWN APR/BAY | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 17:53 | COMMENTS: LARGE CROWD AT GAS PUMPS<br><br>LARGE CROWD AT UNION/BROAD AND SPLITTING 1/2 GROUP IS GOING WB UNION TO JEFFERSON | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 17:54 | COMMENTS: NEED SOMEONE AT BAY/LIBERTY TO SHUT BAY DOWN | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 17:55 | COMMENTS: BAY/APR IS CLOSED | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 17:55 | COMMENTS: CROWD AT GAS PUMPS/PMB HEADED EB BAY NOW | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 17:57 | COMMENTS: AIR4 - 200 IN FRNT OF PARKING GARAGES OF FIRST BAPTIST CHURCH | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 17:58 | COMMENTS: GROUP ON UNION IS COMING UP TO HOGAN AT OLD JTA STATION | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 17:59 | COMMENTS: LARGE GROUP WB BAY APPROACHING MARKET | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 18:02 | COMMENTS: GROUP ON BAY APPROACHING MAIN ST BRIDGE | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 18:03 | COMMENTS: 150+ WALKING WB ON BAY AT UNION/MAIN | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 18:06 | COMMENTS: BLOCKING EXIT TO BAY ST FRM MAIN ST BRIDGE | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 18:07 | VEHICLEQUERY EXECUTED | CONSOLE: JSO-LAP44740-M; BELGARD, JOEL (77638) |
| 05/30/2020 18:07 | COMMENTS: PER SO12 - SEND ALL HOLD OVER UNITS TO ACOSTA BRIDGE | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 18:08 | COMMENTS: BLOCK OFF MAIN ST BRIDGE FRM Z3 SIDE...1039 | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 18:08 | COMMENTS: Z3 UNITS BLOCK TRAFFIC COMING ONTO WATER ST FRM MAIN ST BRIDGE | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 18:09 | COMMENTS: 2 GROUPS ARE ATTEMPTING TO LINK UP AND BECOME 1 LARGE GROUP AGAIN | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 18:11 | COMMENTS: SIG 40 T99 362772 | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 18:14 | COMMENTS: GROUP MOVING UP MAIN ST BRIDGE | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 18:16 | COMMENTS: M356 T97 @ 1097 HURON | CONSOLE: JSO-27; CHAFFIN, THEBAUT(79590) |

| 05/30/2020 18:18 | COMMENTS: SO28 - MOVING EB TWDS STATION - DUI UNITS WILL HANDLE | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
|---|---|---|
| 05/30/2020 18:20 | COMMENTS: VEHS ARE TRYING TO GET INTO MIDDLE OF PEOPLE WALKING | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 18:22 | COMMENTS: SO28 - NEED MORE UNITS AT MAIN/BAY | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 18:23 | COMMENTS: NB MAIN STREET BRIDGE IS AT A DEAD STOP | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 18:24 | UNIT STATUS FOR [X594] CHANGED TO <AR> | CONSOLE: JSO-LAP44979-M; BISHOP, JAMES(7463) |
| 05/30/2020 18:25 | COMMENTS: PEOPLE ARE SURROUNDING POLICE CARS AT BAY/MAIN | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 18:25 | COMMENTS: 2 UNITS HAVE PEOPLE TAUNTING OFCRS AT BAY/MAIN | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 18:26 | COMMENTS: HEAD TO BAY/MAIN | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 18:26 | COMMENTS: PER AIR UNIT - PEOPLE ARE JUMPING UP AND DOWN ON PATROLS CARS | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 18:28 | COMMENTS: DIRECT EAST OR WEST OF ADAMS | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 18:29 | COMMENTS: SO12 - MOVE POLICE CARS OUT OF INTERSECTION AND WE WILL SET UP FIELD FORCE....BAY/MAIN PUSH PEOPLE BACK | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 18:30 | COMMENTS: 62 TO OFCR NECK MARKET/BAY | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 18:30 | COMMENTS: T68 | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 18:31 | COMMENTS: BAY/NEWNAN | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 18:31 | COMMENTS: F/R T51 | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 18:34 | COMMENTS: THROWING STUFF AT OFCRS - PERMISSION TO USE STINGERS | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 18:34 | COMMENTS: SO12 T4 USE STINGERS | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 18:35 | COMMENTS: SO12 UNITS FRM EVERY ZONE T18 | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 18:36 | UNIT STATUS FOR [A263] CHANGED TO <NA> | CONSOLE: JSO-Z1; STILES, KIMBERLY(67424) |
| 05/30/2020 18:36 | UNIT DISPATCHED: [A263] | CONSOLE: JSO-Z1; STILES, KIMBERLY(67424) |
| 05/30/2020 18:36 | COMMENTS: MAKING ANNOUNCEMENT THAT INDVS WILL GO TO JAIL IF THEY ARE JUMPING ON VEHS | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 18:36 | COMMENTS: THROWING BRICKS NOW | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 18:36 | COMMENTS: MARKET/BAY | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 18:36 | UNIT STATUS FOR [B269] CHANGED TO <NA> | CONSOLE: JSO-Z1; STILES, KIMBERLY(67424) |
| 05/30/2020 18:36 | UNIT DISPATCHED: [B269] | CONSOLE: JSO-Z1; STILES, KIMBERLY(67424) |
| 05/30/2020 18:36 | UNIT STATUS FOR [B167] CHANGED TO <NA> | CONSOLE: JSO-Z1; STILES, KIMBERLY(67424) |
| 05/30/2020 18:36 | UNIT DISPATCHED: [B167] | CONSOLE: JSO-Z1; STILES, KIMBERLY(67424) |
| 05/30/2020 18:36 | UNIT STATUS FOR [J169] CHANGED TO <EN> (LOCATION: 501 BAY ST E) | CONSOLE: JSO-Z4; BRYAN, AVERY(80814) |
| 05/30/2020 18:36 | UNIT DISPATCHED: [J169] | CONSOLE: JSO-Z4; BRYAN, AVERY(80814) |
| 05/30/2020 18:36 | UNIT STATUS FOR [J264] CHANGED TO <EN> (LOCATION: 501 BAY ST E) | CONSOLE: JSO-Z4; BRYAN, AVERY(80814) |
| 05/30/2020 18:36 | UNIT DISPATCHED: [J264] | CONSOLE: JSO-Z4; BRYAN, AVERY(80814) |

| 05/30/2020 18:36 | UNIT STATUS FOR [J168] CHANGED TO <EN> (LOCATION: 501 BAY ST E) | CONSOLE: JSO-Z4; BRYAN, AVERY(80814) |
|---|---|---|
| 05/30/2020 18:36 | UNIT DISPATCHED: [J168] | CONSOLE: JSO-Z4; BRYAN, AVERY(80814) |
| 05/30/2020 18:36 | UNIT STATUS FOR [664] CHANGED TO <EN> (LOCATION: 501 BAY ST E) | CONSOLE: JSO-Z4; BRYAN, AVERY(80814) |
| 05/30/2020 18:36 | UNIT DISPATCHED: [664] | CONSOLE: JSO-Z4; BRYAN, AVERY(80814) |
| 05/30/2020 18:36 | COMMENTS: BLOCK WB BAY FRM LIBERTY | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 18:37 | UNIT STATUS FOR [H234] CHANGED TO <EN> (LOCATION: 501 BAY ST E) | CONSOLE: JSO-24; PREVILUS, CORNELIA(67207) |
| 05/30/2020 18:37 | UNIT DISPATCHED: [H234] | CONSOLE: JSO-24; PREVILUS, CORNELIA(67207) |
| 05/30/2020 18:37 | UNIT STATUS FOR [I364] CHANGED TO <EN> (LOCATION: 501 BAY ST E) | CONSOLE: JSO-24; PREVILUS, CORNELIA(67207) |
| 05/30/2020 18:37 | UNIT DISPATCHED: [I364] | CONSOLE: JSO-24; PREVILUS, CORNELIA(67207) |
| 05/30/2020 18:37 | UNIT DISPATCHED: [G240] | CONSOLE: JSO-24; PREVILUS, CORNELIA(67207) |
| 05/30/2020 18:37 | UNIT STATUS FOR [G245] CHANGED TO <EN> (LOCATION: 501 BAY ST E) | CONSOLE: JSO-24; PREVILUS, CORNELIA(67207) |
| 05/30/2020 18:37 | UNIT DISPATCHED: [G245] | CONSOLE: JSO-24; PREVILUS, CORNELIA(67207) |
| 05/30/2020 18:37 | COMMENTS: FIELD FORCE UNITS T51 THAT LOCAATION | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 18:37 | UNIT STATUS FOR [J345] CHANGED TO <EN> (LOCATION: 501 BAY ST E) | CONSOLE: JSO-Z4; BRYAN, AVERY(80814) |
| 05/30/2020 18:37 | UNIT DISPATCHED: [J345] | CONSOLE: JSO-Z4; BRYAN, AVERY(80814) |
| 05/30/2020 18:37 | UNIT STATUS FOR [I793] CHANGED TO <NA> | CONSOLE: JSO-24; PREVILUS, CORNELIA(67207) |
| 05/30/2020 18:37 | UNIT DISPATCHED: [I793] | CONSOLE: JSO-24; PREVILUS, CORNELIA(67207) |
| 05/30/2020 18:37 | UNIT STATUS FOR [I793] CHANGED TO <EN> (LOCATION: 501 BAY ST E) | CONSOLE: JSO-LAP43908-M; MONK, BRIAN(6835) |
| 05/30/2020 18:37 | UNIT STATUS FOR [764] CHANGED TO <NA> | CONSOLE: JSO-24; PREVILUS, CORNELIA(67207) |
| 05/30/2020 18:37 | UNIT DISPATCHED: [764] | CONSOLE: JSO-24; PREVILUS, CORNELIA(67207) |
| 05/30/2020 18:37 | UNIT STATUS FOR [B269] CHANGED TO <EN> (LOCATION: 501 BAY ST E) | CONSOLE: JSO-LAP43912-M; SULLIVAN, HUNTER (76558) |
| 05/30/2020 18:37 | UNIT STATUS FOR [G133] CHANGED TO <NA> | CONSOLE: JSO-24; PREVILUS, CORNELIA(67207) |
| 05/30/2020 18:37 | UNIT DISPATCHED: [G133] | CONSOLE: JSO-24; PREVILUS, CORNELIA(67207) |
| 05/30/2020 18:37 | COMMENTS: SO21 FIELD FORCE COMING IN HOLD WHAT U GOT | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 18:37 | UNIT STATUS FOR [764] CHANGED TO <EN> (LOCATION: 501 BAY ST E) | CONSOLE: JSO-LAP44715-M; MILLS, RICHARD (67420) |
| 05/30/2020 18:37 | UNIT STATUS FOR [G133] CHANGED TO <EN> (LOCATION: 501 BAY ST E) | CONSOLE: JSO-24; PREVILUS, CORNELIA(67207) |
| 05/30/2020 18:38 | COMMENTS: NEED EVERYONE AT BAY/MARKET | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 18:38 | COMMENTS: BAY/NEWNAN | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 18:38 | COMMENTS: SETTING UP MAKET./BAY | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 18:38 | UNIT STATUS FOR [B167] CHANGED TO <EN> (LOCATION: 501 BAY ST E) | CONSOLE: JSO-Z1; STILES, KIMBERLY(67424) |
| 05/30/2020 18:38 | UNIT STATUS FOR [A263] CHANGED TO <EN> (LOCATION: 501 BAY ST E) | CONSOLE: JSO-Z1; STILES, KIMBERLY(67424) |

| 05/30/2020 18:38 | COMMENTS: MARKET/BAY | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
|---|---|---|
| 05/30/2020 18:38 | COMMENTS: PERMISSION TO LAUNCH | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 18:38 | UNIT DISPATCHED: [H120] | CONSOLE: JSO-24; PREVILUS, CORNELIA(67207) |
| 05/30/2020 18:38 | COMMENTS: SO12 ALL AVAL Z4 UNITS T51 | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 18:38 | UNIT STATUS FOR [J345] CHANGED TO <CL> | CONSOLE: JSO-Z4; BRYAN, AVERY(80814) |
| 05/30/2020 18:39 | COMMENTS: NEED 1-2 PEOPLE TO WATCH CARS | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 18:39 | UNIT STATUS FOR [I228] CHANGED TO <NA> | CONSOLE: JSO-24; PREVILUS, CORNELIA(67207) |
| 05/30/2020 18:39 | UNIT DISPATCHED: [I228] | CONSOLE: JSO-24; PREVILUS, CORNELIA(67207) |
| 05/30/2020 18:39 | UNIT STATUS FOR [I228] CHANGED TO <EN> (LOCATION: 501 BAY ST E) | CONSOLE: JSO-24; PREVILUS, CORNELIA(67207) |
| 05/30/2020 18:39 | COMMENTS: SO21 FIELD FORCE PUSH AND ARREST MARKET/BAY | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 18:39 | COMMENTS: SO21 - FIELD FORCE - NEED YAL UP BY BEAR NOW | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 18:40 | COMMENTS: PUT ON MASKS | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 18:40 | COMMENTS: COVER ALL INTERSECTIONS | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 18:40 | UNIT STATUS FOR [H125] CHANGED TO <NA> | CONSOLE: JSO-24; PREVILUS, CORNELIA(67207) |
| 05/30/2020 18:40 | UNIT DISPATCHED: [H125] | CONSOLE: JSO-24; PREVILUS, CORNELIA(67207) |
| 05/30/2020 18:40 | COMMENTS: MASK ON AND ABOUT TO PUSH PER SO21 | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 18:40 | COMMENTS: ANOTHER TEAM BAY/NEWNAM | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 18:40 | UNIT STATUS FOR [I243] CHANGED TO <EN> (LOCATION: 501 BAY ST E) | CONSOLE: JSO-24; PREVILUS, CORNELIA(67207) |
| 05/30/2020 18:40 | UNIT DISPATCHED: [I243] | CONSOLE: JSO-24; PREVILUS, CORNELIA(67207) |
| 05/30/2020 18:40 | UNIT STATUS FOR [I262] CHANGED TO <EN> (LOCATION: 501 BAY ST E) | CONSOLE: JSO-24; PREVILUS, CORNELIA(67207) |
| 05/30/2020 18:40 | UNIT DISPATCHED: [I262] | CONSOLE: JSO-24; PREVILUS, CORNELIA(67207) |
| 05/30/2020 18:40 | COMMENTS: TEAM 1 BAY/UNION | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 18:40 | COMMENTS: PUSH WEST | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 18:41 | COMMENTS: SO21 - MASK AND HELMETS ON THEY R THROWING BRICKS....GONNA MOVE SLOW AND PUSH THEM | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 18:41 | UNIT STATUS FOR [G169] CHANGED TO <EN> (LOCATION: 501 BAY ST E) | CONSOLE: JSO-24; PREVILUS, CORNELIA(67207) |
| 05/30/2020 18:41 | UNIT DISPATCHED: [G169] | CONSOLE: JSO-24; PREVILUS, CORNELIA(67207) |
| 05/30/2020 18:41 | COMMENTS: GET THEM OUT OF GRASS LOT OLD SAO | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 18:41 | COMMENTS: PUSH WEST HELMETS/MASKS ON - BE CALM PUSH SLOW | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 18:42 | UNIT STATUS FOR [B269] CHANGED TO <AR> | CONSOLE: JSO-LAP43912-M; SULLIVAN, HUNTER (76558) |
| 05/30/2020 18:43 | UNIT STATUS FOR [I263] CHANGED TO <NA> | CONSOLE: JSO-24; SEMIDEY, AMANDA(67620) |
| 05/30/2020 18:43 | UNIT DISPATCHED: [I263] | CONSOLE: JSO-24; SEMIDEY, AMANDA(67620) |

| 05/30/2020 18:43 | UNIT STATUS FOR [I230] CHANGED TO <NA> | CONSOLE: JSO-24; SEMIDEY, AMANDA(67620) |
|---|---|---|
| 05/30/2020 18:43 | UNIT DISPATCHED: [I230] | CONSOLE: JSO-24; SEMIDEY, AMANDA(67620) |
| 05/30/2020 18:43 | UNIT STATUS FOR [G366] CHANGED TO <EN> (LOCATION: 501 BAY ST E) | CONSOLE: JSO-24; SEMIDEY, AMANDA(67620) |
| 05/30/2020 18:43 | UNIT DISPATCHED: [G366] | CONSOLE: JSO-24; SEMIDEY, AMANDA(67620) |
| 05/30/2020 18:43 | UNIT STATUS FOR [I263] CHANGED TO <EN> (LOCATION: 501 BAY ST E) | CONSOLE: JSO-LAP44556-M; PACE, BRIAN(67729) |
| 05/30/2020 18:43 | COMMENTS: VAN IS ON STAND BY | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 18:43 | UNIT STATUS FOR [734S] CHANGED TO <NA> | CONSOLE: JSO-Z6; PRINCE, KATHERYN(5387) |
| 05/30/2020 18:43 | UNIT DISPATCHED: [734S] | CONSOLE: JSO-Z6; PRINCE, KATHERYN(5387) |
| 05/30/2020 18:43 | UNIT STATUS FOR [I365] CHANGED TO <EN> (LOCATION: 501 BAY ST E) | CONSOLE: JSO-24; SEMIDEY, AMANDA(67620) |
| 05/30/2020 18:43 | UNIT DISPATCHED: [I365] | CONSOLE: JSO-24; SEMIDEY, AMANDA(67620) |
| 05/30/2020 18:43 | UNIT STATUS FOR [113] CHANGED TO <NA> | CONSOLE: JSO-24; SEMIDEY, AMANDA(67620) |
| 05/30/2020 18:43 | UNIT DISPATCHED: [113] | CONSOLE: JSO-24; SEMIDEY, AMANDA(67620) |
| 05/30/2020 18:43 | UNIT STATUS FOR [113] CHANGED TO <EN> (LOCATION: 501 BAY ST E) | CONSOLE: JSO-24; SEMIDEY, AMANDA(67620) |
| 05/30/2020 18:43 | UNIT STATUS FOR [734S] CHANGED TO <EN> (LOCATION: 501 BAY ST E) | CONSOLE: JSO-LAP44944-M; TAYLOR, HAROLD (67516) |
| 05/30/2020 18:44 | COMMENTS: USE STINGERS NO CS YET | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 18:44 | UNIT STATUS FOR [P150] CHANGED TO <NA> | CONSOLE: JSO-Z6; PRINCE, KATHERYN(5387) |
| 05/30/2020 18:44 | UNIT DISPATCHED: [P150] | CONSOLE: JSO-Z6; PRINCE, KATHERYN(5387) |
| 05/30/2020 18:44 | UNIT STATUS FOR [P161] CHANGED TO <NA> | CONSOLE: JSO-Z6; PRINCE, KATHERYN(5387) |
| 05/30/2020 18:44 | UNIT DISPATCHED: [P161] | CONSOLE: JSO-Z6; PRINCE, KATHERYN(5387) |
| 05/30/2020 18:44 | UNIT STATUS FOR [P161] CHANGED TO <EN> (LOCATION: 501 BAY ST E) | CONSOLE: JSO-LAP44072-M; POOLE, TRAVIS (76350) |
| 05/30/2020 18:44 | UNIT STATUS FOR [P150] CHANGED TO <EN> (LOCATION: 501 BAY ST E) | CONSOLE: JSO-LAP44651-M; BELL, ROBERT (80845) |
| 05/30/2020 18:44 | UNIT STATUS FOR [H125] CHANGED TO <EN> (LOCATION: 501 BAY ST E) | CONSOLE: JSO-LAP43962-M; HELMS, TRENT(7314) |
| 05/30/2020 18:44 | UNIT STATUS FOR [P163] CHANGED TO <EN> (LOCATION: 501 BAY ST E) | CONSOLE: JSO-Z6; PRINCE, KATHERYN(5387) |
| 05/30/2020 18:44 | UNIT DISPATCHED: [P163] | CONSOLE: JSO-Z6; PRINCE, KATHERYN(5387) |
| 05/30/2020 18:45 | UNIT STATUS FOR [J168] CHANGED TO <AR> | CONSOLE: JSO-LAP44898-M; SNIDER, CHRISTOPHER(80848) |
| 05/30/2020 18:45 | COMMENTS: 5MINS TO DISPERSE THEN START PUSHING | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 18:45 | COMMENTS: STARTING TO CONGRATE A BAY/UNION AGAIN | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 18:46 | COMMENTS: 1845 HRS | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 18:46 | COMMENTS: PER LEGAL ADVISOR - DO NOT HAVE TO GIVE THEM 5 MINS TO DISPERSE | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 18:47 | COMMENTS: 715-UNIT TO LAURA/MONROE | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |

| | | |
|---|---|---|
| 05/30/2020 18:47 | COMMENTS: NOT TRAFFIC WB AT LAURA AND MONROE | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 18:48 | UNIT STATUS FOR [I230] CHANGED TO <AR> | CONSOLE: JSO-24; SEMIDEY, AMANDA(67620) |
| 05/30/2020 18:48 | COMMENTS: JAIL VANS ON STANDY BY JUST NEED RALLY POINT | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 18:48 | UNIT STATUS FOR [H234] CHANGED TO <AR> | CONSOLE: JSO-LAP44050-M; CURRY, DOMINIC (78476) |
| 05/30/2020 18:48 | COMMENTS: NEED UNIT AT LIBERTY/MARKET | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 18:49 | COMMENTS: UNIT TO LAURA/MONROE | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 18:49 | COMMENTS: MARKET/FORSYTH TO PREVENT FROM MARKET/BAY | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 18:50 | UNIT STATUS FOR [G366] CHANGED TO <AR> | CONSOLE: JSO-LAP44402-M; MITCHELL, JOSHUA (79041) |
| 05/30/2020 18:50 | COMMENTS: GET THEM LINED UP AND PUSH | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 18:50 | COMMENTS: ALL UNITS WEST OF CROWD TO MOVE...READY TO PUSH AND POSS GIVE GAS | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 18:50 | UNIT STATUS FOR [X361] CHANGED TO <NA> | CONSOLE: JSO-24; SEMIDEY, AMANDA(67620) |
| 05/30/2020 18:50 | UNIT DISPATCHED: [X361] | CONSOLE: JSO-24; SEMIDEY, AMANDA(67620) |
| 05/30/2020 18:50 | UNIT STATUS FOR [X361] CHANGED TO <EN> (LOCATION: 501 BAY ST E) | CONSOLE: JSO-24; SEMIDEY, AMANDA(67620) |
| 05/30/2020 18:51 | COMMENTS: 153-ALL UNITS TO MONROE AND PEARL STAGE FOR DEPLOYEMNT | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 18:51 | UNIT STATUS FOR [I793] CHANGED TO <AR> | CONSOLE: JSO-LAP43908-M; MONK, BRIAN(6835) |
| 05/30/2020 18:52 | COMMENTS: PUSHING | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 18:53 | COMMENTS: PULL BACK | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 18:53 | COMMENTS: GOING INTO GRASS LOT TO RIGHT | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 18:53 | COMMENTS: T15 WITH PEOPLE | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 18:53 | COMMENTS: 184-UNITS AT BAY/MARKET SEND 6 OFCTS | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 18:54 | UNIT STATUS FOR [X368] CHANGED TO <NA> | CONSOLE: JSO-24; SEMIDEY, AMANDA(67620) |
| 05/30/2020 18:54 | UNIT DISPATCHED: [X368] | CONSOLE: JSO-24; SEMIDEY, AMANDA(67620) |
| 05/30/2020 18:54 | UNIT STATUS FOR [X368] CHANGED TO <EN> (LOCATION: 501 BAY ST E) | CONSOLE: JSO-24; SEMIDEY, AMANDA(67620) |
| 05/30/2020 18:54 | COMMENTS: 184 - NEED MORE UNITS BEHIND LINE BEHIND BEARCAT | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 18:54 | COMMENTS: MAIN/ADAMS BLK VEH COMING OUT CITIZEN TRYING TO LEAVE AREA | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 18:56 | COMMENTS: 184 - FIELD FORCE UNITS - PREPARE TO MOVE | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 18:56 | COMMENTS: FIELD FORCE FWD | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 18:57 | COMMENTS: FIELD FORCE FWD MOVE | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 18:57 | UNIT STATUS FOR [734S] CHANGED TO <AR> | CONSOLE: JSO-LAP44944-M; TAYLOR, HAROLD (67516) |
| 05/30/2020 18:58 | COMMENTS: FIELD FORCE FWD MOVE | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |

| 05/30/2020 18:58 | UNIT STATUS FOR [764] CHANGED TO <AR> | CONSOLE: JSO-LAP44715-M; MILLS, RICHARD (67420) |
|---|---|---|
| 05/30/2020 18:58 | UNIT STATUS FOR [H327] CHANGED TO <NA> | CONSOLE: JSO-24; SEMIDEY, AMANDA(67620) |
| 05/30/2020 18:58 | UNIT DISPATCHED: [H327] | CONSOLE: JSO-24; SEMIDEY, AMANDA(67620) |
| 05/30/2020 18:58 | UNIT STATUS FOR [H327] CHANGED TO <EN> (LOCATION: 501 BAY ST E) | CONSOLE: JSO-24; SEMIDEY, AMANDA(67620) |
| 05/30/2020 18:58 | UNIT STATUS FOR [G221] CHANGED TO <NA> | CONSOLE: JSO-24; SEMIDEY, AMANDA(67620) |
| 05/30/2020 18:58 | UNIT DISPATCHED: [G221] | CONSOLE: JSO-24; SEMIDEY, AMANDA(67620) |
| 05/30/2020 18:58 | UNIT STATUS FOR [G221] CHANGED TO <EN> (LOCATION: 501 BAY ST E) | CONSOLE: JSO-24; SEMIDEY, AMANDA(67620) |
| 05/30/2020 18:58 | COMMENTS: FIELD FORCE FWD | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 18:59 | COMMENTS: MOVE | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 18:59 | COMMENTS: A14 FOR PERIM UNITS | CONSOLE: JSO-15; HELTON, HEATHER(80962) |
| 05/30/2020 19:00 | COMMENTS: 1606 1601 JEFF/ASHLEY | CONSOLE: JSO-15; HELTON, HEATHER(80962) |
| 05/30/2020 19:00 | UNIT STATUS FOR [1606] CHANGED TO <NA> | CONSOLE: JSO-15; HELTON, HEATHER(80962) |
| 05/30/2020 19:00 | UNIT DISPATCHED: [1606] | CONSOLE: JSO-15; HELTON, HEATHER(80962) |
| 05/30/2020 19:00 | UNIT STATUS FOR [1601] CHANGED TO <NA> | CONSOLE: JSO-15; HELTON, HEATHER(80962) |
| 05/30/2020 19:00 | UNIT DISPATCHED: [1601] | CONSOLE: JSO-15; HELTON, HEATHER(80962) |
| 05/30/2020 19:00 | COMMENTS: ALL PERIMETER UNITS 1080 A-14....ACTIVE INCIDENT UNITS WITH FIELD FORCE REMAIN A-13 | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 19:00 | COMMENTS: REFUSING TO MOVE | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 19:00 | COMMENTS: NEED UNITS AT HYATT | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 19:00 | UNIT STATUS FOR [G221] CHANGED TO <AR> | CONSOLE: JSO-LAP43710-M; HOBBS, JOSHUA (82007) |
| 05/30/2020 19:01 | UNIT STATUS FOR [X368] CHANGED TO <AR> | CONSOLE: JSO-LAP45086-M; VINER, TAIME(67518) |
| 05/30/2020 19:01 | COMMENTS: STAGE AT MONR/PEARL | CONSOLE: JSO-15; HELTON, HEATHER(80962) |
| 05/30/2020 19:01 | COMMENTS: TRYING TO PUSH WEST ON BAY | CONSOLE: JSO-15; HELTON, HEATHER(80962) |
| 05/30/2020 19:02 | COMMENTS: NEWN/BAY HAS 9 OFFICERS AND SGT STOPPING THE PUSH NORTH | CONSOLE: JSO-15; HELTON, HEATHER(80962) |
| 05/30/2020 19:02 | COMMENTS: SO12 - INITIATE GAS PLAN | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 19:02 | COMMENTS: ALL UNITS MASK ON | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 19:02 | COMMENTS: 1605 1609 JEFF/MON | CONSOLE: JSO-15; HELTON, HEATHER(80962) |
| 05/30/2020 19:03 | COMMENTS: 1600 1603 BEAV/JEFF | CONSOLE: JSO-15; HELTON, HEATHER(80962) |
| 05/30/2020 19:03 | COMMENTS: 1608 1604 UNI/JEFF | CONSOLE: JSO-15; HELTON, HEATHER(80962) |
| 05/30/2020 19:03 | COMMENTS: FIRE UNDER CAR UNIT 580 BAY/MARKET FIRE EXIGUSHER T18 | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 19:03 | COMMENTS: 626 LIB/BAY | CONSOLE: JSO-15; HELTON, HEATHER(80962) |

| | | |
|---|---|---|
| 05/30/2020 19:04 | UNIT STATUS FOR [1600] CHANGED TO <NA> | CONSOLE: JSO-15; HELTON, HEATHER(80962) |
| 05/30/2020 19:04 | UNIT DISPATCHED: [1600] | CONSOLE: JSO-15; HELTON, HEATHER(80962) |
| 05/30/2020 19:04 | UNIT STATUS FOR [1603] CHANGED TO <NA> | CONSOLE: JSO-15; HELTON, HEATHER(80962) |
| 05/30/2020 19:04 | UNIT DISPATCHED: [1603] | CONSOLE: JSO-15; HELTON, HEATHER(80962) |
| 05/30/2020 19:04 | UNIT STATUS FOR [1609] CHANGED TO <NA> | CONSOLE: JSO-15; HELTON, HEATHER(80962) |
| 05/30/2020 19:04 | UNIT DISPATCHED: [1609] | CONSOLE: JSO-15; HELTON, HEATHER(80962) |
| 05/30/2020 19:04 | UNIT STATUS FOR [1605] CHANGED TO <NA> | CONSOLE: JSO-15; HELTON, HEATHER(80962) |
| 05/30/2020 19:04 | UNIT DISPATCHED: [1605] | CONSOLE: JSO-15; HELTON, HEATHER(80962) |
| 05/30/2020 19:04 | COMMENTS: LARGE GROUP IN SW CORNER OF PARK | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 19:04 | COMMENTS: THEY ARE THROWING GAS BACK AT US - ALL GOOD | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 19:05 | UNIT STATUS FOR [Q265] CHANGED TO <NA> | CONSOLE: JSO-Z6; PRINCE, KATHERYN(5387) |
| 05/30/2020 19:05 | UNIT DISPATCHED: [Q265] | CONSOLE: JSO-Z6; PRINCE, KATHERYN(5387) |
| 05/30/2020 19:05 | UNIT STATUS FOR [Q265] CHANGED TO <EN> (LOCATION: 501 BAY ST E) | CONSOLE: JSO-LAP44058-M; NORMAN, ZACHARY (66108) |
| 05/30/2020 19:05 | COMMENTS: NEED 2 AT 400 E BAY | CONSOLE: JSO-15; HELTON, HEATHER(80962) |
| 05/30/2020 19:06 | COMMENTS: 6 OFFICERS HEADED TO HYATT | CONSOLE: JSO-15; HELTON, HEATHER(80962) |
| 05/30/2020 19:06 | UNIT STATUS FOR [K914] CHANGED TO <AR> | CONSOLE: JSO-IV; BORDEAUX, AMBER(73897) |
| 05/30/2020 19:06 | UNIT DISPATCHED: [K914] | CONSOLE: JSO-IV; BORDEAUX, AMBER(73897) |
| 05/30/2020 19:06 | COMMENTS: HIT PARK W/GAS AGAIN | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 19:07 | COMMENTS: MARCH SOUTH FOR IT TO BE EFFECTIVE | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 19:07 | COMMENTS: CROWD COMING BACK TWDS BAY ST | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 19:07 | COMMENTS: HEAVY DOSE | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 19:07 | COMMENTS: GAS GAS GAS | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 19:08 | COMMENTS: BURK PLAZA 2 MORE OFFICERS TAKE EAST DOORWAY | CONSOLE: JSO-15; HELTON, HEATHER(80962) |
| 05/30/2020 19:08 | COMMENTS: A421 A427 AT WEST SIDE | CONSOLE: JSO-15; HELTON, HEATHER(80962) |
| 05/30/2020 19:09 | COMMENTS: 128 AT BURKMAN | CONSOLE: JSO-15; HELTON, HEATHER(80962) |
| 05/30/2020 19:10 | COMMENTS: 664 AND 6 OFFICERS T97 AT HYATT | CONSOLE: JSO-15; HELTON, HEATHER(80962) |
| 05/30/2020 19:10 | COMMENTS: STAY ON SOUTHSIDE OF HYATT PROTECT FRONT | CONSOLE: JSO-15; HELTON, HEATHER(80962) |
| 05/30/2020 19:10 | COMMENTS: 5 AT FORS/MARKET | CONSOLE: JSO-15; HELTON, HEATHER(80962) |
| 05/30/2020 19:11 | COMMENTS: PER SO12 - START PUTTING PEOPLE IN JAIL | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 19:11 | UNIT STATUS FOR [X361] CHANGED TO <AR> | CONSOLE: JSO-LAP44236-M; ISIC, SELMIR(72557) |
| 05/30/2020 19:11 | COMMENTS: PATROL OFCRS COME UP BEHIND LINE | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |

| 05/30/2020 19:11 | UNIT STATUS FOR [Q265] CHANGED TO <AR> | CONSOLE: JSO-LAP44058-M; NORMAN, ZACHARY (66108) |
|---|---|---|
| 05/30/2020 19:11 | COMMENTS: GROUP TRYING TO COME IN AT MAIN ST BRIDGE | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 19:12 | COMMENTS: TELL THEM ONCE TO DISPERSE IF THEY DO NOT THEY GO TO JAIL | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 19:12 | COMMENTS: FIELD FORCE - FWD | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 19:12 | COMMENTS: FIELD FORCE - FWD | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 19:13 | COMMENTS: NO MORE GAS RIGHT NOW JUST USE STINGERS | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 19:13 | COMMENTS: 20 OFFICERS HEADED TO HYATT | CONSOLE: JSO-15; HELTON, HEATHER(80962) |
| 05/30/2020 19:15 | UNIT STATUS FOR [I263] CHANGED TO <AR> | CONSOLE: JSO-LAP44556-M; PACE, BRIAN(67729) |
| 05/30/2020 19:17 | COMMENTS: STARTING TO GATHER AT BAY/NEWNAN AGAIN | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 19:18 | UNIT STATUS FOR [H125] CHANGED TO <AR> | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 19:18 | UNIT STATUS FOR [A263] CHANGED TO <AR> | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 19:18 | UNIT STATUS FOR [B167] CHANGED TO <AR> | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 19:18 | UNIT STATUS FOR [G133] CHANGED TO <AR> | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 19:18 | UNIT STATUS FOR [G169] CHANGED TO <AR> | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 19:18 | UNIT STATUS FOR [G245] CHANGED TO <AR> | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 19:18 | UNIT STATUS FOR [H327] CHANGED TO <AR> | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 19:18 | UNIT STATUS FOR [I228] CHANGED TO <AR> | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 19:18 | UNIT STATUS FOR [I243] CHANGED TO <AR> | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 19:18 | UNIT STATUS FOR [I262] CHANGED TO <AR> | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 19:18 | UNIT STATUS FOR [I364] CHANGED TO <AR> | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 19:18 | UNIT STATUS FOR [I365] CHANGED TO <AR> | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 19:18 | UNIT STATUS FOR [J169] CHANGED TO <AR> | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 19:18 | UNIT STATUS FOR [J264] CHANGED TO <AR> | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 19:18 | UNIT STATUS FOR [P150] CHANGED TO <AR> | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 19:18 | UNIT STATUS FOR [P161] CHANGED TO <AR> | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 19:18 | UNIT STATUS FOR [P163] CHANGED TO <AR> | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 19:18 | UNIT STATUS FOR [664] CHANGED TO <AR> | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 19:18 | UNIT STATUS FOR [113] CHANGED TO <AR> | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 19:18 | UNIT STATUS FOR [1606] CHANGED TO <AR> | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 19:18 | UNIT STATUS FOR [1600] CHANGED TO <AR> | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 19:18 | UNIT STATUS FOR [1605] CHANGED TO <AR> | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |

| 05/30/2020 19:18 | UNIT STATUS FOR [1601] CHANGED TO <AR> | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
|---|---|---|
| 05/30/2020 19:18 | UNIT STATUS FOR [X291] CHANGED TO <AR> | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 19:18 | UNIT STATUS FOR [1609] CHANGED TO <AR> | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 19:18 | UNIT STATUS FOR [1603] CHANGED TO <AR> | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 19:19 | COMMENTS: K191 K163 UNION/LIB | CONSOLE: JSO-15; HELTON, HEATHER(80962) |
| 05/30/2020 19:19 | COMMENTS: FIELD FORCE TEAM ON WEST COME TO BAY/NEWNAN | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 19:19 | COMMENTS: D792 1 AT UNION LIB | CONSOLE: JSO-15; HELTON, HEATHER(80962) |
| 05/30/2020 19:19 | COMMENTS: 2 AT LIB STARE | CONSOLE: JSO-15; HELTON, HEATHER(80962) |
| 05/30/2020 19:20 | COMMENTS: K191 UNION/LIB | CONSOLE: JSO-15; HELTON, HEATHER(80962) |
| 05/30/2020 19:21 | COMMENTS: BAY/NEWNAN NEED TEAM TO PUSH THEM BACK | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 19:23 | UNIT STATUS FOR [B325] CHANGED TO <NA> | CONSOLE: JSO-15; HELTON, HEATHER(80962) |
| 05/30/2020 19:23 | UNIT DISPATCHED: [B325] | CONSOLE: JSO-15; HELTON, HEATHER(80962) |
| 05/30/2020 19:23 | UNIT STATUS FOR [B325] CHANGED TO <EN> (LOCATION: 501 BAY ST E) | CONSOLE: JSO-LAP44774-M; RONE, BRIAN(67421) |
| 05/30/2020 19:24 | COMMENTS: ANOTHER JAIL VAN NEWNAN | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 19:24 | COMMENTS: FIELD FORCED FWD | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 19:24 | UNIT STATUS FOR [C240] CHANGED TO <NA> | CONSOLE: JSO-Z1; STILES, KIMBERLY(67424) |
| 05/30/2020 19:24 | UNIT DISPATCHED: [C240] | CONSOLE: JSO-Z1; STILES, KIMBERLY(67424) |
| 05/30/2020 19:24 | UNIT STATUS FOR [C358] CHANGED TO <NA> | CONSOLE: JSO-Z1; STILES, KIMBERLY(67424) |
| 05/30/2020 19:24 | UNIT DISPATCHED: [C358] | CONSOLE: JSO-Z1; STILES, KIMBERLY(67424) |
| 05/30/2020 19:24 | COMMENTS: SO33 NEED ADL JAIL VAN AT NEWN/BAY | CONSOLE: JSO-15; HELTON, HEATHER(80962) |
| 05/30/2020 19:25 | COMMENTS: FIELD FORCE FWD | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 19:26 | COMMENTS: K914 AT COURTHOUSE T77 | CONSOLE: JSO-15; HELTON, HEATHER(80962) |
| 05/30/2020 19:26 | COMMENTS: FIELD FORCE TIGHTEN UP AND KEEP USING FLASH BANGS | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 19:27 | COMMENTS: CROWD MOVING W ON BAY TOWARDS MAIN | CONSOLE: JSO-15; HELTON, HEATHER(80962) |
| 05/30/2020 19:27 | COMMENTS: FIELD FORCE HALT | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 19:27 | COMMENTS: 2 DUI AT BAY/LAURA | CONSOLE: JSO-15; HELTON, HEATHER(80962) |
| 05/30/2020 19:27 | COMMENTS: GETTING TOO SPREAD OUT FROM CARS | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 19:27 | COMMENTS: FIELD FORCE TEAM ON LEFT COME BACK UP TO BAY AND NEWNAN | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 19:27 | DISPOSITION <K> RECORDED FOR [I365] | CONSOLE: JSO-LAP45134-M; SWANN, DENISHA (79735) |
| 05/30/2020 19:27 | UNIT STATUS FOR [I365] CHANGED TO <CL> | CONSOLE: JSO-LAP45134-M; SWANN, DENISHA (79735) |
| 05/30/2020 19:28 | COMMENTS: T39 SGT COX REF JAIL VAN | CONSOLE: JSO-15; HELTON, HEATHER(80962) |

| 05/30/2020 19:28 | COMMENTS: NOW REACHED LAURA | CONSOLE: JSO-15; HELTON, HEATHER(80962) |
|---|---|---|
| 05/30/2020 19:28 | COMMENTS: FIELD FORCE FOR A LINE ON BAY AND NEWNAN AND PUSH NORTHBOUND ANOTHER BLOCK | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 19:28 | COMMENTS: GROUP HEADED TOWARDS MAIN ST | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 19:29 | COMMENTS: GIVE COMMAND TO MOVE BACK, NOTIFY PIO TO LET LOCAL BUISNESSES KNOW THAT GAS HAS BEEN DEPLOYED | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 19:29 | UNIT STATUS FOR [A320] CHANGED TO <NA> | CONSOLE: JSO-Z1; STILES, KIMBERLY(67424) |
| 05/30/2020 19:29 | UNIT DISPATCHED: [A320] | CONSOLE: JSO-Z1; STILES, KIMBERLY(67424) |
| 05/30/2020 19:29 | UNIT STATUS FOR [A320] CHANGED TO <AR> | CONSOLE: JSO-Z1; STILES, KIMBERLY(67424) |
| 05/30/2020 19:29 | COMMENTS: FIELD FORCE HALT | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 19:30 | COMMENTS: FIELD FORCE ON MAIN, FWD | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 19:30 | COMMENTS: LARGE GROUP AT BAY/LAURA | CONSOLE: JSO-15; HELTON, HEATHER(80962) |
| 05/30/2020 19:31 | COMMENTS: FIELD FORCE FWD | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 19:31 | COMMENTS: FORM AN ARREST TEAM ON LEFT SIDE | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 19:32 | COMMENTS: AIR UNIT GETTING READY TO REFILL AND COME BACK | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 19:33 | COMMENTS: T39 RESERVES AT 1930 | CONSOLE: JSO-15; HELTON, HEATHER(80962) |
| 05/30/2020 19:33 | COMMENTS: BOX INTERSECTION ONE SWUAD ADVANCE NORTH ONE SQUAD ADVANCE SOUTH | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 19:33 | COMMENTS: PULL LINE BACK TO BAY AND NEWNAN | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 19:33 | COMMENTS: C140 WAT/JEFF | CONSOLE: JSO-15; HELTON, HEATHER(80962) |
| 05/30/2020 19:34 | COMMENTS: BROAD/WATER NEEDS TO STOP PEOPLE COMING OFF ACOSTA | CONSOLE: JSO-15; HELTON, HEATHER(80962) |
| 05/30/2020 19:34 | COMMENTS: PUSH PEOPLE NORTH ON MAIN | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 19:34 | COMMENTS: NEED A SQUAD TO MAKE SURE THEY DONT COME BACK SOUTH OF NEWNAN | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 19:35 | COMMENTS: UNION/MARKET K163 O792 | CONSOLE: JSO-15; HELTON, HEATHER(80962) |
| 05/30/2020 19:35 | COMMENTS: UNITS AT NEWNAN AND ADAMS PULL BACK ONE BLOCK SOUTH | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 19:36 | COMMENTS: UNION/NEWNAN N157 N122 | CONSOLE: JSO-15; HELTON, HEATHER(80962) |
| 05/30/2020 19:37 | UNIT STATUS FOR [A320] CHANGED TO <EN> (LOCATION: 501 BAY ST E) | CONSOLE: JSO-LAP44551-M; JONES, JOHN(79047) |
| 05/30/2020 19:37 | UNIT STATUS FOR [A320] CHANGED TO <AR> | CONSOLE: JSO-LAP44551-M; JONES, JOHN(79047) |
| 05/30/2020 19:37 | UNIT STATUS FOR [N157] CHANGED TO <NA> | CONSOLE: JSO-15; HELTON, HEATHER(80962) |
| 05/30/2020 19:37 | UNIT DISPATCHED: [N157] | CONSOLE: JSO-15; HELTON, HEATHER(80962) |
| 05/30/2020 19:37 | UNIT STATUS FOR [N122] CHANGED TO <NA> | CONSOLE: JSO-15; HELTON, HEATHER(80962) |
| 05/30/2020 19:37 | UNIT DISPATCHED: [N122] | CONSOLE: JSO-15; HELTON, HEATHER(80962) |
| 05/30/2020 19:37 | UNIT STATUS FOR [O792] CHANGED TO <NA> | CONSOLE: JSO-15; HELTON, HEATHER(80962) |
| 05/30/2020 19:37 | UNIT DISPATCHED: [O792] | CONSOLE: JSO-15; HELTON, HEATHER(80962) |

| 05/30/2020 19:38 | UNIT STATUS FOR [N157] CHANGED TO <EN> (LOCATION: 501 BAY ST E) | CONSOLE: JSO-LAP43596-M; MECHLING, ELIZABETH(81360) |
|---|---|---|
| 05/30/2020 19:38 | UNIT STATUS FOR [N122] CHANGED TO <EN> (LOCATION: 501 BAY ST E) | CONSOLE: JSO-LAP43688-M; MULHEARN, JASON (81351) |
| 05/30/2020 19:38 | UNIT STATUS FOR [K163] CHANGED TO <NA> | CONSOLE: JSO-15; HELTON, HEATHER(80962) |
| 05/30/2020 19:38 | UNIT DISPATCHED: [K163] | CONSOLE: JSO-15; HELTON, HEATHER(80962) |
| 05/30/2020 19:38 | UNIT STATUS FOR [K163] CHANGED TO <EN> (LOCATION: 501 BAY ST E) | CONSOLE: JSO-LAP44422-M; HOLTON, RANDY (65054) |
| 05/30/2020 19:38 | UNIT STATUS FOR [N122] CHANGED TO <AR> | CONSOLE: JSO-LAP43688-M; MULHEARN, JASON (81351) |
| 05/30/2020 19:39 | COMMENTS: MOVE IN AS A UNIT | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 19:40 | COMMENTS: NW SIDE OF NEWNAN/UNION INDVS THROWING BRICKS | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 19:40 | COMMENTS: UNION/FORSYTH LARGE GROUP | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 19:41 | COMMENTS: NEWNAN/FOR GROUP THROWING THINGS AT POLICE VEHS DO NOT GO THRU THERE | CONSOLE: JSO-15; HELTON, HEATHER(80962) |
| 05/30/2020 19:42 | UNIT STATUS FOR [N157] CHANGED TO <AR> | CONSOLE: JSO-LAP43596-M; MECHLING, ELIZABETH(81360) |
| 05/30/2020 19:42 | COMMENTS: NEED 1 AT LIB AT BURKMAN | CONSOLE: JSO-15; HELTON, HEATHER(80962) |
| 05/30/2020 19:43 | COMMENTS: HOLD THE GAS | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 19:43 | UNIT STATUS FOR [K191] CHANGED TO <NA> | CONSOLE: JSO-15; HELTON, HEATHER(80962) |
| 05/30/2020 19:43 | UNIT DISPATCHED: [K191] | CONSOLE: JSO-15; HELTON, HEATHER(80962) |
| 05/30/2020 19:43 | UNIT STATUS FOR [D792] CHANGED TO <NA> | CONSOLE: JSO-15; HELTON, HEATHER(80962) |
| 05/30/2020 19:43 | UNIT DISPATCHED: [D792] | CONSOLE: JSO-15; HELTON, HEATHER(80962) |
| 05/30/2020 19:44 | COMMENTS: ONLY CROWD RIGHT NOW IS AT NEWNAN/FORSYTH | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 19:44 | COMMENTS: DO NOT ENGANGE | CONSOLE: JSO-Z5; CHAFFIN, THEBAUT(79590) |
| 05/30/2020 19:44 | UNIT STATUS FOR [D792] CHANGED TO <EN> (LOCATION: 501 BAY ST E) | CONSOLE: JSO-25; GRIFFIN, AUDREY(72806) |
| 05/30/2020 19:45 | COMMENTS: PATROL SUP AT FRNT LINE | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 19:46 | COMMENTS: STINGERS AT BAY/NEWNAN T23'G FOR LAUNCHERS | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 19:49 | COMMENTS: FIELD FORCE FWD | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 19:51 | COMMENTS: VEH 2583 NEEDS TO BE MOVED | CONSOLE: JSO-15; HELTON, HEATHER(80962) |
| 05/30/2020 19:53 | COMMENTS: STILL THROWING BRICKS | CONSOLE: JSO-Z5; CHAFFIN, THEBAUT(79590) |
| 05/30/2020 19:54 | DRIVER'S LICENSEQUERY EXECUTED | CONSOLE: JSO-LAP44740-M; BELGARD, JOEL (77638) |
| 05/30/2020 19:54 | COMMENTS: FIELD FORCE UNITS, MAKE BRICK THROWERS PRIORITY | CONSOLE: JSO-Z5; CHAFFIN, THEBAUT(79590) |
| 05/30/2020 19:55 | COMMENTS: DON YOUR MASKS AND MOVE UP | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 19:55 | UNIT STATUS FOR [2182] CHANGED TO <CL> | CONSOLE: JSO-LAP44740-M; BELGARD, JOEL (77638) |

| 05/30/2020 19:56 | UNIT STATUS FOR [B325] CHANGED TO <AR> | CONSOLE: JSO-Z5; CHAFFIN, THEBAUT(79590) |
|---|---|---|
| 05/30/2020 19:56 | UNIT STATUS FOR [C240] CHANGED TO <AR> | CONSOLE: JSO-Z5; CHAFFIN, THEBAUT(79590) |
| 05/30/2020 19:56 | UNIT STATUS FOR [C358] CHANGED TO <AR> | CONSOLE: JSO-Z5; CHAFFIN, THEBAUT(79590) |
| 05/30/2020 19:56 | UNIT STATUS FOR [K163] CHANGED TO <AR> | CONSOLE: JSO-Z5; CHAFFIN, THEBAUT(79590) |
| 05/30/2020 19:56 | UNIT STATUS FOR [K191] CHANGED TO <AR> | CONSOLE: JSO-Z5; CHAFFIN, THEBAUT(79590) |
| 05/30/2020 19:56 | UNIT STATUS FOR [D792] CHANGED TO <AR> | CONSOLE: JSO-Z5; CHAFFIN, THEBAUT(79590) |
| 05/30/2020 19:56 | UNIT STATUS FOR [O792] CHANGED TO <AR> | CONSOLE: JSO-Z5; CHAFFIN, THEBAUT(79590) |
| 05/30/2020 19:56 | UNIT STATUS FOR [A365] CHANGED TO <NA> | CONSOLE: JSO-Z1; STILES, KIMBERLY(67424) |
| 05/30/2020 19:56 | UNIT DISPATCHED: [A365] | CONSOLE: JSO-Z1; STILES, KIMBERLY(67424) |
| 05/30/2020 19:56 | UNIT STATUS FOR [A361] CHANGED TO <NA> | CONSOLE: JSO-Z1; STILES, KIMBERLY(67424) |
| 05/30/2020 19:56 | UNIT DISPATCHED: [A361] | CONSOLE: JSO-Z1; STILES, KIMBERLY(67424) |
| 05/30/2020 19:56 | UNIT STATUS FOR [A154] CHANGED TO <NA> | CONSOLE: JSO-Z1; STILES, KIMBERLY(67424) |
| 05/30/2020 19:56 | UNIT DISPATCHED: [A154] | CONSOLE: JSO-Z1; STILES, KIMBERLY(67424) |
| 05/30/2020 19:56 | UNIT STATUS FOR [A365] CHANGED TO <EN> (LOCATION: 501 BAY ST E) | CONSOLE: JSO-LAP45383-M; UPTON, CHRISTIE (6856) |
| 05/30/2020 19:56 | UNIT DISPATCHED: [K228] | CONSOLE: JSO-Z4; DE RIVERA, DAVID(77528) |
| 05/30/2020 19:56 | UNIT DISPATCHED: [K221] | CONSOLE: JSO-Z4; DE RIVERA, DAVID(77528) |
| 05/30/2020 19:56 | UNIT STATUS FOR [A361] CHANGED TO <EN> (LOCATION: 501 BAY ST E) | CONSOLE: JSO-LAP44772-M; GUTCHER, ROBERT (81648) |
| 05/30/2020 19:57 | COMMENTS: FIELD FORCE HAS SPLIT GROUP ONE GOING EAST OTHER GOING NW | CONSOLE: JSO-Z5; CHAFFIN, THEBAUT(79590) |
| 05/30/2020 19:57 | UNIT STATUS FOR [J148] CHANGED TO <NA> | CONSOLE: JSO-Z4; DE RIVERA, DAVID(77528) |
| 05/30/2020 19:57 | UNIT DISPATCHED: [J148] | CONSOLE: JSO-Z4; DE RIVERA, DAVID(77528) |
| 05/30/2020 19:57 | UNIT STATUS FOR [J240] CHANGED TO <NA> | CONSOLE: JSO-Z4; DE RIVERA, DAVID(77528) |
| 05/30/2020 19:57 | UNIT DISPATCHED: [J240] | CONSOLE: JSO-Z4; DE RIVERA, DAVID(77528) |
| 05/30/2020 19:57 | UNIT STATUS FOR [J242] CHANGED TO <NA> | CONSOLE: JSO-Z4; DE RIVERA, DAVID(77528) |
| 05/30/2020 19:57 | UNIT DISPATCHED: [J242] | CONSOLE: JSO-Z4; DE RIVERA, DAVID(77528) |
| 05/30/2020 19:57 | UNIT STATUS FOR [J344] CHANGED TO <NA> | CONSOLE: JSO-Z4; DE RIVERA, DAVID(77528) |
| 05/30/2020 19:57 | UNIT DISPATCHED: [J344] | CONSOLE: JSO-Z4; DE RIVERA, DAVID(77528) |
| 05/30/2020 19:57 | UNIT STATUS FOR [K244] CHANGED TO <NA> | CONSOLE: JSO-Z4; DE RIVERA, DAVID(77528) |
| 05/30/2020 19:57 | UNIT DISPATCHED: [K244] | CONSOLE: JSO-Z4; DE RIVERA, DAVID(77528) |
| 05/30/2020 19:57 | COMMENTS: REQ JFRD FIRE AT FORSYTH/NEWNAN AT NW CORNER | CONSOLE: JSO-Z5; CHAFFIN, THEBAUT(79590) |
| 05/30/2020 19:58 | UNIT STATUS FOR [K244] CHANGED TO <EN> (LOCATION: 501 BAY ST E) | CONSOLE: JSO-LAP45435-M; PREWETT, DANIEL (80709) |

| | | |
|---|---|---|
| 05/30/2020 19:58 | UNIT STATUS FOR [J148] CHANGED TO <EN> (LOCATION: 501 BAY ST E) | CONSOLE: JSO-LAP44004-M; RICKERTSEN, PARIS (78498) |
| 05/30/2020 19:58 | UNIT STATUS FOR [J242] CHANGED TO <EN> (LOCATION: 501 BAY ST E) | CONSOLE: JSO-LAP45121-M; HUFF, TRAVIS(79741) |
| 05/30/2020 19:58 | UNIT STATUS FOR [J344] CHANGED TO <EN> (LOCATION: 501 BAY ST E) | CONSOLE: JSO-LAP44664-M; MOORE, BLAKE (79354) |
| 05/30/2020 19:58 | COMMENTS: MOVE EAST ON ADAMS THEN BACK DOWN NEXT STREET | CONSOLE: JSO-Z5; CHAFFIN, THEBAUT(79590) |
| 05/30/2020 19:59 | COMMENTS: LEFT SIDE MOVE FWD | CONSOLE: JSO-Z5; CHAFFIN, THEBAUT(79590) |
| 05/30/2020 19:59 | UNIT STATUS FOR [J143] CHANGED TO <NA> | CONSOLE: JSO-Z4; DE RIVERA, DAVID(77528) |
| 05/30/2020 19:59 | UNIT DISPATCHED: [J143] | CONSOLE: JSO-Z4; DE RIVERA, DAVID(77528) |
| 05/30/2020 19:59 | UNIT STATUS FOR [A796] CHANGED TO <NA> | CONSOLE: JSO-Z1; STILES, KIMBERLY(67424) |
| 05/30/2020 19:59 | UNIT DISPATCHED: [A796] | CONSOLE: JSO-Z1; STILES, KIMBERLY(67424) |
| 05/30/2020 19:59 | COMMENTS: IF ANYONE TRIES TO REGROUP REDIRECT THEM | CONSOLE: JSO-15; HELTON, HEATHER(80962) |
| 05/30/2020 19:59 | COMMENTS: FIELD FORCE TEAM ON LEFT HAVE HALF THE TEAM COME BACK | CONSOLE: JSO-Z5; CHAFFIN, THEBAUT(79590) |
| 05/30/2020 19:59 | COMMENTS: ALL FIELD FORCE UNITS, IF SOMEONE TRIES TO RUN DO NOT CHASE, HOLD WHAT YOU HAVE | CONSOLE: JSO-Z5; CHAFFIN, THEBAUT(79590) |
| 05/30/2020 19:59 | UNIT STATUS FOR [F131] CHANGED TO <NA> | CONSOLE: JSO-25; GRIFFIN, AUDREY(72806) |
| 05/30/2020 19:59 | UNIT DISPATCHED: [F131] | CONSOLE: JSO-25; GRIFFIN, AUDREY(72806) |
| 05/30/2020 19:59 | UNIT STATUS FOR [F155] CHANGED TO <NA> | CONSOLE: JSO-25; GRIFFIN, AUDREY(72806) |
| 05/30/2020 19:59 | UNIT DISPATCHED: [F155] | CONSOLE: JSO-25; GRIFFIN, AUDREY(72806) |
| 05/30/2020 20:00 | COMMENTS: HEADED EAST ON ADAMS | CONSOLE: JSO-Z5; CHAFFIN, THEBAUT(79590) |
| 05/30/2020 20:00 | UNIT STATUS FOR [P191] CHANGED TO <NA> | CONSOLE: JSO-15; HELTON, HEATHER(80962) |
| 05/30/2020 20:00 | UNIT DISPATCHED: [P191] | CONSOLE: JSO-15; HELTON, HEATHER(80962) |
| 05/30/2020 20:00 | UNIT STATUS FOR [H191] CHANGED TO <NA> | CONSOLE: JSO-15; HELTON, HEATHER(80962) |
| 05/30/2020 20:00 | UNIT DISPATCHED: [H191] | CONSOLE: JSO-15; HELTON, HEATHER(80962) |
| 05/30/2020 20:00 | UNIT STATUS FOR [2483] CHANGED TO <NA> | CONSOLE: JSO-15; HELTON, HEATHER(80962) |
| 05/30/2020 20:00 | UNIT DISPATCHED: [2483] | CONSOLE: JSO-15; HELTON, HEATHER(80962) |
| 05/30/2020 20:00 | UNIT STATUS FOR [G282] CHANGED TO <NA> | CONSOLE: JSO-15; HELTON, HEATHER(80962) |
| 05/30/2020 20:00 | UNIT DISPATCHED: [G282] | CONSOLE: JSO-15; HELTON, HEATHER(80962) |
| 05/30/2020 20:00 | UNIT STATUS FOR [J263] CHANGED TO <NA> | CONSOLE: JSO-15; HELTON, HEATHER(80962) |
| 05/30/2020 20:00 | UNIT DISPATCHED: [J263] | CONSOLE: JSO-15; HELTON, HEATHER(80962) |
| 05/30/2020 20:00 | UNIT STATUS FOR [F155] CHANGED TO <EN> (LOCATION: 501 BAY ST E) | CONSOLE: JSO-LAP45253-M; ANDERSON, SHENOA (80725) |
| 05/30/2020 20:00 | UNIT STATUS FOR [F131] CHANGED TO <EN> (LOCATION: 501 BAY ST E) | CONSOLE: JSO-LAP44310-M; LUCIANO, EDWARD (60846) |
| 05/30/2020 20:00 | UNIT STATUS FOR [P191] CHANGED TO <EN> (LOCATION: 501 BAY ST E) | CONSOLE: JSO-Z6; PRINCE, KATHERYN(5387) |

| 05/30/2020 20:00 | UNIT STATUS FOR [J143] CHANGED TO <EN> (LOCATION: 501 BAY ST E) | CONSOLE: JSO-LAP45199-M; MUNGER, KEVIN (7936) |
|---|---|---|
| 05/30/2020 20:01 | COMMENTS: MOVING TOWARDS MARKET | CONSOLE: JSO-Z5; CHAFFIN, THEBAUT(79590) |
| 05/30/2020 20:01 | COMMENTS: FIELD FORCE HALT | CONSOLE: JSO-Z5; CHAFFIN, THEBAUT(79590) |
| 05/30/2020 20:02 | UNIT STATUS FOR [A365] CHANGED TO <AR> | CONSOLE: JSO-LAP45383-M; UPTON, CHRISTIE (6856) |
| 05/30/2020 20:02 | COMMENTS: MARKET AND E ADAMS ABOUT TO GO SB TOWARDS BAY | CONSOLE: JSO-Z5; CHAFFIN, THEBAUT(79590) |
| 05/30/2020 20:02 | UNIT STATUS FOR [P137] CHANGED TO <NA> | CONSOLE: JSO-Z6; PRINCE, KATHERYN(5387) |
| 05/30/2020 20:02 | UNIT DISPATCHED: [P137] | CONSOLE: JSO-Z6; PRINCE, KATHERYN(5387) |
| 05/30/2020 20:02 | UNIT STATUS FOR [P137] CHANGED TO <EN> (LOCATION: 501 BAY ST E) | CONSOLE: JSO-LAP43956-M; COLEMAN, KEITH (61125) |
| 05/30/2020 20:02 | COMMENTS: EVERYONE HOLD MARKET | CONSOLE: JSO-Z5; CHAFFIN, THEBAUT(79590) |
| 05/30/2020 20:02 | UNIT STATUS FOR [D282] CHANGED TO <NA> | CONSOLE: JSO-15; HELTON, HEATHER(80962) |
| 05/30/2020 20:02 | UNIT DISPATCHED: [D282] | CONSOLE: JSO-15; HELTON, HEATHER(80962) |
| 05/30/2020 20:02 | UNIT STATUS FOR [K916] CHANGED TO <NA> | CONSOLE: JSO-15; HELTON, HEATHER(80962) |
| 05/30/2020 20:02 | UNIT DISPATCHED: [K916] | CONSOLE: JSO-15; HELTON, HEATHER(80962) |
| 05/30/2020 20:02 | UNIT STATUS FOR [K282] CHANGED TO <NA> | CONSOLE: JSO-15; HELTON, HEATHER(80962) |
| 05/30/2020 20:02 | UNIT DISPATCHED: [K282] | CONSOLE: JSO-15; HELTON, HEATHER(80962) |
| 05/30/2020 20:02 | UNIT STATUS FOR [1646] CHANGED TO <NA> | CONSOLE: JSO-15; HELTON, HEATHER(80962) |
| 05/30/2020 20:02 | UNIT DISPATCHED: [1646] | CONSOLE: JSO-15; HELTON, HEATHER(80962) |
| 05/30/2020 20:02 | UNIT STATUS FOR [715] CHANGED TO <NA> | CONSOLE: JSO-15; HELTON, HEATHER(80962) |
| 05/30/2020 20:02 | UNIT DISPATCHED: [715] | CONSOLE: JSO-15; HELTON, HEATHER(80962) |
| 05/30/2020 20:02 | UNIT STATUS FOR [779] CHANGED TO <NA> | CONSOLE: JSO-15; HELTON, HEATHER(80962) |
| 05/30/2020 20:02 | UNIT DISPATCHED: [779] | CONSOLE: JSO-15; HELTON, HEATHER(80962) |
| 05/30/2020 20:03 | UNIT STATUS FOR [K130] CHANGED TO <NA> | CONSOLE: JSO-Z4; DE RIVERA, DAVID(77528) |
| 05/30/2020 20:03 | UNIT DISPATCHED: [K130] | CONSOLE: JSO-Z4; DE RIVERA, DAVID(77528) |
| 05/30/2020 20:03 | UNIT STATUS FOR [K231] CHANGED TO <NA> | CONSOLE: JSO-Z4; DE RIVERA, DAVID(77528) |
| 05/30/2020 20:03 | UNIT DISPATCHED: [K231] | CONSOLE: JSO-Z4; DE RIVERA, DAVID(77528) |
| 05/30/2020 20:03 | UNIT STATUS FOR [J242] CHANGED TO <AR> | CONSOLE: JSO-LAP45121-M; HUFF, TRAVIS(79741) |
| 05/30/2020 20:03 | DISPOSITION <K> RECORDED FOR [I365] | CONSOLE: JSO-Z4; DE RIVERA, DAVID(77528) |
| 05/30/2020 20:03 | UNIT STATUS FOR [K130] CHANGED TO <EN> (LOCATION: 501 BAY ST E) | CONSOLE: JSO-LAP45340-M; FAIRCLOTH, JACOB (79343) |
| 05/30/2020 20:03 | UNIT STATUS FOR [K231] CHANGED TO <EN> (LOCATION: 501 BAY ST E) | CONSOLE: JSO-LAP45449-M; ROZANSKY, ERICA (80979) |
| 05/30/2020 20:03 | COMMENTS: 715 BEAVER/MAIN | CONSOLE: JSO-15; HELTON, HEATHER(80962) |

| 05/30/2020 20:03 | UNIT STATUS FOR [2182] CHANGED TO <NA> | CONSOLE: JSO-LAP44740-M; BELGARD, JOEL (77638) |
|---|---|---|
| 05/30/2020 20:03 | COMMENTS: FIRE AT FORSYTH AND NEWNAN IS T77, UNITS PUTTING IT OUT | CONSOLE: JSO-Z5; CHAFFIN, THEBAUT(79590) |
| 05/30/2020 20:04 | COMMENTS: CROWD IN PL NB AT ADAMS | CONSOLE: JSO-Z5; CHAFFIN, THEBAUT(79590) |
| 05/30/2020 20:04 | COMMENTS: NEED ANOTHER TEAM AT BAY TO WATCH MARKET | CONSOLE: JSO-Z5; CHAFFIN, THEBAUT(79590) |
| 05/30/2020 20:04 | COMMENTS: DRIVE AROUND LINES AND GIVE MK9'S TO SGTS | CONSOLE: JSO-Z5; CHAFFIN, THEBAUT(79590) |
| 05/30/2020 20:04 | COMMENTS: NEED MK9'S AT ADAMS AND MARKET | CONSOLE: JSO-Z5; CHAFFIN, THEBAUT(79590) |
| 05/30/2020 20:05 | COMMENTS: IF T77 RECHARGE AND REHYDRATE | CONSOLE: JSO-Z5; CHAFFIN, THEBAUT(79590) |
| 05/30/2020 20:07 | COMMENTS: SMALL GROUP TRYING TO FLANK COMING SOUTH ON MARKET, NEED MK9'S AT ADAMS AND MARKET | CONSOLE: JSO-Z5; CHAFFIN, THEBAUT(79590) |
| 05/30/2020 20:07 | COMMENTS: NEED A GATOR TO TRANPORT MK9'S | CONSOLE: JSO-Z5; CHAFFIN, THEBAUT(79590) |
| 05/30/2020 20:07 | COMMENTS: FIELD FORCE ON BAY NEAR MAIN GETTING 6 OFFICERS TO RELIEVE | CONSOLE: JSO-Z5; CHAFFIN, THEBAUT(79590) |
| 05/30/2020 20:07 | COMMENTS: GROUP IS MOVING WEST FROM MONROE ON MARKET | CONSOLE: JSO-Z5; CHAFFIN, THEBAUT(79590) |
| 05/30/2020 20:08 | COMMENTS: WATER TO WEST FLANK | CONSOLE: JSO-Z5; CHAFFIN, THEBAUT(79590) |
| 05/30/2020 20:09 | COMMENTS: WANTS TO PUSH TEAM EAST ON ADAMS TO REGROUP | CONSOLE: JSO-Z5; CHAFFIN, THEBAUT(79590) |
| 05/30/2020 20:09 | UNIT STATUS FOR [M196] CHANGED TO <NA> | CONSOLE: JSO-15; HELTON, HEATHER(80962) |
| 05/30/2020 20:09 | UNIT DISPATCHED: [M196] | CONSOLE: JSO-15; HELTON, HEATHER(80962) |
| 05/30/2020 20:09 | COMMENTS: UNION OCEAN J240 J344 | CONSOLE: JSO-15; HELTON, HEATHER(80962) |
| 05/30/2020 20:09 | COMMENTS: UNION MAIN J242 J148 | CONSOLE: JSO-15; HELTON, HEATHER(80962) |
| 05/30/2020 20:10 | UNIT STATUS FOR [113] CHANGED TO <EN> (LOCATION: 501 BAY ST E) | CONSOLE: JSO-LAP43024-M; DASH, FREDERICK (5273) |
| 05/30/2020 20:10 | UNIT STATUS FOR [113] CHANGED TO <AR> | CONSOLE: JSO-LAP43024-M; DASH, FREDERICK (5273) |
| 05/30/2020 20:10 | COMMENTS: PROTESTORS JUST NORTH OF FORSYTH | CONSOLE: JSO-Z5; CHAFFIN, THEBAUT(79590) |
| 05/30/2020 20:10 | UNIT STATUS FOR [J240] CHANGED TO <AO> | CONSOLE: JSO-LAP43971-M; SIZLER, EDWARD (75105) |
| 05/30/2020 20:10 | COMMENTS: STILL HOLDING OCEAN AND FORSYTH | CONSOLE: JSO-Z5; CHAFFIN, THEBAUT(79590) |
| 05/30/2020 20:11 | COMMENTS: IF THEY WONT GET OUT OF THE STREET T15 THEM | CONSOLE: JSO-Z5; CHAFFIN, THEBAUT(79590) |
| 05/30/2020 20:11 | COMMENTS: SQUAD COMING UP TO HOLD FORSYTH AND MARKET | CONSOLE: JSO-Z5; CHAFFIN, THEBAUT(79590) |
| 05/30/2020 20:12 | COMMENTS: DRONE UNIT UNABLE TO FIND ANY LARGE GROUPS REMAINING | CONSOLE: JSO-Z5; CHAFFIN, THEBAUT(79590) |
| 05/30/2020 20:12 | COMMENTS: LARGEST GATHERING APPEARS TO BE 5-10 PER DRONE UNIT | CONSOLE: JSO-Z5; CHAFFIN, THEBAUT(79590) |
| 05/30/2020 20:12 | COMMENTS: SMALL GROUP ON NEWNAN AND FORSYTH APPROX 25 | CONSOLE: JSO-Z5; CHAFFIN, THEBAUT(79590) |
| 05/30/2020 20:13 | COMMENTS: NEED UNITS AT FORSYTH AND MARKET, APPROX 15 SUBJS THAT NEED T15G | CONSOLE: JSO-Z5; CHAFFIN, THEBAUT(79590) |
| 05/30/2020 20:13 | COMMENTS: Z4 TASK FORCE TO FORSYTH AND NEWNAN | CONSOLE: JSO-Z5; CHAFFIN, THEBAUT(79590) |
| 05/30/2020 20:13 | UNIT DISPATCHED: [P139] | CONSOLE: JSO-Z6; PRINCE, KATHERYN(5387) |

| 05/30/2020 20:14 | UNIT STATUS FOR [P139] CHANGED TO <NA> | CONSOLE: JSO-LAP43174-M; MEDICA, AUSTIN (81362) |
|---|---|---|
| 05/30/2020 20:14 | COMMENTS: AT ADAMS IN AMRKET APPROX 30 PEOPLE, NEED 20 OFFICERS, T77 FOR NOW | CONSOLE: JSO-Z5; CHAFFIN, THEBAUT(79590) |
| 05/30/2020 20:14 | UNIT STATUS FOR [X461] CHANGED TO <NA> | CONSOLE: JSO-15; HELTON, HEATHER(80962) |
| 05/30/2020 20:14 | UNIT DISPATCHED: [X461] | CONSOLE: JSO-15; HELTON, HEATHER(80962) |
| 05/30/2020 20:14 | UNIT STATUS FOR [P139] CHANGED TO <EN> (LOCATION: 501 BAY ST E) | CONSOLE: JSO-LAP43174-M; MEDICA, AUSTIN (81362) |
| 05/30/2020 20:14 | COMMENTS: X461 PREVENT SB TRAFFIC ON MAIN | CONSOLE: JSO-15; HELTON, HEATHER(80962) |
| 05/30/2020 20:14 | UNIT STATUS FOR [K916] CHANGED TO <EN> (LOCATION: 501 BAY ST E) | CONSOLE: JSO-IV; BORDEAUX, AMBER(73897) |
| 05/30/2020 20:15 | COMMENTS: GROUP CONGREGATING AT FORSYTH AND ADAMS | CONSOLE: JSO-Z5; CHAFFIN, THEBAUT(79590) |
| 05/30/2020 20:15 | COMMENTS: CROWD AT MARKET AND ADAMS GROWING, NEED 10-15 MORE UNITS | CONSOLE: JSO-Z5; CHAFFIN, THEBAUT(79590) |
| 05/30/2020 20:16 | COMMENTS: EVERYONE IN PL T15'D | CONSOLE: JSO-Z5; CHAFFIN, THEBAUT(79590) |
| 05/30/2020 20:16 | COMMENTS: BLOCK IN INTERSECTION | CONSOLE: JSO-Z5; CHAFFIN, THEBAUT(79590) |
| 05/30/2020 20:16 | COMMENTS: NO FOOT CHASES | CONSOLE: JSO-Z5; CHAFFIN, THEBAUT(79590) |
| 05/30/2020 20:17 | COMMENTS: ANOTHER SQUAD NEEDED AT AMRKET AND ADAMS | CONSOLE: JSO-Z5; CHAFFIN, THEBAUT(79590) |
| 05/30/2020 20:17 | COMMENTS: OFFICERS ON ADAMS AND MARKET PUSH CROWD NORTH | CONSOLE: JSO-Z5; CHAFFIN, THEBAUT(79590) |
| 05/30/2020 20:18 | COMMENTS: IF THEY WONT LEAVE, THROW SOME HANDHELDS | CONSOLE: JSO-Z5; CHAFFIN, THEBAUT(79590) |
| 05/30/2020 20:19 | COMMENTS: CROWD OF 100 AT FORSYTH AND LAURA | CONSOLE: JSO-Z5; CHAFFIN, THEBAUT(79590) |
| 05/30/2020 20:19 | COMMENTS: ALL UNITS ON PERIMETER NEED TO STOP FOOT TRAFFIC INTO PERIMETER | CONSOLE: JSO-Z5; CHAFFIN, THEBAUT(79590) |
| 05/30/2020 20:19 | COMMENTS: HHOLD MONROE AND MARKET | CONSOLE: JSO-Z5; CHAFFIN, THEBAUT(79590) |
| 05/30/2020 20:20 | COMMENTS: HOLD INTERSECTION OF MONROE AND LIBERTY | CONSOLE: JSO-Z5; CHAFFIN, THEBAUT(79590) |
| 05/30/2020 20:22 | COMMENTS: 100 PEOPLE AT LAURA/FORSYTH | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 20:23 | COMMENTS: UNI LAURA H234 I262 | CONSOLE: JSO-15; HELTON, HEATHER(80962) |
| 05/30/2020 20:23 | DISPOSITION <K> RECORDED FOR [113] | CONSOLE: JSO-LAP43024-M; DASH, FREDERICK (5273) |
| 05/30/2020 20:23 | UNIT STATUS FOR [113] CHANGED TO <CL> | CONSOLE: JSO-LAP43024-M; DASH, FREDERICK (5273) |
| 05/30/2020 20:23 | UNIT STATUS FOR [F131] CHANGED TO <AR> | CONSOLE: JSO-LAP44310-M; LUCIANO, EDWARD (60846) |
| 05/30/2020 20:23 | UNIT STATUS FOR [A154] CHANGED TO <AR> | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 20:23 | UNIT STATUS FOR [A361] CHANGED TO <AR> | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 20:23 | UNIT STATUS FOR [F155] CHANGED TO <AR> | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 20:23 | UNIT STATUS FOR [J143] CHANGED TO <AR> | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 20:23 | UNIT STATUS FOR [J148] CHANGED TO <AR> | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 20:23 | UNIT STATUS FOR [J240] CHANGED TO <AR> | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |

| 05/30/2020 20:23 | UNIT STATUS FOR [J263] CHANGED TO <AR> | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
|---|---|---|
| 05/30/2020 20:23 | UNIT STATUS FOR [J344] CHANGED TO <AR> | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 20:23 | UNIT STATUS FOR [K130] CHANGED TO <AR> | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 20:23 | UNIT STATUS FOR [K231] CHANGED TO <AR> | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 20:23 | UNIT STATUS FOR [K244] CHANGED TO <AR> | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 20:23 | UNIT STATUS FOR [P137] CHANGED TO <AR> | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 20:23 | UNIT STATUS FOR [P139] CHANGED TO <AR> | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 20:23 | UNIT STATUS FOR [715] CHANGED TO <AR> | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 20:23 | UNIT STATUS FOR [779] CHANGED TO <AR> | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 20:23 | UNIT STATUS FOR [K916] CHANGED TO <AR> | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 20:23 | UNIT STATUS FOR [1646] CHANGED TO <AR> | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 20:23 | UNIT STATUS FOR [2182] CHANGED TO <AR> | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 20:23 | UNIT STATUS FOR [X461] CHANGED TO <AR> | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 20:23 | UNIT STATUS FOR [2483] CHANGED TO <AR> | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 20:23 | UNIT STATUS FOR [P191] CHANGED TO <AR> | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 20:23 | UNIT STATUS FOR [M196] CHANGED TO <AR> | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 20:24 | COMMENTS: UNION HOGAN G151 G255 | CONSOLE: JSO-15; HELTON, HEATHER(80962) |
| 05/30/2020 20:24 | COMMENTS: UNION PEARL I226 I228 | CONSOLE: JSO-15; HELTON, HEATHER(80962) |
| 05/30/2020 20:24 | UNIT STATUS FOR [J344] CHANGED TO <AO> | CONSOLE: JSO-LAP44664-M; MOORE, BLAKE (79354) |
| 05/30/2020 20:25 | UNIT STATUS FOR [K142] CHANGED TO <NA> | CONSOLE: JSO-Z4; DE RIVERA, DAVID(77528) |
| 05/30/2020 20:25 | UNIT DISPATCHED: [K142] | CONSOLE: JSO-Z4; DE RIVERA, DAVID(77528) |
| 05/30/2020 20:25 | UNIT STATUS FOR [K147] CHANGED TO <NA> | CONSOLE: JSO-Z4; DE RIVERA, DAVID(77528) |
| 05/30/2020 20:25 | UNIT DISPATCHED: [K147] | CONSOLE: JSO-Z4; DE RIVERA, DAVID(77528) |
| 05/30/2020 20:25 | UNIT STATUS FOR [K142] CHANGED TO <EN> (LOCATION: 501 BAY ST E) | CONSOLE: JSO-LAP43883-M; SMITH, JORDAN (80041) |
| 05/30/2020 20:25 | UNIT STATUS FOR [K147] CHANGED TO <EN> (LOCATION: 501 BAY ST E) | CONSOLE: JSO-LAP45114-M; PETTY, CORDELL (79242) |
| 05/30/2020 20:25 | UNIT STATUS FOR [G151] CHANGED TO <NA> | CONSOLE: JSO-15; HELTON, HEATHER(80962) |
| 05/30/2020 20:25 | UNIT DISPATCHED: [G151] | CONSOLE: JSO-15; HELTON, HEATHER(80962) |
| 05/30/2020 20:25 | UNIT STATUS FOR [G255] CHANGED TO <NA> | CONSOLE: JSO-15; HELTON, HEATHER(80962) |
| 05/30/2020 20:25 | UNIT DISPATCHED: [G255] | CONSOLE: JSO-15; HELTON, HEATHER(80962) |
| 05/30/2020 20:25 | UNIT STATUS FOR [I226] CHANGED TO <NA> | CONSOLE: JSO-15; HELTON, HEATHER(80962) |

| 05/30/2020 20:25 | UNIT DISPATCHED: [I226] | CONSOLE: JSO-15; HELTON, HEATHER(80962) |
|---|---|---|
| 05/30/2020 20:25 | UNIT STATUS FOR [I226] CHANGED TO <EN> (LOCATION: 501 BAY ST E) | CONSOLE: JSO-LAP43838-M; GAULDING, ADAM (68828) |
| 05/30/2020 20:26 | COMMENTS: UNION BROA D F131 F155 | CONSOLE: JSO-15; HELTON, HEATHER(80962) |
| 05/30/2020 20:27 | COMMENTS: NEED JAIL VAN TO UNION/JULIA | CONSOLE: JSO-15; HELTON, HEATHER(80962) |
| 05/30/2020 20:27 | COMMENTS: MAIN MONROE 50 INDIVS | CONSOLE: JSO-15; HELTON, HEATHER(80962) |
| 05/30/2020 20:28 | COMMENTS: NEWNAN/BAY | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 20:28 | COMMENTS: DUVAL MAIN LARGE CROWD | CONSOLE: JSO-15; HELTON, HEATHER(80962) |
| 05/30/2020 20:28 | COMMENTS: GROUP ADAMS WALKING EAST - VERBAL WARNING | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 20:29 | COMMENTS: NEED ADTL AT MAIN DUVAL | CONSOLE: JSO-15; HELTON, HEATHER(80962) |
| 05/30/2020 20:29 | COMMENTS: JAIL VAN TO LAURA/FORSYTH | CONSOLE: JSO-Z3; KEUNE, BRANDI(66015) |
| 05/30/2020 20:32 | UNIT STATUS FOR [K130] CHANGED TO <EN> (LOCATION: 501 BAY ST E) | CONSOLE: JSO-LAP45340-M; FAIRCLOTH, JACOB (79343) |
| 05/30/2020 20:32 | UNIT STATUS FOR [K130] CHANGED TO <AR> | CONSOLE: JSO-LAP45340-M; FAIRCLOTH, JACOB (79343) |
| 05/30/2020 20:33 | COMMENTS: P137 TO BURK PLAZA | CONSOLE: JSO-15; HELTON, HEATHER(80962) |
| 05/30/2020 20:33 | COMMENTS: LARGE GROUP LAURA TO MONROE | CONSOLE: JSO-15; HELTON, HEATHER(80962) |
| 05/30/2020 20:33 | COMMENTS: TAX COLLECTOR OFFICE 14D 2 UNITS T97 TO SECURE | CONSOLE: JSO-15; HELTON, HEATHER(80962) |
| 05/30/2020 20:35 | COMMENTS: SIG 4 AT STATE / PEARL | CONSOLE: JSO-15; HELTON, HEATHER(80962) |
| 05/30/2020 20:36 | UNIT STATUS FOR [P334] CHANGED TO <NA> | CONSOLE: JSO-Z6; PRINCE, KATHERYN(5387) |
| 05/30/2020 20:36 | UNIT DISPATCHED: [P334] | CONSOLE: JSO-Z6; PRINCE, KATHERYN(5387) |
| 05/30/2020 20:36 | UNIT STATUS FOR [P334] CHANGED TO <EN> (LOCATION: 501 BAY ST E) | CONSOLE: JSO-Z6; PRINCE, KATHERYN(5387) |
| 05/30/2020 20:39 | UNIT STATUS FOR [I228] CHANGED TO <CL> | CONSOLE: JSO-Z1; STILES, KIMBERLY(67424) |
| 05/30/2020 20:41 | UNIT STATUS FOR [754S] CHANGED TO <NA> | CONSOLE: JSO-Z6; PRINCE, KATHERYN(5387) |
| 05/30/2020 20:41 | UNIT DISPATCHED: [754S] | CONSOLE: JSO-Z6; PRINCE, KATHERYN(5387) |
| 05/30/2020 20:42 | UNIT STATUS FOR [754S] CHANGED TO <EN> (LOCATION: 501 BAY ST E) | CONSOLE: JSO-LAP44118-M; MILLER, MATTHEW (5393) |
| 05/30/2020 20:43 | COMMENTS: LAURA  E ON BEAVER 30 INDIV | CONSOLE: JSO-15; HELTON, HEATHER(80962) |
| 05/30/2020 20:43 | UNIT STATUS FOR [K142] CHANGED TO <AR> | CONSOLE: JSO-LAP43883-M; SMITH, JORDAN (80041) |
| 05/30/2020 20:44 | COMMENTS: SO28 WANTS ALL FIELD FORCE OFFICERS TO 36 AT MARKET AND BAY | CONSOLE: JSO-Z3; FOOSHEE, JOSEPH(7215) |
| 05/30/2020 20:46 | UNIT STATUS FOR [1646] CHANGED TO <EN> (LOCATION: 501 BAY ST E) | CONSOLE: JSO-LAP45088-M; EMERSON, BRAD (60837) |
| 05/30/2020 20:49 | COMMENTS: CROWD IS HEADING EB ON CHURCH ST PER AIR4 | CONSOLE: JSO-Z3; FOOSHEE, JOSEPH(7215) |
| 05/30/2020 20:49 | COMMENTS: J148 ADV UNION MAIN SHELL STATION ;LARGE CROWD | CONSOLE: JSO-15; HELTON, HEATHER(80962) |

| 05/30/2020 20:51 | COMMENTS: J143 AND 6 UNITS T51 TO HYATT | CONSOLE: JSO-15; HELTON, HEATHER(80962) |
|---|---|---|
| 05/30/2020 20:52 | COMMENTS: 173 NEEDS ALL FIELD FORCE MEMBER AT MARKET AND BAY | CONSOLE: JSO-Z3; FOOSHEE, JOSEPH(7215) |
| 05/30/2020 20:56 | COMMENTS: J148-40 INDIVS AT SHELL JULIA/MAIN | CONSOLE: JSO-15; HELTON, HEATHER(80962) |
| 05/30/2020 20:56 | COMMENTS: CROWD IS IN FRONT OF CITY HALL NOW PER AIR4 | CONSOLE: JSO-Z3; FOOSHEE, JOSEPH(7215) |
| 05/30/2020 20:57 | COMMENTS: CROWD IS COMING UP TO LAURA ST NOW | CONSOLE: JSO-Z3; FOOSHEE, JOSEPH(7215) |
| 05/30/2020 20:58 | DISPOSITION <K> RECORDED FOR [P334] | CONSOLE: JSO-LAP44528-M; HOLLOWAY, LANISHA (7835) |
| 05/30/2020 20:58 | UNIT STATUS FOR [P334] CHANGED TO <CL> | CONSOLE: JSO-LAP44528-M; HOLLOWAY, LANISHA (7835) |
| 05/30/2020 20:58 | COMMENTS: LARGE CROWD AT HEMMING PLAZA...THEY ARE THROWING ROCKS NOW | CONSOLE: JSO-Z3; FOOSHEE, JOSEPH(7215) |
| 05/30/2020 20:58 | DISPOSITION <K> RECORDED FOR [754S] | CONSOLE: JSO-LAP44118-M; MILLER, MATTHEW (5393) |
| 05/30/2020 20:58 | UNIT STATUS FOR [754S] CHANGED TO <CL> | CONSOLE: JSO-LAP44118-M; MILLER, MATTHEW (5393) |
| 05/30/2020 21:03 | COMMENTS: PUBLIC WORKS IS T51 AND I151 AND H157 ARE T97 | CONSOLE: JSO-15; HELTON, HEATHER(80962) |
| 05/30/2020 21:05 | UNIT STATUS FOR [M196] CHANGED TO <EN> (LOCATION: 501 BAY ST E) | CONSOLE: JSO-LAP43143-M; BASS, HUNTER (75952) |
| 05/30/2020 21:05 | UNIT STATUS FOR [M196] CHANGED TO <AR> | CONSOLE: JSO-LAP43143-M; BASS, HUNTER (75952) |
| 05/30/2020 21:05 | UNIT STATUS FOR [C358] CHANGED TO <EN> (LOCATION: 501 BAY ST E) | CONSOLE: JSO-LAP43873-M; PADGETT, CASEY (74181) |
| 05/30/2020 21:09 | COMMENTS: FIRE ON DAVIS BETWEEN BEAVER/UNION | CONSOLE: JSO-15; HELTON, HEATHER(80962) |
| 05/30/2020 21:10 | COMMENTS: SO21 NEEDS UNITS TO GO THE EOC.... | CONSOLE: JSO-Z3; FOOSHEE, JOSEPH(7215) |
| 05/30/2020 21:11 | COMMENTS: IS T97 AT THE EOC | CONSOLE: JSO-Z3; FOOSHEE, JOSEPH(7215) |
| 05/30/2020 21:11 | UNIT STATUS FOR [G267] CHANGED TO <EN> (LOCATION: 501 BAY ST E) | CONSOLE: JSO-24; SEMIDEY, AMANDA(67620) |
| 05/30/2020 21:11 | UNIT DISPATCHED: [G267] | CONSOLE: JSO-24; SEMIDEY, AMANDA(67620) |
| 05/30/2020 21:12 | UNIT STATUS FOR [H191] CHANGED TO <EN> (LOCATION: 501 BAY ST E) | CONSOLE: JSO-LAP44896-M; ZONA, MATTHEW (7088) |
| 05/30/2020 21:13 | COMMENTS: 1608 FIRE HAS BEEN PUT OUT AT DAVIS | CONSOLE: JSO-15; HELTON, HEATHER(80962) |
| 05/30/2020 21:16 | DISPOSITION <K> RECORDED FOR [1605] | CONSOLE: JSO-LAP45018-M; BACON, ROBERT (5365) |
| 05/30/2020 21:16 | UNIT STATUS FOR [1605] CHANGED TO <CL> | CONSOLE: JSO-LAP45018-M; BACON, ROBERT (5365) |
| 05/30/2020 21:16 | UNIT STATUS FOR [K914] CHANGED TO <EN> (LOCATION: 501 BAY ST E) | CONSOLE: JSO-LAP44400-M; LANGSTON, BENJAMIN(73721) |
| 05/30/2020 21:18 | DISPOSITION <K> RECORDED FOR [K914] | CONSOLE: JSO-LAP44400-M; LANGSTON, BENJAMIN(73721) |
| 05/30/2020 21:18 | UNIT STATUS FOR [K914] CHANGED TO <CL> | CONSOLE: JSO-LAP44400-M; LANGSTON, BENJAMIN(73721) |
| 05/30/2020 21:19 | UNIT STATUS FOR [X190] CHANGED TO <NA> | CONSOLE: JSO-Z1; STILES, KIMBERLY(67424) |

| 05/30/2020 21:19 | UNIT DISPATCHED: [X190] | CONSOLE: JSO-Z1; STILES, KIMBERLY(67424) |
|---|---|---|
| 05/30/2020 21:21 | UNIT STATUS FOR [X190] CHANGED TO <AO> | CONSOLE: JSO-LAP45320-M; BRIDGE, CLAYBURNE (81002) |
| 05/30/2020 21:24 | UNIT STATUS FOR [D282] CHANGED TO <EN> (LOCATION: 501 BAY ST E) | CONSOLE: JSO-25; GRIFFIN, AUDREY(72806) |
| 05/30/2020 21:24 | COMMENTS: DUE TO T13 MOVING STAGING SPOT TO PARKING GARAGE | CONSOLE: JSO-15; HELTON, HEATHER(80962) |
| 05/30/2020 21:27 | COMMENTS: WATCH 1, 2, AND 3 CAN 1082 PER 178 | CONSOLE: JSO-Z3; FOOSHEE, JOSEPH(7215) |
| 05/30/2020 21:28 | UNIT STATUS FOR [A154] CHANGED TO <EN> (LOCATION: 501 BAY ST E) | CONSOLE: JSO-LAP45297-M; MATTHEWS, FRANKLIN(60844) |
| 05/30/2020 21:28 | UNIT STATUS FOR [X291] CHANGED TO <EO> | CONSOLE: JSO-LAP45269-M; SHERWIN, LLYNEA (79967) |
| 05/30/2020 21:28 | COMMENTS: PER 173 NOT 178 | CONSOLE: JSO-Z3; FOOSHEE, JOSEPH(7215) |
| 05/30/2020 21:32 | UNIT STATUS FOR [H327] CHANGED TO <EN> (LOCATION: 501 BAY ST E) | CONSOLE: JSO-LAP44143-M; BLANFORD, ROBERT (73722) |
| 05/30/2020 21:35 | UNIT STATUS FOR [X267] CHANGED TO <NA> | CONSOLE: JSO-15; HELTON, HEATHER(80962) |
| 05/30/2020 21:35 | UNIT DISPATCHED: [X267] | CONSOLE: JSO-15; HELTON, HEATHER(80962) |
| 05/30/2020 21:35 | UNIT STATUS FOR [D796] CHANGED TO <NA> | CONSOLE: JSO-15; HELTON, HEATHER(80962) |
| 05/30/2020 21:35 | UNIT DISPATCHED: [D796] | CONSOLE: JSO-15; HELTON, HEATHER(80962) |
| 05/30/2020 21:35 | UNIT STATUS FOR [704] CHANGED TO <NA> | CONSOLE: JSO-15; HELTON, HEATHER(80962) |
| 05/30/2020 21:35 | UNIT DISPATCHED: [704] | CONSOLE: JSO-15; HELTON, HEATHER(80962) |
| 05/30/2020 21:35 | UNIT STATUS FOR [678] CHANGED TO <NA> | CONSOLE: JSO-15; HELTON, HEATHER(80962) |
| 05/30/2020 21:35 | UNIT DISPATCHED: [678] | CONSOLE: JSO-15; HELTON, HEATHER(80962) |
| 05/30/2020 21:35 | COMMENTS: OMNI PARKING GARAGE NEW 36 SPOT | CONSOLE: JSO-15; HELTON, HEATHER(80962) |
| 05/30/2020 21:35 | UNIT STATUS FOR [K282] CHANGED TO <EN> (LOCATION: 501 BAY ST E) | CONSOLE: JSO-LAP43881-M; OVERALL, JOSEPH (65058) |
| 05/30/2020 21:35 | UNIT STATUS FOR [K282] CHANGED TO <AR> | CONSOLE: JSO-LAP43881-M; OVERALL, JOSEPH (65058) |
| 05/30/2020 21:35 | UNIT STATUS FOR [D796] CHANGED TO <EN> (LOCATION: 501 BAY ST E) | CONSOLE: JSO-25; GRIFFIN, AUDREY(72806) |
| 05/30/2020 21:37 | UNIT STATUS FOR [G133] CHANGED TO <EN> (LOCATION: 501 BAY ST E) | CONSOLE: JSO-LAP44295-M; HYSMITH, BENJAMIN (77291) |
| 05/30/2020 21:40 | UNIT STATUS FOR [D796] CHANGED TO <AR> | CONSOLE: JSO-LAP44647-M; BUSATTA, THOMAS (79300) |
| 05/30/2020 21:41 | COMMENTS: UNITS HEADED TO OMNI TO 36 GO TO PEARL STREET SIDE OF PARKING GARAGE | CONSOLE: JSO-15; HELTON, HEATHER(80962) |
| 05/30/2020 21:44 | DISPOSITION <K> RECORDED FOR [K282] | CONSOLE: JSO-LAP43881-M; OVERALL, JOSEPH (65058) |
| 05/30/2020 21:44 | DISPOSITION <BC99> RECORDED FOR [K282] | CONSOLE: JSO-LAP43881-M; OVERALL, JOSEPH (65058) |
| 05/30/2020 21:44 | UNIT STATUS FOR [K282] CHANGED TO <CL> | CONSOLE: JSO-LAP43881-M; OVERALL, JOSEPH (65058) |

| 05/30/2020 21:46 | DISPOSITION <K> RECORDED FOR [I230] | CONSOLE: JSO-LAP44480-M; SOSA, CARLOS (79061) |
|---|---|---|
| 05/30/2020 21:46 | UNIT STATUS FOR [I230] CHANGED TO <CL> | CONSOLE: JSO-LAP44480-M; SOSA, CARLOS (79061) |
| 05/30/2020 21:48 | UNIT STATUS FOR [D140] CHANGED TO <AR> | CONSOLE: JSO-25; GRIFFIN, AUDREY(72806) |
| 05/30/2020 21:48 | UNIT DISPATCHED: [D140] | CONSOLE: JSO-25; GRIFFIN, AUDREY(72806) |
| 05/30/2020 21:48 | UNIT STATUS FOR [D245] CHANGED TO <AR> | CONSOLE: JSO-25; GRIFFIN, AUDREY(72806) |
| 05/30/2020 21:48 | UNIT DISPATCHED: [D245] | CONSOLE: JSO-25; GRIFFIN, AUDREY(72806) |
| 05/30/2020 21:49 | UNIT STATUS FOR [779] CHANGED TO <EN> (LOCATION: 501 BAY ST E) | CONSOLE: JSO-LAP44372-M; FEACHER, RODERIC (5888) |
| 05/30/2020 21:50 | UNIT STATUS FOR [704] CHANGED TO <EN> (LOCATION: 501 BAY ST E) | CONSOLE: JSO-LAP45430-M; LUNDQUIST, MICHAEL(7530) |
| 05/30/2020 21:50 | DISPOSITION <K> RECORDED FOR [779] | CONSOLE: JSO-LAP44372-M; FEACHER, RODERIC (5888) |
| 05/30/2020 21:50 | DISPOSITION <BC5> RECORDED FOR [779] | CONSOLE: JSO-LAP44372-M; FEACHER, RODERIC (5888) |
| 05/30/2020 21:50 | UNIT STATUS FOR [779] CHANGED TO <CL> | CONSOLE: JSO-LAP44372-M; FEACHER, RODERIC (5888) |
| 05/30/2020 21:51 | UNIT STATUS FOR [G267] CHANGED TO <AR> | CONSOLE: JSO-LAP44284-M; BRITT, LAWRENCE (80999) |
| 05/30/2020 21:53 | DISPOSITION <K> RECORDED FOR [X368] | CONSOLE: JSO-LAP45086-M; VINER, TAIME(67518) |
| 05/30/2020 21:53 | DISPOSITION <BC5> RECORDED FOR [X368] | CONSOLE: JSO-LAP45086-M; VINER, TAIME(67518) |
| 05/30/2020 21:53 | UNIT STATUS FOR [X368] CHANGED TO <CL> | CONSOLE: JSO-LAP45086-M; VINER, TAIME(67518) |
| 05/30/2020 21:53 | COMMENTS: WATCH 2 AND WATCH 3 T82 | CONSOLE: JSO-15; HELTON, HEATHER(80962) |
| 05/30/2020 21:54 | COMMENTS: WATCH 4 CAN GO BACK TO THEIR ZONE | CONSOLE: JSO-15; HELTON, HEATHER(80962) |
| 05/30/2020 21:54 | UNIT STATUS FOR [A320] CHANGED TO <CL> | CONSOLE: JSO-LAP44551-M; JONES, JOHN(79047) |
| 05/30/2020 21:55 | DISPOSITION <K> RECORDED FOR [619] | CONSOLE: JSO-LAP44398-M; GASTON, DAVID (60227) |
| 05/30/2020 21:55 | UNIT STATUS FOR [619] CHANGED TO <CL> | CONSOLE: JSO-LAP44398-M; GASTON, DAVID (60227) |
| 05/30/2020 21:55 | COMMENTS: ANYONE CALLED IN REPORT TO REPUB PARKING AREA ACROSS FROM OMNI PARKING GARAGE | CONSOLE: JSO-15; HELTON, HEATHER(80962) |
| 05/30/2020 21:56 | DISPOSITION <K> RECORDED FOR [H125] | CONSOLE: JSO-LAP43962-M; HELMS, TRENT(7314) |
| 05/30/2020 21:56 | UNIT STATUS FOR [H125] CHANGED TO <CL> | CONSOLE: JSO-LAP43962-M; HELMS, TRENT(7314) |
| 05/30/2020 21:57 | DISPOSITION <K> RECORDED FOR [2182] | CONSOLE: JSO-LAP44740-M; BELGARD, JOEL (77638) |
| 05/30/2020 21:57 | UNIT STATUS FOR [2182] CHANGED TO <CL> | CONSOLE: JSO-LAP44740-M; BELGARD, JOEL (77638) |
| 05/30/2020 21:57 | UNIT STATUS FOR [A796] CHANGED TO <EN> (LOCATION: 501 BAY ST E) | CONSOLE: JSO-LAP45218-M; MCCOLLUM, HAROLD (5081) |

| 05/30/2020 21:57 | DISPOSITION <K> RECORDED FOR [2183] | CONSOLE: JSO-LAP44207-M; PEPPERS, JUSTIN (77661) |
|---|---|---|
| 05/30/2020 21:57 | UNIT STATUS FOR [2183] CHANGED TO <CL> | CONSOLE: JSO-LAP44207-M; PEPPERS, JUSTIN (77661) |
| 05/30/2020 21:57 | DISPOSITION <P> RECORDED FOR [A796] | CONSOLE: JSO-LAP45218-M; MCCOLLUM, HAROLD (5081) |
| 05/30/2020 21:57 | UNIT STATUS FOR [A796] CHANGED TO <CL> | CONSOLE: JSO-LAP45218-M; MCCOLLUM, HAROLD (5081) |
| 05/30/2020 21:57 | UNIT STATUS FOR [670] CHANGED TO <EN> (LOCATION: 501 BAY ST E) | CONSOLE: JSO-LAP44125-M; HUNGERFORD, ROBERT(6302) |
| 05/30/2020 21:57 | UNIT DISPATCHED: [670] | CONSOLE: JSO-LAP44125-M; HUNGERFORD, ROBERT(6302) |
| 05/30/2020 21:57 | COMMENTS: <UNIT: JSO/670 SELF-DISPATCHED ONTO INCIDENT> | CONSOLE: ; , () |
| 05/30/2020 21:57 | UNIT STATUS FOR [G151] CHANGED TO <EN> (LOCATION: 501 BAY ST E) | CONSOLE: JSO-LAP44364-M; JOHNS, CHRISTOPHER(71239) |
| 05/30/2020 21:58 | DISPOSITION <BC7> RECORDED FOR [670] | CONSOLE: JSO-LAP44125-M; HUNGERFORD, ROBERT(6302) |
| 05/30/2020 21:58 | UNIT STATUS FOR [670] CHANGED TO <CL> | CONSOLE: JSO-LAP44125-M; HUNGERFORD, ROBERT(6302) |
| 05/30/2020 21:58 | DISPOSITION <K> RECORDED FOR [2186] | CONSOLE: JSO-LAP44523-M; COOPER, COURTNEY (69478) |
| 05/30/2020 21:58 | UNIT STATUS FOR [2186] CHANGED TO <CL> | CONSOLE: JSO-LAP44523-M; COOPER, COURTNEY (69478) |
| 05/30/2020 21:59 | UNIT STATUS FOR [D792] CHANGED TO <EN> (LOCATION: 501 BAY ST E) | CONSOLE: JSO-LAP44239-M; MATTHEWS, JOHN (72354) |
| 05/30/2020 21:59 | UNIT STATUS FOR [I228] CHANGED TO <NA> | CONSOLE: JSO-LAP44343-M; BOYER, LENELL (7568) |
| 05/30/2020 21:59 | UNIT STATUS FOR [I228] CHANGED TO <EN> (LOCATION: 501 BAY ST E) | CONSOLE: JSO-LAP44343-M; BOYER, LENELL (7568) |
| 05/30/2020 22:01 | UNIT STATUS FOR [H120] CHANGED TO <NA> | CONSOLE: JSO-LAP44428-M; BEGO, JOURDIN (79031) |
| 05/30/2020 22:01 | DISPOSITION <K> RECORDED FOR [704] | CONSOLE: JSO-LAP45430-M; LUNDQUIST, MICHAEL(7530) |
| 05/30/2020 22:01 | UNIT STATUS FOR [704] CHANGED TO <CL> | CONSOLE: JSO-LAP45430-M; LUNDQUIST, MICHAEL(7530) |
| 05/30/2020 22:01 | UNIT STATUS FOR [H120] CHANGED TO <EN> (LOCATION: 501 BAY ST E) | CONSOLE: JSO-LAP44428-M; BEGO, JOURDIN (79031) |
| 05/30/2020 22:01 | DISPOSITION <K> RECORDED FOR [H120] | CONSOLE: JSO-LAP44428-M; BEGO, JOURDIN (79031) |
| 05/30/2020 22:01 | UNIT STATUS FOR [H120] CHANGED TO <CL> | CONSOLE: JSO-LAP44428-M; BEGO, JOURDIN (79031) |
| 05/30/2020 22:01 | UNIT STATUS FOR [D282] CHANGED TO <CL> | CONSOLE: JSO-LAP45192-M; BOYD, TREVOR (61660) |
| 05/30/2020 22:02 | DISPOSITION <K> RECORDED FOR [K130] | CONSOLE: JSO-LAP45340-M; FAIRCLOTH, JACOB (79343) |

| 05/30/2020 22:02 | UNIT STATUS FOR [K130] CHANGED TO <CL> | CONSOLE: JSO-LAP45340-M; FAIRCLOTH, JACOB (79343) |
|---|---|---|
| 05/30/2020 22:03 | DISPOSITION <P> RECORDED FOR [B325] | CONSOLE: JSO-LAP44774-M; RONE, BRIAN(67421) |
| 05/30/2020 22:03 | DISPOSITION <BC5> RECORDED FOR [B325] | CONSOLE: JSO-LAP44774-M; RONE, BRIAN(67421) |
| 05/30/2020 22:03 | UNIT STATUS FOR [B325] CHANGED TO <CL> | CONSOLE: JSO-LAP44774-M; RONE, BRIAN(67421) |
| 05/30/2020 22:04 | DISPOSITION <K> RECORDED FOR [I262] | CONSOLE: JSO-LAP43134-M; YANNUZZI, ANTHONY (81374) |
| 05/30/2020 22:04 | DISPOSITION <P> RECORDED FOR [I262] | CONSOLE: JSO-LAP43134-M; YANNUZZI, ANTHONY (81374) |
| 05/30/2020 22:04 | UNIT STATUS FOR [I262] CHANGED TO <CL> | CONSOLE: JSO-LAP43134-M; YANNUZZI, ANTHONY (81374) |
| 05/30/2020 22:04 | DISPOSITION <K> RECORDED FOR [764] | CONSOLE: JSO-LAP44715-M; MILLS, RICHARD (67420) |
| 05/30/2020 22:04 | DISPOSITION <BC> RECORDED FOR [764] | CONSOLE: JSO-LAP44715-M; MILLS, RICHARD (67420) |
| 05/30/2020 22:04 | UNIT STATUS FOR [764] CHANGED TO <CL> | CONSOLE: JSO-LAP44715-M; MILLS, RICHARD (67420) |
| 05/30/2020 22:04 | DISPOSITION <K> RECORDED FOR [715] | CONSOLE: JSO-LAP44311-M; TERRELL, TIMOTHY (61134) |
| 05/30/2020 22:04 | UNIT STATUS FOR [715] CHANGED TO <CL> | CONSOLE: JSO-LAP44311-M; TERRELL, TIMOTHY (61134) |
| 05/30/2020 22:04 | DISPOSITION <K> RECORDED FOR [J240] | CONSOLE: JSO-LAP43971-M; SIZLER, EDWARD (75105) |
| 05/30/2020 22:04 | UNIT STATUS FOR [J240] CHANGED TO <CL> | CONSOLE: JSO-LAP43971-M; SIZLER, EDWARD (75105) |
| 05/30/2020 22:04 | DISPOSITION <K> RECORDED FOR [2180] | CONSOLE: JSO-LAP44545-M; ZINZ, PHILIP(77666) |
| 05/30/2020 22:04 | UNIT STATUS FOR [2180] CHANGED TO <CL> | CONSOLE: JSO-LAP44545-M; ZINZ, PHILIP(77666) |
| 05/30/2020 22:04 | DISPOSITION <K> RECORDED FOR [H327] | CONSOLE: JSO-LAP44143-M; BLANFORD, ROBERT (73722) |
| 05/30/2020 22:04 | DISPOSITION <BC> RECORDED FOR [H327] | CONSOLE: JSO-LAP44143-M; BLANFORD, ROBERT (73722) |
| 05/30/2020 22:04 | UNIT STATUS FOR [H327] CHANGED TO <CL> | CONSOLE: JSO-LAP44143-M; BLANFORD, ROBERT (73722) |
| 05/30/2020 22:05 | DISPOSITION <K> RECORDED FOR [J344] | CONSOLE: JSO-LAP44664-M; MOORE, BLAKE (79354) |
| 05/30/2020 22:05 | UNIT STATUS FOR [J344] CHANGED TO <CL> | CONSOLE: JSO-LAP44664-M; MOORE, BLAKE (79354) |
| 05/30/2020 22:05 | DISPOSITION <K> RECORDED FOR [J242] | CONSOLE: JSO-LAP45121-M; HUFF, TRAVIS(79741) |
| 05/30/2020 22:05 | DISPOSITION <BC> RECORDED FOR [J242] | CONSOLE: JSO-LAP45121-M; HUFF, TRAVIS(79741) |
| 05/30/2020 22:05 | UNIT STATUS FOR [J242] CHANGED TO <CL> | CONSOLE: JSO-LAP45121-M; HUFF, TRAVIS(79741) |
| 05/30/2020 22:05 | DISPOSITION <K> RECORDED FOR [X190] | CONSOLE: JSO-LAP45320-M; BRIDGE, CLAYBURNE (81002) |

| 05/30/2020 22:05 | UNIT STATUS FOR [X190] CHANGED TO <CL> | CONSOLE: JSO-LAP45320-M; BRIDGE, CLAYBURNE (81002) |
|---|---|---|
| 05/30/2020 22:06 | DISPOSITION <K> RECORDED FOR [X692] | CONSOLE: JSO-LAP43608-M; WILLIAMS, TRAMELL (82040) |
| 05/30/2020 22:06 | UNIT STATUS FOR [X692] CHANGED TO <CL> | CONSOLE: JSO-LAP43608-M; WILLIAMS, TRAMELL (82040) |
| 05/30/2020 22:06 | DISPOSITION <K> RECORDED FOR [P137] | CONSOLE: JSO-LAP43956-M; COLEMAN, KEITH (61125) |
| 05/30/2020 22:06 | UNIT STATUS FOR [P137] CHANGED TO <CL> | CONSOLE: JSO-LAP43956-M; COLEMAN, KEITH (61125) |
| 05/30/2020 22:07 | UNIT STATUS FOR [650] CHANGED TO <NA> | CONSOLE: JSO-IV; BORDEAUX, AMBER(73897) |
| 05/30/2020 22:07 | UNIT DISPATCHED: [650] | CONSOLE: JSO-IV; BORDEAUX, AMBER(73897) |
| 05/30/2020 22:07 | UNIT STATUS FOR [650] CHANGED TO <AR> | CONSOLE: JSO-IV; BORDEAUX, AMBER(73897) |
| 05/30/2020 22:08 | DISPOSITION <K> RECORDED FOR [P139] | CONSOLE: JSO-LAP43174-M; MEDICA, AUSTIN (81362) |
| 05/30/2020 22:08 | UNIT STATUS FOR [P139] CHANGED TO <CL> | CONSOLE: JSO-LAP43174-M; MEDICA, AUSTIN (81362) |
| 05/30/2020 22:09 | DISPOSITION <K> RECORDED FOR [F155] | CONSOLE: JSO-LAP45253-M; ANDERSON, SHENOA (80725) |
| 05/30/2020 22:09 | DISPOSITION <BC7> RECORDED FOR [F155] | CONSOLE: JSO-LAP45253-M; ANDERSON, SHENOA (80725) |
| 05/30/2020 22:09 | UNIT STATUS FOR [F155] CHANGED TO <CL> | CONSOLE: JSO-LAP45253-M; ANDERSON, SHENOA (80725) |
| 05/30/2020 22:10 | DISPOSITION <K> RECORDED FOR [J148] | CONSOLE: JSO-LAP44004-M; RICKERTSEN, PARIS (78498) |
| 05/30/2020 22:10 | DISPOSITION <BC7> RECORDED FOR [J148] | CONSOLE: JSO-LAP44004-M; RICKERTSEN, PARIS (78498) |
| 05/30/2020 22:10 | UNIT STATUS FOR [J148] CHANGED TO <CL> | CONSOLE: JSO-LAP44004-M; RICKERTSEN, PARIS (78498) |
| 05/30/2020 22:10 | DISPOSITION <K> RECORDED FOR [G133] | CONSOLE: JSO-LAP44295-M; HYSMITH, BENJAMIN (77291) |
| 05/30/2020 22:10 | DISPOSITION <BC7> RECORDED FOR [G133] | CONSOLE: JSO-LAP44295-M; HYSMITH, BENJAMIN (77291) |
| 05/30/2020 22:10 | UNIT STATUS FOR [G133] CHANGED TO <CL> | CONSOLE: JSO-LAP44295-M; HYSMITH, BENJAMIN (77291) |
| 05/30/2020 22:10 | DISPOSITION <K> RECORDED FOR [I793] | CONSOLE: JSO-LAP43908-M; MONK, BRIAN(6835) |
| 05/30/2020 22:10 | UNIT STATUS FOR [I793] CHANGED TO <CL> | CONSOLE: JSO-LAP43908-M; MONK, BRIAN(6835) |
| 05/30/2020 22:12 | DISPOSITION <K> RECORDED FOR [I228] | CONSOLE: JSO-LAP44343-M; BOYER, LENELL (7568) |
| 05/30/2020 22:12 | UNIT STATUS FOR [I228] CHANGED TO <CL> | CONSOLE: JSO-LAP44343-M; BOYER, LENELL (7568) |
| 05/30/2020 22:13 | UNIT STATUS FOR [G255] CHANGED TO <CL> | CONSOLE: JSO-24; SEMIDEY, AMANDA(67620) |
| 05/30/2020 22:14 | DISPOSITION <K> RECORDED FOR [O792] | CONSOLE: JSO-LAP44764-M; ALLEY, RICKY(7290) |

| 05/30/2020 22:14 | UNIT STATUS FOR [O792] CHANGED TO <CL> | CONSOLE: JSO-LAP44764-M; ALLEY, RICKY(7290) |
|---|---|---|
| 05/30/2020 22:14 | DISPOSITION <K> RECORDED FOR [708] | CONSOLE: JSO-LAP44459-M; GARNETT, RAUL (6186) |
| 05/30/2020 22:14 | UNIT STATUS FOR [708] CHANGED TO <CL> | CONSOLE: JSO-LAP44459-M; GARNETT, RAUL (6186) |
| 05/30/2020 22:15 | DISPOSITION <K> RECORDED FOR [H234] | CONSOLE: JSO-LAP44050-M; CURRY, DOMINIC (78476) |
| 05/30/2020 22:15 | UNIT STATUS FOR [H234] CHANGED TO <CL> | CONSOLE: JSO-LAP44050-M; CURRY, DOMINIC (78476) |
| 05/30/2020 22:15 | DISPOSITION <K> RECORDED FOR [F131] | CONSOLE: JSO-LAP44310-M; LUCIANO, EDWARD (60846) |
| 05/30/2020 22:15 | UNIT STATUS FOR [F131] CHANGED TO <CL> | CONSOLE: JSO-LAP44310-M; LUCIANO, EDWARD (60846) |
| 05/30/2020 22:15 | DISPOSITION <K> RECORDED FOR [D792] | CONSOLE: JSO-LAP44239-M; MATTHEWS, JOHN (72354) |
| 05/30/2020 22:15 | UNIT STATUS FOR [D792] CHANGED TO <CL> | CONSOLE: JSO-LAP44239-M; MATTHEWS, JOHN (72354) |
| 05/30/2020 22:15 | UNIT STATUS FOR [X267] CHANGED TO <EN> (LOCATION: 501 BAY ST E) | CONSOLE: JSO-LAP44203-M; KING, WILLIAM(73379) |
| 05/30/2020 22:19 | DISPOSITION <K> RECORDED FOR [AIR4] | CONSOLE: JSO-IV; BORDEAUX, AMBER(73897) |
| 05/30/2020 22:19 | UNIT STATUS FOR [AIR4] CHANGED TO <CL> | CONSOLE: JSO-IV; BORDEAUX, AMBER(73897) |
| 05/30/2020 22:19 | COMMENTS: CLEAR A14 2219 | CONSOLE: JSO-15; HELTON, HEATHER(80962) |
| 05/30/2020 22:21 | VEHICLEQUERY EXECUTED | CONSOLE: JSO-LAP44871-M; O'CALLAGHAN, RYAN (79336) |
| 05/30/2020 22:21 | VEHICLEQUERY EXECUTED | CONSOLE: JSO-LAP44871-M; O'CALLAGHAN, RYAN (79336) |
| 05/30/2020 22:22 | DISPOSITION <K> RECORDED FOR [1646] | CONSOLE: JSO-LAP45088-M; EMERSON, BRAD (60837) |
| 05/30/2020 22:22 | UNIT STATUS FOR [1646] CHANGED TO <CL> | CONSOLE: JSO-LAP45088-M; EMERSON, BRAD (60837) |
| 05/30/2020 22:23 | UNIT STATUS FOR [X491] CHANGED TO <CL> | CONSOLE: JSO-LAP43597-M; RODRIGUEZ, JOSHUA (81413) |
| 05/30/2020 22:24 | DISPOSITION <K> RECORDED FOR [K163] | CONSOLE: JSO-LAP44422-M; HOLTON, RANDY (65054) |
| 05/30/2020 22:24 | DISPOSITION <B> RECORDED FOR [K163] | CONSOLE: JSO-LAP44422-M; HOLTON, RANDY (65054) |
| 05/30/2020 22:24 | UNIT STATUS FOR [K163] CHANGED TO <CL> | CONSOLE: JSO-LAP44422-M; HOLTON, RANDY (65054) |
| 05/30/2020 22:24 | DISPOSITION <P> RECORDED FOR [734S] | CONSOLE: JSO-LAP44944-M; TAYLOR, HAROLD (67516) |
| 05/30/2020 22:24 | UNIT STATUS FOR [734S] CHANGED TO <CL> | CONSOLE: JSO-LAP44944-M; TAYLOR, HAROLD (67516) |
| 05/30/2020 22:25 | DISPOSITION <K> RECORDED FOR [P191] | CONSOLE: JSO-LAP44925-M; JONES, WILLIAM (79346) |

| 05/30/2020 22:25 | UNIT STATUS FOR [P191] CHANGED TO <CL> | CONSOLE: JSO-LAP44925-M; JONES, WILLIAM (79346) |
|---|---|---|
| 05/30/2020 22:25 | DISPOSITION <K> RECORDED FOR [Q265] | CONSOLE: JSO-LAP44058-M; NORMAN, ZACHARY (66108) |
| 05/30/2020 22:25 | DISPOSITION <BC> RECORDED FOR [Q265] | CONSOLE: JSO-LAP44058-M; NORMAN, ZACHARY (66108) |
| 05/30/2020 22:25 | UNIT STATUS FOR [Q265] CHANGED TO <CL> | CONSOLE: JSO-LAP44058-M; NORMAN, ZACHARY (66108) |
| 05/30/2020 22:25 | UNIT STATUS FOR [K221] CHANGED TO <NA> | CONSOLE: JSO-LAP44663-M; WILSON, JESSICA (61017) |
| 05/30/2020 22:26 | UNIT STATUS FOR [K221] CHANGED TO <EN> (LOCATION: 501 BAY ST E) | CONSOLE: JSO-LAP44663-M; WILSON, JESSICA (61017) |
| 05/30/2020 22:26 | DISPOSITION <K> RECORDED FOR [K221] | CONSOLE: JSO-LAP44663-M; WILSON, JESSICA (61017) |
| 05/30/2020 22:26 | UNIT STATUS FOR [K221] CHANGED TO <CL> | CONSOLE: JSO-LAP44663-M; WILSON, JESSICA (61017) |
| 05/30/2020 22:26 | DISPOSITION <K> RECORDED FOR [J264] | CONSOLE: JSO-LAP45442-M; CAPPS, CODY(80715) |
| 05/30/2020 22:26 | UNIT STATUS FOR [J264] CHANGED TO <CL> | CONSOLE: JSO-LAP45442-M; CAPPS, CODY(80715) |
| 05/30/2020 22:27 | DISPOSITION <BC> RECORDED FOR [I226] | CONSOLE: JSO-LAP43838-M; GAULDING, ADAM (68828) |
| 05/30/2020 22:27 | DISPOSITION <P> RECORDED FOR [I226] | CONSOLE: JSO-LAP43838-M; GAULDING, ADAM (68828) |
| 05/30/2020 22:27 | UNIT STATUS FOR [I226] CHANGED TO <CL> | CONSOLE: JSO-LAP43838-M; GAULDING, ADAM (68828) |
| 05/30/2020 22:28 | DISPOSITION <K> RECORDED FOR [I364] | CONSOLE: JSO-LAP44032-M; D'ALESSIO, CHRISTOPHER(78497) |
| 05/30/2020 22:28 | DISPOSITION <BC1> RECORDED FOR [I364] | CONSOLE: JSO-LAP44032-M; D'ALESSIO, CHRISTOPHER(78497) |
| 05/30/2020 22:28 | UNIT STATUS FOR [I364] CHANGED TO <CL> | CONSOLE: JSO-LAP44032-M; D'ALESSIO, CHRISTOPHER(78497) |
| 05/30/2020 22:29 | DISPOSITION <K> RECORDED FOR [P161] | CONSOLE: JSO-LAP44072-M; POOLE, TRAVIS (76350) |
| 05/30/2020 22:29 | UNIT STATUS FOR [P161] CHANGED TO <CL> | CONSOLE: JSO-LAP44072-M; POOLE, TRAVIS (76350) |
| 05/30/2020 22:30 | UNIT STATUS FOR [G292] CHANGED TO <NA> | CONSOLE: JSO-IV; BORDEAUX, AMBER(73897) |
| 05/30/2020 22:30 | UNIT DISPATCHED: [G292] | CONSOLE: JSO-IV; BORDEAUX, AMBER(73897) |
| 05/30/2020 22:30 | UNIT STATUS FOR [G292] CHANGED TO <EN> (LOCATION: 501 BAY ST E) | CONSOLE: JSO-LAP44912-M; MORGAN, LINDA (5673) |
| 05/30/2020 22:30 | UNIT STATUS FOR [C240] CHANGED TO <EN> (LOCATION: 501 BAY ST E) | CONSOLE: JSO-LAP44192-M; HURLEY, DANIELA (74025) |
| 05/30/2020 22:30 | UNIT STATUS FOR [G292] CHANGED TO <AR> | CONSOLE: JSO-IV; BORDEAUX, AMBER(73897) |
| 05/30/2020 22:31 | DISPOSITION <K> RECORDED FOR [K231] | CONSOLE: JSO-LAP45449-M; ROZANSKY, ERICA (80979) |

| 05/30/2020 22:31 | UNIT STATUS FOR [K231] CHANGED TO <CL> | CONSOLE: JSO-LAP45449-M; ROZANSKY, ERICA (80979) |
|---|---|---|
| 05/30/2020 22:31 | UNIT STATUS FOR [X267] CHANGED TO <AR> | CONSOLE: JSO-LAP44203-M; KING, WILLIAM(73379) |
| 05/30/2020 22:32 | DISPOSITION <K> RECORDED FOR [G221] | CONSOLE: JSO-24; SEMIDEY, AMANDA(67620) |
| 05/30/2020 22:32 | UNIT STATUS FOR [G221] CHANGED TO <CL> | CONSOLE: JSO-24; SEMIDEY, AMANDA(67620) |
| 05/30/2020 22:32 | UNIT STATUS FOR [K228] CHANGED TO <NA> | CONSOLE: JSO-LAP45030-M; PERRY, CORELLA (66198) |
| 05/30/2020 22:32 | UNIT STATUS FOR [K228] CHANGED TO <EN> (LOCATION: 501 BAY ST E) | CONSOLE: JSO-LAP45030-M; PERRY, CORELLA (66198) |
| 05/30/2020 22:32 | DISPOSITION <K> RECORDED FOR [K228] | CONSOLE: JSO-LAP45030-M; PERRY, CORELLA (66198) |
| 05/30/2020 22:32 | UNIT STATUS FOR [K228] CHANGED TO <CL> | CONSOLE: JSO-LAP45030-M; PERRY, CORELLA (66198) |
| 05/30/2020 22:34 | DISPOSITION <K> RECORDED FOR [J169] | CONSOLE: JSO-LAP45783-M; SANDIFORD, JOSEPH (80854) |
| 05/30/2020 22:34 | UNIT STATUS FOR [J169] CHANGED TO <CL> | CONSOLE: JSO-LAP45783-M; SANDIFORD, JOSEPH (80854) |
| 05/30/2020 22:34 | DISPOSITION <K> RECORDED FOR [G151] | CONSOLE: JSO-LAP44364-M; JOHNS, CHRISTOPHER(71239) |
| 05/30/2020 22:34 | UNIT STATUS FOR [G151] CHANGED TO <CL> | CONSOLE: JSO-LAP44364-M; JOHNS, CHRISTOPHER(71239) |
| 05/30/2020 22:34 | UNIT STATUS FOR [P163] CHANGED TO <EN> (LOCATION: 501 BAY ST E) | CONSOLE: JSO-LAP44000-M; COLL, CHRISTOPHER (77636) |
| 05/30/2020 22:34 | UNIT STATUS FOR [P163] CHANGED TO <AR> | CONSOLE: JSO-LAP44000-M; COLL, CHRISTOPHER (77636) |
| 05/30/2020 22:35 | UNIT STATUS FOR [G282] CHANGED TO <AR> | CONSOLE: JSO-24; SEMIDEY, AMANDA(67620) |
| 05/30/2020 22:36 | DISPOSITION <K> RECORDED FOR [X361] | CONSOLE: JSO-LAP44236-M; ISIC, SELMIR(72557) |
| 05/30/2020 22:36 | UNIT STATUS FOR [X361] CHANGED TO <CL> | CONSOLE: JSO-LAP44236-M; ISIC, SELMIR(72557) |
| 05/30/2020 22:36 | UNIT STATUS FOR [G282] CHANGED TO <EN> (LOCATION: 501 BAY ST E) | CONSOLE: JSO-LAP43857-M; CHAPMAN, HAROLD (7863) |
| 05/30/2020 22:36 | UNIT STATUS FOR [P150] CHANGED TO <CL> | CONSOLE: JSO-LAP44651-M; BELL, ROBERT (80845) |
| 05/30/2020 22:36 | DISPOSITION <K> RECORDED FOR [P163] | CONSOLE: JSO-LAP44000-M; COLL, CHRISTOPHER (77636) |
| 05/30/2020 22:36 | DISPOSITION <BC1> RECORDED FOR [P163] | CONSOLE: JSO-LAP44000-M; COLL, CHRISTOPHER (77636) |
| 05/30/2020 22:36 | UNIT STATUS FOR [P163] CHANGED TO <CL> | CONSOLE: JSO-LAP44000-M; COLL, CHRISTOPHER (77636) |
| 05/30/2020 22:37 | UNIT STATUS FOR [K147] CHANGED TO <AR> | CONSOLE: JSO-LAP45114-M; PETTY, CORDELL (79242) |
| 05/30/2020 22:37 | DISPOSITION <K> RECORDED FOR [X592] | CONSOLE: JSO-LAP45398-M; SWEAT, THOMAS (78489) |

| 05/30/2020 22:37 | DISPOSITION <BC99> RECORDED FOR [X592] | CONSOLE: JSO-LAP45398-M; SWEAT, THOMAS (78489) |
|---|---|---|
| 05/30/2020 22:37 | UNIT STATUS FOR [X592] CHANGED TO <CL> | CONSOLE: JSO-LAP45398-M; SWEAT, THOMAS (78489) |
| 05/30/2020 22:37 | DISPOSITION <P> RECORDED FOR [G282] | CONSOLE: JSO-LAP43857-M; CHAPMAN, HAROLD (7863) |
| 05/30/2020 22:37 | UNIT STATUS FOR [G282] CHANGED TO <CL> | CONSOLE: JSO-LAP43857-M; CHAPMAN, HAROLD (7863) |
| 05/30/2020 22:37 | UNIT STATUS FOR [63452] CHANGED TO <EN> (LOCATION: 501 BAY ST E) | CONSOLE: JSO-32; WALDROP, SARA(78416) |
| 05/30/2020 22:37 | DRIVER'S LICENSEQUERY EXECUTED | CONSOLE: JSO-LAP45239-M; JONES, BROCK (80679) |
| 05/30/2020 22:37 | DISPOSITION <K> RECORDED FOR [63452] | CONSOLE: JSO-32; WALDROP, SARA(78416) |
| 05/30/2020 22:37 | DISPOSITION <BC99> RECORDED FOR [63452] | CONSOLE: JSO-32; WALDROP, SARA(78416) |
| 05/30/2020 22:37 | UNIT STATUS FOR [63452] CHANGED TO <CL> | CONSOLE: JSO-32; WALDROP, SARA(78416) |
| 05/30/2020 22:37 | DISPOSITION <K> RECORDED FOR [D140] | CONSOLE: JSO-LAP44071-M; BAILEY, JORDAN (78506) |
| 05/30/2020 22:37 | DISPOSITION <BC> RECORDED FOR [D140] | CONSOLE: JSO-LAP44071-M; BAILEY, JORDAN (78506) |
| 05/30/2020 22:37 | UNIT STATUS FOR [D140] CHANGED TO <CL> | CONSOLE: JSO-LAP44071-M; BAILEY, JORDAN (78506) |
| 05/30/2020 22:38 | DISPOSITION <P> RECORDED FOR [G366] | CONSOLE: JSO-LAP44402-M; MITCHELL, JOSHUA (79041) |
| 05/30/2020 22:38 | UNIT STATUS FOR [G366] CHANGED TO <CL> | CONSOLE: JSO-LAP44402-M; MITCHELL, JOSHUA (79041) |
| 05/30/2020 22:38 | DISPOSITION <K> RECORDED FOR [A154] | CONSOLE: JSO-LAP45297-M; MATTHEWS, FRANKLIN(60844) |
| 05/30/2020 22:38 | UNIT STATUS FOR [A154] CHANGED TO <CL> | CONSOLE: JSO-LAP45297-M; MATTHEWS, FRANKLIN(60844) |
| 05/30/2020 22:39 | DISPOSITION <K> RECORDED FOR [D245] | CONSOLE: JSO-LAP44028-M; ROBBINS, SEAN (79317) |
| 05/30/2020 22:39 | DISPOSITION <BC1> RECORDED FOR [D245] | CONSOLE: JSO-LAP44028-M; ROBBINS, SEAN (79317) |
| 05/30/2020 22:39 | UNIT STATUS FOR [D245] CHANGED TO <CL> | CONSOLE: JSO-LAP44028-M; ROBBINS, SEAN (79317) |
| 05/30/2020 22:40 | DISPOSITION <K> RECORDED FOR [A263] | CONSOLE: JSO-LAP45239-M; JONES, BROCK (80679) |
| 05/30/2020 22:40 | DISPOSITION <BC99> RECORDED FOR [A263] | CONSOLE: JSO-LAP45239-M; JONES, BROCK (80679) |
| 05/30/2020 22:40 | UNIT STATUS FOR [A263] CHANGED TO <CL> | CONSOLE: JSO-LAP45239-M; JONES, BROCK (80679) |
| 05/30/2020 22:41 | DISPOSITION <K> RECORDED FOR [K244] | CONSOLE: JSO-LAP45435-M; PREWETT, DANIEL (80709) |
| 05/30/2020 22:41 | UNIT STATUS FOR [K244] CHANGED TO <CL> | CONSOLE: JSO-LAP45435-M; PREWETT, DANIEL (80709) |

| 05/30/2020 22:42 | DISPOSITION <K> RECORDED FOR [K147] | CONSOLE: JSO-LAP45114-M; PETTY, CORDELL (79242) |
|---|---|---|
| 05/30/2020 22:42 | UNIT STATUS FOR [K147] CHANGED TO <CL> | CONSOLE: JSO-LAP45114-M; PETTY, CORDELL (79242) |
| 05/30/2020 22:43 | DISPOSITION <K> RECORDED FOR [K142] | CONSOLE: JSO-LAP43883-M; SMITH, JORDAN (80041) |
| 05/30/2020 22:43 | UNIT STATUS FOR [K142] CHANGED TO <CL> | CONSOLE: JSO-LAP43883-M; SMITH, JORDAN (80041) |
| 05/30/2020 22:43 | DISPOSITION <K> RECORDED FOR [N157] | CONSOLE: JSO-LAP43596-M; MECHLING, ELIZABETH(81360) |
| 05/30/2020 22:43 | UNIT STATUS FOR [N157] CHANGED TO <CL> | CONSOLE: JSO-LAP43596-M; MECHLING, ELIZABETH(81360) |
| 05/30/2020 22:45 | DISPOSITION <K> RECORDED FOR [G245] | CONSOLE: JSO-LAP43859-M; AHMETOVIC, SENAD (76090) |
| 05/30/2020 22:45 | DISPOSITION <BC5> RECORDED FOR [G245] | CONSOLE: JSO-LAP43859-M; AHMETOVIC, SENAD (76090) |
| 05/30/2020 22:45 | UNIT STATUS FOR [G245] CHANGED TO <CL> | CONSOLE: JSO-LAP43859-M; AHMETOVIC, SENAD (76090) |
| 05/30/2020 22:45 | UNIT STATUS FOR [G240] CHANGED TO <NA> | CONSOLE: JSO-LAP44126-M; DEDIC, HARIS(67247) |
| 05/30/2020 22:45 | UNIT STATUS FOR [G240] CHANGED TO <EN> (LOCATION: 501 BAY ST E) | CONSOLE: JSO-LAP44126-M; DEDIC, HARIS(67247) |
| 05/30/2020 22:47 | UNIT STATUS FOR [E269] CHANGED TO <AR> | CONSOLE: JSO-25; GRIFFIN, AUDREY(72806) |
| 05/30/2020 22:47 | UNIT DISPATCHED: [E269] | CONSOLE: JSO-25; GRIFFIN, AUDREY(72806) |
| 05/30/2020 22:48 | DISPOSITION <K> RECORDED FOR [E269] | CONSOLE: JSO-LAP45440-M; DALY, THOMAS (80677) |
| 05/30/2020 22:48 | UNIT STATUS FOR [E269] CHANGED TO <CL> | CONSOLE: JSO-LAP45440-M; DALY, THOMAS (80677) |
| 05/30/2020 22:48 | DISPOSITION <K> RECORDED FOR [G240] | CONSOLE: JSO-LAP44126-M; DEDIC, HARIS(67247) |
| 05/30/2020 22:48 | DISPOSITION <BC5> RECORDED FOR [G240] | CONSOLE: JSO-LAP44126-M; DEDIC, HARIS(67247) |
| 05/30/2020 22:48 | UNIT STATUS FOR [G240] CHANGED TO <CL> | CONSOLE: JSO-LAP44126-M; DEDIC, HARIS(67247) |
| 05/30/2020 22:49 | COMMENTS: ON FORSYTH SIDE | CONSOLE: JSO-IV; BORDEAUX, AMBER(73897) |
| 05/30/2020 22:49 | DISPOSITION <K> RECORDED FOR [G267] | CONSOLE: JSO-LAP44284-M; BRITT, LAWRENCE (80999) |
| 05/30/2020 22:49 | DISPOSITION <BC99> RECORDED FOR [G267] | CONSOLE: JSO-LAP44284-M; BRITT, LAWRENCE (80999) |
| 05/30/2020 22:49 | UNIT STATUS FOR [G267] CHANGED TO <CL> | CONSOLE: JSO-LAP44284-M; BRITT, LAWRENCE (80999) |
| 05/30/2020 22:53 | DISPOSITION <K> RECORDED FOR [I243] | CONSOLE: JSO-LAP44171-M; PARSLEY, MICHAEL (75322) |
| 05/30/2020 22:53 | UNIT STATUS FOR [I243] CHANGED TO <CL> | CONSOLE: JSO-LAP44171-M; PARSLEY, MICHAEL (75322) |
| 05/30/2020 22:54 | DISPOSITION <K> RECORDED FOR [M196] | CONSOLE: JSO-LAP43143-M; BASS, HUNTER (75952) |

| 05/30/2020 22:54 | UNIT STATUS FOR [M196] CHANGED TO <CL> | CONSOLE: JSO-LAP43143-M; BASS, HUNTER (75952) |
|---|---|---|
| 05/30/2020 22:54 | DISPOSITION <K> RECORDED FOR [I263] | CONSOLE: JSO-LAP44556-M; PACE, BRIAN(67729) |
| 05/30/2020 22:54 | UNIT STATUS FOR [I263] CHANGED TO <CL> | CONSOLE: JSO-LAP44556-M; PACE, BRIAN(67729) |
| 05/30/2020 22:57 | DISPOSITION <K> RECORDED FOR [X690] | CONSOLE: JSO-LAP44702-M; GRUNWALD, KYLE (60841) |
| 05/30/2020 22:57 | DISPOSITION <BC1> RECORDED FOR [X690] | CONSOLE: JSO-LAP44702-M; GRUNWALD, KYLE (60841) |
| 05/30/2020 22:57 | UNIT STATUS FOR [X690] CHANGED TO <CL> | CONSOLE: JSO-LAP44702-M; GRUNWALD, KYLE (60841) |
| 05/30/2020 22:57 | DISPOSITION <K> RECORDED FOR [K191] | CONSOLE: JSO-LAP44206-M; STEVENSON, WESLEY(19569) |
| 05/30/2020 22:57 | UNIT STATUS FOR [K191] CHANGED TO <CL> | CONSOLE: JSO-LAP44206-M; STEVENSON, WESLEY(19569) |
| 05/30/2020 22:57 | DISPOSITION <K> RECORDED FOR [J168] | CONSOLE: JSO-LAP44898-M; SNIDER, CHRISTOPHER(80848) |
| 05/30/2020 22:57 | DISPOSITION <BC1> RECORDED FOR [J168] | CONSOLE: JSO-LAP44898-M; SNIDER, CHRISTOPHER(80848) |
| 05/30/2020 22:57 | UNIT STATUS FOR [J168] CHANGED TO <CL> | CONSOLE: JSO-LAP44898-M; SNIDER, CHRISTOPHER(80848) |
| 05/30/2020 22:58 | DISPOSITION <K> RECORDED FOR [2181] | CONSOLE: JSO-LAP44737-M; REYNOLDS, ZACHARY(76343) |
| 05/30/2020 22:58 | UNIT STATUS FOR [2181] CHANGED TO <CL> | CONSOLE: JSO-LAP44737-M; REYNOLDS, ZACHARY(76343) |
| 05/30/2020 22:59 | DISPOSITION <BC99> RECORDED FOR [G292] | CONSOLE: JSO-LAP44912-M; MORGAN, LINDA (5673) |
| 05/30/2020 22:59 | DISPOSITION <K> RECORDED FOR [G292] | CONSOLE: JSO-LAP44912-M; MORGAN, LINDA (5673) |
| 05/30/2020 22:59 | UNIT STATUS FOR [G292] CHANGED TO <CL> | CONSOLE: JSO-LAP44912-M; MORGAN, LINDA (5673) |
| 05/30/2020 22:59 | DISPOSITION <K> RECORDED FOR [X691] | CONSOLE: JSO-LAP43909-M; PAUL, SERGE(65065) |
| 05/30/2020 22:59 | UNIT STATUS FOR [X691] CHANGED TO <CL> | CONSOLE: JSO-LAP43909-M; PAUL, SERGE(65065) |
| 05/30/2020 22:59 | DISPOSITION <K> RECORDED FOR [G169] | CONSOLE: JSO-LAP45426-M; BURGOS, JOHN (80417) |
| 05/30/2020 22:59 | UNIT STATUS FOR [G169] CHANGED TO <CL> | CONSOLE: JSO-LAP45426-M; BURGOS, JOHN (80417) |
| 05/30/2020 23:01 | DISPOSITION <K> RECORDED FOR [1304] | CONSOLE: JSO-Z3; FOOSHEE, JOSEPH(7215) |
| 05/30/2020 23:01 | DISPOSITION <BC99> RECORDED FOR [1304] | CONSOLE: JSO-Z3; FOOSHEE, JOSEPH(7215) |
| 05/30/2020 23:01 | DISPOSITION <P> RECORDED FOR [1304] | CONSOLE: JSO-Z3; FOOSHEE, JOSEPH(7215) |
| 05/30/2020 23:01 | UNIT STATUS FOR [1304] CHANGED TO <CL> | CONSOLE: JSO-Z3; FOOSHEE, JOSEPH(7215) |
| 05/30/2020 23:02 | DISPOSITION <K> RECORDED FOR [J263] | CONSOLE: JSO-LAP45421-M; PEREZ, MARK(80710) |
| 05/30/2020 23:02 | UNIT STATUS FOR [J263] CHANGED TO <CL> | CONSOLE: JSO-LAP45421-M; PEREZ, MARK(80710) |

| 05/30/2020 23:05 | DISPOSITION <P> RECORDED FOR [678] | CONSOLE: JSO-LAP43927-M; WHITE, IRA(67883) |
|---|---|---|
| 05/30/2020 23:05 | UNIT STATUS FOR [678] CHANGED TO <CL> | CONSOLE: JSO-LAP43927-M; WHITE, IRA(67883) |
| 05/30/2020 23:06 | DISPOSITION <K> RECORDED FOR [H191] | CONSOLE: JSO-LAP44896-M; ZONA, MATTHEW (7088) |
| 05/30/2020 23:06 | DISPOSITION <P> RECORDED FOR [H191] | CONSOLE: JSO-LAP44896-M; ZONA, MATTHEW (7088) |
| 05/30/2020 23:06 | DISPOSITION <BC99> RECORDED FOR [H191] | CONSOLE: JSO-LAP44896-M; ZONA, MATTHEW (7088) |
| 05/30/2020 23:06 | UNIT STATUS FOR [H191] CHANGED TO <CL> | CONSOLE: JSO-LAP44896-M; ZONA, MATTHEW (7088) |
| 05/30/2020 23:08 | DRIVER'S LICENSEQUERY EXECUTED | CONSOLE: JSO-LAP44276-M; PUGH, AXELL(71243) |
| 05/30/2020 23:08 | DISPOSITION <K> RECORDED FOR [J143] | CONSOLE: JSO-LAP45199-M; MUNGER, KEVIN (7936) |
| 05/30/2020 23:08 | UNIT STATUS FOR [J143] CHANGED TO <CL> | CONSOLE: JSO-LAP45199-M; MUNGER, KEVIN (7936) |
| 05/30/2020 23:09 | DRIVER'S LICENSEQUERY EXECUTED | CONSOLE: JSO-LAP45269-M; SHERWIN, LLYNEA (79967) |
| 05/30/2020 23:15 | DISPOSITION <X> RECORDED FOR [D796] | CONSOLE: JSO-LAP44647-M; BUSATTA, THOMAS (79300) |
| 05/30/2020 23:15 | DISPOSITION <BC99> RECORDED FOR [D796] | CONSOLE: JSO-LAP44647-M; BUSATTA, THOMAS (79300) |
| 05/30/2020 23:15 | UNIT STATUS FOR [D796] CHANGED TO <CL> | CONSOLE: JSO-LAP44647-M; BUSATTA, THOMAS (79300) |
| 05/30/2020 23:15 | DISPOSITION <K> RECORDED FOR [C240] | CONSOLE: JSO-LAP44192-M; HURLEY, DANIELA (74025) |
| 05/30/2020 23:15 | UNIT STATUS FOR [C240] CHANGED TO <CL> | CONSOLE: JSO-LAP44192-M; HURLEY, DANIELA (74025) |
| 05/30/2020 23:17 | DISPOSITION <K> RECORDED FOR [1603] | CONSOLE: JSO-LAP44895-M; DENTON, BRANDON (79039) |
| 05/30/2020 23:17 | UNIT STATUS FOR [1603] CHANGED TO <CL> | CONSOLE: JSO-LAP44895-M; DENTON, BRANDON (79039) |
| 05/30/2020 23:17 | DISPOSITION <K> RECORDED FOR [1600] | CONSOLE: JSO-LAP43957-M; SHOBE, NICHOLAS (73724) |
| 05/30/2020 23:17 | UNIT STATUS FOR [1600] CHANGED TO <CL> | CONSOLE: JSO-LAP43957-M; SHOBE, NICHOLAS (73724) |
| 05/30/2020 23:17 | DISPOSITION <K> RECORDED FOR [C358] | CONSOLE: JSO-LAP43873-M; PADGETT, CASEY (74181) |
| 05/30/2020 23:17 | UNIT STATUS FOR [C358] CHANGED TO <CL> | CONSOLE: JSO-LAP43873-M; PADGETT, CASEY (74181) |
| 05/30/2020 23:18 | DISPOSITION <K> RECORDED FOR [X391] | CONSOLE: JSO-LAP44850-M; MACK, JONATHAN (67906) |
| 05/30/2020 23:18 | DISPOSITION <BC7> RECORDED FOR [X391] | CONSOLE: JSO-LAP44850-M; MACK, JONATHAN (67906) |
| 05/30/2020 23:18 | UNIT STATUS FOR [X391] CHANGED TO <CL> | CONSOLE: JSO-LAP44850-M; MACK, JONATHAN (67906) |

| 05/30/2020 23:18 | DISPOSITION <K> RECORDED FOR [733] | CONSOLE: JSO-LAP44289-M; PATRICK, STEVEN (6806) |
|---|---|---|
| 05/30/2020 23:18 | DISPOSITION <BC> RECORDED FOR [733] | CONSOLE: JSO-LAP44289-M; PATRICK, STEVEN (6806) |
| 05/30/2020 23:18 | UNIT STATUS FOR [733] CHANGED TO <CL> | CONSOLE: JSO-LAP44289-M; PATRICK, STEVEN (6806) |
| 05/30/2020 23:18 | DISPOSITION <K> RECORDED FOR [X591] | CONSOLE: JSO-LAP43166-M; LAMPLEY, JEREMY (81363) |
| 05/30/2020 23:18 | DISPOSITION <P> RECORDED FOR [X591] | CONSOLE: JSO-LAP43166-M; LAMPLEY, JEREMY (81363) |
| 05/30/2020 23:18 | UNIT STATUS FOR [X591] CHANGED TO <CL> | CONSOLE: JSO-LAP43166-M; LAMPLEY, JEREMY (81363) |
| 05/30/2020 23:21 | DISPOSITION <P> RECORDED FOR [X594] | CONSOLE: JSO-LAP44979-M; BISHOP, JAMES(7463) |
| 05/30/2020 23:21 | UNIT STATUS FOR [X594] CHANGED TO <CL> | CONSOLE: JSO-LAP44979-M; BISHOP, JAMES(7463) |
| 05/30/2020 23:24 | DISPOSITION <P> RECORDED FOR [X390] | CONSOLE: JSO-LAP44817-M; DUKIC, SLOBODAN (68765) |
| 05/30/2020 23:24 | DISPOSITION <BC1> RECORDED FOR [X390] | CONSOLE: JSO-LAP44817-M; DUKIC, SLOBODAN (68765) |
| 05/30/2020 23:24 | UNIT STATUS FOR [X390] CHANGED TO <CL> | CONSOLE: JSO-LAP44817-M; DUKIC, SLOBODAN (68765) |
| 05/30/2020 23:25 | UNIT STATUS FOR [2484] CHANGED TO <NA> | CONSOLE: JSO-Z4; DE RIVERA, DAVID(77528) |
| 05/30/2020 23:25 | UNIT DISPATCHED: [2484] | CONSOLE: JSO-Z4; DE RIVERA, DAVID(77528) |
| 05/30/2020 23:25 | DISPOSITION <K> RECORDED FOR [X461] | CONSOLE: JSO-LAP44871-M; O'CALLAGHAN, RYAN (79336) |
| 05/30/2020 23:25 | UNIT STATUS FOR [X461] CHANGED TO <CL> | CONSOLE: JSO-LAP44871-M; O'CALLAGHAN, RYAN (79336) |
| 05/30/2020 23:26 | DISPOSITION <P> RECORDED FOR [X393] | CONSOLE: JSO-LAP43645-M; QUINTANA, STEAPHANYE(81370) |
| 05/30/2020 23:26 | DISPOSITION <BC1> RECORDED FOR [X393] | CONSOLE: JSO-LAP43645-M; QUINTANA, STEAPHANYE(81370) |
| 05/30/2020 23:26 | UNIT STATUS FOR [X393] CHANGED TO <CL> | CONSOLE: JSO-LAP43645-M; QUINTANA, STEAPHANYE(81370) |
| 05/30/2020 23:28 | DISPOSITION <BC1> RECORDED FOR [777] | CONSOLE: JSO-LAP44902-M; RUSSELL, MICHAEL (67183) |
| 05/30/2020 23:28 | DISPOSITION <P> RECORDED FOR [777] | CONSOLE: JSO-LAP44902-M; RUSSELL, MICHAEL (67183) |
| 05/30/2020 23:28 | UNIT STATUS FOR [777] CHANGED TO <CL> | CONSOLE: JSO-LAP44902-M; RUSSELL, MICHAEL (67183) |
| 05/30/2020 23:28 | DISPOSITION <K> RECORDED FOR [X294] | CONSOLE: JSO-LAP43730-M; BERNARD, CHARLES (82029) |
| 05/30/2020 23:28 | UNIT STATUS FOR [X294] CHANGED TO <CL> | CONSOLE: JSO-LAP43730-M; BERNARD, CHARLES (82029) |
| 05/30/2020 23:29 | DISPOSITION <K> RECORDED FOR [X267] | CONSOLE: JSO-LAP44203-M; KING, WILLIAM(73379) |

| 05/30/2020 23:29 | DISPOSITION <BC1> RECORDED FOR [X267] | CONSOLE: JSO-LAP44203-M; KING, WILLIAM(73379) |
|---|---|---|
| 05/30/2020 23:29 | UNIT STATUS FOR [X267] CHANGED TO <CL> | CONSOLE: JSO-LAP44203-M; KING, WILLIAM(73379) |
| 05/30/2020 23:29 | DISPOSITION <P> RECORDED FOR [2484] | CONSOLE: JSO-LAP44316-M; MORRIS, DONNIE (5799) |
| 05/30/2020 23:29 | DISPOSITION <BC99> RECORDED FOR [2484] | CONSOLE: JSO-LAP44316-M; MORRIS, DONNIE (5799) |
| 05/30/2020 23:29 | UNIT STATUS FOR [2484] CHANGED TO <CL> | CONSOLE: JSO-LAP44316-M; MORRIS, DONNIE (5799) |
| 05/30/2020 23:30 | UNIT STATUS FOR [680] CHANGED TO <NA> | CONSOLE: JSO-02; FOOSHEE, MELISSA(5286) |
| 05/30/2020 23:30 | UNIT DISPATCHED: [680] | CONSOLE: JSO-02; FOOSHEE, MELISSA(5286) |
| 05/30/2020 23:30 | DISPOSITION <8> RECORDED FOR [1606] | CONSOLE: JSO-LAP44276-M; PUGH, AXELL(71243) |
| 05/30/2020 23:30 | UNIT STATUS FOR [1606] CHANGED TO <CL> | CONSOLE: JSO-LAP44276-M; PUGH, AXELL(71243) |
| 05/30/2020 23:31 | UNIT STATUS FOR [680] CHANGED TO <AR> | CONSOLE: JSO-02; FOOSHEE, MELISSA(5286) |
| 05/30/2020 23:33 | DISPOSITION <BC99> RECORDED FOR [650] | CONSOLE: JSO-LAP42969-M; DEAL, CURTIS(43841) |
| 05/30/2020 23:33 | UNIT STATUS FOR [650] CHANGED TO <CL> | CONSOLE: JSO-LAP42969-M; DEAL, CURTIS(43841) |
| 05/30/2020 23:34 | DISPOSITION <K> RECORDED FOR [X290] | CONSOLE: JSO-25; GRIFFIN, AUDREY(72806) |
| 05/30/2020 23:34 | DISPOSITION <BC99> RECORDED FOR [X290] | CONSOLE: JSO-25; GRIFFIN, AUDREY(72806) |
| 05/30/2020 23:34 | UNIT STATUS FOR [X290] CHANGED TO <CL> | CONSOLE: JSO-25; GRIFFIN, AUDREY(72806) |
| 05/30/2020 23:35 | DISPOSITION <K> RECORDED FOR [626] | CONSOLE: JSO-LAP44166-M; KEELING, STEPHEN (7325) |
| 05/30/2020 23:35 | UNIT STATUS FOR [626] CHANGED TO <CL> | CONSOLE: JSO-LAP44166-M; KEELING, STEPHEN (7325) |
| 05/30/2020 23:35 | DISPOSITION <K> RECORDED FOR [2483] | CONSOLE: JSO-Z4; DE RIVERA, DAVID(77528) |
| 05/30/2020 23:35 | DISPOSITION <BC> RECORDED FOR [2483] | CONSOLE: JSO-Z4; DE RIVERA, DAVID(77528) |
| 05/30/2020 23:35 | UNIT STATUS FOR [2483] CHANGED TO <CL> | CONSOLE: JSO-Z4; DE RIVERA, DAVID(77528) |
| 05/30/2020 23:38 | DISPOSITION <K> RECORDED FOR [X590] | CONSOLE: JSO-LAP44258-M; DRABEK, CHRISTOPHER(78576) |
| 05/30/2020 23:38 | UNIT STATUS FOR [X590] CHANGED TO <CL> | CONSOLE: JSO-LAP44258-M; DRABEK, CHRISTOPHER(78576) |
| 05/30/2020 23:39 | DISPOSITION <P> RECORDED FOR [X392] | CONSOLE: JSO-LAP43105-M; NELSON, KYLE (81347) |
| 05/30/2020 23:39 | DISPOSITION <BC4> RECORDED FOR [X392] | CONSOLE: JSO-LAP43105-M; NELSON, KYLE (81347) |
| 05/30/2020 23:39 | UNIT STATUS FOR [X392] CHANGED TO <CL> | CONSOLE: JSO-LAP43105-M; NELSON, KYLE (81347) |
| 05/30/2020 23:40 | DISPOSITION <K> RECORDED FOR [X593] | CONSOLE: JSO-LAP45264-M; MCFARLAND, TYLER (79714) |
| 05/30/2020 23:40 | DISPOSITION <BC99> RECORDED FOR [X593] | CONSOLE: JSO-LAP45264-M; MCFARLAND, TYLER (79714) |

| 05/30/2020 23:40 | UNIT STATUS FOR [X593] CHANGED TO <CL> | CONSOLE: JSO-LAP45264-M; MCFARLAND, TYLER (79714) |
|---|---|---|
| 05/30/2020 23:45 | DISPOSITION <K> RECORDED FOR [B167] | CONSOLE: JSO-LAP43868-M; HACKLEY, NICHOLAS (78361) |
| 05/30/2020 23:45 | DISPOSITION <BC99> RECORDED FOR [B167] | CONSOLE: JSO-LAP43868-M; HACKLEY, NICHOLAS (78361) |
| 05/30/2020 23:45 | UNIT STATUS FOR [B167] CHANGED TO <CL> | CONSOLE: JSO-LAP43868-M; HACKLEY, NICHOLAS (78361) |
| 05/30/2020 23:46 | DISPOSITION <K> RECORDED FOR [B269] | CONSOLE: JSO-LAP43912-M; SULLIVAN, HUNTER (76558) |
| 05/30/2020 23:46 | DISPOSITION <BC99> RECORDED FOR [B269] | CONSOLE: JSO-LAP43912-M; SULLIVAN, HUNTER (76558) |
| 05/30/2020 23:46 | UNIT STATUS FOR [B269] CHANGED TO <CL> | CONSOLE: JSO-LAP43912-M; SULLIVAN, HUNTER (76558) |
| 05/30/2020 23:48 | DISPOSITION <K> RECORDED FOR [X293] | CONSOLE: JSO-LAP42988-M; NELSON, JOSHUA (77811) |
| 05/30/2020 23:48 | UNIT STATUS FOR [X293] CHANGED TO <CL> | CONSOLE: JSO-LAP42988-M; NELSON, JOSHUA (77811) |
| 05/30/2020 23:50 | DISPOSITION <K> RECORDED FOR [664] | CONSOLE: JSO-LAP44951-M; SAMES, CLIFFORD (63939) |
| 05/30/2020 23:50 | UNIT STATUS FOR [664] CHANGED TO <CL> | CONSOLE: JSO-LAP44951-M; SAMES, CLIFFORD (63939) |
| 05/30/2020 23:57 | DISPOSITION <K> RECORDED FOR [1609] | CONSOLE: JSO-LAP44580-M; HICE, MATTHEW (68477) |
| 05/30/2020 23:57 | UNIT STATUS FOR [1609] CHANGED TO <CL> | CONSOLE: JSO-LAP44580-M; HICE, MATTHEW (68477) |
| 05/30/2020 23:59 | UNIT STATUS FOR [K916] CHANGED TO <EN> (LOCATION: 501 BAY ST E) | CONSOLE: JSO-LAP44132-M; BARNES, TERRANCE (71266) |
| 05/31/2020 00:00 | DISPOSITION <K> RECORDED FOR [K916] | CONSOLE: JSO-LAP44132-M; BARNES, TERRANCE (71266) |
| 05/31/2020 00:00 | UNIT STATUS FOR [K916] CHANGED TO <CL> | CONSOLE: JSO-LAP44132-M; BARNES, TERRANCE (71266) |
| 05/31/2020 00:00 | DRIVER'S LICENSEQUERY EXECUTED | CONSOLE: JSO-LAP45269-M; SHERWIN, LLYNEA (79967) |
| 05/31/2020 00:04 | UNIT STATUS FOR [1607] CHANGED TO <NA> | CONSOLE: JSO-Z1; TURNER, ELIZABETH(75107) |
| 05/31/2020 00:04 | UNIT DISPATCHED: [1607] | CONSOLE: JSO-Z1; TURNER, ELIZABETH(75107) |
| 05/31/2020 00:06 | DRIVER'S LICENSEQUERY EXECUTED | CONSOLE: JSO-LAP44649-M; MEGELA, ERIC(76499) |
| 05/31/2020 00:07 | DISPOSITION <K> RECORDED FOR [1601] | CONSOLE: JSO-LAP44921-M; JESTER, BRANDON (74972) |
| 05/31/2020 00:07 | UNIT STATUS FOR [1601] CHANGED TO <CL> | CONSOLE: JSO-LAP44921-M; JESTER, BRANDON (74972) |
| 05/31/2020 00:08 | DRIVER'S LICENSEQUERY EXECUTED | CONSOLE: JSO-LAP44210-M; FREEMAN, WILLIAM (75354) |
| 05/31/2020 00:10 | DRIVER'S LICENSEQUERY EXECUTED | CONSOLE: JSO-LAP45269-M; SHERWIN, LLYNEA (79967) |

| 05/31/2020 00:10 | DISPOSITION <K (8)> RECORDED FOR [1606] | CONSOLE: JSO-Z1; TURNER, ELIZABETH(75107) |
|---|---|---|
| 05/31/2020 00:10 | DISPOSITION <K> RECORDED FOR [150] | CONSOLE: JSO-LAP44976-M; GAY, JOHN(7609) |
| 05/31/2020 00:10 | UNIT STATUS FOR [150] CHANGED TO <CL> | CONSOLE: JSO-LAP44976-M; GAY, JOHN(7609) |
| 05/31/2020 00:12 | DISPOSITION <K> RECORDED FOR [680] | CONSOLE: JSO-LAP44431-M; DINGLER, ERIC (67429) |
| 05/31/2020 00:12 | DISPOSITION <BC99> RECORDED FOR [680] | CONSOLE: JSO-LAP44431-M; DINGLER, ERIC (67429) |
| 05/31/2020 00:12 | UNIT STATUS FOR [680] CHANGED TO <CL> | CONSOLE: JSO-LAP44431-M; DINGLER, ERIC (67429) |
| 05/31/2020 00:13 | DISPOSITION <K> RECORDED FOR [X492] | CONSOLE: JSO-LAP43607-M; HERNANDEZ, FRANK (81401) |
| 05/31/2020 00:13 | UNIT STATUS FOR [X492] CHANGED TO <CL> | CONSOLE: JSO-LAP43607-M; HERNANDEZ, FRANK (81401) |
| 05/31/2020 00:17 | DRIVER'S LICENSEQUERY EXECUTED | CONSOLE: JSO-LAP44649-M; MEGELA, ERIC(76499) |
| 05/31/2020 00:24 | UNIT STATUS FOR [1607] CHANGED TO <AR> | CONSOLE: JSO-Z1; TURNER, ELIZABETH(75107) |
| 05/31/2020 00:45 | DISPOSITION <BC99> RECORDED FOR [X493] | CONSOLE: JSO-LAP44299-M; MEYER, AMANDA (7902) |
| 05/31/2020 00:45 | DISPOSITION <K> RECORDED FOR [X493] | CONSOLE: JSO-LAP44299-M; MEYER, AMANDA (7902) |
| 05/31/2020 00:45 | UNIT STATUS FOR [X493] CHANGED TO <CL> | CONSOLE: JSO-LAP44299-M; MEYER, AMANDA (7902) |
| 05/31/2020 00:57 | DISPOSITION <K> RECORDED FOR [X291] | CONSOLE: JSO-LAP45269-M; SHERWIN, LLYNEA (79967) |
| 05/31/2020 00:57 | DISPOSITION <BC99> RECORDED FOR [X291] | CONSOLE: JSO-LAP45269-M; SHERWIN, LLYNEA (79967) |
| 05/31/2020 00:57 | UNIT STATUS FOR [X291] CHANGED TO <CL> | CONSOLE: JSO-LAP45269-M; SHERWIN, LLYNEA (79967) |
| 05/31/2020 00:58 | DISPOSITION <BC99> RECORDED FOR [X292] | CONSOLE: JSO-LAP44210-M; FREEMAN, WILLIAM (75354) |
| 05/31/2020 00:58 | DISPOSITION <8> RECORDED FOR [X292] | CONSOLE: JSO-LAP44210-M; FREEMAN, WILLIAM (75354) |
| 05/31/2020 00:58 | DISPOSITION <8> RECORDED FOR [X292] | CONSOLE: JSO-LAP44210-M; FREEMAN, WILLIAM (75354) |
| 05/31/2020 00:58 | DISPOSITION <8> RECORDED FOR [X292] | CONSOLE: JSO-LAP44210-M; FREEMAN, WILLIAM (75354) |
| 05/31/2020 00:58 | DISPOSITION <8> RECORDED FOR [X292] | CONSOLE: JSO-LAP44210-M; FREEMAN, WILLIAM (75354) |
| 05/31/2020 00:58 | UNIT STATUS FOR [X292] CHANGED TO <CL> | CONSOLE: JSO-LAP44210-M; FREEMAN, WILLIAM (75354) |
| 05/31/2020 01:02 | DISPOSITION <K> RECORDED FOR [X394] | CONSOLE: JSO-LAP43629-M; MRAKOVICH, BRYCE (82147) |
| 05/31/2020 01:02 | UNIT STATUS FOR [X394] CHANGED TO <CL> | CONSOLE: JSO-LAP43629-M; MRAKOVICH, BRYCE (82147) |

| 05/31/2020 01:29 | DISPOSITION <8> RECORDED FOR [1607] | CONSOLE: JSO-LAP44649-M; MEGELA, ERIC(76499) |
|---|---|---|
| 05/31/2020 01:29 | DISPOSITION <8> RECORDED FOR [1607] | CONSOLE: JSO-LAP44649-M; MEGELA, ERIC(76499) |
| 05/31/2020 01:29 | DISPOSITION <8> RECORDED FOR [1607] | CONSOLE: JSO-LAP44649-M; MEGELA, ERIC(76499) |
| 05/31/2020 01:29 | UNIT STATUS FOR [1607] CHANGED TO <CL> | CONSOLE: JSO-LAP44649-M; MEGELA, ERIC(76499) |
| 05/31/2020 01:41 | UNIT STATUS FOR [X491] CHANGED TO <NA> | CONSOLE: JSO-LAP43597-M; RODRIGUEZ, JOSHUA (81413) |
| 05/31/2020 01:43 | DISPOSITION <P> RECORDED FOR [X491] | CONSOLE: JSO-LAP43597-M; RODRIGUEZ, JOSHUA (81413) |
| 05/31/2020 01:43 | DISPOSITION <K> RECORDED FOR [X491] | CONSOLE: JSO-LAP43597-M; RODRIGUEZ, JOSHUA (81413) |
| 05/31/2020 01:43 | DISPOSITION <BC7> RECORDED FOR [X491] | CONSOLE: JSO-LAP43597-M; RODRIGUEZ, JOSHUA (81413) |
| 05/31/2020 01:43 | UNIT STATUS FOR [X491] CHANGED TO <CL> | CONSOLE: JSO-LAP43597-M; RODRIGUEZ, JOSHUA (81413) |
| 05/31/2020 02:12 | DISPOSITION <BC7> RECORDED FOR [737] | CONSOLE: JSO-LAP44356-M; MOON, MICHAEL (7541) |
| 05/31/2020 02:12 | DISPOSITION <K> RECORDED FOR [737] | CONSOLE: JSO-LAP44356-M; MOON, MICHAEL (7541) |
| 05/31/2020 02:12 | DISPOSITION <P> RECORDED FOR [737] | CONSOLE: JSO-LAP44356-M; MOON, MICHAEL (7541) |
| 05/31/2020 02:12 | UNIT STATUS FOR [737] CHANGED TO <CL> | CONSOLE: JSO-LAP44356-M; MOON, MICHAEL (7541) |
| 05/31/2020 02:21 | UNIT STATUS FOR [A365] CHANGED TO <CL> | CONSOLE: JSO-LAP45383-M; UPTON, CHRISTIE (6856) |
| 05/31/2020 03:15 | DISPOSITION <K> RECORDED FOR [A361] | CONSOLE: JSO-Z1; TURNER, ELIZABETH(75107) |
| 05/31/2020 03:15 | DISPOSITION <BC5> RECORDED FOR [A361] | CONSOLE: JSO-Z1; TURNER, ELIZABETH(75107) |
| 05/31/2020 03:15 | UNIT STATUS FOR [A361] CHANGED TO <CL> | CONSOLE: JSO-Z1; TURNER, ELIZABETH(75107) |
| 05/31/2020 03:15 | INCIDENT STATUS: STACKED | CONSOLE: JSO-Z1; TURNER, ELIZABETH(75107) |
| 05/31/2020 03:36 | INCIDENT STATUS: ACTIVE | CONSOLE: JSO-LAP45383-M; UPTON, CHRISTIE (6856) |
| 05/31/2020 03:36 | PRIMARY UNIT CHANGED FROM [1304] TO [A365] | CONSOLE: JSO-LAP45383-M; UPTON, CHRISTIE (6856) |
| 05/31/2020 03:36 | UNIT STATUS FOR [A365] CHANGED TO <NA> | CONSOLE: JSO-LAP45383-M; UPTON, CHRISTIE (6856) |
| 05/31/2020 03:37 | DISPOSITION <K> RECORDED FOR [A365] | CONSOLE: JSO-LAP45383-M; UPTON, CHRISTIE (6856) |
| 05/31/2020 03:37 | DISPOSITION <BC5> RECORDED FOR [A365] | CONSOLE: JSO-LAP45383-M; UPTON, CHRISTIE (6856) |
| 05/31/2020 03:37 | UNIT STATUS FOR [A365] CHANGED TO <CL> | CONSOLE: JSO-LAP45383-M; UPTON, CHRISTIE (6856) |
| 05/31/2020 03:37 | INCIDENT CLOSED | CONSOLE: JSO-LAP45383-M; UPTON, CHRISTIE (6856) |

| 06/02/2020 07:57 | INCIDENT STATUS: PENDING | CONSOLE: JSO-31; SMITH, JOHNICA(6436) |
|---|---|---|
| 06/02/2020 07:58 | UNIT STATUS FOR [67488] CHANGED TO <EN> (LOCATION: 501 BAY ST E) | CONSOLE: JSO-31; SMITH, JOHNICA(6436) |
| 06/02/2020 07:58 | PRIMARY UNIT CHANGED FROM [A365] TO [67488] | CONSOLE: JSO-31; SMITH, JOHNICA(6436) |
| 06/02/2020 07:58 | INCIDENT STATUS: ACTIVE | CONSOLE: JSO-31; SMITH, JOHNICA(6436) |
| 06/02/2020 07:58 | DISPOSITION <BC1> RECORDED FOR [67488] | CONSOLE: JSO-31; SMITH, JOHNICA(6436) |
| 06/02/2020 07:58 | UNIT STATUS FOR [67488] CHANGED TO <CL> | CONSOLE: JSO-31; SMITH, JOHNICA(6436) |
| 06/02/2020 07:58 | INCIDENT CLOSED | CONSOLE: JSO-31; SMITH, JOHNICA(6436) |

| | | UNITS ASSIGNED | | | | |
|---|---|---|---|---|---|---|
| Officer ID | Officer Name | Unit ID | Dispatched | Arrived | Closed | Total Minutes |
| 7314 | HELMS, TRENT M | H125 | 18:40:25 | 19:18:00 | 21:56:39 | 196 |
| 60844 | MATTHEWS, FRANKLIN L | A154 | 19:56:18 | 20:23:45 | 22:38:40 | 162 |
| 80679 | JONES, BROCK C | A263 | 18:36:07 | 19:18:00 | 22:40:24 | 244 |
| 79047 | JONES, JOHN B | A320 | 19:29:17 | 19:29:23 | 21:54:30 | 145 |
| 81648 | GUTCHER, ROBERT O | A361 | 19:56:18 | 20:23:45 | 03:15:57 | 439 |
| 6856 | UPTON, CHRISTIE J | A365 | 19:56:18 | 20:02:06 | 03:37:22 | 461 |
| 78361 | HACKLEY, NICHOLAS A | B167 | 18:36:39 | 19:18:00 | 23:45:12 | 308 |
| 76558 | SULLIVAN, HUNTER R | B269 | 18:36:39 | 18:42:27 | 23:46:51 | 310 |
| 67421 | RONE, BRIAN L | B325 | 19:23:27 | 19:56:06 | 22:03:09 | 159 |
| 74025 | HURLEY, DANIELA L | C240 | 19:24:10 | 19:56:06 | 23:15:58 | 231 |
| 74181 | PADGETT, CASEY N | C358 | 19:24:10 | 19:56:06 | 23:17:57 | 233 |
| 78506 | BAILEY, JORDAN R | D140 | 21:48:16 | 21:48:16 | 22:37:59 | 49 |
| 79317 | ROBBINS, SEAN | D245 | 21:48:16 | 21:48:16 | 22:39:11 | 50 |
| 80677 | DALY, THOMAS E | E269 | 22:47:52 | 22:47:52 | 22:48:19 | 0 |
| 60846 | LUCIANO, EDWARD | F131 | 19:59:59 | 20:23:23 | 22:15:08 | 135 |
| 80725 | ANDERSON, SHENOA L | F155 | 19:59:59 | 20:23:45 | 22:09:10 | 129 |
| 77291 | HYSMITH, BENJAMIN A | G133 | 18:37:48 | 19:18:00 | 22:10:34 | 212 |
| 71239 | JOHNS, CHRISTOPHER L | G151 | 20:25:29 | | 22:34:16 | 128 |
| 80417 | BURGOS, JOHN C | G169 | 18:41:33 | 19:18:00 | 22:59:31 | 257 |
| 82007 | HOBBS, JOSHUA W | G221 | 18:58:49 | 19:00:48 | 22:32:03 | 213 |
| 67247 | DEDIC, HARIS | G240 | 22:45:25 | | 22:48:20 | 2 |
| 76090 | AHMETOVIC, SENAD | G245 | 18:37:06 | 19:18:00 | 22:45:06 | 248 |
| 76905 | MCCULLOUGH, TREY A | G255 | 20:25:29 | | 22:13:44 | 108 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 80999 | BRITT, LAWRENCE F | G267 | 21:11:58 | 21:51:35 | 22:49:52 | 97 |
| 79041 | MITCHELL, JOSHUA L | G366 | 18:43:23 | 18:50:02 | 22:38:19 | 234 |
| 79031 | BEGO, JOURDIN M | H120 | 22:01:01 | | 22:01:31 | 0 |
| 78476 | CURRY, DOMINIC E | H234 | 18:37:06 | 18:48:16 | 22:15:07 | 218 |
| 73722 | BLANFORD, ROBERT J | H327 | 18:58:40 | 19:18:00 | 22:04:56 | 186 |
| 68828 | GAULDING, ADAM C | I226 | 20:25:29 | | 22:27:16 | 121 |
| 7568 | BOYER, LENELL A | I228 | 18:39:05 | 19:18:00 | 22:12:27 | 213 |
| 79061 | SOSA, CARLOS | I230 | 18:43:10 | 18:48:00 | 21:46:33 | 183 |
| 75322 | PARSLEY, MICHAEL A | I243 | 18:40:51 | 19:18:00 | 22:53:48 | 252 |
| 81374 | YANNUZZI, ANTHONY C | I262 | 18:40:51 | 19:18:00 | 22:04:11 | 203 |
| 67729 | PACE, BRIAN R | I263 | 18:43:10 | 19:15:39 | 22:54:51 | 251 |
| 78497 | D'ALESSIO, CHRISTOPHER G | I364 | 18:37:06 | 19:18:00 | 22:28:16 | 231 |
| 79735 | SWANN, DENISHA U | I365 | 18:43:34 | 19:18:00 | 19:27:42 | 44 |
| 7936 | MUNGER, KEVIN D | J143 | 19:59:17 | 20:23:45 | 23:08:53 | 189 |
| 82006 | JIMENEZ, MIGUEL O | J143 | 19:59:17 | 20:23:45 | 23:08:53 | 189 |
| 78498 | RICKERTSEN, PARIS F | J148 | 19:57:36 | 20:23:45 | 22:10:17 | 132 |
| 80848 | SNIDER, CHRISTOPHER C | J168 | 18:36:53 | 18:45:14 | 22:57:55 | 261 |
| 80854 | SANDIFORD, JOSEPH P | J169 | 18:36:53 | 19:18:00 | 22:34:09 | 237 |
| 75105 | SIZLER, EDWARD E | J240 | 19:57:36 | 20:23:45 | 22:04:41 | 127 |
| 79741 | HUFF, TRAVIS M | J242 | 19:57:36 | 20:03:14 | 22:05:13 | 127 |
| 80710 | PEREZ, MARK A | J263 | 20:00:10 | 20:23:45 | 23:02:04 | 181 |
| 80715 | CAPPS, CODY M | J264 | 18:36:53 | 19:18:00 | 22:26:48 | 229 |
| 79354 | MOORE, BLAKE A | J344 | 19:57:36 | 20:23:45 | 22:05:03 | 127 |
| 79942 | HILL, COLLIN A | J345 | 18:37:14 | | 18:38:52 | 1 |
| 79343 | FAIRCLOTH, JACOB R | K130 | 20:03:10 | 20:23:45 | 22:02:45 | 119 |
| 80041 | SMITH, JORDAN N | K142 | 20:25:10 | 20:43:56 | 22:43:31 | 138 |
| 79242 | PETTY, CORDELL C | K147 | 20:25:10 | 22:37:01 | 22:42:11 | 137 |
| 65054 | HOLTON, RANDY C | K163 | 19:38:11 | 19:56:06 | 22:24:15 | 166 |
| 61017 | WILSON, JESSICA D | K221 | 22:25:56 | | 22:26:22 | 0 |
| 66198 | PERRY, CORELLA A | K228 | 22:32:20 | | 22:32:53 | 0 |
| 80979 | ROZANSKY, ERICA L | K231 | 20:03:10 | 20:23:45 | 22:31:44 | 148 |
| 80709 | PREWETT, DANIEL A | K244 | 19:57:36 | 20:23:45 | 22:41:18 | 163 |
| 81351 | MULHEARN, JASON J | N122 | 19:37:52 | 19:38:34 | 22:01:29 | 143 |

| 81360 | MECHLING, ELIZABETH A | N157 | 19:37:52 | 19:42:07 | 22:43:44 | 185 |
|---|---|---|---|---|---|---|
| 61125 | COLEMAN, KEITH A | P137 | 20:02:36 | 20:23:45 | 22:06:59 | 124 |
| 81362 | MEDICA, AUSTIN T | P139 | 20:14:12 | 20:23:45 | 22:08:20 | 114 |
| 80845 | BELL, ROBERT T | P150 | 18:44:11 | 19:18:00 | 22:36:21 | 232 |
| 76350 | POOLE, TRAVIS E | P161 | 18:44:24 | 19:18:00 | 22:29:09 | 224 |
| 77636 | COLL, CHRISTOPHER | P163 | 18:44:59 | 19:18:00 | 22:36:43 | 231 |
| 7835 | HOLLOWAY, LANISHA J | P334 | 20:36:40 | | 20:58:27 | 21 |
| 60227 | GASTON, DAVID M | 619 | 15:33:42 | 15:33:55 | 21:55:42 | 382 |
| 7325 | KEELING, STEPHEN E | 626 | 15:50:57 | 15:51:10 | 23:35:05 | 464 |
| 43841 | DEAL, CURTIS R | 650 | 22:07:51 | 22:07:59 | 23:33:17 | 85 |
| 63939 | SAMES, CLIFFORD A | 664 | 18:36:53 | 19:18:00 | 23:50:44 | 313 |
| 6302 | HUNGERFORD, ROBERT C | 670 | 21:57:29 | | 21:58:14 | 0 |
| 67883 | WHITE, IRA J | 678 | 21:35:07 | | 23:05:29 | 90 |
| 67429 | DINGLER, ERIC J | 680 | 23:30:45 | 23:31:05 | 00:12:40 | 41 |
| 7530 | LUNDQUIST, MICHAEL S | 704 | 21:35:07 | | 22:01:16 | 26 |
| 6186 | GARNETT, RAUL E | 708 | 15:20:19 | 15:41:13 | 22:14:50 | 414 |
| 61134 | TERRELL, TIMOTHY L | 715 | 20:02:56 | 20:23:45 | 22:04:34 | 121 |
| 6806 | PATRICK, STEVEN J | 733 | 14:49:36 | 14:50:19 | 23:18:45 | 509 |
| 67516 | TAYLOR, HAROLD G | 734S | 18:43:33 | 18:57:44 | 22:24:19 | 220 |
| 7541 | MOON, MICHAEL W | 737 | 15:20:13 | 15:20:25 | 02:12:28 | 652 |
| 5393 | MILLER, MATTHEW B | 754S | 20:41:55 | | 20:58:48 | 16 |
| 67420 | MILLS, RICHARD D | 764 | 18:37:39 | 18:58:18 | 22:04:24 | 206 |
| 67183 | RUSSELL, MICHAEL J | 777 | 14:49:36 | 14:50:19 | 23:28:07 | 518 |
| 5888 | FEACHER, RODERIC D | 779 | 20:02:56 | 20:23:45 | 21:50:53 | 107 |
| 5081 | MCCOLLUM, HAROLD C | A796 | 19:59:25 | 20:23:45 | 21:57:26 | 118 |
| 72354 | MATTHEWS, JOHN R | D792 | 19:43:51 | 19:56:06 | 22:15:33 | 151 |
| 79300 | BUSATTA, THOMAS R | D796 | 21:35:07 | 21:40:46 | 23:15:49 | 100 |
| 6835 | MONK, BRIAN D | I793 | 18:37:21 | 18:51:50 | 22:10:50 | 213 |
| 7290 | ALLEY, RICKY R | O792 | 19:37:52 | 19:56:06 | 22:14:11 | 156 |
| 5273 | DASH, FREDERICK R | 113 | 18:43:48 | 19:18:00 | 20:23:12 | 99 |
| 7609 | GAY, JOHN E | 150 | 14:49:36 | 14:50:19 | 00:10:58 | 561 |
| 73721 | LANGSTON, BENJAMIN J | K914 | 19:06:36 | 19:06:36 | 21:18:47 | 132 |
| 71266 | BARNES, TERRANCE A | K916 | 20:02:56 | 20:23:45 | 00:00:19 | 237 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 66108 | NORMAN, ZACHARY N | Q265 | 19:05:00 | 19:11:56 | 22:25:14 | 200 |
| 64612 | PRENTICE, JASON C | AIR4 | 17:37:03 | 17:46:00 | 22:19:03 | 282 |
| 72557 | ISIC, SELMIR | X361 | 18:50:54 | 19:11:14 | 22:36:15 | 225 |
| 5799 | MORRIS, DONNIE L | 2484 | 23:25:24 | | 23:29:10 | 3 |
| 71243 | PUGH, AXELL T | 1606 | 19:00:27 | 19:18:00 | 23:30:56 | 270 |
| 60837 | EMERSON, BRAD D | 1646 | 20:02:56 | 20:23:45 | 22:22:25 | 139 |
| 77666 | ZINZ, PHILIP M | 2180 | 15:33:42 | 15:33:55 | 22:04:43 | 391 |
| 73724 | SHOBE, NICHOLAS L | 1600 | 19:04:15 | 19:18:00 | 23:17:21 | 253 |
| 5365 | BACON, ROBERT D | 1605 | 19:04:15 | 19:18:00 | 21:16:08 | 131 |
| 73379 | KING, WILLIAM H | X267 | 21:35:07 | 22:31:50 | 23:29:01 | 113 |
| 76499 | MEGELA, ERIC M | 1607 | 00:04:06 | 00:24:39 | 01:29:08 | 85 |
| 77638 | BELGARD, JOEL W | 2182 | 15:33:42 | 15:34:01 | 21:57:02 | 383 |
| 76343 | REYNOLDS, ZACHARY J | 2181 | 15:33:42 | 15:33:55 | 22:58:20 | 444 |
| 74972 | JESTER, BRANDON L | 1601 | 19:00:27 | 19:18:00 | 00:07:13 | 306 |
| 79336 | O'CALLAGHAN, RYAN M | X461 | 20:14:22 | 20:23:45 | 23:25:49 | 191 |
| 79701 | DEAN, MICHAEL M | X461 | 20:14:22 | 20:23:45 | 23:25:49 | 191 |
| | | 67488 | 07:58:00 | | 07:58:26 | 0 |
| 76500 | STRICKLAND, CHRISTOPHER P | 2483 | 20:00:10 | 20:23:45 | 23:35:48 | 215 |
| | | 63452 | 22:37:38 | | 22:37:44 | 0 |
| 67518 | VINER, TAIME | X368 | 18:54:25 | 19:01:05 | 21:53:37 | 179 |
| 79967 | SHERWIN, LLYNEA F | X291 | 14:49:36 | 14:50:19 | 00:57:19 | 607 |
| 77661 | PEPPERS, JUSTIN R | 2183 | 15:33:42 | 15:33:55 | 21:57:15 | 383 |
| 68477 | HICE, MATTHEW L | 1609 | 19:04:15 | 19:18:00 | 23:57:15 | 293 |
| 79039 | DENTON, BRANDON T | 1603 | 19:04:15 | 19:18:00 | 23:17:09 | 252 |
| 80411 | BAXLEY, SCOTT H | X290 | 14:49:36 | 14:50:19 | 23:34:48 | 525 |
| 68765 | DUKIC, SLOBODAN I | X390 | 14:49:36 | 14:49:55 | 23:24:49 | 515 |
| 63940 | MUCHOWICZ, MARK S | 1304 | 13:41:44 | 13:41:44 | 23:01:48 | 560 |
| 78576 | DRABEK, CHRISTOPHER D | X590 | 15:50:57 | 15:51:11 | 23:38:13 | 467 |
| 69478 | COOPER, COURTNEY K | 2186 | 15:33:42 | 15:34:03 | 21:58:31 | 384 |
| 7088 | ZONA, MATTHEW A | H191 | 20:00:10 | | 23:06:12 | 186 |
| 7863 | CHAPMAN, HAROLD W | G282 | 20:00:10 | 22:35:49 | 22:37:18 | 157 |
| 65058 | OVERALL, JOSEPH J | K282 | 20:02:56 | 21:35:35 | 21:44:40 | 101 |
| 61660 | BOYD, TREVOR M | D282 | 20:02:56 | | 22:01:33 | 118 |

| 79346 | JONES, WILLIAM C | P191 | 20:00:10 | 20:23:45 | 22:25:03 | 144 |
|---|---|---|---|---|---|---|
| 19569 | STEVENSON, WESLEY A | K191 | 19:43:51 | 19:56:06 | 22:57:49 | 193 |
| 75952 | BASS, HUNTER P | M196 | 20:09:10 | 20:23:45 | 22:54:03 | 164 |
| 5673 | MORGAN, LINDA A | G292 | 22:30:05 | 22:30:19 | 22:59:04 | 28 |
| 81363 | LAMPLEY, JEREMY D | X591 | 15:50:57 | 15:51:40 | 23:18:56 | 447 |
| 81413 | RODRIGUEZ, JOSHUA A | X491 | 15:20:13 | 15:20:25 | 01:43:11 | 622 |
| 81389 | SANDERSON, ME'ATIA M | X491 | 15:20:13 | 15:20:25 | 01:43:11 | 622 |
| 81347 | NELSON, KYLE T | X392 | 14:49:36 | 14:49:53 | 23:39:57 | 530 |
| 81401 | HERNANDEZ, FRANK Q | X492 | 15:20:13 | 15:20:25 | 00:13:15 | 533 |
| 81002 | BRIDGE, CLAYBURNE S | X190 | 21:19:45 | | 22:05:39 | 45 |
| 65065 | PAUL, SERGE J | X691 | 15:20:19 | 15:41:13 | 22:59:08 | 458 |
| 60841 | GRUNWALD, KYLE J | X690 | 15:20:19 | 15:41:13 | 22:57:38 | 457 |
| 67906 | MACK, JONATHAN A | X391 | 14:59:42 | 14:59:51 | 23:18:35 | 498 |
| 78489 | SWEAT, THOMAS C | X592 | 15:50:57 | 15:51:10 | 22:37:09 | 406 |
| 79714 | MCFARLAND, TYLER J | X593 | 15:50:57 | 15:51:10 | 23:40:53 | 469 |
| 75354 | FREEMAN, WILLIAM L | X292 | 14:49:36 | 14:50:19 | 00:58:32 | 608 |
| 81370 | QUINTANA, STEAPHANYE A | X393 | 14:49:36 | 14:50:19 | 23:26:09 | 516 |
| 82147 | MRAKOVICH, BRYCE MICHAEL | X394 | 14:49:36 | 14:49:52 | 01:02:56 | 613 |
| 82040 | WILLIAMS, TRAMELL LAMONT | X692 | 15:20:19 | 15:41:13 | 22:06:46 | 406 |
| 82029 | BERNARD, CHARLES DYLAN | X294 | 14:49:36 | 14:50:19 | 23:28:38 | 519 |
| 7902 | MEYER, AMANDA M | X493 | 15:20:13 | 15:20:25 | 00:45:23 | 565 |
| 7463 | BISHOP, JAMES T | X594 | 15:50:57 | 15:51:10 | 23:21:45 | 450 |
| 77811 | NELSON, JOSHUA DAKOTA | X293 | 14:49:36 | 14:50:19 | 23:48:38 | 539 |

**2. Declaration of Assistant Chief W. Mike Johnson**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DELAINE SMITH; BRIAUNA BOSWORTH;
SHARRONA BRIGHTMAN; and
ELIZABETH MULRONEY,

       Plaintiffs,

vs.                                  Case No.: 3:20-cv-629-J-39JRK

SHERIFF MIKE WILLIAMS, in his official
capacity as Sheriff of the Consolidated
City of Jacksonville, Florida; J.H. WING,
individually; F. CANNADAY, individually;
D.D. STUHR, individually; and C.S. JOHN,
individually,

       Defendants.

_____/

### DECLARATION OF W. MIKE JOHNSON

      W. MIKE JOHNSON does hereby submit this declaration pursuant to 28 U.S.C. §1746,

and states as follows:

      1.     My name is Mike Johnson. I am a sworn law enforcement officer employed by

the Jacksonville Sheriff's Office (JSO) since 1989, and currently hold the position of Assistant

Chief–Specialized Patrol Section and Mobile Field Force ("MFF") Unit Commander.[1] As such, I

am responsible for training and overall supervision of the unit. I am also responsible for tactical

decisions in the field when the MFF is deployed to monitor large protest events and otherwise

respond to civil disturbances.

---

[1] The function of JSO's Mobile Field Force is to provide rapid response to civil disorders, riotous crowds, or other situations beyond the control of normal patrol operations. The MFF written directives are attached as Composite Exhibit A.

2.      My work experience includes Command Staff and Leadership training, Patrol Zone Commander, Commander of Narcotics and Vice Unit, and SWAT team member for 13 years. I have attended numerous tactical operations courses and training including hostage rescue.

3.      On May 31, 2020, the MFF met at the Police Memorial Building ("PMB"), 501 E. Bay Street, at 0900 to brief the Incident Action Plan (Composite Exhibit B) for a protest that was to begin at the Duval County Courthouse later that morning. The full MFF was activated because of the civil unrest that had occurred the night before and concerns that the unrest would recur after a second day of protests.[2] After the briefing, I divided the MFF teams into smaller groups to conduct training including review of First Amendment rights of protesters and related Fourth Amendment considerations including use of force standards and deployment of non-lethal measures such as Oleoresin Capsicum ("pepper") spray, and probable cause to arrest for a range of crimes including breach of peace, incitement to riot, and unlawful assembly. The teams then departed for their staging areas throughout the downtown area.

4.      I left the PMB and began to monitor the crowd at the courthouse and was accompanied by Lieutenant Jimmy Ricks. The crowd grew to several hundred by the time the first march of the day began at approximately 1330 hrs. The protesters were somewhat unruly and took over the roadways and blocked several vehicles during this first march across the northern end of downtown (east on Union Street, then south on Laura Street). Because of this unlawful activity, I gave a dispersal order by bullhorn at approximately 1349 at Laura and

---

[2] On May 30, 2020, a day-long, peaceful protest devolved in violence and the destruction of public property including a knife wound to the neck of a JSO officer and the burning of a JSO patrol vehicle.

Forsyth Streets as required by Section 870.04, Fla. Stat.[3] Although the protesters did not immediately disperse, and one protester was arrested for breach of peace, the crowd calmed sufficiently, and we elected to refrain from further arrests to not incite further tumult. We continued to maintain as much separation from the crowd as possible. Ultimately, the protesters splintered into several large groups and returned to the courthouse.

5.  At approximately 1525, a motorcycle driven by a civilian broke through a police barricade set up east of the courthouse on Adams Street to keep vehicles from driving into the crowd of protesters at the courthouse. While officers conducted a traffic stop on the west side of the courthouse, protesters surged on the officers working the traffic stop. The crowd began to get unruly, including throwing objects and moving onto the roadway, so the MFF was moved to that location to protect the officers. Once the traffic stop was completed, I ordered the MFF to leave the area in the hope that the crowd would settle down and move back onto the grass area in front of the courthouse. Eventually, that did occur.

6.  At approximately 1642, the protesters began to march again and ultimately ended up at the Main Street bridge. Multiple persons began to march up the ramp from Bay Street in an apparent attempt to block traffic on the bridge. I was concerned for their safety and concerned for citizens who would be trapped in vehicles and the use of the drawbridge would be impacted if the protesters did in fact block the bridge. I gave an order to block the south end of the on-ramp to stop vehicular traffic and moved MFF up the ramp to remove protesters. I again gave the dispersal order by bullhorn, advising the protesters that they would be arrested if they did not comply. As MFF drove vehicles up the ramp to get beyond (south of) the protesters, some of the individuals attempted to block the vehicles with their bodies. They were arrested; thereafter, numerous protesters on the walkway began to get unruly and throw bottles and other objects at

---

[3] A copy of the dispersal order is attached as Exhibit C.

3

JSO officers. Several jumped the wall and attempted to stop the officers from making arrests. As additional MFF members arrived, they attempted to address the crowd on the sidewalk and restore order but met mounting resistance. The protesters continued to throw objects and unknown fluids in the direction of several officers. An MFF officer deployed spray to push back the attack by the protesters and multiple arrests were made on the bridge. At approximately 1707, the Incident Commander determined that the protest had become an unlawful assembly because of the violence, and I was directed to order the crowd to disperse. I gave the dispersal order again over bullhorn. The crowd splintered into multiple groups but did not disperse and they began to head in different directions. Officers arrested several protesters in the immediate area. At the same time, one large group began marching east on Bay Street toward the PMB and another group moved off in a westerly direction and ended up back at the courthouse.

7.     We trailed the westerly-headed group in our police vehicles back to the courthouse where it reassembled. I repeated the dispersal order by bullhorn giving the protesters 15 minutes to disperse or face arrest. Most of the protesters began to leave and were not arrested. I continued to provide a "countdown" order to alert the remaining protesters of the time remaining to disperse. Once the MFF was assembled around the courthouse and the full 15 minutes had elapsed, we began to move onto the courthouse green to encircle and arrest the remaining protesters for Unlawful Assembly. At 1744, the Jail van was dispatched to our location on Adams Street in front of the courthouse and the arrestees were transported after being searched and secured.

8.     At approximately 1757, dispatch advised that there was a group of protesters headed in the direction of the PMB at 501 E. Bay Street. We began to monitor the group and move MFF assets to the surrounding area. Subsequently, we were advised that the group was

blocking the roadway at Bay and Liberty Streets. Ultimately the group of protesters grew to approximately 75, and I observed them west on Bay Street at approximately 1830. As we approached the group, I observed protesters throwing bottles and other objects into the roadway toward vehicular traffic while starting to take over the street. We paralleled the marching protesters, and I again gave the dispersal order via bullhorn advising that this was an unlawful assembly and they were to disperse immediately. The protesters ignored the order and continued to protest. At approximately 1830, the MFF moved in and arrested multiple protesters for unlawful assembly around Bay and Market Streets.

9.    At approximately 1907, the MFF moved to another protest that was occurring at Klutho Park. Earlier, Mayor Curry had ordered a mandatory curfew as of 2000 hours, so I read the dispersal order at approximately 1944. The dispersal order informed the protesters that they had 15 minutes to disperse and leave the area or they would be arrested for violating the curfew order. At approximately 1955, all the protesters complied and left the area peacefully. No arrests were made and the MFF returned to the PMB.

10.    I reviewed the P1CAD Log (Exhibit D) for this incident to refresh my recollection of the time and location of the events described herein.

11.    I acknowledge that falsely making this certification will subject me to criminal penalty under federal and state law.

I DECLARE UNDER PENALTY OF PERJURY that the foregoing is true and correct. Executed this 6th day of July, 2020, in Jacksonville, Duval County, Florida.

W. Mike Johnson

6759

5

**2.    Declaration of Assistant Chief W. Mike Johnson**

Composite Exhibit A:  Mobile Field Force
written directives

| Jacksonville Sheriff's Office |||||
|---|---|---|---|---|
| **ORDER** |||||
| Order Number: | Title: | | Order Type: | Version: |
| **246** | **Mobile Field Force** | | **U** | **3** |
| Release Code: | Owner: | | Effective Date: | Page: |
| **R** | **Commanding Officer of Mobile Field Force Unit** | | **05/25/2018** | **1 of 3** |

**Table of Contents**

I.    Functions of the Unit
II.   Hours of Operation and Callout / Notification Criteria
III.  Policies & Procedures
    A.  Command Responsibilities
    B.  Mobile Field Force Organizational Structure
    C.  Mobile Field Force Response

---

**I.   Functions of the Unit**

The Mobile Field Force is designed to provide rapid, organized, and disciplined responses to civil disorders, riotous crowds, or other emergency situations beyond the capabilities of normal patrol resources. The Mobile Field Force can be deployed to restore order, move crowds, rescue victims, and isolate problem areas. [CALEA 46.1.2]

**II.  Hours of Operation and Callout / Notification Criteria**

A.  For unplanned incidents, an on-scene watch commander or higher authority can request the Mobile Field Force by contacting the Assistant Chief of Specialized Patrol, who will determine if the incident meets the criteria for a Mobile Field Force Response.

B.  For preplanned incidents or in preparation for an anticipated tactical situation, a zone commander can request the Mobile Field Force by contacting the Assistant Chief of Specialized Patrol, who will determine if the incident meets the criteria for a Mobile Field Force response.

**III. Policies & Procedures**

A.  **Command Responsibilities**

1.  Prior to the arrival of the Mobile Field Force, the responsibility of command for the incident remains with the on-scene commanding officer.

2.  Once the Mobile Field Force has arrived on scene, the authority to direct activity related to the incident is transferred to the highest ranking member of the Mobile Field Force chain-of-command.

B.  **Mobile Field Force Organizational Structure**

1.  The Mobile Field Force chain-of-command is as follows:

    a.   Director of Patrol & Enforcement;

    b.   Chief of Patrol Support;

    c.   Assistant Chief of Specialized Patrol;

    d.   Mobile Field Force Commander; and

    e.   Mobile Field Force Executive Officer.

2. The Mobile Field Force consists of the following sworn police members:

    a.   Three Mobile Field Force Commanders (lieutenants);

    b.   A Mobile Field Force Executive Officer (sergeant);

    c.   Squad Leaders (sergeants);

    d.   Line Officers;

    e.   Arrest Team Officers;

    f.   Shotgun / Rifle Officers;

    g.   Specialty Impact Munitions Officers; and

    h.   Chemical Munitions Officers.

C. **Mobile Field Force Response**

1. If two Mobile Field Force deployments occur at one time, the two groups will be referred to as "Charlie" and "Delta."

2. The total number of squads and the amount of members used in each squad will vary depending on the circumstances of each specific incident.

3. Once a Mobile Field Force deployment has been approved, the on-scene commanding officer will:

    a.   Establish a command post and staging area, relaying those locations to all involved personnel;

    b.   Notify the zone commander of the affected zone;

    c.   Ensure a chronological log of actions and significant events is kept; and

    d.  Request the use of a radio talk group, to be monitored by a Police Emergency Communications Officer (PECO).

Mike Williams
Sheriff

| References: |
|---|
| • Order 228 Mobile Field Force - v2 became Order 246 Mobile Field Force – v1 after the 2017 agency reorganization. |

<table>
<tr><td><strong>TABLE OF CONTENTS</strong></td></tr>
</table>

I.     Definitions
II.    Duties and Responsibilities
III.   Procedures
IV.    Cash Handling Procedures
V.     Evidence Handling Procedures
VI.    Specialized Equipment and Software
VII.   Vehicles (Specialized and/or Pool)
VIII.  Building / Office Security
IX.    Unit Meetings
X.     Uniform / Dress Code
XI.    Unit Reports (Internal & External)
XII.   Record Retention
XIII.  Member Selection
XIV.   Member Training

## I.   DEFINITIONS

n/a

## II.   DUTIES AND RESPONSIBILITIES

A.   The Mobile Field Force (MFF) Unit is designed to provide rapid, organized, disciplined responses to civil disorders, riotous crowds, or other tactical situations, 24 hours a day as needed.  When a planned or spontaneous event occurs and escalates to such a magnitude which is beyond the bounds of normal patrol practices, it may be necessary to initiate a callout of the MFF.

B.   The MFF can be deployed for any type of major contingency (e.g., civil disturbances, hurricane response, major storm, missing person, etc.) or, as needed, to restore order, move crowds, rescue victims, conduct large scale searches, and isolate problem areas.

C.   The MFF supervisors will inspect officers' equipment quarterly, and a designated MFF Equipment Supervisor will inspect the unit's connex lockers at least quarterly.

D.   Upon change of command, an inventory will be completed within 90 days to verify accountability of equipment.

E.   Inspection forms will be maintained by the MFF Equipment Supervisor.

A. **Chain of Command**

1. The chain of command at a MFF callout begins with the highest ranking official (e.g., Sheriff's Staff personnel, zone commander, Commanding Officer of MFF Unit, Assistant Commanding Officer of MFF Unit, Executive Officer of MFF Unit, or Supervisor of MFF Unit) who takes initial command of the incident.

2. The chain of command of a MFF consists of:

   a. Sheriff;

   b. Undersheriff;

   c. Director of Patrol & Enforcement;

   d. Chief of Patrol Support;

   e. Assistant Chief of Specialized Patrol;

   f. Zone commanders;

   g. Commanding Officer of MFF Unit;

   h. Assistant Commanding Officer of MFF Unit; and

   i. Executive Officer of MFF Unit.

B. **MFF Organizational Structure**

1. The Jacksonville Sheriff's Office (JSO) shall maintain a permanent MFF. A MFF usually consists of six to eight person squads of trained police officers and a supervisor led by a lieutenant, but can be larger or smaller depending on the circumstances.

2. The MFF commanders report directly to the Assistant Chief of Specialized Patrol.

3. A MFF consists of the following:

   a. Commanding Officers of MFF Unit;

   b. Assistant Commanding Officer of MFF Unit;

   c. Executive Officer of MFF Unit;

   d. Squad leaders (supervisor);

e.   Line officers;

f.   Arrest Team officers;

g.   Shotgun/rifle officers;

h.   Specialty Impact Munitions officers; and

i.   Chemical Munitions officers.

C.   **Field Force Command Responsibilities**

1.   Upon arrival at the scene of an incident which prompted a MFF callout, the Commanding Officer of MFF Unit or his designee will:

a.   Ensure staff notifications have been made;

b.   Ensure the Jacksonville Fire and Rescue Department (JFRD) has been requested to respond to the staging area;

c.   Ensure the on-duty watch lieutenant of the Pretrial Detention Facility (PDF) has been notified in order to establish emergency procedures for off-site booking of prisoners;

d.   Ensure the Police Information Officer (PIO) has been notified;

e.   Ensure an adequate staging area has been established;

f.   Ensure MFF staffing assignments are made;

g.   Ensure the following management tactics are employed:

(1)   Command – Assume command of the MFF;

(2)   Containment – Ensure the incident is well contained in order to:

(a)   Keep unnecessary people out of the area;

(b)   Keep the incident from spreading; and

(c)   Keep other, would-be participants out.

(3)   Communication – Ensure communication of pertinent information/events is made to all applicable personnel involved (e.g., command personnel, command post, Communications Center, etc.);

(4) Coordination – Ensure coordination with other divisions, units, and other agencies (e.g., Florida Highway Patrol [FHP], Streets and Highways, etc.); and

(5) Control – After the MFF is assembled, move into the affected area and take control of the incident.

h. Direct the tactical action of the MFF within the inner perimeter;

i. Maintain contact with the on-duty Patrol watch commander in order to monitor the outer perimeter and overall event;

j. Act as liaison and advisor to the on-scene staff member;

k. Direct and supervise support personnel;

l. Authorize the tactical response to resistance to include specialty impact and chemical munitions;

m. Ensure a scribe is designated to record in chronological order all actions of a MFF;

n. Critique and review MFF operations for future training and operations; and

o. Supervise MFF readiness.

2. In the absence of the Commanding Officer of MFF Unit or Assistant Commanding Officer of MFF Unit, the Executive Officer of MFF Unit will assume command of the field force. Duties of the Executive Officer of MFF Unit include:

a. Obtain and distribute all chemical and specialty impact munitions to designated chemical and specialty impact munitions officers;

b. Ensure all necessary equipment is obtained and on site (e.g., arrest transport van, equipment van, shields, water supplies, etc.);

c. Designate a squad leader to act as MFF Executive Officer in the absence of the Commanding Officer of MFF Unit;

d. Ensure the on-duty watch lieutenant of the PDF is notified in order to establish emergency procedures for off-site booking of prisoners.

e. Ensure a scribe is appointed to record in chronological order all activities of the MFF.

f. Ensure all available resources are readily accessible (e.g., phone listings for other government agencies, contact persons, recall lists, Streets and Highways for street sweepers, Homeland Security for Patrol, etc.).

3. A squad leader will supervise a squad consisting of seven officers. All squad leaders will be proficient in the duties of all field force positions. Duties of a squad leader include:

   a. Supervision of line personnel in order to maintain integrity of the line formation and control officer actions;

   b. Deployment of chemical munitions at the direction of the Commanding Officers of MFF Unit or Executive Officer.

   c. Ensure arrests are affected in a safe, controlled manner consistent with field force and JSO approved techniques when acting as an Arrest Team Squad Leader.

D. **Procedures for Mobilization of MFFs**

1. Once it has been determined by an on-duty watch commander or higher authority that it is necessary to initiate a callout of a MFF, the Communications Watch Supervisor shall be requested to notify the Chief of Patrol Support for approval to initiate a callout. Once approved by a chief or higher authority, the following call-out procedures will be implemented:

   a. The Communications Watch Supervisor shall contact the designated MFF Commanders (referring to the respective MFF Emergency Recall Lists). When contacted, the Commanding Officer of MFF Unit, Assistant Commanding Officer of MFF Unit, or Executive Officer of MFF Unit contacted shall implement the following MFF callout procedures:

      (1) Each MFF Unit squad leader (supervisor) or designated alternate will be contacted and advised of the situation and field command post location.

      (2) Each squad leader or his designee will be responsible for contacting personnel assigned to them for emergency recall purposes and advise the member when and to what location to report, the designated radio channel being used, and ensure members respond with all pertinent equipment and with a full tank of gasoline.

      (3) The Commanding Officer of MFF Unit, Assistant Commanding Officer of MFF Unit, or Executive Officer of MFF Unit will be contacted and requested to ensure the arrest transport van, and equipment van with body shields are driven to the command post/staging area.

      (4) Responding field force members shall check-on (10-81) the designated radio channel and advise the Police Emergency Communications Officer (PECO) that they are en route to the command post/staging area.

      (5) Request the Commanding Officer of Intelligence Unit be notified in order to begin intelligence gathering related to the incident.

(6) Request the Chief of Patrol Support be notified in order to establish a liaison with community leaders in the affected area as well as other potentially affected areas.

(7) Request the Commanding Officer of SWAT Unit be notified to assist in chemical and specialty impact munitions requests and other related duties.

b. Upon implementing the callout procedures for the MFF, the Field Force Commanders will respond to the command post/staging area to assemble the arriving field force.

2. The Commanding Officer of MFF Unit, Assistant Commanding Officer of MFF Unit, or Executive Officer of MFF Unit responding to the contingency shall arrange to meet with the supervisor assigned as his Executive Officer at the designated staging area to make field force assignments and complete a roll call. The executive officer or co-executive officer will serve as an aide to the Commanding Officer of MFF Unit and act as second in command. In addition, the executive officer will:

a. Assign arriving personnel (supervisor and officers) to squads utilizing the Mobile Field Force Assignment Form (P-1772).

b. Upon completion of a roll call of field force personnel, the Executive Officer of MFF Unit shall make thirty copies of the roll call for distribution as follows:

(1) Field Command Post – five copies;

(2) Staging Area – four copies;

(3) One copy for each MFF vehicle – 19 copies;

(4) Communications Watch Supervisor – one copy;

(5) Zone commander of affected zone – one copy;

(6) Commanding Officer of MFF Unit– one copy; and

(7) All remaining copies will be maintained at the field command post for distribution as needed.

c. Obtain a map of the affected area and have 20 copies made for use at the field command post.

d. Ensure that the arrest transport van, equipment van, and appropriate number of body shields are brought to the staging area. In addition, arrangements shall be made to secure a water supply for decontamination purposes which can be transported on the arrest van. Extra rounds of ammunition and chemical munitions shall also be secured and made ready for distribution, if necessary.

e. Provide an inventory of chemical munitions on-hand. Issue chemical munitions to MFF Unit squad leaders and Chemical Munitions officers and cause to be completed the Chemical Agent Usage Form (P-1770) documenting usage during the contingency.

f. Serve as scribe to record all actions taken by the MFF Unit to later be compiled into an After Action Report.

3. Upon the Executive Officer of MFF Unit making squad assignments, it will be necessary for each respective squad leader to obtain a second vehicle (chosen from personnel assigned to his squad) and ensure vehicle numbers for vehicles used in his squad are accurately recorded on the Mobile Field Force Assignment Form (P-1772). Each squad leader will ensure each vehicle assigned to his squad is appropriately marked with white shoe polish indicating proper squad designators (e.g., C-10, C-11, D- 20, D-21, etc.). The vehicles will be marked beginning with the Commanding Officer of MFF Unit's vehicle and continuing in descending order for squad assignments as vehicles are placed in a convoy ready for deployment. In addition:

a. Squad leaders will inspect all vehicles assigned to them to ensure the following:

(1) The fuel tank is filled to capacity;

(2) All required equipment is present;

(3) No unauthorized equipment is present; and

(4) Appropriate squad designators are in the upper right quadrant of the rear windshield and the upper left hand quadrant of the front windshield.

b. An extra set of keys for each vehicle used in the convoy will be given to the officers assigned to vehicle security.

4. Once assignments have been made and vehicles assembled in convoy ready for deployment, the Commanding Officer of MFF Unit will conduct a briefing of all assigned personnel. This briefing will include all pertinent intelligence information concerning the event as well as rules of engagement. Upon the conclusion of the briefing the MFF will be deployed to resolve the incident.

E. **Field Force Maneuvers**

1. The Commanding Officer of MFF Unit has the responsibility for making tactical decisions. This includes MFF maneuvers, orders to disperse, and orders for deployment of specialty impact/chemical munitions, and/or other response to resistance tactics. The Commanding Officer of MFF Unit will remain in contact with Incident Commander in order to be kept apprised of intelligence information and further instructions from staff personnel directing the operations.

2. Decisions for arrests will be made by the Commanding Officer of MFF Unit and/or the Arrest Team Supervisor. Arrest teams will remove the most hostile agitators from the crowd first. Arrested persons will be taken to the arrest van accompanying the MFF. Once the arrest van is filled to capacity, prisoners will be transported to the off-site booking location for processing.

3. Every effort should be made to neutralize the catalysts (e.g., burning cars/debris in street) during an incident. This should occur during lull times.

4. Once an incident has been resolved, the Commanding Officer of MFF Unit will:

   a. Ensure measures are in place to secure the scene of the incident so as to prevent further eruptions of violent acts or illegal gatherings;

   b. Ensure a MFF After Action Report is completed; and

   c. Within 10 days of the conclusion of the incident, meet with MFF personnel who were involved, and staff personnel to critique MFF actions and suggest ideas for improvement.

F. **Field Mass Arrest Plan**

1. When unlawful incidents arise out of a situation such as a mass demonstration or a large crowd at a major event, and mass arrests can reasonably be expected, the Incident Commander (Patrol watch commander or higher authority), will issue verbal orders to initiate field processing procedures and notify the on-duty watch lieutenant at the PDF who will activate the Mass Arrest Plan for that facility. A Mass Arrest Plan will only be initiated when the MFF is mobilized.

2. If possible the Incident Commander will estimate the number of anticipated arrests and provide this information to the on-duty PDF watch lieutenant as soon as possible. Based on this estimation, the PDF watch lieutenant shall determine the number of Corrections officers that should be sent to the selected processing area. Additional personnel will be requested as needed.

3. A Field Mass Arrest Kit shall be pre-assembled to contain supplies and equipment which will enable the field processing of arrestees to be completed as quickly and efficiently as possible. The kit will be maintained by the MFF and delivered to personnel assigned to the processing area. The Commanding Officers of MFF Unit are responsible for ensuring that the Mass Arrest Kit is fully stocked and up to date.

4. The electronic Arrest & Booking Report and/or the Juvenile Arrest & Intake Report will be utilized in mass arrest situations as the arresting instrument for adults and juveniles charged with felony or misdemeanor law violations or a violation of a municipal ordinance. Notice to Appear Citations may also be utilized to field release individuals who meet the criteria established in Order 201 (Arrest) and Order 231 (Juvenile Enforcement Programs).

5. Processing area shall be comprised of Corrections officers, Police officers, and Auxillary officers. Auxiliary officers will be activated and assigned those duties commensurate with their authority and to complement processing area teams at off-site processing area locations. When processing area teams are formed, they will be assigned to the processing area outside the perimeter of the incident. PDF transportation van(s) will also be assigned as needed.

   a. Officers assigned to a Processing Area Team will be utilized to:

      (1) Provide protection for the booking operation;

      (2) Complete electronic Arrest & Booking Reports, Notice to Appear Citations, and/or Juvenile Arrest Reports; and

      (3) Storage of evidence.

   b. Officers assigned to the processing area may be tasked with one or more of the following positions:

      (1) Check-In/Master Log-In Officer;

      (2) Processing Area Searching Officer;

      (3) Photographing Officer;

      (4) Transportation Officer;

      (5) Transportation Coordinator;

      (6) Property/Evidence Officer;

      (7) Area Security Officer;

      (8) Interview Officer; and

      (9) Approving Supervisor.

   c. Supervisors assigned to the processing area shall organize the booking teams, designate team leaders, and ensure that each team is equipped with any and all necessary equipment and supplies. The Processing Area supervisors (both Police and Corrections) selected to participate on Processing Area teams will be responsible for the safety and organization of their respective teams, and supervising the overall operation of all booking teams assigned to his squad.

   d. Additional security personnel may be utilized from forces allocated from other agencies in accordance with mutual aid contracts or other interagency agreements.

(1) Personnel provided by other agencies, in accordance with mutual aid agreements shall be utilized for security purposes as needed.

(2) Those personnel with expertise in processing persons under arrest shall be integrated into teams established for the purpose of such. Upon assignment, personnel will be given instruction by the Processing Area supervisor as to JSO's arrest process and procedures.

(3) Those personnel not specifically assigned or integrated into Processing Area teams shall be assigned to teams organized for the purpose of:

(a) Prisoner transportation; and

(b) Guarding and securing prisoners in established areas.

e. Processing Area teams shall be utilized to book mass arrestees in the field. Field booking will consist of:

(1) Accepting prisoners;

(2) Completing electronic Arrest & Booking Reports, Notice to Appear Citation, and/or Juvenile Arrest & Intake Reports;

(3) Accepting property/evidence from officers transporting from MFF Unit operations;

(4) Photographing prisoners;

(5) Secure juvenile offenders separate from adult offenders;

(6) Assuring the separation of male and female arrestees.

(7) Processing Area teams will be assigned radio call numbers for simplicity of radio communications. The Processing Area Team radio call numbers will begin with the number 1 and go in ascending order to accommodate as many teams necessary to fulfill booking needs. Personnel wishing to contact a particular team will do so by voicing the phrase, Processing Team 1, or Processing Team 2, etc;

(8) Officers arriving to the processing area will report to the Processing Area Commander, and receive their assignments. The officer's will sign in and note their assignments on the Processing Area Officer Log-In Sheet. Officers will ensure that they sign out when they are relieved from the Processing Area.

6. Emergency Arrestee Processing Procedures/Field Processing Procedures.

a. When practical, the process area should be located a reasonable distance away from the incident causing the mass arrest situation.

b.  If available, the processing area will be located in a building or a fenced area suitable to provide a secure place for detaining prisoners.

c.  Only in extreme circumstances when no other location is practical, the jail bus or vans will be deployed to detain arrestees for processing security. These vehicles shall be utilized as transports for arrestees.

d.  When arrests are made within the theater of operations, members of a MFF Arrest Team will apprehend and secure arrestees. Arrestees will be removed to the rear of the Field Force line and custody will be transferred to designated Patrol and Corrections officers. These members will move arrestees to the established processing area. Arrestees will be searched before being transported to the processing area.

e.  Arrestees will be searched before loading into the transport vehicle(s).

f.  Interview officers assigned to the processing area completing the arrest affidavit shall use the same Central Communication Record (CCR) number being utilized as the master report CCR number when the arrest is related to the mass arrest incident. Interview officers will utilize a separate CCR number when there is an arrest that requires an Incident Report (i.e., battery on a law enforcement officer, aggravated battery, theft, etc.).

g.  Interview officers assigned to a Processing Area Team shall attempt to ascertain the identification of all individuals arrested to ensure proper completion of field reports.

h.  Procedures for the processing of arrestees are as follows:

(1) Upon reaching the processing area.

(a) Arrestees will be searched again upon arrival to the processing area by the Processing Area Searching officer(s).

(b) If personal property is removed from an arrestee for officer safety considerations (legal pocket knives, cellular phones, legal prescription drugs), it will be placed into a bag, with the arrestees name and booking number notated on it. The bag will be secured by the transportation officer until arrival at the PDF. If the arrestee is field released, their property will be returned at the time of release.

(c) Arrestees will be separated by charges, Male and Female gender, and age (adult/juveniles).

(d) The arrestees will be assigned a field booking number. The number will be preceded with either a M (male), F (female), or J (juvenile). Arrestees booking numbers will also be designated by the Processing Team that completes the Arrest Affidavit and/or Notice to Appear Citation, as well as the order in which they are processed by the Processing Team (e.g., M1-001, F2-006, J3-001).

  (i) The first character reflects male, female or juvenile.

  (ii) The second character identifies the Processing Team that completed the arrest affidavit or Notice to Appear Citation.

  (iii) The third set of characters identifies the order that the arrestee was processed). This number will be included on the first line of the narrative of the arrest affidavit.

 (e) Processing Area Searching officers will utilize inmate armbands to identify an arrestee. The inmate armband shall be placed on the right wrist of each arrestee and shall indicate:

  (i) The name of the arrestee;

  (ii) The Interview Officer making the arrest; and

  (iii) The field booking number assigned to the arrestee.

(2) The Photographing Officer will write the arrestees field booking number and name on the number board (dry marker board), and take a digital photograph of the arrestees' upper body portions and information listed on the number board.

(3) Interview officers shall complete the electronic arrest affidavit. The field booking number which was displayed in the photograph will be recorded in the first line of the narrative.

(4) The Mass Arrest Processing Area Kit shall be maintained by the Commanding Officer of MFF Unit or his designee and distributed to a Processing Area team supervisor (Corrections and/or Police) upon formation and mobilization of the team. The following items will be provided to each team that is mobilized:

 (a) Rubber Nitrile gloves;

 (b) Hand sanitizer;

 (c) Digital cameras;

 (d) Digital memory (for digital cameras);

 (e) Fine tip permanent markers (for armbands);

 (f) Dry marker board;

 (g) Dry erase markers (for dry marker board);

(h)   Large permanent markers (for Property & Evidence bags);

(i)   Blank Arrest & Booking Reports (only in the event that ARMS is unavailable);

(j)   Inmate armbands and supplies needed (i.e., crimpers and hardware);

(k)   Plastic handcuffs;

(l)   Paper towels;

(m)  Hand cleaner;

(n)   Manila envelopes (for personal property);

(o)   Evidence bags;

(p)   Evidence tape;

(q)   Notice to Appear Citations;

(r)   Fingerprint pads;

(s)   Log-In Sheet; and

(t)   Master Arrestee Log-in Sheet.

(5)  Mass Arrest Processing Area kits of equal supply shall be maintained at each zone's substation. The kits will be inspected quarterly by substation personnel and reported to the MFF commanders.

7.   Transportation

a.   The Transportation Coordinating Officer assigned to the processing area shall coordinate the movement of arrestees from the incident location to the processing area. They shall also coordinate movement of arrestees that are to be physically arrested from the Processing Area to the PDF. The Transportation Officer will ensure that vehicles are available to transport and arrestees are not detained beyond a reasonable amount of time prior to processing.

b.   The Transportation officers will search the arrestees before transporting them from the incident to the processing area.

c.   When JSO resources are not available and/or insufficient the JSO shall request available non-departmental transportation from other City of Jacksonville (COJ) departments as needed. This will be coordinated through the COJ Emergency Operation Center.

8.   Evidence and Personal Property

a. Processing of Physical Evidence

    (1) If evidence is seized, the officer seizing the evidence will place same in a separate manila envelope or large bag apart from any personal property taken. Envelopes and/or bags will be sealed (with evidence tape) and marked with the arresting officer's name, identification number, arrestee's name, the field booking number, the date, and the Jail Number along with a list of the contents.

    (2) All sealed evidence envelopes and/or bags will be turned over to the Processing Area Property & Evidence Officer by the officer seizing same. The Processing Area Property/Evidence Officer will place his name, identification number, along with the date and time the evidence was received on the envelope and/or bag containing the evidence.

    (3) The Processing Area Property/Evidence Officer receiving the evidence will be responsible for submitting it to the Property & Evidence Facility at the end of his tour of duty.

b. Personal property shall remain with the arrestee until they reach the PDF. Once there normal procedures for admitting arrestees will apply. Personal property removed from the arrestee(s) for officer safety consideration will be handled as detailed in this order.

9. The Incident Commander, or designated person will ensure a liaison with JFRD is established in order to secure a rescue/paramedic unit for assignment to the processing area to take care of any minor medical matter and/or requests for an ambulance.

**G. Personnel Requirements:**

1. A MFF requires a dedicated team of sworn officers up to 100 members. Personnel requirements are as follows:

a. Three lieutenants to serve as the MFF Co-Commander, and Assistant Commander.

b. 10 supervisors with one supervisor to serve as the Commanders/Assistant Commander MFF Executive Officer, maintaining an activity log, and serving as the alternate Commander in the event the Commander becomes incapacitated. The remaining supervisors will serve as squad leaders.

c. 88 officers.

d. Minimum of one assigned medic.

2. Commanders for a MFF will be selected by the Chief of Patrol Support. All other members will be approved by the Chief of Patrol Support at the recommendation of their respective Patrol zone commanders.

3.  Additional MFF staffing will consist of volunteers from the Patrol Division, Patrol Support Division, and Special Events Division from a cross section of watches.

## IV. CASH HANDLING PROCEDURES

n/a

## V. EVIDENCE HANDLING PROCEDURES

n/a

## VI. SPECIALIZED EQUIPMENT AND SOFTWARE

A.  Chemical Munitions [CALEA 4.1.4]

1.  Chemical agents carried or inventoried for JSO use must be authorized by the Undersheriff or his designee.

2.  The JSO authorized hand held chemical munition will be utilized only by personnel who have been properly trained in its application.

3.  Anytime a person is exposed to a chemical agent, IF practical, that person must be:

    a.  Escorted to an uncontaminated environment;

    b.  Exposed to fresh air; and

    c.  Allowed to flush contaminated body areas with water.

4.  Members shall continually monitor prisoners for symptoms of medical distress which may be considered a medical emergency (e.g., excited delirium).

5.  All incidents involving exposure to a chemical agent will be documented on a MFF After Action Report, when applicable.

6.  Gas weapons (37mm, hand held dispersion device, etc.) shall be used only by a skilled officer trained in their use and with the prior approval of the Commanding Officers of MFF Unit, Assistant Commanding Officer of MFF Unit, MFF Executive Officer, or MFF Squad Leader permission. [CALEA 4.3.1]

B.  Specialty Impact Weapons [CALEA 4.1.4]

1.  Specialty impact weapons are those munitions assigned to MFF which are fired, launched, or otherwise propelled for the purpose of encouraging compliance, overcoming resistance, or

preventing serious injury without a significant likelihood of causing death. Only the Commanding Officer of MFF Unit, Assistant Commanding Officer of MFF Unit, Executive Officer of MFF Unit, or MFF squad leader may authorize the use of specialty impact weapons assigned to MFF. [CALEA 46.2.3]

2. Use of specialty impact weapons may occur when the suspect has resisted at a minimum with active physical resistance. Specialty impact weapons may be utilized to neutralize a significant immediate threat, which may otherwise justify the use of deadly force.

3. The employment and the use of specialty impact weapons are aggressive and decisive actions, which may assist in achieving the goal of protection of life and property and/or restoring order. They may be considered whenever the use of non-deadly options are exhausted and if an active physical resistance situation arises in order to assist in enabling an arrest, restoring order, and/or reducing the risk of more serious injury.

4. Only personnel who have successfully completed an agency approved training course in the proper use and deployment of specialty impact weapons will be authorized to use them during actual operations. In order to remain current in the use of these munitions and retain the authorization to deploy them, personnel authorized in the use of these munitions shall complete a refresher course and qualify once every 12 months.

5. Only factory-loaded specialty impact munitions are to be utilized during actual operations and each round visually inspected by the individual operator and one other MFF team member during the loading process. [CALEA 4.3.1]

6. In order to prevent loading of lethal ammunition into a non-deadly designated firearm, each firearm designated to be a specialty impact weapons firearm will be conspicuously marked.

7. Officers deploying specialty impact munitions shall not intentionally target a subject's head or neck, unless the circumstances justify the use of deadly force.

8. Crime Scene Unit (CSU) detectives will photograph all injuries to persons struck by specialty impact munitions. These photographs will be maintained with the case file.

9. Qualified medical personnel will inspect all persons struck by specialty impact munitions for injury. Those persons not transported by rescue will be transported to UF Health Jacksonville by the reporting officer to be examined by emergency room personnel. [CALEA 4.1.5].

10. Anytime a specialty impact weapons firearm is discharged, other than for training purposes, a MFF After Action Report must be completed. This form shall be routed through the MFF chain of command and a copy forwarded to the Accreditation Unit.

11. All MFF response to resistance incidents shall be documented in either a Response to Resistance Report (i.e., firearm use or restraint use) or in a MFF After Action Report (i.e., chemical munitions, Conducted Energy Weapon [CEW], impact munitions, or ballistic

breaching use) in the ARMS system. Any force used by JSO shall be subject to review by the Response to Resistance Review Board.

C.  Stinger Grenade

The stinger grenade is a combination less lethal impact munition and diversion device that may incorporate optional chlorobenzalmalononitrile (CS) or oleoresin capsicum (OC) laden powder, if desired. The stinger grenade is a maximum effect device as it delivers up to four stimuli for a psychological and physiological effect to include: rubber pellets, light, sound, and optional chemical agent or OC.

D.  Authorized Firearms and Ammunition [CALEA 4.3.1, 46.2.3]

| Firearm | Type | Caliber | Ammunition |
|---|---|---|---|
| AR-15/ M-16 | Semi-Automatic rifle | .223 Cal/5.56mm | Federal 55 gr. BTHP |
| Glock 17 | Semi-automatic handgun | S&W 9mm | Winchester Ranger SXT, 127 gr. |
| Glock 34 | Semi-automatic handgun | S&W 9mm | Winchester Ranger SXT, 127 gr. |

E.  Approved Less Lethal Weapon Systems [CALEA 4.1.4, 4.3.1, 46.2.3]

The following is a list of less lethal weapons issued to MFF Unit members:

| System | Type | Caliber | Munitions |
|---|---|---|---|
| Penn Arms 40 MM L6 | Less Lethal Multi-Launcher | 40 MM | Exact Impact 1006 foam round |
| Federal Laboratories 201-Z | Single launcher (gas) | 37 MM | 37 MM Ferret Barricade CS round/ NO. 12 Heavy Barricade Round CS- 37MM |
| Penn Arms L-8 37MM | Chemical Munitions Multi-Launching System | 37 MM | 37 MM Ferret Barricade CS round |
| X26P Advanced Taser | Battery powered conducted energy device that causes electro muscular disruption | N/A | Probe deployed wires or touch stun method |

## VII.  VEHICLES (SPECIALIZED AND/OR POOL)

The MFF will maintain the following vehicles:

1.  Box truck;

    a.  Used for transportation of equipment to MFF operations.

    b.  A CDL is required to operate the box truck.

2. Heavy-duty pick-up truck; and

   Used for transportation of MFF trailer

3. 10 foot enclosed trailer.

   Used for storage and transportation of MFF equipment.

## VIII. BUILDING / OFFICE SECURITY

n/a

## IX. UNIT MEETINGS

Commanding Officers of MFF Unit will meet with MFF Supervisor on a regular basis to discuss training needs and ensure consistency in training.

## X. UNIFORM / DRESS CODE

A. In addition to standard equipment issued to sworn patrol officers, all MFF members will be issued the following equipment: [CALEA 22.1.6]

1. One pair of black battle dress uniform (BDU) pants;

2. One black BDU shirt with JSO patches;

3. One gas mask and carrying case;

4. One pair of boots;

5. One pair of gloves; and

6. Black ballistic MFF vest with identifier.

B. Officers will wear issued uniform to all training, and have all issued equipment with them at all times.

## XI. UNIT REPORTS (INTERNAL & EXTERNAL)

A MFF After Action Report in the ARMS System will be completed by each officer for all pre-planned events and callouts. [CFA 17.10]

All monthly training agendas are completed by the commanding officer of MFF Unit and forwarded to the Accreditation Unit by the fifth day of the following month.

**XIII. MEMBER SELECTION**

MFF Selection Process

1. MFF selection will be conducted periodically on an as needed basis to be determined by the Commanding Officers of MFF Unit. Before being permanently assigned to the MFF Unit, officers will need to meet the following requirements:

   a. Must have successfully completed probation;

   b. Must have no less than a satisfactory evaluation during the last rating period;

   c. Must have no suspensions within the past year; and

   d. Members shall be required to a qualified level of competency on the JSO physical agility test (PAT).

2. Applicants will be evaluated by MFF Unit members during a three month period. Upon successful completion of the three month period, the MFF Unit will determine the compatibility of the officer being assessed and will either:

   a. Offer the officer a permanent status position with the MFF Unit; or

   b. Advise the officer of deficiencies and/or incompatibility issues and recommend ways to improve and overcome those.

3. Upon acceptance of a permanent position, the officer has 12 months to register and attend the MFF Operations course offered through the Federal Emergency Management Agency (FEMA).

**XIV. MEMBER TRAINING**

A. Training days will be designated and all members will attend unless excused by the Commanding Officer of MFF Unit or their designee. The location, time, and curriculum will be at the discretion of the Commanding Officer of MFF Unit.

B. All members are required to attend a minimum of 200 hours of MFF training annually. An excused absence by the Commanding Officer of MFF Unit or his designee will not count against the member. If a member does not meet this requirement, the violation will be evaluated by the

command staff and actions can be taken against the member up to a recommendation of removal from the MFF Unit.

C. The MFF Unit will participate in joint training and readiness exercises with other members of the surrounding counties.

D. Members of the MFF Unit will be required to qualify annually with issued weapons. Training records documenting firearms training and qualification will be maintained by the MFF Training Coordinator (Executive Officer or his designee). Only members properly trained and authorized shall utilize these weapon systems.

E. Members of the MFF Unit will be required to attend annual familiarization training with issued less lethal weapon systems. Training records documenting specialty impact munitions training and qualification will be maintained by the MFF Training Coordinator. Only members properly trained and authorized shall utilize these weapon systems.

F. All MFF Unit members training will be documented in PowerDMS.

| References: |
| --- |

**2.    Declaration of Assistant Chief W. Mike Johnson**

Composite Exhibit B:  Incident Action Plan (5.31.2020)

| Incident Name<br>CCOJ - JSO Countywide<br>Readiness | Operational Period | Date From 05/31/2020<br>Time From 06:00 | Date To 05/31/2020<br>Time To 18:00 |
|---|---|---|---|
| **Approved by** | **Name**<br>Jackson Short | **Title**<br>Incident Command | **Date/Time Approved**<br>05/31/2020 12:50:05 |

# Incident Action Plan

JSO Countywide Readiness

**Prepared by**

Name  G. Pangelinan

Signature _____

Position/Title  SITL

Date/Time  05/31/2020 02:28:22

# Incident Objectives (ICS 202)

| Incident Name CCOJ - JSO Countywide Readiness | Operational Period | Date From 05/31/2020 Time From 06:00 | Date To 05/31/2020 Time To 18:00 |
|---|---|---|---|

**Objective(s)**

*Provide supplemental patrol for calls for service and violent incidents citywide
*Provide protection force for JFRD designated stations and Headquarters
*Ensure the protection of critical infrastructures in each zone
*Provide security for Downtown Jax protest events

**Operational Period Command Emphasis**

**General Situational Awareness (Weather, General Safety Message)**

**Site Safety Plan Required?**

Yes ☐   No ☑

  Approved Site Safety Plan(s) Located At:

**Incident Action Plan (the items checked below are included in this Incident Action Plan)**

| | | |
|---|---|---|
| ☑ ICS 200 | ☐ ICS 205A | ☐ ICS 211p-OS |
| ☐ ICS 201 | ☑ ICS 206 | ☐ ICS 215 |
| ☑ ICS 202 | ☑ ICS 207 | ☐ ICS 215A |
| ☑ ICS 203 | ☑ ICS 208 | ☐ ICS 220 |
| ☑ ICS 204 | ☐ ICS 209 | ☑ ICS 230 |
| ☑ ICS 205 | ☐ ICS 211e-OS | |

**Prepared by**

Name  G. Pangelinan

Signature

Position/Title  SITL

Date/Time  05/30/2020 23:58:43

# Organization Assignment List (ICS 203)

| Incident Name CCOJ - JSO Countywide Readiness | Operational Period | Date From 05/31/2020 Time From 06:00 | Date To 05/31/2020 Time To 18:00 |
|---|---|---|---|

| Incident Commander(s) and Command Staff | | Operations Section | |
|---|---|---|---|
| IC/UCs | J.W. Short (JSO) | Chief | T. Cox (JSO) |
| | | Deputy | M. Shell (JSO) |
| | | JFRD/JSO | J. Ricks (JSO) |
| Deputy | | Staging Area | |
| Safety Officer | M. Senterfitt (JSO) | JSO East | |
| Public Info. Officer | C. Meyer (JSO) | Branch Director | |
| Liason Officer | M. Zarka (JSO) / S. Hall (JFRD-EPD) | Deputy | |
| Agency/Organization Representatives | | Zone 1 | J. Judge (SO21) |
| Agency/Organization | Name | Zone 2 | L. Burton (SO22) |
| JSO | A. Ayoub | Zone 3 | P. Restivo (SO23) |
| JSO | C. Cowan | JSO West | |
| | | Branch Director | |
| | | Deputy | |
| | | Zone 4 | D. Shelton (SO24) |
| | | Zone 5 | R. Burns III (SO25) |
| | | Zone 6 | G. Burton (SO26) |
| Planning Section | | JSO/JFRD | |
| Chief | R. Silcox (JSO) | Branch Director | |
| Deputy | S. Allen (JSO) | Deputy | |
| Resources Unit | A. Tarver (JSO) | JSO/JFRD | J. Ricks (174) |
| Situation Unit | J. Moody (JSO) | Mobile Field Force | |
| Documentation Unit | | Branch Director | |
| Demobilization Unit | | Deputy | |
| Technical Specialists | A. Goethe (JSO-INTEL) | Mobile Field Force | W. Johnson (SO28) |
| | | Air Operations Branch | |
| | | Air Ops Branch Dir. | |
| | | | |
| Logistics Section | | | |
| Chief | N. Tomlin (JSO) / B. Peterson (JFRD-EPD) | Finance/Administration Section | |
| Deputy | | Chief | M. Conger (JSO) |
| Support Branch | | Deputy | |
| Director | | Time Unit | |
| Supply Unit | | Procurement Unit | |
| Facilities Unit | | Comp/Claims Unit | |
| Ground Support Unit | | Cost Unit | |
| Service Branch | | | |
| Director | | | |
| Communications Unit | | | |
| Medical Unit | | | |
| Food Unit | | | |

| Prepared by | |
|---|---|
| Name A. Tarver | Position/Title RESL |
| Signature _____ | Date/Time 05/31/2020 00:51:36 |

# Assignment List (ICS 204)

| Incident Name CCOJ - JSO Countywide Readiness | Operational Period | Date From 05/31/2020 Time From 06:00 | Date To 05/31/2020 Time To 18:00 |
|---|---|---|---|
| **Branch** JSO East | **Division/Group** Zone 1 | **Staging Area** | |

| Operations Personnel | Name | Contact-Number(s) |
|---|---|---|
| Operations Section Chief: | T. Cox (JSO) | |
| Branch Director: | | |
| Division/Group Supervisor: | J. Judge (SO21) | 904-424-4187 / 904-955-2075 |

**Resources Assigned**

| Resource Identifier | Leader | # of Persons | Contact (e.g., phone, pager, radio frequency, etc.) | Reporting Location, Special Equipment and Supplies, Remarks, Notes, Information |
|---|---|---|---|---|
| Zone 1 ST 1 | J. Nobles (742) | 5 | 904-591-3696 / A-1 | See Team Leader |
| Zone 1 ST 2 | T. Terrell (715) | 6 | 904-233-4055 / A-1 | See Team Leader |
| Zone 1 Critical Infrastructures ST | J. Nobles (742) | 1 | 904-591-3696 / A-1 | See Team Leader |

**Work Assignments**

*Provide supplemental patrol for calls for service and violent incidents citywide
*Ensure the protection of critical infrastructures in each zone

**Special Instructions**

**Communications (radio and/or phone contact numbers needed for this assignment)**

| Name | Function | Primary Contact (indicate cell, pager, or radio) |
|---|---|---|
| JSO Radio | Zone 1 ST Operations | A-1 |

**Map / Image**

**Prepared by**

Name  A. Tarver

Position/Title  ResL

Signature _____

Date/Time  05/31/2020 00:59:12

# Assignment List (ICS 204)

| Incident Name<br>CCOJ - JSO Countywide Readiness | Operational Period | Date From 05/31/2020<br>Time From 06:00 | Date To 05/31/2020<br>Time To 18:00 |
|---|---|---|---|
| Branch<br>JSO East | Division/Group<br>Zone 2 | Staging Area | |

| Operations Personnel | Name | | Contact-Number(s) |
|---|---|---|---|
| Operations Section Chief: | T. Cox (JSO) | | |
| Branch Director: | | | |
| Division/Group Supervisor: | L. Burton (SO22) | | 904-885-0646 |

## Resources Assigned

| Resource Identifier | Leader | # of Persons | Contact (e.g., phone, pager, radio frequency, etc.) | Reporting Location, Special Equipment and Supplies, Remarks, Notes, Information |
|---|---|---|---|---|
| Zone 2 ST 1 | D. Cooper (711) | 8 | 904-707-5334 / A-2 | See Team Leader |
| Zone 2 ST 2 | A. Ardizzoni (618) | 8 | 904-662-3789 / A-2 | See Team Leader |
| Zone 2 Critical Infrastructures ST | D. Hall (130) | 3 | 904-703-2836 / A-2 | See Team Leader |

## Work Assignments

*Provide supplemental patrol for calls for service and violent incidents citywide
*Ensure the protection of critical infrastructures in each zone

## Special Instructions

## Communications (radio and/or phone contact numbers needed for this assignment)

| Name | Function | Primary Contact (indicate cell, pager, or radio) |
|---|---|---|
| JSO Radio | Zone 2 ST Operations | A-2 |

## Map / Image

## Prepared by

| Name  A. Tarver | Position/Title  ResL |
|---|---|
| Signature _____ | Date/Time  05/31/2020 01:01:34 |

# Assignment List (ICS 204)

| Incident Name<br>CCOJ - JSO Countywide Readiness | Operational Period | Date From 05/31/2020<br>Time From 06:00 | Date To 05/31/2020<br>Time To 18:00 |
|---|---|---|---|
| **Branch**<br>JSO East | **Division/Group**<br>Zone 3 | **Staging Area** | |

| Operations Personnel | Name | | Contact-Number(s) |
|---|---|---|---|
| **Operations Section Chief:** | T. Cox (JSO) | | |
| **Branch Director:** | | | |
| **Division/Group Supervisor:** | P. Restivo (SO23) | | 904-697-8309 / 904-463-3327 |

**Resources Assigned**

| Resource Identifier | Leader | # of Persons | Contact (e.g., phone, pager, radio frequency, etc.) | Reporting Location, Special Equipment and Supplies, Remarks, Notes, Information |
|---|---|---|---|---|
| Zone 3 ST 1 | A. Haberman (746) | 10 | 904-699-8634 / A-3 | See Team Leader |
| Zone 3 Critical Infrastructures ST | R. Johnson (622) | 10 | 904-631-2095 / A-3 | See Team Leader |

**Work Assignments**

*Provide supplemental patrol for calls for service and violent incidents citywide
*Ensure the protection of critical infrastructures in each zone

**Special Instructions**

**Communications (radio and/or phone contact numbers needed for this assignment)**

| Name | Function | Primary Contact (indicate cell, pager, or radio) |
|---|---|---|
| JSO Radio | Zone 3 ST Operations | A-3 |

**Map / Image**

| Prepared by | |
|---|---|
| Name  A. Tarver | Position/Title  ResL |
| Signature _____ | Date/Time  05/31/2020 01:05:37 |

# Assignment List (ICS 204)

| Incident Name<br>CCOJ - JSO Countywide Readiness | Operational Period | Date From 05/31/2020<br>Time From 06:00 | Date To 05/31/2020<br>Time To 18:00 |
|---|---|---|---|
| Branch<br>JSO West | Division/Group<br>Zone 4 | Staging Area | |

| Operations Personnel | Name | | Contact-Number(s) |
|---|---|---|---|
| Operations Section Chief: | T. Cox (JSO) | | |
| Branch Director: | | | |
| Division/Group Supervisor: | D. Shelton (SO24) | | 904-403-7254 |

## Resources Assigned

| Resource Identifier | Leader | # of Persons | Contact (e.g., phone, pager, radio frequency, etc.) | Reporting Location, Special Equipment and Supplies, Remarks, Notes, Information |
|---|---|---|---|---|
| Zone 4 ST 1 | M. Moon (737) | 7 | 904-591-2763 / A-4 | See Team Leader |
| Zone 4 Critical Infrastructures ST | C. Dyal (608) | 10 | 904-813-2474 / A-4 | See Team Leader |

## Work Assignments

*Provide supplemental patrol for calls for service and violent incidents citywide
*Ensure the protection of critical infrastructures in each zone

## Special Instructions

## Communications (radio and/or phone contact numbers needed for this assignment)

| Name | Function | Primary Contact (indicate cell, pager, or radio) |
|---|---|---|
| JSO Radio | Zone 4 ST Operations | A-4 |

| Map / Image |
|---|

| Prepared by | |
|---|---|
| Name  A. Tarver | Position/Title  ResL |
| Signature _____ | Date/Time  05/31/2020 01:14:28 |

# Assignment List (ICS 204)

| Incident Name CCOJ - JSO Countywide Readiness | Operational Period | Date From 05/31/2020 Time From 06:00 | Date To 05/31/2020 Time To 18:00 |
|---|---|---|---|
| Branch JSO West | Division/Group Zone 5 | Staging Area | |

| Operations Personnel | Name | | Contact-Number(s) |
|---|---|---|---|
| Operations Section Chief: | T. Cox (JSO) | | |
| Branch Director: | | | |
| Division/Group Supervisor: | R. Burns III (SO25) | | 904-699-1120 |

## Resources Assigned

| Resource Identifier | Leader | # of Persons | Contact (e.g., phone, pager, radio frequency, etc.) | Reporting Location, Special Equipment and Supplies, Remarks, Notes, Information |
|---|---|---|---|---|
| Zone 5 ST 1 | T. Jones (640) | 7 | 904-483-8706 / A-5 | See Team Leader |
| Zone 5 ST 2 | A. Alston (770) | 7 | 904-710-7401 / A-5 | See Team Leader |
| Zone 5 Critical Infrastructures ST | A. Carnes (623) | 2 | 904-945-5880 / A-5 | See Team Leader |

## Work Assignments

*Provide supplemental patrol for calls for service and violent incidents citywide
*Ensure the protection of critical infrastructures in each zone

## Special Instructions

## Communications (radio and/or phone contact numbers needed for this assignment)

| Name | Function | Primary Contact (indicate cell, pager, or radio) |
|---|---|---|
| JSO Radio | Zone 5 ST Operations | A-5 |

## Map / Image

## Prepared by

Name  A. Tarver

Position/Title  ResL

Signature _____

Date/Time  05/31/2020 01:20:09

# Assignment List (ICS 204)

| Incident Name<br>CCOJ - JSO Countywide Readiness | Operational Period | Date From 05/31/2020<br>Time From 06:00 | Date To 05/31/2020<br>Time To 18:00 |
|---|---|---|---|
| **Branch**<br>JSO West | **Division/Group**<br>Zone 6 | **Staging Area** | |

| Operations Personnel | Name | | Contact-Number(s) |
|---|---|---|---|
| **Operations Section Chief:** | T. Cox (JSO) | | |
| **Branch Director:** | | | |
| **Division/Group Supervisor:** | G. Burton (SO26) | | 904-629-5378 / 904-832-2140 |

## Resources Assigned

| Resource Identifier | Leader | # of Persons | Contact (e.g., phone, pager, radio frequency, etc.) | Reporting Location, Special Equipment and Supplies, Remarks, Notes, Information |
|---|---|---|---|---|
| Zone 6 ST 1 | H. Baker IV (755) | 4 | 904-219-4569 / A-6 | See Team Leader |
| Zone 6 ST 2 | H. Baker IV (755) | 3 | 904-219-4569 / A-6 | See Team Leader |
| Zone 6 Critical Infrastructures ST | H. Baker IV (755) | 2 | 904-219-4569 / A-6 | See Team Leader |

## Work Assignments

*Provide supplemental patrol for calls for service and violent incidents citywide
*Ensure the protection of critical infrastructures in each zone

## Special Instructions

## Communications (radio and/or phone contact numbers needed for this assignment)

| Name | Function | Primary Contact (indicate cell, pager, or radio) |
|---|---|---|
| JSO Radio | Zone 6 ST Operations | A-6 |

## Map / Image

## Prepared by

Name  A. Tarver

Position/Title ResL

Signature _____

Date/Time 05/31/2020 01:22:39

# Assignment List (ICS 204)

| Incident Name CCOJ - JSO Countywide Readiness | Operational Period | Date From 05/31/2020 Time From 06:00 | Date To 05/31/2020 Time To 18:00 |
|---|---|---|---|
| **Branch** JSO/JFRD | **Division/Group** JSO/JFRD | **Staging Area** | |

| Operations Personnel | Name | Contact-Number(s) |
|---|---|---|
| **Operations Section Chief:** | T. Cox (JSO) | |
| **Branch Director:** | | 904-238-2745 |
| **Division/Group Supervisor:** | J. Ricks (174) | 904-238-2745 |

**Resources Assigned**

| Resource Identifier | Leader | # of Persons | Contact (e.g., phone, pager, radio frequency, etc.) | Reporting Location, Special Equipment and Supplies, Remarks, Notes, Information |
|---|---|---|---|---|
| JSO/JFRD Station 1 TF | A. Brandon (J251) | 2 | 904-635-4116 | Location: 611 N. Liberty St. (Hours: 0600-1800) |
| JSO/JFRD Station 2 TF | J. Vasser (2408) | 2 | 904-910-7453 | Location: 1355 N. Main St. (Hours: 0600-1800) |
| JSO/JFRD Station 4 TF | J. Gray (MTR06) | 2 | 904-612-7826 | Location: 639 W. Duval St. (Hours: 0600-1800) |
| JSO/JFRD Station 7 TF | A. Cobb (8729) | 2 | 904-477-1341 | Location: 2346 Division St. (Hours: 0600-1800) |
| JSO/JFRD Station 9 TF | M. Sosa (1236) | 2 | 904-534-8718 | Location: 4560 N. Main St. (Hours: 0600-1800) |
| JSO/JFRD Station 18 TF | S. Strickland (8173) | 2 | 904-626-2770 | Location: 3504 N. Myrtle Ave. (Hours: 0600-1800) |
| JSO/JFRD Station 24 TF | S. Fusco (8570) | 2 | 904-545-1333 | Location: 9247 Lem Turner Rd. (Hours: 0600-1800) |
| JSO/JFRD Station 36 TF | K. Bush (8611) | 2 | 904-386-8401 | Location: 2926 Lippia Rd. (Hours: 0600-1800) |
| JSO/JFRD HQ TF | M. Chizik (8167) | 2 | 904-738-5859 | Location: 515 N. Julia St. (Hours: 0600-1800) |
| Rescue ST | C. Ray (765) | 9 | 904-504-3388 | Location: K-9 Barn |

**Work Assignments**

*Provide protection force for JFRD designated stations and Headquarters

**Special Instructions**

**Communications (radio and/or phone contact numbers needed for this assignment)**

| Name | Function | Primary Contact (indicate cell, pager, or radio) |
|---|---|---|
| JSO/JFRD TF Operations | JSO/JFRD TF Operations | Zone Specific |

**Map / Image**

| Prepared by | |
|---|---|
| Name A. Tarver | Position/Title ResL |
| Signature _____ | Date/Time 05/31/2020 01:24:17 |

# Assignment List (ICS 204)

| Incident Name<br>CCOJ - JSO Countywide Readiness | Operational Period | Date From 05/31/2020<br>Time From 06:00 | Date To 05/31/2020<br>Time To 18:00 |
|---|---|---|---|
| **Branch**<br>Mobile Field Force | **Division/Group**<br>Mobile Field Force | **Staging Area** | |

| Operations Personnel: | Name | Contact-Number(s) |
|---|---|---|
| Operations Section Chief: | T. Cox (JSO) | |
| Branch Director: | | 904-718-3259 |
| Division/Group Supervisor: | W. Johnson (SO28) | 904-718-3259 |

## Resources Assigned

| Resource Identifier | Leader | # of Persons | Contact (e.g., phone, pager, radio frequency, etc.) | Reporting Location, Special Equipment and Supplies, Remarks, Notes, Information |
|---|---|---|---|---|
| Extrication ST | C. Deal IV (650) | 9 | 904-999-8210 / A-13 | See Team Leader |
| Narc Extrication Arrest ST | J. Carpenter III (805) | 10 | A-13 | See Team Leader |
| Line ST 2 | C. James (725) | 9 | 904-814-7144 / A-13 | See Team Leader |
| Narc Arrest ST 2 | D. Hughes (802) | 8 | A-13 | See Team Leader |
| Tango ST | R. Weeks (719) | 8 | 904-993-0350 / A-13 | See Team Leader |
| Line 3 ST | A. Givens (669) | 9 | 904-588-8082 / A-13 | See Team Leader |
| Narc Arrest 3 ST | R. Adams Jr. (806) | 11 | A-13 | See Team Leader |
| Line 1 ST | J. Kirkland (677) | 9 | 904-708-9916 / A-13 | See Team Leader |
| Narc Arrest 1 ST | R. Cole (803) | 11 | A-13 | See Team Leader |
| Support Staff ST | P. Bouda II (614) | 7 | 352-219-8331 / A-13 | See Team Leader |

## Work Assignments

*Provide security for Downtown Jax protest events

## Special Instructions

## Communications (radio and/or phone contact numbers needed for this assignment)

| Name | Function | Primary Contact (indicate cell, pager, or radio) |
|---|---|---|
| JSO Radio | Mobile Field Force Operations | A-13 |

## Map / Image

## Prepared by

| Name A. Tarver | Position/Title ResL |
|---|---|
| Signature _____ | Date/Time 05/31/2020 01:37:28 |

# Incident Radio Communications Plan (ICS 205)

| Incident Name | Operational Period | | |
|---|---|---|---|
| CCOJ - JSO Countywide Readiness | | Date From  05/31/2020 | Date To  05/31/2020 |
| | | Time From  06:00 | Time To  18:00 |

Basic Radio Channel Use

| Zone Grp. | Ch # | Function | Channel Name/ Trunked Radio System Talkgroup | Assignment | Rx Freq N or W | RX Tone/NAC | TX Freq N or W | TX Tone/NAC | Mode (A, D, or M) |
|---|---|---|---|---|---|---|---|---|---|
| JSO A | Zone Specific | JSO/JFRD TF Operations | Zone Specific | JSO/JFRD TF Operations | N | 293 | N | 293 | D |
| | | Remarks | | | | | | | |
| JSO A | 13 | Mobile Field Force ST Operations | A-13 | Mobile Field Force ST Operations | N | 293 | N | 293 | D |
| | | Remarks | | | | | | | |
| JSO A | 6 | JSO West Operations | A-6 | JSO West Operations | N | 293 | N | 293 | D |
| | | Remarks | | | | | | | |
| JSO A | 5 | JSO West Operations | A-5 | JSO West Operations | N | 293 | N | 293 | D |
| | | Remarks | | | | | | | |
| JSO A | 4 | JSO West Operations | A-4 | JSO West Operations | N | 293 | N | 293 | D |
| | | Remarks | | | | | | | |
| JSO A | 3 | JSO East ST Operations | A-3 | JSO East ST Operations | N | 293 | N | 293 | D |
| | | Remarks | | | | | | | |
| JSO A | 2 | JSO East ST Operations | A-2 | JSO East ST Operations | N | 293 | N | 293 | D |
| | | Remarks | | | | | | | |
| JSO A | 1 | JSO East ST Operations | A-1 | JSO East ST Operations | N | 293 | N | 293 | D |
| | | Remarks | | | | | | | |

**Special Instructions**

Prepared by

Name  G. Pangelinan                                      Position/Title  SITL

Signature _____                          Date/Time  05/31/2020 01:56:54

# Medical Plan (ICS 206)

| Incident Name<br>CCOJ - JSO Countywide Readiness | Operational Period | Date From 05/31/2020<br>Time From 06:00 | Date To 05/31/2020<br>Time To 18:00 |
|---|---|---|---|

## Medical Aid Stations

| Name | Location | Contact<br>Number(s)/Frequency | Paramedics<br>on Site? |
|---|---|---|---|
| | | | |

## Transportation (indicate air or ground)

| Air/Ground | Ambulance Service | Location | Contact<br>Number(s)/Frequency | Level of Service |
|---|---|---|---|---|
| Ground | Jacksonville Fire & Rescue Department | 515 N. Julia St. Jacksonville, FL | 9-1-1 | ALS |

## Hospitals

| Hospital Name | Address,<br>Latitude & Longitude<br>if Helipad | Contact<br>Number(s)/<br>Frequency | Travel Time Air | Travel Time Ground | Trauma<br>Center | Burn Center | Helipad |
|---|---|---|---|---|---|---|---|
| St. Vincent's - South | 4201 Belfort Rd Jacksonville, FL | 904-296-3700 | | 15<br>minutes | No | No | Yes |
| St. Vincent's - Riverside | 1 Shircliff Way Jacksonville, FL | 904-308-7300 | | 10<br>minutes | No | No | Yes |
| Memorial Medical Center | 3625 University Blvd S. Jacksonville, FL | 904-702-6111 | | 10<br>minutes | No | No | Yes |
| Baptist Medical Center | 800 Prudential Dr. Jacksonville, FL | 904-202-2000 | | 5<br>minutes | No | No | Yes |
| UF Health - Jacksonville | 655 W. 8th St. Jacksonville, FL | 904-244-0411 | | 5<br>minutes | Level I | No | Yes |

## Special Medical Emergency Procedures

☐ Check box if aviation assets are utilized for rescue. If assets are used, coordinate with Air Operations.

**Prepared by**

Name G. Pangelinan                     Position/Title SITL

Signature _____          Date/Time 05/31/2020 02:20:00

# Incident Organization Chart (ICS 207)

| Incident Name<br>CCOJ - JSO Countywide<br>Readiness | Operational Period | Date From 05/31/2020<br>Time From 06:00 | Date To 05/31/2020<br>Time To 18:00 |
|---|---|---|---|

**Organization Chart**



**Command Staff**

- Incident Commander — J.W. Short (JSO)
- Public Information Officer — C. Meyer (JSO)
- Liason Officer — M. Zarka (JSO) / S. Hall (JFRD-EPD)
- Safety Officer — M. Senterfitt (JSO)

**Prepared by**

Name G. Pangelinan     Position/Title SITL

Signature     Date/Time 05/31/2020 02:07:10

# Incident Organization Chart (ICS 207)

| Incident Name CCOJ - JSO Countywide Readiness | Operational Period | Date From 05/31/2020 Time From 06:00 | Date To 05/31/2020 Time To 18:00 |
|---|---|---|---|

**Organization Chart**

## Planning Section

**Section Chief**
R. Silcox (JSO)

**Situation Unit Leader**
J. Moody (JSO)

**Technical Specilialists**
A. Goethe (JSO-INTEL)

**Resources Unit Leader**
A. Tarver (JSO)

**Prepared by**

Name G. Pangelinan

Position/Title SITL

Signature

Date/Time 05/31/2020 02:07:10

# Incident Organization Chart (ICS 207)

| Incident Name<br>CCOJ - JSO Countywide Readiness | Operational Period | Date From 05/31/2020<br>Time From 06:00 | Date To 05/31/2020<br>Time To 18:00 |
|---|---|---|---|

**Organization Chart**

**Finance/Administration Section**

| Section Chief |
|---|
| M. Conger (JSO) |

**Prepared by**

Name G. Pangelinan      Position/Title SITL

Signature _____      Date/Time 05/31/2020 02:07:10

# Incident Organization Chart (ICS 207)

| Incident Name CCOJ - JSO Countywide Readiness | Operational Period | Date From 05/31/2020 Time From 06:00 | Date To 05/31/2020 Time To 18:00 |
|---|---|---|---|

**Organization Chart**

Logistics Section

**Section Chief**

N. Tomlin (JSO) / B. Peterson (JFRD-EPD)

**Prepared by**

Name  G. Pangelinan

Position/Title  SITL

Signature _____

Date/Time  05/31/2020 02:07:10

# Incident Organization Chart (ICS 207)

| Incident Name | Operational Period | Date From 05/31/2020 | Date To 05/31/2020 |
| CCOJ - JSO Countywide Readiness | | Time From 06:00 | Time To 18:00 |

**Organization Chart**

## Operations Section

**Section Chief**
T. Cox (JSO)

**Deputy**
M. Shell (JSO)

**Prepared by**

Name  G. Pangelinan            Position/Title  SITL

Signature _____     Date/Time 05/31/2020 02:07:10

# Incident Organization Chart (ICS 207)

| Incident Name<br>CCOJ - JSO Countywide Readiness | Operational Period | Date From 05/31/2020<br>Time From 06:00 | Date To 05/31/2020<br>Time To 18:00 |
|---|---|---|---|

**Organization Chart**

# Operations Section Branches

## JSO West

- Director
  - Deputy
    - Zone 6 — Leader: G. Burton (SO26)
    - Zone 5 — Leader: R. Burns III (SO25)
    - Zone 4 — Leader: D. Shelton (SO24)

## JSO East

- Director
  - Deputy
    - Zone 3 — Leader: P. Restivo (SO23)
    - Zone 2 — Leader: L. Burton (SO22)
    - Zone 1 — Leader: J. Judge (SO21)

## JSO/JFRD

- Director
  - Deputy
    - JSO/JFRD
    - JSO/JFRD — Leader: J. Ricks (174)

## Mobile Field Force

- Director
  - Deputy
    - Mobile Field Force
    - Mobile Field Force — Leader: W. Johnson (SO28)

Prepared by
Name G. Pangelinan
Signature _____
Position/Title SITL
Date/Time 05/31/2020 02:07:10

# Safety Message/Plan (ICS 208)

| Incident Name<br>CCOJ - JSO Countywide<br>Readiness | Operational Period | Date From 05/31/2020<br>Time From 06:00 | Date To 05/31/2020<br>Time To 18:00 |
|---|---|---|---|

| Safety Message/Expanded Safety Message, Safety Plan, Site Safety Plan |
|---|
| This event poses significant risks to officer safety. All officers should adhere to the following guidelines to minimize these risks:<br>• Do not work alone. All officers should work in pairs or teams.<br>• Do not let yourself be surrounded by a hostile crowd. Maintain a plan and a route for escape. Do not drive into a hostile crowd.<br>• When responding to a report of an officer needing assistance, beware of a possible ambush.<br>• Beware of rocks/bottles.<br>• It is hot - Hydrate, Hydrate, Hydrate.<br>• If you are injured, report it to the Safety Officer through Investigative Dispatch. The Safety Officer will complete the IOD / First report of injury. |

| Site Safety Plan Required? |
|---|
| Yes ☐   No ☑ |
| Approved Site Safety Plan(s) Located At: |

| Prepared by | |
|---|---|
| Name  G. Pangelinan | Position/Title  SITL |
| Signature  _____ | Date/Time  05/31/2020 02:07:58 |

# Daily Meeting Schedule (ICS 230)

| Incident Name CCOJ - JSO Countywide Readiness | Operational Period | Date From 05/31/2020 Time From 06:00 | Date To 05/31/2020 Time To 18:00 |
|---|---|---|---|

**Meeting Schedule**

| Time | Meeting Name | Purpose | Attendees | Meeting Location |
|---|---|---|---|---|
| 01:00 / 13:00 | Tactics Meeting | | OSC, PSC, RESL, LSC, SOFR | PMB |
| 03:00 / 15:00 | Planning Meeting | | All Command & General Staff | Virtual, WebEx |
| 06:00 / 18:00 | Operational Period Brief | | All Command & General Staff, Branch Directors, Division / Group Supervisors, ST / TF Leaders | Handled at each substation by the Branch Directors |

**Prepared by**

| Name G. Pangelinan | Position/Title SITL |
|---|---|
| Signature _____ | Date/Time 05/30/2020 23:44:21 |

## JFRD Designated Stations

Lt. Ricks will coordinate with Lt. White and Lt. Kenny to use resources from the closed locations and facility strike team members to staff the following Fire Stations and JFRD HQ:

- Fire Station 1 – 611 N Liberty St
- Fire Station 2 – 1355 N Main St
- Fire Station 4 – 639 W Duval St
- Fire Station 7 – 2340 Division St
- Fire Station 9 – 4560 N Main St
- Fire Station 18 – 3504 N Myrtle Ave
- Fire Station 24 – 9247 N Main St
- Fire Station 36 – 2926 Lippia Rd.
- JFRD Headquarters – 515 N Julia St

Two officers at each station to ride on all calls for service at that station. Officers can go inside the fire station or standby outside, whichever is more comfortable for all. Working approximately 0700-1800 and we will work on getting overnight positions tomorrow night, if this assignment continues.

| Incident Name<br>CCOJ - JSO Countywide Readiness | Operational Period | Date From 05/31/2020<br>Time From 1800 | Date To 06/01/2020<br>Time To 0600 |
|---|---|---|---|

| Approved by | Name | Title | Date/Time Approved |
|---|---|---|---|
| | Jackson Short | Incident Commander | 05/31/2020 12:50:05 |
| | Jackson Short | Incident Commander | 05/31/2020 18:32:03 |

# Incident Action Plan

JSO Countywide Readiness

| Prepared by | |
|---|---|
| Name A. Tarver | Position/Title ResL |
| Signature _____ | Date/Time 05/31/2020 02:28:22 |

# Incident Objectives (ICS 202)

| Incident Name CCOJ - JSO Countywide Readiness | Operational Period | Date From 05/31/2020 Time From 1800 | Date To 06/01/2020 Time To 0600 |
|---|---|---|---|

**Objective(s)**

*Provide supplemental patrol for calls for service and violent incidents citywide
*Provide protection force for JFRD designated stations and Headquarters
*Ensure the protection of critical infrastructures in each zone
*Provide security for Downtown Jax protest events

**Operational Period Command Emphasis**

**General Situational Awareness (Weather, General Safety Message)**

**Site Safety Plan Required?**

Yes ☐   No ☑

Approved Site Safety Plan(s) Located At:

**Incident Action Plan (the items checked below are included in this Incident Action Plan)**

| | | |
|---|---|---|
| ☑ ICS 200 | ☐ ICS 205A | ☐ ICS 211p-OS |
| ☐ ICS 201 | ☑ ICS 206 | ☐ ICS 215 |
| ☑ ICS 202 | ☑ ICS 207 | ☐ ICS 215A |
| ☑ ICS 203 | ☑ ICS 208 | ☐ ICS 220 |
| ☑ ICS 204 | ☐ ICS 209 | ☑ ICS 230 |
| ☑ ICS 205 | ☐ ICS 211e-OS | |

**Prepared by**

Name  A. Tarver

Position/Title  ResL

Signature  _____

Date/Time   05/31/2020 14:30:43

# Organization Assignment List (ICS 203)

| Incident Name<br>CCOJ - JSO Countywide<br>Readiness | Operational Period | Date From 05/31/2020<br>Time From 1800 | Date To 06/01/2020<br>Time To 0600 |
|---|---|---|---|

## Incident Commander(s) and Command Staff

| | |
|---|---|
| IC/UCs | J. Pendley (JSO) |
| | |
| | |
| Deputy | |
| Safety Officer | B. Baker (JSO) |
| Public Info. Officer | C. Hancock (JSO) |
| Liason Officer | M. Zarka (JSO) / S. Hall (JFRD-EPD) |

### Agency/Organization Representatives

| Agency/Organization | Name |
|---|---|
| JSO | A. Ayoub |
| JSO | C. Cowan |
| | |
| | |

### Planning Section

| | |
|---|---|
| Chief | S. Robb (JSO) |
| Deputy | |
| Resources Unit | K. Kahre (JSO) / A. Winstead (JSO) |
| Situation Unit | G. Pangelinan (JSO) |
| Documentation Unit | |
| Demobilization Unit | |
| Technical Specialists | J. Moore (JSO-INTEL) |
| | |
| | |
| | |

### Logistics Section

| | |
|---|---|
| Chief | N. Tomlin (JSO) / B. Peterson (JFRD-EPD) |
| Deputy | |
| Support Branch | |
| Director | |
| Supply Unit | |
| Facilities Unit | |
| Ground Support Unit | |
| Service Branch | |
| Director | |
| Communications Unit | |
| Medical Unit | |
| Food Unit | |

## Operations Section

| | |
|---|---|
| Chief | C.M Brown (JSO) |
| Deputy | |
| JFRD/JSO | J. Ricks (JSO) |
| Staging Area | K. Lamb (JSO) |
| **Courthouse** | |
| Branch Director | J. Ricks IV |
| Deputy | |
| Courthouse | J. Ricks IV |
| **JSO East** | |
| Branch Director | C.J. Cowan |
| Deputy | |
| Zone 1 | J. Judge (SO21) |
| Zone 2 | L. Burton (SO22) |
| Zone 3 | P. Restivo (SO23) |
| **JSO Intel** | |
| Branch Director | J. Walters |
| Deputy | |
| JSO Intel | J. Walters |
| **JSO West** | |
| Branch Director | C.J. Cowan |
| Deputy | |
| Zone 4 | D. Shelton (SO24) |
| Zone 5 | R. Burns III (SO25) |
| Zone 6 | G. Burton (SO26) |
| **JSO/JFRD** | |
| Branch Director | R. Beltz |
| Deputy | |
| JSO/JFRD | J. Ricks (174) |
| **Klutho Park** | |
| Branch Director | R. Beltz |
| Deputy | |
| Klutho Park | R. Beltz |
| **Mobile Field Force** | |
| Branch Director | W.M. Johnson |
| Deputy | |
| Mobile Field Force | W. Johnson (SO28) |
| **Air Operations Branch** | |
| Air Ops Branch Dir. | |
| | |
| | |

## Finance/Administration Section

| | |
|---|---|
| Chief | M. Conger (JSO) |
| Deputy | |
| Time Unit | |
| Procurement Unit | |
| Comp/Claims Unit | |
| Cost Unit | |

**Prepared by**

Name  A. Tarver

Signature _____

Position/Title  RESL

Date/Time  05/31/2020 14:37:36

# Assignment List (ICS 204)

| Incident Name CCOJ - JSO Countywide Readiness | Operational Period | Date From 05/31/2020 Time From 1800 | Date To 06/01/2020 Time To 0600 |
|---|---|---|---|
| **Branch** Court House | **Division/Group** Courthouse | **Staging Area** K. Lamb (JSO) | |

| Operations Personnel | Name | | Contact-Number(s) |
|---|---|---|---|
| Operations Section Chief: | C.M Brown (JSO) | | |
| Branch Director: | J. Ricks IV | | 904-238-2745 |
| Division/Group Supervisor: | J. Ricks IV | | 904-894-7378 |

**Resources Assigned**

| Resource Identifier | Leader | # of Persons | Contact (e.g., phone, pager, radio frequency, etc.) | Reporting Location, Special Equipment and Supplies, Remarks, Notes, Information |
|---|---|---|---|---|
| Exterior ST 1 | TBD | 9 | A-12 or A-13 | See Team Leader: (Location: 501 W. Adams St.) |
| Exterior ST 2 | TBD | 9 | A-12 or A-13 | See Team Leader: (Location: 501 W. Adams St.) |
| Exterior ST 3 | TBD | 9 | A-12 or A-13 | See Team Leader: (Location: 501 W. Adams St.) |
| Exterior ST 4 | TBD | 9 | A-12 or A-13 | See Team Leader: (Location: 501 W. Adams St.) |
| Exterior ST 5 | TBD | 9 | A-12 or A-13 | See Team Leader: (Location: 501 W. Adams St.) |
| Extrication ST | C. Deal IV (650) | 9 | 904-999-8210 / A-13 | See Team Leader: (Location: 501 W. Adams St.) |
| Narc Extrication Arrest ST | J. Carpenter III (805) | 10 | A-13 | See Team Leader: (Location: 501 W. Adams St.) |
| Line ST 2 | C. James (725) | 9 | 904-814-7144 / A-13 | See Team Leader: (Location: 501 W. Adams St.) |
| Narc Arrest ST 2 | D. Hughes (802) | 8 | 904-704-5453 / A-13 | |
| Tango ST | R. Weeks (719) | 8 | 904-993-0350 / A-13 | See Team Leader: (Location: 501 W. Adams St.) |
| Line 3 ST | A. Givens (669) | 9 | 904-588-8082 / A-13 | See Team Leader: (Location: 501 W. Adams St.) |
| Narc Arrest 3 ST | R. Adams Jr. (806) | 11 | A-13 | See Team Leader: (Location: 501 W. Adams St.) |
| Line 1 ST | J. Kirkland (677) | 9 | 904-708-9916 / A-13 | See Team Leader: (Location: 501 W. Adams St.) |
| Narc Arrest 1 ST | R. Cole (803) | 11 | A-13 | See Team Leader: (Location: 501 W. Adams St.) |
| Support Staff ST | P. Bouda II (614) | 7 | 352-219-8331 /A-13 | See Team Leader: (Location: 501 W. Adams St.) |

**Work Assignments**

*Provide security for Downtown Jax protest events

**Special Instructions**

**Communications (radio and/or phone contact numbers needed for this assignment)**

| Name | Function | Primary Contact (indicate cell, pager, or radio) |
|---|---|---|
| Courthouse Operations | Courthouse Operations | A-12 or A-13 |

**Map / Image**

| Prepared by | |
|---|---|
| Name A. Tarver | Position/Title ResL |
| Signature _____ | Date/Time 05/31/2020 17:26:11 |

# Assignment List (ICS 204)

| Incident Name<br>CCOJ - JSO Countywide Readiness | Operational Period | Date From 05/31/2020<br>Time From 1800 | Date To 06/01/2020<br>Time To 0600 |
|---|---|---|---|

| Branch | Division/Group | Staging Area | |
|---|---|---|---|
| JSO East | Zone 1 | K. Lamb (JSO) | |

| Operations Personnel | Name | Contact-Number(s) |
|---|---|---|
| Operations Section Chief: | C.M Brown (JSO) | |
| Branch Director: | | |
| Division/Group Supervisor: | J. Judge (SO21) | 904-424-4187 / 904-955-2075 |

## Resources Assigned

| Resource Identifier | Leader | # of Persons | Contact (e.g., phone, pager, radio frequency, etc.) | Reporting Location, Special Equipment and Supplies, Remarks, Notes, Information |
|---|---|---|---|---|
| Zone 1 ST 1 | J. Salas (723) | 5 | 904-521-2957 / A-1 | See Team Leader |
| Zone 1 Critical Infrastructures ST | R. Walker (604) | 5 | 904-424-2820 / A-1 | See Team Leader |

## Work Assignments

*Provide supplemental patrol for calls for service and violent incidents citywide
*Ensure the protection of critical infrastructures in each zone

## Special Instructions

## Communications (radio and/or phone contact numbers needed for this assignment)

| Name | Function | Primary Contact (indicate cell, pager, or radio) |
|---|---|---|
| JSO Radio | Zone 1 ST Operations | A-1 |

## Map / Image

## Prepared by

Name  A. Tarver

Position/Title  ResL

Signature _____

Date/Time  05/31/2020 00:59:12

# Assignment List (ICS 204)

| Incident Name<br>CCOJ - JSO Countywide Readiness | Operational Period | Date From 05/31/2020<br>Time From 1800 | Date To 06/01/2020<br>Time To 0600 |
|---|---|---|---|
| **Branch**<br>JSO East | **Division/Group**<br>Zone 2 | **Staging Area**<br>K. Lamb (JSO) | |

| Operations Personnel | Name | | Contact-Number(s) |
|---|---|---|---|
| **Operations Section Chief:** | C.M Brown (JSO) | | |
| **Branch Director:** | | | |
| **Division/Group Supervisor:** | L. Burton (SO22) | | 904-885-0646 |

### Resources Assigned

| Resource Identifier | Leader | # of Persons | Contact (e.g., phone, pager, radio frequency, etc.) | Reporting Location, Special Equipment and Supplies, Remarks, Notes, Information |
|---|---|---|---|---|
| Zone 2 ST 1 | G. Terrell (111) | 5 | 904-982-0573 / A-2 | See Team Leader |
| Zone 2 ST 2 | J. Garcia (747) | 5 | 904-468-0377 / A-2 | See Team Leader |
| Zone 2 Critical Infrastructures ST | S. Rammage (171) | 5 | 904-477-6739 / A-2 | See Team Leader |

### Work Assignments

*Provide supplemental patrol for calls for service and violent incidents citywide
*Ensure the protection of critical infrastructures in each zone

### Special Instructions

### Communications (radio and/or phone contact numbers needed for this assignment)

| Name | Function | Primary Contact (indicate cell, pager, or radio) |
|---|---|---|
| JSO Radio | Zone 2 ST Operations | A-2 |

### Map / Image

### Prepared by

Name  A. Tarver

Position/Title  ResL

Signature _____

Date/Time  05/31/2020 01:01:34

# Assignment List (ICS 204)

| Incident Name CCOJ - JSO Countywide Readiness | Operational Period | Date From 05/31/2020 Time From 1800 | Date To 06/01/2020 Time To 0600 |
|---|---|---|---|
| **Branch** JSO East | **Division/Group** Zone 3 | **Staging Area** K. Lamb (JSO) | |

| Operations Personnel | Name | | Contact-Number(s) |
|---|---|---|---|
| Operations Section Chief: | C.M Brown (JSO) | | |
| Branch Director: | | | |
| Division/Group Supervisor: | P. Restivo (SO23) | | 904-697-8309 / 904-463-3327 |

### Resources Assigned

| Resource Identifier | Leader | # of Persons | Contact (e.g., phone, pager, radio frequency, etc.) | Reporting Location, Special Equipment and Supplies, Remarks, Notes, Information |
|---|---|---|---|---|
| Zone 3 ST 1 | L. Stanley III (767) | 11 | 904-422-2954 / A-3 | See Team Leader |
| Zone 3 Critical Infrastructures ST | L. Stanley (767) | 1 | 904-422-2954 / A-3 | See Team Leader |

### Work Assignments

*Provide supplemental patrol for calls for service and violent incidents citywide
*Ensure the protection of critical infrastructures in each zone

### Special Instructions

### Communications (radio and/or phone contact numbers needed for this assignment)

| Name | Function | Primary Contact (indicate cell, pager, or radio) |
|---|---|---|
| JSO Radio | Zone 3 ST Operations | A-3 |

### Map / Image

### Prepared by

Name  A. Tarver

Position/Title  ResL

Signature  _____

Date/Time  05/31/2020 14:43:37

# Assignment List (ICS 204)

| Incident Name CCOJ - JSO Countywide Readiness | Operational Period | Date From 05/31/2020 Time From 1800 | Date To 06/01/2020 Time To 0600 |
|---|---|---|---|
| **Branch** JSO Intel | **Division/Group** JSO Intel | **Staging Area** K. Lamb (JSO) | |

| Operations Personnel | Name | | Contact-Number(s) |
|---|---|---|---|
| Operations Section Chief: | C.M Brown (JSO) | | |
| Branch Director: | J. Walters | | 904- 401-7322 |
| Division/Group Supervisor: | J. Walters | | 904-401-7322 |

**Resources Assigned**

| Resource Identifier | Leader | # of Persons | Contact (e.g., phone, pager, radio frequency, etc.) | Reporting Location, Special Equipment and Supplies, Remarks, Notes, Information |
|---|---|---|---|---|
| Intel ST | J. Moore (8103) | 1 | 904-591-6724 | See Team Leader (Hours: 1800-0000) |
| SWAT ST | J. Ross Jr. (230) | 14 | 904-891-7108 | See Team Leaders (Hours: 1800-0000) |

**Work Assignments**

*Provide security for Downtown Jax protest events

**Special Instructions**

**Communications (radio and/or phone contact numbers needed for this assignment)**

| Name | Function | Primary Contact (indicate cell, pager, or radio) |
|---|---|---|
| JSO Intel | Intel Operations | A-13 |

**Map / Image**

**Prepared by**

Name  A. Tarver

Position/Title ResL

Signature _____     Date/Time  05/31/2020 15:28:40

# Assignment List (ICS 204)

| Incident Name CCOJ - JSO Countywide Readiness | Operational Period | Date From 05/31/2020 Time From 1800 | Date To 06/01/2020 Time To 0600 |
|---|---|---|---|
| **Branch** JSO West | **Division/Group** Zone 4 | **Staging Area** K. Lamb (JSO) | |

| Operations Personnel | Name | | Contact-Number(s) |
|---|---|---|---|
| **Operations Section Chief:** | C.M Brown (JSO) | | |
| **Branch Director:** | | | |
| **Division/Group Supervisor:** | D. Shelton (SO24) | | 904-403-7254 |

**Resources Assigned**

| Resource Identifier | Leader | # of Persons | Contact (e.g., phone, pager, radio frequency, etc.) | Reporting Location, Special Equipment and Supplies, Remarks, Notes, Information |
|---|---|---|---|---|
| Zone 4 ST 1 | M. Meissner (763) | 9 | 904-338-6251 / A-4 | See Team Leader |
| Zone 4 Critical Infrastructures ST | M. Boyd (707) | 10 | 904-699-6043 / A-4 | See Team Leader |
| Zone 4 ST 2 | R. Davis (726) | 9 | 904-651-3007 / A-4 | See Team Leader |

**Work Assignments**

*Provide supplemental patrol for calls for service and violent incidents citywide
*Ensure the protection of critical infrastructures in each zone

**Special Instructions**

**Communications (radio and/or phone contact numbers needed for this assignment)**

| Name | Function | Primary Contact (indicate cell, pager, or radio) |
|---|---|---|
| JSO Radio | Zone 4 ST Operations | A-4 |

**Map / Image**

| Prepared by | |
|---|---|
| Name  A. Tarver | Position/Title  ResL |
| Signature _____ | Date/Time  05/31/2020 01:14:28 |

# Assignment List (ICS 204)

| Incident Name<br>CCOJ - JSO Countywide Readiness | Operational Period | Date From 05/31/2020<br>Time From 1800 | Date To 06/01/2020<br>Time To 0600 |
|---|---|---|---|
| **Branch**<br>JSO West | **Division/Group**<br>Zone 5 | **Staging Area**<br>K. Lamb (JSO) | |

| Operations Personnel | Name | | Contact-Number(s) |
|---|---|---|---|
| **Operations Section Chief:** | C.M Brown (JSO) | | |
| **Branch Director:** | | | |
| **Division/Group Supervisor:** | R. Burns III (SO25) | | 904-699-1120 |

### Resources Assigned

| Resource Identifier | Leader | # of Persons | Contact (e.g., phone, pager, radio frequency, etc.) | Reporting Location, Special Equipment and Supplies, Remarks, Notes, Information |
|---|---|---|---|---|
| Zone 5 ST 1 | M. Crawford (681) | 7 | 904-237-8115 / A-5 | See Team Leader |
| Zone 5 ST 2 | J. Catir (616) | 7 | 904-742-0691 / A-5 | See Team Leader |
| Zone 5 Critical Infrastructures ST | M. Blanton (692) | 5 | 904-866-1448 / A-5 | See Team Leader |
| Zone 5 Critical Infrastructure ST | R. O'Connell (739) | 5 | 904-465-2491 / A-5 | See Team Leader |

### Work Assignments

*Provide supplemental patrol for calls for service and violent incidents citywide
*Ensure the protection of critical infrastructures in each zone

### Special Instructions

### Communications (radio and/or phone contact numbers needed for this assignment)

| Name | Function | Primary Contact (indicate cell, pager, or radio) |
|---|---|---|
| JSO Radio | Zone 5 ST Operations | A-5 |

### Map / Image

| Prepared by | |
|---|---|
| Name  A. Tarver | **Position/Title**  ResL |
| Signature _____ | **Date/Time**  05/31/2020 01:20:09 |

# Assignment List (ICS 204)

| Incident Name<br>CCOJ - JSO Countywide Readiness | Operational Period | Date From 05/31/2020<br>Time From 1800 | Date To 06/01/2020<br>Time To 0600 |
|---|---|---|---|
| **Branch**<br>JSO West | **Division/Group**<br>Zone 6 | **Staging Area**<br>K. Lamb (JSO) | |

| Operations Personnel | Name | | Contact-Number(s) |
|---|---|---|---|
| **Operations Section Chief:** | C.M Brown (JSO) | | |
| **Branch Director:** | | | |
| **Division/Group Supervisor:** | G. Burton (SO26) | | 904-629-5378 / 904-832-2140 |

**Resources Assigned**

| Resource Identifier | Leader | # of Persons | Contact (e.g., phone, pager, radio frequency, etc.) | Reporting Location, Special Equipment and Supplies, Remarks, Notes, Information |
|---|---|---|---|---|
| Zone 6 ST 1 | TBD | 8 | A-6 | See Team Leader |
| Zone 6 ST 2 | TBD | 8 | A-6 | See Team Leader |
| Zone 6 Critical Infrastructures ST | TBD | 8 | A-6 | See Team Leader |

**Work Assignments**

*Provide supplemental patrol for calls for service and violent incidents citywide
*Ensure the protection of critical infrastructures in each zone

**Special Instructions**

**Communications (radio and/or phone contact numbers needed for this assignment)**

| Name | Function | Primary Contact (indicate cell, pager, or radio) |
|---|---|---|
| JSO Radio | Zone 6 ST Operations | A-6 |

**Map / Image**

| Prepared by | |
|---|---|
| Name  A. Tarver | Position/Title  ResL |
| Signature  _____ | Date/Time  05/31/2020 14:48:39 |

# Assignment List (ICS 204)

| Incident Name<br>CCOJ - JSO Countywide Readiness | Operational Period | Date From 05/31/2020<br>Time From 1800 | Date To 06/01/2020<br>Time To 0600 |
|---|---|---|---|
| **Branch**<br>JSO/JFRD | **Division/Group**<br>JSO/JFRD | **Staging Area**<br>K. Lamb (JSO) | |

| Operations Personnel | Name | | Contact-Number(s) |
|---|---|---|---|
| **Operations Section Chief:** | C.M Brown (JSO) | | |
| **Branch Director:** | | | 904-238-2745 |
| **Division/Group Supervisor:** | J. Ricks (174) | | 904-238-2745 |

## Resources Assigned

| Resource Identifier | Leader | # of Persons | Contact (e.g., phone, pager, radio frequency, etc.) | Reporting Location, Special Equipment and Supplies, Remarks, Notes, Information |
|---|---|---|---|---|
| JSO/JFRD Station 1 TF | TBA | 4 | | Location: 611 N. Liberty St. (Hours: 0600-1800) |
| JSO/JFRD Station 2 TF | TBD | 4 | | Location: 1355 N. Main St. (Hours: 0600-1800) |
| JSO/JFRD Station 4 TF | TBD | 2 | | Location: 639 W. Duval St. (Hours: 0600-1800) |
| JSO/JFRD Station 7 TF | TBD | 2 | | Location: 2346 Division St. (Hours: 0600-1800) |
| JSO/JFRD Station 9 TF | TBD | 2 | | Location: 4560 N. Main St. (Hours: 0600-1800) |
| JSO/JFRD Station 18 TF | TBD | 2 | | Location: 3504 N. Myrtle Ave. (Hours: 0600-1800) |
| JSO/JFRD Station 24 TF | TBD | 2 | | Location: 9247 Lem Turner Rd. (Hours: 0600-1800) |
| JSO/JFRD Station 36 TF | TBD | 2 | | Location: 2926 Lippia Rd. (Hours: 0600-1800) |
| JSO/JFRD HQ TF | TBD | 2 | | Location: 515 N. Julia St. (Hours: 0600-1800) |
| JTA TF | TBD | 2 | | See Team Leader |

## Work Assignments

*Provide protection force for JFRD designated stations and Headquarters

## Special Instructions

## Communications (radio and/or phone contact numbers needed for this assignment)

| Name | Function | Primary Contact (indicate cell, pager, or radio) |
|---|---|---|
| JSO/JFRD TF Operations | JSO/JFRD TF Operations | Zone Specific |

## Map / Image

| Prepared by | |
|---|---|
| Name A. Tarver | Position/Title ResL |
| Signature _____ | Date/Time 05/31/2020 01:24:17 |

# Assignment List (ICS 204)

| Incident Name<br>CCOJ - JSO Countywide Readiness | Operational Period | Date From 05/31/2020<br>Time From 1800 | Date To 06/01/2020<br>Time To 0600 |
|---|---|---|---|
| Branch<br>Klutho Park | Division/Group<br>Klutho Park | Staging Area<br>K. Lamb (JSO) | |

| Operations Personnel | Name | | Contact-Number(s) |
|---|---|---|---|
| Operations Section Chief: | C.M Brown (JSO) | | |
| Branch Director: | R. Beltz | | 904-424-4182 |
| Division/Group Supervisor: | R. Beltz | | 904-424-4182 |

## Resources Assigned

| Resource Identifier | Leader | # of Persons | Contact (e.g., phone, pager, radio frequency, etc.) | Reporting Location, Special Equipment and Supplies, Remarks, Notes, Information |
|---|---|---|---|---|
| Exterior ST 1 | TBD | 9 | A-12 or A-13 | See Team Leader (Location: 204 W. 3rd., 32206) |
| Exterior ST 2 | TBD | 9 | A-12 or A-13 | See Team Leader (Location: 204 W. 3rd., 32206) |
| Exterior ST 3 | TBD | 9 | A-12 or A-13 | See Team Leader (Location: 204 W. 3rd., 32206) |
| Exterior ST 4 | TBD | 9 | A-12 or A-13 | See Team Leader (Location: 204 W. 3rd., 32206) |
| Exterior ST 5 | TBD | 9 | A-12 or A-13 | See Team Leader (Location: 204 W. 3rd., 32206) |
| Extrication ST | C. Deal IV (650) | 9 | 904-999-8210 / A-13 | See Team Leader (Location: 204 W. 3rd., 32206) |
| Narc Extrication Arrest ST | J. Carpenter III (805) | 10 | A-13 | See Team Leader (Location: 204 W. 3rd., 32206) |
| Line ST 2 | C. James (725) | 9 | 904-814-7144/ A-13 | See Team Leader (Location: 204 W. 3rd., 32206) |
| Narc Arrest ST 2 | D. Hughes | 9 | 904-704-5453 / A-13 | See Team Leader (Location: 204 W. 3rd., 32206) |
| Tango ST | R. Weeks (719) | 9 | 904-993-0350 / A-13 | See Team Leader (Location: 204 W. 3rd., 32206) |
| Line 3 ST | A. Givens (669) | 9 | 904-588-8082 / A-13 | See Team Leader (Location: 204 W. 3rd., 32206) |
| Narc Arrest 3 ST | R. Adams Jr (806) | 9 | A-13 | See Team Leader (Location: 204 W. 3rd., 32206) |
| Line 1 ST | J. Kirkland (677) | 9 | 904-708-9916 / A-13 | See Team Leader (Location: 204 W. 3rd., 32206) |
| Narc Arrest 1 ST | R. Cole (803) | 11 | A-13 | See Team Leader (Location: 204 W. 3rd., 32206) |
| Support Staff ST | P. Bouda II (614) | 7 | 352-219-8331 / A-13 | See Team Leader (Location: 204 W. 3rd., 32206) |

## Work Assignments

*Provide security for Jax Park Protest Event

## Special Instructions

## Communications (radio and/or phone contact numbers needed for this assignment)

| Name | Function | Primary Contact (indicate cell, pager, or radio) |
|---|---|---|
| Klutho Park Operations | Klutho Park Operations | A-12 or A-13 |

## Map / Image

| Prepared by | |
|---|---|
| Name  A. Tarver | Position/Title ResL |
| Signature _____ | Date/Time  05/31/2020 17:02:30 |

# Assignment List (ICS 204)

| Incident Name<br>CCOJ - JSO Countywide Readiness | Operational Period | Date From 05/31/2020<br>Time From 1800 | Date To 06/01/2020<br>Time To 0600 |
|---|---|---|---|
| **Branch**<br>Mobile Field Force | **Division/Group**<br>Mobile Field Force | **Staging Area**<br>K. Lamb (JSO) | |

| Operations Personnel: | Name | Contact-Number(s) |
|---|---|---|
| **Operations Section Chief:** | C.M Brown (JSO) | |
| **Branch Director:** | | 904-718-3259 |
| **Division/Group Supervisor:** | W. Johnson (SO28) | 904-718-3259 |

## Resources Assigned

| Resource Identifier | Leader | # of Persons | Contact (e.g., phone, pager, radio frequency, etc.) | Reporting Location, Special Equipment and Supplies, Remarks, Notes, Information |
|---|---|---|---|---|
| Extrication ST | C. Deal IV (650) | 9 | 904-999-8210/ A-13 | See Team Leader |
| Narc Extrication Arrest ST | J. Carpenter III (805) | 10 | A-13 | See Team Leader |
| Line ST 2 | C. James (725) | 9 | 904-814-7144 / A-13 | See Team Leader |
| Narc Arrest ST 2 | D. Hughes (802) | 8 | 904-704-5453 / A-13 | See Team Leader |
| Tango ST | R. Weeks (719) | 8 | 904-993-0350 / A-13 | See Team Leader |
| Line 3 ST | A. Givens (669) | 9 | 904-588-8082 / A-13 | See Team Leader |
| Narc Arrest 3 ST | R. Adams Jr. (806) | 11 | A-13 | See Team Leader |
| Line 1 ST | J. Kirkland (677) | 9 | 904-708-9916 / A-13 | See Team Leader |
| Narc Arrest 1 ST | R. Cole (803) | 11 | A-13 | See Team Leader |
| Support Staff ST | P. Bouda II (614) | 7 | 352-219-8331 / A-13 | See Team Leader |
| Jail Transport | K. Krause (2104) | 6 | 904-521-4430 / A-13 | See Team Leader |

## Work Assignments

*Provide security for Downtown Jax protest events

## Special Instructions

## Communications (radio and/or phone contact numbers needed for this assignment)

| Name | Function | Primary Contact (indicate cell, pager, or radio) |
|---|---|---|
| JSO Radio | Mobile Field Force Operations | A-13 |

## Map / Image

| Prepared by | |
|---|---|
| Name A. Tarver | Position/Title ResL |
| Signature _____ | Date/Time 05/31/2020 01:37:28 |

# Incident Radio Communications Plan (ICS 205)

| Incident Name | Operational Period | |
|---|---|---|
| CCOJ - JSO Countywide Readiness | Date From 05/31/2020<br>Time From 1800 | Date To 06/01/2020<br>Time To 0600 |

Basic Radio Channel Use

| Zone Grp. | Ch # | Function | Channel Name/ Trunked Radio System Talkgroup | Assignment | Rx Freq N or W | RX Tone/NAC | TX Freq N or W | TX Tone/NAC | Mode (A, D, or M) |
|---|---|---|---|---|---|---|---|---|---|
| JSO A | 12 | JSO Perimeter | A-12 | JSO Perimeter | N | 293 | N | 293 | D |
| | | Remarks | | | | | | | |
| JSO A | 11 | JSO Staging Area | A-11 | JSO Staging Area | N | 293 | N | 293 | D |
| | | Remarks | | | | | | | |
| JSO A | Zone Specific | JSO/JFRD TF Operations | Zone Specific | JSO/JFRD TF Operations | N | 293 | N | 293 | D |
| | | Remarks | | | | | | | |
| JSO A | 13 | Mobile Field Force ST Operations | A-13 | Mobile Field Force ST Operations | N | 293 | N | 293 | D |
| | | Remarks | | | | | | | |
| JSO A | 6 | JSO West Operations | A-6 | JSO West Operations | N | 293 | N | 293 | D |
| | | Remarks | | | | | | | |
| JSO A | 5 | JSO West Operations | A-5 | JSO West Operations | N | 293 | N | 293 | D |
| | | Remarks | | | | | | | |
| JSO A | 4 | JSO West Operations | A-4 | JSO West Operations | N | 293 | N | 293 | D |
| | | Remarks | | | | | | | |
| JSO A | 3 | JSO East ST Operations | A-3 | JSO East ST Operations | N | 293 | N | 293 | D |
| | | Remarks | | | | | | | |
| JSO A | 2 | JSO East ST Operations | A-2 | JSO East ST Operations | N | 293 | N | 293 | D |
| | | Remarks | | | | | | | |
| JSO A | 1 | JSO East ST Operations | A-1 | JSO East ST Operations | N | 293 | N | 293 | D |
| | | Remarks | | | | | | | |

**Special Instructions**

**Prepared by**

Name  A. Tarver

Signature _____

**Position/Title  ResL**

**Date/Time  05/31/2020 14:42:54**

# Medical Plan (ICS 206)

| Incident Name CCOJ - JSO Countywide Readiness | Operational Period | Date From 05/31/2020 Time From 1800 | Date To 06/01/2020 Time To 0600 |
|---|---|---|---|

## Medical Aid Stations

| Name | Location | Contact Number(s)/Frequency | Paramedics on Site? |
|---|---|---|---|
| | | | |

## Transportation (indicate air or ground)

| Air/Ground | Ambulance Service | Location | Contact Number(s)/Frequency | Level of Service |
|---|---|---|---|---|
| Ground | Jacksonville Fire & Rescue Department | 515 N. Julia St. Jacksonville, FL | 9-1-1 | ALS |

## Hospitals

| Hospital Name | Address, Latitude & Longitude if Helipad | Contact Number(s)/ Frequency | Travel Time Air | Travel Time Ground | Trauma Center | Burn Center | Helipad |
|---|---|---|---|---|---|---|---|
| St. Vincent's - South | 4201 Belfort Rd Jacksonville, FL | 904-296-3700 | | 15 minutes | No | No | Yes |
| St. Vincent's - Riverside | 1 Shircliff Way Jacksonville, FL | 904-308-7300 | | 10 minutes | No | No | Yes |
| Memorial Medical Center | 3625 University Blvd S. Jacksonville, FL | 904-702-6111 | | 10 minutes | No | No | Yes |
| Baptist Medical Center | 800 Prudential Dr. Jacksonville, FL | 904-202-2000 | | 5 minutes | No | No | Yes |
| UF Health - Jacksonville | 655 W. 8th St. Jacksonville, FL | 904-244-0411 | | 5 minutes | Level I | No | Yes |

## Special Medical Emergency Procedures

☐ Check box if aviation assets are utilized for rescue. If assets are used, coordinate with Air Operations.

| Prepared by | | |
|---|---|---|
| Name A. Tarver | Position/Title ResL | |
| Signature | Date/Time 05/31/2020 14:20:00 | |

# Incident Organization Chart (ICS 207)

| Incident Name<br>CCOJ - JSO Countywide Readiness | Operational Period | Date From 05/31/2020<br>Time From 1800 | Date To 06/01/2020<br>Time To 0600 |
|---|---|---|---|

**Organization Chart**



**Command Staff**

Public Information Officer
C. Hancock (JSO)

Incident Commander
J. Pendley (JSO)

Liason Officer
M. Zarka (JSO) / S. Hall (JFRD-EPD)

Safety Officer
B. Baker (JSO)

**Prepared by**

Name A. Tarver   Position/Title ResL

Signature _____   Date/Time 05/31/2020 02:07:10

# Incident Organization Chart (ICS 207)

| Incident Name<br>CCOJ - JSO Countywide<br>Readiness | Operational Period | Date From 05/31/2020<br>Time From 1800 | Date To 06/01/2020<br>Time To 0600 |
|---|---|---|---|

**Organization Chart**



Planning Section

**Section Chief**
S. Robb (JSO)

**Situation Unit Leader**
G. Pangelinan (JSO)

**Technical Specialists**
J. Moore (JSO-INTEL)

**Resources Unit Leader**
K. Kahre (JSO) / A. Winstead (JSO)

**Prepared by**

Name A. Tarver — Position/Title ResL

Signature — Date/Time 05/31/2020 02:07:10

# Incident Organization Chart (ICS 207)

| Incident Name<br>CCOJ - JSO Countywide Readiness | Operational Period | Date From 05/31/2020<br>Time From 1800 | Date To 06/01/2020<br>Time To 0600 |
|---|---|---|---|

**Organization Chart**

**Finance/Administration Section**

| Section Chief |
|---|
| M. Conger (JSO) |

**Prepared by**

Name A. Tarver          Position/Title ResL

Signature _____          Date/Time 05/31/2020 02:07:10

# Incident Organization Chart (ICS 207)

| Incident Name<br>CCOJ - JSO Countywide<br>Readiness | Operational Period | Date From  05/31/2020<br>Time From  1800 | Date To  06/01/2020<br>Time To  0600 |
|---|---|---|---|

**Organization Chart**

## Logistics Section

```
┌─────────────────────────────────────────┐
│              Section Chief               │
├─────────────────────────────────────────┤
│ N. Tomlin (JSO) / B. Peterson (JFRD-EPD) │
└─────────────────────────────────────────┘
```

**Prepared by**

Name  A. Tarver                    Position/Title  ResL

Signature _____      Date/Time  05/31/2020 02:07:10

# Incident Organization Chart (ICS 207)

| Incident Name<br>CCOJ - JSO Countywide Readiness | Operational Period | Date From 05/31/2020<br>Time From 1800 | Date To 06/01/2020<br>Time To 0600 |
|---|---|---|---|

**Organization Chart**

**Operations Section**

| Section Chief |
| --- |
| C.M Brown (JSO) |

| Deputy |
| --- |
| (No Name) |

**Prepared by**

Name A. Tarver    Position/Title ResL

Signature    Date/Time 05/31/2020 02:07:10

# Incident Organization Chart (ICS 207)

| Incident Name<br>CCOJ - JSO Countywide Readiness | Operational Period | Date From 05/31/2020<br>Time From 1800 | Date To 06/01/2020<br>Time To 0600 |
|---|---|---|---|

**Organization Chart**



## Operations Section Branches

**Director**
C.J. Cowan

**Director**
J. Walters

Deputy

JSO West

Zone 6
**Leader**
G. Burton (SO26)

Zone 5
**Leader**
R. Burns III (SO25)

Zone 4
**Leader**
D. Shelton (SO24)

**Director**
J. Walters

Deputy

JSO Intel

**Leader**
J. Walters

**Director**
R. Beltz

Deputy

Klutho Park

**Leader**
R. Beltz

**Director**
J. Ricks IV

Deputy

Courthouse

**Leader**
J. Ricks IV



**Prepared by**
**Name** A. Tarver

**Signature** _____

Position/Title ResL

Date/Time 05/31/2020 02:07:10

# Safety Message/Plan (ICS 208)

| Incident Name<br>CCOJ - JSO Countywide<br>Readiness | Operational Period | Date From 05/31/2020<br>Time From 1800 | Date To 06/01/2020<br>Time To 0600 |
|---|---|---|---|

**Safety Message/Expanded Safety Message, Safety Plan, Site Safety Plan**

This event poses significant risks to officer safety. All officers should adhere to the following guidelines to minimize these risks:
• Do not work alone. All officers should work in pairs or teams.
• Do not let yourself be surrounded by a hostile crowd. Maintain a plan and a route for escape. Do not drive into a hostile crowd.
• When responding to a report of an officer needing assistance, beware of a possible ambush.
• Beware of rocks/bottles.
• It is hot - Hydrate, Hydrate, Hydrate.
• If you are injured, report it to the Safety Officer through Investigative Dispatch. The Safety Officer will complete the IOD / First report of injury.

**Site Safety Plan Required?**

Yes ☐   No ☑

Approved Site Safety Plan(s) Located At:

**Prepared by**

| Name  A. Tarver | Position/Title  ResL |
|---|---|
| Signature _____ | Date/Time  05/31/2020 02:07:58 |

# Daily Meeting Schedule (ICS 230)

| Incident Name CCOJ - JSO Countywide Readiness | Operational Period | Date From 05/31/2020 Time From 1800 | Date To 06/01/2020 Time To 0600 |
|---|---|---|---|

**Meeting Schedule**

| Time | Meeting Name | Purpose | Attendees | Meeting Location |
|---|---|---|---|---|
| 01:00 / 13:00 | Tactics Meeting | | OSC, PSC, RESL, LSC, SOFR | PMB |
| 03:00 / 15:00 | Planning Meeting | | All Command & General Staff | Virtual, WebEx |
| 06:00 / 18:00 | Operational Period Brief | | All Command & General Staff, Branch Directors, Division / Group Supervisors, ST / TF Leaders | Handled at each substation by the Branch Directors |

**Prepared by**

Name  A. Tarver                                                    Position/Title  ResL

Signature  _____                Date/Time  05/31/2020 14:40.03

# JFRD Designated Stations

Lt. Ricks will coordinate with Lt. White and Lt. Kenny to use resources from the closed locations and facility strike team members to staff the following Fire Stations and JFRD HQ:

- Fire Station 1 – 611 N Liberty St
- Fire Station 2 – 1355 N Main St
- Fire Station 4 – 639 W Duval St
- Fire Station 7 – 2340 Division St
- Fire Station 9 – 4560 N Main St
- Fire Station 18 – 3504 N Myrtle Ave
- Fire Station 24 – 9247 N Main St
- Fire Station 36 – 2926 Lippia Rd.
- JFRD Headquarters – 515 N Julia St

Two officers at each station to ride on all calls for service at that station. Officers can go inside the fire station or standby outside, whichever is more comfortable for all. Working approximately 0700-1800 and we will work on getting overnight positions tomorrow night, if this assignment continues.

**2.    Declaration of Assistant Chief W. Mike Johnson**

Exhibit C:    Dispersal Order

"I am _____ with the Jacksonville Sheriff's Office. I hereby declare this to be an unlawful assembly and I command all those assembled at (give specific location) to immediately disperse. If you do not do so, you will be arrested. Florida State Statute 870.04 prohibits remaining present at an unlawful assembly. You may exit *(give a specific and the most convenient route(s) of dispersal)*. You have *(give reasonable amount of time)* to disperse."

**2.    Declaration of Assistant Chief W. Mike Johnson**

Exhibit D:    CAD Log (5.31.2020)

| CCR | DATE | INITIAL TIME OF CALLS | ADDRESS OF CALL | COMMENT DATE | COMMENT TIME | COMMENTS |
|---|---|---|---|---|---|---|
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 1:48:51 PM | SO28 CAME UP ON A9 AND REQUESTED A DISPATCHER ON A13 AT 1345 HOURS |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 1:49:07 PM | 1339 HOURS DISPERSEMENT ORDER GIVEN AT LAURA/FORSYTH |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 1:51:43 PM | CROWD WB ON ADAMS FRM THE COURT HOUSE |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 1:51:46 PM | 10-39 TO AIR UNIT TO COME UP ON A13 PER SO28 REQUEST |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 1:53:03 PM | TEAM 1 WEST SIDE..NEAREST CORNER OF THE COURT HOSUE..JULIA AND ASHLEY |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 1:53:21 PM | CROWD EAST LAWN.. |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 1:53:40 PM | PMB SEC SURRONDED |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 1:54:45 PM | NORTH EAST CORNER OF THE COURT HOUSE AND THE WESTEAST COURTHOSUE |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 1:55:14 PM | STRIKE TEAMS |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 1:56:30 PM | GIBBINS TEAM NEEDS TO GO THE WESTSIDE OF THE COURTHOUSE |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 1:56:52 PM | BUS BEHIND DUVAL LEGAL CENTER |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 1:58:03 PM | 650 IS AT THE SOUTHEAST CORNER...715 JEFFERSON AND DUVAL |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 1:58:38 PM | FHP AND CURKLAND EASTSIDE.. |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 1:59:22 PM | BIKE TEAM INSIDE COURTHOUSE LOBBY.. |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 2:01:23 PM | 746 TEAM...6 OFCR...AT ADAM AND JULIA |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 2:02:38 PM | 659 WESTSDIE OF THE COURT HOUSE LAWN |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 2:05:09 PM | FHP BUS...DEPLOY TO THE FRNT OF THE COURT HOUSE |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 2:05:31 PM | T66 FHP FOR NOW |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 2:13:08 PM | BM WHI TSHIRT TAN SHORT ON THE EASTSIDE OF THE LAWN DRONE |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 2:15:48 PM | MAIN/UNION TWO STRIKE TEAMS |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 2:16:24 PM | 622 TEAM AT PEARL AND ADAMS |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 2:19:07 PM | STAGING ON BEAVER AND MAIN NEAR THE PARKING GARG.. |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 2:34:09 PM | AIR UNIT LANDING |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 2:35:24 PM | BRINGING JTA BUS AND PARK BEHIND COURTHOUSE FOR COOL AREA FOR OFCRS |



CAU - CMC

| CCR | DATE | INITIAL TIME OF CALLS | ADDRESS OF CALL | COMMENT DATE | COMMENT TIME | COMMENTS |
|---|---|---|---|---|---|---|
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 2:37:52 PM | AIR UNIT ON NEXT PASS OF ADAMS AND JULIA CHECK PKING GARAGE TO SEE IF ANYONE IS THERE...DRONE JUST LANDED THERE |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 2:38:14 PM | JSO DRONE UNIT IS ON PARKING DECK DIRECTLY EAST OF THE COURTHOUSE |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 2:39:31 PM | NEEDS TRANSPORT VAN OR CAGE CAR TO CLAY/ADAMS FOR SIG 0 W/ AX |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 2:39:55 PM | SEND ME A PERIMETER TRAFFIC UNIT.... |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 2:40:08 PM | 511 - ONE OF THE UNITS @ JULIA/ADAMS, GO TO CLAY/ADAMS |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 2:48:15 PM | WM TAN HAT BLK SHIRT BLK TACTICALPANTS BLK BACKPACK WALKING AROUND |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 2:49:32 PM | DRONE PH 252336577 |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 2:52:46 PM | SITTING ON THE STAIRS |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 3:02:40 PM | JTA T97 W/2 BUSES MONROE AND JEFFERSON AND THE NORTHSIDE OF THE COURT HOUSE |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 3:10:27 PM | MARCH TO START AT 1600 WB |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 3:13:47 PM | FIELD FORCE TASK FORCE UP FRNT AND IN THE REAR |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 3:26:08 PM | 746 ADAMS AND JULIE 669 MOTORCYLE GANG AT N BROAD AND DUVAL |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 3:28:52 PM | SMALL CROWD HEADING TWDS THE T50...HOLDING MC GANG AT N BROAD AND MONROE |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 3:29:40 PM | 618 BROAD AND MONROE |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 3:29:54 PM | 20MORE POEPLE HEADING THAT WAY |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 3:30:05 PM | CROWD HEADING TWDS THE T50. |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 3:32:31 PM | NORTHSIDE OF THE COURT HOUSE FEILD FORCE TEAM |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 3:35:13 PM | MC T8 T77 |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 3:36:07 PM | MC GANG ARE SIG 0 |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 3:37:34 PM | JEFFERSON AND MONROE BLOCKED OFF |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 3:59:23 PM | RAY AT CHURCH AND PEARL 511 DUVAL AND BROAD |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 3:59:37 PM | ON BLK N OF BROAD AND CHURCH |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 4:00:25 PM | EVERYTHING STAYS ON JULIA,CHURCH,JEFFERSON,BROAD |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 4:30:00 PM | JAIL BUS AT DUVAL AND JEFFERSON |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 4:42:22 PM | STRARTING TO MOVE |



CAU - CMC

| CCR | DATE | INITIAL TIME OF CALLS | ADDRESS OF CALL | COMMENT DATE | COMMENT TIME | COMMENTS |
|---|---|---|---|---|---|---|
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 4:42:52 PM | EB TWDS JULIA |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 4:44:28 PM | 650 TEAM 1 IN FRNT |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 4:45:15 PM | 742 ADAMS UP TO MAIN BLOCKED |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 4:47:32 PM | COMING UP TO MAIN |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 4:49:07 PM | ANOTHER CROWD AT THE PMB POSS HEADING THAT WAY |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 4:50:26 PM | GOING TWDS BAY |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 4:51:35 PM | INDIVS GOING ACROSS MAIN ST BRIDGE |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 4:51:58 PM | BRIDGE TENDER NEEDS TO RAISE MAIN ST BRIDGE |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 4:52:49 PM | BLOCK MAIN ST BRIDGE AND START MAKING ARREST |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 4:53:26 PM | PER SOS0 SHUT DOWN NB MAIN ST BRIDGE PAST PRUDENTIAL |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 4:53:31 PM | REDIRECT TRAFFIC UNITS THAT ARE BLOCKING COURTHOUSE |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 4:54:26 PM | NEED ALL UNITS ON MAIN ST BRIDGE |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 4:54:37 PM | NB ON OCEAN NEEDS TO BE SHUT DOWN |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 4:54:50 PM | 511'S TEAM AT BAY AND OCEAN |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 4:55:03 PM | FIELD FORCE NEEDS TO PUSH UP, NO CHASING |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 4:55:35 PM | FIELD FORCE FROM SIDEWALK TO SIDEWALK ----ARREST TEAM WM GRY HAT BLU SHIRT NEEDS TO BE T15D |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 4:55:58 PM | BM NEEDS TO BE T15D ---FF HOLD LINE, FACE THE BRIDGE |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 4:56:08 PM | YELLOW SQD FACE SB ON MAIN ST BRIDGE |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 4:56:24 PM | SGT GIBBONS TEAM FACE BAY ST   ORANGE SQD FACE SB ON BAY |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 4:59:35 PM | HOLD EASTERN SIDE OF BAY ST BLUE AND RED SQUADS PUSH THEM OFF THE BRIDGE |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 4:59:42 PM | STRIKE TEAM ON END OF BRIDGE |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 5:01:26 PM | PER 184 FF MASK UP-----1 LINE OF COVER---NO HEADS EXPOSED |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 5:03:18 PM | 711 AND TEAM NEEDS TO GO TO MAIN ST  AND T23 PER 618 |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 5:03:43 PM | FF TEAM ON MAIN ST GO MOVE CARS AND PARALLEL OTHER TEAM |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 5:04:29 PM | UNITS ARRIVING, DO NOT BLOCK ROADWAY |

CAU - CMC



3

| CCR | DATE | INITIAL TIME OF CALLS | ADDRESS OF CALL | COMMENT DATE | COMMENT TIME | COMMENTS |
|---|---|---|---|---|---|---|
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 5:05:12 PM | NEEDS A FF TEAM WB ON FORSYTH--- |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 5:05:41 PM | STAY PARALLEL W/THE PROTESTORS |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 5:07:40 PM | PER "COMMAND" NOT ENTERTAINING ANYMORE PROTESTING OR LAWFUL GATHERINGS, THIS IS 100% OVER, END THE SITUATIONS HOW IT NEEDS TO BE ENDED |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 5:08:11 PM | BLU/YELLOW SQDS AND ARREST TEAMS, T8 |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 5:08:28 PM | TEAMS GO BACK WHERE YOU WERE AND GO MOBILE---- PARALLE NB TURNING NB NOW |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 5:08:43 PM | KEEP MAIN ST BRIDGE BLOCKED FOR NOW-----NEED JAIL VAN WB ON BAY |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 5:09:02 PM | IF HANDS ON---ARREST THEM |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 5:09:09 PM | MAIN ST BRG TENDER "SHALA" # 904 359 6154 ADVSD UNABLE TO USE BRIDGE AS BLOCKING DEVICE |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 5:11:53 PM | NB ON JULIA AND FORSYTH===THEN HEAD BACK TO COURTHOUSE |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 5:12:28 PM | GROUP NOW GOING TO HOGAN AND DUVAL |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 5:13:08 PM | COMING BACK TO HOGAN AND ADAMS |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 5:13:15 PM | NEED UNITS AT ADAMS AND OCEAN |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 5:15:59 PM | LARGE GROUP AT MONROE    BY FEDERAL COURTHOUSE AT SOUTHERN |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 5:16:19 PM | MOBILE FF NEEDS TO GO TO MONROE AND DUVAL |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 5:16:54 PM | LET THEM GO BACK TO THE COURTHOUSE  DONT FORM A LINE |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 5:17:20 PM | DIVERTING ACROSS PARKING LOT TO GO TO COURTHOUSE |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 5:18:24 PM | LET BAY ST GO AND LET TRAFFIC GO WB ON BAY AND SB ON MAIN ST ----HOLD BRIDGE |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 5:18:56 PM | MAIN ST BRIDGE ON 23 SIDE IS BLOCKED |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 5:19:24 PM | FHP GEARING UP NOW, WILL BE MOBILE SHORTLY |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 5:20:13 PM | GIBBONS TEAM T8 GO BACK TO ORIGINAL POSITIONS YELLOW SQD ON WEST SIDE   BLU SQD ON EAST SIDE    IF PARKD ON MAIN ST MOVE VEHS NOW |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 5:20:29 PM | FORSYTH AND CLAY NEEDS TO BE BLOCKED FOR VEH TRAFFIC 742 T51 TO THERE |



CAU - CMC

| CCR | DATE | INITIAL TIME OF CALLS | ADDRESS OF CALL | COMMENT DATE | COMMENT TIME | COMMENTS |
|---|---|---|---|---|---|---|
| 20200036425S | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 5:21:15 PM | NEED UNITS AT DUVAL AND MAIN |
| 20200036425S | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 5:21:50 PM | CROWD HAS GROWN NOW---LARGER THAN WHEN THEY LEFT |
| 20200036425S | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 5:23:15 PM | CLEAR MAIN ST BRIDGE NOW |
| 20200036425S | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 5:23:38 PM | NEED JAIL VAN AT MAIN ST BRIDGE |
| 20200036425S | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 5:24:32 PM | 2 ARREST TEAMS ARE STAGING NOW |
| 20200036425S | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 5:25:31 PM | FHP WILL BE READY IN 5 MINUTES ---- |
| 20200036425S | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 5:33:24 PM | TEAM ON CORNER FIELD FORCE ON THE EAST T18 |
| 20200036425S | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 5:34:22 PM | FHP EB ON JULIA |
| 20200036425S | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 5:35:25 PM | CLOSE THE LINE ON THE EASTSIDE |
| 20200036425S | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 5:38:24 PM | ONE PERSON BLEEDING IN THE ROAD BY THE COURTHOUSE |
| 20200036425S | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 5:40:41 PM | 640 FORM BACK ON THE WESTSIDE |
| 20200036425S | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 5:42:17 PM | DONT LEAVE T15... |
| 20200036425S | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 5:44:47 PM | NEED JAIL VAN IN FRNT OF COURTHOUSE |
| 20200036425S | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 5:44:58 PM | CLEARING BAY ST GOING EAST |
| 20200036425S | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 5:49:10 PM | HOLD CLAY AND FORSYTH |
| 20200036425S | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 5:49:25 PM | FHP GO BACK TO THE COURT HOUSE |
| 20200036425S | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 5:50:59 PM | MAYOR HAS STATE A CURFEW AT 8PM |
| 20200036425S | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 5:51:11 PM | CORR SET A CURFEW |
| 20200036425S | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 5:57:22 PM | 12 TO 15 HEADING DOWN TO THE PMB |
| 20200036425S | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 5:57:35 PM | CROSSING MAIN EB |
| 20200036425S | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 5:59:49 PM | ALL UNITS TO 501 FOR T84 |
| 20200036425S | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 6:08:10 PM | 1076 W DUVAL NEED RESCUE FOR A WF PASSING OUT IN THE BACK OF THE JAIL VAN |
| 20200036425S | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 6:08:24 PM | CROSSING BAY ST TWDS MAIN ST BRG |
| 20200036425S | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 6:13:11 PM | STANDING DOWN BY THE HYATT |
| 20200036425S | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 6:14:26 PM | AT BAY AND LUARA STANDING ON THE CORNER |
| 20200036425S | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 6:16:53 PM | 50 PEOPLE WALKING EB FORSYTH |
| 20200036425S | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 6:17:33 PM | EB ON ADAMS FRM LAURA |
| 20200036425S | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 6:18:45 PM | EB ADAMS CROSSING MAIN |
| 20200036425S | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 6:19:51 PM | MAIN AND ADAMS 50 TO 60 |
| 20200036425S | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 6:20:36 PM | MOVING EB ON ADAMS CROSSING MAIN |
| 20200036425S | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 6:21:42 PM | EB ADAMS AND OCEAN |
| 20200036425S | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 6:22:16 PM | FIELD FORCE TIME AT ADAM AND MARKET |





P1CAD LOG - CCR 202000364255
5/31/2020 1348-2124

| CCR | DATE | INITIAL TIME OF CALLS | ADDRESS OF CALL | COMMENT DATE | COMMENT TIME | COMMENTS |
|---|---|---|---|---|---|---|
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 6:23:58 PM | EB ON ADAMS CROSSING OVER NEWMAN |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 6:24:15 PM | NOW AT MARKET |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 6:25:30 PM | 60 TO 75 |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 6:26:06 PM | EB ON ADAMS TO LIBERITY |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 6:30:21 PM | SHUT DWN BAY ST AT MARSH |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 6:30:44 PM | B124-GOT BAY AND MARSH |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 6:31:14 PM | 669- YOU WANT US TO ROLL WEST OF 501 SO WE HAVE A TEAM EAST AND WEST.... |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 6:31:55 PM | MOUNT UP IN YOUR VEHS AND GET DWN INFRT OF THEM |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 6:32:00 PM | 669-FOLLOW ME |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 6:32:07 PM | THE TEAM SET UP EAST IN THE RDWAY MOUNT BACK UP |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 6:32:22 PM | THE TEAM ON EAST OF PMB GET IN YOUR CARS PUSH WEST BOUND |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 6:33:11 PM | BAY IS SHUT DWN ALL THE WAY TO NEWMAN |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 6:33:34 PM | 742-NEED TO GET A SQUAD UP HERE AHEAD OF THIS GROUP |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 6:33:56 PM | 703-WE ARE NOT HERE TO PUSH THEM ITS T15 TIME |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 6:34:54 PM | BOLEO |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 6:35:20 PM | DON'T CHASE |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 6:35:50 PM | JAIL VAN 200 E BAY..MARKET AND BAY |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 6:36:13 PM | CARAVAN AT BAY/MARKET |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 6:36:15 PM | BLOCK THEM IN |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 6:36:43 PM | LINE AT MARKET/FORSYTH |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 6:36:51 PM | FLEX CUFFS ON MARKET |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 6:36:54 PM | DON'T CHASE THEM |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 6:37:35 PM | ADAMS/MARKET FIELD FORCE |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 6:37:55 PM | SO28 MULT JAIL VANS AT 300 BLOCK OF FORSYTH AND BAY |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 6:38:27 PM | N MARKET AND E FORSYTH BF PREGNANT PANIC ATTACK |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 6:38:46 PM | FHP AT 300 FORSYTH |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 6:40:17 PM | SO28 NEED A MEDIC AT FORSYTH |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 6:41:14 PM | SO28 NEED MULTIPLE VANS AROUND LOOKS LIKE ABOUT 16 PPL |

CAU - CMC

6

6/11/2020

| CCR | DATE | INITIAL TIME OF CALLS | ADDRESS OF CALL | COMMENT DATE | COMMENT TIME | COMMENTS |
|---|---|---|---|---|---|---|
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 6:41:38 PM | 765 WHERE DO WE NEED A RESCUE..NEED A RESCUE AT MARKET/FORSYTH |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 6:42:28 PM | 128-WE HAVE TAC MEDICS WITH HER NOW... |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 6:42:40 PM | 128-THE SUBJ NEEDS MEDIC NOT OFFICER |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 6:43:00 PM | SO28-ITS A FEMALE HYPERVENTILATED SHES PREGNANT AND HAS ABRASION TO HER LEFT LEG..ITS MINOR |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 6:43:18 PM | COME DOWN MARKET FRM THE NORTH |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 6:43:47 PM | 755-STRIKE TEAMS BRAVO AND CHARLIE REPORT BACK TO BAY ST |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 6:43:59 PM | SO28-OPERATIONS... |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 6:44:25 PM | 693-IF YOU HAVE AN ARRESTEE COME TO MARKET AND FORSTYH... |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 6:45:08 PM | 765-HAVE THE RESCUE TASK FORCE STAGE AT LIBERTY/FORSYTH |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 6:48:44 PM | 872- UNIT AT 1ST/BLVD--KEEP THEM OUT OF PARK |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 6:50:17 PM | 137 SB ON PEARL NOT GOING INTO PARK POSS HEADING TWRDS HENNING PLAZA |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 6:51:14 PM | 5 INDVS ON BICYCLES ON LIBERTY AND FORSYTH WHICH I BELIEVE ARE PART OF THE PROBLEM |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 6:53:05 PM | 230-231..231 MOVE PAST WEST US |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 6:53:08 PM | THEY WENT MOBILE PASSING FCCJ HEADING TWRDS BAY ST |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 6:54:28 PM | C321 IS AT 8TH/PERL |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 6:55:33 PM | 137-POSS HEADING TWRDS CONFEDERATE PARK ON 1ST ST |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 6:57:02 PM | 184-WHEN THE NIGHT SHIFT STRIKE TEAM T8S..SEND TWO UNITS TO 125 MARKET TO HOLD THE SCENE |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 6:58:06 PM | 137- NOW ALL GOING BACK DOWN LAURA ST |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 6:58:22 PM | NB BACK TWRDS THE PEARL |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 7:04:55 PM | BRING ME THAT OPEN BOX OF FLEX CUFFS TO MARKET/BAY |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 7:06:27 PM | SO28 TO THE UNITS WE HAVE MONITORING THE ZONE WE HAVE 94 THERES A GROUP OF 50-60 IN THE AREA OF LAURA/3RD |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 7:06:40 PM | 137- WE ARE IN THE AREA OF THAT ON A12 |



| CCR | DATE | INITIAL TIME OF CALLS | ADDRESS OF CALL | COMMENT DATE | COMMENT TIME | COMMENTS |
|---|---|---|---|---|---|---|
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 7:06:52 PM | APPROACHING THE PARK...ALLOWING TO WALK ON SIDEWALK |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 7:07:58 PM | 184-TO ALL FIELD FORCE SGTS THEY MAYB MOBILIZING TO KUKLER PARK.. |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 7:08:22 PM | CORR..KLUTHO PARK |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 7:08:56 PM | 742-TO EVERYONE AT BAY AND MARKET...LETS LOAD UP TO 1ST/LAURA ARAE |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 7:09:03 PM | AREA** |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 7:11:36 PM | SO28 TO SHANNON..WE GOT THEM LAID OUT ON THE SIDEWALK..NEED ABOUT 3 TEAMS OVER HERE TO THE PARK.. |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 7:12:41 PM | STRIKE TEAM CHARLIE AT 4TH/SILVER... |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 7:14:43 PM | SO28 FRM 173..YOU HAVE TWO STRIKE TEAMS HEADED YOUR WAY FRM 501 |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 7:17:32 PM | 184-TO THE FIELD FORCE UNITS JUST HEAD BACK TO YOUR CARS..WE'RE 77 |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 7:33:21 PM | 728 FRM 173 WE ARE BREAKING FREE FRM100 NORTH MARKET SENDING THEM YOUR WAY.. |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 7:34:11 PM | 650 FRM 184..650-I HAVE THE UNIT CURRENTLY AT LAURA/BAY.. |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 7:35:14 PM | 184-725 AND 669 TEAM IS T97 AT KLEUTHO PARK?..669-T4 |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 7:37:51 PM | 199- WHEN THE VANS BECOME T8..KINDA HAVE THEM STANDING BY IN THE GENERAL AREA OF 5TH/LAURA |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 7:38:15 PM | THE ONES BEING RELIEVED AT THE FIRESTATION CAN THEY T8 OR YOU NEED THEM TO GO SOMEWHERE ELSE |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 7:38:38 PM | 650 BLU TEAM T97 5TH/SILVER |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 7:40:05 PM | 650-WHEN YOUR TEAM ASSEMBLES HERE..I NEED YOU OVER HERE AT THE PARK FOR A QUICK BRIEF..650-T4 MY TEAM STAND BY HERE 5TH/SILVER I WILL RETURN.. |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 7:40:47 PM | KIRKLANDS TEAM WHEN YOU GUYS ASSEMBLE I NEED YOU OVER HERE TO 3RD/SILVER FOR BRIEFING |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 7:44:41 PM | WE ARE DOING THE ANNOUNCEMENT TO DISPURSE RIGHT NOW |



| CCR | DATE | INITIAL TIME OF CALLS | ADDRESS OF CALL | COMMENT DATE | COMMENT TIME | COMMENTS |
|---|---|---|---|---|---|---|
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 7:45:37 PM | 137- TO EVERYONE ON THE PERIMETER WHEN I TELL YOU TO LOAD UP GO TO THE CARS..YOU WILL EACH GET AN ARRESTEE AND WILL GO TO THE K9 BARN |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 7:47:08 PM | PER 174 FOR THE ANNOUNCEMENT |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 7:48:43 PM | 519 TO SGT RAY..765.....AT THE CONCRETE PKLT RIGHT NEXT TO THE GRASS FIELD..IF YOU CAN GET SOME TRAFFIC PPL IN THEIR TO FLAG THE MARKED UNITS COMING IN PLEASE....765 T4 |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 7:50:34 PM | 137- TO EVERYONE ON PERIM ON PARK..STAY WHERE YOUR AT |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 7:51:30 PM | 137-WHO WAS ORIGINALLY ON PERM. ..STAY ON PERIM..WERE HOLDING PARK UNTILL 830 |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 7:54:04 PM | 142 TO STRIKE TEAM ALPHA REPORT BACK TO 501 |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 7:56:01 PM | 7467 TO THE UNITS COMING TO JFRD ON JULIA ST |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 8:04:19 PM | ALL UNIT STAY ON PERIM UNTILL ABOUT 815 820 |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 8:24:21 PM | OUTSIDE PERIM REPORT TO 44 / PEARL |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 8:27:56 PM | 184 TO THE OFFICER THAT ARRESTED THE WM WITH THE MOLOTOV COCKTAIL..DET ROSS (8030..184 IF YOUR AT THE PMB CAN YOU MEET ME AT BURGLARY.. |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 8:28:20 PM | 184-TO ALL FIED FORCE AND RED TEAMS T19 PMB |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 8:28:38 PM | 184 FRM 650...MOST OF US ARE ACROSS THE ST..WE WILL BE OVER THERE MOMENTARILY |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 8:51:03 PM | 199-MOBILE FIED FORCE GOING T82 |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 8:58:40 PM | HQ FRM 173-FOR 94 ALL FIELD FORCE UNITS WERE T81 AT 0900 AND ARE T82 AT 2100HRS.. |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 9:24:22 PM | DISPO BC99:K |


CAU - CMC

**3. Declaration of Chief Jackson Short**

DELAINE SMITH; BRIAUNA BOSWORTH;
SHARRONA BRIGHTMAN; and
ELIZABETH MULRONEY,

       Plaintiffs,

vs.

                                  Case No.: 3:20-cv-629-J-39JRK

SHERIFF MIKE WILLIAMS, in his official
capacity as Sheriff of the Consolidated
City of Jacksonville, Florida; J.H. WING,
individually; F. CANNADAY, individually;
D.D. STUHR, individually; and C.S. JOHN,
individually,

       Defendants.

_____/

## DECLARATION OF JACKSON W. SHORT

    JACKSON W. SHORT does hereby submit this declaration pursuant to 28 U.S.C. §1746, and states as follows:

    1.    My name is Jackson Short. I am a sworn law enforcement officer employed by the Jacksonville Sheriff's Office (JSO) since 1998, and currently hold the position of Chief of Professional Standards. As such, I am responsible for the following sections: Training, Public Accountability, and Compliance.

    2.    My work experience includes twelve years of leadership positions through four promotions, a graduate of the FBI's National Academy, a master's degree in Homeland Security, a certified NIMS All-Hazards Incident Commander, and the designated incident commander for multiple special events, critical incidents, and protests.

3.    I was the assigned Incident Commander for the public protests in downtown Jacksonville on May 31, 2020. As Incident Commander, I was responsible for preparation and implementation of JSO's Incident Action Plan (Composite Exhibit A) to respond to anticipated activities and events. (No organizations or groups had been issued permits to demonstrate or march that day in the downtown area.)

4.    A group of protesters began to gather in front of the Duval County Courthouse at approximately 10 a.m. Eventually, the crowd grew to several hundred in number. At approximately 1330, the crowd walked away from the courthouse to Adams Street, west on the sidewalk to Broad Street, north on Broad (now in the street and obstructing traffic in all lanes) to Church Street, east on Church to Clay Street, north on Clay to Union Street, south on Laura Street to Bay Street, and after briefly turning east on Bay Street, reversed course and returned to the front of the courthouse via Julia and Monroe Streets. One arrest was made during this procession for breach of peace.

5.    Shortly after 1630, the group (approximately the same in number) left the courthouse and proceeded east on Adams Street (in the street, against one-way traffic, and obstructing traffic in all lanes) until eventually moving south on Main Street to the intersection of Bay Street and the onramp to the Main Street bridge. The protesters were prevented by JSO officers from walking up the ramp and onto the bridge. As well, the protesters were ordered several times over bullhorn to get out of the roadway and disperse. Some complied, many did not. It was my judgment at the time that the gathering had developed into an unlawful assembly under Florida law[1] and I gave the order to end the demonstrations to protect life and property

---

[1] Section 870.02, Fla. Stat. I was mindful of the day/night before in the same area in which a day-long, peaceful protest resulted in violence and the destruction of public property including a knife wound to the neck of a JSO officer and the burning of a JSO patrol vehicle. Based on this

2

including arrests as necessary to secure the peace. While doing so, physical altercations took place between certain JSO officers and protesters including the use of Oleoresin Capsicum ("pepper") spray by one officer (as shown in Plaintiffs' Exhibit 9).[2]

6. Although most of the group left the bridge at approximately 1715, not everyone dispersed as ordered. Rather, the protesters proceeded west in groups in all lanes of Bay Street and eventually came together again in front of the courthouse and on/across Adams Street at Clay Street. Once regrouped, the protesters continued their demonstration. Bottles and other objects were thrown at JSO officers positioned across Adams at Clay Street. Repeated orders to disperse were given over a bullhorn by Assistant Chief W. Mike Johnson. Chief Johnson eventually gave countdown orders to disperse. Again, many complied but others did not.

7. I then ordered JSO's mobile field forces and supporting field force personnel from the Florida Highway Patrol to approach in lines from the east, south, and west to surround the protesters who refused to disperse and make arrests for Unlawful Assembly. Plaintiffs Smith and Mulroney were among those arrested at this location.

8. Other protesters had refused to disperse and remained at or near the intersection of Bay and Main Streets. Subsequently, these protesters began to proceed east on Bay Street in the direction of the Police Memorial Building at 501 E. Bay Street. Officers responded and multiple orders and warnings to disperse or face arrest were announced. After a final warning was ignored, numerous protesters were arrested for Unlawful Assembly. Plaintiffs Bosworth and Brightman were among those arrested at this location.

---

immediate history and the situation that was unfolding, I believed it was necessary to end the protest to protect both the public and the protesters themselves.

[2] I have investigated the use of spray depicted in the video to determine if it was properly deployed. The officer who deployed the spray was Officer J.L. Day. Officer Day's Response to Resistance Report is attached as Exhibit B. As articulated in the report, Officer Day reasonably and appropriately deployed spray in defense of others.

9. While unintended, *de minimis* injuries can occur when officers use lawful force to take suspects into custody. While any injury to a suspect is regrettable, I am not aware of any injuries to any of the Plaintiffs that were other than minor in nature.

10. I reviewed the PICAD Log (Exhibit C) for this incident to refresh my recollection of the approximate time and location of the events described herein.

11. I acknowledge that falsely making this certification will subject me to criminal penalty under federal and state law.

I DECLARE UNDER PENALTY OF PERJURY that the foregoing is true and correct. Executed this 6th day of July, 2020, in Jacksonville, Duval County, Florida.

Jackson W. Short

**3. Declaration of Chief Jackson Short**

Composite Exhibit A:  Incident Action Plan
(5.31.2020)

| Incident Name<br>CCOJ - JSO Countywide<br>Readiness | Operational Period | Date From 05/31/2020<br>Time From 06:00 | Date To 05/31/2020<br>Time To 18:00 |
|---|---|---|---|
| **Approved by** | **Name**<br>Jackson Short | **Title**<br>Incident Command | **Date/Time Approved**<br>05/31/2020 12:50:05 |

# Incident Action Plan

JSO Countywide Readiness

| Prepared by | |
|---|---|
| Name  G. Pangelinan | Position/Title  SITL |
| Signature _____ | Date/Time  05/31/2020 02:28:22 |

# Incident Objectives (ICS 202)

| Incident Name CCOJ - JSO Countywide Readiness | Operational Period | Date From 05/31/2020 Time From 06:00 | Date To 05/31/2020 Time To 18:00 |
|---|---|---|---|

**Objective(s)**

*Provide supplemental patrol for calls for service and violent incidents citywide
*Provide protection force for JFRD designated stations and Headquarters
*Ensure the protection of critical infrastructures in each zone
*Provide security for Downtown Jax protest events

**Operational Period Command Emphasis**

**General Situational Awareness (Weather, General Safety Message)**

**Site Safety Plan Required?**

Yes ☐  No ☑

 Approved Site Safety Plan(s) Located At:

**Incident Action Plan (the items checked below are included in this Incident Action Plan)**

| ☑ ICS 200 | ☐ ICS 205A | ☐ ICS 211p-OS |
|---|---|---|
| ☐ ICS 201 | ☑ ICS 206 | ☐ ICS 215 |
| ☑ ICS 202 | ☑ ICS 207 | ☐ ICS 215A |
| ☑ ICS 203 | ☑ ICS 208 | ☐ ICS 220 |
| ☑ ICS 204 | ☐ ICS 209 | ☑ ICS 230 |
| ☑ ICS 205 | ☐ ICS 211e-OS | |

**Prepared by**

Name  G. Pangelinan

Position/Title  SITL

Signature _____

Date/Time   05/30/2020 23:58:43

# Organization Assignment List (ICS 203)

| Incident Name<br>CCOJ - JSO Countywide Readiness | Operational Period | Date From 05/31/2020<br>Time From 06:00 | Date To 05/31/2020<br>Time To 18:00 |
|---|---|---|---|

| Incident Commander(s) and Command Staff | | Operations Section | |
|---|---|---|---|
| IC/UCs | J.W. Short (JSO) | Chief | T. Cox (JSO) |
| | | Deputy | M. Shell (JSO) |
| | | JFRD/JSO | J. Ricks (JSO) |
| Deputy | | Staging Area | |
| Safety Officer | M. Senterfitt (JSO) | JSO East | |
| Public Info. Officer | C. Meyer (JSO) | Branch Director | |
| Liason Officer | M. Zarka (JSO) / S. Hall (JFRD-EPD) | Deputy | |
| Agency/Organization Representatives | | Zone 1 | J. Judge (SO21) |
| Agency/Organization | Name | Zone 2 | L. Burton (SO22) |
| JSO | A. Ayoub | Zone 3 | P. Restivo (SO23) |
| JSO | C. Cowan | JSO West | |
| | | Branch Director | |
| | | Deputy | |
| | | Zone 4 | D. Shelton (SO24) |
| | | Zone 5 | R. Burns III (SO25) |
| | | Zone 6 | G. Burton (SO26) |
| Planning Section | | JSO/JFRD | |
| Chief | R. Silcox (JSO) | Branch Director | |
| Deputy | S. Allen (JSO) | Deputy | |
| Resources Unit | A. Tarver (JSO) | JSO/JFRD | J. Ricks (174) |
| Situation Unit | J. Moody (JSO) | Mobile Field Force | |
| Documentation Unit | | Branch Director | |
| Demobilization Unit | | Deputy | |
| Technical Specialists | A. Goethe (JSO-INTEL) | Mobile Field Force | W. Johnson (SO28) |
| | | Air Operations Branch | |
| | | Air Ops Branch Dir. | |
| | | | |
| Logistics Section | | | |
| Chief | N. Tomlin (JSO) / B. Peterson (JFRD-EPD) | Finance/Administration Section | |
| Deputy | | Chief | M. Conger (JSO) |
| Support Branch | | Deputy | |
| Director | | Time Unit | |
| Supply Unit | | Procurement Unit | |
| Facilities Unit | | Comp/Claims Unit | |
| Ground Support Unit | | Cost Unit | |
| Service Branch | | | |
| Director | | | |
| Communications Unit | | | |
| Medical Unit | | | |
| Food Unit | | | |

| Prepared by | |
|---|---|
| Name A. Tarver | Position/Title RESL |
| Signature _____ | Date/Time 05/31/2020 00:51:36 |

# Assignment List (ICS 204)

| Incident Name<br>CCOJ - JSO Countywide Readiness | Operational Period | Date From 05/31/2020<br>Time From 06:00 | Date To 05/31/2020<br>Time To 18:00 |
|---|---|---|---|
| Branch<br>JSO East | Division/Group<br>Zone 1 | Staging Area | |

| Operations Personnel | Name | | Contact-Number(s) |
|---|---|---|---|
| Operations Section Chief: | T. Cox (JSO) | | |
| Branch Director: | | | |
| Division/Group Supervisor: | J. Judge (SO21) | | 904-424-4187 / 904-955-2075 |

**Resources Assigned**

| Resource Identifier | Leader | # of Persons | Contact (e.g., phone, pager, radio frequency, etc.) | Reporting Location, Special Equipment and Supplies, Remarks, Notes, Information |
|---|---|---|---|---|
| Zone 1 ST 1 | J. Nobles (742) | 5 | 904-591-3696 / A-1 | See Team Leader |
| Zone 1 ST 2 | T. Terrell (715) | 6 | 904-233-4055 / A-1 | See Team Leader |
| Zone 1 Critical Infrastructures ST | J. Nobles (742) | 1 | 904-591-3696 / A-1 | See Team Leader |

**Work Assignments**

*Provide supplemental patrol for calls for service and violent incidents citywide
*Ensure the protection of critical infrastructures in each zone

**Special Instructions**

**Communications (radio and/or phone contact numbers needed for this assignment)**

| Name | Function | Primary Contact (indicate cell, pager, or radio) |
|---|---|---|
| JSO Radio | Zone 1 ST Operations | A-1 |

**Map / Image**

**Prepared by**

Name A. Tarver

Position/Title ResL

Signature _____

Date/Time 05/31/2020 00:59:12

# Assignment List (ICS 204)

| Incident Name CCOJ - JSO Countywide Readiness | Operational Period | Date From 05/31/2020 Time From 06:00 | Date To 05/31/2020 Time To 18:00 |
|---|---|---|---|
| **Branch** JSO East | **Division/Group** Zone 2 | **Staging Area** | |

| Operations Personnel | Name | | Contact-Number(s) |
|---|---|---|---|
| **Operations Section Chief:** | T. Cox (JSO) | | |
| **Branch Director:** | | | |
| **Division/Group Supervisor:** | L. Burton (SO22) | | 904-885-0646 |

**Resources Assigned**

| Resource Identifier | Leader | # of Persons | Contact (e.g., phone, pager, radio frequency, etc.) | Reporting Location, Special Equipment and Supplies, Remarks, Notes, Information |
|---|---|---|---|---|
| Zone 2 ST 1 | D. Cooper (711) | 8 | 904-707-5334 / A-2 | See Team Leader |
| Zone 2 ST 2 | A. Ardizzoni (618) | 8 | 904-662-3789 / A-2 | See Team Leader |
| Zone 2 Critical Infrastructures ST | D. Hall (130) | 3 | 904-703-2836 / A-2 | See Team Leader |

**Work Assignments**

*Provide supplemental patrol for calls for service and violent incidents citywide
*Ensure the protection of critical infrastructures in each zone

**Special Instructions**

**Communications (radio and/or phone contact numbers needed for this assignment)**

| Name | Function | Primary Contact (indicate cell, pager, or radio) |
|---|---|---|
| JSO Radio | Zone 2 ST Operations | A-2 |

**Map / Image**

**Prepared by**

Name  A. Tarver          Position/Title  ResL

Signature _____          Date/Time  05/31/2020 01:01:34

# Assignment List (ICS 204)

| Incident Name<br>CCOJ - JSO Countywide Readiness | Operational Period | Date From 05/31/2020<br>Time From 06:00 | Date To 05/31/2020<br>Time To 18:00 |
|---|---|---|---|
| Branch<br>JSO East | Division/Group<br>Zone 3 | Staging Area | |

| Operations Personnel | Name | | Contact-Number(s) |
|---|---|---|---|
| Operations Section Chief: | T. Cox (JSO) | | |
| Branch Director: | | | |
| Division/Group Supervisor: | P. Restivo (SO23) | | 904-697-8309 / 904-463-3327 |

**Resources Assigned**

| Resource Identifier | Leader | # of Persons | Contact (e.g., phone, pager, radio frequency, etc.) | Reporting Location, Special Equipment and Supplies, Remarks, Notes, Information |
|---|---|---|---|---|
| Zone 3 ST 1 | A. Haberman (746) | 10 | 904-699-8634 / A-3 | See Team Leader |
| Zone 3 Critical Infrastructures ST | R. Johnson (622) | 10 | 904-631-2095 / A-3 | See Team Leader |

**Work Assignments**

*Provide supplemental patrol for calls for service and violent incidents citywide
*Ensure the protection of critical infrastructures in each zone

**Special Instructions**

**Communications (radio and/or phone contact numbers needed for this assignment)**

| Name | Function | Primary Contact (indicate cell, pager, or radio) |
|---|---|---|
| JSO Radio | Zone 3 ST Operations | A-3 |

| Map / Image |
|---|

| Prepared by | |
|---|---|
| Name  A. Tarver | Position/Title ResL |
| Signature _____ | Date/Time  05/31/2020 01:05:37 |

# Assignment List (ICS 204)

| Incident Name CCOJ - JSO Countywide Readiness | Operational Period | Date From 05/31/2020 Time From 06:00 | Date To 05/31/2020 Time To 18:00 |
|---|---|---|---|
| **Branch** JSO West | **Division/Group** Zone 4 | **Staging Area** | |

| Operations Personnel | Name | | Contact-Number(s) |
|---|---|---|---|
| **Operations Section Chief:** | T. Cox (JSO) | | |
| **Branch Director:** | | | |
| **Division/Group Supervisor:** | D. Shelton (SO24) | | 904-403-7254 |

**Resources Assigned**

| Resource Identifier | Leader | # of Persons | Contact (e.g., phone, pager, radio frequency, etc.) | Reporting Location, Special Equipment and Supplies, Remarks, Notes, Information |
|---|---|---|---|---|
| Zone 4 ST 1 | M. Moon (737) | 7 | 904-591-2763 / A-4 | See Team Leader |
| Zone 4 Critical Infrastructures ST | C. Dyal (608) | 10 | 904-813-2474 / A-4 | See Team Leader |

**Work Assignments**

*Provide supplemental patrol for calls for service and violent incidents citywide
*Ensure the protection of critical infrastructures in each zone

**Special Instructions**

**Communications (radio and/or phone contact numbers needed for this assignment)**

| Name | Function | Primary Contact (indicate cell, pager, or radio) |
|---|---|---|
| JSO Radio | Zone 4 ST Operations | A-4 |

**Map / Image**

| Prepared by | |
|---|---|
| Name  A. Tarver | Position/Title  ResL |
| Signature _____ | Date/Time  05/31/2020 01:14:28 |

# Assignment List (ICS 204)

| Incident Name<br>CCOJ - JSO Countywide Readiness | Operational Period | Date From 05/31/2020<br>Time From 06:00 | Date To 05/31/2020<br>Time To 18:00 |
|---|---|---|---|
| Branch<br>JSO West | Division/Group<br>Zone 5 | Staging Area | |

| Operations Personnel | Name | | Contact-Number(s) |
|---|---|---|---|
| Operations Section Chief: | T. Cox (JSO) | | |
| Branch Director: | | | |
| Division/Group Supervisor: | R. Burns III (SO25) | | 904-699-1120 |

### Resources Assigned

| Resource Identifier | Leader | # of Persons | Contact (e.g., phone, pager, radio frequency, etc.) | Reporting Location, Special Equipment and Supplies, Remarks, Notes, Information |
|---|---|---|---|---|
| Zone 5 ST 1 | T. Jones (640) | 7 | 904-483-8706 / A-5 | See Team Leader |
| Zone 5 ST 2 | A. Alston (770) | 7 | 904-710-7401 / A-5 | See Team Leader |
| Zone 5 Critical Infrastructures ST | A. Carnes (623) | 2 | 904-945-5880 / A-5 | See Team Leader |

### Work Assignments

*Provide supplemental patrol for calls for service and violent incidents citywide
*Ensure the protection of critical infrastructures in each zone

### Special Instructions

### Communications (radio and/or phone contact numbers needed for this assignment)

| Name | Function | Primary Contact (indicate cell, pager, or radio) |
|---|---|---|
| JSO Radio | Zone 5 ST Operations | A-5 |

### Map / Image

### Prepared by

| Name  A. Tarver | Position/Title  ResL |
|---|---|
| Signature _____ | Date/Time  05/31/2020 01:20:09 |

# Assignment List (ICS 204)

| Incident Name<br>CCOJ - JSO Countywide Readiness | Operational Period | Date From 05/31/2020<br>Time From 06:00 | Date To 05/31/2020<br>Time To 18:00 |
|---|---|---|---|
| Branch<br>JSO West | Division/Group<br>Zone 6 | Staging Area | |

| Operations Personnel | Name | | Contact-Number(s) |
|---|---|---|---|
| Operations Section Chief: | T. Cox (JSO) | | |
| Branch Director: | | | |
| Division/Group Supervisor: | G. Burton (SO26) | | 904-629-5378 / 904-832-2140 |

## Resources Assigned

| Resource Identifier | Leader | # of Persons | Contact (e.g., phone, pager, radio frequency, etc.) | Reporting Location, Special Equipment and Supplies, Remarks, Notes, Information |
|---|---|---|---|---|
| Zone 6 ST 1 | H. Baker IV (755) | 4 | 904-219-4569 / A-6 | See Team Leader |
| Zone 6 ST 2 | H. Baker IV (755) | 3 | 904-219-4569 / A-6 | See Team Leader |
| Zone 6 Critical Infrastructures ST | H. Baker IV (755) | 2 | 904-219-4569 / A-6 | See Team Leader |

## Work Assignments

*Provide supplemental patrol for calls for service and violent incidents citywide
*Ensure the protection of critical infrastructures in each zone

## Special Instructions

## Communications (radio and/or phone contact numbers needed for this assignment)

| Name | Function | Primary Contact (indicate cell, pager, or radio) |
|---|---|---|
| JSO Radio | Zone 6 ST Operations | A-6 |

## Map / Image

## Prepared by

Name  A. Tarver

Position/Title ResL

Signature _____

Date/Time  05/31/2020 01:22:39

# Assignment List (ICS 204)

| Incident Name<br>CCOJ - JSO Countywide Readiness | Operational Period | Date From 05/31/2020<br>Time From 06:00 | Date To 05/31/2020<br>Time To 18:00 |
|---|---|---|---|
| **Branch**<br>JSO/JFRD | **Division/Group**<br>JSO/JFRD | **Staging Area** | |

| Operations Personnel | Name | | Contact-Number(s) |
|---|---|---|---|
| **Operations Section Chief:** | T. Cox (JSO) | | |
| **Branch Director:** | | | 904-238-2745 |
| **Division/Group Supervisor:** | J. Ricks (174) | | 904-238-2745 |

## Resources Assigned

| Resource Identifier | Leader | # of Persons | Contact (e.g., phone, pager, radio frequency, etc.) | Reporting Location, Special Equipment and Supplies, Remarks, Notes, Information |
|---|---|---|---|---|
| JSO/JFRD Station 1 TF | A. Brandon (J251) | 2 | 904-635-4116 | Location: 611 N. Liberty St. (Hours: 0600-1800) |
| JSO/JFRD Station 2 TF | J. Vasser (2408) | 2 | 904-910-7453 | Location: 1355 N. Main St. (Hours: 0600-1800) |
| JSO/JFRD Station 4 TF | J. Gray (MTR06) | 2 | 904-612-7826 | Location: 639 W. Duval St. (Hours: 0600-1800) |
| JSO/JFRD Station 7 TF | A. Cobb (8729) | 2 | 904-477-1341 | Location: 2346 Division St. (Hours: 0600-1800) |
| JSO/JFRD Station 9 TF | M. Sosa (1236) | 2 | 904-534-8718 | Location: 4560 N. Main St. (Hours: 0600-1800) |
| JSO/JFRD Station 18 TF | S. Strickland (8173) | 2 | 904-626-2770 | Location: 3504 N. Myrtle Ave. (Hours: 0600-1800) |
| JSO/JFRD Station 24 TF | S. Fusco (8570) | 2 | 904-545-1333 | Location: 9247 Lem Turner Rd. (Hours: 0600-1800) |
| JSO/JFRD Station 36 TF | K. Bush (8611) | 2 | 904-386-8401 | Location: 2926 Lippia Rd. (Hours: 0600-1800) |
| JSO/JFRD HQ TF | M. Chizik (8167) | 2 | 904-738-5859 | Location: 515 N. Julia St. (Hours: 0600-1800) |
| Rescue ST | C. Ray (765) | 9 | 904-504-3388 | Location: K-9 Barn |

## Work Assignments

*Provide protection force for JFRD designated stations and Headquarters

## Special Instructions

## Communications (radio and/or phone contact numbers needed for this assignment)

| Name | Function | Primary Contact (indicate cell, pager, or radio) |
|---|---|---|
| JSO/JFRD TF Operations | JSO/JFRD TF Operations | Zone Specific |

## Map / Image

| Prepared by | |
|---|---|
| Name A. Tarver | Position/Title ResL |
| Signature _____ | Date/Time 05/31/2020 01:24:17 |

# Assignment List (ICS 204)

| Incident Name<br>CCOJ - JSO Countywide Readiness | Operational Period | Date From 05/31/2020<br>Time From 06:00 | Date To 05/31/2020<br>Time To 18:00 |
|---|---|---|---|
| **Branch**<br>Mobile Field Force | **Division/Group**<br>Mobile Field Force | **Staging Area** | |

| Operations Personnel: | Name | Contact-Number(s) |
|---|---|---|
| Operations Section Chief: | T. Cox (JSO) | |
| Branch Director: | | 904-718-3259 |
| Division/Group Supervisor: | W. Johnson (SO28) | 904-718-3259 |

## Resources Assigned

| Resource Identifier | Leader | # of Persons | Contact (e.g., phone, pager, radio frequency, etc.) | Reporting Location, Special Equipment and Supplies, Remarks, Notes, Information |
|---|---|---|---|---|
| Extrication ST | C. Deal IV (650) | 9 | 904-999-8210 / A-13 | See Team Leader |
| Narc Extrication Arrest ST | J. Carpenter III (805) | 10 | A-13 | See Team Leader |
| Line ST 2 | C. James (725) | 9 | 904-814-7144 / A-13 | See Team Leader |
| Narc Arrest ST 2 | D. Hughes (802) | 8 | A-13 | See Team Leader |
| Tango ST | R. Weeks (719) | 8 | 904-993-0350 / A-13 | See Team Leader |
| Line 3 ST | A. Givens (669) | 9 | 904-588-8082 / A-13 | See Team Leader |
| Narc Arrest 3 ST | R. Adams Jr. (806) | 11 | A-13 | See Team Leader |
| Line 1 ST | J. Kirkland (677) | 9 | 904-708-9916 / A-13 | See Team Leader |
| Narc Arrest 1 ST | R. Cole (803) | 11 | A-13 | See Team Leader |
| Support Staff ST | P. Bouda II (614) | 7 | 352-219-8331 / A-13 | See Team Leader |

**Work Assignments**

*Provide security for Downtown Jax protest events

**Special Instructions**

**Communications (radio and/or phone contact numbers needed for this assignment)**

| Name | Function | Primary Contact (indicate cell, pager, or radio) |
|---|---|---|
| JSO Radio | Mobile Field Force Operations | A-13 |

**Map / Image**

**Prepared by**

Name A. Tarver    Position/Title ResL

Signature _____    Date/Time 05/31/2020 01:37:28

# Incident Radio Communications Plan (ICS 205)

| Incident Name<br>CCOJ - JSO Countywide Readiness | Operational Period | Date From 05/31/2020<br>Time From 06:00 | Date To 05/31/2020<br>Time To 18:00 |
| --- | --- | --- | --- |

**Basic Radio Channel Use**

| Zone Grp. | Ch # | Function | Channel Name/ Trunked Radio System Talkgroup | Assignment | Rx Freq N or W | RX Tone/NAC | TX Freq N or W | TX Tone/NAC | Mode (A, D, or M) |
|---|---|---|---|---|---|---|---|---|---|
| JSO A | Zone Specific | JSO/JFRD TF Operations | Zone Specific | JSO/JFRD TF Operations | N | 293 | N | 293 | D |
| | | Remarks | | | | | | | |
| JSO A | 13 | Mobile Field Force ST Operations | A-13 | Mobile Field Force ST Operations | N | 293 | N | 293 | D |
| | | Remarks | | | | | | | |
| JSO A | 6 | JSO West Operations | A-6 | JSO West Operations | N | 293 | N | 293 | D |
| | | Remarks | | | | | | | |
| JSO A | 5 | JSO West Operations | A-5 | JSO West Operations | N | 293 | N | 293 | D |
| | | Remarks | | | | | | | |
| JSO A | 4 | JSO West Operations | A-4 | JSO West Operations | N | 293 | N | 293 | D |
| | | Remarks | | | | | | | |
| JSO A | 3 | JSO East ST Operations | A-3 | JSO East ST Operations | N | 293 | N | 293 | D |
| | | Remarks | | | | | | | |
| JSO A | 2 | JSO East ST Operations | A-2 | JSO East ST Operations | N | 293 | N | 293 | D |
| | | Remarks | | | | | | | |
| JSO A | 1 | JSO East ST Operations | A-1 | JSO East ST Operations | N | 293 | N | 293 | D |
| | | Remarks | | | | | | | |

**Special Instructions**

Prepared by

Name  G. Pangelinan                              Position/Title  SITL

Signature _____              Date/Time  05/31/2020 01:56:54

# Medical Plan (ICS 206)

| Incident Name CCOJ - JSO Countywide Readiness | Operational Period | Date From 05/31/2020 Time From 06:00 | | Date To 05/31/2020 Time To 18:00 | |
|---|---|---|---|---|---|

## Medical Aid Stations

| Name | Location | | Contact Number(s)/Frequency | | Paramedics on Site? |
|---|---|---|---|---|---|

## Transportation (indicate air or ground)

| Air/Ground | Ambulance Service | Location | Contact Number(s)/Frequency | Level of Service |
|---|---|---|---|---|
| Ground | Jacksonville Fire & Rescue Department | 515 N. Julia St. Jacksonville, FL | 9-1-1 | ALS |

## Hospitals

| Hospital Name | Address, Latitude & Longitude if Helipad | Contact Number(s)/ Frequency | Travel Time | | Trauma Center | Burn Center | Helipad |
|---|---|---|---|---|---|---|---|
| | | | Air | Ground | | | |
| St. Vincent's - South | 4201 Belfort Rd Jacksonville, FL | 904-296-3700 | | 15 minutes | No | No | Yes |
| St. Vincent's - Riverside | 1 Shircliff Way Jacksonville, FL | 904-308-7300 | | 10 minutes | No | No | Yes |
| Memorial Medical Center | 3625 University Blvd S. Jacksonville, FL | 904-702-6111 | | 10 minutes | No | No | Yes |
| Baptist Medical Center | 800 Prudential Dr. Jacksonville, FL | 904-202-2000 | | 5 minutes | No | No | Yes |
| UF Health - Jacksonville | 655 W. 8th St. Jacksonville, FL | 904-244-0411 | | 5 minutes | Level I | No | Yes |

## Special Medical Emergency Procedures

☐ Check box if aviation assets are utilized for rescue. If assets are used, coordinate with Air Operations.

| Prepared by | | |
|---|---|---|
| Name G. Pangelinan | | Position/Title SITL |
| Signature | | Date/Time 05/31/2020 02:20:00 |

# Incident Organization Chart (ICS 207)

| Incident Name<br>CCOJ - JSO Countywide Readiness | Operational Period | Date From 05/31/2020<br>Time From 06:00 | Date To 05/31/2020<br>Time To 18:00 |
|---|---|---|---|

**Organization Chart**



**Command Staff**

Incident Commander
J.W. Short (JSO)

Public Information Officer
C. Meyer (JSO)

Liason Officer
M. Zarka (JSO) / S. Hall (JFRD-EPD)

Safety Officer
M. Senterfitt (JSO)

**Prepared by**

Name G. Pangelinan          Position/Title SITL

Signature          Date/Time 05/31/2020 02:07:10

# Incident Organization Chart (ICS 207)

| Incident Name<br>CCOJ - JSO Countywide Readiness | Operational Period | Date From 05/31/2020<br>Time From 06:00 | Date To 05/31/2020<br>Time To 18:00 |
| --- | --- | --- | --- |

**Organization Chart**

## Planning Section

**Section Chief**
R. Silcox (JSO)

**Situation Unit Leader**
J. Moody (JSO)

**Technical Specilalists**
A. Goethe (JSO-INTEL)

**Resources Unit Leader**
A. Tarver (JSO)

**Prepared by**

Name G. Pangelinan

Position/Title SITL

Signature

Date/Time 05/31/2020 02:07:10

# Incident Organization Chart (ICS 207)

| Incident Name<br>CCOJ - JSO Countywide Readiness | Operational Period | Date From 05/31/2020<br>Time From 06:00 | Date To 05/31/2020<br>Time To 18:00 |
|---|---|---|---|

**Organization Chart**

## Finance/Administration Section

**Section Chief**

M. Conger (JSO)

**Prepared by**

Name  G. Pangelinan                    Position/Title  SITL

Signature _____            Date/Time  05/31/2020 02:07:10

# Incident Organization Chart (ICS 207)

| Incident Name CCOJ - JSO Countywide Readiness | Operational Period | Date From 05/31/2020 Time From 06:00 | Date To 05/31/2020 Time To 18:00 |
|---|---|---|---|

**Organization Chart**

Logistics Section

**Section Chief**

N. Tomlin (JSO) / B. Peterson (JFRD-EPD)

**Prepared by**

Name G. Pangelinan

Position/Title SITL

Signature _____

Date/Time 05/31/2020 02:07:10

# Incident Organization Chart (ICS 207)

| Incident Name<br>CCOJ - JSO Countywide Readiness | Operational Period | Date From 05/31/2020<br>Time From 06:00 | Date To 05/31/2020<br>Time To 18:00 |

**Organization Chart**

## Operations Section

```
Section Chief
T. Cox (JSO)
    |
Deputy
M. Shell (JSO)
```

**Prepared by**

Name G. Pangelinan          Position/Title SITL

Signature _____    Date/Time 05/31/2020 02:07:10

# Incident Organization Chart (ICS 207)

| Incident Name<br>CCOJ - JSO Countywide<br>Readiness | Operational Period | Date From 05/31/2020<br>Time From 06:00 | Date To 05/31/2020<br>Time To 18:00 |
|---|---|---|---|

**Organization Chart**

# Operations Section Branches

## JSO West

- Director
- Deputy
- Zone 4 — Leader: D. Shelton (SO24)
- Zone 5 — Leader: R. Burns III (SO25)
- Zone 6 — Leader: G. Burton (SO26)

## JSO East

- Director
- Deputy
- Zone 1 — Leader: J. Judge (SO21)
- Zone 2 — Leader: L. Burton (SO22)
- Zone 3 — Leader: P. Restivo (SO23)

## JSO/JFRD

- Director
- Deputy
- JSO/JFRD — Leader: J. Ricks (174)

## Mobile Field Force

- Director
- Deputy
- Mobile Field Force — Leader: W. Johnson (SO28)

# Safety Message/Plan (ICS 208)

| Incident Name CCOJ - JSO Countywide Readiness | Operational Period | Date From 05/31/2020 Time From 06:00 | Date To 05/31/2020 Time To 18:00 |
|---|---|---|---|

**Safety Message/Expanded Safety Message, Safety Plan, Site Safety Plan**

This event poses significant risks to officer safety. All officers should adhere to the following guidelines to minimize these risks:
• Do not work alone. All officers should work in pairs or teams.
• Do not let yourself be surrounded by a hostile crowd. Maintain a plan and a route for escape. Do not drive into a hostile crowd.
• When responding to a report of an officer needing assistance, beware of a possible ambush.
• Beware of rocks/bottles.
• It is hot - Hydrate, Hydrate, Hydrate.
• If you are injured, report it to the Safety Officer through Investigative Dispatch. The Safety Officer will complete the IOD / First report of injury.

**Site Safety Plan Required?**

Yes ☐  No ☑

Approved Site Safety Plan(s) Located At:

**Prepared by**

Name  G. Pangelinan

Position/Title  SITL

Signature  _____

Date/Time  05/31/2020 02:07:58

# Daily Meeting Schedule (ICS 230)

| Incident Name CCOJ - JSO Countywide Readiness | Operational Period | Date From 05/31/2020 Time From 06:00 | Date To 05/31/2020 Time To 18:00 |
|---|---|---|---|

**Meeting Schedule**

| Time | Meeting Name | Purpose | Attendees | Meeting Location |
|---|---|---|---|---|
| 01:00 / 13:00 | Tactics Meeting | | OSC, PSC, RESL, LSC, SOFR | PMB |
| 03:00 / 15:00 | Planning Meeting | | All Command & General Staff | Virtual, WebEx |
| 06:00 / 18:00 | Operational Period Brief | | All Command & General Staff, Branch Directors, Division / Group Supervisors, ST / TF Leaders | Handled at each substation by the Branch Directors |

**Prepared by**

| Name  G. Pangelinan | Position/Title  SITL |
|---|---|
| Signature  _____ | Date/Time  05/30/2020 23:44:21 |

## JFRD Designated Stations

Lt. Ricks will coordinate with Lt. White and Lt. Kenny to use resources from the closed locations and facility strike team members to staff the following Fire Stations and JFRD HQ:

- Fire Station 1 – 611 N Liberty St
- Fire Station 2 – 1355 N Main St
- Fire Station 4 – 639 W Duval St
- Fire Station 7 – 2340 Division St
- Fire Station 9 – 4560 N Main St
- Fire Station 18 – 3504 N Myrtle Ave
- Fire Station 24 – 9247 N Main St
- Fire Station 36 – 2926 Lippia Rd.
- JFRD Headquarters – 515 N Julia St

Two officers at each station to ride on all calls for service at that station. Officers can go inside the fire station or standby outside, whichever is more comfortable for all. Working approximately 0700-1800 and we will work on getting overnight positions tomorrow night, if this assignment continues.

| Incident Name CCOJ - JSO Countywide Readiness | Operational Period | Date From 05/31/2020 Time From 1800 | Date To 06/01/2020 Time To 0600 |
|---|---|---|---|

| Approved by | Name | Title | Date/Time Approved |
|---|---|---|---|
| | Jackson Short | Incident Commander | 05/31/2020 12:50:05 |
| | Jackson Short | Incident Commander | 05/31/2020 18:32:03 |

# Incident Action Plan

JSO Countywide Readiness

**Prepared by**

Name  A. Tarver

**Signature** _____

Position/Title  ResL

Date/Time  05/31/2020 02:28:22

# Incident Objectives (ICS 202)

| Incident Name CCOJ - JSO Countywide Readiness | Operational Period | Date From 05/31/2020 Time From 1800 | Date To 06/01/2020 Time To 0600 |
|---|---|---|---|

**Objective(s)**

*Provide supplemental patrol for calls for service and violent incidents citywide
*Provide protection force for JFRD designated stations and Headquarters
*Ensure the protection of critical infrastructures in each zone
*Provide security for Downtown Jax protest events

**Operational Period Command Emphasis**

**General Situational Awareness (Weather, General Safety Message)**

**Site Safety Plan Required?**

Yes ☐   No ☑

   Approved Site Safety Plan(s) Located At:

**Incident Action Plan (the items checked below are included in this Incident Action Plan)**

| | | |
|---|---|---|
| ☑ ICS 200 | ☐ ICS 205A | ☐ ICS 211p-OS |
| ☐ ICS 201 | ☑ ICS 206 | ☐ ICS 215 |
| ☑ ICS 202 | ☑ ICS 207 | ☐ ICS 215A |
| ☑ ICS 203 | ☑ ICS 208 | ☐ ICS 220 |
| ☑ ICS 204 | ☐ ICS 209 | ☑ ICS 230 |
| ☑ ICS 205 | ☐ ICS 211e-OS | |

**Prepared by**

Name  A. Tarver

Signature _____

Position/Title  ResL

Date/Time   05/31/2020 14:30:43

# Organization Assignment List (ICS 203)

| Incident Name<br>CCOJ - JSO Countywide<br>Readiness | Operational Period | Date From 05/31/2020<br>Time From 1800 | Date To 06/01/2020<br>Time To 0600 |
|---|---|---|---|

| Incident Commander(s) and Command Staff | | Operations Section | |
|---|---|---|---|
| IC/UCs | J. Pendley (JSO) | Chief | C.M Brown (JSO) |
| | | Deputy | |
| | | JFRD/JSO | J. Ricks (JSO) |
| Deputy | | Staging Area | K. Lamb (JSO) |
| Safety Officer | B. Baker (JSO) | Courthouse | |
| Public Info. Officer | C. Hancock (JSO) | Branch Director | J. Ricks IV |
| Liason Officer | M. Zarka (JSO) / S. Hall (JFRD-EPD) | Deputy | |
| | | Courthouse | J. Ricks IV |
| Agency/Organization Representatives | | JSO East | |
| Agency/Organization | Name | Branch Director | C.J. Cowan |
| JSO | A. Ayoub | Deputy | |
| JSO | C. Cowan | Zone 1 | J. Judge (SO21) |
| | | Zone 2 | L. Burton (SO22) |
| | | Zone 3 | P. Restivo (SO23) |
| | | JSO Intel | |
| | | Branch Director | J. Walters |
| Planning Section | | Deputy | |
| Chief | S. Robb (JSO) | JSO Intel | J. Walters |
| Deputy | | JSO West | |
| Resources Unit | K. Kahre (JSO) / A. Winstead (JSO) | Branch Director | C.J. Cowan |
| Situation Unit | G. Pangelinan (JSO) | Deputy | |
| Documentation Unit | | Zone 4 | D. Shelton (SO24) |
| Demobilization Unit | | Zone 5 | R. Burns III (SO25) |
| Technical Specialists | J. Moore (JSO-INTEL) | Zone 6 | G. Burton (SO26) |
| | | JSO/JFRD | |
| | | Branch Director | R. Beltz |
| | | Deputy | |
| Logistics Section | | JSO/JFRD | J. Ricks (174) |
| Chief | N. Tomlin (JSO) / B. Peterson (JFRD-EPD) | Klutho Park | |
| | | Branch Director | R. Beltz |
| Deputy | | Deputy | |
| Support Branch | | Klutho Park | R. Beltz |
| Director | | Mobile Field Force | |
| Supply Unit | | Branch Director | W.M. Johnson |
| Facilities Unit | | Deputy | |
| Ground Support Unit | | Mobile Field Force | W. Johnson (SO28) |
| Service Branch | | Air Operations Branch | |
| Director | | Air Ops Branch Dir. | |
| Communications Unit | | | |
| Medical Unit | | | |
| Food Unit | | Finance/Administration Section | |
| | | Chief | M. Conger (JSO) |
| | | Deputy | |
| | | Time Unit | |
| | | Procurement Unit | |
| | | Comp/Claims Unit | |
| | | Cost Unit | |

Prepared by

Name  A. Tarver

Signature  _____

Position/Title  RESL

Date/Time  05/31/2020 14:37:36

# Assignment List (ICS 204)

| Incident Name CCOJ - JSO Countywide Readiness | Operational Period | Date From 05/31/2020 Time From 1800 | Date To 06/01/2020 Time To 0600 |
|---|---|---|---|

| Branch Court House | Division/Group Courthouse | Staging Area K. Lamb (JSO) | |
|---|---|---|---|

| Operations Personnel | Name | | Contact-Number(s) |
|---|---|---|---|
| Operations Section Chief: | C.M Brown (JSO) | | |
| Branch Director: | J. Ricks IV | | 904-238-2745 |
| Division/Group Supervisor: | J. Ricks IV | | 904-894-7378 |

## Resources Assigned

| Resource Identifier | Leader | # of Persons | Contact (e.g., phone, pager, radio frequency, etc.) | Reporting Location, Special Equipment and Supplies, Remarks, Notes, Information |
|---|---|---|---|---|
| Exterior ST 1 | TBD | 9 | A-12 or A-13 | See Team Leader: (Location: 501 W. Adams St.) |
| Exterior ST 2 | TBD | 9 | A-12 or A-13 | See Team Leader: (Location: 501 W. Adams St.) |
| Exterior ST 3 | TBD | 9 | A-12 or A-13 | See Team Leader: (Location: 501 W. Adams St.) |
| Exterior ST 4 | TBD | 9 | A-12 or A-13 | See Team Leader: (Location: 501 W. Adams St.) |
| Exterior ST 5 | TBD | 9 | A-12 or A-13 | See Team Leader: (Location: 501 W. Adams St.) |
| Extrication ST | C. Deal IV (650) | 9 | 904-999-8210 / A-13 | See Team Leader: (Location: 501 W. Adams St.) |
| Narc Extrication Arrest ST | J. Carpenter III (805) | 10 | A-13 | See Team Leader: (Location: 501 W. Adams St.) |
| Line ST 2 | C. James (725) | 9 | 904-814-7144 / A-13 | See Team Leader: (Location: 501 W. Adams St.) |
| Narc Arrest ST 2 | D. Hughes (802) | 8 | 904-704-5453 / A-13 | |
| Tango ST | R. Weeks (719) | 8 | 904-993-0350 / A-13 | See Team Leader: (Location: 501 W. Adams St.) |
| Line 3 ST | A. Givens (669) | 9 | 904-588-8082 / A-13 | See Team Leader: (Location: 501 W. Adams St.) |
| Narc Arrest 3 ST | R. Adams Jr. (806) | 11 | A-13 | See Team Leader: (Location: 501 W. Adams St.) |
| Line 1 ST | J. Kirkland (677) | 9 | 904-708-9916 / A-13 | See Team Leader: (Location: 501 W. Adams St.) |
| Narc Arrest 1 ST | R. Cole (803) | 11 | A-13 | See Team Leader: (Location: 501 W. Adams St.) |
| Support Staff ST | P. Bouda II (614) | 7 | 352-219-8331 /A-13 | See Team Leader: (Location: 501 W. Adams St.) |

## Work Assignments

*Provide security for Downtown Jax protest events

## Special Instructions

## Communications (radio and/or phone contact numbers needed for this assignment)

| Name | Function | Primary Contact (indicate cell, pager, or radio) |
|---|---|---|
| Courthouse Operations | Courthouse Operations | A-12 or A-13 |

## Map / Image

| Prepared by | |
|---|---|
| Name A. Tarver | Position/Title ResL |
| Signature _____ | Date/Time 05/31/2020 17:26:11 |

# Assignment List (ICS 204)

| Incident Name<br>CCOJ - JSO Countywide Readiness | | Operational Period | | Date From 05/31/2020<br>Time From 1800 | Date To 06/01/2020<br>Time To 0600 |
|---|---|---|---|---|---|
| **Branch**<br>JSO East | | **Division/Group**<br>Zone 1 | | **Staging Area**<br>K. Lamb (JSO) | |

| Operations Personnel | Name | Contact-Number(s) |
|---|---|---|
| Operations Section Chief: | C.M Brown (JSO) | |
| Branch Director: | | |
| Division/Group Supervisor: | J. Judge (SO21) | 904-424-4187 / 904-955-2075 |

## Resources Assigned

| Resource Identifier | Leader | # of Persons | Contact (e.g., phone, pager, radio frequency, etc.) | Reporting Location, Special Equipment and Supplies, Remarks, Notes, Information |
|---|---|---|---|---|
| Zone 1 ST 1 | J. Salas (723) | 5 | 904-521-2957 / A-1 | See Team Leader |
| Zone 1 Critical Infrastructures ST | R. Walker (604) | 5 | 904-424-2820 / A-1 | See Team Leader |

## Work Assignments

*Provide supplemental patrol for calls for service and violent incidents citywide
*Ensure the protection of critical infrastructures in each zone

## Special Instructions

## Communications (radio and/or phone contact numbers needed for this assignment)

| Name | Function | Primary Contact (Indicate cell, pager, or radio) |
|---|---|---|
| JSO Radio | Zone 1 ST Operations | A-1 |

## Map / Image

## Prepared by

| Name A. Tarver | Position/Title ResL |
|---|---|
| Signature _____ | Date/Time 05/31/2020 00:59:12 |

# Assignment List (ICS 204)

| Incident Name<br>CCOJ - JSO Countywide Readiness | Operational Period | Date From 05/31/2020<br>Time From 1800 | Date To 06/01/2020<br>Time To 0600 |
|---|---|---|---|
| **Branch**<br>JSO East | **Division/Group**<br>Zone 2 | **Staging Area**<br>K. Lamb (JSO) | |

| Operations Personnel | Name | | Contact-Number(s) |
|---|---|---|---|
| **Operations Section Chief:** | C.M Brown (JSO) | | |
| **Branch Director:** | | | |
| **Division/Group Supervisor:** | L. Burton (SO22) | | 904-885-0646 |

## Resources Assigned

| Resource Identifier | Leader | # of Persons | Contact (e.g., phone, pager, radio frequency, etc.) | Reporting Location, Special Equipment and Supplies, Remarks, Notes, Information |
|---|---|---|---|---|
| Zone 2 ST 1 | G. Terrell (111) | 5 | 904-982-0573 / A-2 | See Team Leader |
| Zone 2 ST 2 | J. Garcia (747) | 5 | 904-468-0377 / A-2 | See Team Leader |
| Zone 2 Critical Infrastructures ST | S. Rammage (171) | 5 | 904-477-6739 / A-2 | See Team Leader |

## Work Assignments

*Provide supplemental patrol for calls for service and violent incidents citywide
*Ensure the protection of critical infrastructures in each zone

## Special Instructions

## Communications (radio and/or phone contact numbers needed for this assignment)

| Name | Function | Primary Contact (indicate cell, pager, or radio) |
|---|---|---|
| JSO Radio | Zone 2 ST Operations | A-2 |

## Map / Image

## Prepared by

| | |
|---|---|
| Name A. Tarver | Position/Title ResL |
| Signature _____ | Date/Time 05/31/2020 01:01:34 |

# Assignment List (ICS 204)

| Incident Name<br>CCOJ - JSO Countywide Readiness | Operational Period | Date From 05/31/2020<br>Time From 1800 | Date To 06/01/2020<br>Time To 0600 |
|---|---|---|---|
| **Branch**<br>JSO East | **Division/Group**<br>Zone 3 | **Staging Area**<br>K. Lamb (JSO) | |

| Operations Personnel | Name | | Contact-Number(s) |
|---|---|---|---|
| Operations Section Chief: | C.M Brown (JSO) | | |
| Branch Director: | | | |
| Division/Group Supervisor: | P. Restivo (SO23) | | 904-697-8309 / 904-463-3327 |

## Resources Assigned

| Resource Identifier | Leader | # of Persons | Contact (e.g., phone, pager, radio frequency, etc.) | Reporting Location, Special Equipment and Supplies, Remarks, Notes, Information |
|---|---|---|---|---|
| Zone 3 ST 1 | L. Stanley III (767) | 11 | 904-422-2954 / A-3 | See Team Leader |
| Zone 3 Critical Infrastructures ST | L. Stanley (767) | 1 | 904-422-2954 / A-3 | See Team Leader |

## Work Assignments

*Provide supplemental patrol for calls for service and violent incidents citywide
*Ensure the protection of critical infrastructures in each zone

## Special Instructions

## Communications (radio and/or phone contact numbers needed for this assignment)

| Name | Function | Primary Contact (indicate cell, pager, or radio) |
|---|---|---|
| JSO Radio | Zone 3 ST Operations | A-3 |

## Map / Image

## Prepared by

Name  A. Tarver

Position/Title  ResL

Signature  _____

Date/Time  05/31/2020 14:43:37

# Assignment List (ICS 204)

| Incident Name<br>CCOJ - JSO Countywide Readiness | Operational Period | Date From 05/31/2020<br>Time From 1800 | Date To 06/01/2020<br>Time To 0600 |
|---|---|---|---|

| Branch | Division/Group | Staging Area | |
|---|---|---|---|
| JSO Intel | JSO Intel | K. Lamb (JSO) | |

| Operations Personnel | Name | | Contact-Number(s) |
|---|---|---|---|
| Operations Section Chief: | C.M Brown (JSO) | | |
| Branch Director: | J. Walters | | 904- 401-7322 |
| Division/Group Supervisor: | J. Walters | | 904-401-7322 |

**Resources Assigned**

| Resource Identifier | Leader | # of Persons | Contact (e.g., phone, pager, radio frequency, etc.) | Reporting Location, Special Equipment and Supplies, Remarks, Notes, Information |
|---|---|---|---|---|
| Intel ST | J. Moore (8103) | 1 | 904-591-6724 | See Team Leader (Hours: 1800-0000) |
| SWAT ST | J. Ross Jr. (230) | 14 | 904-891-7108 | See Team Leaders (Hours: 1800-0000) |

**Work Assignments**

*Provide security for Downtown Jax protest events

**Special Instructions**

**Communications (radio and/or phone contact numbers needed for this assignment)**

| Name | Function | Primary Contact (indicate cell, pager, or radio) |
|---|---|---|
| JSO Intel | Intel Operations | A-13 |

**Map / Image**

| Prepared by | |
|---|---|
| Name A. Tarver | Position/Title ResL |
| Signature _____ | Date/Time 05/31/2020 15:28:40 |

# Assignment List (ICS 204)

| Incident Name<br>CCOJ - JSO Countywide Readiness | Operational Period | Date From 05/31/2020<br>Time From 1800 | Date To 06/01/2020<br>Time To 0600 |
|---|---|---|---|
| **Branch**<br>JSO West | **Division/Group**<br>Zone 4 | **Staging Area**<br>K. Lamb (JSO) | |

| Operations Personnel | Name | | Contact-Number(s) |
|---|---|---|---|
| **Operations Section Chief:** | C.M Brown (JSO) | | |
| **Branch Director:** | | | |
| **Division/Group Supervisor:** | D. Shelton (SO24) | | 904-403-7254 |

**Resources Assigned**

| Resource Identifier | Leader | # of Persons | Contact (e.g., phone, pager, radio frequency, etc.) | Reporting Location, Special Equipment and Supplies, Remarks, Notes, Information |
|---|---|---|---|---|
| Zone 4 ST 1 | M. Meissner (763) | 9 | 904-338-6251 / A-4 | See Team Leader |
| Zone 4 Critical Infrastructures ST | M. Boyd (707) | 10 | 904-699-6043 / A-4 | See Team Leader |
| Zone 4 ST 2 | R. Davis (726) | 9 | 904-651-3007 / A-4 | See Team Leader |

**Work Assignments**

*Provide supplemental patrol for calls for service and violent incidents citywide
*Ensure the protection of critical infrastructures in each zone

**Special Instructions**

**Communications (radio and/or phone contact numbers needed for this assignment)**

| Name | Function | Primary Contact (indicate cell, pager, or radio) |
|---|---|---|
| JSO Radio | Zone 4 ST Operations | A-4 |

**Map / Image**

| Prepared by | |
|---|---|
| Name  A. Tarver | **Position/Title** ResL |
| Signature _____ | **Date/Time** 05/31/2020 01:14:28 |

# Assignment List (ICS 204)

| Incident Name<br>CCOJ - JSO Countywide Readiness | Operational Period | Date From 05/31/2020<br>Time From 1800 | Date To 06/01/2020<br>Time To 0600 |
|---|---|---|---|

| Branch | Division/Group | Staging Area |
|---|---|---|
| JSO West | Zone 5 | K. Lamb (JSO) |

| Operations Personnel | | Contact-Number(s) |
|---|---|---|
| Operations Section Chief: | C.M Brown (JSO) | |
| Branch Director: | | |
| Division/Group Supervisor: | R. Burns III (SO25) | 904-699-1120 |

## Resources Assigned

| Resource Identifier | Leader | # of Persons | Contact (e.g., phone, pager, radio frequency, etc.) | Reporting Location, Special Equipment and Supplies, Remarks, Notes, Information |
|---|---|---|---|---|
| Zone 5 ST 1 | M. Crawford (681) | 7 | 904-237-8115 / A-5 | See Team Leader |
| Zone 5 ST 2 | J. Catir (616) | 7 | 904-742-0691 / A-5 | See Team Leader |
| Zone 5 Critical Infrastructures ST | M. Blanton (692) | 5 | 904-866-1448 / A-5 | See Team Leader |
| Zone 5 Critical Infrastructure ST | R. O'Connell (739) | 5 | 904-465-2491 / A-5 | See Team Leader |

## Work Assignments

*Provide supplemental patrol for calls for service and violent incidents citywide
*Ensure the protection of critical infrastructures in each zone

## Special Instructions

## Communications (radio and/or phone contact numbers needed for this assignment)

| Name | Function | Primary Contact (indicate cell, pager, or radio) |
|---|---|---|
| JSO Radio | Zone 5 ST Operations | A-5 |

## Map / Image

| Prepared by | |
|---|---|
| Name A. Tarver | Position/Title ResL |
| Signature _____ | Date/Time 05/31/2020 01:20:09 |

# Assignment List (ICS 204)

| Incident Name<br>CCOJ - JSO Countywide Readiness | Operational Period | Date From 05/31/2020<br>Time From 1800 | Date To 06/01/2020<br>Time To 0600 |
|---|---|---|---|
| **Branch**<br>JSO West | **Division/Group**<br>Zone 6 | **Staging Area**<br>K. Lamb (JSO) | |

| Operations Personnel | Name | | Contact-Number(s) |
|---|---|---|---|
| **Operations Section Chief:** | C.M Brown (JSO) | | |
| **Branch Director:** | | | |
| **Division/Group Supervisor:** | G. Burton (SO26) | | 904-629-5378 / 904-832-2140 |

**Resources Assigned**

| Resource Identifier | Leader | # of Persons | Contact (e.g., phone, pager, radio frequency, etc.) | Reporting Location, Special Equipment and Supplies, Remarks, Notes, Information |
|---|---|---|---|---|
| Zone 6 ST 1 | TBD | 8 | A-6 | See Team Leader |
| Zone 6 ST 2 | TBD | 8 | A-6 | See Team Leader |
| Zone 6 Critical Infrastructures ST | TBD | 8 | A-6 | See Team Leader |

**Work Assignments**

*Provide supplemental patrol for calls for service and violent incidents citywide
*Ensure the protection of critical infrastructures in each zone

**Special Instructions**

**Communications (radio and/or phone contact numbers needed for this assignment)**

| Name | Function | Primary Contact (indicate cell, pager, or radio) |
|---|---|---|
| JSO Radio | Zone 6 ST Operations | A-6 |

**Map / Image**

| Prepared by | |
|---|---|
| Name  A. Tarver | **Position/Title** ResL |
| Signature _____ | **Date/Time** 05/31/2020 14:48:39 |

# Assignment List (ICS 204)

| Incident Name<br>CCOJ - JSO Countywide Readiness | Operational Period | Date From 05/31/2020<br>Time From 1800 | Date To 06/01/2020<br>Time To 0600 |
|---|---|---|---|
| **Branch**<br>JSO/JFRD | **Division/Group**<br>JSO/JFRD | **Staging Area**<br>K. Lamb (JSO) | |

| Operations Personnel | Name | | Contact-Number(s) |
|---|---|---|---|
| **Operations Section Chief:** | C.M Brown (JSO) | | |
| **Branch Director:** | | | 904-238-2745 |
| **Division/Group Supervisor:** | J. Ricks (174) | | 904-238-2745 |

**Resources Assigned**

| Resource Identifier | Leader | # of Persons | Contact (e.g., phone, pager, radio frequency, etc.) | Reporting Location, Special Equipment and Supplies, Remarks, Notes, Information |
|---|---|---|---|---|
| JSO/JFRD Station 1 TF | TBA | 4 | | Location: 611 N. Liberty St. (Hours: 0600-1800) |
| JSO/JFRD Station 2 TF | TBD | 4 | | Location: 1355 N. Main St. (Hours: 0600-1800) |
| JSO/JFRD Station 4 TF | TBD | 2 | | Location: 639 W. Duval St. (Hours: 0600-1800) |
| JSO/JFRD Station 7 TF | TBD | 2 | | Location: 2346 Division St. (Hours: 0600-1800) |
| JSO/JFRD Station 9 TF | TBD | 2 | | Location: 4560 N. Main St. (Hours: 0600-1800) |
| JSO/JFRD Station 18 TF | TBD | 2 | | Location: 3504 N. Myrtle Ave. (Hours: 0600-1800) |
| JSO/JFRD Station 24 TF | TBD | 2 | | Location: 9247 Lem Turner Rd. (Hours: 0600-1800) |
| JSO/JFRD Station 36 TF | TBD | 2 | | Location: 2926 Lippia Rd. (Hours: 0600-1800) |
| JSO/JFRD HQ TF | TBD | 2 | | Location: 515 N. Julia St. (Hours: 0600-1800) |
| JTA TF | TBD | 2 | | See Team Leader |

**Work Assignments**

*Provide protection force for JFRD designated stations and Headquarters

**Special Instructions**

**Communications (radio and/or phone contact numbers needed for this assignment)**

| Name | Function | Primary Contact (indicate cell, pager, or radio) |
|---|---|---|
| JSO/JFRD TF Operations | JSO/JFRD TF Operations | Zone Specific |

**Map / Image**

| Prepared by | |
|---|---|
| Name A. Tarver | Position/Title ResL |
| Signature _____ | Date/Time 05/31/2020 01:24:17 |

# Assignment List (ICS 204)

| Incident Name<br>CCOJ - JSO Countywide Readiness | Operational Period | Date From 05/31/2020<br>Time From 1800 | Date To 06/01/2020<br>Time To 0600 |
|---|---|---|---|
| Branch<br>Klutho Park | Division/Group<br>Klutho Park | Staging Area<br>K. Lamb (JSO) | |

| Operations Personnel | Name | | Contact-Number(s) |
|---|---|---|---|
| Operations Section Chief: | C.M Brown (JSO) | | |
| Branch Director: | R. Beltz | | 904-424-4182 |
| Division/Group Supervisor: | R. Beltz | | 904-424-4182 |

## Resources Assigned

| Resource Identifier | Leader | # of Persons | Contact (e.g., phone, pager, radio frequency, etc.) | Reporting Location, Special Equipment and Supplies, Remarks, Notes, Information |
|---|---|---|---|---|
| Exterior ST 1 | TBD | 9 | A-12 or A-13 | See Team Leader (Location: 204 W. 3rd., 32206) |
| Exterior ST 2 | TBD | 9 | A-12 or A-13 | See Team Leader (Location: 204 W. 3rd., 32206) |
| Exterior ST 3 | TBD | 9 | A-12 or A-13 | See Team Leader (Location: 204 W. 3rd., 32206) |
| Exterior ST 4 | TBD | 9 | A-12 or A-13 | See Team Leader (Location: 204 W. 3rd., 32206) |
| Exterior ST 5 | TBD | 9 | A-12 or A-13 | See Team Leader (Location: 204 W. 3rd., 32206) |
| Extrication ST | C. Deal IV (650) | 9 | 904-999-8210 / A-13 | See Team Leader (Location: 204 W. 3rd., 32206) |
| Narc Extrication Arrest ST | J. Carpenter III (805) | 10 | A-13 | See Team Leader (Location: 204 W. 3rd., 32206) |
| Line ST 2 | C. James (725) | 9 | 904-814-7144/ A-13 | See Team Leader (Location: 204 W. 3rd., 32206) |
| Narc Arrest ST 2 | D. Hughes | 9 | 904-704-5453 / A-13 | See Team Leader (Location: 204 W. 3rd., 32206) |
| Tango ST | R. Weeks (719) | 9 | 904-993-0350 / A-13 | See Team Leader (Location: 204 W. 3rd., 32206) |
| Line 3 ST | A. Givens (669) | 9 | 904-588-8082 / A-13 | See Team Leader (Location: 204 W. 3rd., 32206) |
| Narc Arrest 3 ST | R. Adams Jr (806) | 9 | A-13 | See Team Leader (Location: 204 W. 3rd., 32206) |
| Line 1 ST | J. Kirkland (677) | 9 | 904-708-9916 / A-13 | See Team Leader (Location: 204 W. 3rd., 32206) |
| Narc Arrest 1 ST | R. Cole (803) | 11 | A-13 | See Team Leader (Location: 204 W. 3rd., 32206) |
| Support Staff ST | P. Bouda II (614) | 7 | 352-219-8331 / A-13 | See Team Leader (Location: 204 W. 3rd., 32206) |

| Work Assignments |
|---|
| *Provide security for Jax Park Protest Event |

| Special Instructions |
|---|
| |

## Communications (radio and/or phone contact numbers needed for this assignment)

| Name | Function | Primary Contact (indicate cell, pager, or radio) |
|---|---|---|
| Klutho Park Operations | Klutho Park Operations | A-12 or A-13 |

| Map / Image |
|---|
| |

| Prepared by | |
|---|---|
| Name A. Tarver | Position/Title ResL |
| Signature _____ | Date/Time 05/31/2020 17:02:30 |

# Assignment List (ICS 204)

| Incident Name CCOJ - JSO Countywide Readiness | Operational Period | Date From 05/31/2020 Time From 1800 | Date To 06/01/2020 Time To 0600 |
|---|---|---|---|
| **Branch** Mobile Field Force | **Division/Group** Mobile Field Force | **Staging Area** K. Lamb (JSO) | |

| Operations Personnel: | Name | Contact-Number(s) |
|---|---|---|
| **Operations Section Chief:** | C.M Brown (JSO) | |
| **Branch Director:** | | 904-718-3259 |
| **Division/Group Supervisor:** | W. Johnson (SO28) | 904-718-3259 |

## Resources Assigned

| Resource Identifier | Leader | # of Persons | Contact (e.g., phone, pager, radio frequency, etc.) | Reporting Location, Special Equipment and Supplies, Remarks, Notes, Information |
|---|---|---|---|---|
| Extrication ST | C. Deal IV (650) | 9 | 904-999-8210/ A-13 | See Team Leader |
| Narc Extrication Arrest ST | J. Carpenter III (805) | 10 | A-13 | See Team Leader |
| Line ST 2 | C. James (725) | 9 | 904-814-7144 / A-13 | See Team Leader |
| Narc Arrest ST 2 | D. Hughes (802) | 8 | 904-704-5453 / A-13 | See Team Leader |
| Tango ST | R. Weeks (719) | 8 | 904-993-0350 / A-13 | See Team Leader |
| Line 3 ST | A. Givens (669) | 9 | 904-588-8082 / A-13 | See Team Leader |
| Narc Arrest 3 ST | R. Adams Jr. (806) | 11 | A-13 | See Team Leader |
| Line 1 ST | J. Kirkland (677) | 9 | 904-708-9916 / A-13 | See Team Leader |
| Narc Arrest 1 ST | R. Cole (803) | 11 | A-13 | See Team Leader |
| Support Staff ST | P. Bouda II (614) | 7 | 352-219-8331 / A-13 | See Team Leader |
| Jail Transport | K. Krause (2104) | 6 | 904-521-4430 / A-13 | See Team Leader |

## Work Assignments

*Provide security for Downtown Jax protest events

## Special Instructions

## Communications (radio and/or phone contact numbers needed for this assignment)

| Name | Function | Primary Contact (indicate cell, pager, or radio) |
|---|---|---|
| JSO Radio | Mobile Field Force Operations | A-13 |

## Map / Image

| Prepared by | |
|---|---|
| Name A. Tarver | Position/Title ResL |
| Signature _____ | Date/Time 05/31/2020 01:37:28 |

# Incident Radio Communications Plan (ICS 205)

| Incident Name | Operational Period | |
|---|---|---|
| CCOJ - JSO Countywide Readiness | Date From 05/31/2020<br>Time From 1800 | Date To 06/01/2020<br>Time To 0600 |

Basic Radio Channel Use

| Zone Grp. | Ch # | Function | Channel Name/ Trunked Radio System Talkgroup | Assignment | Rx Freq N or W | RX Tone/NAC | TX Freq N or W | TX Tone/NAC | Mode (A, D, or M) |
|---|---|---|---|---|---|---|---|---|---|
| JSO A | 12 | JSO Perimeter | A-12 | JSO Perimeter | N | 293 | N | 293 | D |
| | | Remarks | | | | | | | |
| JSO A | 11 | JSO Staging Area | A-11 | JSO Staging Area | N | 293 | N | 293 | D |
| | | Remarks | | | | | | | |
| JSO A | Zone Specific | JSO/JFRD TF Operations | Zone Specific | JSO/JFRD TF Operations | N | 293 | N | 293 | D |
| | | Remarks | | | | | | | |
| JSO A | 13 | Mobile Field Force ST Operations | A-13 | Mobile Field Force ST Operations | N | 293 | N | 293 | D |
| | | Remarks | | | | | | | |
| JSO A | 6 | JSO West Operations | A-6 | JSO West Operations | N | 293 | N | 293 | D |
| | | Remarks | | | | | | | |
| JSO A | 5 | JSO West Operations | A-5 | JSO West Operations | N | 293 | N | 293 | D |
| | | Remarks | | | | | | | |
| JSO A | 4 | JSO West Operations | A-4 | JSO West Operations | N | 293 | N | 293 | D |
| | | Remarks | | | | | | | |
| JSO A | 3 | JSO East ST Operations | A-3 | JSO East ST Operations | N | 293 | N | 293 | D |
| | | Remarks | | | | | | | |
| JSO A | 2 | JSO East ST Operations | A-2 | JSO East ST Operations | N | 293 | N | 293 | D |
| | | Remarks | | | | | | | |
| JSO A | 1 | JSO East ST Operations | A-1 | JSO East ST Operations | N | 293 | N | 293 | D |
| | | Remarks | | | | | | | |

**Special Instructions**

**Prepared by**

**Name** A. Tarver

**Signature** _____

**Position/Title** ResL

**Date/Time** 05/31/2020 14:42:54

# Medical Plan (ICS 206)

| Incident Name CCOJ - JSO Countywide Readiness | Operational Period | Date From 05/31/2020 Time From 1800 | Date To 06/01/2020 Time To 0600 |
|---|---|---|---|

## Medical Aid Stations

| Name | Location | Contact Number(s)/Frequency | Paramedics on Site? |
|---|---|---|---|

## Transportation (indicate air or ground)

| Air/Ground | Ambulance Service | Location | Contact Number(s)/Frequency | Level of Service |
|---|---|---|---|---|
| Ground | Jacksonville Fire & Rescue Department | 515 N. Julia St. Jacksonville, FL | 9-1-1 | ALS |

## Hospitals

| Hospital Name | Address, Latitude & Longitude if Helipad | Contact Number(s)/Frequency | Travel Time Air | Travel Time Ground | Contact Number(s)/Frequency Trauma Center | Burn Center | Helipad |
|---|---|---|---|---|---|---|---|
| St. Vincent's - South | 4201 Belfort Rd Jacksonville, FL | 904-296-3700 | | 15 minutes | No | No | Yes |
| St. Vincent's - Riverside | 1 Shircliff Way Jacksonville, FL | 904-308-7300 | | 10 minutes | No | No | Yes |
| Memorial Medical Center | 3625 University Blvd S. Jacksonville, FL | 904-702-6111 | | 10 minutes | No | No | Yes |
| Baptist Medical Center | 800 Prudential Dr. Jacksonville, FL | 904-202-2000 | | 5 minutes | No | No | Yes |
| UF Health - Jacksonville | 655 W. 8th St. Jacksonville, FL | 904-244-0411 | | 5 minutes | Level I | No | Yes |

## Special Medical Emergency Procedures

☐ Check box if aviation assets are utilized for rescue. If assets are used, coordinate with Air Operations.

**Prepared by**

Name A. Tarver          Position/Title ResL

Signature _____          Date/Time 05/31/2020 14:20:00

# Incident Organization Chart (ICS 207)



| Incident Name<br>CCOJ - JSO Countywide<br>Readiness | Operational Period | Date From 05/31/2020<br>Time From 1800 | Date To 06/01/2020<br>Time To 0600 |
|---|---|---|---|

**Organization Chart**

## Command Staff

**Incident Commander**
J. Pendley (JSO)

**Public Information Officer**
C. Hancock (JSO)

**Liason Officer**
M. Zarka (JSO) / S. Hall (JFRD-EPD)

**Safety Officer**
B. Baker (JSO)

**Prepared by**

Name A. Tarver                    Position/Title ResL

Signature _____        Date/Time 05/31/2020 02:07:10

# Incident Organization Chart (ICS 207)

| Incident Name<br>CCOJ - JSO Countywide Readiness | Operational Period | Date From 05/31/2020<br>Time From 1800 | Date To 06/01/2020<br>Time To 0600 |
|---|---|---|---|

**Organization Chart**



Planning Section

Section Chief
S. Robb (JSO)

Situation Unit Leader
G. Pangelinan (JSO)

Technical Speciliaists
J. Moore (JSO-INTEL)

Resources Unit Leader
K. Kahre (JSO) / A. Winstead (JSO)

Prepared by

Name A. Tarver                Position/Title ResL

Signature                Date/Time 05/31/2020 02:07:10

# Incident Organization Chart (ICS 207)

| Incident Name<br>CCOJ - JSO Countywide Readiness | Operational Period | Date From 05/31/2020<br>Time From 1800 | Date To 06/01/2020<br>Time To 0600 |
|---|---|---|---|

**Organization Chart**

Finance/Administration Section

Section Chief

M. Conger (JSO)

**Prepared by**

Name A. Tarver        Position/Title ResL

Signature _____        Date/Time 05/31/2020 02:07:10

# Incident Organization Chart (ICS 207)

| Incident Name<br>CCOJ - JSO Countywide<br>Readiness | Operational Period | Date From 05/31/2020<br>Time From 1800 | Date To 06/01/2020<br>Time To 0600 |
|---|---|---|---|

**Organization Chart**

Logistics Section

| Section Chief |
|---|
| N. Tomlin (JSO) / B. Peterson (JFRD-EPD) |

**Prepared by**

Name A. Tarver                    Position/Title ResL

Signature _____        Date/Time 05/31/2020 02:07:10

# Incident Organization Chart (ICS 207)

| Incident Name<br>CCOJ - JSO Countywide<br>Readiness | Operational Period | Date From 05/31/2020<br>Time From 1800 | Date To 06/01/2020<br>Time To 0600 |
|---|---|---|---|

**Organization Chart**

## Operations Section

```
Section Chief
C.M Brown (JSO)
        |
     Deputy
   (No Name)
```

**Prepared by**

Name A. Tarver

Position/Title ResL

Signature _____

Date/Time 05/31/2020 02:07:10

# Incident Organization Chart (ICS 207)

| Incident Name<br>CCOJ - JSO Countywide<br>Readiness | Operational Period | Date From 05/31/2020<br>Time From 1800 | Date To 06/01/2020<br>Time To 0600 |
|---|---|---|---|

**Organization Chart**



Operations Section Branches



**JSO East**

| Director | Deputy | Zone 3 | | Zone 2 | Zone 1 |
|---|---|---|---|---|---|
| C.J. Cowan | | Leader | | Leader | Leader |
| | | P. Restivo (SO23) | | L. Burton (SO22) | J. Judge (SO21) |

**JSO/JFRD**

| Director | Deputy | | JSO/JFRD | Leader |
|---|---|---|---|---|
| R. Beltz | | | | J. Ricks (174) |

**Mobile Field Force**

| Director | Deputy | | Mobile Field Force | Leader |
|---|---|---|---|---|
| W.M. Johnson | | | | W. Johnson (SO28) |

**Prepared by**
Name A. Tarver                    Position/Title ResL
Signature _____        Date/Time 05/31/2020 02:07:10

# Safety Message/Plan (ICS 208)

| Incident Name<br>CCOJ - JSO Countywide<br>Readiness | Operational Period | Date From 05/31/2020<br>Time From 1800 | Date To 06/01/2020<br>Time To 0600 |
|---|---|---|---|

**Safety Message/Expanded Safety Message, Safety Plan, Site Safety Plan**

This event poses significant risks to officer safety. All officers should adhere to the following guidelines to minimize these risks:
• Do not work alone. All officers should work in pairs or teams.
• Do not let yourself be surrounded by a hostile crowd. Maintain a plan and a route for escape. Do not drive into a hostile crowd.
• When responding to a report of an officer needing assistance, beware of a possible ambush.
• Beware of rocks/bottles.
• It is hot - Hydrate, Hydrate, Hydrate.
• If you are injured, report it to the Safety Officer through Investigative Dispatch. The Safety Officer will complete the IOD / First report of injury.

**Site Safety Plan Required?**

Yes ☐   No ☑

Approved Site Safety Plan(s) Located At:

**Prepared by**

Name  A. Tarver

Position/Title  ResL

Signature _____

Date/Time  05/31/2020 02:07:58

# Daily Meeting Schedule (ICS 230)

| Incident Name<br>CCOJ - JSO Countywide Readiness | Operational Period | Date From 05/31/2020<br>Time From 1800 | Date To 06/01/2020<br>Time To 0600 |
|---|---|---|---|

**Meeting Schedule**

| Time | Meeting Name | Purpose | Attendees | Meeting Location |
|---|---|---|---|---|
| 01:00 / 13:00 | Tactics Meeting | | OSC, PSC, RESL, LSC, SOFR | PMB |
| 03:00 / 15:00 | Planning Meeting | | All Command & General Staff | Virtual, WebEx |
| 06:00 / 18:00 | Operational Period Brief | | All Command & General Staff, Branch Directors, Division / Group Supervisors, ST / TF Leaders | Handled at each substation by the Branch Directors |

**Prepared by**

| Name A. Tarver | Position/Title ResL |
|---|---|
| Signature | Date/Time 05/31/2020 14:40.03 |

# JFRD Designated Stations

Lt. Ricks will coordinate with Lt. White and Lt. Kenny to use resources from the closed locations and facility strike team members to staff the following Fire Stations and JFRD HQ:

- Fire Station 1 – 611 N Liberty St
- Fire Station 2 – 1355 N Main St
- Fire Station 4 – 639 W Duval St
- Fire Station 7 – 2340 Division St
- Fire Station 9 – 4560 N Main St
- Fire Station 18 – 3504 N Myrtle Ave
- Fire Station 24 – 9247 N Main St
- Fire Station 36 – 2926 Lippia Rd.
- JFRD Headquarters – 515 N Julia St

Two officers at each station to ride on all calls for service at that station. Officers can go inside the fire station or standby outside, whichever is more comfortable for all. Working approximately 0700-1800 and we will work on getting overnight positions tomorrow night, if this assignment continues.

**3.   Declaration of Chief Jackson Short**

Exhibit B:    Response to Resistance Report (J.L. Day)

## RTR Summary Information

*Type of call:* **DISPATCHED** *Supervisor Notified:* **M. NGUYEN ( #63448 )** *Call Sign:* **184**
*Date/Time Notified:* **05/31/2020 17:00** *Rescue on scene:* **NO** *Rescue Unit Number(s):*

**RTR Incident Location(s) - 1 entered**
  **Incident Location 1**
    **1 MAIN ST S**
    **JACKSONVILLE, FL 32202**

*Location Description*
**BASE OF MAIN ST. BRIDGE**

    *Zone:* **ZONE 1** *Sub-sector:* **A3** *TAZ:* **19**
  **Location Detail**
    *Incident Location Type:* **OTHER LOCATION**
    *Courthouse Location:*   *Crowd Size:*
    *Hospital Location:*
    *Location:*   **TRANSPORTATION LOCATIONS**
    *Specific Location:*   **HIGHWAY/ROADWAY**
  **Lighting**
    *Lighting Condition:* **DAYLIGHT** *Amidst Street Lighting:* **NO** *Amidst inside Lighting:* **NO**

  **Weather Condition(s): CLEAR**

## Involved Officer #1

  *Officer:* **C.P. JAMES ( #60848 )** *Race:* **WHITE** *Sex:* **MALE** *Age:* **48**
  **Report is being written for this officer:**   **NO**

## Involved Officer #2

  *Officer:* **J.L. DAY ( #7470 )** *Race:* **WHITE** *Sex:* **MALE** *Age:* **47**
  **Report is being written for this officer:**   **YES**
  *Assignment:*   **ZONE 4**     *Uniform Type:* **SPECIALTY UNIT** *Classification:* **POLICE**
  *Was officer shot:* **NO**   *Was officer on duty:* **YES**   *Vehicle #:* **2981**
  *Use of Force reason(s):* **PROTECT OTHER OFFICER**

  **Did 1 or more subjects resist officer?:**   **NO**
  **Officer injured or impacted from event:**   **YES**
--------------------------------------------------------------------------------
  Injuries / Impacts       **1 documented injuries/impacts for Involved Officer #2**
--------------------------------------------------------------------------------
    **Injury/Impact # 1**
      *Resistance Type:* **OTHER NON-DEADLY WEAPON**     *# of Impacts:* **1**
      *Injury Reason:*   **RESULT OF RESPONSE**   *Body Location:* **CHEST RIGHT**   *Injury Type:* **NOT APPLICABLE**
      *Additional Information:* **IMPACTED WITH AN UNKNOWN LIQUID SUBSTANCE**

## Subject #1 - UNKNOWN, UNKNOWN UNKNOWN

**Demographics**
  *Race:* **UNKNOWN**     *Sex:* **UNKNOWN**     *Date of Birth:*
  *Ethnicity:* **UNKNOWN**
  *Primary Language:*   *Secondary Language:*
  *Age:* **18 to 40**
  *Clothing/Description:*

**Contact Information**
  *Home Phone #:*   *Bus. Phone #:*   *Ext.:*   *Alt. Phone #:*
  *Cell Phone #:*   *Cell Phone Provider:*
  *Email Address:*

**Home Address**     **Mailing Address**

  **Weapon(s) related to subject**

| Weapon Type | Nature of use | Weapon Type | Nature of use |
|---|---|---|---|
| **PERSONAL WEAPONS (HANDS/ FIST/ FEET/TEETH/ETC.)** | **USED** | | |

**Received RTR Response?**   **YES**

--------------------------------------------------------------------------------

Chemical Weapon: **YES**      **1 chemical weapon action(s) were applied to Subject #1**

--------------------------------------------------------------------------------

**Chemical Weapon # 1**     *Did subject comply?:* **YES**

*Date/Time Deployed?:*     **05/31/2020 16:50**    *Duration:*    **6 seconds**    *Distance:*   **8 feet**

*Decontamination Done?:* **YES** *Date/Time decontaminated?:* **05/31/2020 17:00**    *Year Manufactured:* **UK**      *Lot Number:* **UK**

*Affected areas treated by:* **SUBJECT REFUSED**

**Was Impacted or Injured?**    **NO**

### Additional Information

On 05-31-2020, at 1655, while an active member of the Mobile Field Force team, I was deployed, along with the rest of the team members, to the Main Street Bridge due to a large protest.

Upon my arrival, I positioned my marked patrol vehicle on the on ramp of the Main Street Bridge and assembled with the rest of the Field Force team. Orders were communicated via radio that this was an unlawful assembly due to the protesters walking up the travel lanes and blocking vehicle traffic. There was also an order via radio to arrest everyone on the bridge.

I commenced acting on these directives to clear the bridge by directing protesters to turn around and head back to Bay Street. Several protesters who were obstructing traffic lanes complied and began to disperse; however, the remaining protesters who were occupying the pedestrian walkway of the bridge refused multiple police orders to leave.

As I was giving these instructions to depart, I was doused with an unknown liquid substance from a male protester. As I was approaching him, he turned and ran off disappearing into the crowd. I refocused to the operational directives and observed several Field Force members affecting several arrests on the walkway. As they were doing so, a large crowd of protesters' was approaching them quickly, yelling obscenities and were very animated with their hands as if they were going to confront the officers with violence. This group was quickly advancing and were within ten feet of the officers.

Out of concern of potential injuries to the officers and the citizens they were arresting, I retrieved and deployed my MK-3 (Pepper Spray) to stop the protesters' advancement upon the arresting officers. The tactic was successful and the protesters backed down and dispersed long enough so the officers involved could safely remove themselves along with the suspects from the volatile environment.

### Signature

*Signature(s)*

| | | | | |
|---|---|---|---|---|
| *Reporting Officer #1:* | **J.L. DAY ( #7470 )** | *Division:* **PATROL** | *Section/Unit:* | **ZONE 4** |
| *Reporting Officer #2:* | **N/A** | *Division:* | *Section/Unit:* | |
| *Report submitted on:* | **06/26/2020 11:07** | | | |
| *Report Reviewer 1:* | **D.R. PFANNENSTEIN ( #63342 )** | *Status:* **Approved** | | |
| *Report approved on:* | **07/01/2020 05:04** | | | |
| *Report Reviewer 2:* | **M. NGUYEN ( #63448 )** | *Status:* **Approved** | | |
| *Report approved on:* | **07/01/2020 14:18** | | | |
| *Report Reviewer 3:* | **J.N. SHOUSE ( #7903 )** | *Status:* **Approved** | | |
| *Report approved on:* | **07/02/2020 07:53** | | | |

**3.  Declaration of Chief Jackson Short**

Exhibit C:   CAD Log (5.31.2020)

| CCR | DATE | INITIAL TIME OF CALLS | ADDRESS OF CALL | COMMENT DATE | COMMENT TIME | COMMENTS |
|---|---|---|---|---|---|---|
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 1:48:51 PM | SO28 CAME UP ON A9 AND REQUESTED A DISPATCHER ON A13 AT 1345 HOURS |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 1:49:07 PM | 1339 HOURS DISPERSEMENT ORDER GIVEN AT LAURA/FORSYTH |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 1:51:43 PM | CROWD WB ON ADAMS FRM THE COURT HOUSE |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 1:51:46 PM | 10-39 TO AIR UNIT TO COME UP ON A13 PER SO28 REQUEST |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 1:53:03 PM | TEAM 1 WEST SIDE..NEAREST CORNER OF THE COURT HOSUE..JULIA AND ASHLEY |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 1:53:21 PM | CROWD EAST LAWN.. |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 1:53:40 PM | PMB SEC SURRONDED |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 1:54:45 PM | NORTH EAST CORNER OF THE COURT HOUSE AND THE WESTEAST COURTHOSUE |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 1:55:14 PM | STRIKE TEAMS |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 1:56:30 PM | GIBBINS TEAM NEEDS TO GO THE WESTSIDE OF THE COURTHOUSE |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 1:56:52 PM | BUS BEHIND DUVAL LEGAL CENTER |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 1:58:03 PM | 650 IS AT THE SOUTHEAST CORNER...715 JEFFERSON AND DUVAL |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 1:58:38 PM | FHP AND CURKLAND EASTSIDE.. |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 1:59:22 PM | BIKE TEAM INSIDE COURTHOUSE LOBBY.. |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 2:01:23 PM | 746 TEAM...6 OFCR...AT ADAM AND JULIA |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 2:02:38 PM | 659 WESTSDIE OF THE COURT HOUSE LAWN |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 2:05:09 PM | FHP BUS...DEPLOY TO THE FRNT OF THE COURT HOUSE |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 2:05:31 PM | T66 FHP FOR NOW |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 2:13:08 PM | BM WHI TSHIRT TAN SHORT ON THE EASTSIDE OF THE LAWN DRONE |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 2:15:48 PM | MAIN/UNION TWO STRIKE TEAMS |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 2:16:24 PM | 622 TEAM AT PEARL AND ADAMS |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 2:19:07 PM | STAGING ON BEAVER AND MAIN NEAR THE PARKING GARG... |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 2:34:09 PM | AIR UNIT LANDING |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 2:35:24 PM | BRINGING JTA BUS AND PARK BEHIND COURTHOUSE FOR COOL AREA FOR OFCRS |

CAU - CMC

| CCR | DATE | INITIAL TIME OF CALLS | ADDRESS OF CALL | COMMENT DATE | COMMENT TIME | COMMENTS |
|---|---|---|---|---|---|---|
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 2:37:52 PM | AIR UNIT ON NEXT PASS OF ADAMS AND JULIA CHECK PKING GARAGE TO SEE IF ANYONE IS THERE...DRONE JUST LANDED THERE |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 2:38:14 PM | JSO DRONE UNIT IS ON PARKING DECK DIRECTLY EAST OF THE COURTHOUSE |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 2:39:31 PM | NEEDS TRANSPORT VAN OR CAGE CAR TO CLAY/ADAMS FOR SIG 0 W/ AX |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 2:39:55 PM | SEND ME A PERIMETER TRAFFIC UNIT.... |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 2:40:08 PM | 511 - ONE OF THE UNITS @ JULIA/ADAMS, GO TO CLAY/ADAMS |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 2:48:15 PM | WM TAN HAT BLK SHIRT BLK TACTICALPANTS BLK BACKPACK WALKING AROUND |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 2:49:32 PM | DRONE PH 252336577 |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 2:52:46 PM | SITTING ON THE STAIRS |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 3:02:40 PM | JTA T97 W/2 BUSES MONROE AND JEFFERSON AND THE NORTHSIDE OF THE COURT HOUSE |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 3:10:27 PM | MARCH TO START AT 1600 WB |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 3:13:47 PM | FIELD FORCE TASK FORCE UP FRNT AND IN THE REAR |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 3:26:08 PM | 746 ADAMS AND JULIE 669 MOTORCYLE GANG AT N BROAD AND DUVAL |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 3:28:52 PM | SMALL CROWD HEADING TWDS THE T50...HOLDING MC GANG AT N BROAD AND MONROE |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 3:29:40 PM | 618 BROAD AND MONROE |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 3:29:54 PM | 20MORE POEPLE HEADING THAT WAY |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 3:30:05 PM | CROWD HEADING TWDS THE T50. |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 3:32:31 PM | NORTHSIDE OF THE COURT HOUSE FEILD FORCE TEAM |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 3:35:13 PM | MC T8 T77 |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 3:36:07 PM | MC GANG ARE SIG 0 |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 3:37:34 PM | JEFFERSON AND MONROE BLOCKED OFF |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 3:59:23 PM | RAY AT CHURCH AND PEARL 511 DUVAL AND BROAD |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 3:59:37 PM | ON BLK N OF BROAD AND CHURCH |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 4:00:25 PM | EVERYTHING STAYS ON JULIA,CHURCH,EFFERSON,BROAD |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 4:30:00 PM | JAIL BUS AT DUVAL AND JEFFERSON |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 4:42:22 PM | STRARTING TO MOVE |

CAU - CMC



6/11/2020

| CCR | DATE | INITIAL TIME OF CALLS | ADDRESS OF CALL | COMMENT DATE | COMMENT TIME | COMMENTS |
|---|---|---|---|---|---|---|
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 4:42:52 PM | EB TWDS JULIA |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 4:44:28 PM | 650 TEAM 1 IN FRNT |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 4:45:15 PM | 742 ADAMS UP TO MAIN BLOCKED |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 4:47:32 PM | COMING UP TO MAIN |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 4:49:07 PM | ANOTHER CROWD AT THE PMB POSS HEADING THAT WAY |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 4:50:26 PM | GOING TWDS BAY |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 4:51:35 PM | INDIVS GOING ACROSS MAIN ST BRIDGE |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 4:51:58 PM | BRIDGE TENDER NEEDS TO RAISE MAIN ST BRIDGE |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 4:52:49 PM | BLOCK MAIN ST BRIDGE AND START MAKING ARREST |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 4:53:26 PM | PER SOSO SHUT DOWN NB MAIN ST BRIDGE PAST PRUDENTIAL |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 4:53:31 PM | REDIRECT TRAFFIC UNITS THAT ARE BLOCKING COURTHOUSE |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 4:54:26 PM | NEED ALL UNITS ON MAIN ST BRIDGE |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 4:54:37 PM | NB ON OCEAN NEEDS TO BE SHUT DOWN |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 4:54:50 PM | 511'S TEAM AT BAY AND OCEAN |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 4:55:03 PM | FIELD FORCE NEEDS TO PUSH UP, NO CHASING |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 4:55:35 PM | FIELD FORCE FROM SIDEWALK TO SIDEWALK ----ARREST TEAM WM GRY HAT BLU SHIRT NEEDS TO BE T15D |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 4:55:58 PM | BM NEEDS TO BE T15D ---FF HOLD LINE, FACE THE BRIDGE |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 4:56:08 PM | YELLOW SQD FACE SB ON MAIN ST BRIDGE |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 4:56:24 PM | SGT GIBBONS TEAM FACE BAY ST   ORANGE SQD FACE SB ON BAY |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 4:59:35 PM | HOLD EASTERN SIDE OF BAY ST BLUE AND RED SQUADS PUSH THEM OFF THE BRIDGE |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 4:59:42 PM | STRIKE TEAM ON END OF BRIDGE |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 5:01:26 PM | PER 184 FF MASK UP-----1 LINE OF COVER---NO HEADS EXPOSED |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 5:03:18 PM | 711 AND TEAM NEEDS TO GO TO MAIN ST  AND T23 PER 618 |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 5:03:43 PM | FF TEAM ON MAIN ST GO MOVE CARS AND PARALLEL OTHER TEAM |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 5:04:29 PM | UNITS ARRIVING, DO NOT BLOCK ROADWAY |

CAU - CMC

3





| CCR | DATE | INITIAL TIME OF CALLS | ADDRESS OF CALL | COMMENT DATE | COMMENT TIME | COMMENTS |
|---|---|---|---|---|---|---|
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 5:05:12 PM | NEEDS A FF TEAM WB ON FORSYTH--- |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 5:05:41 PM | STAY PARALLEL W/THE PROTESTORS |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 5:07:40 PM | PER "COMMAND" NOT ENTERTAINING ANYMORE PROTESTING OR LAWFUL GATHERINGS, THIS IS 100% OVER, END THE SITUATIONS HOW IT NEEDS TO BE ENDED |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 5:08:11 PM | BLU/YELLOW SQDS AND ARREST TEAMS, T8 |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 5:08:28 PM | TEAMS GO BACK WHERE YOU WERE AND GO MOBILE---- PARALLE NB TURNING NB NOW |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 5:08:43 PM | KEEP MAIN ST BRIDGE BLOCKED FOR NOW-----NEED JAIL VAN WB ON BAY |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 5:09:02 PM | IF HANDS ON---ARREST THEM |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 5:09:09 PM | MAIN ST BRG TENDER "SHALA" # 904 359 6154 ADVSD UNABLE TO USE BRIDGE AS BLOCKING DEVICE |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 5:11:53 PM | NB ON JULIA AND FORSYTH===THEN HEAD BACK TO COURTHOUSE |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 5:12:28 PM | GROUP NOW GOING TO HOGAN AND DUVAL |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 5:13:08 PM | COMING BACK TO HOGAN AND ADAMS |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 5:13:15 PM | NEED UNITS AT ADAMS AND OCEAN |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 5:15:59 PM | LARGE GROUP AT MONROE    BY FEDERAL COURTHOUSE AT SOUTHERN |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 5:16:19 PM | MOBILE FF NEEDS TO GO TO MONROE AND DUVAL |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 5:16:54 PM | LET THEM GO BACK TO THE COURTHOUSE  DONT FORM A LINE |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 5:17:20 PM | DIVERTING ACROSS PARKING LOT TO GO TO COURTHOUSE |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 5:18:24 PM | LET BAY ST GO AND LET TRAFFIC GO WB ON BAY AND SB ON MAIN ST -----HOLD BRIDGE |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 5:18:56 PM | MAIN ST BRIDGE ON 23 SIDE IS BLOCKED |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 5:19:24 PM | FHP GEARING UP NOW, WILL BE MOBILE SHORTLY |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 5:20:13 PM | GIBBONS TEAM T8 GO BACK TO ORIGINAL POSITIONS YELLOW SQD ON WEST SIDE  BLU SQD ON EAST SIDE    IF PARKD ON MAIN ST MOVE VEHS NOW |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 5:20:29 PM | FORSYTH AND CLAY NEEDS TO BE BLOCKED FOR VEH TRAFFIC 742 T51 TO THERE |

CAU - CMC

| CCR | DATE | INITIAL TIME OF CALLS | ADDRESS OF CALL | COMMENT DATE | COMMENT TIME | COMMENTS |
|---|---|---|---|---|---|---|
| 20200364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 5:21:15 PM | NEED UNITS AT DUVAL AND MAIN |
| 20200364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 5:21:50 PM | CROWD HAS GROWN NOW---LARGER THAN WHEN THEY LEFT |
| 20200364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 5:23:15 PM | CLEAR MAIN ST BRIDGE NOW |
| 20200364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 5:23:38 PM | NEED JAIL VAN AT MAIN ST BRIDGE |
| 20200364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 5:24:32 PM | 2 ARREST TEAMS ARE STAGING NOW |
| 20200364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 5:25:31 PM | FHP WILL BE READY IN 5 MINUTES --- |
| 20200364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 5:33:24 PM | TEAM ON CORNER FIELD FORCE ON THE EAST T18 |
| 20200364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 5:34:22 PM | FHP EB ON JULIA |
| 20200364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 5:35:25 PM | CLOSE THE LINE ON THE EASTSIDE |
| 20200364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 5:38:24 PM | ONE PERSON BLEEDING IN THE ROAD BY THE COURTHOUSE |
| 20200364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 5:40:41 PM | 640 FORM BACK ON THE WESTSIDE |
| 20200364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 5:42:17 PM | DONT LEAVE T15... |
| 20200364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 5:44:47 PM | NEED JAIL VAN IN FRNT OF COURTHOUSE |
| 20200364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 5:44:58 PM | CLEARING BAY ST GOING EAST |
| 20200364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 5:49:10 PM | HOLD CLAY AND FORSYTH |
| 20200364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 5:49:25 PM | FHP GO BACK TO THE COURT HOUSE |
| 20200364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 5:50:59 PM | MAYOR HAS STATE A CURFEW AT 8PM |
| 20200364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 5:51:11 PM | CORR SET A CURFEW |
| 20200364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 5:57:22 PM | 12 TO 15 HEADING DOWN TO THE PMB |
| 20200364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 5:57:35 PM | CROSSING MAIN EB |
| 20200364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 5:59:49 PM | ALL UNITS TO 501 FOR T84 |
| 20200364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 6:08:10 PM | 1076 W DUVAL NEED RESCUE FOR A WF PASSING OUT IN THE BACK OF THE JAIL VAN |
| 20200364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 6:08:24 PM | CROSSING BAY ST TWDS MAIN ST BRG |
| 20200364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 6:13:11 PM | STANDING DOWN BY THE HYATT |
| 20200364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 6:14:26 PM | AT BAY AND LUARA STANDING ON THE CORNER |
| 20200364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 6:16:53 PM | 50 PEOPLE WALKING EB FORSYTH |
| 20200364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 6:17:33 PM | EB ON ADAMS FRM LAURA |
| 20200364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 6:18:45 PM | EB ADAMS CROSSING MAIN |
| 20200364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 6:19:51 PM | MAIN AND ADAMS 50 TO 60 |
| 20200364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 6:20:36 PM | MOVING EB ON ADAMS CROSSING MAIN |
| 20200364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 6:21:42 PM | EB ADAMS AND OCEAN |
| 20200364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 6:22:16 PM | FIELD FORCE TIME AT ADAM AND MARKET |



CAU - CMC

| CCR | DATE | INITIAL TIME OF CALLS | ADDRESS OF CALL | COMMENT DATE | COMMENT TIME | COMMENTS |
|---|---|---|---|---|---|---|
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 6:23:58 PM | EB ON ADAMS CROSSING OVER NEWMAN |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 6:24:15 PM | NOW AT MARKET |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 6:25:30 PM | 60 TO 75 |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 6:26:06 PM | EB ON ADAMS TO LIBERITY |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 6:30:21 PM | SHUT DWN BAY ST AT MARSH |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 6:30:44 PM | B124-GOT BAY AND MARSH |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 6:31:14 PM | 669- YOU WANT US TO ROLL WEST OF 501 SO WE HAVE A TEAM EAST AND WEST.... |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 6:31:55 PM | MOUNT UP IN YOUR VEHS AND GET DWN INFRT OF THEM |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 6:32:00 PM | 669-FOLLOW ME |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 6:32:07 PM | THE TEAM SET UP EAST IN THE RDWAY MOUNT BACK UP |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 6:32:22 PM | THE TEAM ON EAST OF PMB GET IN YOUR CARS PUSH WEST BOUND |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 6:33:11 PM | BAY IS SHUT DWN ALL THE WAY TO NEWNAN |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 6:33:34 PM | 742-NEED TO GET A SQUAD UP HERE AHEAD OF THIS GROUP |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 6:33:56 PM | 703-WE ARE NOT HERE TO PUSH THEM ITS T15 TIME |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 6:34:54 PM | BOLEO |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 6:35:20 PM | DON'T CHASE |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 6:35:50 PM | JAIL VAN 200 E BAY..MARKET AND BAY |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 6:36:13 PM | CARAVAN AT BAY/MARKET |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 6:36:15 PM | BLOCK THEM IN |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 6:36:43 PM | LINE AT MARKET/FORSYTH |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 6:36:51 PM | FLEX CUFFS ON MARKET |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 6:36:54 PM | DON'T CHASE THEM |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 6:37:35 PM | ADAMS/MARKET FIELD FORCE |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 6:37:55 PM | SO28 MULT JAIL VANS AT 300 BLOCK OF FORSYTH AND BAY |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 6:38:27 PM | N MARKET AND E FORSYTH BF PREGNANT PANIC ATTACK |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 6:38:46 PM | FHP AT 300 FORSYTH |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 6:40:17 PM | SO28 NEED A MEDIC AT FORSYTH |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 6:41:14 PM | SO28 NEED MULTIPLE VANS AROUND LOOKS LIKE ABOUT 16 PPL |

CAU - CMC



| CCR | DATE | INITIAL TIME OF CALLS | ADDRESS OF CALL | COMMENT DATE | COMMENT TIME | COMMENTS |
|---|---|---|---|---|---|---|
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 6:41:38 PM | 765 WHERE DO WE NEED A RESCUE..NEED A RESCUE AT MARKET/FORSYTH |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 6:42:28 PM | 128-WE HAVE TAC MEDICS WITH HER NOW... |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 6:42:40 PM | 128-THE SUBJ NEEDS MEDIC NOT OFFICER |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 6:43:00 PM | SO28-ITS A FEMALE HYPERVENTILATED SHES PREGNANT AND HAS ABRASION TO HER LEFT LEG..ITS MINOR |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 6:43:18 PM | COME DOWN MARKET FRM THE NORTH |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 6:43:47 PM | 755-STRIKE TEAMS BRAVO AND CHARLIE REPORT BACK TO BAY ST |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 6:43:59 PM | SO28-OPERATIONS.. |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 6:44:25 PM | 693-IF YOU HAVE AN ARRESTEE COME TO MARKET AND FORSTYH.. |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 6:45:08 PM | 765-HAVE THE RESCUE TASK FORCE STAGE AT LIBERTY/FORSYTH |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 6:48:44 PM | 872- UNIT AT 1ST/BLVD--KEEP THEM OUT OF PARK |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 6:50:17 PM | 137 SB ON PEARL NOT GOING INTO PARK POSS HEADING TWRDS HENNING PLAZA |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 6:51:14 PM | 5 INDVS ON BICYCLES ON LIBERTY AND FORSYTH WHICH I BELIEVE ARE PART OF THE PROBLEM |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 6:53:05 PM | 230-231..231 MOVE PAST WEST US |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 6:53:08 PM | THEY WENT MOBILE PASSING FCCJ HEADING TWRDS BAY ST |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 6:54:28 PM | C321 IS AT 8TH/PERL |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 6:55:33 PM | 137-POSS HEADING TWRDS CONFEDERATE PARK ON 1ST ST |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 6:57:02 PM | 184-WHEN THE NIGHT SHIFT STRIKE TEAM T8S..SEND TWO UNITS TO 125 MARKET TO HOLD THE SCENE |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 6:58:06 PM | 137- NOW ALL GOING BACK DOWN LAURA ST |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 6:58:22 PM | NB BACK TWRDS THE PEARL |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 7:04:55 PM | BRING ME THAT OPEN BOX OF FLEX CUFFS TO MARKET/BAY |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 7:06:27 PM | SO28 TO THE UNITS WE HAVE MONITORING THE ZONE WE HAVE 94 THERES A GROUP OF 50-60 IN THE AREA OF LAURA/3RD |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 7:06:40 PM | 137- WE ARE IN THE AREA OF THAT ON A12 |

CAU - CMC





| CCR | DATE | INITIAL TIME OF CALLS | ADDRESS OF CALL | COMMENT DATE | COMMENT TIME | COMMENTS |
|---|---|---|---|---|---|---|
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 7:06:52 PM | APPROACHING THE PARK...ALLOWING TO WALK ON SIDEWALK |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 7:07:58 PM | 184-TO ALL FIELD FORCE SGTS THEY MAYB MOBILIZING TO KUKLER PARK.. |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 7:08:22 PM | CORR..KLUTHO PARK |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 7:08:56 PM | 742-TO EVERYONE AT BAY AND MARKET...LETS LOAD UP TO 1ST/LAURA ARAE |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 7:09:03 PM | AREA** |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 7:11:36 PM | SO28 TO SHANNON..WE GOT THEM LAID OUT ON THE SIDEWALK..NEED ABOUT 3 TEAMS OVER HERE TO THE PARK.. |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 7:12:41 PM | STRIKE TEAM CHARLIE AT 4TH/SILVER... |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 7:14:43 PM | SO28 FRM 173..YOU HAVE TWO STRIKE TEAMS HEADED YOUR WAY FRM 501 |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 7:17:32 PM | 184-TO THE FIELD FORCE UNITS JUST HEAD BACK TO YOUR CARS..WE'RE 77 |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 7:33:21 PM | 728 FRM 173 WE ARE BREAKING FREE FRM100 NORTH MARKET SENDING THEM YOUR WAY.. |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 7:34:11 PM | 650 FRM 184..650-I HAVE THE UNIT CURRENTLY AT LAURA/BAY.. |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 7:35:14 PM | 184-725 AND 669 TEAM IS T97 AT KLEUTHO PARK?..669-T4 |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 7:37:51 PM | 199- WHEN THE VANS BECOME T8..KINDA HAVE THEM STANDING BY IN THE GENERAL AREA OF 5TH/LAURA |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 7:38:15 PM | THE ONES BEING RELIEVED AT THE FIRESTATION CAN THEY T8 OR YOU NEED THEM TO GO SOMEWHERE ELSE |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 7:38:38 PM | 650 BLU TEAM T97 5TH/SILVER |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 7:40:05 PM | 650-WHEN YOUR TEAM ASSEMBLES HERE..I NEED YOU OVER HERE AT THE PARK FOR A QUICK BRIEF..650-T4 MY TEAM STAND BY HERE 5TH/SILVER I WILL RETURN.. |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 7:40:47 PM | KIRKLANDS TEAM WHEN YOU GUYS ASSEMBLE I NEED YOU OVER HERE TO 3RD/SILVER FOR BRIEFING |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 7:44:41 PM | WE ARE DOING THE ANNOUNCEMENT TO DISPURSE RIGHT NOW |

CAU - CMC

6/11/2020

| CCR | DATE | INITIAL TIME OF CALLS | ADDRESS OF CALL | COMMENT DATE | COMMENT TIME | COMMENTS |
|---|---|---|---|---|---|---|
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 7:45:37 PM | 137- TO EVERYONE ON THE PERIMETER WHEN I TELL YOU TO LOAD UP GO TO THE CARS..YOU WILL EACH GET AN ARRESTEE AND WILL GO TO THE K9 BARN |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 7:47:08 PM | PER 174 FOR THE ANNOUNCEMENT |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 7:48:43 PM | 519 TO SGT RAY..765.....AT THE CONCRETE PKLT RIGHT NEXT TO THE GRASS FIELD..IF YOU CAN GET SOME TRAFFIC PPL IN THEIR TO FLAG THE MARKED UNITS COMING IN PLEASE....765 T4 |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 7:50:34 PM | 137- TO EVERYONE ON PERIM ON PARK..STAY WHERE YOUR AT |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 7:51:30 PM | 137-WHO WAS ORIGINALLY ON PERM ..STAY ON PERIM..WERE HOLDING PARK UNTILL 830 |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 7:54:04 PM | 142 TO STRIKE TEAM ALPHA REPORT BACK TO 501 |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 7:56:01 PM | 7467 TO THE UNITS COMING TO JFRD ON JULIA ST |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 8:04:19 PM | ALL UNIT STAY ON PERIM UNTILL ABOUT 815 820 |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 8:24:21 PM | OUTSIDE PERIM REPORT TO 44 / PEARL |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 8:27:56 PM | 184 TO THE OFFICER THAT ARRESTED THE WM WITH THE MOLOTOV COCKTAIL..DET ROSS [8030..184 IF YOUR AT THE PMB CAN YOU MEET ME AT BURGLARY.. |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 8:28:20 PM | 184-TO ALL FIED FORCE AND RED TEAMS T19 PMB |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 8:28:38 PM | 184 FRM 650...MOST OF US ARE ACROSS THE ST..WE WILL BE OVER THERE MOMENTARILY |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 8:51:03 PM | 199-MOBILE FIED FORCE GOING T82 |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 8:58:40 PM | HQ FRM 173-FOR 94 ALL FIELD FORCE UNITS WERE T81 AT 0900 AND ARE T82 AT 2100HRS.. |
| 202000364255 | 5/31/2020 | 1348 | LAURA ST N / FORSYTH ST W | 5/31/2020 | 9:24:22 PM | DISPO BC99:K |



CAU - CMC

6/11/2020

**4.   Declaration of Undersheriff Patrick L. Ivey**

DELAINE SMITH; BRIAUNA BOSWORTH;
SHARRONA BRIGHTMAN; and
ELIZABETH MULRONEY,

        Plaintiffs,

vs.                                Case No.: 3:20-cv-629-J-39JRK

SHERIFF MIKE WILLIAMS, in his official
capacity as Sheriff of the Consolidated
City of Jacksonville, Florida; J.H. WING,
individually; F. CANNADAY, individually;
D.D. STUHR, individually; and C.S. JOHN,
individually,

        Defendants.

_____/

## DECLARATION OF PATRICK L. IVEY

        PATRICK L. IVEY does hereby submit this declaration pursuant to 28 U.S.C. §1746, and states as follows:

        1.      My name is Patrick Ivey. I am a sworn law enforcement officer employed by the Jacksonville Sheriff's Office (JSO) since 1994, and currently hold the position of Undersheriff (since July 2015). As Undersheriff, I am responsible for good order and discipline within the JSO including compliance with federal and state law, and written department directives, and have supervisory responsibility for all aspects of JSO's operations to ensure adherence to constitutional and professional police standards and practices by JSO patrol and correctional officers.

        2.      JSO is nationally accredited by CALEA (Commission on Accreditation for Law Enforcement Agencies). CALEA is a cooperative effort by and among the National Sheriff's

Association, the International Association of Chiefs of Police, the National Organization of Black Law Enforcement Executives, and the Police Executive Research Forum. JSO first received CALEA accreditation in 1992 and was reaccredited in 1997, 2002, 2005, 2008, 2011, 2014, and 2017 (see 2018 reaccreditation letter: Exhibit A). CALEA's accreditation standards cover hundreds of subjects including every aspect of law enforcement operations (*e.g.*, training, citizen contact, arrest procedure, search and seizure and use of force/response to resistance, supervision and discipline). As of May 31, 2020, JSO was accredited at the state level by the Commission for Florida Law Enforcement Accreditation (see 2017 reaccreditation letter: Exhibit B).

3.     I have reviewed the events of May 30 and 31, 2020, including the arrests of the Plaintiffs in this action. At this time, I am unaware of any information to show that the Plaintiffs' arrests for Unlawful Assembly were not supported by probable cause. I am also unaware of any instance during my tenure as Undersheriff in which JSO officers acted to suppress the free speech and assembly rights of the citizens of Jacksonville.

4.     Further, at no time relevant to this action did the JSO have an official policy or procedure, or participate in or condone a widespread custom or practice, of failing to train, supervise, or discipline officers who make false arrests, use excessive force against the citizens of Jacksonville, deny citizens' rights under the First Amendment, or retaliate against citizens for exercising their First Amendment rights.

5.     The violence that was experienced in downtown Jacksonville on the night of May 30, following a day of peaceful protests, was the most serious since the late 1960s. An officer suffered a knife wound to his neck and a patrol vehicle was burned. JSO planned for the next day of protests accordingly, including, for the first time, staging and deploying the entire 60-officer

Mobile Field Force Unit. An additional 45 officers were called in on stand-by to assist if unrest developed and it became necessary to take any protesters into custody. Due to our planning, training, and the professionalism displayed by our officers in managing the May 31 protests, there were no serious injuries to anyone, either officers or protesters, and no damage to public or private property that day. A further testament to JSO's appropriate policies and practices is that at the more than 30 public protests since May 31 to which JSO has responded (see Protest Activity Summary attached as Exhibit C), no protesters were arrested (on any charge) or injured by police action and there was no property damage associated with any of the post-May 31 events.[1]

6. Nor was there a policy or custom of failing to prevent or properly respond to any such conduct or allegations of such conduct. Nor was the JSO deliberately indifferent to any obvious need for training or counseling officers on such issues. To the contrary, JSO holds its officers to established constitutional standards and generally accepted police practices with respect to citizen arrests, the use of force, and otherwise responding to resisting subjects. *See* Exhibit D: Order No. 201 (Arrests); Exhibit E: Order No. 551 (Response to Resistance), Section II.B.–Non-Deadly Force Policy, Section II.H.–Chemical Weapons. Thus, at all relevant times, JSO had in place an Internal Affairs unit (which investigates allegations of officer non-compliance with JSO's written policies and procedures) and an Integrity unit (which investigates allegations of criminal conduct by JSO employees). Respectively, these units aggressively seek to detect and deter any activity in violation of JSO policy or state or federal law.

---

[1] It should also be noted that on June 10, 2020, Sheriff Williams and several senior members of his administrative staff joined Mayor Lenny Curry in support of the unity march hosted by Leonard Fournette of the Jacksonville Jaguars. (See First Coast News article: Exhibit J.) The Sheriff's support for and participation in this important demonstration makes clear the unequivocal policy of the Jacksonville Sheriff's Office to encourage the citizens of Jacksonville to freely assemble and express their views as guaranteed by the First Amendment and protected by law.

7.     All complaints of excessive or unnecessary force and other improper conduct made against JSO police officers are reviewed by the Internal Affairs Unit. If it is determined that an officer used excessive or unnecessary force or otherwise acted improperly, the officer is disciplined in proportion to the offense. With respect to same, it is the policy, practice, and custom of JSO not to tolerate improper actions by its officers and to take remedial action if the agency becomes aware of any misconduct. *See* Exhibit F: Order No. 501 (Code of Conduct), and Exhibit G: Order No. 571 (Internal Affairs).[2] A spreadsheet of excessive use of force complaints/findings by the JSO Internal Affairs Unit for the period 2015 through 2019 is attached hereto as Exhibit H.

8.     JSO's citywide incident data for 2019 is attached hereto as Exhibit I. As reflected, JSO effected 36,098 arrests in 2019 involving Priority Incidents. *Id*. at 2-4. As reported in Exhibit H, the agency received and reviewed 40 complaints in 2019 alleging the use of excessive or unnecessary force by JSO officers. Thus, even though some of these complaints were by jail inmates and a few complaints might relate to arrests in late 2018, it can fairly be estimated that JSO officers were alleged to have used excessive force in less than one-fifth of 1% of all arrests made in 2019.

9.     I certify that Exhibits A-I are business records of the Jacksonville Sheriff's Office as created, received, and/or maintained by the agency in the regular course of business.

10.     I acknowledge that falsely making this certification will subject me to criminal penalty under federal and state law.

---

[2] In 2019 through July 3, 2020 alone, 144 police and correctional officers have received discipline for issues related to their job performance including written reprimands, suspensions, and terminations (8).

I DECLARE UNDER PENALTY OF PERJURY that the foregoing is true and correct.

Executed this 6th day of July, 2020, in Jacksonville, Duval County, Florida.

_____
Patrick L. Ivey

# Declaration of Undersheriff Patrick L. Ivey

Exhibit A:   CALEA Award Letter 2018



Commission on Accreditation for
Law Enforcement Agencies, Inc.
13575 Heathcote Boulevard
Suite 320
Gainesville, Virginia 20155

Phone: (703) 352-4225
Fax: (703) 890-3126
E-mail: calea@calea.org
Website: www.calea.org

March 24, 2018

Mr. Mike Williams
Sheriff of Jacksonville
Jacksonville Sheriff's Office
501 East Bay Street, Room 211
Jacksonville, FL 32202

Dear Sheriff Williams:

CALEA® Accreditation serves as the *International Gold Standard for Public Safety Agencies* and this correspondence serves to acknowledge the Jacksonville Sheriff's Office has been awarded CALEA® Law Enforcement Accreditation effective November 21, 2017 for the eighth time. This award may remain in effect for four years and the agency retains all privileges associated with this status during that period.

The process of CALEA Accreditation begins with a rigorous self-assessment, requiring a review of policies, practices and processes against internationally accepted public safety standards. This is followed with an assessment by independent assessors with significant public safety experience. Additionally, public feedback is received to promote community trust and engagement, and structured interviews are conducted with select agency personnel and others with knowledge to assess the agency's effectiveness and overall service delivery capacities. The decision to accredit is rendered by a governing body of twenty-one Commissioners following a public hearing and review of all reporting documentation.

Although the award symbolizes a significant professional accomplishment, it is also a demarcation for the agency to remain in compliance with CALEA standards. To this end, the agency must remit annual status reports to document its progression of continuous organizational improvement. The first three reports are to be submitted on the agency's award date of November 21, and the fourth report should be submitted three months prior to the next assessment period.

CALEA congratulates the Jacksonville Sheriff's Office for demonstrating a commitment to professional excellence through accreditation. The CALEA Accreditation indices are the *Marks of Professional Excellence* and should be displayed proudly by those that have earned them.

Sincerely,

Craig Webre
Chairperson

W. Craig Hartley, Jr.
Executive Director

**4.   Declaration of Undersheriff Patrick L. Ivey**

Exhibit B:   CFA Award Letter 2017



**Commission for Florida
Law Enforcement Accreditation, Inc.**

P.O. Box 1489 ~ Tallahassee, FL 32308
(800) 558-0218 ~ (850) 410-7200

November 1, 2017

Sheriff Mike Williams
Jacksonville Sheriff's Office
501 E. Bay Street
Jacksonville, Florida    32202

Dear Sheriff Williams:

Congratulations!

We are pleased to inform you the Jacksonville Sheriff's Office has met the required standards to become reaccredited by the Commission for Florida Law Enforcement Accreditation as an Excelsior agency (second award).

Your reaccredited status is official as of this date and will remain in effect for a period of three years. Compliance with any future standards approved by the Commission that may be applicable to your department is part of maintaining your accredited status.

You and your agency are to be commended for your continued diligence, professionalism, and commitment in maintaining this highest recognition among Florida's law enforcement community.

We look forward to working with you and your agency in your continuous pursuit of excellence.  On behalf of the Commission, we extend our thanks for your participation and congratulations on a job well done!

Sincerely,

Lori Mizell
Executive Director

**4.   Declaration of Undersheriff Patrick L. Ivey**

Exhibit C:   Protest Activity Summary
(May 30-June 24, 2020)

| Incident Date | CCR Number | Location | LocationIfOther | Incident Time | Event or Protest Name |
|---|---|---|---|---|---|
| 6/24/2020 | | Courthouse | | 1300-1800 | Solidarity Walk for Breonna Taylor and Oluwatoyin Salau |
| 6/23/2020 | | Other | The River Club - 1 Independent Dr #3500, 32202 | 1200 | Luncheon Honoring Judson Sapp |
| 6/21/2020 | | Other | 715 Riverside Ave | 1430 | Dance Protest |
| 6/21/2020 | | Police Memorial Building | | 1700 | BLM Peaceful Protest |
| 6/21/2020 | | Other | 220 E Bay St | 1400 | Luciferion March for a One World Government |
| 6/20/2020 | 20-000000 | Courthouse | | 1030 | Peaceful Protest to Show Solidarity Against the RNC |
| 6/20/2020 | 20-000000 | Police Memorial Building | | 1400 | Million Mother March |
| 6/20/2020 | 20-000000 | Courthouse | | 1000-1100 | Celebrate the Slavery Emancipation |
| 6/20/2020 | 20-00000 | Other | 5045 Soutel Dr. | 1230 | Melanin Mama's Second Line March |
| 6/16/2020 | 20-000000 | Other | 1701 Prudential Dr. | 1700 | Confederate Names Must Go |
| 6/14/2020 | 20-392103 | Other | 1410 Gator Bowl Blvd. | 1030 | Trump's Birthday Boat Rally |
| 6/14/2020 | 20-392082 | Other | 3663 Raines Ave. | 1000 | Nation "Ride for Justice" |
| 6/13/2020 | 20-390336 | Courthouse | | 1500-1720 | National Day of Action- Stop Police Crimes |
| 6/13/2020 | 20-390098 | Other | Chaffee Rd/ I-10 | 1100-1145 | Change for Chaffee Rd/ West Jax |
| 6/13/2020 | 20-000000 | Other | Friendship Fountain | 1700 | Pray4Jax 2020 |
| 6/12/2020 | 20-000000 | Other | 8985 Lonestar Rd. | 1300 | March For Change |
| 6/9/2020 | 20-381590 | Other | City Hall | 1000 | Community Walk |
| 6/9/2020 | 20-381590 | Other | Hemming Plaza | 1200 | |
| 6/9/2020 | 20-381590 | Other | 18th and Tallyrand | 1200 | ILA Honor George Floyd |
| 6/7/2020 | 20-377795 | Other | Adams / Pearl | 1400 | |
| 6/7/2020 | 20-377609 | Other | City Hall | 1100 | City Counil and Elected Officials March |
| 6/7/2020 | 20-377609 | Police Memorial Building | | 1700 | Jax Faith Based Community |
| 6/7/2020 | 20-000000 | Courthouse | | 1000-1400 | Peaceful Protest For Black Lives Matter |
| 6/6/2020 | 20-375532 | Other | 956 Hubbard St. | 0743 | |
| 6/6/2020 | 20-000000 | Other | Mayor's House | 0900 | Rally at the Mayor's House |
| 6/6/2020 | 20-000000 | Police Memorial Building | | 1400 | Rally For Justice: March on the State Attorney's Office |
| 6/6/2020 | 20-000000 | Courthouse | | 1600 | Peaceful Protest |
| 6/5/2020 | 20-000000 | Other | 4th and Main | 1000 | Face the Revolution |
| 6/5/2020 | 20-000000 | Other | Memorial Park | 1300 | White Coats for Black Lives |
| 6/5/2020 | 20-000000 | Other | East Coastline Drive | 1930 | A Moment of Silence |
| 6/4/2020 | 20-000000 | Other | Andrew Jackson Statue | 1200-1430 | Peaceful Protest Jax |
| 6/4/2020 | 20-000000 | Other | Hemming park | 1930 | Prayer Vigil for Victims of State Sponsored Police Terror |
| 6/4/2020 | 20-000000 | Other | Seawalk Pavilion | 1800 | Beaches Display of Unity |
| 6/3/2020 | 20-000000 | Other | San Marco | 1815 | I Can't Breathe Solidarity |
| 5/31/2020 | 20-364833 | Courthouse | | 1300 to 2300 | Peaceful Protest For Black Lives Matter |
| 5/31/2020 | 20-364740 | Courthouse | | 1300 to 2300 | Peaceful Protest For Black Lives Matter |
| 5/31/2020 | 20-364739 | Courthouse | | 1300 to 2300 | Peaceful Protest For Black Lives Matter |
| 5/31/2020 | 20-364729 | Courthouse | | 1300 to 2300 | Peaceful Protest For Black Lives Matter |
| 5/31/2020 | 20-364300 | Courthouse | | 1300 to 2300 | Peaceful Protest For Black Lives Matter |
| 5/31/2020 | 20-364255 | Courthouse | | 1300 to 2300 | Peaceful Protest For Black Lives Matter |
| 5/30/2020 | 20-363341 | Police Memorial Building | | 1300 to 2359 | Justice for George Floyd and all Police Victims Caravan |
| 5/30/2020 | 20-363235 | Police Memorial Building | | 1300 to 2359 | Justice for George Floyd and all Police Victims Caravan |
| 5/30/2020 | 20-362862 | Police Memorial Building | | 1300 to 2359 | Justice for George Floyd and all Police Victims Caravan |
| 5/30/2020 | 20-362285 | Police Memorial Building | | 1300 to 2359 | Justice for George Floyd and all Police Victims Caravan |

| Number Protestors Present | Event or Protest Organizer | Incident Related Arrests | Counter Protestors Present | Number Counter Protestors | Location Counter Protestors |
|---|---|---|---|---|---|
| | Aminah | FALSE | FALSE | | |
| | Judson Sapp | FALSE | FALSE | | |
| | Asantae Green | FALSE | FALSE | | |
| 20 | Jacksonville Faith Community | FALSE | FALSE | | |
| | | FALSE | FALSE | | |
| 0 | Freed Promise Project | FALSE | FALSE | | |
| 0 | | FALSE | FALSE | | |
| 60 | Gary Thomas | FALSE | FALSE | | |
| 20 | New Florida Majority | FALSE | FALSE | | |
| 50 | Ben Frazier | FALSE | FALSE | | |
| 1900 | | FALSE | FALSE | | |
| 200 | | FALSE | FALSE | | |
| 1000 | Northside Coalition | FALSE | FALSE | | |
| | Loc'd with Love | FALSE | FALSE | | |
| 25 | Kevin Brown | FALSE | FALSE | | |
| 250 | Impact Church- 8985 Lonestar | FALSE | FALSE | | |
| 300 | | FALSE | FALSE | | |
| 80 | Michael Anderson | FALSE | FALSE | | |
| 100 | International Longshoreman | FALSE | FALSE | | |
| | | FALSE | FALSE | | |
| 100 | | FALSE | FALSE | | |
| 80 | | FALSE | FALSE | | |
| 190 | Morgan Sumner | FALSE | FALSE | | |
| | | FALSE | FALSE | | |
| | | FALSE | FALSE | | |
| 721 | Jacksonville Community Action Committee | FALSE | FALSE | | |
| | | FALSE | FALSE | | |
| | Dante' Rucker | FALSE | FALSE | | |
| | | FALSE | FALSE | | |
| | Kappa Alpha Psi Fraternity | FALSE | FALSE | | |
| 1 | Chrissian Potter | FALSE | FALSE | | |
| | Mikhal Muhammed | FALSE | FALSE | | |
| 1100 | | FALSE | FALSE | | |
| 1500 | Maichael Anderson & Stephanie Levine | FALSE | TRUE | 22 | San Marco Square |
| | | TRUE | FALSE | | |
| | Morgan Sumner | TRUE | FALSE | | |
| | Morgan Sumner | TRUE | FALSE | | |
| | Morgan Sumner | TRUE | FALSE | | |
| | Morgan Sumner | TRUE | FALSE | | |
| | Morgan Sumner | TRUE | FALSE | | |
| 470 | Jacksonville Community Action Committee | TRUE | FALSE | | |
| 470 | Jacksonville Community Action Committee | TRUE | FALSE | | |
| 470 | Jacksonville Community Action Committee | TRUE | FALSE | | |
| 470 | Jacksonville Community Action Committee | TRUE | FALSE | | |

| County Arrest | Out of County Arrest | Signal | Property Damage | JSO Property Damage Structure | Non JSO City Property Damage | Private Property Damage | Blue Team Needed | IODs |
|---|---|---|---|---|---|---|---|---|
| FALSE | FALSE |  | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE |
| FALSE | FALSE |  | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE |
| FALSE | FALSE |  | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE |
| FALSE | FALSE |  | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE |
| FALSE | FALSE |  | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE |
| FALSE | FALSE |  | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE |
| FALSE | FALSE |  | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE |
| FALSE | FALSE | 15 | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE |
| FALSE | FALSE |  | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE |
| FALSE | FALSE |  | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE |
| FALSE | FALSE |  | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE |
| FALSE | FALSE |  | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE |
| FALSE | FALSE | 15 | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE |
| FALSE | FALSE | 15 | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE |
| FALSE | FALSE |  | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE |
| FALSE | FALSE | 15 | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE |
| FALSE | FALSE |  | FALSE | FALSE | FALSE | FALSE | FALSE | TRUE |
| FALSE | FALSE |  | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE |
| FALSE | FALSE |  | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE |
| FALSE | FALSE | 0 13 | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE |
| FALSE | FALSE | 24 | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE |
| FALSE | FALSE |  | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE |
| FALSE | FALSE |  | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE |
| FALSE | FALSE | 14 | TRUE | FALSE | TRUE | FALSE | FALSE | FALSE |
| FALSE | FALSE |  | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE |
| FALSE | FALSE |  | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE |
| FALSE | FALSE |  | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE |
| FALSE | FALSE |  | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE |
| FALSE | FALSE |  | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE |
| FALSE | FALSE |  | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE |
| FALSE | FALSE |  | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE |
| FALSE | FALSE |  | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE |
| FALSE | FALSE |  | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE |
| TRUE | FALSE |  | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE |
| TRUE | FALSE |  | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE |
| TRUE | FALSE |  | FALSE | FALSE | FALSE | FALSE | FALSE | TRUE |
| TRUE | FALSE |  | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE |
| TRUE | FALSE |  | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE |
| TRUE | FALSE |  | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE |
| TRUE | FALSE |  | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE |
| TRUE | FALSE |  | TRUE | FALSE | FALSE | FALSE | TRUE | FALSE |
| TRUE | FALSE |  | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE |
| TRUE | FALSE |  | TRUE | FALSE | TRUE | TRUE | TRUE | TRUE |

| JSO Personnel Transported | Number of IODs | Number of JSO Transported | Citizens Injured | Number of Citizens Injured | Event Information and Graphics | JSO Property Damage Vehicle |
|---|---|---|---|---|---|---|
| FALSE | | | FALSE | | | FALSE |
| FALSE | | | FALSE | | | FALSE |
| FALSE | | | FALSE | | | FALSE |
| FALSE | | | FALSE | | | FALSE |
| FALSE | | | FALSE | | | FALSE |
| FALSE | | | FALSE | | | FALSE |
| FALSE | | | FALSE | | | FALSE |
| FALSE | | | FALSE | | | FALSE |
| FALSE | | | FALSE | | | FALSE |
| FALSE | | | FALSE | | | FALSE |
| FALSE | | | FALSE | | | FALSE |
| FALSE | | | FALSE | | | FALSE |
| FALSE | | | FALSE | | | FALSE |
| FALSE | | | FALSE | | | FALSE |
| FALSE | | 1 | FALSE | | | FALSE |
| FALSE | | | FALSE | | | FALSE |
| FALSE | | | FALSE | | | FALSE |
| FALSE | | | FALSE | | | FALSE |
| FALSE | | | FALSE | | | FALSE |
| FALSE | | | FALSE | | | FALSE |
| FALSE | | | FALSE | | | FALSE |
| FALSE | | | FALSE | | | FALSE |
| FALSE | | | FALSE | | | FALSE |
| FALSE | | | FALSE | | | FALSE |
| FALSE | | | FALSE | | | FALSE |
| FALSE | | | FALSE | | | FALSE |
| FALSE | | | FALSE | | | FALSE |
| FALSE | | | FALSE | | | FALSE |
| FALSE | | | FALSE | | | FALSE |
| FALSE | | | FALSE | | | FALSE |
| FALSE | | | FALSE | | | FALSE |
| FALSE | | | FALSE | | | FALSE |
| FALSE | | 2 | FALSE | | | FALSE |
| FALSE | | | FALSE | | | FALSE |
| FALSE | | | FALSE | | | FALSE |
| FALSE | | | FALSE | | | FALSE |
| FALSE | | | FALSE | | | FALSE |
| FALSE | | | FALSE | | | TRUE |
| FALSE | | | FALSE | | | FALSE |
| TRUE | | 5 | 1 | FALSE | | TRUE |

| Citizens Transported | Number Citizens Transported | JSO JFRD Run Number | County Arrests Number | Out of County Arrests Number | Citizen JFRD Run Number |
|---|---|---|---|---|---|
| FALSE | | | | | |
| FALSE | | | | | |
| FALSE | | | | | |
| FALSE | | | | | |
| FALSE | | | | | |
| FALSE | | | | | |
| FALSE | | | | | |
| FALSE | | | | | |
| FALSE | | | | | |
| FALSE | | | | | |
| FALSE | | | | | |
| FALSE | | | | | |
| FALSE | | | | | |
| FALSE | | | | | |
| FALSE | | | | | |
| FALSE | | | | | |
| FALSE | | | | | |
| FALSE | | | | | |
| FALSE | | | | | |
| FALSE | | | | | |
| FALSE | | | | | |
| FALSE | | | | | |
| FALSE | | | | | |
| FALSE | | | | | |
| FALSE | | | | | |
| FALSE | | | | | |
| FALSE | | | | | |
| FALSE | | | | | |
| FALSE | | | | | |
| FALSE | | | | | |
| FALSE | | | | | |
| FALSE | | | 1 | | |
| FALSE | | | 25 | | |
| FALSE | | | 21 | | |
| FALSE | | | 4 | | |
| FALSE | | | 1 | | |
| FALSE | | | 5 | | |
| FALSE | | | 1 | | |
| FALSE | | | 1 | | |
| FALSE | | | 1 | | |
| FALSE | | | 22 | | |

**4. Declaration of Undersheriff Patrick L. Ivey**

Exhibit D:   JSO Order #201 (Arrests)

| | Jacksonville Sheriff's Office ORDER | | |
|---|---|---|---|
| Order Number: **201** | Title: **Arrests** | Order Type: **A** | Version: **6** |
| Release Code: **R** | Owner: **Director of Patrol & Enforcement** | Effective Date: **11/04/2019** | Page: **1 of 25** |

**Table of Contents**

I.  Purpose of the Policy
II. Procedures
    A.  Arrest Definitions
    B.  Arrest Authority/Officer Discretion
    C.  Arrest Authority Outside Duval County/Cops Without Borders Agreement
    D.  NTA Citations
    E.  Physical Arrests
    F.  Detective Notifications
    G.  Serving Local Arrest Warrants and Capiases
    H.  Serving Arrest Warrants and Capiases from Other Jurisdictions
    I.  Privileges and Immunities
    J.  Holding Rooms
    K.  Arrests of Individuals Requiring Medical Attention
    L.  Absentee Booking at Hospitals
    M.  Arrests of Intoxicated Individuals
    N.  Arrests of Juveniles
    O.  Arrests of Mentally Ill Individuals
    P.  Arrests at the Duval County Courthouse
    Q.  Arrests for Violation of Probation

**I.  Purpose of the Policy**

The purpose of this order is to establish procedures for making arrests.

**II.  Procedures**

A.  **Arrest Definitions** [CALEA 74.3.1]

1.  Arrest Warrant – A judge's order for the arrest of a suspect based on probable cause prior to a filing decision being made by the State Attorney's Office (SAO).

2.  Arrestee – An individual who has been placed under physical arrest.

3.  Capias – A judge's order for the arrest of a defendant that is obtained after a case has been formally filed with the Clerk of Court by the SAO.

4.  Detainee – An individual who has been held based on a reasonable suspicion or probable cause.



5. eWarrants – The electronic program used by the Jacksonville Sheriff's Office (JSO) to request, store, and execute local arrest warrants and capiases. [CALEA 74.1.3]

6. Field Release – The process of releasing a suspect upon the issuance of a Notice to Appear (NTA).

7. Misdemeanor Summons – A summons issued by the Clerk of Court that commands an at-large defendant to appear in court to face misdemeanor or municipal ordinance violation charges pursuant to information concerning a violation of the law filed by the SAO. Service of a misdemeanor summons is not an arrest and the defendant is not incarcerated.

8. Notice to Appear (NTA) – A criminal citation issued to a suspect by a law enforcement officer in lieu of physical arrest or incarceration.

9. Physical Arrest – The process of taking a suspect into custody based on probable cause for arrest for the purpose of having that suspect booked into the Pretrial Detention Facility (PDF).

10. Probable Cause for Warrantless Arrest – The legal standard that is met when the totality of the facts and circumstances known to the officer, of which he has reasonably trustworthy information, is sufficiently strong to support a reasonable belief that the suspect has committed a crime or is engaged in the commission or attempted commission of a crime.

11. Reasonable suspicion - An investigatory stop is justified when the officer is able to articulate specific facts from which a reasonable person could rationally infer that an individual has committed, is committing, or is about to commit a crime. "Reasonable suspicion" is lower than the level of justification required for a warrantless arrest, but is more than a mere hunch.

12. Writ of Attachment – A judge's order directing a sheriff or other official to physically bring before the court a person who has been found guilty of contempt of court.

B. **Arrest Authority/Officer Discretion** [CALEA 1.2.1]

1. JSO Members with Arrest Authority

   a. JSO police officers are both municipal police officers and deputy sheriffs that possess full police authority and the responsibility for making arrests and executing all legal process within Duval County. [CALEA 74.3.2]

   b. JSO dual-certified officers (DCOs) are corrections officers who have an active law enforcement certificate, allowing them to make arrests and execute legal process within JSO corrections facilities or other areas as designated by the Sheriff.

   c. JSO judicial officers are sworn bailiffs who are granted jurisdiction by the Sheriff to make arrests and execute legal process within the boundaries of the Duval County Courthouse.


2. An officer may only arrest an individual when there is:

   a. Probable cause for arrest; or

   b. An arrest warrant, capias, or other court order to take an individual into custody.

3. Prior to making a physical arrest, an officer must first objectively determine the most appropriate course of action, recognizing that there are other methods of effectively accomplishing the purpose of the law.  Alternatives to physical arrest for minor and/or inadvertent misdemeanor offenses or municipal ordinance violations include: [CALEA 1.2.6, 1.2.7, 61.1.2]

   a. A warning;

   b. The issuance of an NTA, in accordance with this order;

   c. The issuance of an SAO Referral Card (P-0719), in accordance with Order 210 (Patrol Function);

   d. The issuance of a criminal traffic citation, in accordance with Order 220 (Traffic Function);

   e. The issuance of a Juvenile Civil Citation, in accordance with Order 231 (Juvenile Enforcement Programs); or

   f. Involuntary admission pursuant to the provisions of the Baker Act and/or Marchman Act, in accordance with Order 213 (Mentally Ill and Intoxicated Subjects).

4. When an officer determines that a physical arrest is the most appropriate course of action, he shall either:

   a. Make a warrantless arrest, if permitted by Florida State Statutes (F.S.S.) 901.15 and 812.015(4); or

   b. Seek an arrest warrant, in accordance with Order 302 (Filing Cases and Attending Court).

5. Arrests in Residences [CALEA 74.3.1]

   a. If an arrest is to occur in the residence of a third-party, entry into the third-party residence to search for a suspect without consent or the presence of urgent circumstances shall be preceded by obtaining a search warrant.  Officers shall consult with their supervisor if they are unsure of the necessity for a warrant. [CALEA 1.2.4]

   b. Arrest warrants must be obtained for the arrest of a suspect in that suspect's place of residence, unless any of the following circumstances exist, in which case an arrest warrant is not required:



(1) Immediate arrest is essential for the protection of any person (including a police officer) and any delay caused by obtaining a warrant will jeopardize the safety of innocent persons;

(2) Immediate arrest is essential to prevent the suspect from successfully fleeing;

(3) Lawful entry into the residence was made to prevent the destruction of evidence and an immediate arrest is pursuant to that entry;

(4) The arrest is made by the officer in fresh pursuit of a suspect (the officer has maintained visual contact with suspect during the suspect's flight to avoid arrest), and the delay caused in obtaining an arrest warrant will jeopardize the safety of innocent persons or allow the successful flight of the suspect;

(5) The arrest is made for a crime committed in the officer's presence in a residence to which the officer has already been legally admitted;

(6) The arrest is made after the officer develops probable cause for the arrest after having been legally admitted to the residence (e.g., when admission is pursuant to a search warrant and the officer, while inside the residence, intends to arrest a suspect for a previous offense, an arrest warrant shall be obtained);

(7) The arrest is made after the officer has been lawfully admitted to the residence by consent of an adult also living in the residence. The consent must be obtained without the use of deception or coercion (e.g., domestic violence cases); or

(8) The arrest is made for a violation of law that is taking place in the residence and the arrest is necessary to prevent a continued violation.

C. **Arrest Authority Outside Duval County/Cops Without Borders Agreement** [CALEA 74.3.1]

1. JSO police officers may only make an arrest outside Duval County if one of the following conditions exist:

   a. The officer is in fresh pursuit of a suspect who committed a felony, misdemeanor, or municipal ordinance violation in Duval County;

   b. A felony has been committed and the officer has probable cause for the arrest of the suspect who committed the felony;

   c. A misdemeanor constituting a breach of peace was committed in the officer's presence; or

   d. Within the State of Florida, a mutual aid agreement has been established that grants the officer the authority to make an arrest.


2. When feasible, JSO officers are required to notify their supervisors they intend to take enforcement action in Clay or Nassau County.

3. When a JSO police officer makes an arrest in Clay County or Nassau County, he will adhere to the following procedures established under the Cops Without Borders agreement:

   a. A JSO officer who locates a suspect(s) in Clay County or Nassau County who has an outstanding Duval County arrest warrant or capias shall contact the Clay County Sheriff's Office (CCSO) or the Nassau County Sheriff's Office (NCSO) via the JSO Investigative Police Emergency Communications Officer (PECO). After this notification has been made, JSO officers will be permitted to arrest the suspect and take other appropriate law enforcement action should a crime occur in their presence while they are so engaged;

   b. A JSO officer who has located a suspect in Clay or Nassau County for whom the officer has (or develops) probable cause to arrest for a serious, violent felony shall:

      (1) Notify the CCSO/NCSO Watch Commander of the circumstances (including the suspect's description and location, and the facts of the offense) via the JSO Communications Center;

      (2) The CCSO/NCSO Watch Commander shall then decide whether an immediate arrest is appropriate, based on the facts of the situation. The CCSO/NCSO Watch Commander's decision whether to authorize an immediate arrest by the JSO officer is final;

      (3) If the CCSO/NCSO Watch Commander authorizes an immediate arrest, the JSO officer shall then be empowered to arrest the suspect and take appropriate law enforcement action should a criminal offense occur in his presence while they are so engaged; and

      (4) If the CCSO/NCSO Watch Commander does not authorize an immediate arrest, the JSO officer shall not arrest the suspect. In that case, the JSO officer shall return to Duval County and obtain an arrest warrant for the suspect. The arrest warrant can then be served.

   c. After making an arrest in Clay or Nassau County for a Duval County offense, a JSO officer shall transport the suspect to the Duval County PDF and have the suspect booked. If the arrest is pursuant to a warrant/capias and there is a bond amount on the warrant/capias, the suspect can request that he/she be booked in Clay County or Nassau County, rather than Duval County. However, officers are not required to inform suspects of this option.

   d. After making an arrest in Clay or Nassau County for a crime that occurred in either of those counties, the officer shall transport the suspect to that respective county's jail.


e. JSO officers taking law enforcement action in Clay or Nassau County shall ensure that they are readily identifiable as law enforcement officers. JSO officers in plain clothes are required to relay their physical and clothing descriptions to that county's Sheriff's Office so as to avoid the possibility of misidentification.

4. When a JSO police officer makes an arrest outside of Duval County, Clay County, or Nassau County, the arresting officer shall immediately notify the officer in charge of the jurisdiction in which the arrest was made. The arresting officer and officer in charge of the jurisdiction must take the arrestee, without unnecessary delay, before a county court judge or other committing magistrate of the county in which the arrest was made.

D. **NTA Citations**

1. Officers shall issue an NTA citation in lieu of making a physical arrest for a misdemeanor or municipal ordinance violation, provided the violator is eligible and there are no extenuating circumstances. Officers must obtain a supervisor's approval to physically arrest a violator who is eligible for an NTA. This approval will be noted in the narrative of the Arrest & Booking Report. [CALEA 1.2.6, 1.2.7, 82.2.1]

2. For a violator to be eligible for an NTA citation in lieu of physical arrest, all of the following criteria must be met: [CALEA 1.2.6, 1.2.7, 82.2.1]

   a. The violator is 18 years of age or older;

   b. The violator can be identified using a government-issued form of identification such as a driver's license, state identification card, military identification card, or the Driver and Vehicle Information Database (DAVID);

   c. The violator is a resident of the State of Florida (unless the charge is an open container violation, in which case, Florida residency is not a requirement);

   d. The violator agrees to sign the citation and provide a fingerprint;

   e. There is no risk of continued violence being committed by or against the violator;

   f. The violator is not impaired by alcohol or drugs and he/she clearly demonstrates the ability to assume responsibility for himself/herself;

   g. There is no warrant for the violator's arrest;

   h. The violator has not been arrested within the last six months;

   i. The violator has not failed to appear in Court within the last 12 months pursuant to a court order or NTA;

   j. The violator does not have a prior petit theft conviction (when the offense is petit theft);



k. The offense is not:

    (1) A criminal traffic infraction (a Uniform Traffic Citation must be used instead);

    (2) Cruelty to animals;

    (3) Domestic violence or dating violence;

    (4) Exposure of sexual organs;

    (5) Prostitution;

    (6) Stalking; or

    (7) Violation of an Injunction for Protection.

3. To determine if a violator meets the NTA eligibility requirements regarding outstanding warrants, previous arrests, and previous failures to appear, officers must contact the Identification Unit, either via police radio (channel A-8) or by phone at (904) 630-2212, and request an "NTA eligibility check." The requesting officer shall obtain the employee identification number of the Identification Unit member who performed the check.

4. Completing and Issuing the NTA [CALEA 82.2.1]

a. Officers must fill out the NTA citation as completely as possible.

b. Up to two criminal offenses or two civil offenses can be listed on an NTA. Criminal offenses and civil offenses cannot be listed on the same NTA.

c. For violations that occurred at a business, officers shall:

    (1) Enter the name of the business and the business' street address at the beginning of the narrative; and

    (2) Ensure the violator leaves the premises after being issued the NTA.

d. Officers will ensure the violator's fingerprint is legibly rolled on all copies of the citation in the space provided. To properly obtain a violator's fingerprint, an officer should roll the right thumb, or left thumb if the right one is missing or injured, from nail to nail using a JSO-issued fingerprint pad. If neither of a violator's thumbs is available, the officer will use the violator's right index finger. Officers will indicate when any finger other than the right thumb was used.

e. Upon giving the violator the yellow copy of the NTA, officers shall advise the violator to bring his/her copy of the citation to the Clerk of Court Office (501 West Adams Street, Misdemeanor Department) within 10 working days. Officers must explain to the



violator that failure to report to this location within 10 working days will result in the issuance of an arrest warrant.

    f.   Prior to the end of the shift, the issuing officer must submit the white and green copies to a supervisor, who shall:

       (1)  Review the NTA citation for accuracy;

       (2)  Sign the NTA citation in the space provided for the "Supervisor's Signature" and complete the "Notarization of Officer's Signature" section; and

       (3)  Ensure the approved NTA citation copies are properly submitted.

    g.   Officers will retain all pink copies of NTA citations for 180 days beyond the date of issuance.

    h.   After 180 days, the pink copies may be purged in accordance with Order 436 (Citation Accountability).

**E.**  **Physical Arrests** [CALEA 1.2.5, 74.3.1]

    1.   When making a physical arrest, officers shall:

       a.   Remain mindful of officer safety and request assistance when there is any potential risk to the safety of the officer or others;

       b.   Take necessary precautions to avoid contamination by blood-borne pathogens and airborne pathogens, as outlined in Order 531 (Communicable Disease Prevention and Protection);

       c.   Use only the minimum force necessary to effect the arrest, protect others, protect themselves, and prevent potential escape;

       d.   Restrain the arrestee in accordance with Order 553 (Physical Restraints), unless an exception is granted by a supervisor;

       e.   Search the arrestee in accordance with the procedures outlined in this order; [CALEA 1.2.4]

       f.   Secure all weapons and evidence, ensuring all nearby areas are searched for any evidence that the arrestee may have discarded; [CALEA 1.2.4]

       g.   Ensure any injured arrestee receives appropriate medical treatment as soon as feasible;

       h.   Provide reasonable accommodations when the arrestee has impairments and/or other language barriers, in accordance with Order 504 (Providing Services for Disabled Individuals);


    i. Advise the arrestee of his/her Constitutional Rights prior to questioning him/her about the incident (officers will not read the arrestee his/her Constitutional Rights if the arrestee is to be interviewed by a detective, unless the assigned detective directs the officer differently); [CALEA 1.2.3]

    j. Conduct a search of the National Crime Information Center (NCIC)/Florida Crime Information Center (FCIC) and eWarrants databases for any active warrants or injunctions for protection, ensuring all outstanding warrants and injunctions are verified and served prior to the arrestee being booked into the PDF;

    k. Complete the Arrest & Booking Report(s) in accordance with the procedures outlined in this order;

    l. Not transport the arrestee to the Property & Evidence Facility; and

    m. Provide the PDF Intake Control Officer with all required paper support documents (e.g., teletypes, warrant printouts, warrant served notifications, etc.).

2. Searching Arrestees [CALEA 1.2.4]

    a. All arrestees shall be searched in accordance with the techniques taught by the JSO Training Academy.

    b. Arrestees shall be searched prior to being placed in any vehicle, holding room, or interview room. Arrestees must also be searched upon the transfer of custody from one officer to another.

    c. Arrestees should be searched discreetly, using an officer of the same gender as the arrestee when one is available. If an officer of the same gender as the arrestee is not available, the arresting officer shall ensure a witness officer or supervisor is present to witness the search.

    d. In accordance with Order 612 (Corrections Search Procedures), strip searches of arrestees will only be conducted by corrections officers and body cavity searches will only be conducted by designated medical personnel. [CALEA 1.2.8]

    e. During the search of an arrestee, when an officer locates a credit card, check, identification card, or other item containing a serialized number that appears to belong to another individual, the officer shall conduct a search of the NCIC/FCIC and Master Name Index (MNI) databases to establish the identity of the owner and determine if the item has been reported lost or stolen. The disposition of the item must be documented in the narrative of the Arrest & Booking Report.

    (1) If the item is listed as stolen, the officer shall conduct a follow-up investigation and determine the appropriate course of action.

(2) If ownership of the item can be verified and the owner either consents to the item remaining with the arrestee or the arrestee's relationship with the item owner is established by some other reasonable means (e.g., vehicle registration verifying the owner is the arrestee's spouse, etc.), the item can remain with the arrestee or be released to the owner. These details must be included in the narrative of the Arrest & Booking Report so that Department of Corrections (DOC) personnel do not seize the item and generate a separate report documenting the location of property not owned by the arrestee.

(3) If ownership of the item can be verified, but no connection to the arrestee can be established, or if the owner does not want the item to remain with the arrestee, the officer shall:

(a) Release the item to the owner if feasible, having the owner acknowledging the receipt of the property on a Signature Form (P-0214); or

(b) Submit the item to the Property & Evidence Facility as found property.

3. Arrest & Booking Reports [CALEA 82.2.1]

a. A separate Arrest & Booking Report is required for each arrestee and for each separate case number, unless the charges are all from local capiases issued by the same Court division.

b. The arresting officer must ensure the Arrest & Booking Report is thorough, accurate, written from a neutral perspective, and contains the elements of each criminal and traffic offense for which the arrestee is being charged. Probable cause must be established for each criminal and traffic offense listed in the narrative of the Arrest and Booking Report.

c. Charges on an Arrest & Booking Report must be listed in the following descending order of severity:

(1) Felony charges;

(2) Misdemeanor charges; and

(3) Civil traffic infractions related to the case, including the Uniform Traffic Citation (UTC) number (e.g., 1234-ABC 1) in the space provided for each one.

d. Arrest & Booking Reports must be approved by a supervisor, who shall ensure the report is complete and outlines the probable cause for each enumerated charge and infraction. Arresting officers who are not in a probationary status may self-approve Arrest & Booking Reports if they contain only:

(1) Retail theft charges;

      (2) Disorderly intoxication charges;

      (3) Violation of probation charges;

      (4) Charges from an active capias or court order; and/or

      (5) Charges for which an arrestee is being rebooked.

    e. Prior to an arrestee being admitted to the PDF, the arresting or transporting officer listed on the Arrest & Booking Report shall sign that report in the presence of a certified law enforcement or corrections officer.

4. Habitual/Violent Offenders [CALEA 42.1.5]

    a. In accordance with F.S.S. 775.084 and 985.475, certain arrestees may be classified as habitual or violent offenders and may face enhanced sentencing guidelines.

    b. All felony arrests in Duval County are reviewed by the SAO for the purpose of identifying any arrestee that should be classified as a habitual or violent offender.

5. Following the arrest of a suspect, the arresting officer shall ensure the victim and/or victim's family is notified of the arrest and provided with all relevant information regarding victim/witness services. [CALEA 55.2.5]

**F. Detective Notifications**

1. When an arrest is made for any Category B or C case, as established in Order 210 (Patrol Function), the arresting officer shall refer to the appropriate unit order to determine if any detective notification is required.

2. When a suspect is to be interviewed by a detective, the detective (not the arresting officer) shall ensure the suspect is read his/her Constitutional Rights (unless the assigned detective directs the officer differently). Even when an arrestee is to be interviewed by a detective, officers should not discourage the arrestee from talking about a case. When an arrestee makes unsolicited statements related to a case, the officer shall: [CALEA 1.2.3]

    a. Document the statements, including any invocation of his/her right to remain silent or to counsel, as direct quotes in the narrative of the appropriate report; [CALEA 1.2.3]

    b. Record the statements on a handheld recording device, if feasible; and

    c. Relay the statements to the detective prior to the arrestee being interviewed.

3. When an arrestee is transported to the Police Memorial Building (PMB) for the purpose of being interviewed by a detective, the transporting officer shall remain with the arrestee until the detective advises the officer he can return to duty. Certain situations, such as multiple arrestees or the unavailability of additional detectives, will require the officer to


transport the arrestee to the PDF after the interview. With regards to interview room procedures, officers shall adhere to the provisions established in Order 310 (Investigations).

G. **Serving Local Arrest Warrants and Capiases** [CALEA 1.2.5, 74.3.1]

1. When serving an arrest warrant, an officer should first attempt to gain voluntary compliance from the suspect. If voluntary compliance is not possible or feasible, the officer shall confer with his supervisor to consider alternative methods, such as covert surveillance, the use of a ruse, or the involvement of the suspect's family.

2. After an arrestee is detained, all outstanding arrest warrants and capiases must be validated by the Identification Unit via radio. Upon the warrant/capias being validated, the Identification Unit will select "Validate" in eWarrants, along with the relevant status:

   a. Original ("Served Notification" document will not be printed at the PDF); or

   b. Electronic ("Served Notification" document will be printed at the PDF).

3. When completing an Arrest & Booking Report for a local arrest warrant, the arresting officer shall:

   a. Use the Central Communication Report (CCR) number from the arrest warrant;

   b. Include the circumstances under which the arrestee was taken into custody and any subsequent statements made by the arrestee;

   c. Not include the narrative of the arrest warrant in the narrative section; and

   d. Complete a supplemental report to the original offense report indicating the case has been cleared by arrest.

4. Serving Warrants in the eWarrants Database

   a. The status of any local warrant or capias shall be updated in eWarrants immediately upon it being served, recalled, or dismissed.

   b. To serve a warrant/capias in eWarrants, the arresting officer shall:

      (1) Log into eWarrants;

      (2) Choose the mode of search from the dropdown menu and select "Go";

      (3) Complete all required fields and select either "Extended Search" or "Exact Search," depending upon the desired type of search;

      (4) Ensure the status field shows "Active" and select the arrestee's name;

(5) Select "Detail" to view additional details, such as the case number, defendant's address, and date of birth;

(6) Once the warrant/capias has been validated by the Identification Unit, refresh the screen or return to the "Detail" page (after a warrant/capias is validated, it can only be served within the next 12 hours, after which the validation process must be completed again); and

(7) Choose his name from the dropdown list of arresting officers and select "Serve Warrant" to complete the process.

c. After serving an arrest warrant/capias in eWarrants, the officer shall retrieve the relevant paperwork from the Identification Unit and transport the arrestee to the PDF.

**H. Serving Arrest Warrants and Capiases from Other Jurisdictions** [CALEA 1.2.5, 74.3.1]

1. In order to arrest an individual for an arrest warrant from another jurisdiction, the JSO must be in possession of the warrant or teletype with the following information:

   a. Subject's name;

   b. Description (if possible);

   c. Warrant number;

   d. Charge;

   e. Bond amount;

   f. Date of warrant;

   g. Returnable date; and

   h. Judge's name, court, and location.

2. When completing an Arrest & Booking Report for any capias or arrest warrant from another jurisdiction, the arresting officer shall:

   a. Use the CCR number from the current call; and

   b. Type "Arrest Warrant/Capias Served" in the narrative.

3. When serving an arrest warrant from an out-of-state jurisdiction with no additional local charges, the arresting officer shall:

   a. Complete the Arrest & Booking Report using the "Fugitive from Justice" charge (not the charges listed on the warrant); and



    b.   Include the name of the issuing jurisdiction in the Arrest & Booking Report.

4.   When serving an arrest warrant from an out-of-state jurisdiction with additional local charges, the arresting officer shall:

    a.   Complete the Arrest & Booking Report using only the local charges (not the charges from the warrant or teletype);

    b.   Complete a Detainer Form (P-0839) with the "Fugitive from Justice" charge listed on the form; and

    c.   Provide the Intake Control Officer with the Detainer Form and a printout of the teletype confirmation from the out-of-state jurisdiction.

5.   When serving an arrest warrant from another Florida jurisdiction with no additional local charges, the arresting officer shall:

    a.   Complete the Arrest & Booking Report using the "Out of County Warrant" charge and select the type of arrest (i.e., felony, misdemeanor, or civil) based on the charge(s) listed on the warrant or teletype; and

    b.   Enter all available information for each offense listed on the Arrest & Booking Report, including the name of the issuing agency.

6.   When serving an arrest warrant from another Florida jurisdiction with additional local charges, the arresting officer shall:

    a.   Complete the Arrest & Booking Report using only the local charges (not the charges from the warrant or teletype);

    b.   Complete a Detainer Form (P-0839) with the charge(s) listed on the warrant or teletype.

I.   **Privileges and Immunities**

1.   Certain individuals are entitled to privileges and immunities under various laws and treaties. However, officers must always take appropriate action during exigent circumstances to address a threat to public safety, to prevent the commission of a serious criminal act, and/or to defend oneself.

2.   Foreign Diplomats and Consular Officials [CALEA 1.1.4]

    a.   The United States (U.S.) Department of State (DOS) issues identification cards to foreign diplomats and consular officials, along with their family members and staff. These DOS identification cards indicate the specific types of privileges and immunities to which an individual is entitled under the Vienna Convention on Consular Relations (VCCR) and related treaties with foreign governments.

    b. When presented with a DOS identification card, an officer shall:

       (1) Carefully examine the card to determine the individual's level of immunity; and

       (2) Notify his supervisor of the circumstances of the contact. [CALEA 61.1.3]

    c. DOS Identification Cards

       (1) Blue-bordered DOS identification cards are issued to diplomatic officers, United Nations (UN) diplomatic officers, and their families. They are entitled to full criminal immunity and may not be arrested or detained.

       (2) Green-bordered DOS identification cards are issued to:

          (a) Embassy administrative and technical staff employees, who are entitled to full criminal immunity; and

          (b) Embassy service staff employees, who are entitled to immunity for official acts only.

       (3) Red-bordered DOS cards are issued to:

          (a) Career consular officers, career consular employees, and honorary consular officers, who are entitled to immunity for official acts only; and

          (b) Consular officers, employees, and their families from certain countries (with which the U.S. has special agreements), who are entitled to full criminal immunity and may not be arrested or detained.

    d. For more information regarding a specific person's status or immunity, including claims that a crime was committed pursuant to an "official act," officers may:

       (1) Contact the Bureau of Consular Affairs during working hours at (202) 485-7703;

       (2) Contact the DOS Operations Center after hours at (202) 647-1512; and/or

       (3) Visit the DOS webpage to view the Consular Notification and Access guide.

    e. Under the terms of the VCCR, foreign personnel with a DOS identification card cannot be arrested for a criminal traffic violation, but may be issued a traffic citation. While they are not required to pay any fines associated with the traffic citation, the issuance of the citations is important because it allows the DOS to track traffic violations and could lead to the revocation of immunities and privileges if continued violations are committed. [CALEA 61.1.3]

3. Foreign Nationals [CALEA 1.1.4]

a. Under the terms of the VCCR, an arrested or detained foreign national has the right to contact and communicate with his/her country's consular officials without delay.

b. When arresting or detaining any foreign national (a person who is not a U.S. citizen), the arresting officer shall notify his supervisor. The supervisor shall ensure the PDF Watch Commander is notified of any arrest of a foreign national so that the PDF Watch Commander can initiate the appropriate consular notifications.

4. Legislators [CALEA 61.1.3]

   a. U.S. senators and representatives are privileged from arrest or detention when attending, or traveling to and from, their respective sessions, unless the legislator commits:

      (1) A felony, including treason; or

      (2) Breach of peace.

   b. When detaining a legislator for one of the enumerated offenses, an officer shall immediately notify his supervisor.

5. U.S. Mail Drivers, Train Engineers, and Bus Drivers

   a. U.S. Mail drivers, train engineers, or bus drivers shall not be taken into custody for minor, non-violent criminal offenses when they are actively responsible for the operation of their respective vehicles.

   b. When a physical arrest is necessary due to the commission of a felony, violent misdemeanor, or threat to public safety, the officer shall notify his supervisor.

   c. Upon a supervisor's approval for arrest, the arresting officer shall ensure arrangements are made to either:

      (1) Release the vehicle at the scene to an authorized person; or

      (2) Transport the vehicle to the appropriate location.

J. **Holding Rooms**

1. Holding rooms are secured, temporary collection points used to maintain custody of detainees prior to transport to the PDF or a medical facility. These facilities must have: [CFA 22.01]

   a. Security features necessary to prevent escape; [CALEA 71.1.1]

   b. Controls to reduce the possibility of invading the detainee's privacy;



    c. Sufficient lighting and adequate circulation of fresh or purified air; and

    d. Signage directing detainees to knock on the door or call out if assistance is needed. [CFA 22.09]

2. The holding room approved for use by JSO officers is located at the TIAA Field Stadium Security Office. [CALEA 71.1.1]

3. The Chief of Special Events, or his designee, shall: [CALEA 71.4.3]

    a. Ensure all holding rooms are inspected annually to ensure they meet the facility requirements enumerated above; and

    b. Complete an annual administrative review of all holding rooms and procedures.

4. All affected agency members will be given training regarding the use of holding rooms and temporarily detaining individuals. This training will be administered through initial training at the Academy and annual refresher training. [CALEA 71.2.1]

5. Before placing a detainee in a holding room, the officer shall:

    a. Maintain constant supervision of the detainee until he is securely placed in the holding room; [CALEA 71.3.3]

    b. Thoroughly search the detainee before entering the holding room, removing and securing all items, except money and jewelry; [CALEA 71.3.1, CFA 22.04]

    c. Ensuring the detainee's personal property is securely stored and transferred to the transporting officer, if applicable; and

    d. Conduct a security inspection of the holding room to ensure there is no contraband and no potential for escape. [CALEA 71.4.3]

6. Upon placing a detainee in the holding room, the officer shall: [CALEA 71.3.3]

    a. Take necessary precautions to ensure his approved weapons remain securely in his possession at all times;

    b. Use his portable radio to immediately alert other officers to any emergency situation or to request medical assistance;

    c. Not permit any other non-detainee to access the room or visit the detainee;

    d. Lock the facility door when the detainee is left unattended to prevent any potential escape;

e. Ensure the detainee remains handcuffed while in the holding room, in accordance with Order 553 (Physical Restraints), and is never secured to any fixed object within the holding room; [CALEA 71.3.1, 71.3.2]

f. Ensure the detainee is not being placed in a holding room with another detainee of the opposite gender; [CALEA 71.3.1]

g. Observe the detainee at least once every 15 minutes or every 10 minutes if the detainee is a juvenile; [CFA 22.05]

    (1) Using an officer of the same gender as the detainee when one is available.

    (2) If an officer of the same gender as the detainee is not available, the observing officer shall ensure a witness officer or supervisor is present.

h. Document the following information on the Holding/Interview Room Observation Form (P-0202): [CALEA 71.3.1, 71.4.1]

    (1) The reason for the detention;

    (2) The date and times the detainee was placed in and removed from the facility;

    (3) Times of meals and personal breaks, if any; and

    (4) Times the detainee was observed by the officer.

i. If the detainee is a juvenile, in addition to the above procedures:

    (1) Ensure the juvenile detainee is not placed in a holding room with an adult detainee; [CALEA 71.3.1]

    (2) Complete a Juvenile Justice and Delinquency Prevention Act (JJDPA) Compliance Monitoring Form and forward it to the Commanding Officer of Burglary Unit for the JJDPA Compliance Monitoring Project; and

    (3) Ensure the secure custody of the juvenile does not exceed six hours before the juvenile is delivered to the appropriate juvenile detention facility or is released.

    (4) If the detention of the juvenile exceeds six hours, see Order 310 (Investigations) for guidance on non-secure custody status requirements.

7. In the event of a detainee escape, officers will follow the escape procedures established in Order 202 (Prisoner Transport) and Order 361 (Intelligence). The detaining officer is responsible for:

a. Immediately alerting other members to the escape by providing a BOLO over the appropriate radio frequency; and


    b.   Informing other members, via radio, when the escapee is captured. [CFA 22.11]

8.   All detainees' property must remain secured at all times and be delivered to the PDF or Property & Evidence Facility, so that it can be properly inventoried. Arresting officers shall transfer all of a detainees' property to the assigned transporting officer, if applicable, prior to the transporting officer leaving the holding room. [CFA 22.04]

9.   In the event of an emergency situation (e.g., fire, hazardous device, etc.) which could potentially impact the holding rooms: [CALEA 71.4.2]

    a.   The appropriate unit (e.g., Hazardous Devices Unit, etc.) or external agency (e.g., JFRD, etc.) shall be requested via radio to respond to handle the incident; and

    b.   All detainees shall be removed from the building by the detaining officer or designee.

**K.   Arrests of Individuals Requiring Medical Attention**

1.   When an arrestee needs or is requesting medical attention due to injury or illness, the arresting officer shall immediately request Jacksonville Fire and Rescue (JFRD) through the appropriate PECO. JFRD personnel will evaluate and treat the arrestee.

2.   JFRD personnel will also transport the arrestee to a medical facility, if necessary. When an arrestee is transported to a medical facility, the arresting officer will ensure an officer stays in close proximity to the arrestee at all times. If an officer accompanies an arrestee inside a rescue unit to a medical facility, a second officer must follow behind that rescue unit to the medical facility.

3.   If JFRD transports the arrestee to:

    a.   UF Health, the arresting officer will initiate the absentee booking procedures; or

    b.   Any other medical facility (e.g., Orange Park Medical Center, Memorial Hospital, etc.), the arresting officer's department director will be notified via chain of command to determine the detention status of the arrestee.

4.   If JFRD does not transport the arrestee to a hospital, but the arrestee still requires hospitalization, the arresting officer will transport the arrestee to UF Health and initiate the absentee booking procedures.

5.   Any juvenile who has been injured, is intoxicated, or is seriously ill must receive medical clearance from a medical facility before he/she can be taken to the PDF. Upon arrival at the medical facility, the arresting officer should initiate absentee booking procedures unless the medical staff advises the juvenile will be medically cleared and released within a reasonable amount of time. Arresting officers shall confer with their supervisors regarding these situations.

6. Once an arrestee has been declared medically unstable or infectious by a medical provider, JFRD will be requested to transport the arrestee. Officers are prohibited from transporting medically unstable or infectious individuals.

7. Physical Arrests at Medical Facilities

   a. Prior to arresting any individual who is receiving or about to receive medical care in a local hospital or medical facility, other than UF Health, an officer must:

      (1) Obtain approval via his chain of command from his department director; and

      (2) Notify and coordinate with hospital security, when feasible, so as to allow the hospital to arrange for the relaying of medical information.

   b. When an officer experiences issues with the hospital security staff or if the arrest involves sensitive circumstances, he shall notify the on-call hospital administrator. Officers in need of further guidance shall confer with their supervisors.

L. **Absentee Booking at Hospitals** [CALEA 70.3.2]

   1. To absentee book an arrestee who has been transported to UF Health, the arresting officer shall:

      a. Contact the PDF Administrative Sergeant at (904) 630-5760 and request a contract security guard or corrections officer to assume responsibility for the arrestee;

      b. Remain with the arrestee until relieved by the contract security guard or corrections officer;

      c. Inform the contract security guard or corrections officer if multiple suspects from the same incident are being hospitalized, so they can be kept separate;

      d. Complete an Addendum to Electronic Arrest Report (P-0302), obtaining the arrestee's right thumbprint; and

      e. Document the following in the Arrest & Booking Report:

         (1) The circumstances regarding the hospitalization, including the nature of the arrestee's injuries and the hospital to which he was admitted; and

         (2) The name and arrival time of the contract security guard or corrections officer that took custody of the arrestee.

      f. Upon approval of the Arrest & Booking Report, deliver the completed Addendum to Electronic Arrest Report (P-0302) to the PDF and sign the Arrest & Booking Report.

M. **Arrests of Intoxicated Individuals**



1. When an adult arrestee is intoxicated, the arresting officer shall:

    a.  Ensure the arrestee receives any necessary medical treatment at the scene; and

    b.  Transport the adult arrestee to the PDF.

2. When a juvenile arrestee is intoxicated, the arresting officer shall:

    a.  Ensure the arrestee receives any necessary medical treatment at the scene;

    b.  Transport the arrestee to UF Health to be medically cleared; and

    c.  Ensure the juvenile is transported to the PDF once he/she is medically cleared or absentee booked if medical clearance is not expected in a reasonable amount of time.

N. **Arrests of Juveniles** [CALEA 1.2.5, 44.2.2, CFA 16.03]

1. While Florida law generally encourages the use of a home environment when possible for juveniles awaiting a court hearing, Florida law provides that a juvenile may be taken into custody under the following circumstances:

    a.  Pursuant to an order of the Circuit Court;

    b.  For a delinquent act or any violation of law that would be punishable by incarceration if the violation had been committed by an adult;

    c.  For failing to appear at a court hearing after being given adequate notice;

    d.  For violating the conditions of his/her probation, home detention, post-community probation, or conditional release supervision; or

    e.  The juvenile has absconded from non-residential commitment or escaped from residential commitment.

2. A juvenile alleged to have committed a delinquent act or violation of law may not be arrested and placed into secure, non-secure, or home detention care for any of the following reasons:

    a.  To allow a parent to avoid his/her legal responsibility;

    b.  To permit more convenient administrative access to the juvenile;

    c.  To facilitate further interviews or investigation; or

    d.  Due to the unavailability of the most appropriate facility.



3. When arresting a juvenile, an officer shall:

    a. Determine whether the juvenile is alleged to have been harmed or was in danger of being harmed prior to being taken into custody;

    b. Not transport the juvenile arrestee with an adult arrestee or an arrestee of the opposite gender, unless they were arrested during the same incident;

    c. Properly restrain the juvenile arrestee during transport with a safety belt; and

    d. Transport the juvenile arrestee to the appropriate receiving facility without delay.

4. Notification of Parents or Guardians

    a. In addition to ensuring a juvenile arrestee is afforded the same Constitutional Rights to which adult arrestees are entitled, the arresting officer is required to attempt to notify the parents, guardian, or legal custodian of the arrestee until:

        (1) Successful notification has been made; or

        (2) The juvenile is delivered to the receiving facility.

    b. All parental notifications and attempted notifications shall be documented in the narrative of the appropriate report.

    c. It is not required for an officer to await the arrival of a juvenile arrestee's parent before beginning a custodial interview or interrogation.  However, when determining the admissibility of a juvenile's statement, courts consider the age of the juvenile and the officer's attempts to comply with any reasonable request from the parent or guardian. Failure to stop a custodial interview after a parent or guardian has requested to meet with the juvenile may result in the suppression of the statement. [CALEA 44.2.3]

5. After arresting a juvenile, officers are required to conduct a name check through the Identification Unit to determine if the juvenile:

    a. Has an outstanding custody order, the terms of which may require alternative placement; and/or

    b. Has been certified as an adult by the Court, in which case the juvenile may need to be processed as an adult.

6. When arresting a juvenile who is also a truant or curfew violator at the time of the arrest, the arresting officer shall ensure the appropriate report is completed to capture the additional violation.

7. Upon arrival at the PDF with a juvenile arrestee, the transporting officer shall:

      a.   Notify the Intake Control Officer of the juvenile arrestee's name;

      b.   Proceed to the Juvenile Processing Area;

      c.   Not remove any restraining device from the juvenile; and

      d.   Maintain custody of the juvenile until the juvenile has been processed by DOC personnel and medically cleared.

**O.** **Arrests of Mentally Ill Individuals**

   1.   Misdemeanors/Municipal Ordinance Violations

      a.   When an arrestee qualifies for involuntary admittance under the provisions of the Baker Act and has been arrested for a misdemeanor or municipal ordinance violation only, the arresting officer shall:

         (1)   Complete the appropriate forms and reports in accordance with Order 214 (Mentally Ill and Intoxicated Individuals);

         (2)   Write "CRIMINAL CHARGES PENDING" in the "Additional Information" section of the State of Florida Form CF-MH-3052A "Report of Law Enforcement Officer";

         (3)   Transport the arrestee to the appropriate mental health receiving facility;

         (4)   Transfer custody of the arrestee to the facility personnel, informing them that the arrestee is under a police hold and must be released to PDF personnel only;

         (5)   Obtain the name and title of the facility staff member who was informed of the arrestee's police hold and document their name in the Arrest & Booking Report;

         (6)   Complete the Prisoner Admissions Police Hold Form (P-0424) and distribute copies as indicated on the form;

         (7)   Complete an Addendum to Electronic Arrest Report (P-0302), obtaining the arrestee's right thumbprint;

         (8)   Upon approval of the Arrest & Booking Report, contact the PDF Administrative Sergeant at (904) 630-5760 and notify him that the arrestee has been transported to a mental health receiving facility; and

         (9)   Deliver the completed Addendum to Electronic Arrest Report (P-0302) to the PDF and sign the Arrest & Booking Report.

      b.   If a mental health receiving facility informs the transporting officer that it is unable to provide adequate security for an arrestee, the transporting officer shall:


      (1)  Note this information in the Arrest & Booking Report; and

      (2)  Transport the arrestee to the PDF, where the arrestee will be booked and receive mental health services.

2.  Felony Offenses

    When an arrestee qualifies for involuntary admittance under the provisions of the Baker Act and has been arrested for any felony, the arresting officer shall:

      (1)  Be transported to the PDF, or UF Health if medical treatment is needed;

      (2)  Indicate the arrestee's mental health status in the Arrest & Booking Report narrative; and

      (3)  Upon arrival at the PDF, notify the Intake Control Officer of the arrestee's mental health status so that the arrestee can receive the appropriate treatment.

P.  **Arrests at the Duval County Courthouse**

1.  All pre-planned arrests (e.g., warrants, capias, writs, etc.) by non-courthouse personnel (e.g., patrol, detective, special units, etc.) to be effected inside the Duval County Courthouse shall be coordinated through the Courthouse Security Control Office (Room 5133) by calling (904) 255-1710.

2.  A Courthouse Security sergeant or higher authority will accompany the officer to effect the arrest and assign other personnel as necessary;

3.  In the event the arrestee has a pending court case, the presiding judge shall be notified by Courthouse Security personnel;

4.  All arrestees will be secured and transferred to the Courthouse Detention Section. Court Detention officers will move all arrestees to the sally port for transportation to the appropriate facility;

5.  Transportation will be arranged by the officer requesting the arrest, in accordance with the procedures outlined in Order 202 (Prisoner Transport); and

6.  All personal property (except contraband) shall be delivered to the receiving facility with the arrestee.

Q.  **Arrests for Violation of Probation**

1.  Officers may make warrantless arrests for violation of probation on individuals on probation who are found in violation of their probationary conditions, as listed in the NCIC/FCIC database (e.g., violating a designated curfew time, being intoxicated while under a no-



alcohol consumption condition, etc.) upon confirming the individual's active terms of probation by contacting the appropriate agency:

    a. For juveniles, contact the Florida Juvenile Assessment Center at (904) 798-4706.

    b. For adults, during business hours (0800-1700, Monday-Friday) contact the Correctional Probation Senior Supervisor at (904) 486-4203, or (904) 563-5966;

    c. For adults, after business hours, on weekends, or on holidays, contact the Circuit Court Administrator at (904) 263-2416.

2. The officer shall include a statement that the proper agency was contacted and subsequently verified the active status of the probation conditions in the narrative of the report. If the officer cannot confirm the terms of probation with an employee from the appropriate agency, he shall not make a warrantless arrest for violation of probation.

1

3. A warrantless violation of probation charge must always be placed on a separate Arrest & Booking Report; it cannot be combined with other charges.

4. Warrants and capiases that contain violation of probation charges are handled like any other warrant or capias.

5. Officers will frequently receive calls for service to assist Florida Department of Corrections Community Corrections Officers to serve arrest warrants or to assist in addressing other violations at their area offices. This may include transporting the offender to the PDF and the placement of evidence in the property room. The majority of these calls are completed with the assistance of FDOC Community Corrections Probation Officer.

Mike Williams
Sheriff

References:

**4.   Declaration of Undersheriff Patrick L. Ivey**

Exhibit E:   JSO Order #551
(Response to Resistance)

**Table of Contents**

I. Purpose of the Policy
II. Procedures
    A. Definitions – The following definitions apply to all RTR policies
    B. Non-Deadly Force Policy
    C. Deadly Force Policy
    D. Supervisory Responsibilities
    E. Remote Electronically Activated Control Technology Device (REACT/Band-IT)
    F. Intermediate Weapons (Batons and Flashlights)
    G. Chemical Weapons
    H. Specialty Impact Weapons
    I. Conducted Energy Weapon (CEW) Deployment Situational Factors and Assessment
    J. Conducted Energy Weapon (CEW) Deployment Parameters
    K. Conducted Energy Weapon (CEW) Post-Deployment Procedures
    L. Firearms Policy
    M. Officer-Involved Shootings and Deadly Force Incidents
    N. Unintentional Firearm Discharges
    O. Animal RTR Incidents
    P. Reporting Requirements for RTR Incidents

**I. Purpose of the Policy**

    A. **Policy** [CALEA 4.1.1]

        1. It is the policy of the Jacksonville Sheriff's Office (JSO) to allow officers to use only that degree of force which is reasonable and necessary to affect an arrest or to protect themselves or others from personal attack, physical resistance, harm, or death. The decision to use force at any level must be based upon state and federal laws and the circumstances that the officers reasonably believed to exist at that time. Any application of force not covered in training and/or policy will subject the incident to further review based on the reasonableness of the actions taken by the officer.

        2. All personnel shall be issued a copy of and be instructed in the Response to Resistance (RTR) policies before being authorized to carry any issued weapons or placed in a position where force may be used. [CALEA 4.3.4]

        3. Based on the guidelines established in Order 572 (Professional Oversight) all RTR incidents are reviewed by the Professional Oversight Unit and are subject to further review by the Director of Personnel & Professional Standards, the RTR Review Board, and/or the Internal Affairs Unit, to ensure compliance with JSO policy and training. [CALEA 4.2.2]

4. Medical Evaluation – Officers and supervisors will be required to obtain medical evaluations from the Jacksonville Fire and Rescue Department (JFRD) or a nurse at the Pretrial Detention Facility (PDF), as soon as possible or practical, for individuals: [CALEA 4.1.5]

   a. Who show signs of any injury as a result of any use of force being applied;

   b. Who complain about any injury as a result of force being applied;

   c. Who become unconscious either during or following the application of any force; or

   d. When the officer or supervisor reasonably believes an individual is in need of a medical evaluation as a result of the application of force.

B. **Disclaimer**

The RTR Directive is for agency use only. This agency policy should not be construed as creation of higher legal standards of care in an evidentiary sense with respect to third party claims. Violations of this directive will form the basis for agency administrative sanctions.

II. **Procedures**

A. **Definitions – The following definitions apply to all RTR policies.** [CALEA 4.1.2]

1. Non-deadly Force: Force which is not likely to cause death or great bodily harm.

2. Deadly Force: Force which is intended to, or likely to, cause death or great bodily harm. Deadly force will only be used in accordance with the procedures described in this order.

3. Great Bodily Harm: Bodily injury that creates a substantial risk of death; causes serious, permanent disfigurement; or results in the long-term loss or impairment of the functioning of any bodily member or organ.

4. Passive Resistance: A subject refuses to comply or respond. He/she does not make an attempt physically to defeat the actions of the officer but forces the officer to employ physical maneuvers to establish control (e.g., A subject may be involved in a demonstration. The subject ignores an officer's requests to move, and the officer must use physical strength to move the subject.)

5. Active Physical Resistance: A subject makes physically evasive movements to defeat an officer's attempt at control. Active physical resistance (taken in the totality of the situation) may be demonstrated by one or more of the following acts by the person subject to being taken into custody:

   a. Circling the officer;

   b. Forming a fist;

    c.   Verbalization of aggressive intent;

    d.   Becoming increasingly more animated/exaggerated in his/her movement and/or increasing his/her muscular tension (e.g., jaw clenches, neck muscles tighten, etc.);

    e.   "Blading" the body and/or moving the feet into a balanced or fighting stance;

    f.   Rolling up sleeves or removal of clothing or valuables; and/or

    g.   Any other behavior that indicates a likelihood or expectation of violence towards the officers, themselves, or others.

    h.   Failure to obey verbal commands is not considered active physical resistance.

6.   Physical Control – There are six classifications of physical control:

    a.   Restraint Devices - Mechanical tools used to restrict a subject's movement and facilitate searching, such as handcuffs, flex cuffs, leg irons, belly chains, or nylon restraints.

    b.   Transporters – Techniques used to control and/or move a subject from one location to another with minimum effort by the officer in order to gain and retain control over the subject.

    c.   Pain Compliance – Hand-held aerosol chemical munitions (Defense Technology MK-3) or techniques that force a subject to comply with an officer as a result of the officer deploying the chemical munitions or inflicting controlled pain upon specific points on the subject's body, such as pressure point techniques (e.g., Subject refuses to move, so the officer has the option of applying gradual fingertip pressure to a nerve in order to gain compliance).

    d.   Conducted Energy Weapon [CEW] – Weapons designed to disrupt a subject's motor and sensory nervous systems by means of deploying battery powered energy sufficient to cause uncontrolled muscle contractions and override an individual's voluntary motor responses, thus allowing an officer to capture the person who is resisting being taken into custody (e.g., A subject is notified by the officer that they are under arrest and the subject flees or engages in active physical resistance towards the officer in an attempt to avoid being taken into custody. The officer deploys a CEW and takes the person into custody).

    e.   Takedowns – Techniques that redirect a subject to the ground in a controlled manner in order to limit his/her physical resistance and to facilitate the application of a restraint device.

    f.   Counter Moves – Techniques that impede a subject's movement toward an officer or other individual, such as blocking, striking, distracting, kicking, dodging, weaving, redirecting, and/or avoiding, followed by appropriate controlling techniques (e.g., A


subject is approaching the officer in a threatening manner, and the officer uses a vertical punch to back the subject away. The subject becomes aggressive and throws a punch at the officer which the officer blocks).

7. Intermediate Weapons: Weapons primarily used to control a subject, such as a baton or specialty impact weapons.

8. REACT/Band-It: Remote Electronically Activated Control Technology – The device works by causing electro-muscular incapacitation on the appendage it is applied to. This device is activated by remote control.

9. REACT/Band-It Control Officer: This term is used to describe the officer whose sole responsibility is to observe the prisoner and his/her actions. This officer is also the one in possession of the remote activation button. The control officer shall be an officer who has been trained and successfully completed certification in the operation of the device.

B. **Non-Deadly Force Policy** [CALEA 4.1.4]

1. Non-deadly force may be used to affect arrests or to protect officers or others from personal attack, physical resistance, or injury, provided the force chosen is reasonable based upon the immediate circumstances of the confrontation.

2. Non-deadly force may also be deployed against a subject who is attempting to flee and avoid capture from a lawful arrest. In a corrections environment, non-deadly force may be used against a person who is passively resisting a lawful command that may affect the safety of members and inmates and/or to maintain or restore control and order in a correctional facility. [CALEA 4.1.1]

3. Non-deadly force may involve physical control, intermediate weapons and/or incapacitation techniques. In order to protect the officer or others, an instrument or object that is not necessarily designed for such use or one with which the officer may not have been trained or certified to use, may be used as long as it is used in accordance with the limitation on force contained within this policy.

4. Non-deadly force should only be used when absolutely necessary and only to the degree needed to affect a lawful arrest, overcome resistance, maintain order within the corrections setting, or protect the officer or another person from bodily harm. In doing so, the officer must consider all factors: [CALEA 4.1.1]

    a. Severity of the crime/situation at issue;

    b. Whether the person is resisting the officer's attempt to place him/her in custody, or attempting to evade an officer by flight;

    c. Whether the person poses an imminent threat to the safety of the officer(s) or others; or

    d. An inmate is attempting to disrupt the care, custody, and control of a correctional facility.

   5. The degree of force shall be consistent with training and the aforementioned factors.

C. **Deadly Force Policy** [CALEA 4.1.2, 41.2.3]

   1. The use of deadly force is acceptable only under the following circumstances:

     a. Officers may use deadly force when the officer reasonably believes such force is necessary to prevent imminent death or great bodily harm to themselves or another person;

     b. Officers may use deadly force to apprehend a fleeing felon only when:

       (1) There is probable cause to believe the person fleeing committed a violent felony which involved the infliction or threatened infliction of great bodily harm or death, or the person fleeing escaped while being held in custody as a suspect or prisoner for a violent felony which involved the infliction or threatened infliction of great bodily harm or death; and

       (2) The officer reasonably believes the use of deadly force is necessary to prevent escape; and

       (3) The officer reasonably believes the failure to immediately apprehend the fleeing person will place the officer, another law enforcement officer, or any other person in imminent danger of death or great bodily harm.

     c. The officer's decision to use deadly force against a fleeing felon will be judged by the reasonableness of the officer's actions based upon the facts and circumstances known to the officer at the time the force was deployed.

     d. If feasible, prior to the use of deadly force, officers shall give some warning of the possible use of deadly force, unless to do so would jeopardize the safety of the officer or any other person.

   2. Officers will not needlessly place themselves in, or remain in, situations of great danger and use this as justification for the use of deadly force. For example, if confronted by a moving vehicle, officers will move out of its path, if possible, rather than firing at the vehicle.

   3. The law, or mutual aid agreements when in place, allows an officer to use deadly force outside of Duval County to defend the officer or another person from what he reasonably believes is necessary to prevent imminent death or great bodily harm to himself or another person.

D. **Supervisory Responsibilities**



1. First line supervisors are responsible for responding to the scene and ensuring officers properly document qualifying incidents when deploying non-deadly force.

2. The on-scene supervisor and/or the officer's immediate supervisor will review all incidents in which there is an application of non-deadly force to identify any issues and implement solutions.

3. When the situation allows, supervisors will ensure a plan of action is developed and discussed prior to taking action that may require a possible response to resistance.

4. If the supervisor is at the scene when a response to resistance is required, they will be held accountable for controlling the actions of the officers engaged in the application of force.

E. **Remote Electronically Activated Control Technology Device (REACT/Band-It)**

1. The activation of the REACT/Band-It constitutes a response to resistance. If activated, the officer will check back on the original call for service using the disposition code "RTR" in the primary disposition block and any other applicable codes in the subsequent disposition blocks. If activated, an RTR Report will be completed by the control officer and any witness officer will complete a RTR Witness Report. Any and all applicable RTR Reports will be completed using the originating Central Communication Report (CCR) number.

2. The REACT/Band-It may be activated when lesser force options are ineffective or likely to be ineffective because:

   a. The prisoner poses a threat, and the officer or others are at risk of injury if attempts are made by the prisoner to becoming increasingly more animated/exaggerated in his/her movement towards the officer or others;

   b. The prisoner is punching or kicking or threatening to punch or kick;

   c. The officer reasonably believes the prisoner poses a threat, attempts an escape, or takes any aggressive action;

   d. The prisoner attempts to disrupt proceedings by threats to do violence to others or self and actually takes some action towards completing those acts; and/or

   e. The prisoner makes any attempt to remove or tamper with the REACT/Band-It.

3. Upon encountering a situation in which it is determined the REACT/Band-It must be activated, the officer, when feasible, will broadcast a "Band-It" warning. The control officer will summon JFRD to evaluate the prisoner. The control officer will ensure photographs are taken of any injuries once the prisoner is at a secure location. Immediately after activation of the REACT/Band-It, the officer shall notify a bailiff sergeant and will check back on the original call for service using the disposition code "RTR" in the primary disposition block and any other applicable codes in the subsequent disposition blocks. The officer will complete at

a minimum the RTR Report in ARMS and any other applicable report(s). Any and all applicable RTR Reports will be completed using the originating CCR number.

F. **Intermediate Weapons (Batons and Flashlights)**

1. Consistent with training, officers will not intentionally strike anyone with an intermediate weapon on the head, neck, and clavicle unless the circumstance justifies the use of deadly force.

2. Officers will not strike an individual with anything other than an approved intermediate weapon except in extreme circumstances, and officers must justify their actions as outlined in this order.

3. The flashlight is not intended to replace the baton as an intermediate weapon. If it is necessary to use the flashlight as an intermediate weapon, its use will be consistent with impact weapons training and this policy.

4. Anytime an officer uses an intermediate weapon on or against an individual, the officer will check back on the original call for service using the disposition code "RTR" in the primary disposition block and any other applicable codes in the subsequent disposition blocks. The officer will complete an RTR Report in ARMS. Any and all applicable RTR Reports will be completed using the originating CCR number. This form shall be routed through their permanent supervisors or designee.

5. Anytime an officer witnesses the use of an intermediate weapon on or against an individual, a RTR Witness Report must be completed in ARMS. Any and all applicable RTR Reports will be completed using the originating CCR number. Officers shall route the form through their permanent supervisors unless not feasible.

G. **Chemical Weapons**

1. Prior to a member's decision to deploy the chemical munitions, the following conditions must be met: [CALEA 4.1.1, FCAC 9.07]

   a. The officer must have legal authority to take the person into custody or the person is already lawfully confined in a Department of Corrections (DOC) facility; and

   b. The officer (e.g., sworn, corrections, auxiliary, community service officer [CSO], or civilian security officer) is justified in the use of non-deadly force to this degree as set forth in this order.

2. Chemical munitions will not be used on individuals under the following conditions:

   a. In a punitive manner; or

   b. On a person secured by handcuffs or other restraint devices, absent Active Physical Resistance.

    c. Only under extreme conditions should a hand held aerosol chemical munition be used at a distance of less than three feet for the MK-3 and six feet for the MK-9.

3. Anytime a person is exposed to a chemical agent, as soon as practical, the person must be: [CALEA 4.1.5, FCAC 9.07]

    a. Escorted to an uncontaminated environment;

    b. Exposed to fresh air; and

    c. Allowed to flush contaminated body areas with water.

4. A person who has been contaminated by a chemical agent will be monitored by JSO personnel throughout the decontamination period. Personnel utilizing a hand held aerosol chemical munition will notify their immediate or on-duty area supervisor as soon as it is safe to do so. [CALEA 4.1.5, FCAC 9.07]

5. All incidents involving exposure to a chemical agent (person or animal) will be documented by checking back on the original call for service using the disposition code "RTR" in the primary disposition block and any other applicable codes in the subsequent disposition blocks. The incident will be documented on a RTR Report and/or a RTR Witness Report in ARMS and an Incident Report (including the Animal Investigation Report for animal attacks) and/or Arrest & Booking Report, when applicable. Any and all applicable RTR Reports will be completed using the originating CCR number. The RTR Report shall be routed through their permanent supervisors unless not feasible.

6. Anytime an officer witnesses an exposure to a chemical agent (person or animal) they will document it on a RTR Witness Report in ARMS. Any and all applicable RTR Reports will be completed using the originating CCR number. The RTR Report shall be routed through their permanent supervisors unless not feasible.

7. In cases when chemical agents have been used on an inmate or on a person arrested, the details of the circumstances surrounding the use of a chemical agent, including the time of exposure, and if the contaminated body areas have been flushed with water, shall be included in the narrative of the Arrest & Booking Report or a RTR Report. Personnel at the PDF will be advised in every instance when a chemical agent has been used on an arrestee/inmate in order to allow the arrestee/inmate to shower if so desired.

H. **Specialty Impact Weapons**

1. Use of specialty impact weapons may occur after other options to control or apprehend a suspect have been exhausted and the suspect has resisted at a minimum with active physical resistance. Specialty impact weapons may be utilized to neutralize a significant immediate threat, which may otherwise justify the use of deadly force. Also, based on the totality of circumstances, specialty impact munitions may be utilized by SWAT Unit members as directed by their supervisor and/or part of an apprehension plan.



2. The employment and the use of specialty impact weapons are aggressive and decisive actions, which may assist in achieving the goal of protection of life and property and/or restoring order. They may be considered whenever the use of non-deadly options would assist in enabling an arrest, restoring order, and/or reducing the risk of more serious injury. Circumstances justifying the use of specialty impact weapons include, but are not limited to:

   a. Restoration or maintenance of order during jail or civil disturbance;

   b. Safely overcoming violent prisoners;

   c. Subduing vicious animals; and

   d. Situations wherein the authorizing person believes deadly force would be otherwise justified in the absence of a non-deadly option (e.g., in the face of imminent death or grievous bodily harm to self or others).

3. Only in extreme circumstances, will any officer deploy specialty impact weapons without cover officers and a tactical cover plan in place.

4. Officers deploying specialty weapons shall not intentionally target a subject's head or neck, unless the circumstances justify the use of deadly force.

5. Photographs will be taken by the crime scene detective or on-duty supervisor of all injuries to persons struck by specialty impact munitions.

6. Qualified medical personnel shall inspect all persons struck by specialty impact munitions for injury. Those persons not transported by rescue will be transported to UF Health Jacksonville by the reporting officer to be examined by emergency room personnel. [CALEA 4.1.5]

7. Anytime a specialty impact weapons firearm is discharged, other than for training purposes, the officer will check back on the original call for service using the disposition code 'RTR' in the primary disposition block and any other applicable codes in the subsequent disposition blocks. A RTR Report and/or a RTR Witness Report in ARMS must be completed. Any and all applicable RTR Reports will be completed using the originating CCR number. Officers shall route the form through their permanent supervisors unless not feasible.

8. Anytime an officer witnesses a specialty impact weapons firearm being discharged, other than for training purposes, a RTR Witness Report in ARMS must be completed. Any and all applicable RTR Reports will be completed using the originating CCR number. The RTR Report shall be routed through their permanent supervisors unless not feasible.

I. **Conducted Energy Weapon (CEW) Deployment Situational Factors and Assessment**

1. CEW deployment/use must be consistent with applicable federal and/or state laws and agency orders dealing with RTR. Agency members shall not use CEWs when such use would



| Jacksonville Sheriff's Office **Response to Resistance** | Order Number: **551** | Version: **5** | Page: **10 of 24** |

violate applicable federal and/or state laws or JSO policies and is not consistent with an officer's training. Officers may utilize a CEW in the following ways:

    a. CEW Displayed – The CEW is withdrawn from the holster and visible to the suspect/inmate. The suspect/inmate complies without further use of the CEW.

    b. CEW Laser Painted (Red Dot Compliance) – The CEW is armed, and the laser is activated and pointed in the direction of the suspect. In response to the laser painting, the suspect complies without further use of the CEW.

    c. CEW Deployed – The CEW probes contact the suspect's/inmate's body or clothing and/or a touch stun is used to attempt to gain compliance and/or control of the suspect/inmate that is resisting. The two deployment modes are:

        (1) Probe Deployment or Probe mode; or

        (2) Touch Stun or Drive Stun mode.

2. Prior to the deployment of a CEW, the officer deploying the CEW has the responsibility to reasonably visually and physically confirm that the response to resistance tool selected is in fact a CEW and not a firearm in order to avoid confusion about which weapon they intend to deploy. Officers will not arm themselves with a firearm and a CEW simultaneously.

3. The CEW, in Probe Deployment mode, provides a response to resistance option which aids officers in maintaining distance from perceived threats and provides a means for responding to resistance from individuals being taken into custody or the lawful commands of a corrections officer. The use of CEWs in either mode may also prevent officers and subject injuries caused by subject's resistance or non-compliance. Using CEWs may reduce the need for other types of physical force by the agency members which could foreseeably result in potentially more serious or deadly injuries to the subject, agency members, and/or others.

4. Officers' decisions to deploy the CEW are subject to the criteria for the use of non-deadly force stated in this order and are dependent upon both the officers' reasonable belief of the actions of the subject(s) or threat(s) facing the officers and the totality of the circumstances surrounding the incident. Prior to an officer's decision to deploy the CEW; the following conditions must be met: [CALEA 4.1.1]

    a. The officer must have legal authority to take the person into custody or the person is already lawfully confined in a DOC facility; and

    b. The person is, at a minimum, exhibiting active physical resistance; or

    c. The subject is an immediate threat to the officer or others; or

    d. The person is preparing or attempting to flee in order to resist/avoid being taken into or remaining in lawful custody.



e. Also, based on the totality of circumstances, the CEW may be utilized by SWAT Unit members as directed by their supervisor and/or part of an apprehension plan.

5. Other factors to consider when deploying the CEW (Probe Deployment) include:

a. Potential for Injury – CEW are non-deadly capture devices. However, CEWs, like any RTR tool or technique, can foreseeably create physical and/or muscle stress and/or exertion or other unexpected, unforeseen or unanticipated primary and secondary injuries;

b. Subject Warning of CEW Application – When reasonable to do so, an officer may give a warning of the imminent application of CEW in an attempt to cause the subject to comply with officer's lawful orders. However, if the officer reasonably believes the giving of such warning may escalate the risk and/or danger of the incident or diminish the officer's or others' safety, then the officer is not required to give a warning. It is foreseeable the officer's announcement of imminent CEW deployment may cause the subject to attack the officer, flee, inflict self-injury, attempt to injure others, etc.; [CALEA 4.1.1]

c. Notification of CEW Imminent Use – Notifying Other On-Scene Officers – The CEW deploying officer may notify any on-scene, assisting officers they intend to deploy a CEW. Prior to deploying a CEW the deploying officer should consider announcing, if reasonably safe and feasible, "TASER! TASER! TASER!" The announcement should be made only if it would not reasonably further endanger any officers, other persons, or the suspect. (e.g., a knife-wielding person heard the word "TASER" and immediately charged and attacked the officer.);

d. CEW Target – Because of the larger muscle groups, the preferred target zone is on the back beginning just below the neck and extending all the way down the legs. When targeting the front, aim for the lower torso; this increases the dart to heart safety margin and also increases the potential for Neuromuscular Incapacitation (NMI) by splitting the hemispheres. Officers encountering subjects wearing heavy or loose clothing on the upper body may consider targeting the legs. The head, face, genitals, and female's breasts must not be intentionally targeted unless absolutely necessary and there is no other reasonable alternative and this elevated level of force can be legally justified under the totality of the circumstances reasonably known to the officers at the time the CEW is deployed;

e. CEW Distance – The CEW in probe deployment mode has a normal effective range of 19 feet with a 21 foot cartridge and 21 feet with a 25 foot cartridge, however optimal range is seven to ten feet from the tip of the CEW cartridge. Ranges less than three feet may not provide adequate distribution of the probes to allow the CEW to function to its full effectiveness at incapacitating the subject without drive stun follow up. However, discharging the CEW at a subject at a range closer than three feet is usually not an escalated danger to the subject. Also, point blank probe deployments have been demonstrated not to create any unreasonable additional risk of injury to the subject. Officers must account for arm length in close proximity deployment.


f. The application of a CEW causes physical exertion, and each successive CEW applications/discharges will likely continue to cause physical exertion. If an officer discharges a CEW several times, the officer needs to be aware of, and monitor, the subject's condition for signs of severe physical distress.

J. **Conducted Energy Weapon (CEW) Deployment Parameters**

1. When it is necessary to gain control of an arrestee/inmate/prisoner, voluntary compliance by the arrestee/inmate/prisoner is the optimal desired outcome. Officers may "paint" an arrestee/inmate/prisoner with the CEW's laser in an attempt to gain voluntary compliance where active physical resistance, assault, and/or violence is reasonably anticipated (e.g., An officer tells a subject they are under arrest, and the subject takes a fighting stance or an officer needs to facilitate a physical search of a resisting inmate/prisoner). Officers must meet the criteria described in this order prior to deploying the CEW.

2. When feasible, an officer deploying a CEW against a subject should have backup officers attempt to restrain the subject while they are under power on the initial deployment. If this is not practical or possible, the officer should, while deploying the CEW, reasonably direct (order) the suspect as the incident mandates. Such verbal commands may include: "Stop resisting," "Lie flat," "Put your hands behind your back," etc.

3. If the subject of a CEW application continues actively resisting, the officer may reapply (discharge) the CEW. Each reapplication of the CEW must be in response to active physical resistance and justification must be communicated in the RTR Report specifically as the cause for its continual use.

4. If an officer is alone and submission/compliance cannot be achieved through a minimal number of activation cycles, the officer shall attempt to secure the non-compliant person using an escalation of force consistent with federal and/or state laws, JSO policy, and the officer's training. If after two applications of the CEW, the officer does not gain the needed compliance, the officer should consider the following:

   a. Whether the CEW is functioning properly;

   b. Whether the suspect/inmate/prisoner is exhibiting behaviors associated with an extreme medical condition; and

   c. Whether other responses would be appropriate.

5. Officers shall use a CEW the least number of application cycles and for the shortest duration of time necessary to end the resistance and gain compliance from a person who meets the criteria as outlined in this order. Once the subject of the CEW application is restrained and/or controlled, the CEW is to be turned off.

6. Repeated, prolonged, and/or continuous exposure(s) to the CEW energy discharge may cause strong muscle contractions which may impair breathing and respiration, particularly when the probes are placed across the chest or diaphragm. Officers must avoid prolonged



| Jacksonville Sheriff's Office **Response to Resistance** | Order Number: **551** | Version: **5** | Page: **13 of 24** |

or extended uninterrupted discharges or extensive multiple discharges in order to minimize the potential for overexertion of the subject and to guard against the potential impairment of the full ability to breathe over a protracted exposure time period.

7. Absent exigent circumstances, simultaneous CEW deployments on a single suspect/inmate/prisoner by multiple officers should be avoided.

8. A CEW shall only be used against an animal during preplanned tactical situations, as outlined in this order.

9. Elevated CEW Application Risk Factors – The following factors, where apparent to involved officers, require greater justification of CEW application. Under the following conditions, the risks of foreseeable direct or secondary injuries are greater, thus officer's justification(s) for CEW application are also elevated. These elevated risk factors can only be given consideration when the factors are reasonably perceived by the officer:

   a. Presence of flammable liquids/fumes or explosive environments.

   b. Under some circumstances, the discharge of a CEW may ignite flammable liquids/fumes. A CEW deployed at subjects who are reasonably perceived by the officers to have recently come into contact with flammable liquids/fumes, or in environments where flammable liquids/fumes are known to be present, may result in secondary injuries/burns. Officers should be especially aware of this potential flammability issue when present in known methamphetamine lab environments.

   c. Though a person who has come into contact with a flammable liquid creates a higher degree of potential risk, the totality of the circumstances may, however, indicate the subject may still be subjected to a CEW. As an example, a person is flailing a knife approximately 20 feet from officers. The officers know the person has come into contact with lighter fluid and still has the fluid on his clothing. The person now starts aggressively walking toward the officers. Even though the officers have lethal (firearm) cover, the officers may still reasonably decide to try to stop this subject's aggression with the CEW. The fact the subject may have flammable liquid on his person does not create an absolute bar to the use of the CEW.

   d. Elevated Positions – Reasonable considerations and care need to be taken when deploying a CEW on a subject who is in or on an elevated position, or in circumstances where a fall resulting from the CEW application may reasonably and foreseeably cause substantial injury or death. Obviously, the higher the elevation, or the more foreseeable the secondary injury from falling, greater justification for the CEW application will be required of the officers.

   e. Person Operating Moving Vehicle or Machinery – The use of a CEW on a person operating a moving vehicle or machinery could result in severe secondary consequences. Therefore, any application of a CEW on a person operating a moving vehicle or machinery will foreseeably require greater justification(s) for the CEW use.

f. Person Running (Fleeing) – A subject who is exposed to a CEW while running may foreseeably fall as a result of the CEW exposure combined by the running. Since this fall will foreseeably be dynamic the risks of secondary injuries (from the running momentum) will likely result in greater risks of injury. Therefore, greater justification will be required for a CEW deployment on a running subject.

g. Pregnant Female – Use of a CEW on a pregnant female may be alleged to cause injury to the woman and/or fetus. Also, should a pregnant female fall during the CEW application, there is an enhanced risk of secondary injuries. Therefore, where officers deploying a CEW reasonably believe the female subject to be pregnant, greater justification for the CEW application will be required. Officers are not prohibited from using a CEW on a pregnant female in all possible circumstances. As an example, officers encounter an unstable violent obviously pregnant female who appears to be under the influence of illegal drugs. This female is threatening to plunge a large butcher knife into her abdomen (and baby). The officers facing this imminent threat may reasonably believe the use of the CEW on this person may be a reasonable choice to attempt to save the lives of the fetus and the mother.

h. Swimming Pool or Other Body of Water – If a person could reasonably foreseeably fall into a swimming pool or body of water due to application of a CEW, the officers will need to have greater justification for the CEW application use due to the foreseeable consequences of use of the CEW on the subject under these circumstances. The elevated risk here is the risk the subject may not be able to prevent drowning.

i. Frail or Infirm Individual – If an officer uses a CEW on an obviously frail or infirm person, greater justification will be required from the officer. This greater justification is necessary due to the elevated risk of injury from the muscle contractions and/or fall created by the use of the CEW.

j. There are some groups of people the public may assume are less capable of being an imminent threat of death and/or serious bodily harm to themselves or others. The realities are individuals from each of these groups do commit violent crimes, can be an imminent threat of death and/or serious bodily harm to officers, others, and themselves, can be so resistive the use of CEW is justified, etc. However, officers using a CEW on one of these individuals will foreseeably be placed under heightened scrutiny and may be required to provide greater justification for the use of the CEW. These groups include:

(1) Children – When officers apply a CEW to a child, the younger the child, the greater the justification required for the officers' application of the CEW. In past incidents, these children have been armed with edged weapons and have threatened imminent use. Just because a subject is a "child," does not automatically provide the person is not an imminent threat or danger to himself/herself, others, or officers. Also, in some situations, the utilization of a CEW is less potentially injurious to the child than other force tools and/or techniques. In such cases, a CEW may be a better force choice.

(2) Officers who respond to calls for service inside of a school building during regular school hours are authorized to deploy their CEW against a person known or reasonably believed to be a student only under circumstances in which an officer is justified to use deadly force as outlined in this order. The restrictions in this section of policy do not apply at school extracurricular events (e.g., sports events, school dances. etc.) nor when the incident occurs on the school's parking lot or other property surrounding the school.

(3) Restrained Subjects – If subjects are no longer a threat, restrained, subdued, and compliant, a CEW shall not be used. However, just because subjects are restrained (by handcuffs or other means) does not necessarily mean they are subdued or no longer a serious threat to officers, others, and/or themselves. If subjects continue to be active physical threats to officers, others, and/or themselves, officers may utilize a CEW.

(4) Passive Subjects Who are Being Arrested or Who are Already an Inmate/Prisoner of a Correctional Facility – A passive subject is one who is to be arrested because legal justification exists to arrest the subject and officers are attempting to place the person under arrest and the person is passively resisting the arrest or, the person is already an inmate/prisoner of a correctional facility and is not complying with verbal commands. Such situations may include a suspect/inmate refusing to come out of a cell/vehicle or a protester passively refusing to move. When it does not jeopardize officer safety, officers should verify the subject/inmate does not have a disability or physical condition preventing them from complying with verbal commands and submit to arrest or physical control. A passive resisting subject does not include a subject who is exhibiting active resistance (e.g., flailing, jerking, etc.) or where officers can articulate a threat of active resistance. The use of a CEW is not allowed on subjects passively resisting.

(5) Senior Citizens – Senior citizens are often not seen as serious threats. However, there are many instances where senior citizens are substantial threats to officers, others, family members, and/or themselves. As circumstances reasonably permit, officers shall take into account a subject's frailties or obvious vulnerabilities or conditions.

k. For subjects exhibiting extreme behavior (also referred to as excited delirium), refer to Order 213 (Mentally Ill and Intoxicated Subjects).

10. Touch-Stun Mode – The use of a CEW in touch-stun mode will not reliably or foreseeably incapacitate the subject. Therefore, when a CEW is used in touch-stun mode, it will only cause discomfort.

   a. Officers shall not use CEWs in touch-stun mode if the officer reasonably believes discomfort will not cause the subject to be compliant with the officer. (e.g., on a drug induced highly pain resistant subject).

   b. The CEW shall not be used in the Touch-Stun Mode:

    (1) Punitively;

    (2) As a prod or escort device;

    (3) To force a passive resistant inmate into the safety restraint chair;

    (4) To rouse unconscious, impaired, or intoxicated individuals;

    (5) In any unprofessional manner;

    (6) To experiment on a person or allow a person to experience the CEW, even if the person requests it, when use of the CEW would not otherwise be allowed by this policy. This CEW experience does not apply to voluntary CEW training exposures or CEW demonstrations as authorized by the Agency; or

    (7) For illegal purposes of coercion.

K. **Conducted Energy Weapon (CEW) Post-Deployment Procedures**

    1. After an officer has deployed the CEW, the following procedures will apply:

        a. Once the person who has been impacted by the CEW is handcuffed and in custody, the officer will advise his immediate supervisor, or an on-duty supervisor, who will respond to the scene;

        b. The Officer will request JFRD/ the DOC Contracted Health Services Provider (CHSP) to respond to the scene. If safety circumstances reasonably dictate moving the suspect to another location, the officer may arrange to have JFRD/CHSP meet the officer and the suspect/inmate at another location to assess the suspect/inmate and render care. Medical treatment will not be refused for anyone who requests it. [CALEA 4.1.5]

        c. The supervisor shall respond and review with the officer the circumstances under which the CEW was used.

        d. A person impacted by the CEW shall not be left unattended by JSO personnel until the person is released to appropriate medical personnel or accepted by personnel at the PDF.

        e. Officers shall address the following concerns when transporting a suspect/inmate who has been subjected to a CEW deployment:

            (1) Avoid Face Down Transport – Officers should avoid transporting any suspect/inmate who has been controlled by the use of a CEW face down; and



(2) Avoid Transporting on Probes – If the probes are still in the suspect, avoid transporting the suspect in a position that would foreseeably further embed the probes in the suspect.

f.   Personnel at the PDF shall be notified of CEW use on an arrestee/inmate.

2.   Probe Removal

a.   Some probes will simply fall out. If a subject, who has a probe embedded in his/her body, requests the probe be removed by medical personnel, then the officer shall arrange for medical personnel to remove the probes. [CALEA 4.1.5]

b.   Medical personnel shall remove probes located in sensitive areas such as the face, neck, groin, female's breast, and tops of the hands and feet. [CALEA 4.1.5]

c.   Removal of probes in non-sensitive areas may be done by an officer. The officer or other trained personnel will provide first aid following removal of the probes by applying iodine or alcohol wipes, and bandages to the probe sites as needed. The officer should inspect the probes after removal to see the entire probe and probe barb has been removed. In the event a probe, or probe barb, has broken off and it is still embedded in a subject's skin, the subject shall be provided appropriate medical attention to facilitate the removal of the object. [CALEA 4.1.5]

d.   The used probes and safety gloves will be treated as biohazard material. Probes will be inserted point first back into the ports of the air cartridge. The cartridge will be sealed by covering it with the safety gloves, per training, and both will be placed in a biohazard bag.

e.   If the incident is non-routine, or if a serious injury is alleged, the probes and the expended air cartridge(s), as well as the Anti-Felon Identification Devices (AFIDS) if possible to collect them, shall be maintained as evidence appropriately secured and marked as biohazard and placed in the Property & Evidence Facility.

f.   Officers intentionally deploying a CEW air cartridge(s) at a person or animal, whether or not the intended target is struck by the CEW probes, will check back on the original call for service using the disposition code "RTR" in the primary disposition block and any other applicable codes in the subsequent disposition blocks and be required to complete a RTR Report in ARMS. Any and all applicable RTR Reports will be completed using the originating CCR number. Officers accidently deploying a CEW air cartridge will also complete a RTR Report regardless if anyone or any object is struck. Any and all applicable RTR Reports will be completed using the originating CCR number.

g.   Anytime an officer witnesses the deployment of a CEW air cartridge(s) at a person or animal, whether or not the intended target is struck by the CEW probes, they shall be required to complete a RTR Witness Report in ARMS. Any and all applicable RTR Reports will be completed using the originating CCR number.

L. **Firearms Policy**

1. Officers and authorized members may only discharge their firearms:

   a. When using deadly force as authorized by this order;

   b. To kill seriously injured or dangerous animals when other less-lethal options are not feasible, as outlined in this order;

   c. When participating in approved training or firearm qualification testing; or

   d. When conducting ballistics tests in a laboratory environment or attempting to verify a weapon is in working order at an authorized firing range.

2. Members shall always handle firearms with strict adherence to the techniques taught by certified firearms training personnel assigned to the Training Academy and JSO Firing Range, and in accordance with the provisions outlined in this order.

3. When discharging a firearm for any reason, members must take all reasonable measures to avoid endangering the lives of bystanders. Members shall give consideration to the backdrop, bystanders, and location when discharging a firearm.

4. Members shall not unnecessarily un-holster or display their weapons.

5. The firing of warning shots is absolutely prohibited. [CALEA 4.1.3]

6. Firearms may be drawn whenever members have an articulable reason to fear for their safety or the safety of others (i.e., felony take downs, building searches, high-risk traffic stops).

7. Firearms shall NOT be discharged from or at a moving vehicle except as a last resort, when all other opportunities have been exhausted:

   a. To prevent death or great bodily harm to himself or others; or

   b. To prevent the escape of a fleeing felon who poses an imminent threat of death or great bodily harm to the community.

8. Tactical firearms flashlights are to be used only in cases where pointing the firearm at a person, object, or area would be consistent with the RTR policy and agency training. A tactical firearm flashlight will not be used for routine illumination purposes.

M. **Officer-Involved Shootings and Deadly Force Incidents**

1. The Homicide Unit is responsible for conducting a criminal investigation when any member, acting in his official JSO capacity: [CALEA 4.2.1, 11.3.4]

a. Intentionally discharges a firearm at a person;

b. Unintentionally discharges a firearm that results in a person being shot;

c. Takes any action against another person that results in the death or life-threatening injury of that person; or

d. Is killed, shot, or the victim of a life-threatening injury inflicted by criminal means (applies to JSO canines as well).

2. For RTR incidents requiring a criminal investigation by the Homicide Unit:

a. The Patrol commanding officer shall: [CALEA 11.3.4]

(1) Ensure the Homicide Unit has been notified of the incident via the Investigative Police Emergency Communications Officer (PECO);

(2) Manage the scene in the same manner as any other major case crime scene, which would include:

(a) Establishing an outer perimeter, an inner perimeter with an investigative staging area, and a media staging area;

(b) Ensuring witnesses are separated until they can be interviewed by the Homicide Unit;

(c) Ensuring a neighborhood canvass is conducted outside the inner perimeter to identify any potential witnesses; and

(d) Not disturbing the scene or handling any potential evidence without being directed to do so by the Homicide Unit.

(3) Assign a "buddy officer" to standby with the involved officer(s) to monitor their wellbeing.

b. The Homicide Unit shall: [CALEA 11.3.4]

(1) Ensure the on-call Homicide Assistant State Attorney (ASA) is notified of all officer-involved shootings and RTR incidents that result in life-threatening injury or death so that they can respond to the scene to conduct their independent investigation; [CALEA 11.3.4]

(2) Coordinate with the Homicide ASA when taking sworn statements from witnesses; [CALEA 11.3.4]

(3) Complete a separate Incident Report for the officer-involved shooting or deadly force incident;

(4) Obtain the statements of any member directly involved in the incident;

(5) If during the course of the investigation it is determined criminal charges may be filed against a member, advise the member of his Miranda Warnings and complete a Constitutional Rights Form (P-0378);

(6) Inspect all weapons used by members during the incident and have a Crime Scene Unit (CSU) detective take possession of those weapons for processing;

(7) Place the disposition code "RTR" in the Computer Aided Dispatch (CAD) primary disposition block and all other applicable disposition codes in the subsequent blocks; and

(8) Ensure the Office of General Counsel (OGC) is notified of the incident.

c. The member(s) who used deadly force shall:

(1) Be given the opportunity to request legal counsel or union representation prior to making any statement; and

(2) Upon request, be required to provide information specifically, narrowly, and directly related to his official duties, which might include identifying suspects, witnesses, evidence, and other members involved.

d. The Chief of Investigations or his designee shall: [CALEA 11.3.4]

(1) Coordinate with the Public Relations & Information Unit to provide a public statement to the media at the scene; and [CALEA 11.3.4]

(2) In accordance with Order 513 (Compensation and Leave), ensure the members who used deadly force are placed on Administrative Leave pending a review by the Sheriff or his designee regarding their ability to safely and effectively return to their duty assignments. [CALEA 4.2.3]

e. All responding personnel (excluding any member who used deadly force) shall, within no more than 24 hours of the incident, complete a major case addendum to document their involvement. The Homicide Unit may extend this deadline for any member based the member's physical and/or mental condition following the incident.

3. Any weapon, including one that is personally owned, that was discharged during a deadly force incident will be retained as evidence.

a. Replacements for seized issued handguns will be provided by the Homicide Unit at the scene. Prior to returning to duty, the member shall report to the JSO Firing Range to test fire the weapon.

    b. Replacements for seized issued rifles will be provided by the JSO Firing Range. The member is responsible for making arrangements to obtain a replacement rifle.

    c. Gun lights will be removed from seized weapons and returned to members at the scene.

    d. Once the criminal and administrative investigations have concluded, the member will be notified when his firearm is able to be returned. Upon receiving this notification, the member shall report to the JSO Firing Range to return the temporary firearm he was issued and retrieve his original firearm. JSO Firing Range personnel will arrange for the member to test fire the firearm prior to leaving the JSO Firing Range.

4. Once the Homicide Unit and State Attorney's Office (SAO) criminal investigations have concluded, the Homicide Unit shall notify the Professional Oversight Unit, who shall coordinate the administrative review of the incident by the RTR Review Board, in accordance with Order 572 (Professional Oversight). [CALEA 11.3.4]

N. **Unintentional Firearm Discharges**

1. An unintentional discharge of a firearm that results in a person being shot shall be investigated as an officer-involved shooting, as outlined in this order. [CALEA 4.2.1]

2. An unintentional discharge of a firearm that occurs during approved training at the JSO Firing Range shall be handled by JSO Firing Range personnel.

3. All other unintentional discharges of firearms shall be investigated by the Professional Oversight Unit. The Supervisor of Professional Oversight Unit shall respond to the scene to conduct the administrative investigation.

O. **Animal RTR Incidents**

1. When handling an aggressive or dangerous animal, officers are required to use non-lethal options when feasible, including, but not limited to:

    a. Retreating from the animal;

    b. Obtaining assistance from the owner;

    c. Barricading the animal; and/or

    d. Using intermediate weapons or oleoresin capsicum (OC) spray.

2. Due to the extreme difficulty in hitting a small, fast moving target with both probes from a CEW, the CEW shall not be deployed against an animal, except during a preplanned tactical situation when:

    a. A confined animal poses a danger to officers (e.g., an aggressive dog in a fenced back yard);

b. A commanding officer has approved the use of the CEW on the animal; and

c. A plan to safely secure the animal has been established so as to limit the energy exposure to the animal.

3. When feasible, members shall request approval from a commanding officer to use deadly force on an animal.

4. After an officer uses deadly force on an animal, the commanding officer who authorized the use of deadly force or the most appropriate Patrol commanding officer shall immediately respond to the scene and conduct an administrative investigation.

   a. Using the original CCR number, the commanding officer shall complete an RTR Report and submit it to the appropriate assistant chief within 24 hours of the incident. At a minimum, the narrative shall include: [CALEA 4.2.1]

      (1) The facts and circumstances surrounding the shooting of the animal;

      (2) The danger the animal posed to officers and/or the community;

      (3) Description of the shooting backdrop;

      (4) Description of any damaged property;

      (5) Witness information and statements; and

      (6) Issues related to training or potential violations of policy.

   b. The investigating commanding officer shall also:

      (1) Have the scene processed by a CSU detective, which will include photographs being taken and a sketch being completed;

      (2) Ensure an Animal Investigation Report is completed in ARMS;

      (3) Ensure Animal Control is notified via the National Crime Information Center (NCIC) PECO for purposes of removing the dead animal, if necessary; and

      (4) Place the disposition code "RTR" in the CAD primary disposition block and all other applicable disposition codes in the subsequent blocks.

**P. Reporting Requirements for RTR Incidents**

1. RTR Reports and RTR Witness Reports [CALEA 4.2.1, 82.2.1]

a. When a firearm is discharged, all witness statements shall be included in the RTR Report; no RTR Witness Reports are required. The RTR Report for a firearm discharge shall be completed:

   (1) For officer-involved shootings, by the Professional Oversight Unit and Homicide Unit after the criminal case has been completed;

   (2) For unintentional discharges outside of approved training at the JSO Firing Range, by the Professional Oversight Unit; and

   (3) For animal shootings, by the investigating commanding officer, within 24 hours of the incident.

b. Members are required to complete RTR Reports or RTR Witness Reports after engaging in or observing any of the following RTRs: [CALEA 4.2.1]

   (1) An intermediate weapon was used on or against an individual or animal;

   (2) A person or animal was exposed to a chemical agent;

   (3) A SWAT member used a specialty weapon in a non-SWAT incident;

   (4) A CEW was deployed in Probe or Touch-Stun mode;

   (5) Physical force was used on a subject and the force resulted, or was alleged to have resulted, in any injury, regardless of the severity;

   (6) An injury was observed on a subject following the use of any RTR, to include loss of consciousness;

   (7) An arrestee was rejected admission to the PDF and directed to the hospital due to alleged injuries sustained from a member's RTR;

   (8) After an arrestee was granted admission to the PDF, the arrestee alleged an injury was sustained from a member's RTR (In these cases, the PDF will notify the approving supervisor listed on the Arrest & Booking Report about the allegation); or

   (9) A supervisor determines an RTR Report is appropriate.

c. Members shall submit all RTR Reports and RTR Witness Reports within 24 hours of the RTR incident.

d. RTR Reports are not designed to capture all of the information from an incident or investigation. These reports should only be used to document the details specifically related to a member's RTR. All other incident details should be articulated in the report being completed to document the incident (e.g., Incident Report, Supplemental Report, Arrest & Booking Report, etc.).



| Jacksonville Sheriff's Office **Response to Resistance** | Order Number: **551** | Version: **5** | Page: **24 of 24** |

e. With the exception of officer-involved shootings and deadly force incidents, RTR Reports shall be written using the CCR number of the original incident.

f. Members shall place the disposition code "RTR" in the CAD primary disposition block and all other applicable disposition codes in the subsequent blocks.

2. Other Reporting Requirements [CALEA 82.2.1]

a. In addition to being included in an RTR Report, any injury resulting from, or that was alleged to have resulted from, a JSO member must be included in the narrative of the report being used to document the incident.

b. When a CEW is used to gain compliance by activating the laser and pointing it in the direction of a subject, details of such compliance will be articulated in the report being completed to document the incident.

3. As outlined in Order 572 (Professional Oversight), all finalized RTR Reports will be reviewed by the Professional Oversight Unit for potential gaps in training and/or policy, as well as for violations of current policy. [CALEA 4.2.2, 82.2.1]

Mike Williams
Sheriff

| References: |
| --- |

**4.   Declaration of Undersheriff Patrick L. Ivey**

Exhibit F:   JSO Order #501 (Code of Conduct)

**Table of Contents**

I. Purpose of the Policy
II. Procedures
    A. Obligation to Know and Abide by the Law, JSO Directives, and Lawful Orders of Superiors
    B. Obligation to Demonstrate Courtesy and Cooperation
    C. Constraints on Behavior
    D. Performance of Duty
    E. Officers' Use of Discretion
    F. Codes of Ethics/Oath of Office
    G. Allegations of Misconduct
    H. Discipline and Disciplinary Actions
Appendix A – Disciplinary Action Guide

---

**I. Purpose of the Policy**

The purpose of this policy is to outline: [CALEA 26.1.1]

1. The obligation to know and abide by the law and Jacksonville Sheriff's Office (JSO) directives;

2. The obligation to demonstrate courtesy and cooperation;

3. Constraints on behavior;

4. Performance of duty;

5. Officers' use of discretion;

6. Codes of ethics/Oath of Office;

7. Allegations of misconduct; and

8. Discipline and disciplinary actions.

**II. Procedures**

    A. **Obligation to Know and Abide by the Law, JSO Directives, and Lawful Orders of Superiors**

        1. Members of the JSO shall know and abide by:


     a.   All applicable local, state, federal, and international laws;

     b.   The constitutional rights of citizens;

     c.   All applicable restraints upon the use of governmental power;

     d.   The rules of conduct as set forth in the Civil Service and Personnel Rules and Regulations (available in the Human Resources Division); and

     e.   JSO written directives, including all:

        (1)  Accreditation standards, references to which are notated throughout the directives by the acronyms CALEA, CFA, ACA, FCAC, and FMJS;

        (2)  Collective bargaining agreements applicable to them and their subordinates;

        (3)  Information bulletins;

        (4)  Legal bulletins;

        (5)  Memoranda;

        (6)  Orders; and

        (7)  Unit procedures related to their assignments.

2.   Any violation of applicable laws, rules, regulations, or JSO policy and procedures, as well as the commission of any act outside the State of Florida that would constitute a violation of law if the act had been committed in the State of Florida, may subject the member to disciplinary action.

3.   Members are required to notify the Sheriff if they are arrested or cited for a criminal violation in any jurisdiction or, if not arrested or criminally cited, when criminal charges are formally placed against the member (e.g., indictment, information filed, charging notice filed). The notification must be in writing and submitted to the employee's immediate supervisor and/or commanding officer within 24 hours of the member's return to work following the arrest or the issuance of the criminal citation.  The receiving supervisor shall immediately forward the correspondence through the chain of command to the Sheriff.

4.   Members shall obey the lawful orders of superiors, including any order relayed from a superior by an employee of the same or lesser rank. [CALEA 12.1.3, FCAC 5.02]

     a.   Orders known to be unlawful shall NOT be obeyed.  Obedience to an order known to be unlawful is no defense against legal or disciplinary action.  Any member refusing to obey an order shall be required to justify the refusal. [FCAC 5.03]



    b.   Any member who is given an order that is in conflict with a previous order, regulation, directive, or manual, shall respectfully inform the superior member issuing the order of the conflict. If the superior member issuing the order does not alter or retract the conflicting order, the member shall comply unless it is a violation of the law. Under these circumstances, the responsibility shall be upon the superior member. The member obeying the conflicting order shall not be held responsible for disobedience of the order previously issued. [FCAC 5.03]

5.   All members shall cooperate fully with any investigation of violations of JSO rules and regulations and with any other investigation consistent with their constitutional rights. This may include, under appropriate circumstances, submission to medical testing.

**B.** **Obligation to Demonstrate Courtesy and Cooperation**

1.   Members shall be responsive to the needs of the public by rendering prompt and courteous service, and consistently conducting themselves in a manner that encourages public respect.

2.   Members shall strive to treat victims, witnesses, suspects, arrested persons, and all other contacts with appropriate respect. Personal prejudices or attitudes, which may influence impartiality, shall be suppressed. When requested by the public, members shall identify themselves by name, identification number, and division. [CALEA 22.1.8]

3.   Agency telephones shall be answered promptly and courteously.  The member answering the telephone shall identify the area reached (i.e., division, section, or unit), his rank/title, and his name (e.g., "Inspections Unit, Detective Jones"). [CALEA 22.1.8]

4.   Members shall support associated agencies in their pursuit of lawful activities without unnecessarily interfering with the cases, work, or operation of those agencies.

    a.   Members of JSO shall cooperate with, support, and assist employees from other agencies involved in the criminal justice process in the performance of their official duties.

    b.   If an officer must initiate police action against any member of another law enforcement agency, the officer shall notify their supervisor immediately. The officer shall document the incident, and forward the information through the chain of command.

    c.   All members shall cooperate fully with any investigation, administrative or criminal, by other agencies involved in the performance of their official duties consistent with the constitutional rights of the member.

    d.   Complaints against or criticism of other associated agencies shall be channeled through the chain of command so that appropriate resolutions to problems may be found. Public criticism of other agencies, the courts, or disposition of cases shall be avoided.

5.   Members shall adhere to the following guidelines for the salutes to the National Anthem and the National Flag:


a. The salute to the National Anthem shall be as follows:

   (1) Come to attention;

   (2) If outside or inside, in uniform and covered, render a formal salute at the first note of the Anthem and hold the salute until the last note of the Anthem;

   (3) If outside or inside, in uniform uncovered, stand at attention;

   (4) Whenever the National Anthem is played where members are present but not in uniform and uncovered, place the right hand over the heart; and

   (5) If not in uniform and covered, uncover at the first note of the Anthem, and hold it to the left shoulder with the right hand over the heart, except that in inclement weather the head cover may be slightly raised.

b. The salute to the National Flag shall be as follows:

   (1) Unless actively engaged in the performance of duties requiring immediate attention, members, while in uniform, shall:

      (a) If covered – Salute the National Flag as it passes on all public occasions, ceremonies, parades, presentation of colors, when it is carried into any building, room, or other place. Salute the flag draped casket or caisson during the 21-gun salute and the playing of taps at funerals.

      (b) If uncovered – Stand at attention.

   (2) In civilian clothes and:

      (a) Covered – By uncovering with the right hand holding the head cover at the left shoulder with the right hand over the heart.

      (b) Uncovered – By placing the right hand over the heart.

c. The salute is directed to the flag, if displayed, otherwise towards the source of the music.

d. All officers in uniform at any place or at any time shall uncover and hold their head cover at the left shoulder with the right hand over the heart, with head bowed, during prayer.

e. During parades, only salute or stand at attention to the Official Color Guard(s) leading, not to every flag shown in the parade.

6. Members are required to perform their duties in a cooperative and supportive manner.


a. Members shall be courteous, civil, and otherwise act with respect towards one another. They shall not publicly criticize any official act or member of JSO.

b. Members shall not use disrespectful, mutinous, or abusive language toward a supervisor or any other employee.

c. In front of the public, members shall address one another by use of their titles and last names and shall not use first names or nicknames.

## C. Constraints on Behavior

1. Departure from the Truth: Members have a duty to be truthful in all civil, criminal, and administrative investigations. On or off-duty, employees shall not knowingly depart from the truth in making reports, affidavits, court documents, in giving testimony, or in connection with any official duties. This includes oral or written statements that are intentionally inaccurate, incorrect, incomplete, misleading, or a deliberate, material omission. This requirement applies to all situations and circumstances unless protected, or exempt, by legal mandates existing at that time.

2. Failure to be Wholly Candid: Members have a duty to be truthful in all civil, criminal, and administrative investigations or inquiries. Employees, who during an interview, within a civil, criminal, or administrative investigation or inquiry, recant their previous testimony within the same interview, shall be deemed to have committed failure to be wholly candid. Employees who repudiate their previous testimony are further obligated to admit their attempted failure to be forthcoming in previous testimony and are further directed to provide truthful testimony. This requirement applies to all situations and circumstances unless protected, or exempt, by legal mandates existing at that time.

3. Insubordination: Members have a duty to perform assigned duties and tasks directed to them by a superior member and to do so in a cooperative and respectful manner. Employees shall not exhibit any form of defiant conduct toward a superior member. Such conduct may include, but is not limited to:

   a. Exhibiting any unwillingness to carry out assigned duties and tasks;

   b. Being argumentative with/toward a superior officer;

   c. Creating or facilitating a workplace environment which inhibits the ability of a superior member to carry out the duties of JSO; or

   d. Any refusal/delay/unwillingness to complete assigned duties and/or tasks within time periods established by a superior member or established by any written directive.

4. Association with Criminal Activity


a. In order to avoid the appearance of impropriety, JSO personnel shall not, except in accordance with their duties and responsibilities:

    (1) Knowingly associate, socialize, interact, or conduct business with any individual, group, organization, or gang known to law enforcement as engaging in or encouraging or permitting its members to engage in unsavory or criminal conduct; or

    (2) Knowingly go to locations or functions where the member knows or should have known that individuals, groups, organizations, or gang members are known to assemble, will be in attendance, or to locations where the member knows or should have known criminal activity is occurring.

b. Nothing in this order shall be interpreted to prohibit a member of JSO from associating or socializing with any member of their immediate family.

5. Release of Certain Information

a. Members shall not impart official information of a confidential nature to anyone except those to whom it is intended or as directed by their commanding officer or under due process of law. They shall not reveal the identity of a complainant or informant to any private person unless directed to do so by higher authority.

b. Members shall not communicate information which may impede an investigation, delay an arrest, aid a person to escape, destroy evidence, or remove stolen goods.

c. Members shall not communicate information relating to proposed arrests or cases under investigation or to be investigated, except to the officer assigned to the case or to a supervisor, or unless authorized by a higher authority.

d. Members shall first obtain permission from the Sheriff before publishing articles or participating in any video productions as official representatives of JSO. No member shall act as a correspondent to any news media unless authorized by the Sheriff.

e. Members shall not give out publicity concerning Federal prisoners. They shall not give out personal history or photographs of Federal prisoners, information as to arrival or departure of such prisoners, or permit reporters to interview them.

f. All official and unofficial correspondence received shall be processed as directed by the Sheriff. All outgoing correspondence shall be sent over the name of the Sheriff. Members shall not use official letterheads except for authorized JSO correspondence.

g. Official and unofficial correspondence, memoranda, publications, or other communications originating from the department shall not be altered or misrepresented, and shall not be modified with additions, deletions, or attachments without proper authorization.


h. Members shall only take or use photos of victims or crime scenes in accordance with their official duties and responsibilities. Members are prohibited from taking or using these photos for personal reasons. [CALEA 83.2.2]

6. Tobacco Use [ACA 4-ALDF-1A-21]

   a. All JSO facilities are tobacco-free and smoking-free environments. The use of smokeless tobacco, e-cigarettes, and tobacco substitutes are prohibited inside any building or portions of any building which the JSO occupies for business purposes.

   b. The use of cigarettes, cigars, smokeless tobacco, e-cigarettes, chewing tobacco, and snuff products is prohibited in any vehicle while owned, leased, or borrowed for JSO business.

   c. All visitors shall be informed of the tobacco free policy when they register at the public reception areas of all JSO facilities.

   d. Members shall not smoke nor use tobacco products in public while providing a JSO service or job function involving direct contact with the public.

   e. Members shall be permitted to use tobacco products only during normally scheduled break periods and outside of the building. No extra time shall be allowed during normal working hours for tobacco use.

   f. Members shall not use tobacco products in the presence of detainees nor inmates.

   g. Members shall not provide tobacco products or tobacco accessories to any detainee or inmate.

7. Alcohol Use

   Members shall not:

   (1) Purchase or consume any alcoholic beverage while in uniform or while working, unless authorized or required in the performance of one's assigned duties;

   (2) Consume any alcoholic beverage while on JSO property;

   (3) Report to work while under the influence of alcohol or having a blood alcohol level in violation of the established levels in the applicable collective bargaining agreement;

   (4) Bring any alcoholic beverage into any Department of Corrections (DOC) facility;

   (5) Drive a City of Jacksonville (COJ) or JSO vehicle after consuming alcohol, unless specifically authorized and required in the performance of assigned duties; or


(6) Perform any police action after consuming alcohol, unless exigent circumstances exist.

8. Civil Disputes

   a. An officer shall not involve himself in the civil actions or disputes of another person, nor shall he adjudicate any civil dispute; or force the settlement of, or in any way influence, a civil matter. He shall not give legal advice in civil matters, nor shall he serve in the capacity of a special process server, certified process server, or a court document runner (civil or criminal) neither on-duty nor off-duty. This does not include Civil Process Unit officers in the performance of their duties. An officer shall not suggest, recommend, or solicit business for any specific attorney for non-family members.

   b. When called upon to act or advise in such disputes, an officer shall respectfully inform the interested parties that law enforcement officers have no jurisdiction in civil disputes and shall, when requested, refer them to proper authorities for assistance.

   c. An officer, however, shall act to prevent or suppress any breach of peace or disturbance, which may grow or has grown out of such a dispute.

   d. Officers shall not testify in civil cases unless legally summoned, except when appearing as a witness on behalf of the COJ or in a civil suit in their own behalf. If members are served with process (a lawsuit) for conduct arising in the course and scope of their employment, they must immediately notify the Office of General Counsel (OGC) at (904) 630-1700 and immediately forward a copy of the process with which they have been served.

      (1) The OGC will generally provide representation to personnel who were acting within the scope of their employment at the time of the incident that is the subject of litigation or other legal proceedings unless a conflict of interest exists.

      (2) Should evidence indicate that conduct was outside the scope of their employment or a conflict of interest exists, legal representation may be denied in which case written notification of that fact will be provided by the OGC.

      (3) In the event the OGC does not provide legal representation to a member acting in the course and scope of employment, the OGC will give the agency member further direction regarding representation.

   e. Members shall furnish notification, in writing, of their intent to file a suit arising out of their official duties in any court of law to the Undersheriff via the member's chain of command not less than five days before the actual filing date. The member's supervisor shall forward the notice to the OGC. Members shall not accept or agree to accept anything as payment for personal injury or agree to accept anything as payment for personal injury or property damage incurred in the line of duty without first notifying the Undersheriff. Members shall not use their official position as a means of forcing or


intimidating persons with whom they are engaged in civil controversy to settle the case in favor of the members.

f. Members who have a damage suit filed against them by reason of acts performed by them in the line of duty shall immediately notify their commanding officer in writing, who in turn, shall notify the Undersheriff. The commanding officer shall ensure a copy of the correspondence is forwarded to the COJ's Risk Management Division.

g. Members who have been served with an injunction for protection shall immediately notify their commanding officer and provide him with a copy of the injunction.  Upon receiving this notification, the member's commanding officer shall:

(1) Immediately notify the Commanding Officer of Internal Affairs Unit or the on-call Internal Affairs detective; and

(2) Ensure the member adheres to all requirements established in the injunction.

9. Political Activities [CFA 7.08, FCAC 4.10]

a. No member shall take any active part in political management of political campaigns during on duty hours (Municipal Code 350.301). [FCAC 4.10]

b. No member shall engage in any activity, which is contrary to the provisions of Section 350.302 of the Municipal Code which states that: [FCAC 4.10]

(1) No member shall, while wearing a uniform required for his employment:

(a) Request, in person, that any individual contribute any time, money, or other thing of value to any candidate, political party, or committee of continuous existence;

(b) Solicit, in person, support or votes for any candidate, political party, or public measure; and

(c) Take an active part in political management of political campaigns.

(2) No supervisor shall request subordinates to:

(a) Contribute any time, money, or other thing of value to any candidate, political party, or committee of continuous existence;

(b) Support or vote for any political candidate or political party;

(c) Vote for any public measure; or

(d) Take an active part in the management of a political campaign.

(3) No member shall engage in any political activity during the hours of employment, nor shall any person solicit political contributions from employees of the COJ or independent agency during hours of employment or in COJ facilities.

c.  No member shall solicit or knowingly accept any campaign contributions in a building owned by the COJ or an independent agency (Municipal Code 350.303). [FCAC 4.10]

d.  Florida State Statute (F.S.S.) 99.012 requires that any individual who is subordinate personnel, a deputy sheriff, or a police officer, must resign if he has qualified for a public office which is currently held by an individual who has the authority to appoint, employ, promote, or otherwise supervise the individual and has qualified for reelection to that office. No member shall be given a leave of absence with or without pay, excluding previously accumulated vacation, for the purpose of participating in any political campaign for another.

e.  No member shall give testimonials or permit their names or photographs to be used for advertising while inferring their employment with the JSO unless written permission is obtained from the Sheriff.

f.  Members are forbidden to solicit, petition, or offer gratuities for:

    (1) Their promotion, change of duty assignment, or retirement;

    (2) The promotion, change of duty assignment, or retirement of any other member;

    (3) The appointment of any member to the JSO; or

    (4) To promote any influence to affect such an end.

g.  Members are prohibited from engaging in any strike or work stoppage by current employee contract and F.S.S. Chapter 447. F.S.S. 447.505 states that, "No public employee or employee organization may participate in a strike against a public employer by instigating or supporting, in any manner, a strike. Any violation of this section shall subject the violator to the penalties provided in this part."

h.  Members must have the approval of their assistant chief or higher authority to speak to any group or organization as a representative of JSO, unless the speaking engagement is a part of their normal duties and responsibilities.  Upon approval, the speaking member shall send an email to PIO@jaxsheriff.org with the following information:

    (1) Name of the group or organization;

    (2) Approximate number of attendees; and

    (3) Topics that will be discussed.

10. Abuse of Position or Authority


a. Members shall not dismiss the charges against a person whose case has not been docketed for court appearance, unless there is sufficiently good reason, and then only with the consent of the arresting officer's commanding officer.

b. Members shall not become involved in any promises or arrangements which are intended to reduce the charges and permit the offender to escape the full penalty provided by law without obtaining an approval of a request for intervention from their respective department director or a higher authority after application through the chain of command.

c. Officers shall not interfere unnecessarily with any cases assigned to another officer nor with the operation of any other division or of the courts, or with any lawful private enterprise.

d. While conducting JSO business, lawful investigations, or personal business, members shall not threaten, intentionally intimidate, or otherwise use their position to improperly influence decisions of citizens.

e. Members shall not, while on or off duty, solicit or accept presents, loans, or gratuities that would tend to influence the discharge of official duties or involving any governmental action affecting the donor or lender:

   (1) A member may accept a reward with the written approval of his division chief or higher authority;

   (2) An officer shall not receive a reward offered by the COJ, First Coast Crime Stoppers, or any other authorized entity as he is already charged with the duty of apprehending such a violator; and

   (3) This policy is intended to set a pattern of conduct whereby members shall not indulge in the acceptance of gratuities, no matter how small, which may raise questions of favoritism in the discharge of official duties.

f. Members shall not use their official position to solicit special privileges for themselves or others. An officer may use his badge to obtain admission to any public gathering only in the furtherance of his official duty.

g. Members shall not receive any article whatsoever, either as a gift or as the result of purchase or trade, from suspects, prisoners, persons recently arrested, or known gamblers, prostitutes, or other persons of bad character or ill repute, professional bondsmen, or other persons that may profit from information obtained from the police or from relatives, employees or associates of any of these persons nor sell any articles to such persons.

h. No member shall prevent or attempt to prevent the issuance of any traffic ticket or misdemeanor citation from adhering to established judicial process, except in cases


where a traffic ticket or misdemeanor citation has been unlawfully issued or issued in error.

i.  Members shall not inflict any mental or physical harm on any individual and shall only use the minimum force necessary when effecting an arrest or preventing an escape.

j.  Members shall not attempt to obtain a bond reduction or released on your own recognizance (ROR) for another person without prior approval from their respective department director or higher authority.

11. **Unbecoming Conduct**

a.  Members shall conduct themselves at all times, while both on and off duty, in such a manner that reflects favorably upon JSO.  Unbecoming conduct includes any behavior that brings JSO into disrepute or ridicule, reflects discredit upon the member in his association with JSO, or impairs the ability of the member to perform his official duties. The following constraints on behavior are imposed on all members:

(1) Members shall not participate or engage in any sexual activity while on duty;

(2) Members shall not engage in any immoral, indecent, lewd, or disorderly conduct while on or off duty; and

(3) Members shall not, whether on or off duty, engage in actions that tend to impair the operations and work flow of JSO or adversely affect the member's professional standing and reputation within the community. Examples of such prohibited conduct include, but are not limited to:

(a) Interfering with another member's ability to carry out that member's duties and responsibilities;

(b) Interfering with the ability of supervisors to maintain discipline;

(c) Accepting employment or engaging in any business which, in the opinion of the Sheriff, interferes with the efficient performance of the member's regular duties or responsibilities;

(d) Speaking disparagingly about, defaming, or demeaning another member, or the gender, ethnic origin, religion, race, disability, or sexual orientation of any person or group;

(e) Intimidation or solicitation for personal reasons while under the color of authority;

(f) Appropriating any lost property, found property, evidence, COJ property, or JSO property for personal use;

(g) Roughly or carelessly handling the property of COJ, JSO, or another person or entity;

(h) Sleeping while on duty;

(i) Aiding or abetting the escape of a prisoner;

(j) Accepting or soliciting a bribe;

(k) Feigning sickness or injury to avoid the member's duties or responsibilities;

(l) Falsifying any official documents, reports, records, or communications;

(m) Engaging in controversies, displaying partiality, or making arrests during personal disputes, disputes involving one's family, or situations involving the citizens of the neighborhood where the member resides;

(n) Becoming bailers for any non-family arrestee, providing legal recommendations (including referrals to specific attorneys, bondsmen, or bail brokers) to non-family members, or obtaining attorneys or bondsmen for non-family arrestees;

(o) Accepting money to be turned in to the Court Clerk as a fine;

(p) Affiliating with any organization or body that has provisions in that organization's charter bylaws that would in any way exact prior consideration and prevent a member from performing the member's official duties or responsibilities;

(q) Failing to communicate information of concern to JSO or to a member handling an investigation;

(r) Altering or tampering with any potential or real evidence, records, or witnesses, which may pertain to any lawful investigation; and

(s) Possessing or viewing lewd, immoral, or pornographic materials when the possession or viewing of such materials would violate any state or federal law.

b. Since testifying as character witnesses in criminal court proceedings may discredit or bring disrepute upon JSO, members are prohibited from testifying in criminal court proceedings as character witnesses on behalf of persons charged with or convicted of crimes while wearing any JSO insignia or JSO-authorized uniform. Furthermore, prior to the testimony, the member must provide written notification to the Undersheriff that includes the following information:

(1) The date, time, and location of the testimony or court appearance;

(2) The name and address of the person for whom the member is testifying; and


    (3) The relationship between the member and the person for whom the member is testifying.

    c. Members who testify in civil, criminal, internal, or administrative proceedings of any kind, who in their testimony, disclose their own incompetency, or personal conduct which has violated any statute, ordinance, rule, regulation, or official JSO policy, shall be subject to appropriate training and/or discipline for the disclosed incompetency or misconduct.

12. Social Media Use [CFA 32.05]

    a. As public employees, JSO personnel are cautioned that speech, on or off duty, made pursuant to their official duties, may not be protected speech under the First Amendment of the United States (U.S.) Constitution and may form the basis for discipline if deemed detrimental to JSO.

    b. Members are free to express themselves as private citizens on social media sites to the degree that their speech does not disrupt the work of JSO, impair critical working relationships, impede the performance of official duties, or undermine public confidence in the member or JSO. In particular, members are prohibited from the following:

        (1) Engaging in speech, in any form, that contains obscene or sexually explicit language or images;

        (2) Engaging in speech, in any form, that ridicules, maligns, disparages, or otherwise expresses bias against any race, any religion, or any protected class of individuals; and

        (3) Expressing opinions about encounters with the public in the course of the member's job-related functions.

    c. Members shall not make statements about the guilt or innocence of any suspect or detainee, or comments concerning pending investigations and/or prosecutions, nor post, transmit, or otherwise disseminate confidential information, including photographs or videos, related to JSO training, activities, or work-related assignments without express, written permission from the Sheriff or the Sheriff's designee.

    d. Members shall not use any JSO equipment or resources to engage in social media activities, unless expressly allowed by a supervisor in the discharge of official duties.

    e. Employees who are brought under any administrative or internal investigation related to their performance, conduct, functionality, or duties may be ordered to provide the agency, or its designated investigator, with access to the social media and/or social networking platforms in which they participate or maintain.


13. Bias Based Profiling

   a. Bias-based profiling is strictly prohibited. Bias-based profiling is the detention, interdiction, or other disparate contact/treatment of any person on the basis of their race, color, ethnicity, sexual orientation, gender identification, physical handicap, economic status, age, cultural group, religion or other belief system. The JSO prohibits bias based profiling in traffic contacts, field contacts, searches and seizures, and in asset seizures and forfeiture efforts. [CALEA 1.2.9, CFA 2.06]

   b. It is the policy of the JSO to patrol in a proactive manner, to aggressively investigate suspicious persons and circumstances, and to actively enforce the motor vehicle laws, while insisting that citizens shall only be stopped or detained when there exists reasonable suspicion to believe they have committed, are committing, or are about to commit, an infraction of the law. Reasonable suspicion, also known as articulable suspicion, is suspicion that is more than a mere hunch, but is based on a set of articulable facts and circumstances that would warrant a person of reasonable caution in believing that an infraction of the law has been committed, is about to be committed, or is in the process of being committed, by the person or persons under suspicion. This can be based on the observations of a police officer combined with his training and experience, and/or reliable information received from credible outside sources. [CFA 2.06]

   c. Officers shall receive initial and annual training in the legal aspects of bias based profiling, proactive enforcement tactics, including training in officer safety, courtesy, cultural diversity, the laws governing search and seizure, and interpersonal communications skills. Training programs shall include the prohibition of bias profiling and the need to respect the rights of all citizens to be free from unreasonable government intrusion or police action. [CALEA 1.2.9]

   d. The JSO provides public information pamphlets (e.g., What to Do During an Encounter with the Police form [P-0392]) to officers regarding police encounters with citizens. Officers may distribute the pamphlet to each person subjected to such activities, whenever appropriate. [CFA 2.06]

14. DOC Facilities

   a. While at any DOC facility, members shall adhere to all safety and security procedures related to that facility and to the inmates under their supervision. [FMJS 3.1]

   b. When a corrections officer's immediate family member, as defined in Civil Service and Personnel Rules and Regulations, becomes incarcerated at any DOC facility, he shall notify his supervisor within 24 hours. The supervisor shall ensure a Noteworthy Report is created.

   c. Members shall not introduce contraband, chemicals, equipment, appliances, or furniture items into any area of any DOC facility without authorization from the facility assistant chief or higher authority.


d. Members shall not remove any item from any DOC facility without authorization from the facility assistant chief or higher authority.

e. Members should strive to set a positive example for inmates under JSO control and shall maintain a professional, impartial relationship with them at all times. Additionally, members shall not: [FMJS 3.2]

(1) Engage in any personal financial transactions with inmates;

(2) Initiate any action intending to provoke or incite a volatile situation among inmates;

(3) Offer legal advice to inmates;

(4) Ask inmates to perform personal errands or conduct personal business on behalf of members;

(5) Perform personal errands or conduct personal business on behalf of inmates;

(6) Use demeaning, profane, or abusive language towards inmates; or

(7) Engage in any conduct—or permit any subordinate, inmate, or other person to commit, or conspire to commit, any conduct—that would violate any law or JSO directive. [FMJS 3.4]

f. Personal Electronic Devices in DOC Facilities

(1) The ability to bring a personal electronic device (e.g., personal cellular telephones, smart watch, etc.) inside a DOC facility is a privilege that may be granted or revoked by a member's commanding officer.

(2) Personnel may bring personal electronic devices inside the secure perimeter of any DOC facilities.

(a) Unless authorized by an assistant chief or higher authority, members below the rank of lieutenant shall not carry any personal electronic device:

(i) Into inmate housing areas;

(ii) Into processing areas when inmates are present; or

(iii) While escorting, monitoring, supervising, or communicating with inmates.

(3) Members shall not allow inmates to use members' personal electronic devices.


(4) Members shall not use personal electronic devices to record images from the SecurPASS scanning equipment or any other DOC equipment, programs, or software.

(5) When on-duty in DOC facilities, members shall not use personal electronic devices as music or entertainment devices.

(6) Hands-free accessory devices (e.g., earbuds, Bluetooth devices, etc.) are prohibited in DOC facilities.

(7) Members shall not use personal electronic devices to record or photograph any area inside a DOC facility without approval from a commanding officer or higher authority.

(8) Personnel in violation of this policy shall receive the following sanctions:

    (a) The first violation shall result in the loss of cell phone privileges for one year from the date of the violation to include any investigation time prior to conclusion; and

    (b) The second violation shall result in the permanent revocation of cell phone privileges from the affected employee.

(9) The appropriate division chief shall determine if the violation occurred. This decision is final and not subject to appeal, grievance, or any other remedy.

### D. Performance of Duty

1. Members shall maintain sufficient competence to perform their duties properly and to assume the responsibilities of their positions. They shall perform their duties in a manner, which will tend to establish and maintain the highest standards of efficiency in carrying out the functions and objectives of JSO. Incompetency may be demonstrated by:

    a. A lack of knowledge of the application of law required to be enforced;

    b. An unwillingness or inability to perform assigned tasks or duties;

    c. The failure to conform to work standards established for the member's rank, grade, or position;

    d. Failure to take appropriate action on the occasion of a crime, disorder, or other condition deserving police attention;

    e. Leave without permission;

    f. Unnecessary absence from the member's assigned tour of duty;


    g.   Repeated poor evaluations;

    h.   A record of repeated infractions of the rules, regulations, procedures, or directives;

    i.    Mishandling or altering evidence, which changes its evidentiary value; or

    j.    A lack of knowledge of the rules, regulations, procedures, and/or directives.

2. All members, sworn and civilian, shall report promptly to the designated time and place for work, roll call, assignment of duties, and/or inspection. All members shall be properly groomed and neatly dressed in accordance with Order 401 (Dress and Personal Appearance). Members shall listen carefully to all orders, instructions, etc., from their supervisors in order to carry out all duties effectively.

3. While on duty, members shall devote their whole time and attention to fulfilling their duties and responsibilities.

4. When completing any official report, form, or correspondence, members shall ensure they do so thoroughly, accurately, and in a timely manner.

5. Members shall keep personal telephone calls to a minimum and shall not allow them to interfere with their duties and responsibilities.

6. Any member who necessarily incurs expense in connection with official duties, and for which JSO is responsible, shall promptly submit to his commanding officer an itemized account of such expenditures, together with all the required receipts.

7. When it is necessary in the performance of one's duty to temporarily remove JSO reports or records from the division or department where they are maintained, the member to whom they are issued shall sign a receipt for them and shall be accountable for their return.

8. Department or division records shall be maintained in their proper location for as long as needed and until properly disposed of according to the State of Florida records retention regulations.

9. On-duty members shall maintain command of temper, exercise patience and discretion, as well as refrain from coarse, profane, or insolent language. Members shall use sound judgment when the use of force is required.

10. Members shall be attentive to, and take suitable action on, reports and complaints received from any person or source, except when circumstances (e.g., writing reports for family members or for oneself outside line-of-duty situations) make it necessary for them to report the matter or refer the complaint to a more appropriate police officer or other agency.

11. Members shall fulfill proper requests for information or assistance, or they shall aid the person in otherwise obtaining the requested information or assistance.


12. Members shall avoid giving the impression that they are not interested in the problems of persons who are referred elsewhere for service. Members shall not belittle a seemingly trivial request, complaint, or item of information received.

13. On each working day, members shall read and respond to, when appropriate, all emails delivered to their official JSO email accounts.

14. Members shall use proper care in the handling and maintenance of JSO property and equipment and shall report immediately any that is lost, damaged, or in bad order. Any member who willfully or negligently loses, damages, destroys, or misappropriates JSO property or equipment may be subject to disciplinary action and/or reimbursement to JSO.

15. Members shall act promptly with energy, firmness, and decisiveness when dealing with crimes, disorders, accidents, or other situations, disasters, or incidents that require law enforcement attention, and in dealing with suspects and carrying out their assignments when the police purpose might be jeopardized by delay. Immediate action shall be taken, even though some other office or division would ordinarily deal with the incident.

16. Members shall remain at their place of assignment until properly relieved or dismissed from that responsibility by a supervisor or an assigned relief.

17. All police and corrections officers shall maintain a valid driver's license in the state of their residence.

18. Members shall request an interpreter to facilitate communication with citizens who do not speak English or who are hearing-impaired.

19. Transgender and Gender-Nonconforming (T/GNC) Individuals

    a. When interacting with a T/GNC individual, members shall use the person's gender expression and presentation to initially determine how to address the individual, such as the use of pronouns and terms like "miss," "sir," "him," or "her." If the member has any doubt, he shall inquire as to the individual's preferred form of address.

    b. When a T/GNC individual informs a member how he/she would like to be addressed, the member shall honor the request and use the individual's preferred pronoun and/or chosen name. The individual's chosen name should be used at all times to address the individual.

    c. Members shall not ask individuals for information regarding their anatomy, surgical history, or sexual practices—absent an articulable and compelling need—for the purpose of determining a person's gender.

    d. When referencing a T/GNC individual in a report, a member shall enter the individual's legal name in the primary name fields, but shall enter the individual's chosen name in parenthesis after the first reference of the individual in the narrative.


e. Members shall limit conversations about a T/GNC individual's gender to persons who have a need to know, such as a transporting officer or corrections personnel for the purposes of inmate classification, housing, and medical treatment.

E. **Officers' Use of Discretion** [CALEA 1.2.6, 1.2.7]

1. An officer has a responsibility to investigate apparent violations of the law. However, the decision to arrest or take other enforcement action remains within the discretion of the officer unless required by law or JSO written directives.

2. Unless JSO directives, orders of a supervisor, or orders of another competent authority require an arrest, the officer's discretion to choose an alternative course of action is explicitly recognized and encouraged.

F. **Codes of Ethics/Oath of Office** [CALEA 1.1.2, FCAC 4.08]

1. All police and corrections officers shall adhere to the following JSO Code of Ethics. Civilian members shall abide by the JSO Code of Ethics, as applicable.

   "**As a member of the Jacksonville Sheriff's Office**, my fundamental duty is to serve mankind; to safeguard lives and property; to protect the innocent against deception, the weak against oppression or intimidation, and the peaceful against violence or disorder; and to respect the constitutional rights of all men to liberty, equality, and justice.

   **I will** keep my private life unsullied as an example to all; maintain courageous calm in the face of danger, scorn, or ridicule, develop self-restraint; and be constantly mindful of the welfare of others. Honest in thought and deed in both my personal and official life, I will be exemplary in obeying the laws of the land and the regulations of my department. Whatever I see or hear of a confidential nature or that is confided to me in my official capacity will be kept ever secret unless revelation is necessary in the performance of my duties.

   **I will** never act officiously or permit personal feelings, prejudices, animosities or friendships to influence my decisions. With no compromise for crime and with relentless prosecution of criminals, I will enforce the law courteously and appropriately without fear or favor, malice or ill will, never employing unnecessary force or violence and never accepting gratuities.

   **I recognize** the badge of my office as a symbol of public faith, and I accept it as a public trust to be held so long as I am true to the ethics of the JSO. I will constantly strive to achieve these objectives and ideals, dedicating myself before God to my chosen profession, law enforcement."

2. All personnel, prior to assuming sworn status, shall take and subsequently abide by an oath of office to enforce the law, support, protect, and defend the Constitution and government of the U.S. and the State of Florida. [CALEA 1.1.1]


G. **Allegations of Misconduct**

1. Misconduct is defined as the violation of any federal, state, or local law, any violation of rules and regulations as set forth in the Civil Service and Human Resources Rules and Regulations of COJ, any violation of JSO written directives, refusal to obey any lawful commands, or any conduct that is prejudicial to the good name and reputation of COJ or JSO.

2. Any JSO member, sworn or civilian, who observes, suspects, or is informed of misconduct by an employee is responsible for reporting the alleged or suspected violation(s) to a supervisor or directly to the Internal Affairs Unit. If the allegation concerns a potential criminal violation by an employee, the notification should be immediately made to a supervisor or directly to the Integrity & Special Investigations Unit.

3. Types of Misconduct

   a. Serious Misconduct – Conduct that involves criminal violations of the law or actions on the part of the employee which warrant a detailed investigation by the Internal Affairs Unit and which could lead to suspension, demotion, reduction in pay, or dismissal of the employee. Examples may include, but are not limited to:

      (1) Commission of a crime;

      (2) Immoral conduct;

      (3) Corruption;

      (4) Malfeasance of office;

      (5) Official misconduct;

      (6) Driving under the influence (DUI);

      (7) Violation of the civil rights of another; and/or

      (8) Excessive force.

   b. Upon approval of the Assistant Chief of Public Accountability, an investigation which could result in suspension, demotion, reduction in pay, or dismissal of an employee, may be sent to the member's commanding officer for investigation, if deemed appropriate.

   c. Minor Misconduct – Conduct which does not require, formal investigation by the Internal Affairs Unit, but may warrant informal counseling by one's supervisor, remedial training, or minor disciplinary action. It is usually handled by a watch commander or unit commanding officer and resolved at or below the division level. Examples may include, but are not limited to:



(1) Discourtesy;

(2) Violations of procedural regulations; and

(3) Limited incompetence.

4. When requested, members shall assist in any investigation for a violation of any of the statutes of this State, ordinances of COJ, or rules and regulations of JSO. All members shall cooperate fully with the investigation of violations of JSO rules and regulations.

5. JSO employees who are complainants, witnesses, or principals in an administrative investigation are prohibited from discussing any portion of the investigation or his role in that investigation until the investigation is completed and is released by the Internal Affairs Unit. Any JSO employee violating this order shall be considered to have interfered with the investigation and may be subject to appropriate discipline.

6. Administrative Limited Duty Related to Administrative or Criminal Investigations

   a. Pending investigation, disciplinary action or termination may be cause for an employee to be placed in an Administrative Limited Duty Assignment. Such assignments can be, but are not limited to, the Temporary Limited Duty designated assignments.

   b. Employees placed on Administrative Limited Duty, unless otherwise specified by the employee's assistant chief or higher, shall comply with the following conditions:

      (1) The employee shall not be assigned to an area of direct inmate/suspect contact;

      (2) The employee shall not wear any portion of the uniform that identifies them as a police or corrections officer and will comply with Order 401 (Dress and Personal Appearance) for non-uniform regulations;

      (3) The employee shall not work overtime or secondary employment;

      (4) The employee shall not be assigned to a supervisory position; and

      (5) The employee shall not operate a JSO/COJ-owned vehicle.

H. **Discipline and Disciplinary Actions**

1. Overview of Discipline

   a. The maintenance of discipline is a responsibility and function of command. Supervisors and commanding officers are given authority to fulfill their responsibilities and are expected to exercise it to that end. When repeated misconduct occurs despite counseling or disciplinary action, a determination must be made as to whether the fault


for the behavior rests with the violator, the violator's supervisor, or if other circumstances have contributed to the misconduct.

b. This Order is designed to provide the basis for a uniform application of disciplinary actions throughout JSO. JSO reserves the right to depart from established guidelines whenever necessarily appropriate. It is specifically understood that some factual circumstances aggravate or mitigate the violation, and greater or lesser disciplinary action may be required.

c. This Order in no way supersedes employee contracts. Specific employee rights, appeals, and grievance procedures shall be outlined in current bargaining contracts and Civil Service and Human Resources Rules and Regulations.

d. In view of the size and dynamic nature of JSO, documentation of all formal communications between the supervisor and subordinate is deemed essential for the protection of the subordinate and the integrity of the system.

2. Hierarchy of Training and Discipline [CALEA 26.1.4, FCAC 7.01]

   a. Non-Disciplinary Actions – Training, informal counseling, and formal counseling sessions are not disciplinary actions. Instead, they are used to improve, evaluate, and track performance, thereby avoiding future discipline. Nonetheless, it is appropriate to include training, informal counseling, or formal counseling history as background support for future disciplinary action or for inclusion as part of a performance evaluation. [CALEA 35.1.6]

      (1) Training – A positive and constructive method of improving the productivity and effectiveness of an employee. Often training is sufficient to avoid disciplinary action. The recommendation by a supervisor for an employee to obtain additional or remedial training should be held on a positive note, be correctively advisory in nature, and used along with a counseling session to explain what is expected of an employee in order to bring about improvements in the employee's behavior. The recommendation from a supervisor for an employee's additional training does not require written documentation or prior approval. Training and counseling are often indistinguishable.

      (2) Informal Counseling Session – An oral communication between a supervisor and employee, which is positive and correctively advisory in nature and is the first step in bringing about improvements in the employee's behavior. It may involve, among other things, a procedural clarification, recommendation to obtain additional training, suggestions for improvement, an oral admonishment for a perceived indiscretion, or a suggestion that the employee obtain professional counseling. An informal counseling does not require written documentation.

      (3) Formal Counseling Session – A discussion between a supervisor and a subordinate in which the subordinate's improper behavior and necessary improvements are brought to his attention. Formal counseling sessions are, generally, used after

informal supervisor/employee communications have failed to produce the desired results or when the conduct or performance is somewhat more serious. Formal counseling sessions should be held on a positive note, be conducted by the employee's immediate supervisor or higher authority, and be correctively advisory in nature. Formal counseling sessions shall be documented outside of the employee's personnel file on an Employee Improvement Form (P-0646). The original Employee Improvement Form (P-0646) shall be filed in the employee's supervisor's file for record keeping, and a copy shall be given to the employee. If the employee does not agree with the action taken, a signed and dated written statement shall be attached stating why the employee does not agree with the action taken. Formal counseling sessions shall be conducted by the employee's immediate supervisor or higher authority. The Employee Improvement Form (P-0646) shall be routed through the proper chain of command to the commanding officer where it shall be reviewed and filed in the employee's supervisor's file for record keeping and be purged in accordance with applicable bargaining unit agreements and Florida public records law. [CALEA 35.1.6; CFA 12.05]

b.  Written Reprimand – Level One – This is generally the first disciplinary step in terms of severity of corrective action. It is positive discipline administered when an employee has violated an order, rule, or procedure, or where a violation could have an impact on morale, discipline, or reflects negatively on JSO. A Written Reprimand – Level One (P-1711e) shall be made on a disciplinary note with a clear understanding that the employee is being disciplined for his improper behavior. Although the Written Reprimand – Level One (P-1711e) must be administered in an overall positive atmosphere, it shall be remedial in nature, documented on a Written Reprimand – Level One form (P-1711e), and filed in the Internal Affairs Unit for record keeping. A copy shall be routed through the employee's chain of command to the appropriate division chief. [CALEA 35.1.6; CFA 12.05; FCAC 7.03]

c.  Written Reprimand Level Two – This is a more serious official censure of unacceptable acts or behavior, which is administered in a positive manner. It shall be made clear to the employee that the behavior for which this written reprimand was prepared shall not be tolerated and stronger disciplinary action(s) shall be taken if the behavior reoccurs. A Written Reprimand Level Two shall document the dates and nature of all previous discipline which is contained within the member's Internal Affairs file, in accordance with employee contracts and shall be filed in the Internal Affairs Unit for record keeping. A Written Reprimand Level Two shall also document all formal counseling sessions received in the prior 12 months contained within the employee's supervisor's file. A Written Reprimand Level Two may be given in association with other higher forms of disciplinary action which may include: [CALEA 35.1.6, CFA 12.05; FCAC 7.03]

  (1)  Forfeiture of leave time;

  (2)  Reduction of pay;

  (3)  Suspension without pay; and/or


(4) Demotion.

3. Issuance of Training, Counseling, and Discipline [CALEA 26.1.4]

    a. First line supervisors and above may counsel or require additional training for an employee without prior approval. If in doubt, first line supervisors should consult with higher authority before acting. [CALEA 26.1.5]

    b. Accused police and corrections officers shall be allowed to review materials as provided by F.S.S. and contractual agreements, prior to being interviewed as part of a formal investigation.

    c. When counseling an employee concerning improper behavior and/or job performance, it is mandatory that the supervisor provides specific direction to the employee to bring the employee's behavior to an acceptable level. However, failure to provide direction shall not preclude future disciplinary action where otherwise appropriate. [CFA 12.05]

    d. If an employee's performance requires more serious action than a Written Reprimand – Level One (P-1711e), the immediate supervisor shall discuss the facts of the incident/performance with his supervisor and/or a supervisor assigned to the Internal Affairs Unit to determine if the case should be forwarded to the Internal Affairs Unit or handled through the chain of command. If the latter is chosen, refer to Order 571 (Internal Affairs), for instructions on how to complete a formal summation and how to submit it through the chain of command. [CALEA 26.1.5]

    e. Upon completion of staff review, a Written Reprimand Level Two shall be documented on JSO letterhead. The employee's commanding officer or higher authority shall administer these reprimands. [CALEA 26.1.5; CFA 12.05]

        (1) The recipient shall be required to sign the reprimand to acknowledge receipt.

        (2) The distribution of Written Reprimands Level Two shall be as follows:

            (a) The Human Resources Division (copy);

            (b) The department's director (copy);

            (c) The division chief/commanding officer (copy);

            (d) The Internal Affairs Unit (original);

            (e) The individual (copy); and

            (f) The employee's bargaining unit (copy).

4. Recommendations for Suspension without Pay, Reduction in Pay, Forfeiture of Leave Time, Demotion, or Dismissal [CALEA 26.1.4, 26.1.5]


a. Recommendations of suspension without pay, reduction in pay, forfeiture of leave time, demotion, or dismissal shall be routed through the chain of command to the Undersheriff with the exception of probationary employees who cannot perform their job function. The probationary employee's director shall make the recommendation regarding the termination of the employee when it relates to performance issues. The Internal Affairs Unit shall be responsible for the preparation of all necessary documents dealing with suspensions without pay, reductions in pay, forfeiture of leave time, demotions, or dismissals. The Human Resources Division shall be responsible for the preparation of documents only dealing with the termination of probationary employees who are terminated for performance related issues.

b. Only the Sheriff or designee can suspend, reduce pay, cause forfeiture of leave time, demote, or dismiss an employee. The Sheriff is not bound by the recommendations of subordinates and shall, as an elected constitutional officer considering all recommendations, independently make final disciplinary decisions considering the interests of the public, JSO, and the member.

c. If an investigation of misconduct results in a determination to dismiss a member of JSO, the following will be provided to the member: [CALEA 26.1.7, FCAC 7.02]

   (1) A statement citing the reason for dismissal;

   (2) The effective date of the dismissal;

   (3) A statement informing the member of their appeal process in accordance with Civil Service Rules and Personnel Rules and Regulations and employee contracts; and

   (4) A statement of the status of fringe and retirement benefits after dismissal will be provided by the COJ's Department of Administration and Finance – Employee Benefits after being advised of the dismissal by the Human Resources Division after conferring with the affected division chief.

d. **Emergency Suspension:** Any commanding officer may impose an emergency suspension without pay against a member in accordance with applicable contracts and the Civil Service and Personnel Rules and Regulations. Prior to imposing the emergency suspension, the commanding officer desiring to impose the suspension shall notify the Chief of Professional Standards, to discuss the incident.

   (1) Police Emergency Suspensions:

      (a) The Sheriff, or his designee, may impose an immediate suspension without pay in advance of the conclusion of any of the procedures set forth in the grievance and arbitration article or in the Civil Service and Personnel Rules and Regulations in the following cases:



(i) When an employee has been arrested on a felony charge (other than arrests for incidents occurring in the "good faith" performance of their duties, such as accidental shootings);

(ii) When an employee fails a substance abuse test (with confirmation);

(iii) When an employee fails to obey a lawful direct order from a superior officer; or

(iv) When an employee is a danger to himself/herself or others.

(b) Emergency suspensions without pay must be issued by the Division Chief or above. If the Division Chief issuing the suspension is not the Chief of Professional Standards, the Chief of Professional Standards (or his designee) must be notified.

(c) Upon request of the employee, within the next business day after an immediate emergency suspension, the employee will be afforded the opportunity to meet with the assigned Division Chief for the purpose of coordinating a meeting between the Sheriff or his designee and the employee to determine any further action that may be taken.

(d) An employee who is placed on emergency suspension shall be allowed to use his own personal leave from their respective leave accounts (AL, CL or HOL).

(e) When an emergency suspension without pay is imposed, the commanding officer of Internal Affairs Unit shall designate a supervisor to collect and secure the suspended member's identification (ID) card, badge, all issued weapons, and COJ vehicle.

(f) If an officer is temporarily suspended without pay with reinstatement to follow, the officer's division chief or designee shall retain the equipment mentioned above.

(g) A decision to keep the employee in a suspension without pay status must be made by the Undersheriff, or designee, in consultation with the Internal Affairs Unit and/or the Chief of Human Resources.

(h) If the emergency suspension is not upheld, all equipment shall be returned to the member immediately.

(i) If an officer is suspended without pay with dismissal intended to follow, all issued equipment shall be turned in to the Supply Unit. The equipment shall be kept together until final disposition and then returned to stock if the member is dismissed or to the member if he is reinstated. Assigned vehicles shall be returned to the Fleet Management Unit.



(j) All privileges and courtesies normally extended to members shall not be extended to members who are under suspension. Access to JSO facilities shall only be permitted with a visitor's pass, the same as citizens visiting the Police Memorial Building (PMB).

(2) Corrections Emergency Suspensions:

(a) Notwithstanding any provision or limitation of the Civil Service and Personnel Rules and Regulations, the Sheriff may immediately suspend any employee without pay whenever the circumstances of the offense are sufficiently grave to warrant such suspension (e.g., a felony, a serious misdemeanor, an incident involving moral turpitude, or if the employee represents a danger to either himself/herself or others).

(b) An employee who is placed on emergency suspension shall be allowed to use his own personal leave from their respective leave accounts (AL, CL or HOL).

(c) Emergency suspensions without pay must be issued by the Division Chief or above. If the Division Chief issuing the suspension is not the Chief of Professional Standards, the Chief of Professional Standards (or designee) must be notified.

(d) When an emergency suspension without pay is imposed, the commanding officer in Internal Affairs shall designate a supervisor to collect and secure the suspended member's identification (ID) card, badge, all issued weapons, and COJ vehicle.

(e) If an officer is temporarily suspended without pay with reinstatement to follow, the officer's division chief or designee shall retain the equipment mentioned above.

(f) A decision to keep the employee in a suspension without pay status must be made by the Undersheriff, or designee, in consultation with the Internal Affairs Unit and/or the Chief of Human Resources.

(g) If the emergency suspension is not upheld, all equipment shall be returned to the member immediately.

(h) If an officer is suspended without pay with dismissal intended to follow, all issued equipment shall be turned in to the Supply Unit. The equipment shall be kept together until final disposition and then returned to stock if the member is dismissed or to the member if he is reinstated. Assigned vehicles shall be returned to the Fleet Management Unit.

(i) All privileges and courtesies normally extended to members shall not be extended to members who are under suspension. Access to JSO facilities shall

only be permitted with a visitor's pass, the same as citizens visiting the Police Memorial Building (PMB).

(3) Civilian Emergency Suspensions

   (a) In extraordinary situations, a civilian employee may be immediately suspended without pay pending a hearing date. The suspension may be either temporary or may last through the hearing date, depending upon the circumstances.

   (b) Immediate suspensions without pay must be issued by the Division Chief or above. If the Division Chief issuing the suspension is not the Chief of Professional Standards, the Chief of Professional Standards (or designee) must be notified.

   (c) When an emergency suspension without pay is imposed, the commanding officer of Internal Affairs shall designate a supervisor to collect and secure the suspended member's identification (ID) card, badge, all issued equipment, and COJ vehicle.

   (d) A decision to keep the employee in a suspension without pay status must be made by the Undersheriff, or his designee, in consultation with the Internal Affairs Unit and/or the Chief of Human Resources.

   (e) All privileges and courtesies normally extended to members shall not be extended to members who are under suspension. Access to JSO facilities shall only be permitted with a visitor's pass, the same as citizens visiting the Police Memorial Building (PMB).

   (f) Extraordinary situations shall include, but are not limited to, those in which the retention of the employee could:

      (i) Result in damage to property;

      (ii) Be injurious to the employee;

      (iii) Be injurious to a fellow employee;

      (iv) Be injurious to the general public;

      (v) Be detrimental to the interests of the government; and

      (vi) Substantially impair management's ability to maintain decorum and discipline.

   (g) The following are examples of extraordinary situations in which an employee may be immediately suspended without pay:

    (i)    Being under the influence of alcohol or drugs on the job;

    (ii)    Use of alcohol or illegal drugs on the job or during the employee's work day, to include breaks and lunch period;

    (iii)    Commission of an act which constitutes a felony offense or a misdemeanor involving moral turpitude under the criminal laws of the State of Florida or federal government;

    (iv)    Brutality or cruelty to an inmate, an employee, or to the general public while on duty; and

    (v)    Flagrant insubordination.

(h)    In extraordinary situations (as described in this order) an employee may be immediately suspended without pay for up to 20 working days. Presentation of a detailed written notice of the disciplinary action, as provided in Civil Service Rule 9.05(2), shall be given to the employee, COJ Head of Human Resources and the Civil Service Board within three working days after commencement of suspension. Failure to notify the Head of Human Resources or the Civil Service Board within these time limits shall not constitute a sufficient reason for overturning disciplinary action where no substantial prejudice has resulted.

(i)    Upon receipt of the detailed statement (described in this order), the Civil Service Board shall immediately reserve a hearing date no later than 20 working days from the beginning of the suspension. Once the employee has properly requested a hearing, the Civil Service Board shall immediately notify the disciplined employee by hand, or registered or certified mail, return receipt requested of the date, time, and place of the scheduled hearing. It shall be the duty and responsibility of the employee to file with the board the intention to appeal or not to appeal within five working days after receiving written notification of discipline from the appointing authority in accordance with Civil Service Rule 9.05 (2)(c). An employee who fails to file timely notice with the board shall waive any further right to appeal and the action of the appointing authority shall be deemed sustained effective as of the date of the original suspension.

(j)    If the employee has been suspended due to an extraordinary situation (as described in this order), and the reason for such suspension is that the employee has committed an act which constitutes a felony offense or a misdemeanor involving moral turpitude under the criminal laws of the State of Florida or federal government, and criminal charges are pending against said employee, the employee may request that the Civil Service Board postpone the scheduled hearing and that the employee be placed on leave without pay status until the criminal charges have been disposed of.


(k) The Chairman or Vice Chairman of the Civil Service Board may approve such a request, provided the employee has filed with the Civil Service Board a written request for leave without pay status. Upon final disposition of the criminal charges, it shall be the responsibility of the employee to notify the board of such disposition within 10 calendar days, in writing, and request the appeal hearing be rescheduled. Failure to notify the board within this period shall constitute a waiver of any further right to appeal; and the action of the appointing authority shall be sustained, effective as of the date of the suspension. If the employee requests the appeal hearing be re-scheduled, the Civil Service Board shall reschedule the hearing as soon thereafter as possible; but the waiver of benefits shall be considered binding until the case is fully heard.

(l) If the employee has been suspended, due to an extraordinary situation (as described in this order), for any reason other than a pending criminal charge, and the employee desires a continuance of the hearing and management agrees, such continuance may be granted, provided the employee voluntarily requests and is placed upon leave without pay status.

(m) A suspended employee who needs additional time to prepare his defense may, by written petition filed not later than three working days prior to hearing, request the Chair of the Civil Service Board for a continuance of not more than 30 calendar days. The suspended employee's entitlement to back pay during this limited continuance shall depend on whether the employee is vindicated at the final hearing. For purposes of this section, "vindicated" means the board finds the employee has not violated any of the rules and regulations or applicable department or agency orders as charged.

(n) If the Civil Service Board determines, after review, that the disciplinary action is inconsistent with the provisions of the City Charter or the Civil Service and Personnel Rules and Regulations, or is manifestly unjust, it shall order the modification of the disciplinary action or provide such relief as it deems appropriate, including the reinstatement to a former position, payment of forfeited pay, reinstatement to a former level of compensation, and the removal of reprimands from the employee's personnel file.

(o) Time spent on leave without pay shall not be considered to be time for which pay was forfeited or for which pay is due under any circumstances.

5. Disciplinary Appeal Options [FCAC 7.04]

   a. Disciplinary Hearing Board

   (1) The Disciplinary Hearing Board (DHB) reviews recommended administrative charges and disciplinary actions for officers who are facing suspension, demotion, or termination. Any officer facing suspension, demotion, or dismissal may elect to have the DHB review the recommended administrative charges and disciplinary actions. The manner in which the hearing is conducted, the force and effect of findings and


recommendations, and all appellate rights, shall be as set forth in the collective bargaining agreement approved for the officer's bargaining unit. [CALEA 26.1.6]

(2) The DHB shall be composed of five members with two members being selected by the Sheriff or his designee, two members being selected by the aggrieved or charged member, and the fifth member being selected by the other four members. None of the members of the DHB may be related to the accused officer. The Director of Personnel and Professional Standards shall designate one of the two members selected by the Sheriff to be the Chairperson of the DHB. The Director of Personnel and Professional Standards may designate themselves as the Chairperson of the DHB.

(3) The findings and conclusions of the DHB shall be transmitted in writing to the Sheriff (or designee) and, upon concurrence, the action shall become final. The findings, conclusions, or recommendations of the DHB are not binding on the Sheriff and, in the event of non-concurrence, the Sheriff (or his designee) may disapprove or alter an action by the DHB.

(4) As soon as practical, after receipt of the findings and recommendations of the DHB , the Sheriff (or his designee) shall reach a decision which shall then be tendered in writing to the accused officer.

b. Civil Service Board or Arbitrator

Any member facing disciplinary action may elect to appeal the recommended administrative charges and disciplinary actions to the Civil Service Board or an arbitrator, via the grievance process, as dictated by the member's collective bargaining agreement. [CALEA 26.1.6]

6. The Disciplinary Action Guide

a. In an effort to standardize and to uniformly apply, to the extent possible, positive and punitive disciplinary actions, and to promote progressive actions, the Disciplinary Action Guide is offered as a guide for some of the more common violations of JSO's written directives.

b. The Disciplinary Action Guide is established for progressive discipline based on the seriousness of the violations and repeated infractions. More serious violations result in increased (progressive) discipline levels compared to less serious violations. Repeated infractions of the same violation (even if individually not serious) may also result in increased (progressive) discipline levels. In addition, employees who have repeated violations (not necessarily the same infraction) occurring during separate incidents, may also receive increased (progressive) discipline.

c. The Disciplinary Action Guide is not all-inclusive, nor is it binding. However, it does give recommendations for the severity of discipline for different conduct. The following are general instructions for using the Disciplinary Action Guide:


(1) Each offense listed shows at which step disciplinary action probably would begin for the first offense of a particular misconduct after counseling has been exhausted, if appropriate, and is also based on the severity and consequence of the offense;

(2) More serious or minor cases of misconduct can call for deviation from the recommended discipline;

(3) Any deviation from the recommended step shall be explained in the documentation of the action taken; and

(4) Repeated misconduct or multiple acts of misconduct shall constitute a need for action more serious than the suggested level.

Mike Williams
Sheriff

| References: |
|---|


**Appendix A**

| Disciplinary Action Guide | |
|---|---|
| **STEP 1** – Written Reprimand Level One<br>**STEP 2** – Written Reprimand Level Two<br>**STEP 3** – Suspension without Pay, Reduction of Pay, or Demotion<br>**STEP 4** – Dismissal | |
| **VIOLATION** | **RANGE OF DISCIPLINE** |
| Absence without permission or legitimate illness. | STEP 2-4 |
| Accepting employment or engaging in any business that interferes with the efficient performance of one's regular police employment. | STEP 2-3 |
| Accepting fine money or money for a license fee or tax, contrary to JSO policy. | STEP 3-4 |
| Accepting or soliciting a bribe. | STEP 4 |
| Aiding or abetting the escape of a prisoner. | STEP 4 |
| Appropriating any found property or evidence to one's own use. | STEP 4 |
| Becoming a bailer or recommending an attorney, contrary to JSO policy. | STEP 1-2 |
| Commission of conduct that supports criminal violations of federal, state, or local law. (Sustained based upon prima facie evidence, a plea of nolo contendre, a plea of guilty, or a judicial determination of guilt with or without adjudication). | STEP 3-4 |
| Communication of information, which may knowingly impede an investigation, delay an arrest, aid a person to escape, destroy evidence, or remove stolen goods. | STEP 3-4 |
| Departure from the truth. | STEP 4 |
| Discourteous, unprofessional telephone demeanor. | STEP 1 |
| Disrespectful, mutinous, insolent or abusive language toward a supervisor. | STEP 2-3 |
| Engaging in controversies or making arrests in one's own disputes, contrary to JSO policy. | STEP 1-2 |
| Exchange, alteration, or transfer of one's badge, not in accordance with JSO policy. | STEP 2 |
| Failure by a supervisor to ensure that subordinates make all required reports promptly, legibly, correctly, etc. | STEP 1 |
| Failure by an arresting officer to take a prisoner to Jail for booking as promptly as possible after making an arrest. | STEP 2 |
| Failure to advise arrestees of their constitutional rights (applicable to custodial interrogations only). | STEP 1-3 |
| Failure to appear and/or be adequately prepared at a court proceeding. | STEP 2 |


| **Disciplinary Action Guide** |
|---|
| **STEP 1** – Written Reprimand Level One<br>**STEP 2** – Written Reprimand Level Two<br>**STEP 3** – Suspension without Pay, Reduction of Pay, or Demotion<br>**STEP 4** – Dismissal |

| **VIOLATION** | **RANGE OF DISCIPLINE** |
|---|---|
| Failure to attend a scheduled wellness appointment or failure to cancel a scheduled wellness appointment within 24 hours of the appointment. | *SEE NOTE 1* |
| Failure to be wholly candid. | STEP 3 |
| Failure to carry an issued or approved weapon while on duty, in accordance with JSO policy. | STEP 1-2 |
| Failure to communicate information of concern to JSO. | STEP 1-2 |
| Failure to comply with personal appearance regulations. | STEP 1 |
| Failure to comply with JSO policy concerning presents, loans, gratuities, privileges, or rewards. | STEP 2-3 |
| Failure to comply with JSO policy on the use of alcohol/drugs. | STEP 3-4 |
| Failure to comply with JSO policy on the use of force. | STEP 3-4 |
| Failure to comply with JSO policy regarding involvement in civil cases. | STEP 1 |
| Failure to conform to uniform wearing regulations dealing with the completeness and serviceability of the uniform and uniform equipment. | STEP 1 |
| Failure to conform to work standards by demonstrating a lack of knowledge of the rules, regulations, procedures, directives, and/or the application of law required to be enforced. | STEP 2-4 |
| Failure to conform to work standards by demonstrating a record of repeated infractions of the rules, regulations, procedures, or directives. | STEP 3-4 |
| Failure to cooperate with and support other members of JSO in the line of duty. | STEP 1-4 |
| Failure to cooperate with any investigation, consistent with one's constitutional rights. | STEP 3-4 |
| Failure to JSO policy to furnish changes in residence address and/or telephone number, according. | STEP 1 |
| Failure to inform one's supervisor when taking medication or using therapeutic treatments that could impair one's performance. | STEP 1-4 |
| Failure to maintain JSO records according to JSO Policy and State Law. | STEP 2 |
| Failure to maintain the confidentiality of official information. | STEP 2-4 |
| Failure to obey the lawful order of a superior. | STEP 2-4 |


**Disciplinary Action Guide**

**STEP 1** – Written Reprimand Level One
**STEP 2** – Written Reprimand Level Two
**STEP 3** – Suspension without Pay, Reduction of Pay, or Demotion
**STEP 4** – Dismissal

| VIOLATION | RANGE OF DISCIPLINE |
|---|---|
| Failure to obtain permission from the Sheriff before publishing an article as an official representative of JSO or acting as a correspondent to any news media. | STEP 2 |
| Failure to obtain written permission from the Sheriff before giving testimonials or permitting one's photograph or name to be used for advertising purposes in which employment with JSO is reflected or inferred. | STEP 1-2 |
| Failure to respond to the needs of the public by rendering prompt and courteous service. | STEP 2-3 |
| Failure to set an example of good driving by conforming to all traffic laws. | STEP 1 |
| Failure to take appropriate action when required to do so by law or JSO policy. | STEP 1-4 |
| Failure to take prompt action on reports or complaints by a private person or at situations or incidents according to JSO policy. | STEP 1-3 |
| Failure to treat victims, witnesses, suspects, arrested persons, and other citizens with appropriate respect. | STEP 1-3 |
| Failure to wear the complete uniform, unless authorized otherwise. | STEP 1 |
| Falsification of official documents, records, reports, or communications. | STEP 1 - 4 |
| Feigning sickness or injury to escape duty. | STEP 2-3 |
| Handling COJ or JSO property roughly, negligently, or carelessly. | STEP 2-3 |
| Improper email, database, and internet use. | STEP 1-4 |
| Improperly intervening in the issuance, processing, or disposition of a traffic or misdemeanor citation. | STEP 2-3 |
| Incompetence coupled with repeated poor evaluations. | STEP 4 |
| Infliction of mental or physical abuse upon any prisoner in custody. | STEP 3-4 |
| Insubordination. | STEP 1-4 |
| Interference with an investigation. | STEP 2-4 |
| Interfering with the ability of supervisors to maintain discipline and order. | STEP 2-3 |
| Intimidating persons for personal reason under color of authority. | STEP 3-4 |
| Knowingly associating, socializing, or conducting business with any individual, group, organization, or gang known to law enforcement as engaging in (or encouraging/permitting its members to engage in) unsavory or criminal conduct. | STEP 3-4 |
| Obtaining an attorney or bondsman for a prisoner. | STEP 2-4 |


**Disciplinary Action Guide**

**STEP 1** – Written Reprimand Level One
**STEP 2** – Written Reprimand Level Two
**STEP 3** – Suspension without Pay, Reduction of Pay, or Demotion
**STEP 4** – Dismissal

| VIOLATION | RANGE OF DISCIPLINE |
|---|---|
| Public criticism of any official act, policy, program, or member of JSO. | STEP 2-4 |
| Removal of JSO records contrary to JSO procedure. | STEP 2-4 |
| Secondary Employment Violation - Failure to obtain authorization to work secondary employment. | STEP 3 |
| Secondary Employment Violation - Failure to pay administrative fees. | STEP 3-4 |
| Secondary Employment Violation - Failure to report secondary employment. | STEP 3-4 |
| Sleeping while on duty. | STEP 3 |
| Social media policy violation. | STEP 1-4 |
| Speaking disparagingly about any other member, or defaming or demeaning the nationality, creed, race, or sex of any person. | STEP 2-3 |
| Unbecoming conduct, including the performance of any acts or making of any verbal or written statements that may bring JSO into disrepute or ridicule. | STEP 1-4 |
| Unintentional discharge of firearm | STEP 1-4 |
| Unnecessary absence from the member's assigned tour of duty. | STEP 2-3 |
| Unnecessary drawing or display of one's weapon. (No injury) | STEP 1-3 |
| Unnecessary interference with another member's case, the operation of another Division or the courts, or with any lawful private enterprise. | STEP 2-4 |
| Unnecessary use of force against any person. | STEP 3-4 |
| Using a weapon without the approval of one's commanding officer and/or in a manner for which one has not been trained. (No injury) | STEP 2-3 |
| Using JSO property without authorization. | STEP 1-3 |
| Wearing the uniform, or any part of it, while under suspension. | STEP 3 |
| | |

*NOTE 1*

For a first offense (police), the member shall receive a formal counseling and the loss of take-home vehicle privileges for two weeks. During the two week period, officers shall not be allowed to borrow another officer's vehicle for working off-duty employment.

For a first offense (corrections), the member shall receive a formal counseling and shall not be able to work any overtime for two weeks.

Other administrative measures, such as requiring reimbursement for the cost of the missed wellness appointment and progressive discipline, may be implemented for the first and subsequent offenses.

**4. Declaration of Undersheriff Patrick L. Ivey**

Exhibit G:   JSO Order #571 (Internal Affairs)

| Jacksonville Sheriff's Office | | | | |
|---|---|---|---|---|
| **ORDER** | | | | |
| Order Number:<br>**571** | Title:<br>**Internal Affairs** | | Order Type:<br>**U** | Version:<br>**4** |
| Release Code:<br>**R** | Owner:<br>**Commanding Officer of Internal Affairs Unit** | | Effective Date:<br>**06/04/2019** | Page:<br>**1 of 15** |

## Table of Contents

I.   Functions of the Unit
II.  Hours of Operation and Callout / Notification Criteria
III. Policies & Procedures
   A.  Definitions
   B.  Receiving Complaints
   C.  Confidentiality
   D.  Conducting Field Administrative Investigations
   E.  Administrative Investigations Conducted by Internal Affairs
   F.  Post-Investigation Notifications
   G.  Time Limitations on Disciplinary Actions
   H.  Sustained Allegations and Case File Routing
   I.  Disciplinary Action Appeals and Grievances
   J.  Records - Security and Retention
   K.  Complaints of Bias Based Profiling

## I.   Functions of the Unit

The Internal Affairs Unit is required to:

1. Conduct thorough, confidential, accurate, and timely investigations;

2. Record, register, and control the investigation of complaints against members;

3. Supervise and control the investigation of alleged or suspected misconduct within the agency, and make fair and objective evaluations of these allegations;

4. Maintain and protect the confidentiality of Internal Affairs investigations and records; [CALEA 26.2.2]

5. Disseminate information to members of the Jacksonville Sheriff's Office (JSO) and private citizens concerning the methods and procedures for registering complaints against JSO or its members;

6. Maintain records of all complaints, dispositions of complaints, and disciplinary actions;

7. Coordinate and consult with the Office of General Counsel (OGC) on civil service and arbitration hearings, other appeal hearings, and for legal counsel;


8. Coordinate with the Integrity & Special Investigations Unit (ISIU), or other specialized units, on matters concerning possible criminal violations by members of JSO.

9. Compile annual statistical summaries, based on Internal Affairs investigations, which are made available to the public and agency employees.

## II. Hours of Operation and Callout / Notification Criteria

A. Office Hours: Monday – Friday, from 0800 to 1700 hours (excluding holidays).

B. Office Contact Number: (904) 630-2187.

C. After Hours Callout Criteria-Investigative Police Emergency Communications Officer (PECO) (904) 630-0513:

1. An allegation of serious misconduct has been made against an employee. This includes allegations of serious misconduct that is relayed by any employee of the JSO;

2. An employee is being tested for drugs and/or alcohol based upon reasonable suspicion;

3. Any situation where a supervisor feels immediate notification is necessary; or

4. The arrest of any agency employee regardless of the jurisdiction where the arrest occurs.

## III. Policies & Procedures

### A. Definitions [CALEA 26.3.8]

1. Dispositions – Conclusion of fact presented at the end of a case. A case disposition can be found to be one of the following:

   a. Exonerated – An incident involving the alleged misconduct occurred, but the employee's actions were lawful and proper;

   b. Not Sustained – There is insufficient evidence available to either prove or disprove the allegation of misconduct;

   c. Policy Revision – The action of the agency or the officer was consistent with agency policy, but the policy requires revision;

   d. Sustained – There is a preponderance of evidence to prove the employee committed the alleged misconduct; or

   e. Unfounded – An allegation of misconduct is false or not supported by the facts.

2. The definition of misconduct and the types of misconduct are delineated in Order 501 (Code of Conduct).

3. Statement of Summation –

> "Under penalties of perjury, I declare that I have read the foregoing and that the facts stated in it are true based upon my personal knowledge, information, and belief."

> and

> "I, the undersigned, do hereby swear, under penalty of perjury, that, to the best of my personal knowledge, information, and belief, I have not knowingly or willfully deprived, or allowed another to deprive, the subject of the investigation of any rights contained in 112.532 and 112.533, F.S.S."

B. **Receiving Complaints** [CALEA 26.2.4]

1. All complaints against the agency and its personnel shall be accepted from any source, whether made in person, by mail, electronic means, or by telephone. [CALEA 26.2.1]

2. In cases involving allegations of serious misconduct (the commission of a crime, driving under the influence [DUI], etc.), the Undersheriff will be notified by the Commanding Officer of Internal Affairs Unit of the allegation. The Undersheriff will notify the Sheriff, at the Undersheriff's discretion, of cases involving serious misconduct and/or those pertaining to public awareness and interest. [CALEA 26.3.2]

3. In cases involving allegations of serious misconduct and/or substance abuse, the Undersheriff or his designee may temporarily reassign or suspend a member in accordance with established policy, Civil Service and Personnel Rules and Regulations, and/or contractual agreements, pending the results of the investigation.

4. Anonymous complaints will be accepted and forwarded to the Supervisor of Internal Affairs to be evaluated before an assignment is made to investigate the allegation. [CALEA 26.2.1]

5. The Internal Affairs Unit will notify the complainant in writing when their complaint has been received, if an address has been provided.

6. All employees must accept, and properly handle, any complaint against JSO or one of its employees, regardless of the form in which it is made, according to the following guidelines:

   a. Complaints received in person:

      (1) If the complaint is made at the Police Memorial Building (PMB) during normal business hours, the complainant will be given the following options:

         (a) Complete and submit an Employee Complaint Form (P-0235) to the security desk at Forsyth Street or Bay Street;

(b) Complete and submit an Employee Complaint Form (P-0235) online via the official webpage of the JSO; or

(c) Meet with a detective from the Internal Affairs Unit.

(2) If the complaint is made at the PMB after normal business hours or in the field at any time, the complainant will be given the following options:

(a) Complete and submit an Employee Complaint Form (P-0235) to the security desk at Forsyth Street;

(b) Complete and submit an Employee Complaint Form (P-0235) online via the official webpage of the JSO; or

(c) Meet with the appropriate on-duty commanding officer, who will ensure the complaint is documented and routed to the Internal Affairs Unit.

b. Complaints received via telephone:

(1) When a complaint is being made over the telephone, the call taker will first obtain the caller's name and phone number (if the complainant is willing to provide that information) in case the caller is inadvertently disconnected prior to receiving the entire complaint.

(2) The call taker will provide the complainant with the following options:

(a) Complete and submit an Employee Complaint Form (P-0235) online via the official webpage of the JSO;

(b) Have an Employee Complaint Form (P-0235) mailed to him/her;

(c) Speak with an Internal Affairs detective during normal business hours; or

(d) Speak with the appropriate commanding officer.

c. Complaints received via mail:

Any complaint received by mail, electronic mail, or any other form of correspondence shall be forwarded to the Internal Affairs Unit.

7. Responsibilities of a commanding officer when receiving a complaint: [CALEA 26.2.1]

a. When speaking with a complainant in person or via telephone, ensure that an Employee Complaint Form (P-0235) is completed by either the complainant or the commanding officer and route the completed form to the Internal Affairs Unit in such a way as to maintain confidentiality.


    b. Determine which of the following categories the complaint falls into and handle accordingly: [CALEA 26.3.1]

       (1) Allegation of a Crime – Immediately notify the ISIU.

       (2) Allegation of Serious Misconduct (Non-criminal) – Immediately notify the Internal Affairs Unit.

       (3) Allegation of Minor Misconduct – Conduct the appropriate form of field investigation and submit the findings in writing to the Internal Affairs Unit. The written findings shall be in compliance with the requirements in this order.

8. The specific procedures and responsibilities of the Internal Affairs Unit and its employees, with regards to the receipt and processing of complaints, are contained in the respective unit procedure.

C. **Confidentiality**

1. It is the responsibility of any employee accepting a complaint against another employee of the JSO, oral or written, to maintain the confidentiality of that information. [CALEA 26.2.2]

2. It is the responsibility of the Internal Affairs Unit, and any commanding officers assigned to conduct field administrative investigations, to maintain the confidentiality of all records and information, oral and written, and to protect the confidentiality of all active investigations. [CALEA 26.2.2]

3. Information relating to an active investigation will not be released to anyone without approval of the Commanding Officer of Internal Affairs Unit or the Undersheriff. All records released from active investigative case files will be acknowledged by the recipient in writing on a document receipt.

4. Information regarding concluded investigations will be released only in compliance with Florida State Statue (F.S.S.) upon approval of the Commanding Officer of Internal Affairs Unit. [CFA 20.01]

    a. Records will be released in compliance with public records laws and collective bargaining agreements.

    b. Excluding records released through the public records process, all records released from concluded investigative case files will be acknowledged by the recipient in writing on a document receipt.

    c. Employees receiving ***unredacted*** records from the Internal Affairs Unit must be aware that they are responsible for the security and/or dissemination of information that is confidential and/or exempt according to State and/or Federal law. Employees may be held criminally, civilly, or administratively liable for the dissemination of confidential and/or exempt information.


5. Informational security is a vital component in ensuring that a complete, thorough, accurate, and impartial administrative investigation is conducted. It is the obligation of this agency to ensure that this is the goal for each and every investigation that is completed. This ideal is to be strived for in investigations assigned to field supervisors, as well as those assigned to members of the Internal Affairs Unit. [CFA 20.01]

    a. Employees who are principals (accused members) in any administrative investigation may not share, discuss, or disseminate any information ***related to the investigation*** (to include documents, recordings, or any other record from the case file) with any person or employee, except for their legal counsel or representative, until the investigation is concluded. Formal investigations are not concluded until the highest ranking staff member recommends a final action on the Disciplinary Actions Recommendation Form (P-0129). [CFA 20.01]

    b. All employees who are participants in an administrative investigation (witness and/or principal) are prohibited from making copies, taking photographs, or making any recordings by any means of investigative case file records while the investigation is active.

    c. Principal employees must recognize that statements made to another employee who is acting as the principal's representative, or to a JSO employee who represents a collective bargaining unit, may not be privileged communications.

D. **Conducting Field Administrative Investigations**

Commanding officers and appointed staff members are responsible for conducting field administrative investigations and shall follow specific guidelines in this order when conducting these investigations. Field administrative investigations may be initiated by a commanding officer or they may be initiated by the Internal Affairs Unit and forwarded to a commanding officer for investigation. [CALEA 4.2.3, 26.3.1]

    a. Supervisor Initiated Administrative Investigations: [CALEA 26.3.1]

        (1) Supervisors and commanding officers may initiate administrative investigations to address an employee's conduct, performance, or action(s) which would be considered minor misconduct. [CALEA 4.2.3]

        (2) Supervisors and commanding officers may conduct fact finding, pre-cursory inquiries to determine facts and circumstances surrounding alleged misconduct. *However, once the supervisor/commanding officer recognizes potential violation(s) of written directives, and identifies the accused member(s), the accused member(s) shall not be interviewed, or directed to complete a written statement (in any form), without providing the member(s) with all of the notifications, rights, and responsibilities contained within this order.* [CALEA 4.2.3, CFA 7.04]


(3) If the facts and circumstances of an employee's conduct, performance, or action(s) are known to the supervisor or commanding officer, (without the need for the employee to be interviewed to gather additional or clarifying information) and the supervisor or commanding officer determines that there is a sustained violation of an agency directive, he can initiate an Informal or Formal Counseling session or issue the employee a Written Reprimand Level One (P-1711). The original Written Reprimand shall be forwarded to the Internal Affairs Unit for record keeping. [CALEA 4.2.3]

(4) If the facts and circumstances of an employee's conduct, performance, or action(s) are known to the supervisor or commanding officer (without the need for the employee to be interviewed to gather additional or clarifying information) and a formal action more serious than a Written Reprimand Level One (P-1711) is warranted, the immediate supervisor shall discuss the facts of the incident/performance with his supervisor and/or a supervisor assigned to Internal Affairs to determine if the case should be forwarded to Internal Affairs or handled through the chain-of-command.

(5) Interviewing complainants and witnesses: Law Enforcement Officers and Correctional Officers, as defined in F.S.S. 112.531, have rights and privileges afforded to them under F.S.S. 112.532.  If the facts and circumstances of an employee's conduct, performance, or action(s), if proven true, could lead to discipline, the investigating supervisor must adhere to the following:

   (a) These employees have the right to review *"the complaint, all witness statements, including all other existing subject officer statements, and all other existing evidence"* prior to being interviewed as an accused employee.

   (b) If the statements of witnesses and/or other employees are not captured in writing, the supervisor/investigator must audio record the statements so that they can be reviewed by the accused employee(s).

(6) Prior to interviewing an accused employee (also known as a principal) in any case that could result in discipline or dismissal, the supervisor/commanding officer will ensure that:

   (a) The principal has been given the opportunity to obtain a representative of their own choice to be present prior to the commencement of the interview;

   (b) The principal has been given the opportunity to review the complaint, all statements regardless of form, and all existing evidence;

   (c) The interview of the principal is being audio recorded (at a minimum);

   (d) The principal has been placed under oath via a Sworn Statement Affidavit Form (P-1757);


(e) The principal has reviewed and signed the Administrative Proceeding Rights Form (P-1550); and [CFA 7.04]

(f) The principal has reviewed and signed the Law Enforcement Officer and Correctional Officer Bill of Rights (P-0539), if the principal is a law enforcement or correctional officer.

(7) At the conclusion of the investigation, provide one of the dispositions (conclusion of fact) for the case defined in this order. [CALEA 26.3.8]

(8) The field investigator will submit their written findings, all evidence and statements (recorded and written), and the entire case file to the Internal Affairs Unit. All written findings must contain the statement of summation as listed in this order per F.S.S. 112.533.

b. At any time during the administrative investigation, if evidence of:

(1) Serious misconduct is revealed, immediately contact the Internal Affairs Unit; or

(2) Criminal conduct is revealed, immediately contact ISIU.

c. Assigned Field Administrative Investigations [CALEA 26.3.1]

(1) The Internal Affairs Unit may assign allegations of minor misconduct to commanding officers for investigation.

(2) The commanding officer to whom a field administrative investigation has been assigned to is solely responsible for its completion and adherence to the criteria and deadlines established by this order. This includes securing the case file and all related materials properly to ensure confidentiality.

(3) All Field Administrative Investigations shall be completed within 60 calendar days from the date that the complaint is sent to the employee's commanding officer. The Commanding Officer of Internal Affairs Unit, or designee, may grant reasonable extensions to continue investigations where extenuating circumstances exist.  All requests for extensions must be made in writing.

(4) The assigned investigator shall:

(a) Contact the complainant, preferably in person, to obtain specific information regarding the nature of the complaint and to gather facts concerning the allegation.  The investigator will ask the complainant to complete, or cause to be completed, the Employee Complaint Form (P-0235) if one has not been previously completed.



(b) During the course of the investigation, the investigator will provide the complainant with periodic updates on the status of the investigation. The updates shall be recorded in the case file. [CALEA 26.3.4]

(c) Gather, review, and utilize all material that could be pertinent to the complaint including (but not limited to) reports, recordings, logs, correspondence between parties.

(d) When photographs of injuries or other evidence are needed, request a Crime Scene Detective to respond or take the photographs using a high-quality digital camera. Any physical evidence that is collected shall be treated with the same procedures as evidence collected in any other investigation.

(e) Statements from all witnesses, including other JSO members, and involved parties will be obtained. If the alleged misconduct could result in <u>any disciplinary action</u>, if proven to be true, all interviews will be audio recorded and all statements will be obtained under oath. This includes the statements of civilian witnesses and/or any agency employee who is a witness (A non-employee has the right to refuse to provide a recorded statement. In those cases, the investigator will take detailed notes, which will become part of the case file).

(f) For witness interviews, the following forms will be completed:

    (i) Non-employee witnesses: Sworn Statement Affidavit (P-1757);

    (ii) Agency employee witnesses: Sworn Statement Affidavit (P-1757), Administrative Proceedings Rights Form (P-1550), and the Member Witness Form (P-1676). [CFA 7.04]

(g) Prior to interviewing an accused employee (also known as a principal) in any case that could result in discipline or dismissal, the investigator will ensure the guidelines outlined in this Order are followed.

    (i) The employee has been given the opportunity to obtain a representative of their own choice to be present prior to the commencement of the interview;

    (ii) The employee has been given the opportunity to review the complaint, all statements regardless of form, and all existing evidence;

    (iii) The interview of the employee is being audio recorded (at a minimum);

    (iv) The employee has been placed under oath via a Sworn Statement Affidavit Form (P-1757);


(v) The employee has reviewed and signed the Administrative Proceeding Rights Form (P-1550); and [CFA 7.04]

(vi) The employee has reviewed and signed the Law Enforcement Officer and Correctional Officer Bill of Rights (P-0539), if the employee is a law enforcement or correctional officer.

(h) At the conclusion of the investigation, provide a disposition (conclusion of fact) for the case as outlined in this order.

(i) The field investigator will complete a detailed written summary to include at a minimum:

(i) Details of the information and/or evidence collected during the investigation;

(ii) A summary of pertinent information obtained during all interviews;

(iii) The investigator's disposition classification; and

(iv) For informal field investigations, the date that the investigator notified the complainant of the findings and disposition (conclusion of fact).

(j) The field investigator will submit their written findings, all evidence and statements (recorded and written), and the case file to the Internal Affairs Unit. All written findings must contain the Statement of Summation as outlined in this order.

d. Formal Field Investigations

If an administrative investigation has been classified as a formal field investigation, the following is required:

(a) The accused employee(s) will be notified in writing that they are the subject of an Internal Affairs investigation. The notification will also inform the employee of their rights and responsibilities relative to the investigation. The notification will be sent to the employee by the Internal Affairs Unit. [CALEA 26.3.5, CFA 7.04, FCAC 7.06]

(b) Supervisors identifying additional accused employees during the investigation must notify the Internal Affairs Unit so that written notification can be sent to those employees.

(c) Written notification to an accused employee must occur prior to conducting the interview.



(d) All interviews will be audio recorded. (A non-employee has the right to refuse to provide a recorded statement. In those cases, the investigator will take detailed notes, which will become part of the case file).

(e) Each person interviewed will be required to complete the appropriate forms prior to the interview.

  (i) Non-employees will complete a Sworn Statement Affidavit (P-1757) unless they decline to provide a sworn statement.

  (ii) Witness employees will complete a Member Witness Form (P-1676), an Administrative Proceeding Rights Form (P-1550), and a Sworn Statement Affidavit (P-1757).

  (iii) Principal employees will complete an Administrative Proceeding Rights Form, a Sworn Statement Affidavit (P-1757), and a Law Enforcement Officer and Correctional Officer Bill of Rights (P-0539), if applicable. [CALEA 26.3.5]

(f) During the course of the investigation, the investigator will provide the complainant with periodic updates on the status of the investigation. The updates shall be recorded in the case file.

(g) At the conclusion of the investigation, provide one of the dispositions (conclusion of fact) for the case defined in this order. [CALEA 26.3.8]

(h) A formal summation will be completed by the commanding officer. The template for the formal summation is available on the Internal Affairs Unit website. The summation must include the statements at the end of the summation (per F.S.S. 112.533) as outlined in this order. [CALEA 26.3.8]

(i) The completed case file, which is submitted to the lowest ranking appointed staff member in the principal employees' chain of command, must include:

  (i) The formal summation;

  (ii) All materials pertinent to the case;

  (iii) A Disciplinary Actions Recommendation Form (P-0129); and

  (iv) An Employee Administrative Investigation History for each principal employee (available from the Internal Affairs Unit).

(j) Each appointed staff member reviewing the completed case file will indicate their finding on the Disciplinary Actions Recommendation Form (P-0129). The final reviewer (a director or the Undersheriff) will return the case file to the Internal Affairs Unit at the conclusion of the review process.


E. **Administrative Investigations Conducted by Internal Affairs**

1. All complaints of serious misconduct shall be investigated to a conclusion of fact by the Internal Affairs Unit using sound investigative techniques and practices.

2. All formal investigations conducted by the Internal Affairs Unit shall be completed within 120 calendar days from the date the complaint is received by Internal Affairs. The Commanding Officer of Internal Affairs Unit may grant reasonable extensions to continue investigations where extenuating circumstances exist. All requests for extensions must be made in writing.

3. The accused employee(s) will be notified in writing that they are the subject of an Internal Affairs investigation. The notification will also inform the employee of their rights and responsibilities relative to the investigation.

4. At the conclusion of the investigation, provide one of the dispositions (conclusion of fact) for the case defined in this order. [CALEA 26.3.8]

5. The specific procedures and responsibilities of the Internal Affairs Unit and its employees with regards to conducting administrative investigations are contained in the respective unit procedure.

F. **Post-Investigation Notifications**

The following notifications are required after an administrative investigation has concluded:

a. The complainant will be notified of the findings and disposition of the case. [FCAC 7.09]

(1) In informal field investigations, the complainant will be notified by the commanding officer assigned the investigation. [CALEA 26.3.8]

(2) In formal field investigations and investigations conducted by the Internal Affairs Unit, the complainant will receive written notification by the Internal Affairs Unit. [CALEA 26.3.8, CFA 20.04]

b. The principal employee will be notified of the disposition of the case and the recommended action, if applicable. [FCAC 7.09]

(1) In informal field investigations, the employee will be notified by the commanding officer assigned the investigation; [CALEA 26.3.8]

(2) In formal field investigations and investigations conducted by the Internal Affairs Unit, the employee will receive written notification by the Internal Affairs Unit. [CALEA 26.3.8, CFA 20.04]

c. The City of Jacksonville's (COJ) Americans with Disabilities (ADA) Coordinator will be notified of the disposition of the case if:


      (1)  The complaint was received by the COJ Office of Disabled Services; or

      (2)  The complaint is related to the ADA.

**G. Time Limitations on Disciplinary Actions**

1.   In accordance with F.S.S. no disciplinary action, demotion, or dismissal shall be undertaken by JSO against a *law enforcement officer or correctional officer* for any act, omission, or other allegation of misconduct if the investigation of such allegation is not completed within 180 days after the date the agency receives notice of the allegation by a person authorized by the agency (commanding officer or above) to initiate an investigation of the misconduct.

     a.  Under certain circumstances, the running of the 180-day time limitation may be tolled. These circumstances can be found in F.S.S. 112.532 (6)(a).

     b.  Closed investigations may also be reopened for up to 90 days under certain circumstances per F.S.S. 112.532 (6)(b) and disciplinary action can be imposed as long as the statutory criteria is met.

2.   In the event that the agency determines that disciplinary action is appropriate, it shall complete its investigation and give notice in writing to the *law enforcement officer or correctional officer* of its intent to proceed with disciplinary action, along with a proposal of the action sought. Such notice to the officer shall be provided within 180 days after the date the agency officially received notice of the alleged misconduct by an authorized person.

3.   Time limitations for disciplinary actions for all agency employees shall also be governed by statutory legal mandates, the Civil Service and Personnel Rules and Regulations of the COJ, and any applicable collective bargaining agreement.

**H. Sustained Allegations and Case File Routing**

1.   If a sustained allegation of misconduct warrants a formal counseling session, supervisors will document the formal counseling on an Employee Improvement Form (P-0646). The employee must sign the Employee Improvement Form (P-0646). The Employee Improvement Form (P-0646) will be filed in the employee's division file. The supervisor will notify the Internal Affairs Unit of the date the Employee Improvement Form (P-0646) was issued for recording purposes.  The Employee Improvement Form (P-0646) should not be sent to the Internal Affairs Unit.

2.   If a sustained allegation of misconduct warrants a Written Reprimand Level One (P-1711), supervisors will document the action on a Written Reprimand Level One Form (P-1711). Employees must sign the document. The supervisor will then send the original form to the Internal Affairs Unit to be recorded and filed.

3.   If a sustained allegation of misconduct warrants a Written Reprimand Level Two or more severe disciplinary action, the commanding officer will submit the completed case file to the



lowest ranking appointed staff member in the principal employees' chain of command along with:

    a. All of the elements required in a formal field investigation in this order; and

    b. Optionally, a separate Intradepartmental Correspondence Form (P-0004) with the field investigator's specific recommendation of discipline.

I. **Disciplinary Action Appeals and Grievances**

    1. Specific directives regarding the grievance process can be found in Order 520 (Grievance Process).

    2. Specific directives regarding appeal procedures in disciplinary actions through the Civil Service Board or by an arbitrator can be found in Order 501 (Code of Conduct), the Civil Service Personnel Rules and Regulations, or in the applicable collective bargaining agreement.

J. **Records - Security and Retention** [CALEA 26.2.2]

    1. No copies of any records, documents, or recordings will be made, or distributed, without the approval of the Undersheriff or the Commanding Officer of Internal Affairs Unit.

    2. Access to the work space (interior office) of the Internal Affairs Unit is controlled by electronic key card access. Access is restricted to personnel assigned to the Internal Affairs Unit, the Assistant Chief of Public Accountability, the Chief of Professional Standards, the Director of Personnel and Professional Standards, the Undersheriff, the Sheriff, and other employees designated by the Commanding Officer of Internal Affairs Unit.

    3. All Internal Affairs investigative and disciplinary action records will be stored in the Internal Affairs vault, which is located within a secured area of the Internal Affairs Unit. [CALEA 26.1.8, 26.2.2, FCAC 7.03]

    4. Internal Affairs records will be maintained according to the applicable General Records Schedules (GS2) issued by the Florida Department of State, under the authority of F.S.S, and the appropriate contractual agreements. [CALEA 26.1.8, FCAC 7.03]

    5. Upon the conclusion of administrative investigations, records will be available for release, upon request through appropriate channels, in compliance with applicable public records laws. Outside of the public records process, all records released from concluded investigative case files will be acknowledged by the recipient in writing on a document receipt.

K. **Complaints of Bias Based Profiling**


1. Any person may file a complaint with JSO if they feel they have been stopped or searched on bias based profiling, and no person shall be discouraged, intimidated, or coerced from filing such a complaint, or discriminated against because they have filed such a complaint.

2. Any officer contacted by a person who wishes to file such a complaint, shall contact a supervisor who will provide the citizen with a copy of an Employee Complaint Form (P-0235) which may be mailed or delivered in person to the Internal Affairs Unit. Supervisors shall record the person's name, address, and telephone number, and report the contact to their watch commander or higher authority prior to the end of the shift.

3. A watch commander or higher authority receiving such a report shall forward it to the Internal Affairs Unit. The complaint will be acknowledged to the complainant in writing by the Internal Affairs Unit, and the complainant shall be informed of the results of the JSO investigation upon its completion.

4. Watch commanders and supervisors shall, at random, back up officers on vehicle stops, and shall take appropriate action whenever it appears that this policy is being violated, being particularly alert to any pattern or practice of possible discriminatory treatment by individual officers or squads.

5. On an annual basis, the Internal Affairs Unit shall provide a statistical summary of all profiling complaints for the year to the Professional Oversight Unit for inclusion in their annual administrative review as required by accreditation standards. The statistical summary shall include the findings of the complaint investigations (sustained, not sustained, exonerated, or unfounded), any corrective measures taken on sustained allegations of bias based profiling, the type of interaction that precipitated the citizen contact and allegation, and any patterns or trends identified by the Internal Affairs Unit regarding the complaints. [CALEA 1.2.9, CFA 2.06]

Mike Williams
Sheriff

References:

# 4.  Declaration of Undersheriff Patrick L. Ivey

Exhibit H:    Unnecessary/Excessive Force Complaints
2015-2019 (disposition summary)

| IA No | Received date | Allegation | Finding | Finding date | Action taken | Action taken | JSO ID | Last name | First name | Title | Department | Division | Section | mployee statu | Investigator | Outside officer investigator |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

EXCESSIVE / UNNECESSARY / IMPROPER FORCE ALLEGATION 01-01-2015 TO 12-31-2019

| IA No | Received date | Allegation | Finding | Finding date | Action taken | Action taken | JSO ID | Last name | First name | Title | Department | Division | Section | mployee statu | Investigator | Outside officer investigator |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 15-00033 | 24-Oct-14 | Unnecessary Force | Exonerated | 26-Mar-15 | | | 68479 | Swain | Karen | Corrections Officer | Corrections | Prisons | Mcc | Active | Un-assigned | Corrections Lieutenant Toni L Owens [006685] |
| 15-00040 | 12-Feb-15 | Unnecessary Force | Unfounded | 18-Mar-15 | | | 7623 | Van Delinder | Joel | Police Officer | Investigations/homeland Security | Homeland Security | Gang Investigations | Active | Un-assigned | Corrections Lieutenant Toni L Owens [006685] |
| 15-00040 | 12-Feb-15 | Unnecessary Force | Unfounded | 18-Mar-15 | | | 19207 | Crawford | Marc | Police Officer | Investigations/homeland Security | Homeland Security | Gang Investigations | Active | Un-assigned | Corrections Lieutenant Adrian L O'neal [005873] |
| 15-00041 | 28-Jan-15 | Unnecessary Force | Exonerated | 12-Feb-15 | | | 73730 | Tamargo | Jorge | Police Officer | | | | Inactive | Un-assigned | Corrections Lieutenant Adrian L O'neal [005873] |
| 15-00045 | 22-Jan-15 | Commission of Conduct Supporting Criminal Acts | Not Sustained | 24-Jun-15 | | | 67317 | Lee | Tyrone | Corrections Officer | Corrections | Jails | Ptdf | Active | Un-assigned | Corrections Lieutenant Adrian L O'neal [005873] |
| 15-00053 | 2-Feb-15 | Unnecessary Force | Exonerated | 4-Jun-15 | | | 72369 | Berk | Cody | Corrections Officer | Corrections | Court Security | Court Security | Active | Un-assigned | Corrections Lieutenant Adrian L O'neal [005873] |
| 15-00056 | 2-Feb-15 | Unnecessary Force | Not Sustained | 6-Mar-15 | | | 74170 | Bahnsen | Andrew | Corrections Officer | | | | Inactive | Un-assigned | |
| 15-00058 | 5-Feb-15 | Unnecessary Force | Exonerated | 23-Jun-15 | 2-Aug-15 | | 5620 | Russell | Matthew | Police Sergeant | Patrol/enforcement | Patrol West | Zone 4 | Active | Un-assigned | Corrections Lieutenant Calvin L Smith [061267] |
| 15-00058 | 5-Feb-15 | Unnecessary Force | Exonerated | 23-Jun-15 | 2-Aug-15 | | 65054 | Holton | Randy | Police Officer | Patrol/enforcement | Patrol West | Zone 4 | Active | Un-assigned | |
| 15-00066 | 9-Feb-15 | Unnecessary Force | Unfounded | 17-Jun-15 | | | 72354 | Matthews | John | Corrections Officer | | | | Active | Un-assigned | Police Lieutenant Jesse E York [006736] |
| 15-00066 | 9-Feb-15 | Unnecessary Force | Sustained | 17-Jun-15 | Written Reprimand | 28-Jun-15 | 72629 | Mullis | Michael | Corrections Officer | | | | Active | Detective David Melear | |
| 15-00066 | 9-Feb-15 | Unnecessary Force | Sustained | 17-Jun-15 | Remedial Training | 20-Aug-15 | 72629 | Mullis | Michael | Corrections Officer | | | | Active | | Corrections Lieutenant Herbert W Appleby [007789] |
| 15-00067 | 27-Jan-15 | Unnecessary Force | Not Sustained | 2-Apr-15 | | | | | | | | | | | Un-assigned | Assistant Chief Joel T Carter [007105] |
| 15-00072 | 8-Feb-15 | Unnecessary Force | Exonerated | 16-Apr-15 | | | 71201 | Kahre | Michael | Police Officer | Patrol/enforcement | Patrol West | Zone 4 | Active | Detective William Watkins | |
| 15-00097 | 4-Feb-15 | Unnecessary Force | Exonerated | 22-May-15 | | | 70364 | Bialkoski | William | Corrections Officer | Corrections | Jails | Ptdf | Active | Detective William Watkins | |
| 15-00098 | 17-Feb-15 | Unnecessary Force | Unfounded | 30-Mar-15 | | | 73548 | Griffis | Garrett | Corrections Officer | | | | Inactive | Un-assigned | Police Lieutenant Terrence C James [005895] |
| 15-00125 | 6-Mar-15 | Unnecessary Force | Not Sustained | 11-Apr-15 | | | 66201 | Taylor | Trevor | Corrections Officer | Corrections | Jails | Ptdf | Active | Corrections Sergeant Gabriel Bourgon | |
| 15-00133 | 19-Feb-15 | Unnecessary Force | Unfounded | 23-Apr-15 | | | 66124 | Carson | Willie | Corrections Officer | | | | Inactive | Corrections Sergeant Gabriel Bourgon | |
| 15-00134 | 18-Nov-14 | Unnecessary Force | Exonerated | 12-Mar-15 | | | 5903 | Gilbreath | Kerry | Corrections Officer | Corrections | Jails | Ptdf | Active | Corrections Sergeant Gabriel Bourgon | |
| 15-00138 | 16-Feb-15 | Commission of Conduct Supporting Criminal Acts | Not Sustained | 30-Nov-15 | 5-Dec-15 | | 74170 | Bahnsen | Andrew | Corrections Officer | | | | Inactive | Un-assigned | Assistant Chief Nick Burgos [007483] |
| 15-00138 | 16-Feb-15 | Commission of Conduct Supporting Criminal Acts | Not Sustained | 30-Nov-15 | 5-Dec-15 | | 74170 | Bahnsen | Andrew | Corrections Officer | | | | Inactive | Un-assigned | Assistant Chief Nick Burgos [007483] |
| 15-00147 | 5-Mar-15 | Unnecessary Force | Not Sustained | 18-Apr-15 | | | | | | | | | | | Un-assigned | 0 |
| 15-00151 | 20-Feb-15 | Unnecessary Force | Unfounded | 26-Mar-15 | | | | | | | | | | | Un-assigned | 0 |
| 15-00154 | 3-Mar-15 | Unnecessary Force (CEW) | Unfounded | 29-Jun-15 | | | 68989 | Sullivan | Jason | Police Officer | Patrol/enforcement | Patrol East | Zone 2 | Active | Un-assigned | Corrections Lieutenant John M Verwey [007895] |
| 15-00154 | 3-Mar-15 | Unnecessary Force (CEW) | Unfounded | 29-Jun-15 | | | 67135 | Keiter | Bryan | Police Officer | Patrol/enforcement | Patrol East | Zone 2 | Active | Un-assigned | Corrections Lieutenant Toni L Rodriguez [007380] |

| Case | Date | Type | Disposition | Disp. Date | Date 2 | Badge | Last Name | First Name | Rank | Division | Unit | Facility | Zone/Loc | Status | Assigned | Supervisor |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 15-00162 | 9-Mar-15 | Unnecessary Force | Information-Letter Sent | 8-Apr-15 | | | | | | | | | | | Un-assigned | Court Bailiff Supervisor Steven R Weintraub [006977] |
| 15-00166 | 10-Mar-15 | Unnecessary Force | Not Sustained | 17-Jun-15 | | | | | | | | | | | Un-assigned | Police Lieutenant Jennifer G Short [006280] |
| 15-00174 | 17-Mar-15 | Unnecessary Force | Exonerated | 26-Aug-15 | | 67418 | Lester | Harold | Police Officer | Patrol/enforcement | Patrol West | | Zone 5 | Active | Un-assigned | Police Lieutenant Jennifer G Short [006280] |
| 15-00174 | 17-Mar-15 | Unnecessary Force | Exonerated | 14-Aug-15 | | 74019 | Cochran | Johnathan | Police Officer | Patrol/enforcement | Patrol West | | Zone 5 | Active | Un-assigned | Police Lieutenant Michael D Eason [007305] |
| 15-00174 | 17-Mar-15 | Unnecessary Force | Exonerated | 26-Aug-15 | | 7107 | Parker | Alan | Police Sergeant | Patrol/enforcement | Patrol West | | Zone 5 | Active | Un-assigned | Corrections Lieutenant Calvin L Smith [061267] |
| 15-00174 | 17-Mar-15 | Unnecessary Force | Exonerated | 26-Aug-15 | | 63940 | Muchowicz | Mark | Police Officer | Patrol/enforcement | Patrol West | | Zone 5 | Active | Un-assigned | Corrections Lieutenant Marlania M Mitchell [007537] |
| 15-00180 | 18-Mar-15 | Unnecessary Force | Unfounded | 23-Apr-15 | | | | | | | | | | | Un-assigned | |
| 15-00184 | 6-Mar-15 | Unnecessary Force | Not Sustained | 2-May-15 | | 67917 | Sellers | Deuntaye | Corrections Officer | | | | | Active | Un-assigned | Corrections Lieutenant John M Verwey [007895] |
| 15-00198 | 20-Mar-15 | Unnecessary Force | Unfounded | 23-Mar-16 | | 69040 | Morris | Bryan | Corrections Officer | | | | | Active | Detective Chris Upton | |
| 15-00198 | 20-Mar-15 | Unnecessary Force | Unfounded | 23-Mar-16 | | 68818 | Bryant | Steven | Corrections Officer | Corrections | Prisons | Mcc | | Active | Detective Chris Upton | |
| 15-00198 | 20-Mar-15 | Unnecessary Force | Unfounded | 23-Mar-16 | | 7212 | Richer | Lawrence | Corrections Sergeant | | | | | Inactive | Detective Chris Upton | |
| 15-00198 | 20-Mar-15 | Unnecessary Force | Unfounded | 23-Mar-16 | | 74929 | Fedderly | Garrett | Corrections Officer | | | | | Active | Detective Chris Upton | |
| 15-00201 | 23-Mar-15 | Unnecessary Force | Unfounded | 22-Jun-15 | | 5903 | Gilbreath | Kerry | Corrections Officer | Corrections | Jails | Ptdf | | Active | Un-assigned | |
| 15-00227 | 3-Apr-15 | Unnecessary Force | Exonerated | 14-Sep-15 | | 7815 | Mattson | Gregg | Police Sergeant | Patrol/enforcement | Patrol West | | Zone 5 | Active | Un-assigned | Assistant Chief Warren D Calloway [006300] |
| 15-00241 | 22-Mar-15 | Unnecessary Force | Unfounded | 14-Jun-15 | | 5234 | Brown | Troy | Corrections Officer | | | | | Active | Un-assigned | Assistant Chief Warren D Calloway [006300] |
| 15-00246 | 16-Apr-15 | Unnecessary Force | Not Sustained | 9-Sep-15 | 9-Sep-15 | 69030 | Matthews | Anthony | Corrections Officer | Corrections | Jails | Ptdf | | Active | Un-assigned | Assistant Chief Warren D Calloway [006300] |
| 15-00246 | 16-Apr-15 | Unnecessary Force | Not Sustained | 9-Sep-15 | 9-Sep-15 | 69030 | Matthews | Anthony | Corrections Officer | Corrections | Jails | Ptdf | | Active | Un-assigned | Assistant Chief Warren D Calloway [006300] |
| 15-00249 | 16-Jan-15 | Unnecessary Force | Exonerated | 12-Apr-15 | | 69030 | Matthews | Anthony | Corrections Officer | Corrections | Jails | Ptdf | | Active | Un-assigned | Corrections Lieutenant Toni L Rodriguez [007380] |
| 15-00256 | 8-Apr-15 | Unnecessary Force | Not Sustained | 20-May-15 | | 73854 | Davis | Richard | Temp - Sworn Bailiff | | | | | Inactive | Un-assigned | Corrections Lieutenant Toni L Owens [006685] |
| 15-00264 | 9-Apr-15 | Unnecessary Force | Unfounded | 14-Aug-15 | | 7088 | Zona | Matthew | Police Officer | Patrol/enforcement | Community Affairs | Canine | | Active | Un-assigned | Police Lieutenant John E Gay [007609] |
| 15-00264 | 9-Apr-15 | Unnecessary Force | Unfounded | 14-Aug-15 | | 7595 | Rossomano | Philip | Police Officer | Patrol/enforcement | Community Affairs | Canine | | Active | Un-assigned | |
| 15-00283 | 15-May-15 | Unnecessary Force | Not Sustained | 19-Aug-15 | | 6506 | Clifton | Brian | Corrections Officer | Corrections | Prisons | Mcc | | Active | Un-assigned | Temp - Sworn Bailiff Lt Mark E Bowen [005520] |
| 15-00292 | 3-Apr-15 | Unnecessary Force | Information | 26-May-15 | | | | | | | | | | | Un-assigned | Police Lieutenant Christian M Smith [006424] |
| 15-00297 | 14-May-15 | Unnecessary Force | Exonerated | 4-Aug-15 | | 73533 | Ortagus | Blake | Corrections Officer | | | | | Active | Un-assigned | Police Lieutenant Christian M Smith [006424] |
| 15-00306 | 11-May-15 | Unnecessary Force | Exonerated | 12-Jun-15 | | 64284 | Herrera | Matthew | Police Officer | Patrol/enforcement | Patrol West | | Zone 4 | Active | Corrections Sergeant Gabriel Bourgon | |
| 15-00318 | 11-May-15 | Unnecessary Force | Exonerated | 10-Jul-15 | | 73338 | Adams | Jacob | Corrections Officer | | | | | Active | Corrections Sergeant Gabriel Bourgon | |
| 15-00375 | 10-Jun-15 | Unnecessary Force | Exonerated | 20-Aug-15 | 20-Aug-15 | 73275 | Stevens | Matthew | Police Officer | Patrol/enforcement | Patrol West | | Zone 4 | Active | Un-assigned | |
| 15-00377 | 3-Jun-15 | Unnecessary Force | Exonerated | 5-Aug-15 | | 74164 | Calhoun | Frank | Corrections Officer | | | | | Inactive | Un-assigned | Corrections Lieutenant Toni L Owens [006685] |
| 15-00386 | 26-May-15 | Unnecessary Force | Exonerated | 1-Sep-15 | | 73338 | Adams | Jacob | Corrections Officer | | | | | Active | Un-assigned | Corrections Lieutenant John M Verwey [007895] |
| 15-00388 | 2-Jun-15 | Unnecessary Force | Exonerated | 7-Jul-15 | | 73284 | Williams | Matthew | Police Officer | Patrol/enforcement | Patrol East | | Zone 2 | Active | Un-assigned | Corrections Lieutenant Katina L Bryant [006014] |
| 15-00402 | 31-May-15 | Unnecessary Force (ECW) | Unfounded | 8-Jul-15 | | | | | | | | | | | Un-assigned | Corrections Lieutenant John M Verwey [007895] |
| 15-00427 | 19-Jun-15 | Unnecessary Force | Unfounded | 27-Aug-15 | | 73283 | Dowling | Jordan | Police Officer | Patrol/enforcement | Patrol East | | Zone 1 | Active | Un-assigned | Police Lieutenant Larry D Kitchen [006527] |
| 15-00427 | 19-Jun-15 | Unnecessary Force | Unfounded | 27-Aug-15 | | 73397 | Bryant | Rodney | Police Officer | Patrol/enforcement | Patrol East | | Zone 1 | Active | Un-assigned | Police Lieutenant Keith A Clement [005494] |
| 15-00431 | 29-Jun-15 | Unnecessary Force | Exonerated | 1-Aug-15 | | 64272 | Bridgeman | Justin | Corrections Officer | Corrections | Jails | Ptdf | | Active | Un-assigned | Corrections Lieutenant John M Verwey [007895] |
| 15-00431 | 29-Jun-15 | Unnecessary Force | Exonerated | 1-Aug-15 | | 70364 | Bialkoski | William | Corrections Officer | Corrections | Jails | Ptdf | | Active | Un-assigned | Police Lieutenant Michael D Eason [007305] |
| 15-00431 | 29-Jun-15 | Unnecessary Force | Exonerated | 1-Aug-15 | | 68901 | Mccrackin | Travis | Corrections Officer | | | | | Active | Un-assigned | |
| 15-00431 | 29-Jun-15 | Unnecessary Force | Exonerated | 1-Aug-15 | | 67593 | Baker | Tyler | Corrections Officer | Corrections | Jails | Ptdf | | Active | Un-assigned | Corrections Lieutenant Daniel B Kenney [027277] |
| 15-00431 | 29-Jun-15 | Unnecessary Force | Exonerated | 1-Aug-15 | | 75190 | Martell | Christopher | Corrections Officer | | | | | Active | Un-assigned | Corrections Lieutenant Daniel B Kenney [027277] |
| 15-00443 | 12-Jun-15 | Unnecessary Force | Unfounded | 20-Oct-15 | | | | | | | | | | | Un-assigned | |
| 15-00455 | 9-Jul-15 | Unnecessary Force | Exonerated | 20-Oct-15 | 20-Oct-15 | 7697 | Mcnew | Brad | Corrections Officer | | | | | Active | Un-assigned | Corrections Lieutenant John M Verwey [007895] |
| 15-00465 | 13-Jul-15 | Unnecessary Force | Exonerated | 20-Oct-15 | | 62762 | Kornegay | Christian | Police Officer | | | | | Inactive | Un-assigned | Corrections Lieutenant John M Verwey [007895] |
| 15-00499 | 22-Jun-15 | Unnecessary Force | Unfounded | 2-Jul-15 | | 6433 | Fudge | Temeka | Corrections Officer | Corrections | Prisons | Ctc | | Active | Un-assigned | Corrections Lieutenant John M Verwey [007895] |
| 15-00513 | 3-Aug-15 | Unnecessary Force | Exonerated | 6-Nov-15 | | 73275 | Stevens | Matthew | Police Officer | Patrol/enforcement | Patrol West | | Zone 4 | Active | Un-assigned | Corrections Lieutenant John M Verwey [007895] |
| 15-00513 | 3-Aug-15 | Unnecessary Force | Exonerated | 6-Nov-15 | | 68517 | Kahre | James | Police Officer | Patrol/enforcement | Patrol West | | Zone 4 | Active | Un-assigned | Corrections Lieutenant John M Verwey [007895] |
| 15-00518 | 5-Aug-15 | Unnecessary Force | Exonerated | 17-Oct-15 | | 5850 | Hodge | James | Police Officer | Patrol/enforcement | Patrol East | | Zone 3 | Active | Un-assigned | Corrections Lieutenant Timothy S Morris [007046] |
| 15-00518 | 5-Aug-15 | Unnecessary Force | Exonerated | 17-Oct-15 | | 7329 | Faust | Lyndon | Police Officer | Patrol/enforcement | Patrol East | | Zone 3 | Active | Un-assigned | Police Lieutenant Derek M Boucher [007073] |

| Case | Date | Allegation | Disposition | Date | Action | Date | ID | Last Name | First Name | Title | Assignment | Division | Zone | Status | Assigned | Supervisor |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 15-00525 | 17-Aug-15 | Unnecessary Force | Exonerated | 2-Nov-15 | | | | | | | | | | | | Un-assigned | |
| 15-00566 | 20-Aug-15 | Unnecessary Force (CEW) | Sustained | 25-Jan-16 | Termination | 28-Jan-16 | 75189 | Yancy | Faye | Corrections Officer | | | | Inactive | Un-assigned | Police Lieutenant Michael D Eason [007305] |
| 15-00571 | 9-Sep-15 | Unnecessary Force | Not Sustained | 16-Oct-15 | | | 5914 | Armstrong | Samuel | Police Officer | Patrol/enforcement | Patrol East | Zone 1 | Active | Un-assigned | Police Lieutenant Michael D Eason [007305] |
| 15-00575 | 8-Sep-15 | Unnecessary Force | Exonerated | 24-Sep-15 | | | 6605 | Cusatti | Carlos | Police Officer | Patrol/enforcement | Patrol East | Zone 1 | Active | Un-assigned | Police Lieutenant Daniel T Adams [005255] |
| 15-00606 | 18-Sep-15 | Unnecessary Force | Exonerated | 3-Nov-15 | | | | | | | | | | | Un-assigned | Police Lieutenant Daniel T Adams [005255] |
| 15-00614 | 12-Sep-15 | Unnecessary Force | Exonerated | 1-Dec-15 | | | 73876 | Peterson | Jordan | Corrections Officer | | | | Inactive | Un-assigned | Police Lieutenant Richard H Elkins [005858] |
| 15-00617 | 13-Sep-15 | Unnecessary Force | Exonerated | 14-Dec-15 | | | 6019 | Cusatti | Rita | Police Officer | Patrol/enforcement | Community Affairs | Civil Process | Active | Un-assigned | Chief Support Services Jso Donald F Tuten [007216] |
| 15-00617 | 13-Sep-15 | Unnecessary Force | Not Sustained | 14-Dec-15 | | | 6249 | Parrales | Cesar | Police Officer | Patrol/enforcement | Patrol East | Zone 1 | Active | Craig Griffin | |
| 15-00618 | 25-Sep-15 | Unnecessary Force | Exonerated | 20-Oct-15 | | | 5463 | Browning | Kenneth | Police Officer | Patrol/enforcement | Patrol West | Zone 4 | Active | Un-assigned | Police Lieutenant Trudy L Callahan [007257] |
| 15-00640 | 13-Aug-15 | Unnecessary Force | Exonerated | 4-Jan-16 | | | 5783 | Matthews | Emmett | Police Officer | Patrol/enforcement | Patrol West | Zone 4 | Active | Un-assigned | Police Lieutenant Brett L Sharp [005010] |
| 15-00648 | 7-Oct-15 | Unnecessary Force | Unfounded | 4-Nov-15 | | | 6318 | Brown | Ricky | Police Sergeant | Patrol/enforcement | Community Affairs | Pal | Active | Un-assigned | Corrections Lieutenant Earl A Prescott [007660] |
| 15-00648 | 7-Oct-15 | Unnecessary Force | Exonerated | 4-Nov-15 | | | 5594 | Chase | Michael | Police Officer | Patrol/enforcement | Patrol East | Zone 3 | Active | Un-assigned | Police Lieutenant James D Ricks [007475] |
| 15-00671 | 12-Oct-15 | Unnecessary Force | Not Sustained | 3-Feb-16 | | | 74909 | Taylor | Kandyce | Corrections Officer | Corrections | Court Security | Court Security | Active | Un-assigned | Police Lieutenant James D Ricks [007475] |
| 15-00691 | 11-Oct-15 | Unnecessary Force | Exonerated | 17-Dec-15 | | 17-Dec-15 | 63504 | Johnson | Zachary | Police Officer | Investigations/homeland Se | Homeland Security | Narcotics | Active | Un-assigned | Police Lieutenant Keith A Clement [005494] |
| 15-00703 | 6-Nov-15 | Unnecessary Force | Unfounded | 16-Dec-15 | | | | | | | | | | | Un-assigned | Police Lieutenant James T Penn [005765] |
| 15-00713 | 17-Nov-15 | Unnecessary Force | Exonerated | 27-Dec-15 | | | 72560 | Key | Brittany | Police Officer | Patrol/enforcement | Patrol East | Zone 3 | Active | Un-assigned | Assistant Chief Andre E Ayoub [006214] |
| 15-00713 | 17-Nov-15 | Unnecessary Force | Exonerated | 27-Dec-15 | | | 60844 | Matthews | Franklin | Police Officer | Patrol/enforcement | Patrol East | Zone 3 | Active | Un-assigned | Assistant Chief Andre E Ayoub [006214] |
| 15-00716 | 16-Nov-15 | Unnecessary Force | Exonerated | 26-Jan-16 | | | 64391 | Spaulding | Mark | Police Officer | Patrol/enforcement | Patrol West | Zone 6 | Active | Un-assigned | Police Lieutenant Paul A Restivo [005460] |
| 15-00732 | 3-Dec-15 | Unnecessary Force | Not Sustained | 1-Feb-16 | | | 69027 | Cross | Justin | Corrections Officer | Corrections | Court Security | Court Security | Active | Un-assigned | Corrections Lieutenant Timothy S Morris [007046] |
| 15-00732 | 3-Dec-15 | Unnecessary Force | Not Sustained | 1-Feb-16 | | | 67335 | Hampton | Latroy | Corrections Officer | | | | Active | Un-assigned | Corrections Lieutenant Toni L Rodriguez [007380] |
| 15-00739 | 25-Nov-15 | Unnecessary Force | Unfounded | 30-Jan-16 | | | 67251 | Spivey | Steven | Corrections Officer | Corrections | Prisons | Mcc | Active | Un-assigned | Police Lieutenant Keith A Clement [005494] |
| 15-00746 | 16-Nov-15 | Unnecessary Force | Unfounded | 18-Feb-16 | | | 6125 | Cater | William | Police Officer | Patrol/enforcement | Patrol East | Zone 2 | Active | Un-assigned | Police Lieutenant Lilly M Hotard [007444] |
| 15-00750 | 2-Dec-15 | Unnecessary Force | Exonerated | 10-Feb-16 | | | 7601 | Gonzalez | Jose | Police Officer | Patrol/enforcement | Patrol West | Zone 4 | Active | Un-assigned | Police Lieutenant Michael J Beckmann [005679] |
| 15-00751 | 24-Nov-15 | Unnecessary Force | Exonerated | 5-Feb-16 | | | 62665 | Dasher | Joshua | Corrections Officer | Corrections | Jails | Ptdf | Active | Un-assigned | Police Lieutenant James E Judge [007337] |
| 15-00752 | 5-Dec-15 | Unnecessary Force | Not Sustained | 19-May-16 | | 18-Jun-16 | 72404 | Mills | Jeffrey | Corrections Officer | Corrections | Court Security | Court Security | Active | Un-assigned | Police Lieutenant James E Judge [007337] |
| 15-00752 | 5-Dec-15 | Unnecessary Force | Not Sustained | 19-May-16 | | 18-Jun-16 | 72369 | Berk | Cody | Corrections Officer | Corrections | Court Security | Court Security | Active | Un-assigned | Corrections Lieutenant Michael C Purvis [007008] |
| 15-00754 | 2-Nov-15 | Unnecessary Force | Unfounded | 4-Mar-16 | | | 70086 | Watson | Willie | Corrections Officer | | | | Active | Un-assigned | Corrections Lieutenant Reginald D Jolly [007172] |
| 15-00767 | 1-Dec-15 | Unnecessary Force | Exonerated | 6-Jun-16 | | 11-Jun-16 | 67799 | Lentz | Kenneth | Police Officer | Patrol/enforcement | Patrol East | Zone 1 | Active | Un-assigned | Police Lieutenant Daniel B Kenney [007277] |
| 15-00767 | 1-Dec-15 | Unnecessary Force | Exonerated | 6-Jun-16 | | 11-Jun-16 | 73727 | Cruz | Kayla | Police Officer | Investigations/homeland Se | Homeland Security | Narcotics | Active | Un-assigned | Police Lieutenant Daniel B Kenney [007277] |
| 15-00801 | 21-Dec-15 | Unnecessary Force | Exonerated | 7-Jan-16 | | | 68599 | Mcewan | Benjamin | Police Officer | Patrol/enforcement | Patrol West | Zone 4 | Active | Un-assigned | Police Lieutenant Michael D Eason [007305] |
| 15-00801 | 21-Dec-15 | Unnecessary Force | Exonerated | 7-Jan-16 | | | 67429 | Dingler | Eric | Police Officer | Patrol/enforcement | Patrol West | Zone 4 | Active | Un-assigned | Corrections Lieutenant Gaston M Carlton [005108] |
| 15-00804 | 28-Dec-15 | Unnecessary Force | Exonerated | 22-Jan-16 | | | 6439 | Ulsch | Michael | Police Officer | Patrol/enforcement | Patrol East | Zone 1 | Active | Un-assigned | Corrections Lieutenant Gaston M Carlton [005108] |
| 15-00805 | 28-Dec-15 | Unnecessary Force | Not Sustained | 10-Apr-16 | | | 68469 | Camacho | Frank | Police Officer | Patrol/enforcement | Patrol East | Zone 3 | Active | Craig Griffin | 0 |
| 15-00809 | 29-Dec-15 | Unnecessary Force | Exonerated | 22-Mar-16 | | | 64808 | Hall | Trevor | Police Officer | Patrol/enforcement | Patrol East | Zone 3 | Active | Craig Griffin | 0 |
| 15-00809 | 29-Dec-15 | Unnecessary Force | Exonerated | 22-Mar-16 | | | 63925 | Bailey | Jason | Police Sergeant | Patrol/enforcement | Patrol East | Zone 1 | Active | Un-assigned | Police Lieutenant Jesse E York [006736] |
| 15-00811 | 22-Dec-15 | Unnecessary Force | Not Sustained | 2-Jun-16 | | | 73383 | Lutze | Stephen | Corrections Officer | | | | Active | Un-assigned | Police Lieutenant Jesse E York [006736] |
| 15-00811 | 22-Dec-15 | Unnecessary Force | Not Sustained | 2-Jun-16 | | | 66201 | Taylor | Trevor | Corrections Officer | Corrections | Jails | Ptdf | Active | Un-assigned | Corrections Lieutenant Marlania M Mitchell [007537] |
| 16-00023 | 19-Jan-16 | Unnecessary Force | Exonerated | 27-Jun-16 | | | 68904 | Waddell | Alphonso | Corrections Officer | | | | Active | Un-assigned | Corrections Lieutenant Marlania M Mitchell [007537] |
| 16-00023 | 19-Jan-16 | Unnecessary Force | Exonerated | 27-Jun-16 | | | 68901 | Mccrackin | Travis | Corrections Officer | | | | Active | Un-assigned | Police Lieutenant George W Grant [006304] |
| 16-00028 | 6-Jan-16 | Unnecessary Force | Exonerated | 25-Mar-16 | | | | | | | | | | | Un-assigned | Police Sergeant Brian J Shore [005869] |
| 16-00029 | 16-Jan-16 | Unnecessary Force | Exonerated | 1-May-16 | | | 7533 | Coulter | Dale | Corrections Sergeant | | | | Active | Un-assigned | Police Lieutenant James E Judge [007337] |
| 16-00029 | 16-Jan-16 | Unnecessary Force | Exonerated | 1-May-16 | | | 63348 | Wetherbee | Jeffery | Corrections Officer | Corrections | Court Security | Court Security | Active | Un-assigned | Police Lieutenant James E Judge [007337] |
| 16-00029 | 16-Jan-16 | Unnecessary Force | Exonerated | 1-May-16 | | | 68888 | Brabston | Derek | Corrections Officer | Corrections | Court Security | Court Security | Active | Un-assigned | Assistant Chief Warren D Calloway [006300] |
| 16-00031 | 19-Jan-16 | Unnecessary Force | Exonerated | 29-Mar-16 | | | 73751 | Knox | Tyler | Police Officer | Patrol/enforcement | Patrol East | Zone 3 | Active | Un-assigned | Corrections Lieutenant Harvey F Dunnington [007161] |
| 16-00062 | 3-Feb-16 | Unnecessary Force | Unfounded | 26-Apr-16 | | | 75241 | Gonzalez | Jose | Corrections Officer | | | | Active | Un-assigned | Corrections Lieutenant Harvey F Dunnington [007161] |
| 16-00076 | 8-Feb-16 | Unnecessary Force | Exonerated | 23-Feb-16 | | | 68472 | Murat | Juvigny | Police Officer | Patrol/enforcement | Patrol West | Zone 5 | Active | Un-assigned | Corrections Lieutenant Harvey F Dunnington [007161] |
| 16-00086 | 22-Feb-16 | Unnecessary Force | Not Sustained | 15-Apr-16 | | | 7039 | Mullen | Steve | Police Lieutenant | Patrol/enforcement | Patrol East | Zone 2 | Active | Un-assigned | Assistant Chief Warren D Calloway [006300] |
| 16-00093 | 23-Feb-16 | Unnecessary Force | Sustained | 27-Jul-16 | Written Reprimand II | 1-Aug-16 | 6337 | Adams | Avery | Corrections Officer | Corrections | Jails | Ptdf | Active | Un-assigned | Assistant Chief Warren D Calloway [006300] |
| 16-00095 | 29-Jan-16 | Unnecessary Force | Unfounded | 18-Jul-16 | | | | | | | | | | | Un-assigned | Police Sergeant Brian J Shore [005869] |
| 16-00116 | 6-Feb-16 | Unnecessary Force | Exonerated | 26-Jul-16 | | | 74917 | Oglesby | Jasmine | Corrections Officer | | | | Active | Un-assigned | Police Lieutenant Larry D Kitchen [006527] |

| Case | Date | Type | Finding | Date 2 | Date 3 | ID | Last | First | Title | Division | Unit | Zone | | Status | Assignment | Supervisor |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 16-00116 | 6-Feb-16 | Unnecessary Force | Exonerated | 26-Jul-16 | | 73777 | Munoz | Hannah | Corrections Officer | | | | | Active | Un-assigned | |
| 16-00141 | 2-Mar-16 | Unnecessary Force | Unfounded | 20-Jul-16 | | 68883 | Robinson | Torrie | Police Officer | Patrol/enforcement | Patrol West | Zone 4 | | Active | Un-assigned | Corrections Lieutenant Earl A Prescott [007660] |
| 16-00157 | 9-Mar-16 | Unnecessary Force | Unfounded | 29-Jun-16 | | 7916 | Holtsman | Frank | Police Officer | Patrol/enforcement | Patrol West | Zone 5 | | Active | Un-assigned | Corrections Lieutenant Earl A Prescott [007660] |
| 16-00161 | 1-Apr-16 | Unnecessary Force | Unfounded | 22-Jun-16 | | | | | | | | | | | Un-assigned | Police Lieutenant Michael B Shell [060325] |
| 16-00165 | 18-Mar-16 | Unnecessary Force | Exonerated | 23-Aug-16 | | 69030 | Matthews | Anthony | Corrections Officer | Corrections | Jails | Ptdf | | Active | Un-assigned | Assistant Chief Derrick D Mitchell [005935] |
| 16-00184 | 25-Mar-16 | Unnecessary Force | Exonerated | 27-Apr-16 | | 62824 | Harris | Ryan | Police Officer | Patrol/enforcement | Patrol West | Zone 5 | | Active | Un-assigned | Corrections Lieutenant Toni L Rodriguez [007380] |
| 16-00184 | 25-Mar-16 | Unnecessary Force | Exonerated | 27-Apr-16 | | 73734 | Burnett | Bryan | Police Officer | Patrol/enforcement | Patrol West | Zone 5 | | Active | Un-assigned | Police Lieutenant Stephens J Spates [005570] |
| 16-00197 | 12-Mar-16 | Unnecessary Force | Exonerated | 27-Jun-16 | | 43179 | Faulkner | John | Police Sergeant | Patrol/enforcement | Patrol East | Zone 3 | | Active | Un-assigned | Police Lieutenant John E Gay [007609] |
| 16-00197 | 12-Mar-16 | Unnecessary Force | Exonerated | 27-Jun-16 | | 66780 | Lind | Reese | Police Officer | Patrol/enforcement | Patrol East | Zone 4 | | Active | Un-assigned | Police Lieutenant Kelvin T Anderson [007271] |
| 16-00202 | 29-Mar-16 | Unnecessary Force | Not Sustained | 29-Aug-16 | | 66154 | Gibbens | Michael | Corrections Officer | Corrections | Jails | Ptdf | | Active | Un-assigned | Police Lieutenant Kelvin T Anderson [007271] |
| 16-00209 | 10-Apr-16 | Unnecessary Force | Unfounded | 29-Aug-16 | | 5595 | Shaw | Paul | Police Officer | Patrol/enforcement | Patrol East | Zone 3 | | Active | Un-assigned | Corrections Lieutenant Marlania M Mitchell [007537] |
| 16-00221 | 14-Apr-16 | Unnecessary Force | Exonerated | 26-Aug-16 | | 73712 | James | Timothy | Police Officer | Patrol/enforcement | Patrol East | Zone 3 | | Active | Un-assigned | Police Lieutenant Michael T Mahaffay [005352] |
| 16-00228 | 15-Apr-16 | Unnecessary Force | Not Sustained | 15-May-16 | | 75341 | Wilford | Ernest | Police Officer Corrections Officer | | | | | Active | Un-assigned | Police Lieutenant Michael T Mahaffay [005352] |
| 16-00258 | 4-Jun-16 | Unnecessary Force | Unfounded | 28-Jun-16 | | 7385 | Stepp | Christopher | | | | | | Active | Corrections Sergeant Gabriel Bourgon | |
| 16-00269 | 2-May-16 | Unnecessary Force | Exonerated | 25-May-16 | | 7431 | O'donnell | William | Police Officer | Patrol/enforcement | Patrol East | Zone 2 | | Active | Un-assigned | Police Lieutenant Stephens J Spates [005570] |
| 16-00273 | 4-May-16 | Unnecessary Force | Unfounded | 20-Jun-16 | | 46915 | Jones | James | Police Officer | Patrol/enforcement | Patrol West | Zone 4 | | Active | Un-assigned | Police Lieutenant James E Judge [007337] |
| 16-00273 | 4-May-16 | Unnecessary Force | Unfounded | 20-Jun-16 | | 7567 | Kathman | Darren | Police Officer | Patrol/enforcement | Patrol West | Zone 4 | | Active | Michael Russell | |
| 16-00274 | 5-May-16 | Unnecessary Force | Exonerated | 18-Jun-16 | | 72579 | Frederick | Carl | Police Officer | Patrol/enforcement | Patrol West | Zone 4 | | Active | Un-assigned | Police Lieutenant Michael B Shell [060325] |
| 16-00274 | 5-May-16 | Unnecessary Force | Exonerated | 18-Jun-16 | | 75336 | Daniels | Devin | Police Officer | Patrol/enforcement | Patrol West | Zone 4 | | Active | Un-assigned | Police Lieutenant Keith A Clement [005494] |
| 16-00286 | 12-May-16 | Unnecessary Force | Unfounded | 27-Jul-16 | | 43179 | Faulkner | John | Police Sergeant | Patrol/enforcement | Patrol East | Zone 3 | | Active | Un-assigned | Police Lieutenant Richard H Elkins [005858] |
| 16-00291 | 18-May-16 | Unnecessary Force | Exonerated | 11-Oct-16 | | 64405 | Yorton | Troy | Police Officer | Investigations/homeland Se | Homeland Security | Narcotics | | Active | Un-assigned | Police Lieutenant Richard H Elkins [005858] |
| 16-00291 | 18-May-16 | Unnecessary Force | Exonerated | 11-Oct-16 | | 6105 | Daniels | Guy | Police Officer | Investigations/homeland Se | Homeland Security | Narcotics | | Active | Un-assigned | Police Lieutenant Terrence C James [005895] |
| 16-00333 | 2-Jun-16 | Unnecessary Force | Exonerated | 8-Dec-16 | 67839 | Hysmith | William | Police Officer | Patrol/enforcement | Patrol West | Zone 4 | | Active | ective Raul Gar | Un-assigned | Police Lieutenant Terrence C James [005895] |
| 16-00333 | 2-Jun-16 | Unnecessary Force | Not Sustained | 8-Dec-16 | 67839 | Hysmith | William | Police Officer | Patrol/enforcement | Patrol West | Zone 4 | | Active | ective Raul Gar | | Police Lieutenant Kelvin T Anderson [007271] |
| 16-00333 | 2-Jun-16 | Unnecessary Force | Exonerated | 8-Dec-16 | 73275 | Stevens | Matthew | Police Officer | Patrol/enforcement | Patrol West | Zone 4 | | Active | ective Raul Gar | Detective William Watkins | |
| 16-00333 | 2-Jun-16 | Unnecessary Force | Not Sustained | 8-Dec-16 | 73275 | Stevens | Matthew | Police Officer | Patrol/enforcement | Patrol West | Zone 4 | | Active | ective Raul Gar | Detective William Watkins | |
| 16-00333 | 2-Jun-16 | Unnecessary Force | Exonerated | 8-Dec-16 | 76099 | Mclennon | Diane | Police Officer | Patrol/enforcement | Patrol West | Zone 4 | | Active | ective Raul Gar | | Police Lieutenant Michael J Powers [006119] |
| 16-00334 | 14-Jun-16 | Unnecessary Force | Not Sustained | 27-Sep-16 | | 68505 | Poole | Paul | Police Officer | Patrol/enforcement | Patrol West | Zone 4 | | Active | Un-assigned | Police Lieutenant Michael J Powers [006119] |
| 16-00335 | 29-May-16 | Unnecessary Force | Unfounded | 31-Aug-16 | | 68976 | Lee | Steve | Police Officer | Investigations/homeland Se | Investigations | Burglary | | Active | | |
| 16-00335 | 29-May-16 | Unnecessary Force | Unfounded | 31-Aug-16 | | 5771 | Peterson | Michael | Police Officer | Patrol/enforcement | Patrol West | Zone 5 | | Active | | |
| 16-00371 | 17-Jun-16 | Unnecessary Force | Exonerated | 28-Dec-16 | 66154 | Gibbens | Michael | Corrections Offi | Corrections | Jails | Ptdf | | Active | Craig Griffin | | |
| 16-00400 | 27-Jun-16 | Unnecessary Force | Not Sustained | 8-Aug-16 | 8-Aug-16 | 76077 | Griffin | Rafael | Police Officer | Patrol/enforcement | Patrol East | Zone 2 | | Active | | |
| 16-00400 | 27-Jun-16 | Unnecessary Force | Not Sustained | 8-Aug-16 | 8-Aug-16 | 67878 | Benson | John | Police Officer | Patrol/enforcement | Patrol West | Zone 4 | | Active | | |
| 16-00400 | 27-Jun-16 | Unnecessary Force | Not Sustained | 8-Aug-16 | 8-Aug-16 | 67250 | Hilaman | Douglas | Police Officer | Patrol/enforcement | Patrol West | Zone 4 | | Active | Un-assigned | Corrections Lieutenant Toni L Rodriguez [007380] |
| 16-00417 | 8-Jul-16 | Unnecessary Force | Exonerated | 30-Aug-16 | | 6726 | Kirkland | Jody | Police Officer | Patrol/enforcement | Patrol West | Zone 5 | | Active | Un-assigned | Police Lieutenant David J Valentine [006179] |
| 16-00437 | 19-Jul-16 | Unnecessary Force | Not Sustained | 8-Aug-16 | | 6959 | Shaw | Ben | Police Officer | Patrol/enforcement | Patrol West | Zone 6 | | Active | | |
| 16-00467 | 2-Aug-16 | Unnecessary Force | Unfounded | 2-Aug-16 | | 65054 | Holton | Randy | Police Officer | Patrol/enforcement | Patrol West | Zone 4 | | Active | Un-assigned | Police Lieutenant Stephens J Spates [005570] |
| 16-00467 | 2-Aug-16 | Unnecessary Force | Unfounded | 2-Aug-16 | | 63237 | Fox | Michael | Police Officer | Patrol/enforcement | Patrol West | Zone 4 | | Active | Un-assigned | Police Lieutenant Stephens J Spates [005570] |
| 16-00492 | 11-Aug-16 | Unnecessary Force | Not Sustained | 18-Aug-16 | 25-Aug-16 | 66809 | Selman | Nedzad | Police Officer | Patrol/enforcement | Patrol West | Zone 4 | | Active | Un-assigned | Police Lieutenant Stephens J Spates [005570] |
| 16-00495 | 12-Aug-16 | Unnecessary Force | Unfounded | 12-Oct-16 | | 7063 | Williams | John | Police Officer | | | | | Inactive | Un-assigned | Un-assigned | Police Lieutenant Michael B Shell [060325] |
| 16-00511 | 19-Aug-16 | Unnecessary Force | Exonerated | 17-Sep-16 | | 6281 | Russo | Steven | Police Officer | Patrol/enforcement | Patrol West | Zone 5 | | Active | | |
| 16-00511 | 19-Aug-16 | Unnecessary Force | Exonerated | 17-Sep-16 | | 7916 | Holtsman | Frank | Police Officer | Patrol/enforcement | Patrol West | Zone 5 | | Active | Un-assigned | Police Lieutenant Hugh A Eason [005611] |
| 16-00528 | 20-Aug-16 | Unnecessary Force | Complaint Term | 14-Dec-16 | | 75956 | Moreno | Stephen | Corrections Offi | Court Security | Court Security | | | Active | Un-assigned | Un-assigned | Police Lieutenant Jesse E York [006736] |
| 16-00532 | 10-Aug-16 | Unnecessary Force | Exonerated | 31-Aug-16 | | 76525 | Alimurung | Matthew Shan | Police Recruit | Patrol/enforcement | Patrol West | Zone 4 | | Active | Un-assigned | Police Lieutenant Jesse E York [006736] |
| 16-00532 | 10-Aug-16 | Unnecessary Force | Unfounded | 31-Aug-16 | | 73283 | Dowling | Jordan | Police Officer | Patrol/enforcement | Patrol East | Zone 1 | | Active | | |
| 16-00532 | 10-Aug-16 | Unnecessary Force | Exonerated | 31-Aug-16 | | 6085 | Matsui | Ko | Police Officer | Patrol/enforcement | Patrol East | Zone 1 | | Active | Un-assigned | |
| 16-00537 | 31-Aug-16 | Unnecessary Force | Exonerated | 18-Oct-16 | | 7323 | Meissner | Michael | Police Officer | Patrol/enforcement | Patrol East | Zone 2 | | Active | Un-assigned | Un-assigned | |

| | | | | | | | | | | | Corrections | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 16-00548 | 12-Jul-16 | Unnecessary Force | Sustained | 6-Mar-17 | Written Reprimand II | 74200 | Herdliska | Lucas | Corrections Off | | Jails | Ptdf | Zone 2 | Active | Craig Griffin | Un-assigned | |
| 16-00553 | 8-Sep-16 | Unnecessary Force | Not Sustained | 31-Oct-16 | | 60859 | Rhoden | Benjamin | Police Sergeant | Patrol/enforcement | Patrol East | Zone 2 | | Active | Un-assigned | Un-assigned | |
| 16-00553 | 8-Sep-16 | Unnecessary Force | Not Sustained | 31-Oct-16 | | 7592 | Barker | William | Police Officer | Patrol/enforcement | Patrol East | Zone 1 | | Active | Un-assigned | Un-assigned | Police Lieutenant Evander Collier [007145] |
| 16-00562 | 31-Aug-16 | Unnecessary Force | Unfounded | 22-Dec-16 | | 7636 | Cherry | Tyna | Corrections Ser | Corrections | Jails | Ptdf | | Active | Un-assigned | | |
| 16-00570 | 14-Sep-16 | Unnecessary Force | Exonerated | 12-Oct-16 | | 64386 | Carmona-For | Alejandro | Police Officer | Patrol/enforcement | Patrol East | Zone 1 | | Active | Un-assigned | Un-assigned | Police Lieutenant Michael J Powers [006119] |
| 16-00572 | 15-Sep-16 | Unnecessary Force | Not Sustained | 5-Dec-16 | | 61134 | Terrell | Timothy | Police Officer | Patrol/enforcement | Patrol East | Zone 2 | | Active | Un-assigned | Un-assigned | Police Lieutenant Michael J Powers [006119] |
| 16-00602 | 29-Sep-16 | Unnecessary Force | Unfounded | 12-Dec-16 | | 73993 | Bumgarner | Caleb | Police Officer | Patrol/enforcement | Patrol East | Zone 3 | | Active | Un-assigned | | |
| 16-00612 | 3-Oct-16 | Unnecessary Force | Exonerated | 30-Nov-16 | | 63937 | Brown | Cory | Police Officer | Investigations/homeland | Homeland Security | Narcotics | | Active | Un-assigned | | |
| 16-00626 | 13-Oct-16 | Unnecessary Force | Not Sustained | 21-Nov-16 | | 7864 | Nobles | John | Police Sergeant | Patrol/enforcement | Patrol West | Zone 1 | | Active | Un-assigned | | |
| 16-00627 | 13-Oct-16 | Unnecessary Force | Exonerated | 30-Oct-16 | | 7175 | Register | Sean | Police Sergeant | Patrol/enforcement | Patrol West | Zone 6 | | Active | Un-assigned | | |
| 16-00627 | 13-Oct-16 | Unnecessary Force | Exonerated | 30-Oct-16 | | 68599 | Mcewan | Benjamin | Police Officer | Patrol/enforcement | Patrol East | Zone 2 | | Active | Un-assigned | | |
| 16-00634 | 18-Oct-16 | Unnecessary Force | Not Sustained | 13-Nov-16 | | 69740 | Moore | Megan | Police Officer | Patrol/enforcement | Patrol East | Zone 2 | | Active | Un-assigned | | |
| 16-00679 | 31-Oct-16 | Unnecessary Force | Unfounded | 10-Nov-16 | | 68517 | Kahre | James | Police Officer | Patrol/enforcement | Patrol West | Zone 4 | | Active | Un-assigned | | |
| 16-00679 | 1-Nov-16 | Unnecessary Force | Exonerated | 2-Nov-16 | | 68770 | Manning | Nereus | Police Officer | Patrol/enforcement | Patrol West | Zone 4 | | Active | Un-assigned | | |
| 16-00688 | 4-Nov-16 | Unnecessary Force | | 18-Nov-16 | | | UNKNOWN | | | | | | | | Un-assigned | | |
| 16-00690 | 1-Nov-16 | Unnecessary Force | Not Sustained | 2-Mar-17 | | 73383 | Lutze | Stephen | Police Recruit | | Patrol East | Zone 3 | | Active | Un-assigned | | |
| 16-00710 | 4-Nov-16 | Unnecessary Force | Unfounded | 4-Nov-16 | | 7738 | Wright | Richardean | Corrections Off | Corrections | Prisons | Mcc | | Active | Un-assigned | | |
| 16-00715 | 14-Nov-16 | Unnecessary Force | Exonerated | 8-Dec-16 | | 7272 | Dyer | William | Police Officer | Patrol/enforcement | Patrol West | Zone 4 | | Active | Un-assigned | | |
| 16-00722 | 16-Nov-16 | Unnecessary Force | Unfounded | 2-Jan-17 | | 67388 | Muirhead | Bradley | Police Officer | Patrol/enforcement | Patrol East | Zone 3 | | Active | Un-assigned | | |
| 16-00723 | 21-Oct-16 | Unnecessary Force | Not Sustained | 6-Dec-16 | | 68543 | Jensen | Raymond | Corrections Off | Corrections | Jails | Ptdf | | Active | Un-assigned | | |
| 16-00756 | 27-Nov-16 | Unnecessary Force | Exonerated | 20-Feb-17 | | 68028 | Blanton | Michael | Police Officer | Patrol/enforcement | Patrol East | Zone 1 | | Active | Un-assigned | | |
| 16-00757 | 12-Nov-16 | Unnecessary Force | Exonerated | 9-Apr-17 | | 63332 | Foisey | Bruce | Corrections Off | Corrections | Jails | Ptdf | | Active | Un-assigned | | |
| 16-00761 | 6-Dec-16 | Unnecessary Force | Unfounded | 4-Jan-17 | | 73721 | Langston | Benjamin | Police Officer | Patrol/enforcement | Patrol East | Zone 4 | | Active | Un-assigned | | |
| 16-00783 | 12-Dec-16 | Unnecessary Force | Exonerated | 20-Apr-17 | | 73338 | Adams | Jacob | Corrections Off | Corrections | Jails | Ptdf | | Active | Un-assigned | | |
| 16-00783 | 12-Dec-16 | Unnecessary Force | Exonerated | 20-Apr-17 | | 73533 | Ortagus | Blake | Corrections Off | Corrections | Court Security | Court Security | | Active | Un-assigned | | |
| 16-00783 | 12-Dec-16 | Unnecessary Force | Exonerated | 20-Apr-17 | | 75954 | Mack | Chavist | Corrections Off | Corrections | Court Security | Court Security | | Active | Un-assigned | | |
| 16-00783 | 12-Dec-16 | Unnecessary Force | Exonerated | 20-Apr-17 | | 74180 | Causey | John | Corrections Off | Corrections | Court Security | Court Security | | Active | Un-assigned | | |
| 16-00783 | 12-Dec-16 | Unnecessary Force | Unfounded | 20-Apr-17 | | 67266 | Hayden | Brett | Corrections Ser | Corrections | Prisons | Ctc | | Active | Un-assigned | | |
| 16-00806 | 5-Nov-16 | Unnecessary Force | Exonerated | 5-Apr-17 | | 75231 | Morris | Michael | Corrections Off | Corrections | Prisons | Mcc | | Active | Un-assigned | | |
| 16-00819 | 9-Jan-17 | Unnecessary Force | Not Sustained | 14-Mar-17 | | 66821 | Gilbert | David | Police Officer | Patrol/enforcement | Patrol West | Zone 5 | | Active | Un-assigned | | |
| 16-00819 | 9-Jan-17 | Unnecessary Force | Not Sustained | 14-Mar-17 | | 67418 | Lester | Harold | Police Officer | Patrol/enforcement | Patrol West | Zone 5 | | Active | Un-assigned | | |
| 17-00012 | 9-Jan-17 | Unnecessary Force | Exonerated | 26-Feb-17 | | 7815 | Mattson | Gregg | Police Sergeant | Patrol/enforcement | Patrol West | Zone 5 | | Active | Un-assigned | | |
| 17-00022 | 18-Jan-17 | Unnecessary Force | Exonerated | 22-Feb-17 | | 5352 | Mahaffay | Michael | Police Lieutenant | Patrol/enforcement | Patrol West | Zone 6 | | Active | Un-assigned | | |
| 17-00022 | 18-Jan-17 | Unnecessary Force | Exonerated | 22-Feb-17 | | 68516 | Durham | Andre' | Police Officer | Patrol/enforcement | Community Affairs | Pal | | Active | Un-assigned | | |
| 17-00022 | 18-Jan-17 | Unnecessary Force | Exonerated | 22-Feb-17 | | 69755 | Davis | Donovan | Police Officer | Patrol/enforcement | Patrol West | Zone 5 | | Active | Un-assigned | | |
| 17-00030 | 12-Jan-17 | Unnecessary Force | Unfounded | 31-Jan-17 | | 73721 | Langston | Benjamin | Police Officer | Patrol/enforcement | Patrol East | Zone 4 | | Active | Un-assigned | | |
| 17-00030 | 12-Jan-17 | Unnecessary Force | Unfounded | 31-Jan-17 | | 74972 | Jester | Brandon | Police Officer | Patrol/enforcement | Patrol East | Zone 4 | | Active | Un-assigned | | |
| 17-00030 | 12-Jan-17 | Unnecessary Force | Unfounded | 31-Jan-17 | | 68599 | Mcewan | Benjamin | Police Officer | Patrol/enforcement | Patrol East | Zone 4 | | Active | Un-assigned | | |
| 17-00061 | 2-Jan-17 | Unnecessary Force | Exonerated | 9-Mar-17 | | 66201 | Taylor | Trevor | Police Recruit | Patrol/enforcement | Patrol West | Zone 6 | | Active | Un-assigned | | |
| 17-00071 | 6-Feb-17 | Unnecessary Force | Not Sustained | 14-May-17 | | 6375 | Robbins | James | Police Officer | Patrol/enforcement | Community Affairs | Zone 4 | | Active | Un-assigned | | |
| 17-00084 | 8-Feb-17 | Unnecessary Force | Exonerated | 17-Feb-17 | | 7916 | Holtsman | Frank | Police Officer | Patrol/enforcement | Community Affairs | Teleserv | | Active | Un-assigned | | |
| 17-00111 | 11-Feb-17 | Unnecessary Force | Unfounded | 9-Apr-17 | | 69035 | Hendrix | Darren | Corrections Off | Corrections | Court Security | Court Security | | Active | Un-assigned | | |
| 17-00111 | 11-Feb-17 | Unnecessary Force | Unfounded | 9-Apr-17 | | 74914 | Madsen | Christian | Police Recruit | Personnel/professional S | Professional Standards | | | Active | Un-assigned | | |
| 17-00134 | 24-Feb-17 | Unnecessary Force | Exonerated | 7-Mar-17 | | 77201 | Matthews | Traven | Police Officer | Patrol/enforcement | Patrol East | Zone 3 | | Active | Un-assigned | | |
| 17-00134 | 24-Feb-17 | Unnecessary Force | Exonerated | 7-Mar-17 | | 6748 | Farris | Stephen | Police Officer | Patrol/enforcement | Patrol East | Zone 3 | | Active | Un-assigned | | |
| 17-00165 | 7-Mar-17 | Unnecessary Force | Exonerated | 5-Apr-17 | | 63940 | Muchowicz | Mark | Police Officer | Patrol/enforcement | Patrol West | Zone 4 | | Active | Un-assigned | | |
| 17-00173 | 13-Mar-17 | Unnecessary Force (ECW) | Exonerated | 4-Apr-17 | | 68505 | Poole | Paul | Police Officer | Patrol/enforcement | Patrol West | Zone 4 | | Active | Un-assigned | | |
| 17-00181 | 14-Mar-17 | Unnecessary Force | Exonerated | 30-Mar-17 | | 63879 | Gresham | Scott | Police Officer | Patrol/enforcement | Patrol West | Zone 6 | | Active | Un-assigned | | |
| 17-00198 | 15-Feb-17 | Unnecessary Force | Not Sustained | 23-Apr-17 | | 74916 | Gatlin | Garrison | Corrections Off | Corrections | Jails | Ptdf | | Active | Un-assigned | | |
| 17-00206 | 22-Mar-17 | Unnecessary Force | Exonerated | 31-Mar-17 | | 77293 | Winfree | Robert | Police Officer | Patrol/enforcement | Patrol West | Zone 4 | | Active | Un-assigned | | |
| 17-00253 | 17-Apr-17 | Unnecessary Force | Exonerated | 18-May-17 | | 67906 | Mack | Jonathan | Police Officer | Patrol/enforcement | Patrol East | Zone 3 | | Active | Un-assigned | | |
| 17-00253 | 28-Mar-17 | Unnecessary Force | Exonerated | 24-Jun-17 | | 75956 | Moreno | Stephen | Corrections Officer | Corrections | | | | Inactive | Un-assigned | | Corrections Lieutenant Joshua C Benoit [006297] |
| 17-00253 | 28-Mar-17 | Unnecessary Force | Exonerated | 24-Jun-17 | | 74164 | Calhoun | Frank | | | Jails | Ptdf | | Active | Un-assigned | | Corrections Lieutenant Joshua C Benoit [006297] |
| 17-00277 | 25-Apr-17 | Unnecessary Force | Exonerated | 23-Jun-17 | | 67389 | Norris | Mark | Police Officer | Patrol/enforcement | Patrol East | Zone 3 | | Active | Un-assigned | | Police Lieutenant Robert P Hacksunda [005254] |
| 17-00277 | 25-Apr-17 | Unnecessary Force | Exonerated | 23-Jun-17 | | 68024 | Garcia | Juan | Police Officer | Patrol/enforcement | Patrol East | Zone 3 | | Active | Un-assigned | | Police Lieutenant Robert P Hacksunda [005254] |
| 17-00277 | 25-Apr-17 | Unnecessary Force | Exonerated | 23-Jun-17 | | 5271 | Cannon | James | Police Sergeant | Patrol/enforcement | Patrol East | Zone 3 | | Active | Un-assigned | | Police Lieutenant Robert P Hacksunda [005254] |
| 17-00283 | 9-Apr-17 | Unnecessary Force | Information | 31-May-17 | | 69035 | Hendrix | Darren | Corrections Off | Corrections | Jails | Ptdf | | Active | Un-assigned | | Police Lieutenant Robert P Hacksunda [005254] |
| 17-00288 | 2-May-17 | Unnecessary Force | Exonerated | 16-Jun-17 | | 7708 | Rose | Robert | Police Officer | Administration | Internal Audit | Inspections | | Active | Un-assigned | | Police Lieutenant Daniel T Adams [005255] |
| 17-00300 | 4-May-17 | Unnecessary Force | Exonerated | 31-May-17 | | 64367 | Plaugher | Cheth | Police Officer | Patrol/enforcement | Community Affairs | Canine | | Active | Un-assigned | | Police Lieutenant Justin C Wilson [061536] |
| 17-00324 | 17-May-17 | Unnecessary Force | Unfounded | 17-Jul-17 | | 7271 | Anderson | Kelvin | Police Lieutenant | Patrol/enforcement | Patrol East | Zone 1 | | Active | Un-assigned | | Assistant Chief Jackson W Short [007700] |
| 17-00333 | 22-May-17 | Unnecessary Force | Exonerated | 26-May-17 | | 75329 | Jung | Briana | Police Officer | Patrol/enforcement | Patrol West | Zone 5 | | Active | Un-assigned | | Police Lieutenant James M Paris [007880] |
| 17-00349 | 17-May-17 | Unnecessary Force | Unfounded | 5-Jul-17 | | 69916 | Brooks | Rashaun | Corrections Off | Corrections | Jails | Ptdf | | Active | Un-assigned | | Police Lieutenant James R Brennock [007153] |

| Case | Date | Allegation | Finding | Date | ID | Last | First | Rank | Division | Unit | Sub-Unit | | Status | Assigned | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 17-00349 | 17-May-17 | Unnecessary Force | Unfounded | 5-Jul-17 | 69923 | Mathews | James | Corrections Off | Corrections | Jails | Ptdf | | Active | | Un-assigned | Police Lieutenant James R Brennock [007153] |
| 17-00349 | 17-May-17 | Unnecessary Force | Unfounded | 5-Jul-17 | 67592 | Lordahl | Joshua | Corrections Off | Corrections | Jails | Ptdf | | Active | | Un-assigned | Police Lieutenant James R Brennock [007153] |
| 17-00400 | 16-Jun-17 | Unnecessary Force | Not Sustained | 18-Jun-17 | 7841 | Fields | Willie | Corrections Ser | Corrections | Jails | Ptdf | | Active | | Un-assigned | Corrections Lieutenant Joshua C Benoit [006297] |
| 17-00438 | 28-Jun-17 | Unnecessary Force | Exonerated | 12-Jul-17 | 63237 | Fox | Michael | Police Officer | Patrol/enforcement | Patrol West | Zone 4 | | Active | | Un-assigned | Police Lieutenant Jesse E York [006736] |
| 17-00438 | 28-Jun-17 | Unnecessary Force | Exonerated | 12-Jul-17 | 71250 | Jarrell | Kevin | Police Officer | Patrol/enforcement | Patrol West | Zone 4 | | Active | | Un-assigned | Police Lieutenant Jesse E York [006736] |
| DL12-00013 | 3-Apr-12 | Unnecessary Force | Information | 20-Apr-12 | | | | | | | | | | | | |
| DL12-00025 | 17-May-12 | Unnecessary Force | Terminated | 21-May-12 | | | | | | | | | | | | |
| DL12-00045 | 8-Aug-12 | Unnecessary Force | Information-Letter | 21-Sep-12 | | | | | | | | | | | | |
| DL13-00028 | 8-Aug-13 | Unnecessary Force | Information Letter | 18-Aug-13 | 63413 | Millan | Scott | Police Officer | | | | | Active | | | |
| INFO15-00047 | 21-Jul-15 | Unnecessary Force | Exonerated | 8-Sep-15 | 6615 | Roberts | Walter | Police Officer | Patrol/enforcement | Patrol East | Zone 2 | | Active | | | |
| INFO16-00077 | 4-Aug-16 | Unnecessary Force | Unfounded | 8-Aug-16 | 66131 | Swinton | Lawanda | Corrections Officer | Corrections | Prisons | Mcc | | Active | | | |
| INFO16-00109 | 3-Aug-16 | Unnecessary Force | Information | 5-Dec-16 | 72628 | Smiley | Scott | Corrections Off | Corrections | Court Security | Court Security | | Active | | Un-assigned | |
| 18-0003 | 2-Jan-18 | Unnecessary Force | Exonerated | 30-Jan-18 | 064415 | Jimenez | Christopher | Police Officer | Patrol & Enforcement | Patrol | Zone 6 | | | | Un-assigned | |
| 18-0014 | 3-Jan-18 | Unnecessary Force / Unnecessary Force | Unfounded / Unfounded | 12-Jun-18 | 006144 / 076907 | Payne / Rousselle | James W / Christopher A | Police Officer / Police Officer | Patrol & Enforcement | Patrol | Zone 2 | | | | Un-assigned | |
| 18-0049 | 23-Jan-18 | Improper Action - Unnecessary Force - | Unfounded Sustained - Resigned Under Investigation | 24-Aug-18 | 5809 | Spatcher | Cherie D | Corrections | Corrections | Prisons | Ctc | | | | Un-assigned | |
| 18-0070 | 25-Jan-18 | Unnecessary Force / Unnecessary Force / Unnecessary Force | Information-Letter / Information-Letter | 25-Sep-18 | 075328 / 077799 / 078178 / 065014 | Doan / Dunlap / Crocker / Cruz | Cameron B / Marguex E / Billy S / Rajeev | Police Officer / Police Officer / Police Officer / Police Officer | Patrol & Enforcement | Patrol | Zone 6 | | | | Un-assigned | |
| 18-0052 | 30-Jan-18 | Unnecessary Force / Unnecessary Force / Unnecessary Force | Exonerated / Exonerated / Exonerated | 8-Feb-18 | 070141 / 062824 / 069779 | Simcich / Harris / Berry | Brian G / Ryan R / Christopher J | Police Officer / Police Officer / Police Officer | Patrol & Enforcement | Patrol | Zone 4 | | | | Un-assigned | |
| 18-0114 | 6-Feb-18 | Unnecessary Force | Not Sustained | 26-Mar-18 | 76791 | Boateng | Derrick O | Corrections | Corrections | Jails | Operations | | | | Un-assigned | |
| 18-0100 | 16-Feb-18 | Unnecessary Force | Information-Letter Sent | 6-Aug-18 | 73284 | Williams | Matthew R | Police Officer | Patrol & Enforcement | Patrol | Zone 6 | | | | Un-assigned | |
| 18-0103 | 20-Feb-18 | Unnecessary Force | Unfounded | 5-Mar-18 | 76517 | Pickard | Alan C | Police Officer | Patrol & Enforcement | Patrol | Zone 5 | | | | Un-assigned | |
| RTR18-0004 | 20-Feb-18 | Unnecessary Force | Exonerated | 1-May-18 | 65054 | Holton | Randy C | Police Officer | Patrol & Enforcement | Patrol | Zone 4 | | | | Un-assigned | |
| 18-0102 | 21-Feb-18 | Unnecessary Force | Exonerated | 3-Sep-18 | 5799 | Morris | Donnie L | Police Officer | Patrol & Enforcement | Patrol | Zone 4 | | | | Un-assigned | |
| 18-0112 | 21-Feb-18 | Unnecessary Force | Exonerated | 13-May-18 | 75329 | Jung | Briana R | Police Officer | Patrol & Enforcement | Patrol | Task Force 1430-0155 | | | | Un-assigned | |
| INFO18-022 | 26-Feb-18 | Unnecessary Force | Information | 26-Feb-18 | | | | | | | | | | | Un-assigned | |
| 18-0138 | 5-Mar-18 | Unnecessary Force / Unnecessary Force | Information Letter | 6-Feb-19 | 075961 / 006456 | Weber / Crosby | Ryan L / Christopher P | Police Officer / Police Officer | Patrol & Enforcement | Patrol | Zone 5 | | | | Un-assigned | |
| 18-0163 | 19-Mar-18 | Unnecessary Force / Unnecessary Force / Unnecessary Force / Unnecessary Force | Information Letter / Information Letter | 18-Sep-18 | 076906 / 078602 / 076910 / 077199 | Semones / Rivera / Skinner / Hodges | Kyle L / Vicente J / Anthony R / Johnny A | Police Officer / Police Officer / Police Officer / Police Officer | Patrol & Enforcement | Patrol | Zone 5 | | | | Un-assigned | |
| 18-0198 | 26-Mar-18 | Unnecessary Force | Exonerated | 9-Jul-18 | 73721 | Langston | Benjamin J | Police Officer | Patrol & Enforcement | Patrol Support | Specialized Patrol | | | | Un-assigned | |

| Case # | Date | Allegation | Finding | Closed | | Badge | Last Name | First Name | Rank | Division | Section | Unit | | Assigned | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 18-0255 | 16-Apr-18 | Excessive Force<br>Excessive Force<br>Fail To Cooperate With Investigation<br>Excessive Force<br>Excessive Force | Unfounded<br>Unfounded<br>Unfounded<br>Unfounded<br>Unfounded | 26-Nov-18 | | 076905<br>078179<br>007093<br>069783<br>074987 | Mccullough<br>Leo<br>Mills<br>Wall<br>Labrador | Trey A<br>Clements C<br>James D<br>Charles A<br>Carlos | Police Officer<br>Police Officer<br>Police Officer<br>Police Officer<br>Police Officer | Patrol & Enforcement | Patrol | Zone 1 | | Un-assigned | |
| 18-0242 | 18-Apr-18 | Unnecessary Force | Unfounded | 5-Jun-18 | | 75788 | Griffin | Najee M | Corrections Officer | Corrections | Jails | Operations | | Un-assigned | |
| 18-0299 | 8-May-18 | Rudeness<br>Unnecessary Force | Information Letter | 8-May-18 | | | Unknown | | | | | | | Un-assigned | |
| 18-0303 | 8-May-18 | Unnecessary Force<br>Rudeness<br>Unnecessary Force<br>Rudeness | Not Sustained<br>Not Sustained<br>Not Sustained<br>Not Sustained | 4-Jul-18 | | 073724<br>073721 | Shobe<br>Langston | Nicholas L<br>Langston | Police Officer<br>Police Officer | Patrol & Enforcement | Patrol Support | Specialized Patrol | | Un-assigned | |
| 18-0310 | 9-May-18 | Unnecessary Force | Exonerated | 26-Jun-18 | | 5191 | Hardeman | Joseph K | Corrections Sergeant | Corrections | Jails | Operations | | Un-assigned | |
| 18-0312 | 14-May-18 | Unnecessary Force<br>Failure To Conform To Work Standards | Exonerated<br>Not sustained | 30-Aug-18 | | 074909<br>074619 | Taylor<br>Daggs | Kandyce M<br>Danie R | Corrections Officer<br>Corrections | Corrections | Jails | Operations | | Un-assigned | |
| 18-0372 | 21-May-18 | Unnecessary Force - Exonerated | Exonerated | 13-Jun-18 | | 67215 | Spivey | Steven J | Corrections Officer | Corrections | Prisons | Mcc | | Un-assigned | |
| 18-0343 | 24-May-18 | Unbecoming Conduct<br>Bias Based Enforcement<br>Violation of the Firearms Policy<br>Improper Action<br>Bias Based Enforcement<br>Unbecoming Conduct<br>Unnecessary Force<br>Improper Action<br>Improper Action | Not sustained<br>Unfounded<br>Exonerated<br>Unfounded<br>Unfounded<br>Unfounded<br>Not sustained<br>Unfounded<br>Unfounded | 27-Nov-18 | | 065054<br>077293<br>070141 | Holton<br>Winfree<br>Simcich | Randy C<br>Robert C<br>Brian G | Police Officer<br>Police Officer<br>Police Officer | Patrol & Enforcement | Patrol | Zone 4 | | Detective Stephanie Strawn | |
| 18-0345 | 30-May-18 | Unnecessary Force | Supervisor Referral Ltr | 30-May-18 | | 76105 | Morro | Robert P | Police Officer | Patrol & Enforcement | Patrol | Zone 4 | | Un-assigned | |
| 18-0351 | 30-May-18 | Unnecessary Force | Information Letter | 21-Dec-18 | | 76090 | Ahmetovic | Senad | Police Officer | Patrol & Enforcement | Patrol | Zone 3 | | Un-assigned | |
| 18-0362 | 6-Jun-18 | Excessive Force | Exonerated | 18-Jun-18 | | 62665 | Dasher | Joshua L | Corrections | Corrections | Jails | Operations | | Un-assigned | |
| 18-0392 | 8-Jun-18 | Unnecessary Force<br>Unnecessary Force<br>Unnecessary Force<br>Departure From The Truth | Not sustained<br>Not sustained<br>Not sustained<br>Sustained - Resigned under investigation | 28-Nov-18 | | 078628<br>078309<br>079144<br>078394 | Farr<br>Moore<br>Bloodsworth<br>Stone | Lucas W<br>William J<br>Kevon D<br>Justin N | Corrections<br>Police Recruit<br>Corrections<br>Corrections | Corrections | Jails | Operations | | Investigator Gary Collier | |
| INFO18-085 | 11-Jun-18 | Unnecessary Force | Information Letter | 11-Jun-18 | | 76791 | Boateng | Derrick O | Corrections | | | | | Un-assigned | |
| 18-0402 | 15-Jun-18 | Excessive Force | Exonerated | 11-Jul-18 | | 7661 | Prescott | Nelson D | Police Officer | Investigations & Homeland Security | Homeland Security | Narcotics & Vice | | Un-assigned | |
| 18-0422 | 21-Jun-18 | Unnecessary Force<br>Unnecessary Force<br>Unnecessary Force | Information Letter<br>Information Letter<br>Information Letter | 9-Oct-18 | | 005437<br>060326<br>030943 | Doherty<br>Reynolds<br>Hiday | Matthew L<br>John<br>Michael S | Police Sergeant<br>Police Officer<br>Police Officer | Investigations & Homeland Security | Homeland Security | Special Operations | | Un-assigned | |
| INFO18-094 | 25-Jun-18 | Excessive Force | Information Letter | 27-Jun-18 | | 79495 | Martin | Darrell R | Corrections | Corrections | Jails | Operations | | Un-assigned | |

| Case | Date | Allegation | Finding | Date | | ID | Last Name | First Name | Rank | Bureau | Division | Unit | | Assigned | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| INFO18-093 | 27-Jun-18 | Excessive Force | Information Letter | 27-Jul-18 | | 66201 | Taylor | Trevor P | Police Officer | Patrol & Enforcement | Patrol | Zone 4 | | Un-assigned | |
| 18-0507 | 27-Jul-18 | Unnecessary Force | Exonerated | 10-Oct-18 | | 70827 | Bell | William J | Corrections Officer | Corrections | Jails | Operations | | Un-assigned | |
| 18-0510 | 29-Jul-18 | Unnecessary Force Unbecoming Conduct | Exonerated Unfounded | 17-Oct-18 | | 67134 | Hurt | Stephen R | Police Officer | Patrol & Enforcement | Patrol | Zone 2 | | Un-assigned | |
| 18-0522 | 2-Aug-18 | Excessive Force Excessive Force Excessive Force | Rescinded Rescinded Rescinded | 13-Aug-18 | | 067589 079347 067579 | Bennett Mechlowitz Jones | Tony D Alec J Christopher H | Police Officer Police Officer Police Officer | Patrol & Enforcement | Patrol | Zone 3 | | Un-assigned | |
| 18-0735 | 2-Aug-18 | Unnecessary Force Unnecessary Force | Not Sustained Not Sustained | 10-Oct-18 | | 078056 079455 | Boss Padilla Nazario, | Mack Jose M | Corrections Officer Corrections Officer | Corrections | Jails | Operations | | Un-assigned | |
| 18-0556 | 8-Aug-18 | Unnecessary Force Unnecessary Force | Not Sustained Not sustained | 18-Jan-19 | | 005293 076525 | Swanson Alimurung | Willie C Matthew | Police Officer Police Officer | Patrol & Enforcement | Patrol | Zone 1 | | Un-assigned | |
| 18-0608 | 26-Aug-18 | Unnecessary Force Unnecessary Force Failure To Conform To Work Standards | Exonerated Exonerated Exonerated | 29-Jan-19 | | 007699 074912 | Santoro Dew | Richard C Paul A | Police Officer Police Officer | Patrol & Enforcement | Patrol | Zone 3 | | Un-assigned | |
| 18-0669 | 25-Sep-18 | Unnecessary Force Unbecoming Conduct Unnecessary Force Unbecoming Conduct Unnecessary Force Unbecoming Conduct | Exonerated Unfounded Exonerated Unfounded Exonerated Unfounded | 16-Feb-19 | | 078388 066198 078498 | Senterfitt Perry Rickertsen | Bethany F Corella A Paris F | Police Officer Police Officer Police Officer | Patrol & Enforcement | Patrol | Zone 4 | | Un-assigned | |
| 18-0674 | 26-Sep-18 | Failure To Conform To Work Standards Unnecessary Force Failure To Conform To Work Standards | Exonerated Exonerated Exonerated | 31-Oct-18 | | 019010 073724 | Boree Shobe | Michael Nicholas L | Police Officer Police Officer | Investigations & Homeland Security | Homeland Security | Narcotics & Vice | | Un-assigned | |
| 18-0679 | 28-Sep-18 | Unnecessary Force Failure To Conform To Work Standards Failure To Conform To Work Standards | Exonerated Unfounded Unfounded | 18-Dec-18 | | 076333 076075 | Brett Gabriel | Travis E Philip G | Police Officer Police Officer | Patrol & Enforcement | Patrol | Zone 3 | | Un-assigned | |
| 18-0681 | 29-Sep-18 | Unbecoming Conduct Unnecessary Force | Unfounded Unfounded | 18-Jan-19 | | 7839 | Muench | Eric P | Corrections Officer | Corrections | Prisons | Mcc | | Un-assigned | |
| 18-0683 | 29-Sep-18 | Unbecoming Conduct Unnecessary Force Failure To Conform To Work Standards | Exonerated Exonerated Exonerated | 20-Dec-18 | | 77649 | Diaz | Carlos A | Police Officer | Patrol & Enforcement | Patrol | Zone 3 | | Un-assigned | |
| 18-0707 | 4-Oct-18 | Unnecessary Force Incompetency | Unfounded Sustained Formal Counseling | 22-Nov-18 | | 076308 070507 | Richardson Locke | Blair D Brandon M | Corrections Officer Corrections Sergeant | Corrections | Jails | Operations | | Un-assigned | |
| 19-0006 | 2-Jan-19 | Unnecessary Force | Exonerated | 12-Jun-19 | | 70827 | Bell | William | Corrections Officer | Corrections | Jails | Operations | | Investigator Gary Collier | |
| 19-0017 | 7-Jan-19 | Unnecessary Force Unnecessary Force | Exonerated; Exonerated | 16-Apr-19 | | 73283 77645 | Dowling Bounds | Jordan Tyler | Sergeant Police Officer | Investigations & Homeland Security | Homeland Security | Narcotics & Vice | | Un-assigned | |

| Case | Date | Allegation | Finding | Date | Disposition | Badge | Last Name | First Name | Rank | Division | Unit | Zone | Investigator |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 18-0914 | 11-Jan-19 | Unnecessary Force Unnecessary Force Unnecessary Force Unnecessary Force Unnecessary Force | Unfounded; Unfounded; Unfounded; Unfounded; Unfounded | 2-Feb-19 | | 7601 68039 007470 066820 007463 | Gonzalez Stephens Day Ellis Bishop | Jose Christopher Johnny Abigail James | Police Officer Police Sergeant Police Officer Police Sergeant Police Officer | Patrol & Enforcement | Patrol | Zone 4 | Un-assigned |
| 19-0033 | 15-Jan-19 | Unnecessary Force | Unfounded | 28-Feb-19 | | 68443 | Blizzard-Harmon | Daimarr | Corrections Officer | Corrections | Jails | Operations | Un-assigned |
| 19-0040 | 17-Jan-19 | Unnecessary Force None | Information-Letter Sent; | 13-Mar-19 | | 68044 007405 | Landreville Lederman | Tyler Jason | Police Officer Police Officer | Patrol & Enforcement | Patrol | Zone 3 | Un-assigned |
| INFO19-0014 | 31-Jan-19 | Unnecessary Force | Information-Letter Sent | 19-Jan-19 | | 78321 | Williams | Johneatha | Corrections Officer | Corrections | Jails | Operations | Un-assigned |
| INFO19-0016 | 1-Feb-19 | Unnecessary Force Unnecessary Force | Information-Letter Sent; | 3-Feb-19 | | 68517 062709 | Kahre Reddish | James Matthew | Police Officer Police Officer | Investigations & Homeland Security | Investigations | Property & Investigative | Un-assigned |
| 19-0094 | 13-Feb-19 | Unnecessary Force Failure To Take Action | Information-Letter Sent; | 15-Jul-19 | | 079876 | Unknown Vernon | [] Latisha | Corrections | Corrections | Jails | Operations | Un-assigned |
| 19-0109 | 19-Feb-19 | Unnecessary Force Unbecoming Conduct Unnecessary Force | Not Sustained; Not Sustained; Not Sustained; | 18-Jul-19 | | 79169 079457 079174 | Stokes Mclendon River | Stephen Robert James | Corrections Officer Corrections Corrections | Corrections | Jails | Operations | Investigator Gary Collier |
| 19-0111 | 20-Feb-19 | Unnecessary Force Unnecessary Force | Information-Letter Sent; | 13-Mar-19 | | 76779 077560 | Jackson James | Joshua James | Corrections Officer | Corrections | Jails | Operations | Un-assigned |
| NA19-0023 | 7-Mar-19 | Unnecessary Force | Information-Letter Sent | 4-Mar-19 | | 61125 | Coleman | Keith | Police Officer | Patrol & Enforcement | Patrol | Zone 6 | Un-assigned |
| 19-0161 | 15-Mar-19 | Unnecessary Force Rudeness Unnecessary Force Rudeness | Exonerated; Not Sustained; Exonerated; Not Sustained | 6-Apr-19 | | 79328 076105 | Bartelt Morro | Joseph Robert | Police Officer Police Officer | Patrol & Enforcement | Patrol | Zone 4 | Un-assigned |
| 19-0290 | 10-Apr-19 | Unnecessary Force - Information | Information | 14-May-19 | | 70827 | Bell | William | Corrections Officer | Corrections | Jails | Operations | Un-assigned |
| 19-0237 | 11-Apr-19 | Failure To Conform To Work Standards | Not Sustained | 8-Nov-19 | | 78576 | Drabek | Christopher | Police Officer | Patrol & Enforcement | Patrol | Zone 5 | Un-assigned |
| 19-0289 | 6-May-19 | Unnecessary Force Improper Action Unnecessary Force Improper Action Unnecessary Force Improper Action Unnecessary Force Improper Action Unnecessary Force | Not Sustained; Not Sustained; Not Sustained; Not Sustained; Not Sustained; Not Sustained; Not Sustained; Not Sustained; Not Sustained | 30-Nov-19 | | 68930 065272 077560 006686 068923 | Elder Boston Long Price Barnhart | Ellowese Donald James Timothy Guy | Corrections Officer Corrections Officer Corrections Officer Corrections Officer Corrections Sergeant | Corrections | Jails | Operations | Un-assigned |
| INFO19-0068 | 7-May-19 | Unnecessary Force | Information-Letter Sent | 7-May-19 | | 79053 | Riley | Kevin | Police Officer | Patrol & Enforcement | Patrol | Zone 4 | Un-assigned |
| INFO19-0034 | 7-May-19 | Unnecessary Force Unnecessary Force Unnecessary Force | Information-Letter Sent; Information-Letter Sent | 7-May-19 | | 77197 076101 076069 | Swain Tunnell Bostick | Zachary Justin Dylan | Police Officer Police Officer Police Officer | Patrol & Enforcement | Patrol | Zone 1 | Un-assigned |
| INFO19-0072 | 9-May-19 | Unnecessary Force | Information-Letter Sent | 9-May-19 | | 69023 | Weber | Joseph | Corrections | Corrections | Jails | Operations | Un-assigned |
| 19-0287 | 14-May-19 | Unnecessary Force Unnecessary Force | Not Sustained; Exonerated; | 25-Jul-19 | | 31289 80684 | Davis Griffitts | Ronnie Bradley | Police Sergeant | Patrol & Enforcement | Patrol | Zone 2 | Un-assigned |
| INFO19-0076 | 21-May-19 | Unnecessary Force | Information | 21-May-19 | | 6771 | Thomas | Jerry | Sworn Bailiff Sgt | Corrections | Court Services | Court Staff | Un-assigned |
| 19-0312 | 23-May-19 | Unnecessary Force Failure To Conform To | Exonerated; Sustained; | 13-Nov-19 | Sustained Informal | 69802 077818 | Cox Rodriguez | Dwayne Nelson | Police Officer Police Officer | Patrol & Enforcement | Patrol | Zone 4 | Un-assigned |
| INFO19-0077 | 23-May-19 | Unnecessary Force | Information-Letter Sent | 23-May-19 | | 79340 | Bright | Christine | Judicial Officer | Personnel & Professional Standards | Professional Standards | Internal Affairs | Un-assigned |
| INFO19-0078 | 23-May-19 | Unnecessary Force | Information | 23-May-19 | | | Unknown | [] | | | | | Un-assigned |

| Case # | Date | Allegation | Finding | Disposition Date | Action | ID | Last Name | First Name | Rank/Title | | | | | Assignment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 19-0365 | 28-May-19 | Unbecoming Conduct Unnecessary Force | Exonerated; Exonerated | 19-Jul-19 | | 67592 | Lordahl | Joshua | Corrections Officer | Corrections | Jails | Operations | | Un-assigned |
| 19-0389 | 29-May-19 | Unnecessary Force | Not Sustained | 26-Sep-19 | | 67803 | Lissade | Joseph | Corrections Officer | Corrections | Jails | Operations | | Un-assigned |
| 19-0444 | 28-Jun-19 | Unnecessary Force Unnecessary Force | Sustained; Not Sustained | 22-Apr-20 | Resigned during termination proceedings; | 74194 078644 | Smith Purvis | Colby Michael | Corrections Officer Corrections Officer | Corrections | Jails | Operations | | Investigator Gary Collier |
| 19-0460 | 8-Jul-19 | Unnecessary Force Unnecessary Force | Not Sustained; Not Sustained | 30-Oct-19 | | 68542 005603 | Williams Dixon | Raheem Robert | Corrections Officer | Corrections | Jails | Operations | | Un-assigned |
| 19-0520 | 8-Jul-19 | Unnecessary Force Unbecoming Conduct Unnecessary Force | Unfounded; Unfounded; Exonerated | 7-Oct-19 | | 6156 078321 | Fennell Williams | Sajuana Johneatha | Corrections Sergeant Corrections | Corrections | Jails | Operations | | Un-assigned |
| 19-0506 | 13-Jul-19 | Failure To Conform To Work Standards Unnecessary Force | Sustained; Unfounded | 6-Oct-19 | Formal Counseling | 7390 068545 | Kirk Devane | Charles Ryan | Corrections Sergeant Corrections Officer | Corrections | Jails | Operations | | Un-assigned |
| 19-0519 | 15-Jul-19 | Unnecessary Force | Not Sustained | 10-Nov-19 | | | Unknown | officer | | | | | | Un-assigned |
| 19-0583 | 1-Sep-19 | Unnecessary Force | Unfounded | 13-Jan-20 | | | Unknown | officer | | | | | | Un-assigned |
| 19-0635 | 16-Sep-19 | Failure To Conform To Work Standards | Sustained; Sustained; | 15-Apr-20 | Formal Counseling; | 65241 064536 | Macedo Peterson | Mark Harlan | Corrections Officer | Corrections | Jails | Operations | | Un-assigned |
| 19-0608 | 19-Sep-19 | Unnecessary Force Unbecoming Conduct | Not Sustained; Sustained | 20-Feb-20 | Formal Counseling | 78063 | Middlebrooks | Darion | Corrections Officer | Corrections | Jails | Operations | | Un-assigned |
| 19-0622 | 19-Sep-19 | Unnecessary Force | Exonerated | 8-Jan-20 | | 71915 | Howe | Kareema | Corrections Officer | Corrections | Jails | Operations | | Un-assigned |
| 19-0615 | 7-Oct-19 | Unnecessary Force | Exonerated | 7-Nov-19 | | 72209 | Reehl | Patrick | Judicial Officer | Corrections | Court Services | Court Staff | | Un-assigned |
| 19-0729 | 1-Nov-19 | Unnecessary Force | Not Sustained | 5-Dec-19 | | | Unknown | officer | | | | | | Un-assigned |
| 19-0741 | 19-Nov-19 | Unnecessary Force | Unfounded | 12-Apr-20 | | 78287 | Deruggiero | Anthony | Corrections Officer | Corrections | Jails | Operations | | Un-assigned |
| 19-0730 | 2-Dec-19 | Failure To Take Appropriate Action Unnecessary Force | Not Sustained; Exonerated | 5-Feb-20 | | 68479 | Swain | Karen | Corrections Sergeant | Corrections | Jails | Operations | | Un-assigned |
| 19-0799 | 4-Dec-19 | Unnecessary Force Unnecessary Force Unnecessary Force | Exonerated; Exonerated; Exonerated | 20-Mar-20 | | 80860 080859 079842 | Parker Thames Valembrun | Alisha Lyric Leslie | Corrections Corrections Corrections | | Jails | Operations | | Un-assigned |
| 19-0796 | 17-Dec-19 | Unnecessary Force | Exonerated | 11-Mar-20 | | | Unknown | officer | | | | | | Un-assigned |
| 19-0789 | 31-Dec-19 | Unbecoming Conduct Unnecessary Force | Sustained; Sustained | 1-May-20 | Formal Counseling | 67592 | Lordahl | Joshua | Corrections Officer | Corrections | Jails | Operations | | Un-assigned |

**4.  Declaration of Undersheriff Patrick L. Ivey**

Exhibit I:    Citywide Incident Data (2019)

# Tracking Report

## Year End 2019

## Citywide

### Priority Violent Incidents

| Priority Violent Incidents | Year End Totals | | Change | | Month to Month Totals | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2019 | 2018 | | | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
| ABDUCTION/KIDNAPPING | 44 | 41 | 7.32 | % | 4 | 3 | 1 | 2 | 5 | 2 | 9 | 5 | 2 | 2 | 4 | 5 |
| SEX/RAPE-BATTERY | 425 | 434 | -2.07 | % | 28 | 49 | 42 | 42 | 37 | 35 | 40 | 32 | 42 | 26 | 22 | 30 |
| ROBBERY/HOME INVASION | 76 | 76 | 0.00 | % | 4 | 1 | 6 | 4 | 8 | 8 | 3 | 4 | 14 | 6 | 12 | 6 |
| ROBBERY/INDIVIDUAL | 935 | 986 | -5.17 | % | 91 | 69 | 65 | 54 | 62 | 89 | 83 | 76 | 89 | 83 | 70 | 104 |
| ROBBERY/CARJACKING | 102 | 112 | -8.93 | % | 9 | 5 | 9 | 9 | 7 | 2 | 12 | 10 | 8 | 8 | 13 | 10 |
| ROBBERY/BUSINESS | 204 | 279 | -26.88 | % | 26 | 18 | 9 | 23 | 14 | 16 | 19 | 15 | 12 | 20 | 11 | 21 |
| AGGRAVATED BATTERY | 3,169 | 3,010 | 5.28 | % | 224 | 197 | 233 | 259 | 302 | 278 | 280 | 290 | 279 | 265 | 266 | 296 |
| Violent Incident Totals | 4,955 | 4,938 | 0.34 | % | 386 | 342 | 365 | 393 | 435 | 430 | 446 | 432 | 446 | 410 | 398 | 472 |

### Priority Property Incidents

| Priority Property Incidents | Year End Totals | | Change | | Month to Month Totals | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2019 | 2018 | | | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
| ARSON | 78 | 75 | 4.00 | % | 4 | 8 | 7 | 6 | 5 | 10 | 8 | 7 | 9 | 7 | 6 | 1 |
| BURGLARY/RESIDENCE | 3,316 | 3,703 | -10.45 | % | 270 | 185 | 231 | 243 | 293 | 307 | 326 | 320 | 321 | 295 | 265 | 260 |
| BURGLARY/BUSINESS | 1,782 | 1,616 | 10.27 | % | 132 | 104 | 129 | 132 | 138 | 156 | 199 | 149 | 160 | 145 | 139 | 199 |
| AUTO THEFT | 2,823 | 2,941 | -4.01 | % | 256 | 198 | 199 | 246 | 265 | 241 | 246 | 198 | 226 | 235 | 240 | 273 |
| AUTO BURGLARY | 5,467 | 5,315 | 2.86 | % | 395 | 337 | 309 | 392 | 524 | 535 | 489 | 428 | 406 | 569 | 491 | 592 |
| GRAND THEFT/BUSINESS | 2,284 | 2,528 | -9.65 | % | 190 | 196 | 226 | 218 | 263 | 219 | 235 | 182 | 189 | 148 | 99 | 119 |
| GRAND THEFT/NONBUSINESS | 2,630 | 3,200 | -17.81 | % | 224 | 217 | 233 | 250 | 254 | 259 | 282 | 243 | 234 | 181 | 132 | 121 |
| PETIT THEFT/BUSINESS | 6,979 | 5,898 | 18.33 | % | 495 | 457 | 439 | 471 | 617 | 626 | 595 | 523 | 591 | 749 | 685 | 731 |
| PETIT THEFT/NONBUSINESS | 5,784 | 5,998 | -3.57 | % | 451 | 423 | 495 | 458 | 512 | 458 | 528 | 511 | 420 | 504 | 478 | 546 |
| Property Incident Totals | 31,143 | 31,274 | -0.42 | % | 2,417 | 2,125 | 2,268 | 2,416 | 2,871 | 2,811 | 2,908 | 2,561 | 2,556 | 2,833 | 2,535 | 2,842 |

| Priority Incident Totals | 36,098 | 36,212 | -0.31 | % | 2,803 | 2,467 | 2,633 | 2,809 | 3,306 | 3,241 | 3,354 | 2,993 | 3,002 | 3,243 | 2,933 | 3,314 |

*Internal Tracking not for UCR Comparison; Includes all agencies within the RMS

## Arrests

| | Year End Totals | | | Month to Month Totals | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **2019** | 2018 | **Change** | | *JAN* | *FEB* | *MAR* | *APR* | *MAY* | *JUN* | *JUL* | *AUG* | *SEP* | *OCT* | *NOV* | *DEC* |
| HOMICIDE/MURDER | 101 | 78 | 29.49 % | *11* | *9* | *9* | *7* | *5* | *8* | *14* | *12* | *11* | *8* | *5* | *2* |
| HOMICIDE/NEGLEGENT MANSLAUGHTER | 6 | 1 | 500.00 % | *0* | *1* | *0* | *0* | *0* | *0* | *0* | *0* | *0* | *2* | *1* | *2* |
| HOMICIDE/MANSLAUGHTER | 2 | 10 | -80.00 % | *1* | *0* | *0* | *0* | *1* | *0* | *0* | *0* | *0* | *0* | *0* | *0* |
| ABDUCTION/KIDNAPPING | 16 | 13 | 23.08 % | *4* | *2* | *2* | *0* | *0* | *0* | *2* | *1* | *1* | *1* | *2* | *1* |
| SEX/RAPE-BATTERY | 108 | 146 | -26.03 % | *10* | *9* | *13* | *7* | *11* | *3* | *16* | *19* | *4* | *6* | *5* | *5* |
| AUTO BURGLARY | 0 | 1 | -100.00 % | *0* | *0* | *0* | *0* | *0* | *0* | *0* | *0* | *0* | *0* | *0* | *0* |
| ROBBERY/HOME INVASION | 13 | 20 | -35.00 % | *2* | *1* | *2* | *2* | *0* | *1* | *2* | *0* | *0* | *2* | *0* | *1* |
| WEAPONS VIOLATION | 13 | 21 | -38.10 % | *2* | *1* | *2* | *2* | *0* | *1* | *2* | *0* | *0* | *2* | *0* | *1* |
| UNCLASSIFIED | 3 | 0 | 300.00 % | *0* | *0* | *3* | *0* | *0* | *0* | *0* | *0* | *0* | *0* | *0* | *0* |
| RESISTING/OBSTRUCTING | 1 | 2 | -50.00 % | *1* | *0* | *0* | *0* | *0* | *0* | *0* | *0* | *0* | *0* | *0* | *0* |
| ROBBERY/CARJACKING | 1 | 3 | -66.67 % | *1* | *0* | *0* | *0* | *0* | *0* | *0* | *0* | *0* | *0* | *0* | *0* |
| ROBBERY/INDIVIDUAL | 232 | 221 | 4.98 % | *21* | *11* | *15* | *9* | *7* | *15* | *24* | *23* | *22* | *31* | *15* | *39* |
| TRAFFIC/NOT DWI | 232 | 222 | 4.50 % | *21* | *11* | *15* | *9* | *7* | *15* | *24* | *23* | *22* | *31* | *15* | *39* |
| UNCLASSIFIED | 233 | 223 | 4.48 % | *21* | *11* | *15* | *9* | *7* | *15* | *24* | *24* | *22* | *31* | *15* | *39* |
| ROBBERY/CARJACKING | 68 | 64 | 6.25 % | *9* | *2* | *5* | *7* | *4* | *1* | *9* | *4* | *4* | *8* | *7* | *8* |
| UNCLASSIFIED | 69 | 64 | 7.81 % | *9* | *2* | *6* | *7* | *4* | *1* | *9* | *4* | *4* | *8* | *7* | *8* |
| PETIT THEFT/BUSINESS | 0 | 1 | -100.00 % | *0* | *0* | *0* | *0* | *0* | *0* | *0* | *0* | *0* | *0* | *0* | *0* |
| ROBBERY/BUSINESS | 68 | 128 | -46.88 % | *3* | *5* | *4* | *5* | *22* | *4* | *2* | *4* | *4* | *1* | *2* | *12* |
| AGGRAVATED BATTERY | 1,422 | 1,475 | -3.59 % | *128* | *109* | *109* | *110* | *116* | *135* | *127* | *126* | *122* | *115* | *107* | *118* |
| ARSON | 24 | 25 | -4.00 % | *0* | *5* | *1* | *2* | *1* | *5* | *1* | *1* | *0* | *4* | *2* | *2* |
| BURGLARY/BUSINESS | 0 | 1 | -100.00 % | *0* | *0* | *0* | *0* | *0* | *0* | *0* | *0* | *0* | *0* | *0* | *0* |
| BURGLARY/RESIDENCE | 11 | 570 | -98.07 % | *11* | *0* | *0* | *0* | *0* | *0* | *0* | *0* | *0* | *0* | *0* | *0* |
| BURGLARY/BUSINESS | 10 | 250 | -96.00 % | *10* | *0* | *0* | *0* | *0* | *0* | *0* | *0* | *0* | *0* | *0* | *0* |
| AUTO THEFT | 448 | 508 | -11.81 % | *30* | *35* | *28* | *37* | *42* | *46* | *37* | *38* | *49* | *43* | *30* | *33* |
| AUTO BURGLARY | 278 | 278 | 0.00 % | *20* | *17* | *22* | *30* | *23* | *30* | *16* | *26* | *23* | *35* | *11* | *25* |
| GRAND THEFT/BUSINESS | 15 | 689 | -97.82 % | *15* | *0* | *0* | *0* | *0* | *0* | *0* | *0* | *0* | *0* | *0* | *0* |
| GRAND THEFT/BUSINESS | 0 | 1 | -100.00 % | *0* | *0* | *0* | *0* | *0* | *0* | *0* | *0* | *0* | *0* | *0* | *0* |
| GRAND THEFT/NONBUSINESS | 4 | 323 | -98.76 % | *4* | *0* | *0* | *0* | *0* | *0* | *0* | *0* | *0* | *0* | *0* | *0* |
| PETIT THEFT/BUSINESS | 42 | 1,377 | -96.95 % | *42* | *0* | *0* | *0* | *0* | *0* | *0* | *0* | *0* | *0* | *0* | *0* |

| | Year End Totals | | | Month to Month Totals | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **2019** | 2018 | **Change** | *JAN* | *FEB* | *MAR* | *APR* | *MAY* | *JUN* | *JUL* | *AUG* | *SEP* | *OCT* | *NOV* | *DEC* |
| PETIT THEFT/NONBUSINESS | 14 | 490 | **-97.14** % | 14 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| SEX/LEWD | 189 | 186 | **1.61** % | 15 | 9 | 19 | 9 | 9 | 25 | 32 | 12 | 11 | 19 | 14 | 15 |
| SEX/CHILD PORN | 15 | 7 | **114.29** % | 1 | 2 | 0 | 0 | 2 | 1 | 1 | 2 | 1 | 4 | 1 | 0 |
| SEX/PORN | 5 | 9 | **-44.44** % | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 1 | 1 | 1 | 0 | 0 |
| SEX/PROSTITUTION | 175 | 277 | **-36.82** % | 13 | 16 | 11 | 12 | 10 | 31 | 35 | 1 | 13 | 8 | 16 | 9 |
| SEX/ENTERTAINMENT | 55 | 3 | **1733.33** % | 0 | 1 | 1 | 9 | 11 | 8 | 3 | 12 | 10 | 0 | 0 | 0 |
| SEX/REGISTER | 229 | 193 | **18.65** % | 15 | 19 | 10 | 20 | 27 | 18 | 35 | 20 | 12 | 25 | 13 | 15 |
| HUMAN TRAFFICKING | 1 | 3 | **-66.67** % | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 |
| WEAPONS VIOLATION | 1,102 | 1,191 | **-7.47** % | 109 | 96 | 106 | 80 | 85 | 92 | 88 | 103 | 97 | 79 | 77 | 90 |
| NEGLECT/ABUSE-CHILD | 344 | 372 | **-7.53** % | 30 | 28 | 27 | 37 | 33 | 21 | 26 | 29 | 31 | 31 | 28 | 23 |
| NEGLECT/CD-CHILD | 12 | 19 | **-36.84** % | 1 | 1 | 2 | 1 | 0 | 2 | 2 | 1 | 1 | 0 | 0 | 1 |
| NEGLECT/ABUSE | 15 | 11 | **36.36** % | 0 | 1 | 0 | 0 | 5 | 2 | 0 | 2 | 1 | 1 | 0 | 3 |
| FALSE IMPRISONMENT | 32 | 33 | **-3.03** % | 5 | 2 | 2 | 5 | 3 | 1 | 2 | 2 | 4 | 2 | 1 | 3 |
| STALKING/AGGRAVATED | 19 | 9 | **111.11** % | 3 | 3 | 0 | 1 | 2 | 3 | 3 | 1 | 1 | 0 | 1 | 1 |
| STALKING/NOT AGGRAVATED | 8 | 19 | **-57.89** % | 0 | 2 | 0 | 0 | 0 | 0 | 2 | 0 | 2 | 0 | 2 | 0 |
| SIMPLE ASSAULT/BATTERY | 4,065 | 4,049 | **0.40** % | 313 | 306 | 335 | 358 | 357 | 376 | 393 | 365 | 350 | 350 | 263 | 299 |
| RESISTING/OBSTRUCTING | 1,979 | 1,972 | **0.35** % | 195 | 168 | 169 | 171 | 163 | 171 | 167 | 190 | 159 | 176 | 125 | 125 |
| DISORDERLY/BREACH | 95 | 91 | **4.40** % | 13 | 5 | 9 | 11 | 9 | 6 | 13 | 4 | 9 | 9 | 4 | 3 |
| PROTECTION VIOLATION | 351 | 404 | **-13.12** % | 32 | 32 | 30 | 32 | 31 | 23 | 29 | 43 | 27 | 23 | 24 | 25 |
| MAKING THREATS | 72 | 91 | **-20.88** % | 6 | 7 | 2 | 5 | 7 | 5 | 7 | 7 | 6 | 8 | 8 | 4 |
| PHONE HARRASSMENT/THREAT | 2 | 7 | **-71.43** % | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 |
| ANIMAL CRUELTY | 12 | 8 | **50.00** % | 0 | 1 | 1 | 1 | 2 | 1 | 2 | 2 | 0 | 1 | 0 | 1 |
| EXTORTION/BLACKMAIL | 0 | 2 | **-200.00** % | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| FORGERY | 150 | 207 | **-27.54** % | 14 | 10 | 18 | 13 | 6 | 12 | 11 | 14 | 13 | 14 | 14 | 11 |
| FRAUD | 400 | 670 | **-40.30** % | 63 | 34 | 42 | 30 | 37 | 22 | 34 | 38 | 33 | 26 | 28 | 13 |
| WORTHLESS CHECK | 30 | 17 | **76.47** % | 2 | 2 | 6 | 2 | 6 | 1 | 0 | 2 | 6 | 1 | 2 | 0 |
| BRIBERY | 0 | 2 | **-200.00** % | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| CRIMINAL MISCHIEF/BUSINESS | 4 | 93 | **-95.70** % | 3 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| CRIMINAL MISCHIEF/NONBUSINESS | 2 | 183 | **-98.91** % | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| CRIMINAL MISCHIEF/VEHICLE | 2 | 86 | **-97.67** % | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

*\*Internal Tracking not for UCR Comparison; Includes all agencies within the RMS*

| | Year End Totals | | | Month to Month Totals | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **2019** | 2018 | Change | | *JAN* | *FEB* | *MAR* | *APR* | *MAY* | *JUN* | *JUL* | *AUG* | *SEP* | *OCT* | *NOV* | *DEC* |
| DEALING IN STOLEN PROPERTY | 168 | 56 | 200.00 % | 8 | 9 | 21 | 17 | 16 | 14 | 21 | 17 | 9 | 17 | 9 | 10 |
| BURGLARY RELATED | 7 | 7 | 0.00 % | 1 | 2 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 0 |
| AUTO/TEMPORARY USE | 1 | 0 | 100.00 % | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 |
| RECOVERY/VEHICLE | 0 | 5 | -500.00 % | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| INFORMATION/PROPERTY | 0 | 4 | -400.00 % | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| DRUGS | 4,928 | 5,038 | -2.18 % | 490 | 479 | 514 | 414 | 420 | 397 | 356 | 455 | 386 | 389 | 307 | 321 |
| TRAFFIC/DWI | 1,655 | 1,748 | -5.32 % | 153 | 149 | 158 | 168 | 152 | 127 | 119 | 167 | 102 | 122 | 111 | 127 |
| TRAFFIC/NOT DWI | 2,416 | 4,178 | -42.17 % | 399 | 328 | 356 | 273 | 131 | 157 | 144 | 161 | 119 | 157 | 100 | 91 |
| CRIMINAL INTELLIGENCE | 14 | 11 | 27.27 % | 0 | 2 | 1 | 1 | 1 | 2 | 0 | 3 | 1 | 0 | 2 | 1 |
| CONSPIRACY | 14 | 19 | -26.32 % | 3 | 0 | 2 | 0 | 0 | 0 | 2 | 3 | 1 | 2 | 1 | 0 |
| IMPERSONATING | 145 | 125 | 16.00 % | 18 | 10 | 14 | 12 | 12 | 13 | 7 | 10 | 15 | 14 | 10 | 10 |
| INTOXICATION | 332 | 351 | -5.41 % | 28 | 33 | 30 | 25 | 29 | 25 | 32 | 27 | 31 | 21 | 20 | 31 |
| GAMBLING VIOLATION | 0 | 3 | -300.00 % | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| BUSINESS VIOLATION | 15 | 17 | -11.76 % | 1 | 1 | 0 | 2 | 1 | 0 | 3 | 3 | 2 | 1 | 0 | 1 |
| LIQUOR VIOLATION | 232 | 153 | 51.63 % | 13 | 31 | 13 | 8 | 14 | 29 | 19 | 16 | 17 | 35 | 19 | 18 |
| TOBACCO VIOLATION | 1 | 0 | 100.00 % | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| VESSEL VIOLATION | 1 | 3 | -66.67 % | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| WILDLIFE VIOLATION | 1 | 6 | -83.33 % | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| TRESPASSING | 1,281 | 1,105 | 15.93 % | 102 | 99 | 107 | 84 | 114 | 126 | 137 | 115 | 98 | 115 | 87 | 97 |
| LOITERING/PROWLING | 19 | 23 | -17.39 % | 0 | 3 | 0 | 0 | 2 | 1 | 0 | 2 | 5 | 3 | 1 | 2 |
| SOLICITING/PANHANDLING | 35 | 32 | 9.38 % | 3 | 7 | 2 | 1 | 3 | 3 | 4 | 0 | 2 | 3 | 1 | 6 |
| LITTERING/DUMPING | 7 | 1 | 600.00 % | 2 | 2 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 1 | 0 |
| NUISANCE | 2 | 0 | 200.00 % | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 |
| NUISANCE/ANIMAL | 0 | 1 | -100.00 % | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| PUBLIC ORDER | 13 | 5 | 160.00 % | 0 | 3 | 2 | 3 | 0 | 0 | 0 | 1 | 2 | 1 | 1 | 0 |
| CHILD SUPPORT | 839 | 753 | 11.42 % | 88 | 77 | 76 | 60 | 70 | 65 | 70 | 90 | 71 | 64 | 39 | 69 |
| COURT VIOLATION | 6,655 | 6,720 | -0.97 % | 615 | 592 | 559 | 622 | 548 | 605 | 539 | 607 | 500 | 615 | 418 | 435 |
| CORRECTIONS VIOLATION | 466 | 495 | -5.86 % | 48 | 33 | 41 | 41 | 45 | 38 | 37 | 39 | 37 | 42 | 28 | 37 |
| MENTAL HEALTH RELATED | 44 | 29 | 51.72 % | 2 | 6 | 2 | 6 | 7 | 2 | 4 | 5 | 1 | 4 | 4 | 1 |
| INFORMATION | 2,281 | 2,366 | -3.59 % | 208 | 178 | 234 | 197 | 306 | 154 | 179 | 192 | 158 | 202 | 127 | 146 |

| | Year End Totals | | | Month to Month Totals | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **2019** | 2018 | Change | *JAN* | *FEB* | *MAR* | *APR* | *MAY* | *JUN* | *JUL* | *AUG* | *SEP* | *OCT* | *NOV* | *DEC* |
| UNCLASSIFIED | 3,169 | 1,487 | **113.11** % | *210* | *216* | *150* | *385* | *463* | *323* | *211* | *247* | *220* | *347* | *202* | *195* |
| Arrest Totals | **36,993** | 41,624 | **-11.13** % | **3,565** | **3,213** | **3,289** | **3,335** | **3,371** | **3,150** | **3,022** | **3,267** | **2,806** | **3,188** | **2,300** | **2,487** |

**\*Internal Tracking not for UCR Comparison; Includes all agencies within the RMS**

# 4.   Declaration of Undersheriff Patrick L. Ivey

Exhibit J:  Article – Leonard Fournette demonstration




SPORTS

# Leonard Fournette leads peaceful protest through downtown Jacksonville

—

Fournette, Jaguars march alongside Mayor Lenny Curry and public officials



Jaguars Back Fournette, Peaceful Protests



Author: Mia O'Brien
Published: 2:22 PM EDT June 9, 2020
Updated: 6:20 PM EDT June 9, 2020

 

Days after the Jacksonville Jaguars players, coaches, and staff marched together from TIAA Bank Field to JSO Headquarters, Jaguars' running back Leonard Fournette organized a protest of his own through Downtown Jacksonville. From a tweet last week hoping to organize the event, the march evolved to include Mayor Lenny Curry, the Jacksonville Sheriff's Office, and other local personalities, including rapper Lil Duval.



What If There Was No Money?

FEATURED BY

SEPHORA
SHOP NOW ›
500 points = $10 off*
*Redeem at checkout. Exclusions/Terms and Conditions apply.

Chris Porter ✔
@ChrisPorterFCN

@_fournette leading peaceful protest in downtown Jax. @TEGNA @FCN2go



♡ 27  10:20 AM - Jun 9, 2020  ⓘ

See Chris Porter's other Tweets  ›

A dozen of Fournette's teammates also participated, including D.J. Chark, Chris Conley, and Myles Jack. Jaguars' running backs coach Terry Robiskie and four other coaches were also present.

Earlier this morning, the City of Jacksonville removed parts of a Confederate statue in Hemming Park. In an address prior to the protest walk, Mayor Curry promised that all Confederate statues would come down across the city. Fournette also addressed the crowd prior to the march.

"This is bigger than me, bigger than football. So we gonna continue praying, coming together, doing what we have to do to have a better generation for our kids, the next generation and black lives matter, lets keep fighting y'all."



Leonard Fournette ✔
@_fournette

Held my first protest today I loved it, I'm really a general at heart!



♡ 2,857   1:05 PM - Jun 9, 2020                                    ⓘ

💬 432 people are talking about this                                    ❯

"Understanding our place as young black men because it's hard being black out here right now," Fournette continued. "It is tough. I wanna be that voice for people like George Floyd, George Hill, Arthur Sterling, things like that. This is a big step for all of us. I'm happy to see blacks and white's out here together doing this, this is a wonderful thing. And the biggest thing, I didn't grow up being a racist or my parents teaching me racism. We gotta stop that [stuff], that [stuff] bad, man."



Chris Porter ✔
@ChrisPorterFCN

.@Jaguars players are here for the 10am presser in downtown Jax in front of city hall. @FCN2go





♡ 21   10:03 AM - Jun 9, 2020    ⓘ

👤 See Chris Porter's other Tweets    ›

---

**Chris Porter** ✔
@ChrisPorterFCN    🐦

@_fournette saying is not about the flag it's about equality for ALL.
@Jaguars @FCN2go



♡ 4   10:06 AM - Jun 9, 2020    ⓘ

👤 See Chris Porter's other Tweets    ›

---



---

**You May Like**      Sponsored Links by Taboola

**The Dead Giveaway That Tells You
When Amazon's Giving You A Better**

**Price Than Other Retailers**

Wikibuy

**Airport Security Couldn't Believe
These Jaw-Dropping Moments**

Noteabley

**Cable TV is Dying. Here's What We Think Is Next (and It's Not Netflix!)**

The Motley Fool

**Mom Booted From Water Park Because All The Men Can't Stop Staring**

Top 5

**The Cameraman Was Not Expecting These Beach Fails**

Definition

LOADING NEXT ARTICLE...