UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DELAINE SMITH, BRIAUNA
BOSWORTH, SHARRONA
BRIGHTMAN, and ELIZABETH
MULRONEY,

       Plaintiffs,

v.                                                                                      Case No. 3:20-cv-629-J-39JRK

SHERIFF MIKE WILLIAMS, in his
official capacity as Sheriff of the
Consolidated City of Jacksonville,
Florida, J. H. WING, individually, F.
CANNADAY, individually, D. D. STUHR,
individually, and C. S. JOHN,
individually,

       Defendants.
_____/

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the above styled cause is scheduled for a hearing on Plaintiff's Motion for Preliminary Injunction and Memorandum of Law (Doc. 10) on **THURSDAY, JULY 16, 2020, at 10:00 A.M.**, before the Honorable Brian J. Davis, United States District Judge in the United States Courthouse Courtroom No. 12C, Twelfth Floor, 300 North Hogan Street, Jacksonville, Florida 32202. The hearing will be held in person, telephonically, and by video teleconferencing using Zoom. Because of public health concerns (See In re The National Emergency Declared on March 13, 2020, Case No. 8:20-mc-25 D.E. 2) (M.D. Fla. June 29, 2020) (holding that the present "pandemic remains a national public health emergency") (Merryday, C.J.)), only

essential court personnel, the parties, and their counsel ("case participants"), may be physically present in the courtroom.[1]

The Court will activate the video conference at 9:50 a.m. to allow viewing promptly at 10:00 a.m. The Courtroom Deputy will email the Zoom video conference invitation with the link, meeting ID, and password to counsel of record using the email addresses listed on the Court's docket for this case. Individuals appearing by Zoom shall dress in appropriate court attire and appear in front of an appropriate professional background.

To reduce background audio interference, all case participants appearing remotely must keep themselves muted if they are not speaking. When a case participant speaks, the participant must first identify themselves so the court reporter can accurately report the proceedings.

Observers are permitted to attend by telephone **ONLY**. The teleconferencing number is **1-888-684-8852.** The access code is **3809220.** The security code is **0716.** Please call in at least 10 minutes before the scheduled hearing. Observers will be muted for the entire hearing.

Persons granted remote access to this hearing are hereby reminded that under Local Rule 4.11(a)(2), United States District Court, Middle District of Florida, "the taking of photographs, the operation of recording or transmission devices, and the

---

[1] The parties shall alert the Court as to whether the parties or counsel will appear physically or remotely on or before **July 14, 2020**, by emailing the Courtroom Deputy at chloe_swinton@flmd.uscourts.gov. To the extent that anyone appears physically, they shall wear a face mask covering their nose and mouth and comply with social distancing measures. See In re Coronavirus Public Emergency, Case No. 3:20-mc-5 D.E. 2 (M.D. Fla. June 16, 2020).

broadcasting or televising of proceedings in any courtroom or hearing room of this Court, or the environs thereof, either while the Court is in session or at recesses between sessions when Court officials, attorneys, jurors, witnesses or other persons connected with judicial proceedings of any kind are present, are prohibited." Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court.

**DONE** and **ORDERED** in Jacksonville, Florida this 10th day of July, 2020.

_____
BRIAN J. DAVIS
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties