**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**DELAINE SMITH, BRIAUNA BOSWORTH,**
**SHARRONA BRIGHTMAN, and**
**ELIZABETH MULRONEY**

    Plaintiffs,

vs.                                  Case No.:  3:20-cv-00629

**SHERIFF MIKE WILLIAMS,**
in his official capacity as Sheriff of the
Consolidated City of Jacksonville, Florida,
**J.H. WING, individually; F. CANNADAY, individually;**
**DD. STUHR, individually; and C.S. JOHN, individually.**

    Defendant.

_____

## NOTICE REGARDING SUPPLEMENTAL MEMORANDA

At the hearing on Plaintiffs' Motion for Preliminary Injunction held on July 16, 2020, the Court inquired of the parties whether they wished to submit supplemental memoranda to address any new arguments or questions raised during the hearing. The parties requested and were granted leave to inform the Court of their decision by July 17, 2020.  The parties have conferred on this issue and determined they do <u>not</u> wish to submit supplemental memoranda.

Dated: July 17, 2020

                      Respectfully submitted,

| | |
|---|---|
|   */s/ Jesse Wilkison* |   */s/ Stephen J. Powell* |
| Wm. J. Sheppard, Esquire | Stephen J. Powell, Esquire |
| Florida Bar No.: 109154 | Florida Bar No.: 305881 |
| Elizabeth L. White, Esquire | Mary Margaret Giannini, Esquire |
| Florida Bar No.: 314560 | Florida Bar No.: 1005572 |
| Matthew R. Kachergus, Esquire | Assistant General Counsel |
| Florida Bar No.: 503282 | 117 West Duval Street, Suite 480 |
| Bryan E. DeMaggio, Esquire | Jacksonville, Florida 32202 |
| Florida Bar No.: 55712 | Telephone: (904) 255-5100 |
| Jesse B. Wilkison Esquire | Facsimile: (904) 255-5120 |
| Florida Bar No.: 118505 | Email: spowell@coj.net |
| Camille E. Sheppard, Esquire |       MGiannini@coj.net |
| Florida Bar No.: 124518 | COUNSEL FOR DEFENDANT |
| Sheppard, White, Kachergus, | |
| DeMaggio & Wilkison, P.A. | |
| 215 Washington Street | |
| Jacksonville, Florida 32202 | |
| Telephone:    (904) 356-9661 | |
| Facsimile:    (904) 356-9667 | |
| Email:    sheplaw@sheppardwhite.com | |
| COUNSEL FOR PLAINTIFFS | |

JBW/km[protestors.notice.suppl.memo]