UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**DELAINE SMITH, BRIAUNA BOSWORTH,**
**SHARRONA BRIGHTMAN, and**
**ELIZABETH MULRONEY**

    Plaintiffs,

vs.                                                                                 Case No.:  3:20-cv-00629

**SHERIFF MIKE WILLIAMS,**
in his official capacity as Sheriff of the
Consolidated City of Jacksonville, Florida,
**J.H. WING, individually; F. CANNADAY, individually;**
**DD. STUHR, individually; and C.S. JOHN, individually.**

    Defendant.

_____

**JOINT NOTICE REGARDING PLAINTIFFS' MOTION**
**FOR PRELIMINARY INJUNCTION**

The Parties, by and through undersigned counsel, and pursuant to this Court's Order entered July 24, 2020 (Doc. 35), hereby file this Joint Notice Regarding matters pertaining to Plaintiffs' Motion for Preliminary Injunction.

1. The Parties are in agreement that the Republican National Convention (RNC) is no longer going to be held in Jacksonville, Florida.

2. The Parties agree that President Trump will give an acceptance speech in North Carolina, but that there is presently no publicly available information as to the date, time, or specific location as to the acceptance speech.

3. The Parties surmise that it is likely President Trump will give his acceptance speech in Charlotte, North Carolina, on Thursday, August 27, 2020, which is the sixtieth (60th) anniversary of Ax Handle Saturday. The RNC was originally scheduled to take place entirely in Charlotte, NC,

between Monday, August 24, 2020, and Thursday, August 27, 2020.  Historically, presidential candidates have given their acceptance speeches on the final day of their respective party's conventions. When the RNC was scheduled to take place in Jacksonville, Florida, President Trump's acceptance speech was scheduled for August 27, 2020.  Hence, the Parties project that President Trump will give his acceptance speech on this same date, but in Charlotte.

Dated:  July 29, 2020

Respectfully Submitted,

| /s/Matthew R. Kachergus | /s/ Mary Margaret Giannini |
|---|---|
| Wm. J. Sheppard, Esquire | Stephen J. Powell, Esquire |
| Florida Bar No.:  109154 | Florida Bar No.: 305881 |
| Elizabeth L. White, Esquire | Chief, Tort Litigation |
| Florida Bar No.: 314560 | Office of General Counsel |
| Matthew R. Kachergus, Esquire | Mary Margaret Giannini, Esquire |
| Florida Bar No.: 503282 | Florida Bar No.: 1005572 |
| Bryan E. DeMaggio, Esquire | Assistant General Counsel |
| Florida Bar No.: 55712 | 117 West Duval Street, Suite 480 |
| Jesse B. Wilkison Esquire | Jacksonville, Florida 32202 |
| Florida Bar No.: 118505 | Telephone: (904) 255-5100 |
| Camille E. Sheppard, Esquire | Facsimile: (904) 255-5120 |
| Florida Bar No.: 124518 | Email: spowell@coj.net |
| Sheppard, White, & Kachergus & DeMaggio, P.A. | MGiannini@coj.net |
| 215 Washington Street | COUNSEL FOR DEFENDANT |
| Jacksonville, Florida 32202 | |
| Telephone:     (904) 356-9661 | |
| Facsimile:      (904) 356-9667 | |
| Email: sheplaw@sheppardwhite.com | |
| COUNSEL FOR PLAINTIFFS | |