UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**DELAINE SMITH, BRIAUNA BOSWORTH,
SHARRONA BRIGHTMAN, and
ELIZABETH MULRONEY**

    **Plaintiffs,**

vs.                                Case No.: 3:20-cv-00629

**SHERIFF MIKE WILLIAMS,**
in his official capacity as Sheriff of the
Consolidated City of Jacksonville, Florida,
**J.H. WING, individually; F. CANNADAY, individually;
DD. STUHR, individually; and C.S. JOHN, individually.**

    **Defendant.**

## PLAINTIFFS' NOTICE REGARDING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

Plaintiffs, by and through undersigned counsel, and pursuant to this Court's Order entered on July 24, 2020, file this notice regarding their intentions to protest on the sixtieth anniversary of Ax Handle Saturday and the pertinent details of those protests. (Doc. 35). In response to the Court's order, Plaintiffs proffer the following information:

1. On July 23, 2020, President Trump abruptly cancelled the portions of the Republican National Convention (RNC) scheduled to occur in Jacksonville, Florida from August 21, 2020 to August 27, 2020.

2. On July 24, 2020, this Court entered an Order directing the Plaintiffs to provide the court with information as to whether they will protest on Ax-Handle Saturday, and if so all pertinent details of that protest. (Doc. 35 at 2).

3. In response to the Court's first inquiry, all Plaintiffs intend to protest on Ax-Handle Saturday.

4. In response to the Court's second inquiry, given the sudden cancellation of the RNC in Jacksonville, the details of the protests being planned on that day are still being coordinated and modified. However, the undersigned has reached out to activists, organizers and community leaders in Jacksonville to provide as accurate and detailed a picture of the events scheduled to occur that day as the circumstances allow.

5. The undersigned spoke with Rodney Lawrence Hurst, Sr. a civil rights activist and historian[1] who is coordinating two events in commemoration of Ax-Handle Saturday.

6. Mr. Hurst stated that events are held every year to commemorate the anniversary of Ax-Handle Saturday, with the ten-year anniversaries being "major commemorations" that tend to feature more involved presentations and draw larger crowds.

7. The first event scheduled on the 60th Anniversary of Axe-Handle Saturday will be held in Heming Park from 11:00 a.m. to 4:00 p.m. The purpose of the gathering is to commemorate the events that occurred in Hemming Park sixty years ago. Specifically, on August 27, 1960 a group of student protestors were conducting sit-ins, asking to be served at segregated lunch counters at Woolworths, Morrison's Cafeteria, and other eateries in downtown Jacksonville. A group of 200 middle-aged and older white men gathered in Hemming Park armed with baseball

---

[1] Mr. Hurst is the author of two award-winning books on the topics of Black history and racism in Jacksonville, *It was Never about a Hot Dog and a Coke!*, a personal account of the 1960 sit-in demonstrations in Jacksonville, Florida and the events of Ax-Handle Saturday and *Unless WE Tell It…It Never Gets Told!,* which deals with Black History, Jacksonville Civil Rights History, and Confronting Racism. He has also written a third book published today, *Never Forget Who You Are: Conversations About Racism and Identity Development.* Mr. Hurst is one of, if not the, foremost experts on Ax-Handle Saturday and has often taken leadership roles in organizing gatherings commemorating the event, including the upcoming commemorations of Ax-Handle Saturday's 60th anniversary.

bats and ax handles and attacked the protestors conducting sit-ins. The mob then began attacking all African-Americans on sight. The police did not provide protection to the young protestors conducting sit-ins or intervene when the protestors were attacked. Rather the police only intervened once a group of black youths who called themselves "the Boomerangs" interceded to protect the protestors.

8. The purpose of the event is to commemorate the protests and violence in response thereto that occurred on that day and to inform the public as to what happened in Hemming park sixty years ago. Mr. Hurst characterizes the 60th Anniversary gathering as a commemoration of the protests that occurred on Ax-Handle Saturday, rather than a protest in and of itself. The event will feature a program including videos and speakers who will be broadcast on five large screens and loudspeakers.

9. In order to effectively observe social-distancing, the event organizers are limiting attendance in Heming Park to 300 attendees, which such attendees encouraged to wear masks and masks will be provided. However, the event organizers are not seeking to limit the number of people who can gather to participate in the commemoration on the public walkways outside of Heming Park. The organizers of the event are seeking to have the streets adjoining Heming Park blocked off in anticipation of such attendees congregating outside the park.

10. The second event scheduled to commemorate the 60th Anniversary of Axe-Handle Saturday is scheduled to take place at the Hope and History Mural located on the corner of Jessie St. and A. Phillip Randolph Boulevard and is scheduled to occur from 5:00 p.m. to 8:00 p.m. This event will involve a number of speakers speaking on a stage. This event has been permitted with an expected attendance of 100 persons gathered in a smaller space than Heming Park, but the actual number of persons who will attend is unknown and will not be known until it takes place.

11. In addition to the events planned to commemorate the 60th Anniversary of Axe-Handle Saturday, there are also protests being planned that day to protest the current systemic racism and injustices committed against Black people in Jacksonville and the United States.

12. Prior to the RNC's cancellation, local organizations affiliated with the Black Lives Matter movement were in the process of planning a number of marches and protest on Axe-Handle Saturday. The undersigned spoke with one of the leaders of Black Lives Matter-Jacksonville, Florida to determine how the RNC's cancellation affected those plans.

13. The Black Lives Matter-Jacksonville, Florida Facebook group currently has 3,068 members. This group was involved in coordinating and supporting the protests on May 31, 2020 with medics and other supplies.

14. According to the leaders of Black Lives Matter-Jacksonville, the cancellation of the RNC has not changed their plans to hold protests on August 27. Given the RNC's withdrawal from Jacksonville, the time and locations of those protests are still being decided.

15. It is inherently difficult to quantify the number of individuals who will be present at these events. However, given the current racial climate in the United States and Jacksonville, Plaintiffs expect attendance at the commemorations and protests being held on the anniversary of Ax-Handle Saturday to be high.

16. Plaintiffs intend to participate in the above-described, commemorations and protests to be held on Axe-Handle Saturday's anniversaries. Given the Jacksonville Sheriff's Office's prior constitutional violations against them and others during the protests held on May 31, 2020, they fear that their participation in Axe-Handle Saturday events and future protests leading into the highly-contentious 2020 Presidential election will result in further unlawful dispersal orders, arrests, and uses of force against them.

Respectfully submitted,

  */s/ Matthew R. Kachergus*
  */s/ Jesse B. Wilkison*
Wm. J. Sheppard, Esquire
Florida Bar No.: 109154
Elizabeth L. White, Esquire
Florida Bar No.: 314560
Matthew R. Kachergus, Esquire
Florida Bar No.: 503282
Bryan E. DeMaggio, Esquire
Florida Bar No.: 55712
Jesse B. Wilkison, Esquire
Florida Bar No.: 118505
Camille E. Sheppard, Esquire
Florida Bar No.: 124518
Sheppard, White, Kachergus, DeMaggio & Wilkison, P.A.
215 Washington Street
Jacksonville, Florida 32202
Telephone: (904) 356-9661
Facsimile: (904) 356-9667
Email: sheplaw@sheppardwhite.com
COUNSEL FOR PLAINTIFFS

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing has been furnished via the CM-ECF System which will send a notice of electronic filing to **Dexter Davis, Esquire, dvdavis@35davis.com**, Jesse N. Driecer, Esquire, jesse@tassonelaw.com, Stephen Powell, Esquire, spowell@coj.net, **and Mary Margaret Giannini, Esquire, mgiannini@coj.net**, and **Paul Daragjati, Esquire, paul@daragjatilaw.com**, this 29th day of July 2020.

  */s/ Matthew R. Kachergus*
  */s/ Jesse B. Wilkison*
  ATTORNEY