UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**DELAINE SMITH, BRIAUNA BOSWORTH,**
**SHARRONA BRIGHTMAN, and**
**ELIZABETH MULRONEY**

    Plaintiffs,

vs.                                         Case No.: 3:20-cv-00629

**SHERIFF MIKE WILLIAMS,**
in his official capacity as Sheriff of the
Consolidated City of Jacksonville, Florida,
**J.H. WING, individually; F. CANNADAY, individually;**
**DD. STUHR, individually; and C.S. JOHN, individually.**

    **Defendant.**
_____

## NOTICE OF SETTLEMENT

    The Parties, by and through undersigned counsel and pursuant to Local Rule 3.08, hereby notify the Court that the parties have reached a tentative settlement of this action. The parties are working to consummate a final settlement agreement to resolve all claims in this action and request the Court to stay the matter until further informed by the parties.

Dated:  July 30, 2020

Respectfully Submitted,

| | |
|---|---|
| _/s/Matthew R. Kachergus_<br>Wm. J. Sheppard, Esquire<br>Florida Bar No.:  109154<br>Elizabeth L. White, Esquire<br>Florida Bar No.: 314560<br>Matthew R. Kachergus, Esquire<br>Florida Bar No.: 503282<br>Bryan E. DeMaggio, Esquire<br>Florida Bar No.: 55712<br>Jesse B. Wilkison Esquire<br>Florida Bar No.: 118505<br>Camille E. Sheppard, Esquire<br>Florida Bar No.: 124518<br>Sheppard, White, & Kachergus &<br>DeMaggio, P.A.<br>215 Washington Street<br>Jacksonville, Florida 32202<br>Telephone:     (904) 356-9661<br>Facsimile:      (904) 356-9667<br>Email:  sheplaw@sheppardwhite.com<br>**COUNSEL FOR PLAINTIFFS** | _/s/ Stephen J. Powell_<br>Stephen J. Powell, Esquire<br>Florida Bar No.: 305881<br>Chief, Tort Litigation<br>Office of General Counsel<br>Mary Margaret Giannini, Esquire<br>Florida Bar No.: 1005572<br>Assistant General Counsel<br>117 West Duval Street, Suite 480<br>Jacksonville, Florida 32202<br>Telephone: (904) 255-5100<br>Facsimile: (904) 255-5120<br>Email: spowell@coj.net<br>             MGiannini@coj.net<br>**COUNSEL FOR DEFENDANT** |