**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**DELAINE SMITH, BRIAUNA BOSWORTH,**
**SHARRONA BRIGHTMAN, and**
**ELIZABETH MULRONEY**

**Plaintiffs,**

**vs.** **Case No.: 3:20-cv-00629**

**SHERIFF MIKE WILLIAMS,**
in his official capacity as Sheriff of the
Consolidated City of Jacksonville, Florida,
**J.H. WING, individually; F. CANNADAY, individually;**
**DD. STUHR, individually; and C.S. JOHN, individually.**

**Defendant.**

---

# JOINT MOTION FOR EXTENSION OF TIME TO FILE SUPPLEMENTAL MEMORANDA AND RESPONSE TO MOTIONS TO DISMISS

Plaintiffs and Defendant Sheriff Mile Williams (The Parties), by and through undersigned counsel and pursuant to Local Rule 3.09, hereby moves this Honorable Court for its Order authorizing an extension of time to file supplemental memoranda ordered by this Court on July 24, 2020 (Doc. 35), and for Plaintiff to file their response to Defendants' motions to dismiss. (Doc. 24, 29).

1. On July 30, 2020, the Parties filed a notice with the Court indicating that they had reached a tentative settlement of this action and were working to consummate a final settlement agreement to resolve all claims in this matter. (Doc. 38) The notice also requested the Court stay the matter until further informed by the parties. *Id.*

2. Several substantive motions remain pending which require briefing.

3. On July 24, 2020, this Court entered an order directing the parties to submit supplemental briefs no longer than ten pages addressing the issue of Plaintiffs' standing to seek injunctive relief in light of the Republican National Convention's withdrawal from Jacksonville, Florida. Those supplemental memoranda are due to be filed on or before July 31, 2020. (Doc. 35).

4. Furthermore, Plaintiffs received leave of court to file a consolidated response to the individual officers' motion to dismiss and Sheriff Williams' motion to dismiss Counts I, II, and XI of the Complaint on or before July 31, 2020. (Doc. 34).

5. The Parties have reached an agreement in principal to settle all claims in the case and are in the process of finalizing the language of a settlement agreement to encapsulate the agreed upon terms. The Parties' tentative settlement agreement will resolve all issues in these pending motions and the claims in this case once finalized. However, the Parties do not anticipate being able to finalize the settlement agreement before the above briefing is due on July 31, 2020.

6. Completing briefing on these issues will require an unnecessary expenditure of resources given the settlement agreement in this case. Furthermore, doing so may adversely impact the settlement agreement, as one of the terms the parties have agreed to is the settlement of attorney's fees.

7. Pursuant to Local Rule 3.01(g), undersigned counsel certifies that they have conferred with counsel for the individual officers and are authorized to represent that the Defendants do not oppose the relief requested herein.

WHEREFORE, the Parties respectfully request an extension of time to submit their supplemental memoranda on standing to be due on or before August 10, 2020 and for Plaintiffs to submit their consolidated Response to Defendants Motions to dismiss on or before August 14,

2020 if an order staying the case or a finalized notice of settlement is not filed on or before those dates.

**MEMORANDUM OF LAW**

Local Rule 3.09(a), Rules for the United States District Court for the Middle District of Florida, provides: "No trial, hearing or other proceeding shall be continued upon stipulation of counsel alone, but a continuance may be allowed by order of the court for good cause shown." Further, Federal Rule of Civil Procedure 6(b) states that when an act may or must be done within a specified time, the Court may, for good cause, extend the time if a request is made before the original time or its extension expires.

Finally, as the United States Supreme Court has previously held, "'the power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants. How this can best be done calls for the exercise of judgment, which must weigh competing interests and maintain an even balance.'" *Air Line Pilots Ass'n v. Miller*, 523 U.S. 866, 879 n. 6 (1998) (internal citations omitted); *see also Chudasama v. Mazda Motor Corp*., 123 F.3d 1353 (11th Cir. 1997) ("[w]e recognize that district courts enjoy broad discretion in deciding how best to manage the cases before them."). In the instant case, this motion and request for an extension of time has been made before the time set for the Parties to file their supplemental briefing and for Plaintiffs to respond to Defendants' motions to dismiss, and also demonstrates good cause for the request. This motion is not made for purposes of undue delay, but rather is sought to allow the Parties to reach the final terms of settlement in this case.

Respectfully submitted,

*/s/ Jesse B. Wilkison*
Wm. J. Sheppard, Esquire
Florida Bar No.: 109154
Elizabeth L. White, Esquire
Florida Bar No.: 314560
Matthew R. Kachergus, Esquire
Florida Bar No.: 503282
Bryan E. DeMaggio, Esquire
Florida Bar No.: 55712
Jesse B. Wilkison, Esquire
Florida Bar No.: 118505
Camille E. Sheppard, Esquire
Florida Bar No.: 124518
Sheppard, White, Kachergus & DeMaggio, P.A.
215 Washington Street
Jacksonville, Florida 32202
Telephone: (904) 356-9661
Facsimile: (904) 356-9667
Email: sheplaw@sheppardwhite.com
COUNSEL FOR PLAINTIFFS

*/s/ Mary Margaret Giannini*
SEAN B. GRANAT, ESQ.
Deputy General Counsel
Florida Bar No.: 0138411
Email: sgranat@coj.net; DorothyO@coj.net
STEPHEN J. POWELL, ESQ.
Chief, Tort & Employment Litigation
Florida Bar No.: 305881
Email: spowell@coj.net; pcipolla@coj.net
MARY MARGARET GIANNINI, ESQ.
Assistant General Counsel
Florida Bar No.: 1005572
Email: MGiannini@coj.net; ASeegobin@coj.net
City Hall
117 West Duval Street, Suite 480
Jacksonville, Florida 32202
(904) 255-5100; (904) 255-5120 (fax)
COUNSEL FOR DEFENDANT SHERIFF MIKE WILLIAMS/CITY OF JACKSONVILLE

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing has been furnished via the CM-ECF System which will send a notice of electronic filing to **Dexter Davis, Esquire, dvdavis@35davis.com, Jesse N. Driecer, Esquire, jesse@tassonelaw.com, Stephen Powell, Esquire, spowell@coj.net, and Mary Margaret Giannini, Esquire, mgiannini@coj.net**, and **Paul Daragjati, Esquire, paul@daragjatilaw.com**, this 31st day of July 2020.

*/s/ Jesse B. Wilkison*
ATTORNEY

JBW/km[protestors.mofet